# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; and VICKIE LYNN PRICKETT, | : : : : : : : : : : : C.A. No: 1:22-cv-00951-RGA |
| Plaintiffs. | : : |
| v. | : : |
| DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, | : : : : : : : : : : |
| Defendants. | : : |

**STIPULATION AND [PROPOSED] ORDER TO ACCEPT SERVICE OF ORIGINAL PROCESS AND EXTEND TIME TO ANSWER COMPLAINT**

WHEREAS, Delaware State Sportsmen's Association, Bridgeville Rifle and Pistol Club, Ltd., Delaware Rifle and Pistol Club, Delaware Association of Federal Firearms Licensees, Madonna M. Nedza, Cecil Curtis Clements, James E. Hosfelt, Jr., Bruce C. Smith, and Vickie Lynn Prickett (collectively, "Plaintiffs") filed a

Complaint for Declaratory and Injunctive relief against the Delaware Department of Safety and Homeland Security, Secretary Nathanial McQueen Jr. in his official capacity as Cabinet Secretary, the Delaware Department of Homeland Security, and Melissa Zebley, in her official capacity as Superintendent of the Delaware State Police (collectively, "Defendants") on July 20, 2022;

WHEREAS, Plaintiffs have informed Defendants that they plan to file an Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through the undersigned counsel, subject to the approval of the Court, as follows:

1. Counsel for Defendants accept service of Plaintiffs' Summons and Complaint on behalf of Defendants, and Defendants hereby waive any objections to the absence of a summons or of service;

2. Defendants will have 60 days from service of the Amended Complaint to file a response to the Amended Complaint; and

3. Plaintiffs reserve the right to file a motion for expedited proceedings for injunctive relief, that if granted, will have the effect of vacating the deadlines agreed upon in this Stipulation.

**LEWIS BRISBOIS**
**BISGAARD & SMITH LLP**


By:   */s/ Francis G. X. Pileggi*
      Francis G.X. Pileggi (#2624)
      Cheneise V. Wright (#6597)
      500 Delaware Ave., Suite 700
      Wilmington, DE  19801
      302-985-6000
      Francis.Pileggi@LewisBrisbois.com
      Cheneise.Wright@lewisbrisbois.com
      *Attorneys for Plaintiffs*


**DELAWARE DEPARTMENT**
**OF JUSTICE**


By:   */s/ Caneel Radinson-Blasucci*
      Kenneth L. Wan (#5667)
      Caneel Radinson-Blasucci (#6574)
      Carvel State Office Building
      820 North French Street, 6th Floor
      Wilmington, DE  19801
      302-577-8000
      Kenneth.Wan@delaware.gov
      Caneel.RadinsonBlasucci@delaware.gov
      *Attorneys for Defendants*

Dated:  August 16, 2022


**IT IS SO ORDERED** this  17th day of  August , 2022.


   /s/ Richard G. Andrews
   JUDGE RICHARD G. ANDREWS