# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; and VICKIE LYNN PRICKETT, | : : : : : : : : : : : | C.A. No: 1:22-cv-00951-RGA |
| Plaintiffs. | : : | |
| v. | : : | |
| DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, | : : : : : : : : : : | |
| Defendants. | : : | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on August 17, 2022, the Court entered an Order providing that "Defendants will have 60 days from service of the Amended Complaint to file a response to the Amended Complaint" (D.I. 4);

WHEREAS, on September 9, 2022, Plaintiffs in the above-captioned action filed and served the Amended Complaint;

WHEREAS, 60 days from September 9, 2022, is November 8, 2022, and November 8, 2022, is a State of Delaware holiday during which the offices of the Delaware Department of Justice will be closed;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through the undersigned counsel, subject to the approval of the Court, as follows:

Defendants will file a response to the Amended Complaint on **November 9, 2022**.

**LEWIS BRISBOIS
BISGAARD & SMITH LLP**


By: ___*Francis G.X. Pileggi*___
      Francis G.X. Pileggi (#2624)
      Cheneise V. Wright (#6597)
      500 Delaware Ave., Suite 700
      Wilmington, DE  19801
      302-985-6000
      Francis.Pileggi@LewisBrisbois.com
      Cheneise.Wright@lewisbrisbois.com
      *Attorneys for Plaintiffs*


**DELAWARE DEPARTMENT
OF JUSTICE**


By:   *Caneel Radinson-Blasucci*
      Kenneth L. Wan (#5667)
      Caneel Radinson-Blasucci (#6574)
      Carvel State Office Building
      820 North French Street, 6th Floor
      Wilmington, DE  19801
      302-577-8000
      Kenneth.Wan@delaware.gov
      Caneel.RadinsonBlasucci@delaware.gov
      *Attorneys for Defendants*

Dated:  November 1, 2022


**IT IS SO ORDERED** this ____ day of _____, 2022.


_____
JUDGE RICHARD G. ANDREWS