# Exhibit A

**EXHIBIT A**

| **LAW ENFORCEMENT OFFICERS SAFETY ACT OF 2004 ("LEOSA")** | **DELAWARE REGULATIONS** |
|---|---|
| **18 U.S.C. § 926C(c-d):  Federal definition of "qualified retired law enforcement officer"** | **11 *Del. C.* § 1465(13), 11 *Del. C.* § 1468(4), 11 *Del. C.* § 1441B(c-d):  Delaware definition of "qualified retired law-enforcement officer"** |
| (c) As used in this section, the term "qualified retired law enforcement officer" means an individual who--<br><br>(1) separated from service in good standing from service with a public agency as a law enforcement officer;<br><br>(2) before such separation, was authorized by law to engage in or supervise the prevention, detection, investigation, or prosecution of, or the incarceration of any person for, any violation of law, and had statutory powers of arrest or apprehension under section 807(b) of title 10, United States Code (article 7(b) of the Uniform Code of Military Justice);<br><br>(3)(A) before such separation, served as a law enforcement officer for an aggregate of 10 years or more; or<br><br>(B) separated from service with such agency, after completing any applicable probationary period of such service, due to a service-connected disability, as determined by such agency;<br><br>(4) during the most recent 12-month period, has met, at the expense of the individual, the standards for qualification in firearms training for active law enforcement officers, as determined by the former agency of the individual, the State in which the individual resides or, if the State has not established such standards, either a law enforcement agency within the State in which the individual resides or the standards used by a certified firearms instructor that is qualified to conduct a firearms qualification test for active duty officers within that State; | (c) As used in this section, the term "qualified retired law-enforcement officer" means an individual who:<br><br>(1) Separated from service in good standing from service with a public agency as a law-enforcement officer;<br><br>(2) Before such separation, was authorized by law to engage in or supervise the prevention, detection, investigation, or prosecution of, or the incarceration of any person for, any violation of law, and had statutory powers of arrest or apprehension under 10 U.S.C. § 807(b) (article 7(b) of the Uniform Code of Military Justice);<br><br>(3)a. Before such separation, served as a law-enforcement officer for an aggregate of 10 years or more; or<br><br>b. Separated from service with such agency, after completing any applicable probationary period of such service, due to a service-connected disability, as determined by such agency;<br><br>(4) During the most recent 12-month period, has met, at the expense of the individual, the standards for qualification in firearms training for active law-enforcement officers, as determined by the former agency of the individual, the state in which the individual resides or, if the state has not established such standards, either a law-enforcement agency within the state in which the individual resides or the standards used by a certified firearms instructor that is qualified to conduct a firearms qualification test for active duty officers within that state; |

| | |
|---|---|
| (5)(A) has not been officially found by a qualified medical professional employed by the agency to be unqualified for reasons relating to mental health and as a result of this finding will not be issued the photographic identification as described in subsection (d)(1); or | (5)a. Has not been officially found by a qualified medical professional employed by the agency to be unqualified for reasons relating to mental health and as a result of this finding will not be issued the photographic identification as described in paragraph (d)(1) of this section; or |
| (B) has not entered into an agreement with the agency from which the individual is separating from service in which that individual acknowledges he or she is not qualified under this section for reasons relating to mental health and for those reasons will not receive or accept the photographic identification as described in subsection (d)(1); | b. Has not entered into an agreement with the agency from which the individual is separating from service in which that individual acknowledges he or she is not qualified under this section for reasons relating to mental health and for those reasons will not receive or accept the photographic identification as described in paragraph (d)(1) of this section; |
| (6) is not under the influence of alcohol or another intoxicating or hallucinatory drug or substance; and | (6) Is not under the influence of alcohol or another intoxicating or hallucinatory drug or substance; and |
| (7) is not prohibited by Federal law from receiving a firearm. | (7) Is not prohibited by federal law from receiving a firearm. |
| (d) The identification required by this subsection is-- | (d) The identification required by this subsection is: |
| (1) a photographic identification issued by the agency from which the individual separated from service as a law enforcement officer that identifies the person as having been employed as a police officer or law enforcement officer and indicates that the individual has, not less recently than one year before the date the individual is carrying the concealed firearm, been tested or otherwise found by the agency to meet the active duty standards for qualification in firearms training as established by the agency to carry a firearm of the same type as the concealed firearm; or | (1) A photographic identification issued by the agency from which the individual separated from service as a law-enforcement officer that identifies the person as having been employed as a police officer or law-enforcement officer and indicates that the individual has, not less recently than 1 year before the date the individual is carrying the concealed firearm, been tested or otherwise found by the agency to meet the active duty standards for qualification in firearms training as established by the agency to carry a firearm of the same type as the concealed firearm; or |
| (2)(A) a photographic identification issued by the agency from which the individual separated from service as a law enforcement officer that identifies the person as having been employed as a police officer or law enforcement officer; and | (2)a. A photographic identification issued by the agency from which the individual separated from service as a law-enforcement officer that identifies the person as having been employed as a police officer or law-enforcement officer; and |
| (B) a certification issued by the State in which the individual resides or by a certified | |

| | |
|---|---|
| firearms instructor that is qualified to conduct a firearms qualification test for active duty officers within that State that indicates that the individual has, not less than 1 year before the date the individual is carrying the concealed firearm, been tested or otherwise found by the State or a certified firearms instructor that is qualified to conduct a firearms qualification test for active duty officers within that State to have met--<br><br>(I) the active duty standards for qualification in firearms training, as established by the State, to carry a firearm of the same type as the concealed firearm; or<br><br>(II) if the State has not established such standards, standards set by any law enforcement agency within that State to carry a firearm of the same type as the concealed firearm. | b. A certification issued by the state in which the individual resides or by a certified firearms instructor that is qualified to conduct a firearms qualification test for active duty officers within that state that indicates that the individual has, not less than 1 year before the date the individual is carrying the concealed firearm, been tested or otherwise found by the state or a certified firearms instructor that is qualified to conduct a firearms qualification test for active duty officers within that state to have met:<br><br>1. The active duty standards for qualification in firearms training, as established by the state, to carry a firearm of the same type as the concealed firearm; or<br><br>2. If the state has not established such standards, standards set by any law-enforcement agency within that state to carry a firearm of the same type as the concealed firearm. |
| **18 U.S.C. § 926C(e):  Federal definition of "firearm"** | **11 *Del. C.* § 1441B(e):  Delaware definition of "firearm"** |
| (e) As used in this section--<br><br>(1) the term "firearm"--<br><br>    (A) except as provided in this paragraph, has the same meaning as in section 921 of this title;<br><br>    (B) includes ammunition not expressly prohibited by Federal law or subject to the provisions of the National Firearms Act; and<br><br>    (C) does not include--<br><br>        (i) any machinegun (as defined in section 5845 of the National Firearms Act);<br><br>        (ii) any firearm silencer (as defined in section 921 of this title); and | (e) As used in this section:<br><br>(1) The term "firearm":<br><br>    a. Except as provided in this paragraph, has the same meaning as in 18 U.S.C. § 921;<br><br>    b. Includes ammunition not expressly prohibited by federal law or subject to the provisions of the National Firearms Act [26 U.S.C. § 5801 et seq.]; and<br><br>    c. Does not include:<br><br>        1. Any machinegun (as defined in § 5845 of the National Firearms Act [26 U.S.C. § 5845]);<br><br>        2. Any firearm silencer (as defined in 18 U.S.C. § 921); and |

**EXHIBIT A**

| | |
|---|---|
| (iii) any destructive device (as defined in section 921 of this title); and<br><br>(2) the term "service with a public agency as a law enforcement officer" includes service as a law enforcement officer of the Amtrak Police Department, service as a law enforcement officer of the Federal Reserve, or service as a law enforcement or police officer of the executive branch of the Federal Government. | 3. Any destructive device (as defined in 18 U.S.C. § 921); and<br><br>(2) The term "service with a public agency as a law-enforcement officer" includes service as a law-enforcement officer of the Amtrak Police Department, service as a law-enforcement officer of the Federal Reserve, or service as a law-enforcement or police officer of the executive branch of the federal government. |