IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA, <br><br>    Plaintiffs. <br><br>    v. <br><br> DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, <br><br>    Defendants. | Civil Action No.: <br> 1:22-cv-00951-RGA |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a) and the Local Rules of this District, Plaintiffs, Delaware State Sportsmen's Association, Bridgeville Rifle and Pistol Club, Ltd., Delaware Rifle and Pistol Club, Delaware Association of Federal Firearms Licensees, Madonna M. Nedza; Cecil Curtis Clements; James E. Hosfelt, Jr.; Bruce C. Smith; Vickie Lynn Prickett; and Frank M. Nedza, hereby move this Court for a Preliminary Injunction barring Defendants, Delaware Department of Safety and Homeland Security; Secretary Nathanial McQueen Jr., Cabinet Secretary of the Delaware Department of Safety and Homeland Security; and Col. Melissa

4868-8955-5007.1

Zebley as the top law enforcement officer at the Delaware State Police as well as Defendants' officers, agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of the Order, from implementing or enforcing House Bill 450 codified at §§ 1464-1467 of title 11 of the Delaware Code, and Senate Substitute 1 for Senate Bill 6 codified at §§ 1441, 1468-1469A of title 11 of the Delaware Code, against Plaintiffs, its members, or their agents and licensees.

    This Motion is based upon all the files, records, and proceedings herein, including the accompanying memorandum of law. Plaintiffs request that the Court require no security because the Defendants will suffer no injury from the issuance of a preliminary injunction.

                    LEWIS BRISBOIS
                        BISGAARD & SMITH LLP

               By: */s/ Francis G.X. Pileggi*
                    Francis G.X. Pileggi (DE Bar No. 2624)
                    Sean M. Brennecke (DE Bar No. 4686)
                    500 Delaware Ave., Suite 700
                    Wilmington, Delaware 19801
                    302-985-6000
                    Francis.Pileggi@LewisBrisbois.com
                    Sean.Brennecke@LewisBrisbois.com

                        and

                    Alexander MacMullan, Esquire
                    (*Pro Hac Vice Motion Forthcoming*)
                    LEWIS BRISBOIS BISGAARD & SMITH LLP
                    552 E. Swedesford Road, Suite 270
                    Wayne, Pennsylvania 19087
                    (215) 977-4100
                    Alexander.MacMullan@LewisBrisbois.com

                      *Attorneys for Plaintiffs*

Dated: November 15, 2022.