# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA, Plaintiffs. v. DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, Defendants. | Civil Action No.: 1:22-cv-00951-RGA |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR PRELIMINARY INJUNCTION**

For the reasons stated in the accompanying Memorandum, Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED.

IT IS SO ORDERED.


Dated: _____

                                                      HON. RICHARD G. ANDREWS