IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA, <br><br> Plaintiffs. <br><br> v. <br><br> DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, <br><br> Defendants. | Civil Action No.: <br> 1:22-cv-00951-RGA |

**JOINT STIPULATION ON BRIEFING SCHEDULES**

Plaintiffs, Delaware State Sportsmen's Association, Bridgeville Rifle and Pistol Club, Ltd., Delaware Rifle and Pistol Club, Delaware Association of Federal Firearms Licensees, Madonna M. Nedza, Cecil Curtis Clements, James E. Hosfelt, Jr., Bruce C. Smith, Vickie Lynn Prickett and Frank M. Nedza (collectively, "Plaintiffs") and Defendants, Delaware Department of Safety and Homeland Security, Secretary Nathanial McQueen Jr. in his official capacity as Cabinet Secretary, Delaware Department of Homeland Security, and Melissa Zebley, in her official capacity as Superintendent of the Delaware State Police (collectively, "Defendants"), by and through their respective undersigned counsel, hereby jointly agree to the following terms of this stipulation.

1

WHEREAS Plaintiffs and Defendants (collectively, "the Parties"), with guidance from this Honorable Court, seek to collaboratively reach agreement on an overall case management and scheduling order, including dates for hearings and/or a trial date;

WHEREAS the Parties have met to preliminarily discuss parameters of a proposed joint scheduling order and intend to seek input from the Court based upon these preliminary discussions;

WHEREAS in an effort to promote judicial efficiency, while in the process of discussing a joint scheduling order, the Parties stipulate to stay briefing on Defendants' Partial Motion to Dismiss Plaintiffs' Complaint (the "Motion to Dismiss"), and Plaintiffs' Motion for Preliminary Injunction (the "Motion for Preliminary Injunction");

THE PARTIES STIPULATE as follows:

1. Briefing on the Motion to Dismiss and Motion for Preliminary Injunction is stayed until such time as the Parties may agree or the Court may Order.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Francis G. X. Pileggi*
Francis G.X. Pileggi (#2624)
Sean M. Brennecke (#4686)
500 Delaware Ave., Suite 700
Wilmington, DE 19801
302-985-6000
Francis.Pileggi@LewisBrisbois.com
Sean.Brennecke@LewisBrisbois.com

*Attorneys for Plaintiffs*

| ROSS ARONSTAM & MORITZ LLP | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| David E. Ross (#5228)<br>Bradley R. Aronstam (#5129)<br>Garrett B. Moritz (#5646)<br>1313 North Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>(302) 576-1600<br>dross@ramllp.com<br>baronstam@ramllp.com<br>gmoritz@ramllp.com<br><br>Dated:  November 22, 2022 | */s/ Caneel Radinson-Blasucci*<br>Kenneth L. Wan (#5667)<br>Caneel Radinson-Blasucci (#6574)<br>Deputy Attorneys General<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>kenneth.wan@delaware.gov<br>caneel.radinson-blasucci@delaware.gov<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED** this _____ day of _____, 2022.

_____
JUDGE RICHARD G. ANDREWS