

Francis G. X. Pileggi
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.985.6002

December 19, 2022

*Via ECF Only*

John A. Cerino
Clerk of Court
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

>   Re:   *Del. State Sportsmen's Ass'n, Inc., et al. v. Del. Dep't of Safety and Homeland Sec., et al.,* C.A. No. 22-00951-RGA

Dear Mr. Cerino:

The following declarations are submitted in supplement to and in support of Plaintiffs' Motion for Preliminary Injunction (D.I. No. 10), filed with the Court in this matter on November 15, 2022. The declarations have also separately been filed with the Court via ECF.

1. Sworn Declaration of Plaintiff, Cecil Curtis Clements in Support of Plaintiffs' Motion for Preliminary Injunction;

2. Sworn Declaration of Jeffrey W. Hague, President of Plaintiff, Delaware State Sportsmen's Association, Inc., in Support of Plaintiffs' Motion for

John A. Cerino
December 19, 2022
Page 2

  Preliminary Injunction.

            Respectfully,

            */s/ Francis G.X. Pileggi*

            Francis G.X. Pileggi
            Del. Bar No. 2624

Enclosures (2)

cc: Sean M. Brennecke, Esquire
   Kenneth L. Wan, Esquire (*Via Email only*)
   Caneel Radinson-Blasucci, Esquire (*Via Email only*)
   David Evan Ross, Esquire (*Via Email only*)
   Bradley R. Aronstam, Esquire (*Via Email only*)