# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, <br><br> Defendants. | C.A. No. 1:22-cv-00951-RGA (Consolidated) |
| GABRIEL GRAY; WILLIAM TAYLOR; DJJAMS LLC; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY JENNINGS, Attorney General of Delaware, <br><br> Defendant. | |

**JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING PAGE LIMITS FOR BRIEFS
RELATED TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**

On December 20, 2022, the Court consolidated C.A. No. 1:22-cv-01500-RGA with C.A. No. 1:22-cv-00951-RGA (D.I. 25).

Plaintiffs in both actions have filed motions seeking preliminary injunctive relief (D.I. 10, C.A. No. 1:22-cv-00951-RGA, and D.I. 4, C.A. No. 1:22-cv-01500-RGA) (the "Motions").

The parties agree that it would be more efficient for Defendants to file a single consolidated response to the Motions instead of filing two twenty-page oppositions.

The nature and importance of the issues presented by the Motions merit a modest extension of the otherwise applicable page limitations.

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their undersigned counsel, and subject to the approval of the Court that:

(i)   Defendants may file a single consolidated answering brief in opposition to the Motions, not to exceed 50 pages; and

(ii)  Plaintiffs may file either (a) two separate reply briefs in support of the Motions, not to exceed 13 pages each, or (b) a single consolidated reply brief in support of the Motions, not to exceed 25 pages.

| GELLERT SCALI BUSENKELL & BROWN, LLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| */s/ Bradley Paul Lehman* <br> Bradley Paul Lehman (#5921) <br> 1201 N. Orange Street, Suite 300 <br> Wilmington, Delaware 19801 <br> (302) 416-3344 <br> blehman@gsbblaw.com | */s/ Francis G.X. Pileggi* <br> Francis G.X. Pileggi (#2624) <br> Sean M. Brennecke (#4686) <br> 500 Delaware Avenue, Suite 700 <br> Wilmington, Delaware 19801 <br> (302) 985-6000 <br> Francis.Pileggi@LewisBrisbois.com <br> Sean.Brennecke@LewisBrisbois.com |

*Attorneys for Plaintiffs*

| ROSS ARONSTAM & MORITZ LLP | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| */s/ David E. Ross*        - | */s/ Caneel Radinson-Blasucci* |
| David E. Ross (#5228) | Kenneth L. Wan (#5667) |
| Bradley R. Aronstam (#5129) | Caneel Radinson-Blasucci (#6574) |
| Garrett B. Moritz (#5646) | Deputy Attorneys General |
| 1313 North Market Street, Suite 1001 | Carvel State Office Building |
| Wilmington, Delaware 19801 | 820 N. French Street, 6th Floor |
| (302) 576-1600 | Wilmington, Delaware 19801 |
| dross@ramllp.com | (302) 577-8400 |
| baronstam@ramllp.com | kenneth.wan@delaware.gov |
| gmoritz@ramllp.com | caneel.radinson-blasucci@delaware.gov |

*Attorneys for Defendants*

Dated: January 11, 2023

**IT IS SO ORDERED** this ____ day of _____, 2023.

_____
JUDGE RICHARD G. ANDREWS

3