## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DELAWARE STATE SPORTSMEN'S
ASSOCIATION, INC; BRIDGEVILLE RIFLE
& PISTOL CLUB, LTD.; DELAWARE RIFLE
AND PISTOL CLUB; DELAWARE
ASSOCIATION OF FEDERAL FIREARMS
LICENSEES; MADONNA M. NEDZA;
CECIL CURTIS CLEMENTS; JAMES E.
HOSFELT, JR; BRUCE C. SMITH; VICKIE
LYNN PRICKETT; and FRANK M. NEDZA,

        Plaintiffs,

        v.

DELAWARE DEPARTMENT OF SAFETY
AND HOMELAND SECURITY;
NATHANIAL MCQUEEN JR. in his official
capacity as Cabinet Secretary, Delaware
Department of Safety and Homeland Security;
and COL. MELISSA ZEBLEY in her official
capacity as superintendent of the Delaware
State Police,

        Defendants.

GABRIEL GRAY; WILLIAM TAYLOR;
DJJAMS LLC; FIREARMS POLICY
COALITION, INC. and SECOND
AMENDMENT FOUNDATION,

        Plaintiffs,

        v.

KATHY JENNINGS, Attorney General of
Delaware,

        Defendant.

C.A. No. 1:22-cv-00951-RGA
(Consolidated)

## JOINT STIPULATION AND [PROPOSED]
## ORDER EXTENDING PAGE LIMITS FOR BRIEFS
## RELATED TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION

On December 20, 2022, the Court consolidated C.A. No. 1:22-cv-01500-RGA with C.A. No. 1:22-cv-00951-RGA (D.I. 25).

Plaintiffs in both actions have filed motions seeking preliminary injunctive relief (D.I. 10, C.A. No. 1:22-cv-00951-RGA, and D.I. 4, C.A. No. 1:22-cv-01500-RGA) (the "Motions").

The parties agree that it would be more efficient for Defendants to file a single consolidated response to the Motions instead of filing two twenty-page oppositions.

The nature and importance of the issues presented by the Motions merit a modest extension of the otherwise applicable page limitations.

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their undersigned counsel, and subject to the approval of the Court that:

(i)     Defendants may file a single consolidated answering brief in opposition to the Motions, not to exceed 50 pages; and

(ii)    Plaintiffs may file either (a) two separate reply briefs in support of the Motions, not to exceed 13 pages each, or (b) a single consolidated reply brief in support of the Motions, not to exceed 25 pages.

GELLERT SCALI BUSENKELL                LEWIS BRISBOIS BISGAARD & SMITH LLP
  & BROWN, LLC

*/s/ Bradley Paul Lehman*                      */s/ Francis G.X. Pileggi*
Bradley Paul Lehman (#5921)               Francis G.X. Pileggi (#2624)
1201 N. Orange Street, Suite 300          Sean M. Brennecke (#4686)
Wilmington, Delaware 19801               500 Delaware Avenue, Suite 700
(302) 416-3344                                   Wilmington, Delaware 19801
blehman@gsbblaw.com                       (302) 985-6000
                                                        Francis.Pileggi@LewisBrisbois.com
                                                        Sean.Brennecke@LewisBrisbois.com

*Attorneys for Plaintiffs*

ROSS ARONSTAM & MORITZ LLP

STATE OF DELAWARE DEPARTMENT
OF JUSTICE

*/s/ David E. Ross* -

David E. Ross (#5228)
Bradley R. Aronstam (#5129)
Garrett B. Moritz (#5646)
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com
baronstam@ramllp.com
gmoritz@ramllp.com

*/s/ Caneel Radinson-Blasucci*

Kenneth L. Wan (#5667)
Caneel Radinson-Blasucci (#6574)
Deputy Attorneys General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
kenneth.wan@delaware.gov
caneel.radinson-blasucci@delaware.gov

*Attorneys for Defendants*

Dated:  January 11, 2023

**IT IS SO ORDERED** this 20 day of January , 2023.

/s/ Richard G. Andrews

JUDGE RICHARD G. ANDREWS