# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; and VICKIE LYNN PRICKETT, <br><br> Plaintiffs. <br><br> v. <br><br> DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, <br><br> Defendants. | C.A. No: 1:22-cv-00951-RGA |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Federal Rule of Civil Procedure 7.1, Delaware Association of Federal Firearms Licensees, Plaintiff in the above-captioned action, makes the following disclosure:

4861-5220-9997.1

1. Is the party a publicly held corporation or other publicly held entity?

   **Response: No.**

2. Does party have any parent corporations?

   **Response: No.**

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   **Response:**

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

   **Response: No.**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

4861-5220-9997.1

**Response:  No.**

                                                                                                   LEWIS BRISBOIS
                                                                                                        BISGAARD & SMITH LLP

                                                                 /s/ *Aimee M. Czachorowski*
                                                                Francis G.X. Pileggi     (No. 2624)
                                                                Sean M. Brennecke     (No. 4686)
                                                                Aimee M. Czachorowski (No. 4670)
                                                                500 Delaware Avenue, Suite 700
                                                                Wilmington, DE  19801
                                                                (302) 985-6000
                                                                Francis.Pileggi@LewisBrisbois.com
                                                                Sean.Brennecke@LewisBrisbois.com
                                                                Aimee.Czachorowski@LewisBrisbois.com

                                                                *Counsel for Plaintiffs*

Dated:  January 25, 2023