# Exhibit 1

# *Weapons*
## OF THE
# *Lewis & Clark Expedition*

By Jim Garry



THE ARTHUR H. CLARK COMPANY

*An imprint of the University of Oklahoma Press*

Norman, Oklahoma

2012

either war axes Spears or Bows sprung with quivers of arrows, Muskets or pistols, and tin flasks to hold their powder;

*Clark, November 4, 1805*[11]

All in all, a well-dressed, well-armed group. One that speaks volumes about the coastal trade at the beginning of the nineteenth century.

There is no mention of the types of pistols Clark saw. One might expect these to be ship's pistols, since the Indians had obtained them in trade with sailors. By 1805 the coastal trade was well developed. Over a dozen ships had plied the Northwest coast that fall before the expedition arrived at the mouth of the Columbia. As Lewis and Clark noted, the coastal tribes were much more sophisticated traders than the expedition had become accustomed to. The trade was well developed and goods were already being manufactured solely for that trade. The tribes were very specific about what they would and would not accept. Pistols tended to be a secondary item; muskets were the preferred firearm. The result was a more or less standardized type of trade musket in the Pacific Northwest. There are no such references to a standardized trade pistol. That suggests that any pistols available at the right price were being secured for trade.

Two generations after the expedition, the pistol would become an inseparable piece of the myth of the American West. But in the first decade of the nineteenth century, Lewis and Clark rightly felt the horse to be much more important. Indeed, while their pistols were useful, their horses were critical. The captains recognized that and willingly traded pistols for horses. Yet Lewis seemingly kept one of those secret trigger pistols. When it was inventoried after his death, was it loaded with anything other than memories?

---

[11]Ibid., 6:17.

## CHAPTER 6

# *Air Rifle*

The image that leaps to mind for most people when they hear the term "air rifle" is a Daisy BB gun, which leads to thinking that Meriwether Lewis had brought a toy along to impress the Indians. It did impress the Indians, but not as a toy. At the beginning of the nineteenth century there were many people who were not happy with gunpowder and the firearms it produced. These were not antigun people. They were gun designers and manufacturers who were displeased with many of the characteristics of gunpowder, such as cost, the fouling problems associated with dirty burning, the fact that powder often varied from batch to batch, and the fact that it might not work at all in wet or even damp weather. Then there was the fact that gunpowder produced so much smoke when a weapon was fired that the shooter's vision was often obscured too much to see whether he had hit his mark. Some of these people thought compressed air offered a viable alternative.

As the eighteenth century gave way to the nineteenth, there were many gunsmiths in Europe producing compressed air weapons powerful enough to use for big game hunting or as military weapons. Air rifles had a number of advantages. Though not silent, they were much quieter than firearms. The noise they produced was a low-frequency pop that was hard to recognize or to pinpoint if one couldn't see the shooter. And compressed air doesn't smoke when an air gun is fired. Armies of the day fought at close range with massed troops. After the first couple of volleys the field was so obscured that aiming was difficult at best.

A musket had to be reloaded—powder, ball, and priming—for each shot. That added up to about four shots a minute. An air rifle with 750 pounds-per-square-inch of air pressure in its air cylinder could be discharged twenty to forty times before losing power.

It did take some time and effort to pump up a cylinder. With a hand pump, up to 1,500 strokes might be required to fully charge a cylinder; not a problem for a hunter, but potentially a problem for a soldier. Armies solved this problem by using larger multicylinder cart pumps and by supplying air riflemen with several air cylinders. The Austrian army equipped its air rifle companies with enough air cylinders and balls for four to five hundred shots per soldier, this at a time when most armies issued twenty to a hundred rounds per man.[1]

Why didn't armies convert from firearms to air rifles? Some accounts point to the Napoleonic Wars between 1796 and 1815. The French, so the stories go, didn't have the manufacturing technology to produce air rifles. Napoleon, on the other hand, was facing Austrian troops armed with high-quality repeating air rifles. These troops had a much higher rate of fire, and sans smoke it was more accurate. There are stories that Napoleon had captured air riflemen shot as terrorists, making it hard to recruit men for the air rifle companies. Research and development therefore slowed, and the weapons became very exclusive, expensive, and therefore limited in manufacture and in use. In the meantime, firearm technology improved throughout the nineteenth century, ending with the metallic cartridge and smokeless powder. So the firearm won the competition.

There is some evidence to support the above-mentioned stories. In 1802, during a lull in the Napoleonic Wars, Col. Thomas Thornton traveled in France and spent some time with Gen. Edouard Mortier, the future *maréchal* of France. Thornton wrote:

> One day in particular, General Mortier, in speaking of air guns, recalled to the recollection of some officers in the company a circumstance which happened after the retreat of the enemy, but where I cannot precisely call to mind. He said, "do you remember when I

[1] Wolff, *Air Guns*, 29.

had ordered the cannon to cease firing that an orderly sergeant who was standing close to us leaped up very high into the air and then fell down? We supposed, at first, that he was in a fit, and we were greatly astonished to find him dead, as nothing had been heard to injure him. On his being undressed, however, a ball was found to have struck him, which must have been shot from an air-gun in the adjoining field and aimed at us." "Yes," replied one of the officers, "I remember it well, and I think we had a fortunate escape." They then stated, that on account of this treachery they hung all of that corps that fell into their hands, considering them not as soldiers but as assassins, and never after gave any quarter. They acknowledged, at the same time, that they lost many fine men by that corps of Austrians, which they stated consist of about five hundred men.[2]

Thornton's book may well be the origin of the tales of the Austrians' inability to recruit or keep men in air rifle companies, resulting in the guns going out of service. Some other sources, in particular Fred Baer, point to the delicacy of air rifle mechanisms and the difficulty of building air cylinders that could stand up to the high pressures needed as more likely reasons for most armies not using them. The Austrians did use repeating air rifles against both the Turks and the French, but Baer indicates only the numbers used, the trouble the army had acquiring enough air cylinders, apparently due to the difficulty of constructing reliable ones, and their final resting places in magazines and arsenals as troops were equipped with flintlocks.[3]

W. H. B. Smith, who quotes Thornton extensively, goes on to state that a Hauptman Halla wrote in 1890:

> The fact that this remarkable weapon nevertheless did not remain in use and was removed as expendable supply to the fortress of Olmutz in 1815 was due not only to the changed tactical principles, but chiefly to the circumstance that there were no adequately trained riflesmiths available to take care of the delicate component parts of the locks and valves, and therefore the percentage of unusable air rifles shown in the reports was frighteningly high.[4]

[2] From Thomas Thornton, *A Sporting Tour Through France in the Year 1802*, 2:59. Quoted in Smith's *Gas, Air and Spring Guns of the World*, 25.

[3] Fred Barer, "Napoleon Was Not Afraid of It," in Held, *Arms and Armor Annual*, 1:250.

[4] [first name not given] Halla, *Bulletins of the Military Archives for the Year 1890*. Quoted in Smith, *Gas, Air and Spring Guns of the World*, 30.

This would suggest that the air rifles were considered good and viable weapons and not retired from service until they had been in use for twenty-five years. There is the added fact that in 1815 the Napoleonic Wars ended at Waterloo and the Austrian army was in a position to give up some of its arms as part of the army was discharged. Smith goes on to write:

> The Austrians treated the development as a real secret weapon. A special shop was set up for Girandoni and workers were specially selected and sworn to secrecy about equivalent to that required for an H-Bomb "Q" clearance today.
>
> It should be mentioned in passing that the Girandoni pattern was produced by other makers on contract. Then, even as now, Austria was a hotbed of small gunmakers who were good at duplication.[5]

Smith seems to contradict himself in the above paragraphs. Austria wasn't going to keep a weapon secret by giving the design to a number of different manufacturing firms, most of which were in foreign countries. The Girandoni design was consciously spread to various German principalities and to Switzerland and England by the Austrian government. That strongly suggests that there was no attempt to keep the weapon secret. From any of those countries the design and quite possibly a weapon itself could easily have found its way to the United States.

The Girandoni air rifles represented a technology that teased generals and sportsmen alike. Lewis was one of the teased. For an expedition such as the one on which he was embarking, an air rifle such as a Girandoni would serve well as a way to impress the various tribes with the power of the United States. A rifle that needed no gunpowder was likely to impress tribes who had to trade for expensive and scarce gunpowder. And the weapon could serve as a backup if the Corps lost its gunpowder. So Meriwether Lewis, somehow, somewhere, acquired one.

Lewis's air rifle enters the Expedition journals on the day Lewis began recording the journey.

> went on shore and being invited on by some of the gentlemen present to try my *airgun* which I purchased    brought it on shore charged it

---

[5]Smith, *Gas, Air and Spring Guns of the World*, 30.



GIRANDONI AIR RIFLE (RIGHT SIDE VIEW)
Notice that there is no frizzen and pan in front of the hammer. The hammer sets the air charge for the trigger to release; there is no need for spark of fire. Also note that the butt stock is metal; it is the air cylinder for the weapon, holding air compressed to about 750 psi. *Courtesy Michael F. Carrick.*



GIRANDONI AIR RIFLE (RIGHT SIDE CLOSE-UP)
This view shows the metal butt stock and the tubal magazine in front of the hammer more clearly. *Courtesy Michael F. Carrick.*



GIRANDONI AIR RIFLE (TOP VIEW)
In this view one can see the magazine tube on the right, in front of the hammer. The breech block sticks out on the left. *Courtesy Michael F. Carrick.*

and fired myself seven times fifty five yards with pretty good success; after which a Mr. Blaze Cenas being unacquainted with the management of the gun suffered her to discharge herself accidently    the ball passed through the hat of a woman about 40 yards distanc cutting her temple about the fourth of the diameter of the ball; shee feel instantly and the blood gusing from her temple    we were all in the greatest consternation    supposed she was dead by [but] in a minute she revived to our enespressable satisfaction, and by examination we found the wound by no means mortal or even dangerous.

*Lewis, August 30, 1803*[6]

There is an obvious question. How did Lewis find a man west of Pittsburgh who was "unacquainted with the management of the gun?" In 1803, guns were a part of life that far west. One possible answer is that Lewis's air gun was somehow different from the guns to which men along the Ohio River were accustomed. The Corps of Discovery's journals aren't much help. The next time the air gun is mentioned is almost a year later, when, on August 3, 1804, an entry makes a typical allusion to the air gun, saying simply that Lewis had fired it "a few times" for the Otos with whom they were visiting.

On his way down the Ohio, Lewis wrote that he spent some time with Col. Thomas Rodney, on his way from Delaware to the lower Mississippi. On September 8, 1803, Rodney wrote a bit more about the meeting:

> Visited Captain Lewess barge. He shewed us his air gun which fired 22 times at one charge. He shewed us the mode of charging her and then loaded with 12 balls which he intended to fire one at a time; but she by some means lost the whole charge of air at the first fire. He charged her again and then she fired twice. He then found the cause and in some measure prevented the airs escaping, and then she fired seven times; but when in perfect order she fires 22 times in a minute. All the balls are put at once into a short side barrel and are then droped into the chamber of the gun one at a time by moving a spring; and when the triger is pulled just so much air escapes out of the bag which forms the britch [breech] of the gun serves for one ball. It is a curious piece of workmanship not easily discribed and therefore I omit attempting it.[7]

This helps to visualize Lewis's air rifle but also presents a problem. It contradicts all we knew about that particular air gun before Michael Carrick published the above passage in "Meriwether Lewis's Air Gun," his paper on Rodney's description of Lewis's air gun, in 2002. Will Rogers once said that it wasn't what we don't know that gets us in trouble, "it's all the things we know that just ain't so." For the last quarter century, historians looking into Lewis's air gun have all fallen into the trap of circular reasoning.[8]

The loop of misunderstanding began in 1977, when Henry M. Stewart, Jr., published a paper revealing that he'd found, in Isaiah Lukens's estate papers, evidence of the disposition of Lewis's air rifle. Lukens, a Philadelphia clockmaker and gunsmith, died in 1846. In January of 1847 his estate was auctioned off. Item 95 in the auction catalogue states: "1 large do [air gun] made for and used by Messrs Lewis & Clark in their exploring expedition. *A great curiosity.*"[9]

There is no record of who purchased item 95, so the trail turns cold from there and the circular reasoning begins.

Lukens, perhaps best known in his own day as a clock maker (he made the clock for the tower of Independence Hall), was also a maker of air guns. He had perfected a valve for air guns that solved their greatest problem, decreased air pressure after each shot. His guns were considered some of the finest of the period. And he moved in the same Philadelphia circles Lewis was moving in during the spring and summer of 1803. So, the logic said, since Lukens had the air gun in 1846 and since the estate sale said it was "made for" Lewis and Clark, it must have been one of his that Lewis had bought and either returned to him after the expedition or that Lukens reacquired after Lewis's death. Suddenly, the older question of what the air gun was seemed to be solved. The logic worked; everyone was satisfied. The gun must have been made by Lukens.

---

[6] Moulton, *Journals of the Lewis and Clark Expedition*, 2:65.

[7] Rodney, *A Journey through the West*, 50, 62.

[8] The author pleads guilty to this as well. The original of this chapter, written before Carrick's article, is currently in the circular file.

[9] "A Great Curiosity," Discovering Lewis and Clark, http://lewis-clark.org/content/content-article.asp?ArticleID=1826.

Various researchers have suggested that Lukens made eight air guns during the period leading up to Lewis's time in Philadelphia. Four, perhaps five, of them are still extant. So, after Stewart found that Lewis's air gun still existed in 1846, and everyone interested settled on the gun being a Lukens, experts began to examine the possible guns. And there the journals enter the story again. On June 10, 1805 Lewis wrote, "The day being fair and fine we dryed all our baggage and merchandize. Shields renewed the main Spring of my air gun."[10] Experts examined the surviving Lukens air guns, looking for nonoriginal parts. And they found them.

The Virginia Military Institute (VMI) has a good collection of air guns, two of which are Lukens air guns from the late eighteenth or early nineteenth century. All of the known Lukens air guns are, as one would expect from a maker of fine clocks, elegant and refined, inside and out. They look like Pennsylvania rifles except that they have no pans and frizzens. The hammers are the beautiful serpentine design we associate with the Pennsylvania Rifles. All but one. That one, in the VMI collection, has a more robust, double-neck hammer of the type associated with military weapons. The mainspring too is crude, the kind of work a good blacksmith might do if he was working without a decent shop. Lewis had brought along a number of spare locks and parts from Harper's Ferry. Within a few months of Lewis's leaving there, the Harper's Ferry Arsenal was producing the Model 1803 Rifle with double-neck hammers. All the pieces fit. The VMI gun, it was assumed, must be the one Lewis took to the Pacific and back.

The puzzle was seemingly solved on the eve of the expedition's bicentennial. Then Michael Carrick published his paper on the Thomas Rodney description of Lewis's air rifle. The flaw in the train of logic was suddenly clear. Everyone had assumed that because Lukens ended up with the gun, he had made it. But if Lukens made the gun Thomas Rodney described, not only is it lost to us, it is radically different from any of the surviving Lukens air

guns. All of his that remain are single-shot muzzle loaders. Rodney describes a repeating weapon. There were a number of designs for repeating air guns at the beginning of the nineteenth century. But Rodney's account strongly suggests the type designed by G. C. Girandoni (a.k.a. Girardoni or Girardony) for the Austrian army.

Europe was not politically stable during the eighteenth and early nineteenth centuries. Austria fought wars against the Ottoman Empire, the Holy Roman Empire (and following its demise, Prussia), various powers in Italy and the Low Countries, and a whole series with France following the French Revolution and the rise of Napoleon. One result of all those wars was a large and well-financed military. Girandoni designed weapons for the Austrian military during the last quarter of the eighteenth century. His experiments with a repeating flintlock resulted in the loss of his left hand when a malfunction caused a test weapon to explode while he was firing it. He had better luck when he adapted the system to a repeating air rifle in the late 1770s. The result was the Model 1780. That weapon was improved, and the Model 1799 was the weapon that supposedly so upset Napoleon. It is unclear whether Girandoni was the lead manufacturer once he finished the design work. The fact that there were clearly many makers in Austria, Russia, Switzerland, England, and various German principalities using his design points to him as primarily an innovator that others then manufactured.[11]

A few of Girandoni's repeating air rifles have survived, and they are striking-looking weapons, with full-length forearms, very high, prominent hammers, and leather-covered metal stocks. On a Girandoni, as on many air guns of the time, the stock is the gun's air reservoir and detaches from the breech so it can be pumped up. It took five hundred to a thousand strokes of a hand pump to fill the air chamber to about 750 psi, but the gun can then be fired twenty to forty times. (The Austrian army supplied a larger pump mounted on a cart to facilitate refilling the air reservoirs.) Along the right side of the gun barrel, immediately

---



**LOADING THE GIRANDONI AIR RIFLE**
This shows a soldier loading the rifle by pushing the breech block to the right with his thumb. This must be done while holding the rifle vertically, as the balls feed down the magazine by gravity. *Courtesy Michael F. Carrick.*

**SCHEMATIC OF THE GIRANDONI AIR RIFLE**
(1) breech block; (2) magazine (filled with balls); (3) leaf spring; (4) barrel; (5) hammer. By pushing the breech block to the right while holding the rifle in a barrel-up position, the leaf spring is displaced to the right and a ball falls into the breechblock. Releasing the block, the leaf spring pushes the block back, positioning the ball in line with the barrel and the air cylinder to the rear. *Courtesy Michael F. Carrick.*



in front of the hammer, is a tube about a foot long and about a half inch in diameter, capable of holding about twenty rifle balls. The front of the tube is gated, and a leaf spring, attached just behind the gate, runs slightly more than the length of the tube along its right side. There is a sliding breech block that sticks out on both sides of the weapon. The right side of the block closes the back of the tube magazine, its right edge in contact with the magazine's leaf spring. The left side projects from the weapon roughly an inch and a half to two inches.

When the rifleman pushes that block to the right, it moves against the spring and places a funnel-shaped hole in the block over the end of the magazine. The hole is large enough in the front for a ball to enter and too small in the back for the ball to fall through—but large enough for air to pass. By holding the rifle muzzle up the shooter allows gravity to drop a ball into the breechblock's hole. When the block is then released from the

left, the leaf spring forces the block back to the left and the hole containing the ball is moved back in line with the rifle barrel. The shooter then cocks the hammer and air is released from the reservoir into a chamber between the stock and the breech block until the pressure in the two chambers is equalized. Then the reservoir valve closes. (The failure of this valve from something as insignificant as a bit of dirt could easily explain the problem of the weapon when Lewis was demonstrating it to Thomas Rodney.) Pulling the trigger then opens the valve at the front of the forward air chamber, and the air pressure sends the ball down the barrel at a speed of several hundred feet per second.

Lewis's first journal entry does state that he had purchased the air gun, but neither that or any evidence has surfaced to explain exactly where or when he acquired it. There is no other good evidence for Girandoni-style air rifles having made it to the United States by the beginning of the nineteenth century. Since so many different manufacturers in so many different countries were producing the weapons, it is easy to imagine them being

traded widely and without great comment during the more than twenty years from the weapon's introduction in 1780 until Lewis headed west. Interestingly enough, Lewis's penultimate journal entry also mentions the air rifle and another shooting accident as well. On that day, after being shot by Cruzatte, Lewis assumed that he and Cruzatte had been attacked by a party of Indians, and he called out to Cruzatte, who failed to respond. He made his way back to the river and called to his men to aid him in his attempt to save Cruzatte from the supposed Indian attack. The ball that wounded Lewis had passed through both cheeks of his buttocks, and Lewis found:

> my wounds became so painfull and my thye so stiff that I could scarcely get on; in short I was compelled to halt and ordered the men to proceed and if they found themselves overpowered by numbers to retreat in order keeping up a fire. I now got back to the perogue as well as I could and prepared myself with a pistol my rifle and air-gun being determined as retreat was impracticable to sell my life as deerly as possible.

*Lewis, August 11, 1806*[12]

If Lewis's air gun was capable of firing twenty shots in a minute, his defense would likely have been as effective as it was heroic. As events unfolded, the men returned with Cruzatte, who at least pretended bafflement, claiming he had never fired his rifle. Lewis had the ball that wounded him, one of the same caliber as the short rifle Cruzatte carried. Lewis was sure he had been shot accidentally by his one-eyed, nearsighted companion, but, somewhat uncharacteristically, he dropped the matter.

In between those incidents of April 1803 and August 1806, the air rifle is mentioned twenty times. In sixteen of those instances the air rifle was shot as a demonstration to impress various tribes. Since not every journalist mentions these performances on the same days, it seems reasonable to assume the weapon might have been fired more often than that. It may be that it became such a routine piece of equipment to the Corps that the writers didn't

deem it necessary to note its every use. For instance, neither Sergeant Gass nor Private Whitehouse ever mentions it. The various tribes all seem to have had the same reaction to the air rifle. Most of the journals describe the tribes as astonished or surprised. On January 24, 1806, Lewis wrote his longest report on the Indians' reaction to the air gun. "My Air-gun also astonishes them very much, they cannot comprehend it's shooting so often and without powder; and think that it is *great medicine* which comprehends every thing that is to them incomprehensible."[13] The line "shooting so often" seems to support the idea that Lewis had a repeating air rifle such as a Girandoni type.

The final mention of the air rifle in the journals is undated. After returning to St. Louis, some of Clark's notes refer to the air rifle being boxed for shipment back East.[14] Then, as the trackers say, the trail goes cold. But rather than turn away, it is useful to look at one last piece of evidence. Isaiah Lukens's estate papers say that the air gun was not only carried by Lewis but made for him as well. By whom? Based on whose design? Did Lewis acquire the designs for a Girandoni and take them to Pennsylvania and have one made for the trip? Did Lukens, after all, make Lewis's air gun, but not from his standard model? Or did the writer of the estate sale brochure make a small literary error and add "made for" to "used"? Had Lukens only acquired it after Lewis's death? Did he want it because of where it had been or because he wanted to study the unusual design? Or . . . ?

The Corps of Discovery's expedition was one of the best documented of the period, but there are many questions about it that are probably unanswerable two hundred years later. What exactly Lewis's air gun was may well be one of those questions. But historians should be wary of the word "never."

[13]Ibid., 6:233.
[14]Ibid., 8:419.

# Exhibit 2

# AR-15, M16

## ASSAULT RIFLE HANDBOOK

Edited By J. David McFarland



016



# Historical Background

Colt's AR-15, CAR-15 and M16 rifles are a direct result of a trend toward ever smaller and lighter military rifles firing high velocity, small caliber bullets. The first rifles of this type to see extensive use were the German *sturmgewehr* (assault rifles) of World War II. They set the criteria for such rifles that are still followed today: the weapon must be a carbine, have selective fire capability, a large capacity detachable magazine, and fire an intermediate powered cartridge. The MP43-44 and StG45(M) assault rifles are excellent German examples of the type from World War II.

Although the Allied powers had mainly used battle rifles (M1903A3 Springfield and M1 Garand in .30-06, the various models of the British SMLE in .303 British and the Soviet Mosin-Nagant in 7.62mm), development of various assault rifle designs by the Allies began almost immediately after the conclusion of hostilities. Both the U.S. and the Soviet Union had learned the value of smaller, lighter, selective fire weapons during the war with the U.S. M2 Carbine and the Russian PPSh 41. The U.S. had adapted the M1 Carbine to selective fire as the M2 Carbine, an unusual procedure since rarely is a fully automatic weapon developed from a semi-automatic design. Even though it didn't go into production until hostilities had (officially) ceased in Europe, the M2 was employed in Korea where it proved its worth. The M2 was, of course, a shoulder weapon which fired a rifle cartridge while the Soviet PPSh 41 was a submachine gun firing a pistol cartridge. Soviet automatic fire proved effective against the Ger-

mans while the Soviet troops were equally impressed with the German StG45.

One of the first successful postwar assault rifles to go into production, and undeniably the most widely produced, was the Soviet AK-47. Designed by an obscure Red Army noncom named Mikhail Kalashnikov, it was originally envisioned as a submachine gun to replace the obsolete PPSh 41. But somewhere along the way things went right and the final weapon became an assault rifle very similar to the StG45, which it closely resembled. It was designed around the already existing Soviet 7.62x39mm cartridge and featured a 30 round curved magazine. Introduced in 1947, the AK-47 was first issued in quantity to Soviet troops in 1949. The weapon is selective fire, but the operating lever goes from "safe" to "auto" to "semi-", clearly showing that Soviet tactics call for automatic fire as standard. The AK-47 and its successors are now the standard infantry weapon of virtually all Warsaw Pact nations as well as some Free World countries.

The AKM appeared in 1959 and differs from the original AK-47 in that it has a stamped, rather than milled, receiver, a somewhat straighter buttstock, lighter weight, a muzzle brake, rear sight adjustable to 1,000 meters instead of 800, rate of fire reducer (essentially useless since it has the same rate of fire as the original AK), ribbed receiver cover and fluted gas cylinder tube for added strength. The latter two changes are especially important since a good dent in either could render the weapon inoperative.

Numerous variations of the AK-47 have been made in several Communist countries, as well as in Finland and Israel. The Finnish AK is known as the Valmet while the Israeli rifle, which is chambered for the standard U.S. 5.56mm cartridge, is called the Galil. Free World thinking is evident in the modifications made on the Galil. Among others, provision has been made for a sniper scope. 35, 50 and special 12 round magazines (for grenade launching ammo, etc.) are available for the Galil. In East Germany, a .22 rimfire version of the AK is used to teach recruits the basics of rifle handling. Even the Communists are concerned with military spending!

Rumors of a newer, updated version of the AK which was chambered for a new, secret cartridge abounded during the late 1970's, but confirmation didn't take place until one actually surfaced in Afghanistan in the early 1980's. This rifle, designated the AK-74, is chambered for a new 5.45mm round and features a muzzle brake which works quite well when the weapon is used in the full auto mode. The AK-74 also has an excellent carrier-to-bolt ratio of 6:1; in other words, the carrier outweighs the bolt by 6 times, thus assuring excellent reliability. While never noted for beauty of design or quality of exterior finish, the AK series of rifles must be considered a resounding success. It is estimated that well over 30,000,000 AK-47's and AKM's have been produced. The design has a solid reputation for ruggedness and reliability, is fairly cheap to produce, and is designed in such a way that semi-literate or even illiterate troops or guerrilla fighters can be taught to use the rifle effectively with a minimum of training.

Many Afghan freedom fighters in the early 1980's expressed a preference for their old, trusted Short Magazine Lee Enfield rifles over captured AK-47's or AKM's, but their choice may have been based on familiarity and their particular method of fighting rather than on any fault in the AK design.

A semi-auto only version of the AKM is now manufactured in Egypt, using original Russian tooling and equipment. This rifle is imported into the U.S. by Steyr Daimler Puch Of America Corporation and makes it legally possible for the average American to own a "real" AK. While many forms of automatic weapons can legally be owned by American citizens, only police agencies and Class III firearms dealers could own them.

Britain's postwar entries into the assault rifle competition were the E.M. 1 and E.M. 2, both chambered for the British-developed .280 (7mm) cartridge. Both are of "Bull Pup" design, with the magazine placed behind the pistol grip. They have carrying handles *a la* the AR-15, but with built-in telescopic sights. The E.M. 2 was slated for adoption in 1949, but the problem of ammunition standardization among NATO countries surfaced just long enough to doom the E.M. 2. Several variants of the .280 cartridge were prepared for NATO trials, but the member nations finally settled on the American 7.62x51mm (now known in the U.S. simply as 7.62mm NATO or .308 Winchester). Great Britain adopted the FN/FAL as its standard service arm, as did many other countries in the Free World.

America's preference for the 7.62mm NATO, which is a .30 caliber, is understandable since the military brass argued that we had won World War II with .30 caliber bullets from the Springfield, the Garand and the M1 Carbine. Somewhere along the line, they conveniently managed to forget superior air power, America's industrial might and the fact that the Allies were able to place literally millions more in uniform than could the Axis. American troops had also acquitted themselves bravely in Korea with the Garand and the M1 Carbine.

The 7.62mm NATO round was actually a solid step down from the .30-06, giving ballistics which resemble those of the .30-40 Krag-Jorgensen of more than a half century before. Its origins derived from attempts to shorten the .30-06 case for more reliable feeding in semi-automatic and autonic arms. It is an excellent cartridge even though less powerful than its predecessor. While many other countries were adopting FN rifles chambered for this round, the U.S. opted for the M14 which was quite similar to the Garand but featured a detachable box magazine, a definite improvement over the Garand's fixed magazine which had to be loaded from stripper clips and which could not be "topped off" when only partially full. From the time of its adoption in 1957 until production ceased in 1964, over 1,000,000 M14's were manufactured.

Even as the United States was adopting the M14 as its standard service rifle, the search continued for a suitable weapon/cartridge combination that would fit in with the world-wide assault rifle trend. Two of the cartridges tested were based on the 7.62mm NATO and .30 Carbine rounds necked down to take a .22 caliber bullet. The 7.62mm NATO/.22 "wildcat" produced excellent ballistics similar to the popular .220 Swift or .22-250. Its 68 gr. boattail bullet offered greater penetration than the venerated 152 gr. .30-06 ball as far out as



The evolution of assault rifles from World War II to the present is shown above. From top to bottom: German StG45, Soviet AK-47, British Commonwealth E. M. 2 and American M16.

2,000 yards. The round's only drawback was that it produced excessive barrel wear. Conversely, the .30 Carbine/.22 round was considered simply too anemic for serious consideration. In the end, a slightly modified .222 Remington cartridge was accepted as the 5.56mm, or .223 Remington. It is now known as the 5.56mm NATO, indicative of even more nations' acceptance of the assault rifle principle.

The AR-15 was designed by Eugene Stoner who later developed the Stoner weapon system that had the Washington "whiz kids" so enamored in the early 1960's. The AR-15, CAR-15 and M16 are direct descendants of the Armalite AR-10 which many experts feel would still be our official military rifle if it had been adopted instead of the M14. Although an American design, just like the Luger, the AR-10 was never in production in this country. It was produced for a time in Holland as a selective fire weapon and a limited number of semi-auto only conversions have been imported into the United States for sales to the civilian market. Early Armalite AR-15's were almost identical to the AR-10 except for caliber. However, a number of changes were made when the design was sold to Colt in 1959, the same year the U.S. Army tested prototypes of the M16. Among the most notable changes is the location of the bolt retracting handle, which is now located at the rear of the receiver rather than on top of it. All rifles in the AR-15/M16 series are unique among gas-operated weapons in that they do not have a piston rod, the gas blows directly back into the bolt.

Originally known as the Caliber .223 AR-15, the M16 is a selective fire weapon and should not be confused with the current AR-15 civilian arms, which are semi-auto only. The semi-auto AR-15 can be converted to selective fire by the substitution of a number of M16 parts, including the lower receiver and auto sear. The latter item is considered a machine gun in itself if manufactured after November 1981 and must be registered with the BATF as such.

The first U.S. military purchase of the M16 in any quantity came in 1962, when 8,500 were sold to the Air Force. Gen. Curtis LeMay thought the little gun would be just the ticket for guarding air fields. He was clearly thinking of the M16 as a *defensive* weapon, rather than an offensive one, a role which would be forced upon it in a very few years.

The first substantial order for M16's came in 1963 when the American military ordered 104,000 units. The rifle was adopted as the official infantry rifle for all branches of the armed forces in 1967 and will undoubtedly be with us in one form or another for many years to come.

Although hailed in Washington as a great new weapon, the sad truth was that the M16 was fast proving unreliable in the jungles of Vietnam. GI's in the field were now cursing the demise of the M14 just as their older brothers had cursed the replacement of the Garand a few years earlier and their fathers or grandfathers had cursed the passing of the bolt-action Springfield M1903A3. Stories of troops dying with jammed M16's in their hands began filtering back from overseas. The Army and Colt quickly went to work on the "bugs", which turned out to be more a serious comedy of errors than any actual fault of the basic rifle design.

It was found that the training manuals issued with the rifles de-emphasized the necessity of cleaning and regular maintenance. Any real rifleman would immediately suspect such advice, even if true, as he knows his rifle is his best friend and keeps it as clean as possible. But such conscientiousness could hardly be expected of draftees, many of whom had never held a rifle before entering the service, unless it was drilled into them.

The ammunition used in the initial test of the M16 was loaded with IMR 4475 powder, which produced very little fouling. Once the war in Southeast Asia began to accelerate rapidly, the supply of IMR 4475 fell far short of the demand. OLIN WC846 was substituted, as was remanufactured World War II ball powder. These combinations quickly raised the M16's cyclic rate of fire from 850 rounds per minute to well over 1,000. They also produced far more fouling than was acceptable with an added problem of chamber corrosion due to the extremely high humidity that was prevalent in the jungles of Vietnam.

New training manuals were quickly prepared which emphasized the need for cleaning and a change in manufacturing methods assured that all M16A1's leaving the Colt factory had chrome-lined chambers to reduce corrosion. Additionally, a large number of rifles received the attention of Colt personnel in the field. The addition of a forward assist, which forces the bolt forward when it becomes stuck in its rearwardmost position, also greatly increased reliability, resulting in the designation M16E1.

One problem with the M16 that wasn't corrected until the early 1980's has nothing to do with the basic rifle itself: the tendency of many frightened, green soldiers to flip the selector lever to "full auto" and leave it there, counting on a spray of lead to replace marksmanship. Obviously, there are very few Sgt. Alvin Yorks around today. The problem of just holding the trigger back until the magazine goes dry is solved with a burst fire feature on the M16A1E1. Other features include a buttstock that is 5/8" longer than the old ones and a circular, rather than triangular, forestock. The barrel also has a much tighter 7" twist. A new cartridge has been developed especially for this rifle. The XM 855 will probably eventually replace the standard M193 since it can penetrate a helmet at 800 yards and still have enough punch to give anyone wearing the helmet a real problem.



**Both revered and reviled, the M16 is the standard issue infantry rifle of the United States and many of its Allies. Late issue round handguard can be retrofitted to older guns as shown.**

In attempts to simplify logistics of ammo supply and to produce weapons for specialized use, a number of other arms have emerged either directly or indirectly from the M16. Those which are easily recognizable as variations on the basic M16 include the Commando SMG, Colt's Heavy Barrel Automatic Rifle (HBAR), CAR-15 Survival Rifle and CAR-15 Heavy Assault Rifle M2. These are all selective fire weapons and the CAR-15 should not be confused with the semi-auto only AR-15 carbine which Colt produces. Although the physical resemblance between the two is nonexistent, all high wear parts from the CAR-15 system are interchangeable with the CMG-1 series of machine guns.

In addition to the standard grenade launcher/flash suppressor which is supplied on every basic M16, three types of grenade launchers are available for the M16: the 40mm grenade launcher which gives the grenadier the choice of either point or area fire, an adaptor which allows the "stock" launcher to launch standard hand grenades, and the Rifleman's Assault Weapon (RAW) launcher. The RAW system was devised specifically for use in urban areas and where the average rifleman might have to penetrate a bunker or light armored vehicle. The RAW itself is a round, rocket propelled grenade with zero trajectory. When fitted to the M16, the rifleman need only sight on his target as far out as 200 yards with standard sights and fire a standard ball round at it. The RAW will blast a hole through 8" of double-reinforced concrete large enough to crawl through. Fragmentation, smoke, white phosphorous and CS grenades can also be used with the RAW system.

Reports from Exercise Bright Star in Egypt in 1980 indicate that the M16 is unsuited for desert warfare, failing to match up to the Egyptian Army's rusty and abused, but reliable, AK-47's. No specific reasons for this failure have been found, but the added criticism of the M16 under desert conditions has done nothing to enhance its reputation.

It would appear that many of the M16's problems are like the proverbial camel which is a horse designed by a committee. Stoner's original AR-15 underwent severe testing by Vietnamese military personnel who raved about the weapon — specifically its reliability. They requested that the rifle be sent to them in significant quantities, but the U.S. military argued against the idea on the point of logistics — it just didn't make sense to ship different types of weapons and ammo to different war zones, or to have allied troops of different nationalities armed with different weapons in the same war zone. Based on the Vietnamese' experience with the AR-15, Gen. William Westmoreland requested that the Ordnance designed M14, which was proving unreliable in combat, be replaced with the M16. Had the M16 been a closer cousin to Stoner's original design, Westmoreland's request would have been a wise one.



Rifleman's Assault Weapon (RAW) is designed for urban warfare. Its launcher can be attached to any ordinary M16 and it is launched by firing a round of ball ammo at the target. Even with the launcher attached, the rifle can still be used instantly for its original purpose, allowing the individual soldier to protect himself from the enemy at all times.

Eugene Stoner was asked to endorse the Army Ordnance changes in the M16 *after* they had been made, including the switch to ball powder. He expressed his opinion that every single change that had been made was detrimental to the weapon and some of them, such as the decision that the bullet should leave the muzzle at no less than 3250 feet per second, were purely arbitrary. The cartridges loaded with IMR powder were only 100 fps slower and produced far less fouling since the slower-burning OLIN powder was still burning when the ejection port opened. The Air Force agreed with Stoner and argued in favor of keeping the original M16 specifications which they had adopted, along with IMR-loaded ammo. The Army argued that as they were acting as a central procurer for all services, the Air Force would have to settle for what the Army wanted.

If the Army had simply taken the original Armalite AR-15 and adopted it along with the ammunition for which it was designed, many of the unfortunate incidents involving the unreliability of the M16 might never have happened. A Congressional investigation failed to find satisfactory answers for many of the changes that were made in the original design and for the change in powder. What they did find is what everybody already knew: that the combination of rifle and ammo were incompatible. The problems were solved to some extent with the new training manu-

als and another change in powder as mentioned earlier.

On the home front, the AR-15 has fared far better than its M16 cousin, probably because it is semi-auto only (no cyclic rate to worry about) and because the design is much closer to Stoner's original specifications. It is one of the most popular and sought-after weapons on the market. Its light weight and negligible recoil are undoubtedly two of the reasons for its success, but they account for only part of it. Of equal importance are its standard military caliber, assuring a ready supply of surplus ammo or once-fired brass, and the availability of surplus spare parts at reasonable prices. Despite the tendency of some military minds to reject a weapon such as the M16 "because it doesn't look like a rifle", civilian shooters are a little more willing to accept the unusual or innovative. Some of the AR-15's popularity is undoubtedly based on its kinship with the M16, despite the disparaging stories floating around concerning the latter.

Many of the people purchasing the AR-15 today are survivalists who feel that if and when the ultimate chaos hits (whether from nuclear war, natural disaster, economic collapse or whatever). the old .30-30 that they carry into the woods every fall just won't cut the mustard in a prolonged firefight. The extra magazine capacity (20, 30 or 40 rounds), flatter trajectory and better penetration of the AR-15's .223 ammo is comforting to them.



Rifle grenade launcher/flash suppressor will accommodate current standard U.S. military rifle grenades without supplementary attachments. With the appropriate adaptor it will also launch standard U.S. military hand grenades. The bipod is recommended when firing from the prone position, either semi-auto or automatic fire, since it provides added stability.

One measure of any weapon's worth and success is the number of its imitators and the wealth of accessories that are available for it. The AR-15 has both .22 Long Rifle and .32 ACP look-alikes.

Numerous accessories are available which enable the individual gun owner to customize his or her AR-15 to fit their specific needs. Some of the better accessories are covered in the final chapter.

AR-15, CAR-15, M16





## Physical Characteristics

The AR-15, CAR-15 and M16 family of weapons are gas operated, air cooled, magazine fed semi-/fully automatic shoulder weapons. The AR-15 is, of course, semi-automatic only. They are of light weight and straight line construction and are, in comparison to many other rifles, extremely simple to maintain. The M16 specifications listed below apply generally to all weapons in the family, with a few exceptions, such as barrel length, overall length and weight. The AR-15 Sporter, for instance, weighs 7.25 lbs. rather than 6.5, the Commando SMG weighs 5.5 lbs. and has a 10" barrel, the HBAR weighs 7.6 lbs., the CAR-15 Survival Rifle has a 10" barrel and weighs 4.75 lbs. and the CAR-15 heavy assault rifle weighs 8.3 lbs. Except as noted above, all weapons have a 20" barrel with the exception of the AR-15 Carbine, which has a 16" barrel.

### M16 RIFLE SPECIFICATIONS

| | |
|---|---|
| Caliber | .223 |
| Overall Length | 38.6" |
| Barrel Length | 20" |
| Width | 2.4" |
| Height (w/o Magazine) | 8.8" |
| Height (with 20 Round Magazine) | 8.8" |
| Height (with 30 Round Magazine) | 10.2" |
| Rifling | Button |
| Twist | 1 in 12 (1 in 7 on M16A1E1) |
| Number of Grooves | 6 |
| Weight (w/o Magazine) | 6.5 lbs. |
| Weight of Bipod | .5 lbs. |
| Weight of Loaded 20 Round Magazine | .71 lbs. |
| Weight of Loaded 30 Round Magazine | 1.0 lb. |
| Muzzle Velocity | 3250 fps (2750 fps for CAR-15 & Commando SMG) |
| Muzzle Energy | 1285 ft. lbs. (923 ft. lbs. for CAR-15 & Commando SMG) |
| Rate of Fire | 650-850 RPM |
| Safety | Rotary Trigger Block |



**M16 RIFLE**



**CAR-15 SURVIVAL RIFLE**



**COMMANDO SUBMACHINE GUN**

The front sight of the M16 is an adjustable, click type post with each click equalling 2.8 centimeters per every 100 meters of range. The rear sight is adjustable for both windage and elevation and is of the flip type. The normal range setting is for 0 to 300 meters, with the long range setting of 300 to 500 meters. As with the elevation on the front sight, each notch of the windage adjustment equals 2.8 centimeters per every 100 meters of range.

The M16 is designed to fire ball, tracer and blank ammo and has a maximum range of 2,653 meters with ball ammo, the maximum effective range being 460 meters.



**AR-15, CAR-15, M16**



EXPLODED VIEW & PARTS LIST, AR-15

Exhibit 3



**When you're determined to survive, you leave nothing to chance.**

In a survival situation, you want the most uncompromising weapon that money can buy. The HK 91 Semi-Automatic Assault Rifle from Heckler & Koch.

The HK 91 was derived directly from the G3. Its delayed roller-locked bolt system reduces recoil to keep the gun on target. It exceeds the most stringent NATO accuracy requirements—right out of the box. And HK's revolutionary scope mounting system guarantees that you're still zeroed-in every time you mount your scope.

Easy to maintain and take apart, the HK 91 in cal. 308 and the HK 93 in cal. 223 were both designed as parts of an integrated gun system. The HK system of interchangeable parts and accessories enables these precision firearms to adapt quickly to changing tactical situations.

Leading military operations and law enforcement agencies around the world rely on firearms that bear the H&K name. Your choice is equally clear. You can carry an ordinary weapon. Or own the most uncompromising firearm in the world.

*HK 91A2*

*For our new 41-page color catalog, send $3 to: Heckler & Koch, Inc. Consumer Information P.O. Box 10802 Chantilly, Virginia 22021*



**In a world of compromise, some men don't.**

H&K firearms are designed to be as safe as possible at all times. But the safe handling and responsible use of a firearm are your responsibility. Read the owner's manual carefully before using your gun. Keep all firearms in a safe place at all times. And consult your local police department for information on firearm instruction and gun ownership in your area.

Exhibit 4



# USE WHAT THEY USE.

**DDMK18 FACTORY SBR**
Featuring Daniel Defense's
military-adopted RIS II Rail



# DANIEL DEFENSE®

»LIGHTER, STRONGER, BETTER:»DANIELDEFENSE.COM



PROUDLY AND EXCLUSIVELY
MADE IN THE **USA**

Whether you are a patrolling a foreign land, the city streets, or your own home, your rifle can't let you down.
Daniel Defense makes the world's best AR15-style rifles. Visit our website to find the perfect model for your needs.

FIND US ON

# Exhibit 5

# KRISS

2020 PRODUCT CATALOG

# TABLE OF CONTENTS

## TACTICAL

VECTOR G2 CRB . . . . . . . . . . . . . . . . . . . . . . . . . 8
VECTOR G2 SBR . . . . . . . . . . . . . . . . . . . . . . . . . 8
VECTOR G2 SDP-SB ENHANCED . . . . . . . . . . . . . . 9
VECTOR G2 SDP-SB . . . . . . . . . . . . . . . . . . . . . . 9
VECTOR G2 SDP . . . . . . . . . . . . . . . . . . . . . . . . 10

## LAW ENFORCEMENT & MILITARY

VECTOR G2 SMG . . . . . . . . . . . . . . . . . . . . . . . . 14
VECTOR G2 FX . . . . . . . . . . . . . . . . . . . . . . . . . 15
VECTOR G2 INERT . . . . . . . . . . . . . . . . . . . . . . . 15

## RIMFIRE

**VECTOR 22 SERIES**

VECTOR 22 CRB . . . . . . . . . . . . . . . . . . . . . . . . 19
VECTOR 22 SDP-SB . . . . . . . . . . . . . . . . . . . . . . 19

**DMK 22 SERIES**

DMK 22C . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
DMK 22C-LVOA . . . . . . . . . . . . . . . . . . . . . . . . 22
DMK 22P-SB . . . . . . . . . . . . . . . . . . . . . . . . . . 23
DMK 22P . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

## HANDGUNS

SPHINX COMPACT DUTY . . . . . . . . . . . . . . . . . . 28
SPHINX COMPACT . . . . . . . . . . . . . . . . . . . . . . 28

## SUPPRESSORS

4GSK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
4GC9 COMPACT . . . . . . . . . . . . . . . . . . . . . . . . 31
4GXT9 EXTENDED . . . . . . . . . . . . . . . . . . . . . . 31

## ACCESSORIES . . . . . . . . . . . . . . . . . . . . . . 32



The KRISS origin story begins in the early 2000s. With the threat of terrorism seemingly boundless, the founders sought to create a new tool to equip those fighting for good in the global war on terror. The idea was simple: create a compact weapon system that would be more controllable, more powerful, and more user friendly than existing, antiquated firearms. It was a simple idea with a very complex solution.

Through many trials, and to the chagrin of many nay-sayers, KRISS unveiled the Vector Submachine Gun in 2006. At the core of this revolutionary firearm was the KRISS Super V System, a multilink bolt design that re-vectors recoil energy away from the shooter The Super V System, in conjunction with the Vector's low bore axis, tames powerful cartridges such as .45ACP in which the first Vectors were chambered.  Feeding the Vector is done through the ubiquitous Glock® magazine, unifying ammunition between primary and secondary, and simplifying gear configuration. The KRISS Vector is a testament to our commitment to innovation and excellence.

What began as a solitary firearm fourteen years ago is now a burgeoning weapon system available in multiple calibers, colors, and configurations. We have also applied the same ingenuity and craftsmanship to other weapons platforms. This 2020 catalog represents the very best we have to offer thus far. The past has given us invaluable experience to continue to develop new technologies, every bit as revolutionary as the ones that jump started KRISS many years ago.



TACTICAL

# VECTOR G2 SERIES

The KRISS Vector is the ideal choice for shooters seeking a controllable, compact weapon system. Available in popular calibers such as 9mm, .40 S&W, .45 ACP, and 10mm, the KRISS Vector is compatible with full size Glock® magazines, which allows shooters to share ammunition between their handgun and KRISS Vector. The KRISS Vector field strips without the use of tools by simply removing 4 takedown pins to separate the major components for maintenance.

A wide range of accessories are also available to give users the ability to reconfigure their KRISS Vector to suit their individual needs whether for home defense, competition, or duty use.

## PRODUCT HIGHLIGHTS

**A:**  Picatinny rail mounting points / optional handguards

**B:**  Low profile folding sights

**C:**  Brass check feature

**D:**  Full length Picatinny top rail

**E:**  Ambidextrous short throw safety levers

**F:**  Multiple stock options

**G:**  Tactile pivoting trigger

**H:**  Patented KRISS Super V System

**I:**  Glock® magazine compatibility





Threaded muzzle for the option of attaching your favorite muzzle device or suppressor. Selected models only.



The KRISS Vector is compatible with the ubiquitous full size, Glock® magazine. The KRISS MagEx is available for extended .45ACP / 9mm / 10mm capacity.



## KRISS SUPER V RECOIL MITIGATION SYSTEM

At the heart of every KRISS Vector centerfire platform is the KRISS Super V System. The nonlinear operation is unlike any other, providing a shooter enhanced control through reduced felt recoil and muzzle climb. The low bore axis also provides control by aligning the bore directly in front of the shooter's hand. Combining both the KRISS Super V System and a low bore axis, the KRISS Vector allows for faster recovery between shots and increased speeds when transitioning between targets.

# VECTOR G2 CRB



**PRODUCT HIGHLIGHTS:**
> 16" BARREL
> 6 POSITION M4 STOCK

**CERAKOTE® COLOR OPTIONS:**
FLAT DARK EARTH   OLIVE DRAB   ALPINE   COMBAT GREY

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length (Collapsed / Extended) | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Vector CRB 9 | 9x19, 9x21 | 10 / 17 / 40 | Advanced metal + polymer composite | 16 in / 406.4 mm | 34.7 in / 881.3 mm 38 in / 965.2 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 8.2 lbs / 3.7 kg |
| Vector CRB 45 | .45ACP | 10 / 13 / 30 | Advanced metal + polymer composite | 16 in / 406.4 mm | 34.7 in / 881.3 mm 38 in / 965.2 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 8.2 lbs / 3.7 kg |
| Vector CRB 10 | 10MM | 10 / 15 / 33 | Advanced metal + polymer composite | 16 in / 406.4 mm | 34.7 in / 881.3 mm 38 in / 965.2 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 8.2 lbs / 3.7 kg |
| Vector CRB 40 | .40S&W | 10 / 15 | Advanced metal + polymer composite | 16 in / 406.4 mm | 34.7 in / 881.3 mm 38 in / 965.2 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 8.2 lbs / 3.7 kg |

# VECTOR G2 SDP-SB ENHANCED



**PRODUCT HIGHLIGHTS:**
> 6.5" THREADED BARREL
> VMR 5" MODULAR HANDGUARD
> SB TACTICAL SBX-K ARM BRACE

**CERAKOTE® COLOR OPTIONS:**
FLAT DARK EARTH   OLIVE DRAB   ALPINE   COMBAT GREY

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length (Folded / Extended) | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Vector SDP-SB E 9 | 9x19, 9x21 | 10 / 17 / 40 | Advanced metal + polymer composite | 6.5 in / 165.1 mm 1/2" x 28 Thread | 18.5 in / 470.0 mm 25.6 in / 650.2 mm | 6.8 in / 172.7 mm | 2.8 in / 71.1 mm | 7.3 lbs / 3.3 kg |
| Vector SDP-SB E 45 | .45ACP | 10 / 13 / 30 | Advanced metal + polymer composite | 6.5 in / 165.1 mm 16 x 1 LH Thread | 18.5 in / 470.0 mm 25.6 in / 650.2 mm | 6.8 in / 172.7 mm | 2.8 in / 71.1 mm | 7.3 lbs / 3.3 kg |
| Vector SDP-SB E 10 | 10MM | 10 / 15 / 33 | Advanced metal + polymer composite | 6.5 in / 165.1 mm 9/16" x 24 Thread | 18.5 in / 470.0 mm 25.6 in / 650.2 mm | 6.8 in / 172.7 mm | 2.8 in / 71.1 mm | 7.3 lbs / 3.3 kg |

# VECTOR G2 SBR



**PRODUCT HIGHLIGHTS:**
> 6.5" THREADED BARREL
> AMBIDEXTROUS FOLDING STOCK
> VMR 5" MODULAR HANDGUARD

**CERAKOTE® COLOR OPTIONS:**
FLAT DARK EARTH   OLIVE DRAB   ALPINE   COMBAT GREY

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length (Folded / Extended) | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Vector SBR 9 | 9x19, 9x21 | 10 / 17 / 40 | Advanced metal + polymer composite | 6.5 in / 165.1 mm 1/2" x 28 Thread | 17.5 in / 444.5 mm 26.9 in / 683.3 | 6.8 in / 172.7 mm | 2.8 in / 71.1 mm | 7.5 lbs / 3.4 kg |
| Vector SBR 45 | .45ACP | 10 / 13 / 30 | Advanced metal + polymer composite | 6.5 in / 165.1 mm 16 x 1 LH Thread | 17.5 in / 444.5 mm 26.9 in / 683.3 | 6.8 in / 172.7 mm | 2.8 in / 71.1 mm | 7.5 lbs / 3.4 kg |
| Vector SBR 10 | 10MM | 10 / 15 / 33 | Advanced metal + polymer composite | 6.5 in / 165.1 mm 9/16" x 24 Thread | 17.5 in / 444.5 mm 26.9 in / 683.3 | 6.8 in / 172.7 mm | 2.8 in / 71.1 mm | 7.5 lbs / 3.4 kg |

# VECTOR G2 SDP-SB



**PRODUCT HIGHLIGHTS:**
> 5.5" THREADED BARREL
> SB TACTICAL SBX-K ARM BRACE

**CERAKOTE® COLOR OPTIONS:**
FLAT DARK EARTH   OLIVE DRAB   ALPINE   COMBAT GREY

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Vector SDP-SB 9 | 9x19, 9x21 | 10 / 17 / 40 | Advanced metal + polymer composite | 5.5 in / 139.7 mm 1/2" x 28 Thread | 23.3 in / 591.8 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 6.7 lbs / 3.0 kg |
| Vector SDP-SB 45 | .45ACP | 10 / 13 / 30 | Advanced metal + polymer composite | 5.5 in / 139.7 mm 16 x 1 LH Thread | 23.3 in / 591.8 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 6.7 lbs / 3.0 kg |
| Vector SDP-SB 10 | 10MM | 10 / 15 / 33 | Advanced metal + polymer composite | 5.5 in / 139.7 mm 9/16" x 24 Thread | 23.3 in / 591.8 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 6.7 lbs / 3.0 kg |
| Vector SDP-SB 40 | .40S&W | 10 / 15 | Advanced metal + polymer composite | 5.5 in / 139.7 mm 9/16" x 24 Thread | 23.3 in / 591.8 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 6.7 lbs / 3.0 kg |

# VECTOR G2 **SDP**



**PRODUCT HIGHLIGHTS:**

> 5.5" THREADED BARREL
> END PLATE WITH QD SLING MOUNT

**CERAKOTE® COLOR OPTIONS:**

FLAT DARK EARTH    OLIVE DRAB    ALPINE    COMBAT GREY

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Vector SDP 9 | 9x19, 9x21 | 10 / 17 / 40 | Advanced metal + polymer composite | 5.5 in / 139.7 mm 1/2" x 28 Thread | 16.7 in / 425.4 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 5.9 lbs / 2.7 kg |
| Vector SDP 45 | .45ACP | 10 / 13 / 30 | Advanced metal + polymer composite | 5.5 in / 139.7 mm 16 x 1 LH Thread | 16.7 in / 425.4 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 5.9 lbs / 2.7 kg |
| Vector SDP 10 | 10MM | 10 / 15 / 33 | Advanced metal + polymer composite | 5.5 in / 139.7 mm 9/16" x 24 Thread | 16.7 in / 425.4 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 5.9 lbs / 2.7 kg |
| Vector SDP 40 | .40S&W | 10 / 15 | Advanced metal + polymer composite | 5.5 in / 139.7 mm 9/16" x 24 Thread | 16.7 in / 425.4 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 5.9 lbs / 2.7 kg |

## EXPANDED **CAPACITY**

The KRISS MagEx2 Kit is a must have accessory to complement your KRISS Vector, or Glock® handgun. The MagEx2 Kit replaces the baseplate on your full size, standard capacity Glock® magazine to drastically increase capacity. The MagEx2 Kit boasts a capacity of 40 rounds of 9mm when affixed to a G17 magazine, 33 rounds of 10mm when affixed to a G20 magazine, and 30 rounds of .45ACP when affixed to a G21 magazine.





MagEx2 9mm shown with Glock® G17.



MagEx2 .45ACP shown with Vector CRB.



# LAW ENFORCEMENT & MILITARY



# VECTOR G2 SMG



The KRISS Vector SMG is the ideal choice for law enforcement and military seeking a controllable, compact weapon system for CQB environments. Available in popular calibers 9x19mm and .45 ACP, the KRISS Vector SMG is compatible with full size Glock® magazines, which allows users to share ammunition between their duty handgun and the KRISS Vector. Its safety and fire select levers are specifically designed to be separate and are ambidextrous. The KRISS Vector field strips without the use of tools by simply removing 4 takedown pins to separate the major components for maintenance.

Whether for personal security or kinetic operations, the KRISS Vector SMG provides users the flexibility to reconfigure their KRISS Vectors to suit individual needs through a wide range of accessories.

## STOCK OPTIONS:

### AR15 STOCK
The rear of the Vector's receiver is threaded to accept any commercial spec or MIL-SPEC AR-15 buffer tube or stock, offering the same stability and feel that many operators are already accustomed.



### HELMET STOCK
Designed for users involved in high risk operations where the use of a standard stock is impractical due to additional layers of protection. The stock may be folded for compact storage and is adjustable for length of pull.



## PRODUCT HIGHLIGHTS:

> 6.5" THREADED BARREL
> FOLDING AND TELESCOPING STOCK WITH QD SLING MOUNTS
> VMR MK5 HANDGUARD WITH HAND STOP AND ACCESSORY RAIL SECTIONS

**CERAKOTE® COLOR OPTIONS:**

FLAT DARK EARTH   OLIVE DRAB   ALPINE   COMBAT GREY

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length (Folded / Unfolded) | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Vector SMG 9 | 9x19 | 17 / 40 | Advanced metal + polymer composite | 6.5 in / 165.1 mm 1/2" x 28 Thread | 18.5 in / 469.9 mm 27.9 in / 708.6 mm | 6.8 in / 172.7 mm | 2.8 in / 71.1 mm | 7.45 lbs / 3.4 kg |
| Vector SMG 45 | .45ACP | 13 / 30 | Advanced metal + polymer composite | 6.5 in / 165.1 mm 16 x 1 LH Thread | 18.5 in / 469.9 mm 27.9 in / 708.6 mm | 6.8 in / 172.7 mm | 2.8 in / 71.1 mm | 7.45 lbs / 3.4 kg |

# VECTOR TRAINING TOOLS

KRISS Vector Training Products are designed for users seeking to safely train for weapons familiarity and force-on-force scenarios. The lowers are designed to accept any KRISS Vector compatible accessory, allowing users to configure according to training requirements.

# VECTOR G2 SMG FX

The KRISS Vector can be outfitted with a FX Lower which allows it to fire training cartridges for force-on-force training. Accessories used on duty weapons may be mounted to the FX Lower, allowing shooters to train seamlessly.



| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length (Folded / Unfolded) | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Vector SMG 9 | 9x19 | 17 / 40 | Advanced metal + polymer composite | 5.5 in / 139.7 mm 1/2" x 28 Thread | 18.5 in / 469.9 mm 27.9 in / 708.6 mm | 6.8 in / 172.7 mm | 2.8 in / 71.1 mm | 6.3 lbs / 2.8 kg |

# VECTOR G2 SMG INERT

The Vector SMG Inert is an invaluable training tool with the same dimensions and functions of the firearm, but without the ability to chamber and fire, it is ideal for dynamic training environments.



| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length (Folded / Unfolded) | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Vector SMG 9 | 9x19 | 17 / 40 | Advanced metal + polymer composite | 6.5 in / 165.1 mm 1/2" x 28 Thread | 18.5 in / 469.9 mm 27.9 in / 708.6 mm | 6.8 in / 172.7 mm | 2.8 in / 71.1 mm | 7.45 lbs / 3.4 kg |
| Vector SMG 45 | .45ACP | 13 / 30 | Advanced metal + polymer composite | 6.5 in / 165.1 mm 16 x 1 LH Thread | 18.5 in / 469.9 mm 27.9 in / 708.6 mm | 6.8 in / 172.7 mm | 2.8 in / 71.1 mm | 7.45 lbs / 3.4 kg |

# RIMFIRE

The KRISS Vector 22 series firearms are distinct, semi-automatic rimfire sporting rifles that incorporate the iconic aesthetics and ergonomics of the patented KRISS Vector submachine gun design.

Engineered to fire the .22 LR cartridge and designed for both training and small game hunting, the Vector 22 is a one of a kind firearm that brings out of the box precision, performance, and value in an iconic design.

## NEW
# VECTOR 22 CRB



PRODUCT HIGHLIGHTS:
- 16" THREADED BARREL
- LAST ROUND BOLT LOCK
- ALUMINUM M-LOK HANDGUARD
- AMBIDEXTROUS SAFETY
- 6 POSITION M4 STOCK
- 10RD MAGAZINE
- LOW PROFILE FOLDING SIGHTS

COLOR OPTIONS:



FLAT DARK EARTH    ALPINE

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length (Collapsed / Extended) | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Vector 22 CRB | .22LR | 10 / 30 | Advanced metal + polymer composite | 16.0 in / 406.4 mm 1/2" x 28 Thread | 34.5 in / 876.3 mm 37.7 in / 958.8 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 7.4 lbs / 3.3kg |

## NEW
# VECTOR 22 SDP-SB



PRODUCT HIGHLIGHTS:
- 6.5" THREADED BARREL
- LAST ROUND BOLT LOCK
- SB TACTICAL SBX-K ARM BRACE

COLOR OPTIONS:

FLAT DARK EARTH    ALPINE

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Vector 22 SDP-SB | .22LR | 10 / 30 | Advanced metal + polymer composite | 6.5 in / 165.0 mm 1/2" x 28 Thread | 24.3 in / 617.2 mm | 6.8 in / 172.7 mm | 2.6 in / 66.0 mm | 5.6 lbs / 2.5 kg |

# DMK22 SERIES

The DMK22 is a dedicated .22LR semi-automatic rifle platform that is optimized for accuracy, realistic training, and offers limitless customization from front to back. Recognizing the need for low cost training and familiarization, KRISS USA Inc set out to design a rimfire rifle that replicates the form and function of centerfire AR15 rifles, while taking advantage of low cost .22 LR ammunition.

The patented barrel adapter allows DMK22 Series rifles to accept aftermarket 10/22 barrels to accommodate different performance needs. To accurately mimic AR15s, a functional, last round bolt catch is also included, which engages once ammunition in the DMK22 magazines has been expended. Popular .22 LR AR15 magazines may also be used, however the last round bolt catch only engages with KRISS DMK22 magazines.

## PRODUCT HIGHLIGHTS

**A:**  Ruger® 10/22 barrel compatibility*

**B:**  Low profile folding sights

**C:**  Free float handguard

**D:**  Full length Picatinny top rail

**E:**  Forged aluminum receivers

**F:**  Last round bolt lock

**G:**  Standard AR15 charging handle

**H:**  M4 6 position stock

**I:**  Standard AR15 safety selector

\* KRISS USA recommends installation by a
  professional gunsmith.





Customize and add your favorite attachments by mounting keymod rail sections directly onto the DMK22 handguard.

Designed as the ultimate AR training platform the DMK22 features a true last round bolt lock function.

## CUSTOMIZABILITY

The DMK22 is in a class of its own among .22LR firearms, thanks to its unparalleled construction and features. However, when customized with industry leading performance upgrades, the DMK22 is elevated to a whole new level.



**1.**  The DMK22 is equipped with a mil-spec AR-15 buffer tube. The OEM stock on this model has been exchanged for one featuring a short picatinny rail section, designed for a monopod.

**2.**  A variable zoom, first focal plane, scope has been added to the MIL-STD 1913 top receiver rail, allowing for competition grade accuracy.

**3.**  The DMK22 is compatible with AR-15 triggers. Installed on this rifle is a flat bow, two stage, trigger with a 2.5lb press.

**4.**  Additional AR-15 furniture add the finishing touches to this DMK22; such as the ergonomic pistol grip, extended charging handle, polished aluminum magazine release, and polished aluminum forward assist.

**5.**  Ruger® 10/22, sporting chambered, barrels can be used in the DMK thanks to our patented barrel adaptor. This rifle has been fitted with a lightweight carbon fiber tension barrel to tighten its groupings to sub 1 MOA*.

# DMK 22C



PRODUCT HIGHLIGHTS:

> 16.5" THREADED BARREL
> ALUMINUM FREE FLOAT HANDGUARD
> PATENTED RUGER® 10/22 BARREL COMPATIBILITY

CERAKOTE® COLOR OPTIONS:

FLAT DARK EARTH   OLIVE DRAB   ALPINE   COMBAT GREY

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length (Collapsed / Extended) | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| DMK 22C | .22LR | 10 / 15 | Advanced metal + polymer composite | 16.5 in / 419.1 mm 1/2" x 28  Thread | 32.0 in / 812.8 mm 35.2 in / 895.4 mm | 7.3 in / 184.4 mm | 2.6 in / 66.0 mm | 6.6 lbs / 2.9 kg |

# DMK 22P-SB



PRODUCT HIGHLIGHTS:

> 8" THREADED BARREL
> ALUMINUM FREE FLOAT HANDGUARD
> SB TACTICAL SBX-K ARM BRACE

CERAKOTE® COLOR OPTIONS:

FLAT DARK EARTH   OLIVE DRAB   ALPINE   COMBAT GREY

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| DMK 22P-SB | .22LR | 10 / 15 | Advanced metal + polymer composite | 8 in / 203.2 mm 1/2" x 28  Thread | 22.9 in / 581.6 mm | 7.3 in / 184.4 mm | 2.5 in / 65.5 mm | 4.85 lbs / 2.2 kg |

# DMK 22C-LVOA



PRODUCT HIGHLIGHTS:

> 16.5" THREADED BARREL
> LICENSED WARSPORT® LVOA HANDGUARD
> PATENTED RUGER® 10/22 BARREL COMPATIBILITY

CERAKOTE® COLOR OPTIONS:

FLAT DARK EARTH   OLIVE DRAB   ALPINE   COMBAT GREY

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length (Collapsed / Extended) | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| DMK 22C LVOA | .22LR | 10 / 15 | Advanced metal + polymer composite | 16.5 in / 419.1 mm 1/2" x 28  Thread | 32.0 in / 812.8 mm 35.2 in / 895.4 mm | 7.3 in / 184.4 mm | 2.6 in / 66.0 mm | 7.1 lbs / 3.2 kg |

# DMK 22P



PRODUCT HIGHLIGHTS:

> 8" THREADED BARREL
> ALUMINUM FREE FLOAT M-LOK HANDGUARD
> END CAP WITH QD SLING MOUNT

CERAKOTE® COLOR OPTIONS:

FLAT DARK EARTH   OLIVE DRAB   ALPINE   COMBAT GREY

| Model | Caliber | Magazine Capacity | Frame Material | Barrel Length | Overall Length | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| DMK 22P | .22LR | 10 / 15 | Advanced metal + polymer composite | 8 in / 203.2 mm 1/2" x 28  Thread | 16.6 in / 421.5 mm | 7.3 in / 184.4 mm | 2.5 in / 65.5 mm | 4.25 lbs / 1.9 kg |

# HANDGUNS



# SPHINX PISTOL SERIES





**THREADED BARREL**

Optional threaded barrel
for the attachment of
suppressors



**CUSTOMIZABLE COMFORT**

Three comfort grip inserts (S, M, L), allowing
the shooter to adjust the width and depth of
their pistol grip for the ideal fit.

**SPHINX SIGNATURE DESIGN**

Integrating the designs of the SPHINX
tactical and competition lineage, the
SPHINX SDP series is the complete
package of the highest quality steel,
aluminum, and advanced polymer
composite construction.

A closer look at individual
components will reveal the value
of SPHINX, and why it is quickly
becoming the top choice for shooters
worldwide.



The slide of a SPHINX SDP is shallow in order
to lower the bore axis, aiding the shooter with
recoil management.

The frame of the SPHINX SDP is machined with
full length guide rails designed to reduce axial
slide movement and improve accuracy.



The lower frame of
the SPHINX SDP is a
standalone component
that can be changed per
the shooter's length and
material preferences.

SPHINX pistols are precision built for the
discerning shooter. Each part in a SPHINX pistol
is machined from quality materials and fitted to
ensure premium performance. Every pistol is
packaged with grip inserts that accommodate
various hand sizes. The grip inserts not only
adjust the length of the grip but also the width of
the palm swells.

Though there are many faster and more
economical ways to produce a pistol, there is
only one way to make a SPHINX and the tradition
of excellence is the cornerstone of the SPHINX
brand.

## PRODUCT HIGHLIGHTS

**A:**  Front slide serrations

**B:**  PVD coated slide

**C:**  Hard anodized aluminum upper and lower frame

**D:**  Ambidextrous decocking lever

**E:**  High cut bevertail

**F:**  Interchangeable grip inserts

**G:**  Beveled magazine well

**H:**  Reversible magazine release

**I:**  Enlarged trigger guard with undercut

**J:**  Match grade trigger

**K:**  Picatinny accessory rail



Every metal component on every SPHINX pistol is
machined from a solid block of billet, then meticulously
hand fitted. Custom quality craftsmanship in a
production pistol.



The white dot front sight and black rear U-notch sight
allow for immediate recognition when acquiring your
sight picture for fast and accurate shooting.

# SPHINX **COMPACT DUTY**



## PRODUCT HIGHLIGHTS:

> EXTENDED FRAME FOR USE WITH 17 ROUND MAGAZINES

### FRAME MATERIAL & FINISH

|  | Black | Colors |
|---|---|---|
| Slide | PVD coated steel | Cerakote® steel |
| Upper Frame | Hard anodized aluminum | Cerakote® aluminum |
| Lower Frame | Hard anodized aluminum | Cerakote® aluminum |

### CERAKOTE® COLOR OPTIONS:

FLAT DARK EARTH    OLIVE DRAB    ALPINE    COMBAT GREY

| Model | Caliber | Magazine Capacity | Barrel Length | Twist Rate | Length | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Compact Duty | 9x19 | 10 / 17 | 3.7 in / 93.9 mm | 1:10" RH | 7.4 in / 187.9 mm | 5.7 in / 144.8 mm | 1.4 in / 35.5 mm | 29.7 oz / 841.9 g |

# SPHINX **COMPACT**



## PRODUCT HIGHLIGHTS:

> COMPACT FRAME FOR USE WITH 15 ROUND MAGAZINES

### FRAME MATERIAL & FINISH

|  | Black | Colors |
|---|---|---|
| Slide | PVD coated steel | Cerakote® steel |
| Upper Frame | Hard anodized aluminum | Cerakote® aluminum |
| Lower Frame | Hard anodized aluminum | Cerakote® aluminum |

### CERAKOTE® COLOR OPTIONS:

FLAT DARK EARTH    OLIVE DRAB    ALPINE    COMBAT GREY

| Model | Caliber | Magazine Capacity | Barrel Length | Twist Rate | Length | Height | Width | Weight (Unloaded) |
|---|---|---|---|---|---|---|---|---|
| Compact | 9x19 | 10 / 15 | 3.7 in / 93.9 mm | 1:10" RH | 7.4 in / 187.9 mm | 5.4 in / 137.1 mm | 1.4 in / 35.5 mm | 29.1 oz / 824.9 g |



# SUPPRESSOR



## 4GSK

KRISS High Precision Suppressors are designed for various host firearms to deliver outstanding sound reduction and accuracy. The suppressors are full auto rated and minimize point of impact shift when in use. Attachment methods include: direct thread and 3 lug.



CROSS SECTION:



QPQ coated steel and anodized aluminum construction

K-baffle design

Designed specifically for KRISS Vector

Two steel blast baffles for full auto fire

Three aluminum front baffles

PRODUCT HIGHLIGHT:
> K-TYPE BAFFLE
> 5 BAFFLE COUNT

| Model | Caliber | Length | Weight | Diameter | Material | Treatment | Barrel Threading |
|-------|---------|--------|--------|----------|----------|-----------|------------------|
| 4GSK | .45ACP | 197 mm | 500 g | 46 mm | T6 aluminum & steel alloys | Type III Mil-Spec black hard anodizing | 16 x 1 mm LH Thread |

## 4GC9 COMPACT

PRODUCT HIGHLIGHT:
> K-TYPE BAFFLE
> 4 BAFFLE COUNT



| Model | Caliber | Length | Weight | Diameter | Material | Treatment | Barrel Threading |
|-------|---------|--------|--------|----------|----------|-----------|------------------|
| 4GC9 COMPACT | 9x19 | 153 mm | 300 g | 35.5 mm | T6 aluminum & steel alloys | Type III Mil-Spec black hard anodizing | M13.5 x 1 LH Thread |

## 4GXT9 EXTENDED

PRODUCT HIGHLIGHT:
> K-TYPE BAFFLE
> 6 BAFFLE COUNT

| Model | Caliber | Length | Weight | Diameter | Material | Treatment | Barrel Threading |
|-------|---------|--------|--------|----------|----------|-----------|------------------|
| 4GXT9 EXTENDED | 9x19 | 197 mm | 420 g | 35.5 mm | T6 aluminum & steel alloys | Type III Mil-Spec black hard anodizing | 1/2" x 28 Thread |

# ACCESSORIES



## MAGEX2 KIT
The KRISS MagEx2 Kit is the ultimate baseplate extension for your factory standard Glock® magazines. Available in 9x19, .45 ACP, and 10mm calibers.

**COLOR OPTIONS:**

FLAT DARK EARTH    ALPINE

**BLACK**
9x19 [SKU: KVA-MX2K9OBL00]
.45ACP [SKU: KVA-MX2K45BL00]
10mm [SKU: KVA-MX2K10BL00]

**FLAT DARK EARTH**
9x19 [SKU: KVA-MX2K9OFD00]
.45ACP [SKU: KVA-MX2K45FD00]
10mm [SKU: KVA-MX2K1OFD00]

**ALPINE**
9x19 [SKU: KVA-MX2K9OAP00]
.45ACP [SKU: KVA-MX2K45AP00]
10mm [SKU: KVA-MX2K1OAP00]



## DMK22 10RDS & 15RDS MAGAZINE
The DMK22 magazines are designed to engage the last round bolt catch feature on DMK22 rifles and pistols when empty. Constructed of durable polymer, the magazines are user serviceable with minimal tools. Available in 10 and 15 round capacities
10RDS [SKU: DA-M10BL00]
15RDS [SKU: DA-M15BL00]



## KRISS LOW PROFILE FLIP SIGHTS
These KRISS sights are designed to minimize bulk while folded. Point of impact adjustment can be made without tools, and the wide range of elevation adjustment is ideal for rifle and pistol caliber platforms.
STEEL FRONT [SKU: DA-FSBL00]
STEEL REAR [SKU: DA-RSBL00]
POLYMER FRONT [SKU: DA-PFSBL00]
PLYMER REAR [SKU: DA-PRSBL00]



**COLOR OPTIONS:**
   
FLAT DARK EARTH   OLIVE DRAB   ALPINE   COMBAT GREY

## DS150 STOCK
Made from advanced polymer composites, the DS150 is made to withstand the elements and provide stability with the use of a rifle. It also features two QD sling attachment points, rubber butt pad, and a specially designed adjustment lever that eases installation of the stock.
BLACK [SKU: DA-DS150BL00]
FLAT DARK EARTH [SKU: DA-DS150FD00]
OLIVE DRAB [SKU: DA-DS150GR00]
ALPINE [SKU: DA-DS150AP00]
COMBAT GREY [SKU: DA-DS150CG00]



## VECTOR 22 10RDS MAGAZINE
The Vector 22 10 round magazine is a drop free, polymer magazine included with every Vector 22 model.
[SKU: DA-V22M10BL00]



## VECTOR 22 30RDS MAGAZINE
The Vector 22 30 round magazine provides more ammunition capacity whether for training or competition. Fits all models of the Vector 22.
BLACK [SKU: DA-V22M30BL00]
FLAT DARK EARTH [SKU: DA-V22M30FD00]
ALPINE [SKU: DA-V22M30AP00]

**COLOR OPTIONS:**
 
FLAT DARK EARTH    ALPINE

  

## MK1 VECTOR MODULAR RAIL (VMR)
The MK1 Vector Modular Rail is a form fitting hand guard extension that accepts the addition of the side rail kits for the attachment of accessories. Mounts directly to the body of GEN 2 Vector Models.
BLACK [SKU: KVA-VMRBK01]
FLAT DARK EARTH [SKU: KVA-VMRFD01]
OLIVE DRAB [SKU: KVA-VMRGR01]
ALPINE [SKU: KVA-VMRAP01]
COMBAT GREY [SKU: KVA-VMRCG01]

**COLOR OPTIONS:**
FLAT DARK EARTH   OLIVE DRAB   ALPINE   COMBAT GREY



## VECTOR AMBIDEXTROUS FOLDING STOCK
The KRISS Vector Ambi Folding Stock is a drop in, replacement stock for the KRISS Vector Gen 2.1 platform. It features ambidextrous folding capability as well as 3 length of pull positions.
[SKU: KVA-FSBL30]



## SPHINX MAGAZINES
SPHINX magazines are masterfully made in Italy from top quality steel and polymer. SPHINX magazines utilize high visibility, red followers and are available in 10, 15, and 17 round capacities.
10RDS [SKU: S4-PXXXX-X008]
15RDS [SKU: S4-PXXXX-X001]
17RDS [SKU: S4-PXXXX-X009]



## ENHANCED SAFETY LEVER
The KRISS Vector enhanced safety levers are CNC machined, drop in upgrades for the KRISS Vector platform. The increased texturing and precision machining provides improved control, ensuring consistent and positive manipulation.
BLACK [SKU: KVA-SSBK00]
RED [SKU: KVA-SSRD00]

## MK5 VECTOR MODULAR RAIL (VMR)
The KRISS VMR MK5 is a handguard designed specifically for Vectors with 6.5" length barrels or 5.5" length barrels with extended muzzle devices (such as suppressors and linear compensators). It allows users to attach a larger variety of accessories to the Vector.
[SKU: KVA-VMRBK07]





## VECTOR HELMET STOCK
The KRISS Vector Helmet Stock is designed for users involved in high risk operations, where the use of a standard stock is impractical due to additional layers of protection. The stock may be folded for compact storage and is adjustable for length of pull.
[SKU: KVA-FSBL30]



## DMK22 AMBIDEXTROUS FOLDING STOCK ADAPTER
The DMK22 stock adapter is constructed of aluminum and steel and allows for the attachment of AR-15 type buffer or pistol tubes, and can be configured to fold to the left or right side with only a few tools, in a matter of moments.
[SKU: DA-FSABL00]



## VECTOR AMBIDEXTROUS FOLDING STOCK ADAPTER
The KRISS Vector Folding Stock Adapter is a drop in accessory for those looking to attach their own stocks that utilize a standard MILSPEC buffer tube. Fits Vector Gen 2.1 models
[SKU:KVA-FSABL00]



## KRISS VERTICAL GRIP
The KRISS Vertical Grip is designed for short submachine gun platforms such as the KRISS Vector. The integrated hand stop helps to prevent end users from moving their fingers dangerously close to a weapon's muzzle. The grip features side panels which allow users to mount and route their light/laser tape switches to the vertical grip directly.
[SKU: KVA-VGBL00]



## ERGONOMIC PISTOL GRIP
This rugged pistol grip is comfortable and controllable with the grooved and channel cut front section for a secure grip.
BLACK [SKU: DA-PGBL00]
FLAT DARK EARTH [SKU: DA-PGFD00]
OLIVE DRAB [SKU: DA-PGGR00]
ALPINE [SKU: DA-PGAP00]
COMBAT GREY [SKU: DA-PGCG00]

**COLOR OPTIONS:**
FLAT DARK EARTH
OLIVE DRAB
ALPINE
COMBAT GREY



## PICATINNY HAND STOP
Serves as a point of reference to prevent the shooter's support hand from coming in contact with the barrel. Compatible with any MIL-STD 1913 Picatinny Rails.
[SKU: KVA-FGBL00]



## SIDE RAIL KIT
7-slot Picatinny rail section that can be attached to the left or right side of the KRISS Vector lower receiver. The perfect solution for adding lights, lasers, and other shooting aids, to the Vector.
[SKU: KVA-SRKBL00]





## VECTOR ENHANCED SHROUD
Standard equipment on the KRISS Vector GEN 2, the Enhanced Shroud serves as an upgrade option for KRISS Vector GEN 1 owners seeking the modern look.
[SKU: KVA-CSSBL16]



All product specifications are subject to change without notice.

"Glock" is a registered trademark of Glock Health, Science and Research GmbH LLC Austria. Neither KRISS USA, Inc. nor this catalog are affiliated in any manner with, or otherwise endorsed by, Glock. The use of "Glock" in this catalog is merely to reference compatibility.

"Ruger" and "10/22" are registered trademarks of Sturm, Ruger & Co., Inc. Neither KRISS USA, Inc. nor this catalog are affiliated in any manner with, or otherwise endorsed by, Sturm, Ruger & Co., Inc. The use of "Ruger" and "10/22" in this catalog is merely to reference the compatibility of aftermarket components.

Headquarters
912 Corporate Lane
Chesapeake, VA 23320
U.S.A.

website: www.kriss-usa.com
toll free: +1 855 574-7787
fax: +1 714 276 2740
email: sales@kriss-usa.com

Facebook.com/krissusainc

Twitter.com/krissusainc

Instagram@krissusainc

# Exhibit 6



# RUGER

## 2020 FIREARMS CATALOG



# TABLE OF CONTENTS

**Ruger Custom Shop®** — 3-6

**Centerfire Pistols**

Ruger-57™ — 7-8

Security-9® — 9-12

Ruger American® Pistol — 13-16

SR1911® — 17-20

LCP®/ LCP® II — 23-24

EC9s® — 25

LC380CA™ — 26

AR-556® Pistol — 79-80

**Rimfire Pistols**

SR22® — 27-30

Mark IV™ — 31-38

Silent-SR® .22 CAL — 37-42

22 Charger™ — 81-84

**Double-Action Revolvers**

Ruger SP101® — 45-48

GP100® — 49-52

Redhawk® — 53-54

Super Redhawk® — 55-56

LCR® — 57-62

**Single-Action Revolvers**

Wrangler® — 63-64

New Vaquero — 67-68

New Model Super Blackhawk® — 69-70

New Model Blackhawk® — 71-72

New Model Single-Six® — 73-76

New Bearcat® — 77-78

**Autoloading Rifles**

10/22® — 85-92

Silent-SR® ISB — 93-96

PC Carbine™ — 97-100

AR-556® — 101-108

Mini-14® and Mini Thirty® — 109-114

**Bolt-Action Rifles**

Ruger Precision® Rifle — 115-118

Ruger Precision® Rimfire — 119-122

Ruger American® Rifle — 123-130

Ruger American® Rimfire — 131-136

Ruger® Scout Rifle — 137-140

Hawkeye® — 141-150

77-Series Rifles — 151-154

**Single-Shot Rifles**

No.1 Rifle — 155-156

Rifle Magazines — 157-158

Pistol Magazines — 159-160

Legal Information — 161-162

Contact Information — 163-164

## NEW PRODUCT QUICK REFERENCE

**Ruger Custom Shop® SR1911® Competition** in .45 Auto — 5

**Ruger Custom Shop® SR1911® Officer-Style** — 5

**Ruger Custom Shop® Super GP100® Competition** in 9mm Luger — 5

**Ruger Custom Shop® 10/22® Competition** with Skeletonized Green Mountain Laminate Stock — 6

**Ruger-57®** — 7

**Security-9® Pro** — 12

**Security-9® Compact Pro** — 12

**Security-9® Compact** with Hogue® Grip Sleeve — 12

**Security-9® Compact** with Viridian® E-Series™ Red Laser — 12

**LCP®** with IWB Holster — 23

**LCP® II** in .22 LR — 23

**EC9s®** with Purple Grip Frame — 25

**EC9s®** with Flat Dark Earth Grip Frame — 25

**EC9s®** with Turquoise Grip Frame — 25

**EC9s®** with Gray Grip Frame — 25

**EC9s®** with IWB Holster — 25

**Mark IV™ Target** with 10'' Barrel — 35

**Mark IV™ 22/45™ Lite** with Diamond Gray Anodized Finish and Gold Barrel — 38

**AR-556® Pistol** in .350 Legend — 79

**AR-556® Pistol** in .300 BLK — 79

**AR-556® Pistol** Flag Series — 79

**22 Charger™** with Picatinny-Style Rail Brace Mount — 83

**22 Charger™ Takedown Lite** with Picatinny-Style Rail Brace Mount — 83

**10/22® Carbine** with Viridian® Scope — 89

**10/22® Carbine** with Scope Base Adapter and Gray Stock — 89

**10/22® Carbine** with Scope Base Adapter and Charcoal Stock — 89

**PC Carbine™** Flag Series with Free-Float Handguard — 100

**PC Carbine™** Chassis Model — 100

**AR-556®** with Lite Free-Float Handguard — 106

**AR-556®** with Free-Float Handguard 10-Round — 106

**AR-556®** with Free-Float Handguard in .300 BLK — 106

**AR-556® MPR** Flag Series — 107

**Mini-14® Tactical** with Speckled Black and Brown Hardwood Stock — 113

**Mini-14® Tactical** with Strikeforce ATI Collapsible Folding Stock — 114

**Ruger Precision® Rifle** in 6mm Creedmoor with 26'' Barrel — 117

**Ruger Precision® Rimfire** Flag Series — 121

**Ruger American® Ranch Rifle** in 6.5 Grendel — 128

**Ruger American® Rifle Compact** with GO Wild® Camo I-M Brush Stock in .243 Win. — 130

**Ruger American® Rifle Compact** with GO Wild® Camo I-M Brush Stock in 6.5 Creedmoor — 130

**Ruger American® Rifle** with GO Wild® Camo I-M Brush Stock in 6.5 PRC — 130

**Ruger American® Rimfire** with GO Wild® Camo I-M Brush Stock — 135

**Ruger American® Rimfire Long-Range Target** — 136

**Ruger® Scout Rifle** in .350 Legend — 139

**Hawkeye® Hunter** — 145

**Hawkeye® Long-Range Hunter** — 146

**Hawkeye® Long-Range Target** in .204 Ruger — 146

**Hawkeye® Long-Range Target** in .308 Win. — 146

**77-Series** with Threaded Barrels — 153-154

## LEFT-HANDED RIFLES

**Ruger American® Rifle** (One Model) — 127

**Ruger American® Rifle Predator** (Four Models) — 129

**Ruger® Scout Rifle** (One Model) — 139

**Hawkeye® African** (One Model) — 143

**Hawkeye® Hunter** (Two Models) — 145

**Ruger® Guide Gun** (One Model) — 149

**RUGER.COM**    



THE RUGGED RELIABILITY YOU EXPECT.
THE CRAFTSMANSHIP YOU DESERVE.

TEAM RUGER CAPTAIN
DOUG KOENIG
AND THE SR1911®
COMPETITION PISTOL

The Ruger Custom Shop® embodies the pinnacle of style, performance and design, offering a level of refinement and attention to detail that could only be expected from an industry leader like Ruger. Custom Shop products have been designed by Ruger's expert team of engineers with input from professionals in the field: competitive shooters, renowned hunters and award-winning writers. This line of firearms represents the finest example of quality and innovation in Ruger® products built to the highest of standards. The Custom Shop features exclusive collectible, competition, hunting and personal defense firearms for the most discriminating shooters.

VIEW THE ENTIRE CUSTOM SHOP LINE AT
RUGER.COM/CUSTOMSHOP

RUGER
CUSTOM SHOP

# RUGER CUSTOM SHOP®



Model 6766 Shown

# SR1911®



Hand-Fitted Slide and Frame Provide a Remarkably Tight, Yet Smooth, Action



Model 6766 Features a Techwell Magwell



25 Lines-Per-Inch Checkered Front Strap

Undercut Trigger Guard and Beavertail Grip Safety

## COMPETITION

| Model Number | Caliber | Capacity | Slide/Finish | Grip Frame | Grip Panels | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6766 | 9mm Luger | 10+1 | Stainless Steel/Black Nitrided and Stainless Two-Tone | Black Nitrided Stainless Steel | Hogue+ Piranha G10 | Fiber Optic/Adjustable Target | 5'' | 8.67'' | 5.63'' | 1.45'' | 41 oz. | 1:16'' | $2,499.00 |
| NEW 6776 | 45 Auto | 8+1 | Stainless Steel/Black Nitrided and Stainless Two-Tone | Black Nitrided Stainless Steel | Textured G10 | Fiber Optic/Adjustable Target | 5'' | 8.67'' | 5.63'' | 1.45'' | 40 oz. | 1:16'' | $2,299.00 |

## OFFICER-STYLE

| Model Number | Caliber | Capacity | Slide/Finish | Grip Frame | Grip Panels | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 6779 | 45 Auto | 7+1 | Stainless Steel/Black Nitrided and Stainless Two-Tone | Black Nitrided Stainless Steel | Deluxe G10 | Tritium Front/Adjustable Combat Rear | 3.60'' | 7.25'' | 5'' | 1.34'' | 31 oz. | 1:16'' | $1,899.00 |



Model 5066 Shown

# SUPER GP100®

## COMPETITION REVOLVER

NEW



Superior Action of the Super Redhawk+ Allows for a Two-Spring Lock Work Arrangement



Ships with Three Full Moon Clips that Act as Speed Loaders and Aid in the Ejection of Spent Cartridges



Hogue+ Hardwood Grip is Hand-Finished for a Glowing, Smooth, Polished Feel



Replaceable, Fiber Optic Front Sight and Adjustable Rear Sight Allow for Quick Target Acquisition

| Model Number | Caliber | Capacity | Material/Finish | Grips | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5065 | 357 Magnum | 8 | Stainless Steel/Matte PVD | Hogue+ Hand-Finished Hardwood | Fiber Optic | Adjustable | 5.50'' | 11'' | 47 oz. | 1:16'' | $1,549.00 |
| 5066 | 9mm Luger | 8 | Stainless Steel/Satin Stainless with Matte Black PVD Accents | Hogue+ Hand-Finished Hardwood | Fiber Optic | Adjustable | 6.0'' | 11'' | 45.6 oz. | 1:16'' | $1,549.00 |

# 10/22®

## COMPETITION RIFLE





Top Barrel Locator Allows for a Free-Floating Barrel for Superior Accuracy



Integral, Optics-Ready 30 MOA Picatinny Rail for Increased Long-Range Elevation Capabilities



Easy-to-Use, Prominent Magazine Release Provides Smooth, No-Fuss Removal of Flush-Mounted Magazine



BX-Trigger+ with a Light, Crisp 2.5 - 3 Pound Trigger Pull Weight with Minimal Overtravel and a Positive Reset



Fully Adjustable Cheek Rest Can be Repositioned to Accommodate Varying Comb Heights and Positions (Excludes Model 31147)

| Model Number | Caliber | Capacity | Barrel Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31120 | 22 LR | 10 | Alloy Steel/Satin Black | Speckled Black/Gray Laminate | None | 16.12'' | 36'' | 6 lbs. | 13.50'' | 1:16'' | $899.00 |
| 31127 | 22 LR | 10 | Stainless Steel/Satin Stainless, Black Cerakote Accents | Natural Brown Laminate | None | 16.12'' | 36'' | 6 lbs. | 13.50'' | 1:16'' | $899.00 |
| NEW 31147 | 22 LR | 10 | Stainless Steel/Satin Stainless, Black Cerakote Accents | Skeletonized Green Mountain Laminate | None | 16.12'' | 36.75'' | 5.5 lbs. | 14.25'' | 1:16'' | $899.00 |



# RUGER-57™

The all new **Ruger-57**™ pistol is a cutting edge platform for Ruger. The Ruger-57™ is a full-featured handgun wrapped around a standard capacity, 20-round steel magazine, chambered in the high performance and low-recoiling 5.7x28mm caliber.



## RUGER-57™



**5.7 x28mm**

### FEATURES

- Robust, all-steel slide is drilled and tapped for easy mounting of optics with separately available optic adapter plate, available at **ShopRuger.com**.

- Windage and elevation adjustable, serrated rear sight and rapid acquisition fiber optic front sight for fast, accurate shooting.

- The alloy steel barrel features a black nitride treatment for wear resistance.

- Steel magazine provides double stack capacity without unnecessary bulk.

- Textured, ergonomic frame provides a secure and comfortable grip.

- The Secure Action™ fire control is derived from the reliable and proven hammer-fired LCP® fire control system. The Secure Action™ fire control combines the smooth trigger pull of the LCP® with the short, crisp feel and positive reset of a single action.

- Safe, easy takedown with no tools or trigger pull required.

- Inspection port allows for visual confirmation of a loaded or empty chamber.

- Picatinny-style accessory rail for easy mounting of lights and lasers.

- Easily operated ergonomic controls like the popular 1911-style ambidextrous manual safety, reversible magazine release and robust slide release.

- Magazine drops free on release for convenient reloading.

- Also includes: two, steel magazines.

**NEW** Ruger-57™
(Model 16401)

| | Model Number | Caliber | COMPARE Capacity | Slide/Finish | Grip Frame | Sights | Barrel Length | Overall Length | Height | Slide Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW | 16401 | 5.7x28mm | 20+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Fiber Optic Front/Adjustable Rear | 4.94" | 8.65" | 5.60" | 1.20" | 24.5 oz. | 1:9" | $799.00 |
| NEW | 16402 | 5.7x28mm | 10+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Fiber Optic Front/Adjustable Rear | 4.94" | 8.65" | 5.60" | 1.20" | 24.5 oz. | 1:9" | $799.00 |



# SECURITY-9®

When it comes to security, simple and affordable is hard to beat. Ideal for everyday carry and self-defense, the **Security-9®** is an affordable, rugged, centerfire pistol that provides everyday security in the perfect caliber and size, at the perfect price point.



**SECURITY-9®**

**9mm LUGER**

| ONE CALIBER | NINE MODELS |
| --- | --- |
| **FULL-SIZE** | **COMPACT** |

**NEW**
Security-9® Pro
(Model 3825)

**NEW** Security-9® Compact
with Hogue® Grip Sleeve
(Model 3829)

# SECURITY-9®

## FEATURES

- Compact for easy concealment, the Security-9® pistol is designed to fit a variety of available holsters.
- Rugged construction with black oxide, through-hardened alloy steel slide and barrel and high-performance, glass-filled nylon grip frame.
- Precision-machined, hard-coat anodized aluminum chassis with full-length guide rails.
- The Secure Action™ is derived from the reliable and proven hammer-fired LCP® fire control system. The Secure Action™ combines the smooth trigger pull of the LCP® with the short, crisp feel and positive reset of a single-action.
- Textured grip frame provides a secure and comfortable grip.
- Dovetailed, high-visibility sight system with drift adjustable rear sight and fixed front sight. Sights can be easily changed out for different color options (available separately). Pro models feature square ledge tritium sights.

- Internal, Secure Action™ hammer provides strong ignition force, yet allows for easier slide racking when compared with many striker-fired pistols. Front cocking serrations enable positive slide manipulation.
- Safety features include integrated trigger safety; external manual safety (excludes Pro models); neutrally balanced sear with significant engagement and strong spring tension; and hammer catch to help prevent the hammer from contacting the firing pin unless the trigger is pulled.
- Safe, easy takedown with no special tools or trigger pull required.
- Also includes: two alloy steel magazines. Pro models ship with three magazines.

 9mm LUGER


Textured Grip Frame for Secure and Comfortable Grip


Front Cocking Serrations


Eye-Catching Sights for Superior Visibility


Available with or without External Manual Safety


Secure Action™ Fire Control System Provides the Crisp Feel of a Hammer-Fired Single-Action

## SECURITY-9®


Model 3825 Shown — NEW


Pro Models Feature Square Ledge Tritium Sights, Three Magazines and No Safety Lever

Model 3816 Features a Viridian® E-Series™ Red Laser


Model 3819 Features a Hogue® Grip Sleeve

| Model Number | Caliber | Capacity COMPARE | Slide/Finish | Grip Frame | Feature | Sights | Barrel Length | Overall Length | Height | Slide Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3810* | 9mm Luger | 15+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | – | Fixed Front, Drift Adjustable Rear | 4″ | 7.24″ | 5″ | 1.02″ | 23.8 oz. | 1:10″ | $379.00 |
| NEW 3825* | 9mm Luger | 15+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Pro | Steel Tritium | 4″ | 7.24″ | 5″ | 1.02″ | 23.8 oz. | 1:10″ | $549.00 |
| 3811** | 9mm Luger | 10+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | – | Fixed Front, Drift Adjustable Rear | 4″ | 7.24″ | 5″ | 1.02″ | 23.8 oz. | 1:10″ | $379.00 |
| 3816* | 9mm Luger | 15+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Viridian® E-Series™ Red Laser | Fixed Front, Drift Adjustable Rear | 4″ | 7.24″ | 5″ | 1.02″ | 24.3 oz. | 1:10″ | $439.00 |
| 3819* | 9mm Luger | 10+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Hogue® Grip Sleeve | Fixed Front, Drift Adjustable Rear | 4″ | 7.24″ | 5″ | 1.02″ | 24.5 oz. | 1:10″ | $399.00 |

## SECURITY-9® COMPACT


Model 3815 Shown — NEW


Pro Models Feature Square Ledge Tritium Sights, Three Magazines and No Safety Lever

Model 3830 Features a Viridian® E-Series™ Red Laser




Model 3829 Features a Hogue® Grip Sleeve

| Model Number | Caliber | Capacity COMPARE | Slide/Finish | Grip Frame | Feature | Sights | Barrel Length | Overall Length | Height | Slide Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3818** | 9mm Luger | 10+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Compact | Fixed Front, Drift Adjustable Rear | 3.42″ | 6.52″ | 4.35″ | 1.02″ | 21.9 oz. | 1:10″ | $379.00 |
| NEW 3829** | 9mm Luger | 10+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Compact with Hogue® Grip Sleeve | Fixed Front, Drift Adjustable Rear | 3.42″ | 6.52″ | 4.35″ | 1.02″ | 22.5 oz. | 1:10″ | $399.00 |
| NEW 3830** | 9mm Luger | 10+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Compact with Viridian® E-Series™ Red Laser | Fixed Front, Drift Adjustable Rear | 3.42″ | 6.52″ | 4.35″ | 1.02″ | 22.4 oz. | 1:10″ | $439.00 |
| NEW 3815*** | 9mm Luger | 10+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Compact Pro | Steel Tritium | 3.42″ | 6.52″ | 4.35″ | 1.02″ | 21.9 oz. | 1:10″ | $549.00 |

* Some magazines are not available for sale in all states and locales due to laws and regulations limiting magazine capacity. Prior to purchasing, please check your state and local regulations to verify that you may legally possess such magazines. ** Ships with two, 10-round magazines. *** Ships with three, 10-round magazines.



# RUGER AMERICAN® PISTOL

Designed with the latest U.S. Military Standards in mind, the **Ruger American® Pistol** is built to perform in the harshest conditions. A true American innovation, this pistol is a revolutionary platform for Ruger – one that combines a recoil-reducing barrel cam (which is designed to better spread recoil energy over time) with a low-mass slide, low center of gravity and low bore axis to provide an unparalleled shooting experience.

## RUGER AMERICAN® PISTOL



 9mm LUGER

 45 AUTO

## TWO CALIBERS | FIFTEEN MODELS

**ENVIRONMENTAL PERFORMANCE:**

Engineered to Withstand Arctic Temperatures, Desert Heat and Dust, Rainforest Humidity, Ocean Salt and Surf.

 

 NaCl 



TRIGGER PULL



Ruger American® Pistol Compact in .45 Auto
(Model 8648)



Ruger American® Pistol Pro Duty in 9mm Luger
(Model 8605)

# RUGER AMERICAN® PISTOL

## FEATURES

- Pre-tensioned striker system features a powerful striker spring for positive ignition without a heavier trigger pull.

- Barrel cam distributes recoil forces over a longer period of time to reduce felt recoil.

- Safe, easy takedown with no tools or trigger pull required.

- Rigid, one-piece, precision-machined, black nitrided, stainless steel chassis with integral frame rails and fire control housing.

- Modular, wrap-around grip system allows for adjustment of palm swell and trigger reach to fit a wide range of hand sizes. Ergonomic grip modules lock in solidly and do not loosen.

- Genuine Novak® LoMount Carry three-dot sights with wide rear notch for rapid sight acquisition and alignment.

- Ambidextrous slide stop and magazine release.

- Performance tested for sustained +P ammunition use.

- Black nitride finish on stainless steel slide and chassis is durable, non-reflective and corrosion-resistant.

- MIL-STD-1913 Picatinny rail acts as a mounting point for a wide variety of standard lights and lasers.

- Non-slip surfaces include functional slide serrations and purpose-oriented grip frame texturing for enhanced control.

- Safety features include internal, automatic sear block system, ambidextrous manual safety and integrated trigger safety. Pro models come without manual safety.

- Also includes: two nickel-Teflon® plated steel magazines; small (9mm Luger models only), medium and large grip modules.

 
45 AUTO   9mm LUGER


Short Takeup Trigger with Positive Reset


Genuine Novak® LoMount Carry Three-Dot Sights


Recoil-Reducing Barrel Cam, Low-Mass Slide, Low Center of Gravity and Low Bore Axis


Modular, Wrap-Around Grip System for Adjusting Palm Swell and Trigger Reach


Safe, Easy Takedown with No Tools or Trigger Pull Required


Ambidextrous Slide Stop, Manual Safety and Magazine Release Allow Actuation with Either Hand (Pro Models Come without External Safety)

*Some magazines are not available for sale in all states and locales due to laws and regulations limiting magazine capacity. Prior to purchasing, please check your state and local regulations to verify that you may legally possess such magazines. **Ships with large grip module installed.

## RUGER AMERICAN® PISTOL DUTY


Model 8615 Shown


Available with or without Manual Safety

| Model Number | Caliber | Capacity | Slide/ Finish | Grip Frame | Sights | Safety Option | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8605* Pro | 9mm Luger | 17+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Integrated Trigger Safety Only | 4.20'' | 7.50'' | 5.60'' | 1.40'' | 30 oz. | 1:10'' | $579.00 |
| 8607 Pro | 9mm Luger | 10+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Integrated Trigger Safety Only | 4.20'' | 7.50'' | 5.60'' | 1.40'' | 30 oz. | 1:10'' | $579.00 |
| 8608* | 9mm Luger | 17+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Manual Safety | 4.20'' | 7.50'' | 5.60'' | 1.50'' | 30.5 oz. | 1:10'' | $579.00 |
| 8638 | 9mm Luger | 10+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Manual Safety | 4.20'' | 7.50'' | 5.60'' | 1.50'' | 30.5 oz. | 1:10'' | $579.00 |
| 8661** | 9mm Luger | 10+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Manual Safety | 4.20'' | 7.50'' | 5.60'' | 1.50'' | 30.5 oz. | 1:10'' | $579.00 |
| 8615 Pro | 45 Auto | 10+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Integrated Trigger Safety Only | 4.50'' | 8'' | 5.70'' | 1.40'' | 31.5 oz. | 1:16'' | $579.00 |
| 8618 | 45 Auto | 10+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Manual Safety | 4.50'' | 8'' | 5.70'' | 1.50'' | 32.5 oz. | 1:16'' | $579.00 |
| 8680** | 45 Auto | 10+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Manual Safety | 4.50'' | 8'' | 5.70'' | 1.50'' | 32.5 oz. | 1:16'' | $579.00 |

## RUGER AMERICAN® PISTOL COMPACT


Model 8648 Shown


Available with or without Manual Safety

| Model Number | Caliber | Capacity | Slide/ Finish | Grip Frame | Sights | Safety Option | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8635* Pro | 9mm Luger | 17+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Integrated Trigger Safety Only | 3.55'' | 6.65'' | 4.48'' | 1.40'' | 28.7 oz. | 1:10'' | $579.00 |
| 8637 Pro | 9mm Luger | 10+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Integrated Trigger Safety Only | 3.55'' | 6.65'' | 4.48'' | 1.40'' | 28.7 oz. | 1:10'' | $579.00 |
| 8639* | 9mm Luger | 17+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Manual Safety | 3.55'' | 6.65'' | 4.48'' | 1.50'' | 29.2 oz. | 1:10'' | $579.00 |
| 8633 | 9mm Luger | 10+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Manual Safety | 3.55'' | 6.65'' | 4.48'' | 1.50'' | 29.2 oz. | 1:10'' | $579.00 |
| 8663** | 9mm Luger | 10+1 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Manual Safety | 3.55'' | 6.65'' | 4.48'' | 1.50'' | 29.2 oz. | 1:10'' | $579.00 |
| 8645 Pro | 45 Auto | 10 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Integrated Trigger Safety Only | 3.75'' | 7.25'' | 4.65'' | 1.40'' | 28.6 oz. | 1:16'' | $579.00 |
| 8648 | 45 Auto | 10 | Stainless Steel/ Black Nitride | One-Piece, High-Performance, Glass-Filled Nylon | Novak® LoMount Carry 3-Dot | Manual Safety | 3.75'' | 7.25'' | 4.65'' | 1.50'' | 29 oz. | 1:16'' | $579.00 |



# SR1911®

A classically styled pistol, the **SR1911®** has been designed with modern features to make an ergonomic, accurate, rugged and reliable pistol.



### SR1911®

**45 AUTO**   **9mm LUGER**   **10mm AUTO**

| THREE CALIBERS | | NINE MODELS | |
|---|---|---|---|
| FULL-SIZE | COMMANDER-STYLE | OFFICER-STYLE | TARGET |

**SR1911® Target**
(Model 6736)

**SR1911® Officer-Style in .45 Auto**
(Model 6762)


# SR1911®

## FEATURES

- Classic, original 1911 fire control.
- Precision CNC-controlled machining process results in a superior slide-to-frame fit and smooth slide travel.
- Positive barrel lock-up allows for superior accuracy out of the box.
- Oversized ejection port and extended magazine release enhance performance.
- Traditional design with replaceable grip panels and checkered backstrap.
- Lightweight, aluminum, skeletonized trigger provides a very crisp, no creep, light trigger pull with a quick, positive reset.
- Skeletonized hammer and titanium firing pin for faster lock time.
- Oversized beavertail grip safety provides positive function and reliability.

- Extended thumb safety and slide stop lever for improved, positive manipulation.
- Integral plunger tube for slide stop and thumb safety is not staked and will never come loose.
- Features a flat mainspring housing and rear slide serrations for a positive grip.
- Inspection port allows for visual confirmation of a loaded or empty chamber.
- Accepts most standard, aftermarket 1911 parts and accessories.
- Model 6711 features a polished titanium feed ramp.
- Also includes: two stainless steel magazines.

  

45 AUTO    9mm LUGER    10mm AUTO


Available in a Variety of Grip Configurations


Lightweight, Aluminum, Skeletonized Trigger


Superior Slide-to-Frame Fit


Oversized Beavertail Grip Safety

## SR1911® FULL-SIZE




Drift Adjustable Novak® Three-Dot Sights

| Model Number | Caliber | Capacity | Slide/ Finish | Grip Frame/ Finish | Grip Panels | Sights | Barrel Length | Overall Length | Height | Width | Weight † | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6700* | 45 Auto | 8+1 | Stainless Steel/ Low-Glare Stainless | Stainless Steel/ Low-Glare Stainless | Hardwood | Drift Adjustable Novak® 3-Dot | 5'' | 8.67'' | 5.45'' | 1.34'' | 39 oz. | 1:16'' | $939.00 |

* Ships with one, 7-round and one, 8-round magazine.   ** Ships with two, 7-round magazines.   *** Ships with two, 9-round magazines.   † With empty magazine.

## SR1911® COMMANDER-STYLE


Model 6722 Shown


Drift Adjustable Novak® Three-Dot Sights


Steel and Aluminum Frames Available

| Model Number | Caliber | Capacity | Slide/ Finish | Grip Frame/ Finish | Grip Panels | Sights | Barrel Length | Overall Length | Height | Width | Weight † | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6702** | 45 Auto | 7+1 | Stainless Steel/ Low-Glare Stainless | Stainless Steel/ Low-Glare Stainless | Hardwood | Drift Adjustable Novak® 3-Dot | 4.25'' | 7.75'' | 5.45'' | 1.34'' | 36.4 oz. | 1:16'' | $939.00 |
| 6711** | 45 Auto | 7+1 | Stainless Steel/ Low-Glare Stainless | Anodized Aluminum/ Armor Black Cerakote® | Hardwood | Drift Adjustable Novak® 3-Dot | 4.25'' | 7.75'' | 5.45'' | 1.34'' | 28.6 oz. | 1:16'' | $979.00 |
| 6722*** | 9mm Luger | 9+1 | Stainless Steel/ Low-Glare Stainless | Anodized Aluminum/ Tungsten Cerakote® | Black Rubberized | Drift Adjustable Novak® 3-Dot | 4.25'' | 7.75'' | 5.45'' | 1.34'' | 29.5 oz. | 1:10'' | $979.00 |

## SR1911® OFFICER-STYLE


Model 6762 Shown


Steel and Aluminum Frames Available


Deluxe Textured G10 Grip Panels


3.60'' Officer-Style Barrel Length with Bushingless Bull Barrel

| Model Number | Caliber | Capacity | Slide/ Finish | Grip Frame/ Finish | Grip Panels | Sights | Barrel Length | Overall Length | Height | Width | Weight † | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6758** | 9mm Luger | 7+1 | Stainless Steel/ Low-Glare Stainless | Anodized Aluminum/ Tungsten Cerakote® | Deluxe Textured G10 | Drift Adjustable Novak® 3-Dot | 3.60'' | 7.25'' | 5'' | 1.34'' | 27.2 oz. | 1:10'' | $979.00 |
| 6762** | 45 Auto | 7+1 | Stainless Steel/ Low-Glare Stainless | Stainless Steel/ Low-Glare Stainless | Deluxe Textured G10 | Drift Adjustable Novak® 3-Dot | 3.60'' | 7.25'' | 5'' | 1.34'' | 31 oz. | 1:16'' | $979.00 |

## SR1911® TARGET


Model 6739 Shown


Models 6736 and 6759 Feature Ambidextrous Extended Thumb Safety


Models 6739 and 6759 Feature Bushingless Bull Barrel


Adjustable Target Sights

| Model Number | Caliber | Capacity | Slide/ Finish | Grip Frame/ Finish | Grip Panels | Sights | Barrel Length | Overall Length | Height | Width | Weight † | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6736* | 45 Auto | 8+1 | Stainless Steel/ Low-Glare Stainless | Stainless Steel/ Low-Glare Stainless | Deluxe Checkered G10 | Adjustable Target | 5'' | 8.67'' | 5.45'' | 1.34'' | 39 oz. | 1:16'' | $1,019.00 |
| 6739* | 10mm Auto | 8+1 | Stainless Steel/ Low-Glare Stainless | Stainless Steel/ Low-Glare Stainless | Black Rubberized | Adjustable Target | 5'' | 8.67'' | 5.45'' | 1.34'' | 40.4 oz. | 1:16'' | $1,019.00 |
| 6759* | 9mm Luger | 9+1 | Stainless Steel/ Low-Glare Stainless | Stainless Steel/ Low-Glare Stainless | Deluxe Checkered G10 | Adjustable Target | 5'' | 8.67'' | 5.45'' | 1.45'' | 41.9 oz. | 1:10'' | $1,019.00 |



# RUGER® LIGHTWEIGHT, COMPACT PISTOLS

Ruger offers lightweight, compact pistols for every personal protection need.



**NEW**
LCP® II in .22 LR
(Model 13705)

| LCP® | LCP®II | EC9s® | LC380CA™ |
|------|--------|-------|----------|

**THREE CALIBERS** | **FOUR FAMILIES**

**NEW**
EC9s® with
Gray Grip Frame
(Model 13201)

LC380CA™
(Model 3253)

21

 **LCP® | LCP® II**

## LCP® FEATURES

- Compact and lightweight, the LCP® is designed to fit a variety of holsters.
- Textured grip frame provides a secure and comfortable grip.
- Fixed front and rear sights are integral to the slide, while the hammer is recessed within the slide.
- Rugged construction with through-hardened steel slide and one-piece, high-performance, glass-filled nylon grip frame.
- Includes finger grip extension floorplate that can be added to the magazine for comfort and improved grip.
- Black oxide, alloy steel barrel.
- Also includes: one magazine.

 380 AUTO

### LCP®


Model 3701 Shown


Model 13704 Includes an IWB Holster

| Model Number | Caliber | Capacity | Slide/Finish | Grip Frame | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3701 | 380 Auto | 6+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Integral | 2.75" | 5.16" | 3.60" | 0.82" | 9.6 oz. | 1:16" | $259.00 |
| 3752 | 380 Auto | 6+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Integral/Viridian® E-Series™ Red Laser | 2.75" | 5.16" | 3.60" | 0.82" | 10.4 oz. | 1:16" | $349.00 |
| NEW 13704 | 380 Auto | 6+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Integral | 2.75" | 5.16" | 3.60" | 0.82" | 9.6 oz. | 1:16" | $279.00 |

## LCP® II FEATURES

- Secure Action™ fire control that combines the smooth pull of the LCP® with the short, crisp feel and positive reset of a single action.
- Larger grip surface for better distribution of recoil forces.
- Improved sights for superior visibility.
- Magazine is designed to hold open slide after last round ejection.
- Safety features include an integrated trigger safety; neutrally balanced sear with significant engagement and strong spring tension; and hammer catch to help prevent the hammer from contacting the firing pin unless the trigger is pulled.
- Also includes: one magazine. Model 13705 includes one magazine loader.

### LCP® II


Model 3750 Shown

| Model Number | Caliber | Capacity | Slide/Finish | Grip Frame | Sights | Barrel Length | Overall Length | Height* | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3750 | 380 Auto | 6+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Integral | 2.75" | 5.17" | 3.71" | 0.91" | 10.6 oz. | 1:16" | $349.00 |
| 3758 | 380 Auto | 6+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Integral/Viridian® E-Series™ Red Laser | 2.75" | 5.17" | 3.71" | 0.91" | 11.4 oz. | 1:16" | $439.00 |
| 3787 | 380 Auto | 7+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Integral | 2.75" | 5.17" | 4.40" | 0.91" | 11 oz. | 1:16" | $399.00 |

### LCP® II in .22 LR

 NEW
   

Lite Rack™ System Includes Refined Slide Serrations, Pronounced Cocking Ears and a Lighter Recoil Spring, Allowing for Easy Slide Manipulation | Low Recoil for Comfortable Training | Patent-Pending Floorplate Assembly Extends the Grip for Improved Control | Manual Safety Oriented in an Instinctive and Unobtrusive Push-Forward-to-Fire Configuration

| Model Number | Caliber | Capacity | Slide/Finish | Grip Frame | Sights | Barrel Length | Overall Length | Height* | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 13705 | 22 LR | 10+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Integral | 2.75" | 5.20" | 4" | 0.97" | 11.2 oz. | 1:16" | $349.00 |

* With magazine installed.



 **EC9s®**

## FEATURES

- Striker-fired with a short, light, crisp trigger pull for faster, more accurate shooting.

- Slim, lightweight and compact for personal protection. Just slightly larger than the popular and incredibly compact LCP®.

- Rugged construction with through-hardened steel slide and one-piece, high-performance, glass-filled nylon grip frame.

- Checkered grip frame provides a secure and comfortable grip.

- Includes finger grip extension floorplate that can be added to the magazine for comfort and improved grip.

- Sights are machined integrally with the slide and feature glare-reducing, rear-facing serrations.

- Black oxide, alloy steel barrel.

- Safety features include integrated trigger safety, manual safety, magazine disconnect and inspection port that allows for visual confirmation of a loaded or empty chamber.

- Also includes: one, 7-round magazine.



9mm LUGER



EC9s® with **Purple Grip Frame** (Model 3295) NEW



EC9s® with **Turquoise Grip Frame** (Model 13200) NEW



Model 13202 Includes an IWB Holster



Integral Sights

| Model Number | Caliber | Capacity | Slide/Finish | Grip Frame | Feature | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3283 | 9mm Luger | 7+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | – | Integral | 3.12'' | 6'' | 4.50'' | 0.90'' | 17.2 oz. | 1:10'' | $299.00 |
| NEW 3295 | 9mm Luger | 7+1 | Alloy Steel/Aluminum Cerakote® | Purple, High-Performance, Glass-Filled Nylon | – | Integral | 3.12'' | 6'' | 4.50'' | 0.90'' | 17.2 oz. | 1:10'' | $329.00 |
| NEW 3297 | 9mm Luger | 7+1 | Alloy Steel/Black Oxide | Flat Dark Earth, High-Performance, Glass-Filled Nylon | – | Integral | 3.12'' | 6'' | 4.50'' | 0.90'' | 17.2 oz. | 1:10'' | $319.00 |
| NEW 13200 | 9mm Luger | 7+1 | Alloy Steel/Aluminum Cerakote® | Turquoise, High-Performance, Glass-Filled Nylon | – | Integral | 3.12'' | 6'' | 4.50'' | 0.90'' | 17.2 oz. | 1:10'' | $329.00 |
| 13201 | 9mm Luger | 7+1 | Alloy Steel/Black Oxide | Gray, High-Performance, Glass-Filled Nylon | – | Integral | 3.12'' | 6'' | 4.50'' | 0.90'' | 17.2 oz. | 1:10'' | $319.00 |
| NEW 13202 | 9mm Luger | 7+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | IWB Holster | Integral | 3.12'' | 6'' | 4.50'' | 0.90'' | 17.2 oz. | 1:10'' | $319.00 |

---

 **LC380CA™**

## FEATURES

- Same compact size as the popular EC9s® with the reduced recoil of the .380 Auto cartridge and a lighter recoil spring allowing for easier slide manipulation.

- Rugged construction with through-hardened steel slide and one-piece, high-performance, glass-filled nylon grip frame.

- Checkered grip frame provides a secure and comfortable grip.

- Includes finger grip extension floorplate that can be added to the magazine for comfort and grip.

- Dovetailed, high-visibility, three-dot sight system with drift adjustable rear sight and fixed front sight.

- Black oxide, alloy steel barrel.

- Safety features include internal lock, manual safety, magazine disconnect and patented loaded chamber indicator that allows for visual confirmation of a loaded or empty chamber.

- Also includes: one, 7-round magazine.



380 AUTO



**LC380CA™** (Model 3253)



GENUINE RUGER PRODUCT

LC9® Conversion Kit for LC380CA™ Converts the LC380CA™ (.380 Auto) to Accept 9mm Luger
**Available At ShopRuger.com**



Chambered in Reliable and Effective .380 Auto



Easy-to-Rack Slide

| Model Number | Caliber | Capacity | Slide/Finish | Grip Frame | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3253 | 380 Auto | 7+1 | Alloy Steel/Black Oxide | Black, High-Performance, Glass-Filled Nylon | Drift Adjustable 3-Dot | 3.12'' | 6'' | 4.50'' | 0.90'' | 17.2 oz. | 1:16'' | $539.00 |



# SR22®

The do-it-all .22 LR pistol for the shooter who appreciates style and demands reliability, the **SR22®** is packed with versatile features. It is lightweight, easy to field strip, fun to shoot and will run reliably with a wide variety of ammunition (not just high-velocity ammunition).



### SR22®

**22 LR**

**ONE CALIBER** | **FOUR MODELS**

**SR22® THREADED BARREL KIT***
Comes with Factory-Manufactured Stainless Steel Barrel, Thread Protector, Adapter and Wrench. BUY NOW AT **SHOPRUGER.COM**

GENUINE RUGER PRODUCT

**Threaded Barrel** (Model 3604)

Accepts any .22 Caliber 1/2"-28 Muzzle Device (Not Included) — Thread Protector, Adapter and Wrench Provided

**SR22® with 4.50" Barrel**
(Model 3620)

**SR22® with Silver Anodized Slide Finish**
(Model 3607)

27

* Compatible with SR22® pistols bearing serial numbers 361-7XXXX and higher.
  Not available in states that prohibit threaded barrels.



# SR22®

## FEATURES

- Light double-action and crisp single-action trigger pulls. External hammer is designed with a rounded spur for easy cocking and single-action shooting.

- Polymer frame and two interchangeable rubberized grips with angled serrations allow shooters to select either a slim or wider palm swell option (no tools required).

- The aerospace-grade aluminum slide has serrations on both the front and rear for better grip and slide manipulation.

- The dovetailed, high-visibility, three-dot sight system has a fixed front sight and a rear sight that is both windage- and elevation-adjustable. A reversible blade allows shooters to select two white dots or a solid black blade.

- The easy-to-use underside Picatinny rail features multiple cross slots for variable mounting of most popular accessories.

- Inspection port allows for visual confirmation of a loaded or empty chamber.

- Readily replaceable stainless steel barrel.

- Ambidextrous manual thumb safety/decocking lever and magazine release.

- Easy to field strip.

- Also includes: two, 10-round magazines; two finger grip extension floorplates.



**SR22®**
(Model 3600)



22
LR

| Model Number | Caliber | Capacity | COMPARE Slide/ Finish | Grip Frame | Sights | Thread Pattern | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3600 | 22 LR | 10+1 | Aluminum/ Black Anodized | Black Polymer | Adjustable 3-Dot | – | 3.50'' | 6.40'' | 4.90'' | 0.97'' | 17.5 oz. | 1:16'' | $439.00 |
| 3604* | 22 LR | 10+1 | Aluminum/ Black Anodized | Black Polymer | Adjustable 3-Dot | 1/2''-28 | 3.50'' | 6.40''† | 4.90'' | 0.97'' | 17.5 oz. | 1:16'' | $469.00 |
| 3607 | 22 LR | 10+1 | Aluminum/ Silver Anodized | Black Polymer | Adjustable 3-Dot | – | 3.50'' | 6.40'' | 4.90'' | 0.97'' | 17.5 oz. | 1:16'' | $459.00 |
| 3620 | 22 LR | 10+1 | Aluminum/ Black Anodized | Black Polymer | Adjustable 3-Dot | – | 4.50'' | 7.40'' | 4.90'' | 0.97'' | 18.7 oz. | 1:16'' | $459.00 |



External Hammer with a Rounded Spur for Easy Cocking



Picatinny Rail with Multiple Cross Slots for Mounting a Variety of Accessories



Ambidextrous Manual Thumb Safety/ Decocking Lever and Magazine Release



Fixed, White Dot Front Sight and Adjustable Rear Sight with Reversible Blade



Two Grip Options for Slim or Wider Palm Swell

* Pistols with threaded barrels are not available in all states and locales due to laws containing feature-based restrictions. Prior to purchasing, please check your state and local regulations to verify that you may legally possess such firearms. † With thread protector installed.





# MARK IV™

Ruger has long set the standard for reliable, affordable and accurate .22 LR handguns, beginning with the introduction of the Standard Pistol in 1949. Since then, the Standard Pistol has undergone a series of enhancements with the development of the Mark I, Mark II™, Mark III™ and now the Mark IV™ Pistol. The **Mark IV**™ maintains the classic look of the original but adds a simple, one-button takedown for quick and easy field stripping.





### MARK IV™





22 LR

| ONE CALIBER | | NINETEEN MODELS | |
|---|---|---|---|
| STANDARD | TARGET | HUNTER | COMPETITION |
| TACTICAL | 22/45™ | 22/45™ LITE | 22/45™ TACTICAL |

**NEW**
**Mark IV™ Target with 10˝ Barrel**
(Model 40173)



**NEW**
**Mark IV™ 22/45™ Lite**
**with Diamond Gray**
**Anodized Finish and Gold Barrel**
(Model 43934)

 **MARK IV™**

## FEATURES

- Simple, one-button takedown for quick and easy field-stripping and proper chamber-to-muzzle cleaning. Pressing a button in the back of the frame allows the barrel-receiver assembly to tilt up and off the grip frame without the use of tools.

- One-piece, precision CNC-machined grip frame.

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

- Ergonomic bolt stop.

- Smoothly contoured, comfortable grip features a natural-pointing grip angle with replaceable, checkered or textured grip panels for a non-slip hold. Some models are also available with laminate, target grips featuring wrap-around finger grooves.

- Internal cylindrical bolt construction ensures permanent sight-to-barrel alignment and higher accuracy potential than conventional moving-slide designs.

- Contoured ejection port and easy-to-grasp bolt ears allow for durable and reliable operation round after round.

- Accurate sighting system features a drilled and tapped receiver for Weaver- or Picatinny-style rail for easy mounting of optics (rail included only on Tactical models).

- Ambidextrous manual safety can be converted to left-side only with included washer.

- Features a conveniently located push-button magazine release on the left side of the frame.

- Magazine drops free on release for convenient reloading.

- Magazine disconnect prevents discharge when the magazine has been removed.

- Also includes: two, nickel-Teflon® coated magazines.

**RUGER® MARK IV™ OWNERS:** SEE INSIDE BACK COVER FOR AN IMPORTANT **PRODUCT SAFETY WARNING AND RECALL NOTICE** FROM RUGER!





Available in Multiple Barrel Configurations



Accurate, Adjustable Sighting System



Simple, One-Button Takedown for Quick and Easy Field-Stripping (No Tools Required)



Ambidextrous Manual Safety Positively Locks the Sear When Applied



Available in a Variety of Grip Configurations



 **MARK IV**™

## MARK IV™ STANDARD



Model 40105 Shown



One-Piece Aluminum Grip Frame



Checkered Synthetic Grips



Tapered Barrel

| Model Number | Caliber | Capacity | Upper/Finish | Grip Frame/Finish | Barrel | Grips | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40104 | 22 LR | 10+1 | Alloy Steel/Blued | Aluminum/Anodized | Tapered | Checkered Synthetic | Fixed | 4.75'' | 9'' | 5.40'' | 1.20'' | 28.2 oz. | 1:16'' | $449.00 |
| 40105 | 22 LR | 10+1 | Alloy Steel/Blued | Aluminum/Anodized | Tapered | Checkered Synthetic | Fixed | 6'' | 10.25'' | 5.40'' | 1.20'' | 30.1 oz. | 1:16'' | $449.00 |

## MARK IV™ STANDARD 70TH ANNIVERSARY LIMITED EDITION





Custom Wood Case





Commemorative 70th Anniversary Laser Engraving



Limited Edition "70th" Serial Number Prefix

| Model Number | Caliber | Capacity | Upper/Finish | Grip Frame/Finish | Barrel | Grips | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40168 | 22 LR | 10+1 | Alloy Steel/Blued | Aluminum/Anodized | Tapered | Checkered Synthetic | Fixed | 4.75'' | 9'' | 5.40'' | 1.20'' | 28.2 oz. | 1:16'' | $529.00 |

## MARK IV™ TARGET



**NEW**

Model 40174 Shown



One-Piece, Aluminum or Stainless Steel Grip Frame



Checkered Synthetic or Laminate, Target Grips



Bull Barrel (Model 40126 Features Threaded Barrel)

| Model Number | Caliber | Capacity | Upper/Finish | Grip Frame/Finish | Barrel | Grips | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40101 | 22 LR | 10+1 | Alloy Steel/Blued | Aluminum/Anodized | Bull | Checkered Synthetic | Fixed Front, Adjustable Rear | 5.50'' | 9.75'' | 5.50'' | 1.20'' | 35.6 oz. | 1:16'' | $529.00 |
| 40159 | 22 LR | 10+1 | Alloy Steel/Blued | Aluminum/Anodized | Bull | Laminate, Target | Fixed Front, Adjustable Rear | 5.50'' | 9.75'' | 5.50'' | 1.46'' | 35.8 oz. | 1:16'' | $569.00 |
| 40103 | 22 LR | 10+1 | Stainless Steel/Satin Stainless | Stainless Steel/Satin Stainless | Bull | Checkered Synthetic | Fixed Front, Adjustable Rear | 5.50'' | 9.75'' | 5.50'' | 1.20'' | 42.8 oz. | 1:16'' | $689.00 |
| 40126* | 22 LR | 10+1 | Stainless Steel/Satin Stainless | Stainless Steel/Satin Stainless | Threaded Bull | Checkered Synthetic | Fixed Front, Adjustable Rear | 5.50'' | 9.75'' | 5.50'' | 1.20'' | 42.8 oz. | 1:16'' | $699.00 |
| NEW 40173 | 22 LR | 10+1 | Alloy Steel/Blued | Aluminum/Anodized | Bull | Checkered Synthetic | Fixed Front, Adjustable Rear | 10'' | 14'' | 5.50'' | 1.20'' | 46.3 oz. | 1:16'' | $645.00 |
| NEW 40174 | 22 LR | 10+1 | Stainless Steel/Satin Stainless | Stainless Steel/Satin Stainless | Bull | Checkered Synthetic | Fixed Front, Adjustable Rear | 10'' | 14'' | 5.50'' | 1.20'' | 53.5 oz. | 1:16'' | $719.00 |

## MARK IV™ HUNTER



Model 40118 Shown



One-Piece, Stainless Steel Grip Frame   Checkered Laminate or Laminate, Target Grips



Fluted Bull Barrel

| Model Number | Caliber | Capacity | Upper/Finish | Grip Frame/Finish | Barrel | Grips | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40118 | 22 LR | 10+1 | Stainless Steel/Satin Stainless | Stainless Steel/Satin Stainless | Fluted Bull | Checkered Laminate | Fiber Optic Front, Adjustable Rear | 6.88'' | 11.12'' | 5.50'' | 1.20'' | 44 oz. | 1:16'' | $769.00 |
| 40160 | 22 LR | 10+1 | Stainless Steel/Satin Stainless | Stainless Steel/Satin Stainless | Fluted Bull | Laminate, Target | Fiber Optic Front, Adjustable Rear | 6.88'' | 11.12'' | 5.50'' | 1.46'' | 44.2 oz. | 1:16'' | $799.00 |

## MARK IV™ COMPETITION





One-Piece, Stainless Steel Grip Frame



Checkered Laminate Grips with Thumb Rest



Slab-Sided Bull Barrel

| Model Number | Caliber | Capacity | Upper/Finish | Grip Frame/Finish | Barrel | Grips | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40112 | 22 LR | 10+1 | Stainless Steel/Satin Stainless | Stainless Steel/Satin Stainless | Slab-Sided Bull | Checkered Laminate with Thumb Rest | Fixed Front, Adjustable Rear | 6.88'' | 11.12'' | 5.50'' | 1.75'' | 45.8 oz. | 1:16'' | $749.00 |

## MARK IV™ TACTICAL





Factory-Installed Top and Bottom Picatinny Rails



Checkered Synthetic Grips



Threaded Barrel (1/2''-28) for Popular Muzzle Accessories

| Model Number | Caliber | Capacity | Upper/Finish | Grip Frame/Finish | Barrel | Grips | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40150* | 22 LR | 10+1 | Alloy Steel/Blued | Aluminum/Anodized | Threaded Bull | Checkered Synthetic | Fixed Front, Adjustable Rear | 4.40'' | 8.50'' | 5.50'' | 1.20'' | 34.6 oz. | 1:16'' | $569.00 |

* Pistols with threaded barrels are not available in all states and locales due to laws containing feature-based restrictions. Prior to purchasing, please check your state and local regulations to verify that you may legally possess such firearms.

# MARK IV™ 22/45™

## FEATURES

- Simple, one-button takedown for quick and easy field-stripping and proper chamber to muzzle cleaning. Pressing a button in the back of the frame allows the barrel-receiver assembly to tilt up and off the grip frame without the use of tools.

- Lite models feature a lightweight, ventilated, aerospace-grade aluminum receiver and a tensioned stainless steel barrel.

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

- Threaded barrel models feature a 1/2''-28 thread pattern for popular muzzle accessories (thread protector included).

- Comfortable, precision-molded polymer grip frame with a serrated frontstrap and checkered backstrap.

- Checkered, 1911-style grip panels for a great appearance and comfortable, non-slip hold.

- Ergonomic bolt stop.

- Internal cylindrical bolt construction ensures permanent sight-to-barrel alignment and higher accuracy potential than conventional moving-slide designs.

- Contoured ejection port and easy-to-grasp bolt ears allow for durable and reliable operation round after round.

- Accurate sighting system features an adjustable rear sight and a factory-installed Picatinny rail for easy mounting of optics (excludes model 40107).

- Ambidextrous manual safety can be converted to left-side only with included washer.

- Features a conveniently located push-button magazine release on the left side of the frame.

- Magazine drops free on release for faster reloading.

- Magazine disconnect prevents discharge when the magazine has been removed.

- Also includes: two, nickel-Teflon® coated magazines.

RUGER® MARK IV™ 22/45™ OWNERS: SEE INSIDE BACK COVER FOR AN IMPORTANT PRODUCT SAFETY WARNING AND RECALL NOTICE FROM RUGER!


Lightweight, Ventilated, Aerospace-Grade Aluminum Receiver


Ambidextrous Manual Safety Positively Locks the Sear When Applied


Comfortable, Precision-Molded Polymer Grip Frame


Accurate Sighting System Features an Adjustable Rear Sight and a Factory-Installed Picatinny Rail for Easy Mounting of Optics (Excludes Model 40107)


Threaded Barrel Models Feature a 1/2''-28 Thread Pattern for Popular Muzzle Accessories

## MARK IV™ 22/45™ LITE


Model 43934 Shown


Checkered 1911-Style or Laminate, Target Grips


Lightweight, Ventilated, Aerospace-Grade Aluminum Barrel-Receiver Assembly


Threaded Barrel (1/2''-28) for Popular Muzzle Accessories (Excludes Model 43921)

| Model Number | Caliber | Capacity | Upper/ Finish | Barrel | Grip Frame | Grips | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43934* | 22 LR | 10+1 | Aluminum/ Diamond Gray Anodized | Gold, Threaded | Polymer | Checkered 1911-Style | Fixed Front, Adjustable Rear | 4.40'' | 8.40'' | 5.50'' | 1.22'' | 25 oz. | 1:16'' | $559.00 |
| 43921 | 22 LR | 10+1 | Aluminum/ Diamond Gray Anodized | Stainless, Non-Threaded | Polymer | Laminate, Target | Fixed Front, Adjustable Rear | 4.40'' | 8.40'' | 5.50'' | 1.50'' | 27 oz. | 1:16'' | $599.00 |
| 43926* | 22 LR | 10+1 | Aluminum/ Gold Anodized | Black, Threaded | Polymer | Checkered 1911-Style | Fixed Front, Adjustable Rear | 4.40'' | 8.40'' | 5.50'' | 1.22'' | 25 oz. | 1:16'' | $559.00 |
| 43927* | 22 LR | 10+1 | Aluminum/ Black Anodized | Gold, Threaded | Polymer | Checkered 1911-Style | Fixed Front, Adjustable Rear | 4.40'' | 8.40'' | 5.50'' | 1.22'' | 25 oz. | 1:16'' | $559.00 |

(COMPARE header spans Upper/Finish and Barrel columns)

## MARK IV™ 22/45™ TACTICAL




Factory-Installed Top and Bottom Picatinny Rails


Threaded Barrel (1/2''-28) for Popular Muzzle Accessories

| Model Number | Caliber | Capacity | Upper/ Finish | Barrel | Grip Frame | Grips | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40149* | 22 LR | 10+1 | Alloy Steel/ Blued | Threaded Bull | Polymer | Checkered 1911-Style | Fixed Front, Adjustable Rear | 4.40'' | 8.50'' | 5.50'' | 1.22'' | 33.3 oz. | 1:16'' | $529.00 |

## MARK IV™ 22/45™




Bull Barrel

| Model Number | Caliber | Capacity | Upper/ Finish | Barrel | Grip Frame | Grips | Sights | Barrel Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40107 | 22 LR | 10+1 | Alloy Steel/ Blued | Bull | Polymer | Checkered 1911-Style | Fixed Front, Adjustable Rear | 5.50'' | 9.75'' | 5.50'' | 1.22'' | 34.4 oz. | 1:16'' | $409.00 |

* Pistols with threaded barrels are not available in all states and locales due to laws containing feature-based restrictions. Prior to purchasing, please check your state and local regulations to verify that you may legally possess such firearms.



# SILENT-SR® .22 CAL

Offering top-tier sound reduction, the **Silent-SR®.22 CAL** sound suppressor features best-in-class materials and an advanced design resulting in a lightweight, compact size. It was designed and built by Ruger utilizing the very latest in fluid dynamic simulation and computer numeric controlled (CNC) machining equipment.

## SILENT-SR® .22 CAL




  

RATED FOR .22 LR FULL AUTO, .22 WMR AND .17 HMR PISTOLS AND RIFLES.
### REDUCES SOUND PRESSURE LEVELS BY UP TO 40 dB.

THE SILENT-SR® .22 CAL IS COMPATIBLE WITH A HOST OF RUGER® FIREARMS

| | | |
|---|---|---|
| SR22® Pistol with Threaded Barrel | 10/22® Tactical | 10/22® Competition |
| Mark IV™ Target with Threaded Barrel | 10/22® Target Lite | Ruger American® Rimfire Threaded Barrel Models |
| Mark IV™ Tactical | 10/22 Takedown® Lite | |
| Mark IV™ 22/45™ Tactical | 10/22 Takedown® with Threaded Barrel | Ruger American® Rimfire Compact Threaded Barrel Models |
| Mark IV™ 22/45™ Lite with Threaded Barrel | 10/22 Takedown® with Fluted .920" Diameter Barrel | Ruger Precision® Rimfire |
| 22 Charger™/22 Charger™ Takedown | | |



*Pistol Not Included*

**Silent-SR®.22 CAL**
(Model 19000)

# SILENT-SR® .22 LR

## FEATURES

- Reduces sound pressure levels of .22 LR, .22 WMR and .17 HMR pistols and rifles by up to 40 dB.

- Rated for .22 LR full auto, .22 WMR and .17 HMR pistols and rifles. Features a standard 1/2''-28 thread pattern for compatibility with most threaded rimfire firearms.

- Patented outer tube and muzzle mount are interlocked to prevent inadvertent disassembly when removing the suppressor from your firearm. Disassembly tool is included.

- Compact and lightweight for balance and portability.

- Easy to disassemble and clean; each piece snaps together to seal the baffles and keep the byproducts of combustion away from the tube and end caps.

- Utilizing a titanium tube, aluminum rear cap, and stainless steel thread mount, baffles and front cap, Ruger has selected the best material for each part to maximize strength and minimize weight without sacrificing durability.

  

For additional information on National Firearms Act (NFA) item restrictions, visit: **RUGER.COM/NFA**


Easy Disassembly for Cleaning


Using the Provided Disassembly Tool, Remove the Front and Rear Caps


Slide the Entire Stack of Baffles Out of the Rear of the Suppressor Tube


Snap Apart Each Part of the Baffle Stack

| Model Number | Caliber | Material/Finish | Length | Diameter | Weight | Thread Pattern | Suggested Retail |
|---|---|---|---|---|---|---|---|
| 19000* | 22 LR / 22 WMR / 17 HMR | Titanium, 17-4 Stainless and Aluminum / Cerakote® | 5.37'' | 1.06'' | 6.3 oz. | 1/2''-28 | $449.00 |

* Sound suppressors are not available in all states and locales due to laws restricting their ownership and use. Prior to purchasing, please check your state and local regulations to verify that you may legally possess a suppressor.





# RUGER® DOUBLE-ACTION REVOLVERS

Combining superior design and engineering with dedicated craftsmanship, **Ruger® Double-Action Revolvers** are packed with features and inspire genuine pride of ownership and provide years of reliable service.

**RUGER® DOUBLE-ACTION REVOLVERS**



| RUGER SP101® | GP100® | REDHAWK® | SUPER REDHAWK® |

**FOUR FAMILIES**



**Ruger SP101®
with Blued Finish**
(Model 15702)

**Redhawk®
in .44 Rem. Mag.**
(Model 5043)



**GP100®
Match Champion®
in 10mm Auto**
(Model 1775)

 **RUGER SP101®**

## FEATURES

- Grip frame easily accommodates a variety of custom grips.

- Triple-locking cylinder is locked into the frame at the front, rear and bottom for more positive alignment and dependable operation shot after shot.

- Cushioned rubber grip with black synthetic or hardwood inserts (excludes model 5782) has no exposed metal in the backstrap, making it extremely comfortable.

- Dual chambering allows .357 Magnum models to accept factory .38 Special cartridges.

- Takedown of integrated subassemblies requires no special tools, allowing for easy maintenance and re-assembly.

- Transfer bar mechanism provides an unparalleled measure of security against accidental discharge.

   

## RUGER SP101®



Grip Frame Design



Triple-Locking Cylinder



Available in a Variety of Grip Configurations



Transfer Bar Mechanism



Easy Takedown Requires No Special Tools

## RUGER SP101® MATCH CHAMPION®



Full-Lug Barrel with 11° Target Crown
for Competition-Level Accuracy



Match-Tuned Action



Dovetailed, Fiber Optic Front and Adjustable Rear Sights



# RUGER SP101®

## RUGER SP101® with 2.25" Barrel


Model 5718 Shown


Pinned, Replaceable Black Ramp Front and Integral Rear Sights


Moon Clips Included with Model 5783 for Convenient Loading


Cushioned Rubber Grip with Black Synthetic Inserts

| Model Number | Caliber COMPARE | Capacity | Material/Finish | Grip | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5737 | 38 Spl +P | 5 | Stainless Steel/Satin Stainless | Cushioned Rubber/Black Synthetic Inserts | Ramp | Integral | 2.25" | 7.20" | 26 oz. | 1:18.75" | $719.00 |
| 5718 | 357 Mag | 5 | Stainless Steel/Satin Stainless | Cushioned Rubber/Black Synthetic Inserts | Ramp | Integral | 2.25" | 7.20" | 26 oz. | 1:16" | $719.00 |
| 5783 | 9mm Luger | 5 | Stainless Steel/Satin Stainless | Cushioned Rubber/Black Synthetic Inserts | Ramp | Integral | 2.25" | 7.20" | 25 oz. | 1:16" | $719.00 |

## RUGER SP101® with 3" Barrel




Pinned, Replaceable Black Ramp Front and Integral Rear Sights


Cushioned Rubber Grip with Black Synthetic Inserts

| Model Number | Caliber | Capacity | Material/Finish | Grip | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5719 | 357 Mag | 5 | Stainless Steel/Satin Stainless | Cushioned Rubber/Black Synthetic Inserts | Ramp | Integral | 3" | 8" | 27 oz. | 1:16" | $719.00 |

## RUGER SP101® with Spurless Hammer





Double-Action Only Spurless Hammer is Ideal for a Snag-Free Draw

Pinned, Replaceable Black Ramp Front and Integral Rear Sights


Cushioned Rubber Grip with Black Synthetic Inserts

| Model Number | Caliber | Capacity | Material/Finish | Grip | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5720 | 357 Mag | 5 | Stainless Steel/Satin Stainless | Cushioned Rubber/Black Synthetic Inserts | Ramp | Integral | 2.25" | 7.20" | 25 oz. | 1:16" | $719.00 |

## RUGER SP101® with Blued Finish




Pinned, Replaceable Black Ramp Front and Integral Rear Sights


Cushioned Rubber Grip with Engraved Hardwood Inserts

| Model Number | Caliber | Capacity | Material/Finish | Grip | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15702 | 357 Mag | 5 | Alloy Steel/Blued | Cushioned Rubber, Engraved Hardwood | Ramp | Integral | 2.25" | 7.20" | 26 oz. | 1:16" | $719.00 |

## RUGER SP101® with Engraved Hardwood Inserts


Model 5773 Shown


Dovetailed, Fiber Optic Front and Adjustable Rear Sights (Excludes Model 5784)


Cushioned Rubber Grip with Engraved Hardwood Inserts

| Model Number | Caliber COMPARE | Capacity | Material/Finish | Grip | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5765 | 22 LR | 8 | Stainless Steel/Satin Stainless | Cushioned Rubber/Engraved Hardwood Inserts | Fiber Optic | Adjustable | 4.20" | 9.12" | 30 oz. | 1:16" | $769.00 |
| 5773 | 327 Fed Mag | 6 | Stainless Steel/Satin Stainless | Cushioned Rubber/Engraved Hardwood Inserts | Fiber Optic | Adjustable | 4.20" | 9.12" | 29.5 oz. | 1:16" | $769.00 |
| 5771 | 357 Mag | 5 | Stainless Steel/Satin Stainless | Cushioned Rubber/Engraved Hardwood Inserts | Fiber Optic | Adjustable | 4.20" | 9.12" | 29.5 oz. | 1:16" | $769.00 |
| 5784 | 327 Fed Mag | 6 | Stainless Steel/Satin Stainless | Cushioned Rubber/Engraved Hardwood Inserts | Ramp | Integral | 3" | 8" | 27 oz. | 1:16" | $749.00 |

## RUGER SP101® MATCH CHAMPION®




Dovetailed, Fiber Optic Front and Adjustable Rear Sights


Custom Stippled, Checkered Hardwood Grip

| Model Number | Caliber | Capacity | Material/Finish | Grip | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5782 | 357 Mag | 5 | Stainless Steel/Gloss Stainless | Altamont Stippled, Checkered Hardwood | Fiber Optic | Adjustable | 4.20" | 9.12" | 30 oz. | 1:16" | $859.00 |

 **GP100®**

## FEATURES

- Triple-locking cylinder is locked into the frame at the front, rear and bottom for more positive alignment and dependable operation shot after shot.
- Grip frame design easily accommodates a wide variety of custom grips.
- Dual chambering allows .357 Magnum models to accept factory .38 Special cartridges.

- Disassembly of integrated subassemblies requires no special tools and allows for easy maintenance and assembly.
- Transfer bar mechanism provides an unparalleled measure of security against accidental discharge.

  

### GP100®


Easy Disassembly with No Special Tools Required


Triple-Locking Cylinder


Available in a Variety of Grip Configurations


Grip Frame Design

### GP100® MATCH CHAMPION®


Match-Tuned Action


Custom Hogue® Hardwood Grip with Stippled Sides


Slab-Sided, Half-Lug Barrel with 11° Target Crown for Competition-Level Accuracy


Chamfered Cylinder Ejector for Convenient Reloading





# GP100®

## GP100®





Heavy, Full-Shrouded Barrel



Recoil-Reducing, Cushioned, Black Rubber Hogue® Monogrip®

| Model Number | Caliber | Capacity | Material/ Finish | Grips | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1715 | 357 Mag | 6 | Stainless Steel/ Satin Stainless | Hogue® Monogrip® | Ramp | Integral | 3'' | 8.50'' | 36 oz. | 1:18.75'' | $799.00 |

## GP100® with 4.20'' Barrel



Model 1705 Shown



Heavy, Full-Shrouded Barrel



Ramp Front and Adjustable Rear Sights

Recoil-Reducing, Cushioned, Black Rubber Hogue® Monogrip®

| Model Number | Caliber | Capacity | COMPARE Material/ Finish | Grips | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1702 | 357 Mag | 6 | Alloy Steel/ Blued | Hogue® Monogrip® | Ramp | Adjustable | 4.20'' | 9.50'' | 40 oz. | 1:18.75'' | $769.00 |
| 1705 | 357 Mag | 6 | Stainless Steel/ Satin Stainless | Hogue® Monogrip® | Ramp | Adjustable | 4.20'' | 9.50'' | 40 oz. | 1:18.75'' | $829.00 |

## GP100® with 6'' Barrel



Model 1704 Shown



Heavy, Full-Shrouded Barrel



Ramp Front and Adjustable Rear Sights



Recoil-Reducing, Cushioned, Black Rubber Hogue® Monogrip®

| Model Number | Caliber | Capacity | COMPARE Material/ Finish | Grips | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1704 | 357 Mag | 6 | Alloy Steel/ Blued | Hogue® Monogrip® | Ramp | Adjustable | 6'' | 11.50'' | 45 oz. | 1:18.75'' | $769.00 |
| 1707 | 357 Mag | 6 | Stainless Steel/ Satin Stainless | Hogue® Monogrip® | Ramp | Adjustable | 6'' | 11.50'' | 45 oz. | 1:18.75'' | $829.00 |

## GP100® in .22 LR





Half-Lug Barrel



Fiber Optic Front and Adjustable Rear Sights



Cushioned Rubber Grip with Hardwood Insert

| Model Number | Caliber | Capacity | Material/ Finish | Grips | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1757 | 22 LR | 10 | Stainless Steel/ Satin Stainless | Cushioned Rubber/ Hardwood Inserts | Fiber Optic | Adjustable | 5.50'' | 11'' | 42 oz. | 1:16'' | $829.00 |

## GP100® 7-Round



Model 1771 Shown



Cushioned Rubber Grip with Hardwood Insert

| Model Number | Caliber | Capacity | Material/ Finish | Grips | Front Sight | Rear Sight | COMPARE Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1774 | 357 Mag | 7 | Stainless Steel/ Satin Stainless | Cushioned Rubber/ Hardwood Inserts | Fiber Optic | Adjustable | 2.50'' | 8'' | 36 oz. | 1:18.75'' | $899.00 |
| 1771 | 357 Mag | 7 | Stainless Steel/ Satin Stainless | Cushioned Rubber/ Hardwood Inserts | Fiber Optic | Adjustable | 4.20'' | 9.50'' | 40 oz. | 1:18.75'' | $899.00 |
| 1773 | 357 Mag | 7 | Stainless Steel/ Satin Stainless | Cushioned Rubber/ Hardwood Inserts | Fiber Optic | Adjustable | 6'' | 11.50'' | 43.5 oz. | 1:18.75'' | $899.00 |

## GP100® MATCH CHAMPION®



Model 1775 Shown



Slab-Sided, Half-Lug Barrel and Fiber Optic Front Sight



Novak® LoMount Carry or Adjustable Rear Sights



Hogue® Stippled Hardwood Grip

| Model Number | COMPARE Caliber | Capacity | Material/ Finish | Grips | Front Sight | Rear Sight | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1754 | 357 Mag | 6 | Stainless Steel/ Satin Stainless | Hogue® Stippled Hardwood | Fiber Optic | Fixed | 4.20'' | 9.50'' | 38 oz. | 1:18.75'' | $969.00 |
| 1755 | 357 Mag | 6 | Stainless Steel/ Satin Stainless | Hogue® Stippled Hardwood | Fiber Optic | Adjustable | 4.20'' | 9.50'' | 38 oz. | 1:18.75'' | $969.00 |
| 1775 | 10mm Auto | 6 | Stainless Steel/ Satin Stainless | Hogue® Stippled Hardwood | Fiber Optic | Adjustable | 4.20'' | 9.50'' | 37 oz. | 1:16'' | $969.00 |

# REDHAWK®

## FEATURES

- Unique, single-spring mechanism allows for a smooth, light trigger pull.
- Triple-locking cylinder is locked into the frame at the front, rear and bottom for more positive alignment and dependable operation shot after shot.
- Easy sighting with readily replaceable colored front blade sight insert and adjustable rear sight with white outline.
- Rugged, stainless steel construction with no side plates is designed specifically to handle powerful magnum loads through extra metal in the top strap, sidewalls and barrel mounting areas.

- Transfer bar mechanism provides an unparalleled measure of security against accidental discharge.
- Cold hammer-forged sleeve and shroud barrel provides outstanding accuracy.
- .44 Magnum models are dual chambered to also accept factory .44 Special cartridges.
- .357 Magnum models are dual chambered to also accept factory .38 Special cartridges.

 357 MAG
 44 REM MAG
 45 AUTO


Cold Hammer-Forged Sleeve and Shroud Barrel


Readily Replaceable Colored Front Blade Sight Insert and Adjustable Rear Sight with White Outline


Unique, Single-Spring Mechanism


Triple-Locking Cylinder


Transfer Bar Mechanism


Available in a Variety of Grip Configurations

## REDHAWK®


Model 5051 Shown


Moon Clips Included with .357 Magnum Models for Convenient Loading

Hardwood Grips

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 5043 | 44 Rem Mag | 6 | Stainless Steel/Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 5.50'' | 11'' | 49 oz. | 1:20'' | $1,079.00 |
| 5041 | 44 Rem Mag | 6 | Stainless Steel/Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 7.50'' | 13'' | 54 oz. | 1:20'' | $1,079.00 |
| 5051 | 357 Mag | 8 | Stainless Steel/Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 2.75'' | 8.25'' | 44 oz. | 1:18.75'' | $1,079.00 |
| 5059 | 357 Mag | 8 | Stainless Steel/Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 4.20'' | 9.50'' | 49 oz. | 1:18.75'' | $1,079.00 |
| 5060 | 357 Mag | 8 | Stainless Steel/Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 5.50'' | 11'' | 52 oz. | 1:18.75'' | $1,079.00 |

## REDHAWK® in .45 Auto/.45 Colt




Moon Clips Included for Convenient Loading

Engraved Hardwood Grips

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 5050 | 45 Auto/45 Colt | 6 | Stainless Steel/Satin Stainless | Engraved Hardwood | Ramp Front, Adjustable Rear | 4.20'' | 9.50' | 44 oz. | 1:16'' | $1,079.00 |

## REDHAWK® with Hogue® Monogrip®




Black Hogue® Monogrip®

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 5044 | 44 Rem Mag | 6 | Stainless Steel/Satin Stainless | Hogue® Monogrip® | Ramp Front, Adjustable Rear | 4.20'' | 9.50'' | 47 oz. | 1:20'' | $1,079.00 |

# SUPER REDHAWK®

## FEATURES

- Triple-locking cylinder is locked into the frame at the front, rear and bottom for more positive alignment and dependable operation shot after shot.

- Durable, corrosion-resistant stainless steel construction.

- Strong, extended frame with extra metal in the top strap, sidewalls and barrel mounting areas to handle powerful, big game loads.

- Hogue® Tamer™ Monogrip® with an internal recoil cushion positioned under the web of the hand helps reduce the impact of powerful loads, while the peg-style grip frame easily accommodates custom grips (excludes some models).

- Dual chambering allows .44 Magnum models to accept factory .44 Special cartridges and .454 Casull models to accept factory .45 Colt cartridges.

- Transfer bar mechanism provides an unparalleled measure of security against accidental discharge.

- Replaceable front sight ramp insert and adjustable rear sight (non-Alaskan models feature a red ramp insert).

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy, longevity and easy cleaning.

 10mm AUTO  44 REM MAG  454 CASULL  480 RUGER



Strong, Extended Frame



Recoil-Reducing, Cushioned, Black Rubber Hogue® Tamer™ Monogrip®



Triple-Locking Cylinder



Replaceable Front Ramp Insert and Adjustable Rear Sights



Cold Hammer-Forged Barrel

## SUPER REDHAWK®



Model 5501 Shown



Integral Mounts are Machined Directly on the Solid-Steel Barrel Rib to Provide a Stable Mounting Surface for Scope Rings, Eliminating a Potential Source of Looseness and Inaccuracy in the Field (Scope Not Included)

| Model Number | Caliber | Capacity | Material/ Finish | Grip | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 5507 | 480 Ruger | 6 | Stainless Steel/ Satin Stainless | Hogue® Tamer™ Monogrip® | Ramp Front, Adjustable Rear | 7.50'' | 13'' | 53 oz. | 1:18'' | $1,189.00 |
| 5501 | 44 Rem Mag | 6 | Stainless Steel/ Satin Stainless | Hogue® Tamer™ Monogrip® | Ramp Front, Adjustable Rear | 7.50'' | 13'' | 53 oz. | 1:20'' | $1,159.00 |
| 5502 | 44 Rem Mag | 6 | Stainless Steel/ Satin Stainless | Hogue® Tamer™ Monogrip® | Ramp Front, Adjustable Rear | 9.50'' | 15'' | 58 oz. | 1:20'' | $1,159.00 |
| 5505 | 454 Casull | 6 | Stainless Steel/ Satin Stainless | Hogue® Tamer™ Monogrip® | Ramp Front, Adjustable Rear | 7.50'' | 13'' | 52 oz. | 1:24'' | $1,189.00 |

## SUPER REDHAWK® in 10mm Auto





Moon Clips Included for Convenient Loading

| Model Number | Caliber | Capacity | Material/ Finish | Grip | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 5524 | 10mm Auto | 6 | Stainless Steel/ Satin Stainless | Cushioned Rubber/ Hardwood Inserts | Ramp Front, Adjustable Rear | 6.50'' | 12'' | 54 oz. | 1:16'' | $1,159.00 |

## SUPER REDHAWK ALASKAN®



Model 5302 Shown



Compact 2.50'' Barrel for Ease of Carry

| Model Number | Caliber | Capacity | Material/ Finish | Grip | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 5302 | 480 Ruger | 6 | Stainless Steel/ Satin Stainless | Hogue® Tamer™ Monogrip® | Ramp Front, Adjustable Rear | 2.50'' | 7.62'' | 44 oz. | 1:18'' | $1,189.00 |
| 5303 | 44 Rem Mag | 6 | Stainless Steel/ Satin Stainless | Hogue® Tamer™ Monogrip® | Ramp Front, Adjustable Rear | 2.50'' | 7.62'' | 45 oz. | 1:20'' | $1,189.00 |
| 5301 | 454 Casull | 6 | Stainless Steel/ Satin Stainless | Hogue® Tamer™ Monogrip® | Ramp Front, Adjustable Rear | 2.50'' | 7.62'' | 44 oz. | 1:24'' | $1,189.00 |



# LCR®

The **LCR®** is the evolution of the revolver. Packed with the latest technological advances and features required by today's most demanding shooters, the LCR® is a lightweight, small-frame revolver with a uniquely smooth trigger and highly manageable recoil.

LCR®





     

**22 LR**  **22 WMR**  **327 FED MAG**  **9mm LUGER**  **38 SPL +P**  **357 MAG**

**SIX CALIBERS** | **FIFTEEN MODELS**

## TRIGGER PULL COMPARISON



TRIGGER PULL FORCE

Brand Y    Brand X
LCR Trigger

TRIGGER PULL DISTANCE



**LCRx® in .357 Magnum with 3" Barrel and Adjustable Rear Sight** (Model 5444)



**LCRx® in 9mm Luger** (Model 5464)

57

 **LCR**®

## FEATURES

- Monolithic frame is made from aerospace-grade, 7000-series aluminum in .22 LR, .22 Magnum and .38 Special models and from 400-series stainless steel in the powerful .357 Magnum, 9mm Luger and .327 Federal Magnum models.

- Patented friction-reducing cam is a next generation design in fire control systems that results in a smooth, non-stacking trigger pull.

- Patented polymer fire control housing holds all the fire control components in their proper dimensional relationships, reduces weight significantly and helps reduce felt recoil.

- High-strength stainless steel cylinder, featuring a PVD finish for excellent durability, is extensively fluted, reducing weight.

- Hogue® Tamer™ Monogrip® reduces perceived recoil.

- Grip peg allows for a variety of grip styles to be installed.

- Replaceable, pinned ramp front sight with white bar.

- Models chambered in 9mm Luger ship with three full moon clips that both act as speed loaders and aid in the ejection of spent cartridges.

  
  


High-Strength Stainless Steel Cylinder


Replaceable, Pinned Ramp Front Sight with White Bar


Patented Friction-Reducing Cam


Hogue® Tamer™ Monogrip® Reduces Perceived Recoil





## LCR®

### LCR®



Model 5452 Shown



Replaceable, Pinned Ramp Front
and Integral U-Notch Rear Sights



Compact Hogue® Tamer™
Monogrip® with Finger Grooves

| Model Number | Caliber | Capacity | Grip | Frame/Finish | Front Sight | Rear Sight | Barrel Length | Overall Length | Height | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5410 | 22 LR | 8 | Compact Hogue® Tamer™ Monogrip® | Aluminum/ Matte Black | Ramp | Integral | 1.87'' | 6.50'' | 4.50'' | 14.9 oz. | 1:16'' | $579.00 |
| 5414 | 22 WMR | 6 | Compact Hogue® Tamer™ Monogrip® | Aluminum/ Matte Black | Ramp | Integral | 1.87'' | 6.50'' | 4.50'' | 16.6 oz. | 1:9'' | $579.00 |
| 5401 | 38 Spl +P | 5 | Compact Hogue® Tamer™ Monogrip® | Aluminum/ Matte Black | Ramp | Integral | 1.87'' | 6.50'' | 4.50'' | 13.5 oz. | 1:16'' | $579.00 |
| 5456 | 9mm Luger | 5 | Compact Hogue® Tamer™ Monogrip® | Stainless Steel/ Matte Black | Ramp | Integral | 1.87'' | 6.50'' | 4.50'' | 17.2 oz. | 1:16'' | $669.00 |
| 5452 | 327 Fed Mag | 6 | Compact Hogue® Tamer™ Monogrip® | Stainless Steel/ Matte Black | Ramp | Integral | 1.87'' | 6.50'' | 4.50'' | 17 oz. | 1:16'' | $669.00 |
| 5450 | 357 Mag | 5 | Compact Hogue® Tamer™ Monogrip® | Stainless Steel/ Matte Black | Ramp | Integral | 1.87'' | 6.50'' | 4.50'' | 17.1 oz. | 1:16'' | $669.00 |

### LCRx®



Model 5460 Shown





Replaceable, Pinned Ramp Front
and Integral U-Notch Rear Sights

Compact Hogue® Tamer™
Monogrip® with Finger Grooves



External Hammer for Single-Action Use

| Model Number | Caliber | Capacity | Grip | Frame/Finish | Front Sight | Rear Sight | Barrel Length | Overall Length | Height | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5439 | 22 WMR | 6 | Compact Hogue® Tamer™ Monogrip® | Aluminum/ Matte Black | Ramp | Integral | 1.87'' | 6.50'' | 4.50'' | 15.4 oz. | 1:9'' | $579.00 |
| 5430 | 38 Spl +P | 5 | Compact Hogue® Tamer™ Monogrip® | Aluminum/ Matte Black | Ramp | Integral | 1.87'' | 6.50'' | 4.50'' | 13.5 oz. | 1:16'' | $579.00 |
| 5464 | 9mm Luger | 5 | Compact Hogue® Tamer™ Monogrip® | Stainless Steel/ Matte Black | Ramp | Integral | 1.87'' | 6.50'' | 4.50'' | 17.4 oz. | 1:16'' | $669.00 |
| 5462 | 327 Fed Mag | 6 | Compact Hogue® Tamer™ Monogrip® | Stainless Steel/ Matte Black | Ramp | Integral | 1.87'' | 6.50'' | 4.50'' | 17.7 oz. | 1:16'' | $669.00 |
| 5460 | 357 Mag | 5 | Compact Hogue® Tamer™ Monogrip® | Stainless Steel/ Matte Black | Ramp | Integral | 1.87'' | 6.50'' | 4.50'' | 17.1 oz. | 1:16'' | $669.00 |

### LCRx® with 3'' Barrel and Adjustable Rear Sight



Model 5444 Shown



Replaceable, Pinned Ramp Front
and Adjustable Black Blade Rear Sights



Full-Size Smooth
Hogue® Tamer™ Monogrip®



External Hammer for Single-Action Use

| Model Number | Caliber | Capacity | Grip | Frame/Finish | Front Sight | Rear Sight | Barrel Length | Overall Length | Height | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5435 | 22 LR | 8 | Full-Size Hogue® Tamer™ Monogrip® | Aluminum/ Matte Black | Ramp | Adjustable | 3'' | 7.50'' | 5.80'' | 17.3 oz. | 1:16'' | $579.00 |
| 5437 | 22 WMR | 6 | Full-Size Hogue® Tamer™ Monogrip® | Aluminum/ Matte Black | Ramp | Adjustable | 3'' | 7.50'' | 5.80'' | 17.8 oz. | 1:9'' | $579.00 |
| 5431 | 38 Spl +P | 5 | Full-Size Hogue® Tamer™ Monogrip® | Aluminum/ Matte Black | Ramp | Adjustable | 3'' | 7.50'' | 5.80'' | 15.7 oz. | 1:16'' | $579.00 |
| 5444 | 357 Mag | 5 | Full-Size Hogue® Tamer™ Monogrip® | Stainless Steel/ Matte Black | Ramp | Adjustable | 3'' | 7.50'' | 5.80'' | 21.3 oz. | 1:16'' | $669.00 |



# WRANGLER®

Built on the legacy of Ruger's Single-Six®, the new **Wrangler**® expands Ruger's rich history in both quality single-action revolvers and rugged, reliable .22 LR firearms. The attractive price, combined with affordable rimfire ammunition, make this revolver ideal for learning to shoot, introducing friends or family to the sport, or just experiencing the fun of single-action shooting.



## WRANGLER®





22 LR

### ONE CALIBER | THREE MODELS



**Wrangler® with Black Cerakote® Finish**
(Model 2002)

**Wrangler® with Silver Cerakote® Finish**
(Model 2003)

**Wrangler® with Burnt Bronze Cerakote® Finish**
(Model 2004)

### FEATURES

- Blade front and integral notch rear sights.
- Chambered for affordable .22 LR ammunition.
- Transfer bar mechanism and loading gate interlock provide an unparalleled measure of security against accidental discharge.
- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.
- Cerakote® finish provides rugged reliability in all environments.
- Checkered synthetic grips on a Single-Six® pattern grip frame.

| Model Number | Caliber | Capacity | COMPARE Cylinder Frame Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 22 LR | 6 | Aluminum Alloy/ Black Cerakote® | Checkered Synthetic | Blade Front, Integral Rear | 4.62'' | 10.25'' | 30 oz. | 1:14'' | $249.00 |
| 2003 | 22 LR | 6 | Aluminum Alloy/ Silver Cerakote® | Checkered Synthetic | Blade Front, Integral Rear | 4.62'' | 10.25'' | 30 oz. | 1:14'' | $249.00 |
| 2004 | 22 LR | 6 | Aluminum Alloy/ Burnt Bronze Cerakote® | Checkered Synthetic | Blade Front, Integral Rear | 4.62'' | 10.25'' | 30 oz. | 1:14'' | $249.00 |



# RUGER® SINGLE-ACTION REVOLVERS

With superb grip, balance and mechanical simplicity, **Ruger® Single-Action Revolvers** are offered in a wide variety of sizes and calibers, and include features that are sure to please any fan of these timeless firearms.

## RUGER® SINGLE-ACTION REVOLVERS



| RUGER VAQUERO® | NEW MODEL SUPER BLACKHAWK® | NEW MODEL BLACKHAWK® | NEW MODEL SINGLE-SIX® | BEARCAT® |

### FIVE FAMILIES



**Ruger Vaquero®**
**in .357 Magnum**
**with Blued Finish**
(Model 5106)

**Single-Ten®**
(Model 8100)

**Ruger Vaquero® in .357 Magnum**
**with High-Gloss Stainless Finish**
(Model 5109)

# RUGER VAQUERO®

## FEATURES

- Traditional western-style, hand-filling grip has long been acknowledged as one of the most comfortable and natural-pointing of any grip style.

- Patented reverse indexing pawl allows for easier loading and unloading, while the traditional beveled cylinder simplifies holstering.

- Transfer bar mechanism and loading gate interlock provide an unparalleled measure of security against accidental discharge.

- Handsome, larger crescent-shaped ejector rod head boasts traditional form, perfect for every cowboy or cowgirl.

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

- Blade front and integral notch rear sights.

- Models chambered in .357 Magnum also accept factory .38 Special cartridges

 357 MAG  45 COLT



Traditional Western-Style, Hand-Filling Grip



Blade Front and Integral Notch Rear Sights



Patented Reverse Indexing Pawl



Transfer Bar Mechanism

# THE GUN THAT WON THE NEW WEST

## RUGER VAQUERO® with Blued Finish



Model 5101 Shown

| Model Number | COMPARE Caliber | Capacity | Material/ Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 5107 | 357 Mag | 6 | Alloy Steel/ Blued | Hardwood | Blade Front, Integral Rear | 4.62'' | 10.25'' | 43 oz. | 1:16'' | $829.00 |
| 5106 | 357 Mag | 6 | Alloy Steel/ Blued | Hardwood | Blade Front, Integral Rear | 5.50'' | 11.12'' | 44 oz. | 1:16'' | $829.00 |
| 5102 | 45 Colt | 6 | Alloy Steel/ Blued | Hardwood | Blade Front, Integral Rear | 4.62'' | 10.25'' | 40 oz. | 1:16'' | $829.00 |
| 5101 | 45 Colt | 6 | Alloy Steel/ Blued | Hardwood | Blade Front, Integral Rear | 5.50'' | 11.12'' | 40 oz. | 1:16'' | $829.00 |

## RUGER VAQUERO® with High-Gloss Stainless Finish



Model 5104 Shown

| Model Number | COMPARE Caliber | Capacity | Material/ Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 5109 | 357 Mag | 6 | Stainless Steel/ High-Gloss Stainless | Hardwood | Blade Front, Integral Rear | 4.62'' | 10.25'' | 43 oz. | 1:16'' | $829.00 |
| 5108 | 357 Mag | 6 | Stainless Steel/ High-Gloss Stainless | Hardwood | Blade Front, Integral Rear | 5.50'' | 11.12'' | 44 oz. | 1:16'' | $829.00 |
| 5105 | 45 Colt | 6 | Stainless Steel/ High-Gloss Stainless | Hardwood | Blade Front, Integral Rear | 4.62'' | 10.25'' | 44 oz. | 1:16'' | $829.00 |
| 5104 | 45 Colt | 6 | Stainless Steel/ High-Gloss Stainless | Hardwood | Blade Front, Integral Rear | 5.50'' | 11.12'' | 41 oz. | 1:16'' | $829.00 |

## BISLEY™ RUGER VAQUERO®



Model 5129 Shown



Simulated Ivory Grips



Bisley-Style Hammer

| Model Number | COMPARE Caliber | Capacity | Material/ Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 5130 | 357 Mag | 6 | Stainless Steel/ High-Gloss Stainless | Simulated Ivory | Blade Front, Integral Rear | 5.50'' | 11.12'' | 45 oz. | 1:16'' | $899.00 |
| 5129 | 45 Colt | 6 | Stainless Steel/ High-Gloss Stainless | Simulated Ivory | Blade Front, Integral Rear | 5.50'' | 11.12'' | 41 oz. | 1:16'' | $899.00 |

## SASS® RUGER VAQUERO® Two-Gun Set



Model 5133 Shown



Black Checkered Grips with SASS® Logo

Montado-Style Hammer



Consecutive Serial Numbers with "SASS" Prefix, Shipped Together in Commemorative Case

| Model Number | COMPARE Caliber | Capacity | Material/ Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 5133 | 357 Mag | 6 | Stainless Steel/ High-Gloss Stainless | Black Checkered | Blade Front, Integral Rear | 4.62'' | 10.25'' | 45 oz. | 1:16'' | $1,699.00 (Two-Gun Set) |
| 5134 | 45 Colt | 6 | Stainless Steel/ High-Gloss Stainless | Black Checkered | Blade Front, Integral Rear | 5.50'' | 11.12'' | 40 oz. | 1:16'' | $1,699.00 (Two-Gun Set) |

# NEW MODEL SUPER BLACKHAWK®

## FEATURES

- Traditional western-style, hand-filling grip has long been acknowledged as one of the most comfortable and natural-pointing of any grip style.
- Transfer bar mechanism and loading gate interlock provide an unparalleled measure of security against accidental discharge.
- Durable coil springs throughout for maximum reliability.
- Fixed ramp front sight and adjustable rear sight.
- Integral mounts, machined directly on the solid-steel barrel rib of Hunter models, provide a stable mounting surface for scope rings, eliminating a potential source of looseness and inaccuracy in the field (scope rings included).

- Chambered in the powerful .44 Magnum, these models also accept factory .44 Special cartridges, which deliver superb accuracy and milder recoil.
- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

**ORIGINAL "OLD MODEL" (PRE-1973) OWNERS:** SEE INSIDE BACK COVER FOR AN IMPORTANT **FREE SAFETY OFFER** FROM RUGER!



44 REM MAG



Transfer Bar Mechanism


Traditional Western-Style, Hand-Filling Grip


Chambered for .44 Magnum and .44 Special Cartridges


Ramp Front and Adjustable Rear Sights

## NEW MODEL SUPER BLACKHAWK® HUNTER




Ramp Front with Red Insert and Adjustable Rear Sights


Integral Scope Mounts Provide Stable Surface for Mounting Included Scope Rings

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0860 | 44 Rem Mag | 6 | Stainless Steel/Satin Stainless | Black Laminate | Ramp Front, Adjustable Rear | 7.50'' | 13.63'' | 52 oz. | 1:20'' | $959.00 |

## NEW MODEL SUPER BLACKHAWK® BISLEY™ HUNTER



Bisley-Style Black Laminate Grips

Ramp Front with Red Ramp Insert and Adjustable Rear Sights

Integral Scope Mounts Provide Stable Surface for Mounting Included Scope Rings

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0862 | 44 Rem Mag | 6 | Stainless Steel/Satin Stainless | Black Laminate | Ramp Front, Adjustable Rear | 7.50'' | 13.12'' | 52 oz. | 1:20'' | $959.00 |

## NEW MODEL SUPER BLACKHAWK®


Model 0813 Shown


Blued or Stainless Finish

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0813 | 44 Rem Mag | 6 | Alloy Steel/Blued | Hardwood | Ramp Front, Adjustable Rear | 4.62'' | 10.50'' | 45 oz. | 1:20'' | $829.00 |
| 0814 | 44 Rem Mag | 6 | Stainless Steel/Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 4.62'' | 10.50'' | 45 oz. | 1:20'' | $829.00 |

## NEW MODEL SUPER BLACKHAWK® with Fluted Cylinder


Model 0811 Shown


Blued or Stainless Finish


Fluted Cylinder

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0810 | 44 Rem Mag | 6 | Alloy Steel/Blued | Hardwood | Ramp Front, Adjustable Rear | 5.50'' | 11.38'' | 45 oz. | 1:20'' | $829.00 |
| 0811 | 44 Rem Mag | 6 | Stainless Steel/Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 5.50'' | 11.38'' | 45 oz. | 1:20'' | $829.00 |

## NEW MODEL SUPER BLACKHAWK® with Square Back Trigger Guard


Model 0804 Shown


Blued or Stainless Finish


Square Back Trigger Guard

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0802 | 44 Rem Mag | 6 | Alloy Steel/Blued | Hardwood | Ramp Front, Adjustable Rear | 7.50'' | 13.38'' | 48 oz. | 1:20'' | $829.00 |
| 0807 | 44 Rem Mag | 6 | Alloy Steel/Blued | Hardwood | Ramp Front, Adjustable Rear | 10.50'' (Target) | 16.38'' | 55 oz. | 1:20'' | $829.00 |
| 0804 | 44 Rem Mag | 6 | Stainless Steel/Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 7.50'' | 13.38'' | 48 oz. | 1:20'' | $829.00 |
| 0806 | 44 Rem Mag | 6 | Stainless Steel/Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 10.50'' (Target) | 16.38'' | 55 oz. | 1:20'' | $859.00 |

# NEW MODEL BLACKHAWK®

## FEATURES

- Traditional western-style, hand-filling grip has long been acknowledged as one of the most comfortable and natural pointing of any grip style.

- Target-grade accuracy with ramp front and adjustable rear sights.

- Transfer bar mechanism and loading gate interlock provide an unparalleled measure of security against accidental discharge.

- Variety of calibers, barrel lengths, grips, finishes and weights guarantees a model to meet the needs of today's single-action shooters.

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

- .357 Magnum models are dual chambered to also accept factory .38 Special cartridges.

**ORIGINAL "OLD MODEL" (PRE-1973) OWNERS:** SEE INSIDE BACK COVER FOR AN IMPORTANT **FREE SAFETY OFFER** FROM RUGER!

 30 CARB
 357 MAG
 41 REM MAG
 45 COLT






Variety of Calibers, Barrel Lengths, Grips and Finishes Available

Transfer Bar Mechanism

Target-Grade Accuracy

Traditional Western-Style, Hand-Filling Grip

## NEW MODEL BLACKHAWK® with Blued Finish



Model 0505 Shown

| Model Number | COMPARE Caliber | Capacity | Material/ Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0505 | 30 Carb | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 7.50'' | 13.38'' | 46 oz. | 1:20'' | $669.00 |
| 0306 | 357 Mag | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 4.62'' | 10.50'' | 42 oz. | 1:16'' | $669.00 |
| 0316 | 357 Mag | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 6.50'' | 12.38'' | 45 oz. | 1:16'' | $669.00 |
| 0405 | 41 Rem Mag | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 4.62'' | 10.50'' | 38 oz. | 1:20'' | $669.00 |
| 0406 | 41 Rem Mag | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 6.50'' | 12.38'' | 41 oz. | 1:20'' | $669.00 |
| 0445 | 45 Colt | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 4.62'' | 10.50'' | 39 oz. | 1:16'' | $669.00 |
| 0455 | 45 Colt | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 7.50'' | 13.38'' | 46 oz. | 1:16'' | $669.00 |
| 0465 | 45 Colt | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 5.50'' | 11.38'' | 40 oz. | 1:16'' | $669.00 |

## NEW MODEL BLACKHAWK® with Satin Stainless Finish



Model 0319 Shown

| Model Number | Caliber | Capacity | Material/ Finish | Grips | Sights | COMPARE Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0309 | 357 Mag | 6 | Stainless Steel/ Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 4.62'' | 10.50'' | 46 oz. | 1:16'' | $799.00 |
| 0319 | 357 Mag | 6 | Stainless Steel/ Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 6.50'' | 12.38'' | 48 oz. | 1:16'' | $799.00 |

## NEW MODEL BLACKHAWK® CONVERTIBLE



Model 0318 Shown



Includes Two Cylinders That Can Be Interchanged Without the Use of Tools

| Model Number | COMPARE Caliber | Capacity | Material/ Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0308 | 357 Mag/ 9mm Luger | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 4.62'' | 10.50'' | 42 oz. | 1:16'' | $749.00 |
| 0318 | 357 Mag/ 9mm Luger | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 6.50'' | 12.38'' | 45 oz. | 1:16'' | $749.00 |
| 0446 | 45 Colt/ 45 Auto | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 4.62'' | 10.50'' | 39 oz. | 1:16'' | $749.00 |
| 0463 | 45 Colt/ 45 Auto | 6 | Alloy Steel/ Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 5.50'' | 11.38'' | 40 oz. | 1:16'' | $749.00 |

# NEW MODEL SINGLE-SIX® FAMILY

## FEATURES

- Windage- and elevation-adjustable rear sights (available on most models) help put you on target and keep you there.

- Chambered for affordable rimfire shooting.

- Transfer bar mechanism and loading gate interlock provide an unparalleled measure of security against accidental discharge.

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

**ORIGINAL "OLD MODEL" (PRE-1973) SINGLE-SIX® OWNERS:**
SEE INSIDE BACK COVER FOR AN IMPORTANT **FREE SAFETY OFFER** FROM RUGER!

 22 LR
 22 WMR
 17 HMR



Available in a Variety of Sight, Grip and Finish Configurations



Cold Hammer-Forged Barrel



Transfer Bar Mechanism



22 LR    22 WMR    17 HMR

Available in Multiple Calibers



# NEW MODEL SINGLE-SIX® FAMILY

## SINGLE-TEN®





Williams™ Adjustable Fiber Optic Sights

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 8100 | 22 LR | 10 | Stainless Steel/Satin Stainless | Hardwood Gunfighter | Williams™ Adjustable Fiber Optic | 5.50'' | 11'' | 38 oz. | 1:14'' | $699.00 |

## SINGLE-NINE®





Williams™ Adjustable Fiber Optic Sights



6.50'' Barrel Helps the .22 WMR Cartridge Reach its Fullest Potential

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 8150 | 22 WMR | 9 | Stainless Steel/Satin Stainless | Hardwood Gunfighter | Williams™ Adjustable Fiber Optic | 6.50'' | 12'' | 39 oz. | 1:14'' | $699.00 |

## NEW MODEL SINGLE-SIX® in .17 HMR





Ramp Front and Adjustable Rear Sights

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0661 | 17 HMR | 6 | Alloy Steel/Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 6.50'' | 12'' | 35 oz. | 1:7'' | $629.00 |

## NEW MODEL SINGLE-SIX® HUNTER





Bead Front and Adjustable Rear Sights



Extra Cylinder Allows Shooters to Easily Change from Shooting .22 LR to .22 WMR



Integral Scope Mounts Provide Stable Surface for Mounting Included Scope Rings

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0662 | 22 LR/22 WMR | 6 | Stainless Steel/Satin Stainless | Black Laminate | Bead Front, Adjustable Rear | 7.50'' | 13'' | 45 oz. | 1:14'' | $879.00 |

## NEW MODEL SINGLE-SIX® CONVERTIBLE



Model 0625 Shown



Blued or Stainless Finish

Ramp Front and Adjustable Rear Sights



Extra Cylinder Allows Shooters to Easily Change from Shooting .22 LR to .22 WMR

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0625 | 22 LR/22 WMR | 6 | Stainless Steel/Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 5.50'' | 11'' | 39 oz. | 1:14'' | $699.00 |
| 0626 | 22 LR/22 WMR | 6 | Stainless Steel/Satin Stainless | Hardwood | Ramp Front, Adjustable Rear | 6.50'' | 12'' | 40 oz. | 1:14'' | $699.00 |
| 0623 | 22 LR/22 WMR | 6 | Alloy Steel/Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 4.62'' | 10.25'' | 32 oz. | 1:14'' | $629.00 |
| 0621 | 22 LR/22 WMR | 6 | Alloy Steel/Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 5.50'' | 11'' | 33 oz. | 1:14'' | $629.00 |
| 0622 | 22 LR/22 WMR | 6 | Alloy Steel/Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 6.50'' | 12'' | 35 oz. | 1:14'' | $629.00 |
| 0624 | 22 LR/22 WMR | 6 | Alloy Steel/Blued | Black, Checkered, Hard-Rubber | Ramp Front, Adjustable Rear | 9.50'' | 15'' | 39 oz. | 1:14'' | $629.00 |

## NEW MODEL SINGLE-SIX® CONVERTIBLE with Fixed Sights





Blade Front and Integral Rear Sights



Extra Cylinder Allows Shooters to Easily Change from Shooting .22 LR to .22 WMR

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0629 | 22 LR/22 WMR | 6 | Alloy Steel/Blued | Black, Checkered, Hard-Rubber | Blade Front, Integral Rear | 5.50'' | 11'' | 33 oz. | 1:14'' | $699.00 |

 **BEARCAT**®

## FEATURES

- Decorative, unfluted cylinder displays a rollmark with a bear and cougar design.

- Classic styling and one-piece frame are reminiscent of Civil War-era Remington® revolvers.

- Transfer bar mechanism and loading gate interlock provide an unparalleled measure of security against accidental discharge.

- Lightweight and accurate with blade front and integral notch rear sights.

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

ORIGINAL BEARCAT® AND SUPER BEARCAT® OWNERS: SEE INSIDE BACK COVER FOR AN IMPORTANT **FREE SAFETY OFFER** FROM RUGER!



**Bearcat**® (Model 0912)

**Bearcat**® **with Satin Stainless Finish** (Model 0913)

22 LR

| Model Number | Caliber | Capacity | Material/Finish | Grips | Sights | Barrel Length | Overall Length | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 0912 | 22 LR | 6 | Alloy Steel/Blued | Hardwood | Blade Front, Integral Rear | 4.20'' | 9'' | 24 oz. | 1:16'' | $639.00 |
| 0913 | 22 LR | 6 | Stainless Steel/Satin Stainless | Hardwood | Blade Front, Integral Rear | 4.20'' | 9'' | 24 oz. | 1:16'' | $689.00 |



Decorative Unfluted Cylinder



Lightweight and Accurate



Transfer Bar Mechanism



Cold Hammer-Forged Barrel



Classic Styling and One-Piece Frame





# AR-556® PISTOL

The **AR-556® Pistol** is equipped with an SB Tactical® SBA3® Pistol Stabilizing Brace®, which features integral QD sling sockets and a minimalist design.

| Model Number | Caliber | Capacity | Finish | Sights | Feature | Handguard | Barrel Length | Overall Length | Weight | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8570* | 5.56 NATO/223 Rem | 30 | Type III Hard Coat Anodized | None | SB Tactical® SBA3® Pistol Stabilizing Brace® | Free-Float with M-LOK® Attachment Slots | 10.50" | 25.30"–27.90" | 6.2 lbs. | 1/2"–28 | 1:8" | $899.00 |
| NEW 8571* | 350 Legend | 5 | Type III Hard Coat Anodized | None | SB Tactical® SBA3® Pistol Stabilizing Brace® | Free-Float with M-LOK® Attachment Slots | 9.50" | 24"–26.60" | 5.6 lbs. | 1/2"–28 x 0.4 | 1:16" | $949.00 |
| NEW 8572* | 300 BLK | 30 | Type III Hard Coat Anodized | None | SB Tactical® SBA3® Pistol Stabilizing Brace® | Free-Float with M-LOK® Attachment Slots | 10.50" | 25.30"–27.90" | 5.8 lbs. | 5/8"–24 | 1:7" | $949.00 |
| NEW 8573* | 5.56 NATO/223 Rem | 30 | American Flag Cerakote® | None | SB Tactical® SBA3® Pistol Stabilizing Brace® | Free-Float with M-LOK® Attachment Slots | 10.50" | 25.30"–27.90" | 6.2 lbs. | 1/2"–28 | 1:8" | $949.00 |



NEW **AR-556® Pistol in .350 Legend** (Model 8571)

*  Some firearms may not be available in all states and locales due to laws limiting magazine capacity or other feature-based restrictions. Please check with your local law enforcement agency prior to purchasing this firearm to verify that it may legally be purchased and/or possessed in your particular state and locale.

79

## AR-556® PISTOL



  

**THREE CALIBERS | FOUR MODELS**



NEW **AR-556® Pistol in .300 BLK** (Model 8572)

NEW **AR-556® Pistol Flag Series** (Model 8573)

### FEATURES

- Lower receiver is fitted with an adjustable SB Tactical® SBA3® Pistol Stabilizing Brace® to aid in accuracy, balance and recoil management.

- Slim handguard is free-floated for accuracy and its slim 9'' length provides enhanced ergonomics and support. Magpul® M-LOK® accessory attachment slots along the 3:00, 6:00 and 9:00 positions.

- Made from aerospace-grade 7075-T6 aluminum forging, the flattop upper receiver includes a forward assist, dust cover and brass deflector.

- Bolt is machined from 9310 alloy steel and is shot peened and pressure (proof) tested to ensure strength, structural integrity and durability.

- Carbine-length gas system ensures reliable function with a wide variety of ammunition. Models 8571 and 8572 feature a pistol-length gas system.

- Cold hammer-forged 4140 chrome-moly steel barrel with ultra-precise rifling provides exceptional accuracy, longevity and easy cleaning. M4 feed ramps provide improved reliability, and the matte black oxide finish reduces glare and provides corrosion resistance.

- Bolt carrier and gas key have chrome-plated inside diameters to provide exceptional resistance to hot gases. The gas key is staked so that it will not loosen after extensive firing. A matte black oxide finish on the exterior of the bolt carrier provides corrosion resistance.

- A Ruger® flash suppressor is provided, and the threaded barrel allows for standard muzzle accessories to be installed.

- Also includes: One magazine.



# 22 CHARGER™

First introduced in 2007, the **22 Charger**™ .22 LR pistol has become a favorite of target shooters and plinkers alike. This unique pistol offers enhanced ergonomics, the BX-15® magazine and the takedown model employs the very popular 10/22 Takedown® quick disconnect feature that allows this pistol to be taken down quickly and easily.



**22 LR**

ONE CALIBER | FOUR MODELS

The 22 Charger™ Takedown model quickly and easily breaks down into two sections for convenient storage and transport.



**NEW** 22 Charger™ Takedown
Lite with Picatinny-Style
Rail Brace Mount
(Model 4935)

22 Charger™
(Model 4923)



# 22 CHARGER™

## FEATURES

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.
- Features a standard A2-style grip that can be easily replaced with any AR-style grip.
- Factory-installed Picatinny-style rail provides ample room for scopes and red-dot sights.
- Includes one, 15-round, BX-15® magazine, which is the perfect length when shooting with the included bipod prone or from the bench.

- Included adjustable bipod provides rock-steady sighting.
- Threaded barrel features a 1/2''-28 thread pattern that accepts most suppressors, flash hiders and the factory-installed thread protector.
- Takedown models quickly and easily breaks down into two sections for convenient storage and transport.
- Brace-ready models feature a factory-installed Picatinny-style rail brace mount with integrated QD cup.



**NEW 22 Charger™ with Picatinny-Style Rail Brace Mount** (Model 4938*)



22 LR

| Model Number | Caliber | Capacity | Barrel Material/Finish | Stock | Stock Option (COMPARE) | Stock Feature | Barrel Length | Overall Length | Weight** | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4923* | 22 LR | 15 | Alloy Steel/Matte Black | Black Polymer | Standard | – | 10'' | 19.25'' | 3.1 lbs. | 1:16'' | $309.00 |
| 4924* | 22 LR | 15 | Alloy Steel/Matte Black | Black Polymer | Takedown | – | 10'' | 19.25'' | 3.2 lbs. | 1:16'' | $419.00 |
| NEW 4938* | 22 LR | 15 | Alloy Steel/Matte Black | Black Polymer | Standard | Picatinny-Style Rail Brace Mount | 8'' | 17'' | 3.2 lbs. | 1:16'' | $349.00 |
| NEW 4935* | 22 LR | 15 | Alloy Steel/Matte Black | Black Polymer | Takedown | Picatinny-Style Rail Brace Mount | 10'' | 19'' | 3.5 lbs. | 1:16'' | $599.00 |



Adjustable Bipod for Rock-Steady Sighting



Takedown Model is Easily Separated and Reassembled

Includes a 15-Round, BX-15® Magazine





Brace-Ready Models Feature a Factory-Installed Picatinny-Style Rail Brace Mount

Standard A2-Style Pistol Grip



Factory-Installed Picatinny-Style Rail

\* Some firearms may not be available in all states and locales due to laws limiting magazine capacity or other feature-based restrictions. Please check with your local law enforcement agency prior to purchasing this firearm to verify that it may legally be purchased and/or possessed in your particular state and locale. \*\* Without magazine and bipod.





# 10/22®

Built in our American factories by American workers, every **10/22**® rifle that comes off the line is a quality firearm. With millions sold over a span of more than half a century, the Ruger® 10/22® has long been America's favorite rimfire rifle. When it comes to choosing your next .22 rifle, don't settle for an imitation, make it an original.



### 10/22®

**22 LR**

**ONE CALIBER** | **SIXTEEN MODELS**

**CARBINE** | **COMPACT** | **SPORTER** | **TACTICAL**

**TARGET LITE** | **TAKEDOWN** | **TAKEDOWN LITE**

*NEW* **10/22® Carbine with Viridian® Scope** (Model 31143)

*NEW* **10/22® Carbine with Factory-Installed Combination Scope Base Adapter** (Model 31139)



# 10/22®

## FEATURES

- This legendary action is a tried and true Ruger design that ensures consistent, reliable performance.

- Detachable 10-round rotary magazine features a unique rotor to separate cartridges and provide reliable feeding.

- Easy-to-use, prominent magazine release provides smooth, no-fuss removal of the flush-mounted magazine.

- Positive, push-button, cross-bolt manual safety.

- Combination scope base adapter for both Weaver-style and .22 tip-off scope mounts included.

- Cold hammer-forged barrel is locked into the receiver by a unique, two-screw, V-block system.

- Heat-stabilized, glass-filled, polymer trigger housing assembly is precision made of high-tech material for improved manufacturing tolerances, impact and abrasion resistance and an unmatched ability to withstand the elements.

- The receiver and stock combine to create classic lines for attractive styling.





Detachable 10-Round Rotary Magazine



Easy-to-Use, Prominent Magazine Release



Combination Scope Base Adapter Included



Positive, Push-Button, Cross-Bolt Manual Safety





# 10/22®

## 10/22® CARBINE



Model 1103 Shown

Gold Bead Front and Adjustable, Folding Rear Sights

Model 21194 Ships with Factory-Installed Weaver™ 3–9x40 Scope and Hard Case

Model 31143 Ships with a Factory-Installed Viridian® 3–9x40 Scope and Hard Case

| Model Number | Caliber | Capacity | Barrel Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1103 | 22 LR | 10 | Alloy Steel/ Satin Black | Hardwood | Gold Bead Front, Adjustable Rear | 18.50'' | 37'' | 5 lbs. | 13.50'' | 1:16'' | $309.00 |
| 1151 | 22 LR | 10 | Alloy Steel/ Satin Black | Black Synthetic | Gold Bead Front, Adjustable Rear | 18.50'' | 37'' | 4.4 lbs. | 13.50'' | 1:16'' | $309.00 |
| 21194 | 22 LR | 10 | Alloy Steel/ Satin Black | Black Synthetic | Gold Bead Front, Adjustable Rear (3–9x40 Weaver™ Scope Included) | 18.50'' | 37'' | 5.4 lbs. | 13.50'' | 1:16'' | $399.00 |
| NEW 31143 | 22 LR | 10 | Alloy Steel/ Satin Black | Black Synthetic | Gold Bead Front, Adjustable Rear (Viridian® EON 3–9x40 Scope Included) | 18.50'' | 37'' | 5.4 lbs. | 13.50'' | 1:16'' | $399.00 |
| 1256 | 22 LR | 10 | Stainless Steel/ Satin Stainless | Black Synthetic | Gold Bead Front, Adjustable Rear | 18.50'' | 37'' | 4.4 lbs. | 13.50'' | 1:16'' | $339.00 |

## 10/22® CARBINE with Scope Base Adapter



Model 31145 Shown

NEW

Classic Lines for Attractive Styling

Factory-Installed Combination Scope Base Adapter

| Model Number | Caliber | Capacity | Barrel Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 31139 | 22 LR | 10 | Alloy Steel/ Satin Black | Gray Synthetic | None | 18.50'' | 37'' | 4.5 lbs. | 13.50'' | 1:16'' | $309.00 |
| NEW 31145 | 22 LR | 10 | Alloy Steel/ Satin Black | Charcoal Synthetic | None | 18.50'' | 37'' | 4.5 lbs. | 13.50'' | 1:16'' | $309.00 |

## 10/22® CARBINE with GO Wild® Camo Rock-Star® Stock



1/2''-28 Threaded Muzzle Fitted with Thread Cap

GO Wild® Camo Rock-Star® Stock

Ships with Soft-Sided 10/22® Rifle Case

| Model Number | Caliber | Capacity | Barrel Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31113* | 22 LR | 10 | Alloy Steel/ Satin Black | GO Wild® Camo Rock-Star® Synthetic | Gold Bead Front, Adjustable Rear | 18.50'' | 37'' | 4.4 lbs. | 13.50'' | 1:16'' | $399.00 |

## 10/22® COMPACT



Ruger® Modular Stock System with Low Comb Compact Length of Pull Module Installed

Fiber Optic Front and Adjustable Fiber Optic Rear Sights

| Model Number | Caliber | Capacity | Barrel Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31114 | 22 LR | 10 | Alloy Steel/ Satin Black | Black Synthetic | Fiber Optic Front, Adjustable Fiber Optic Rear | 16.12'' | 34'' | 4.4 lbs. | 12.50'' | 1:16'' | $309.00 |

## 10/22® TACTICAL



Factory-Installed Flash Suppressor with 1/2''-28 Thread Pattern

Contoured Buttplate on Black Synthetic Stock

| Model Number | Caliber | Capacity | Barrel Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1261* | 22 LR | 10 | Alloy Steel/ Satin Black | Black Synthetic | None | 16.12'' | 36.25'' | 4.3 lbs. | 13.50'' | 1:16'' | $359.00 |

## 10/22® SPORTER



Gold Bead Front and Adjustable, Folding Rear Sights

Flat Buttplate with Rubber Buttpad and Sling Swivels on American Walnut Stock

| Model Number | Caliber | Capacity | Barrel Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1102 | 22 LR | 10 | Alloy Steel/ Satin Black | American Walnut | Gold Bead Front, Adjustable Rear | 18.50'' | 37'' | 5.2 lbs. | 13.88'' | 1:16'' | $419.00 |

## 10/22® TARGET LITE



1/2''-28 Threaded Barrel Tensioned in Black Anodized Aluminum Alloy Barrel Sleeve

Light, Crisp BX-Trigger®

Laminate Thumbhole Stock with Adjustable Length of Pull

| Model Number | Caliber | Capacity | Barrel Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21186* | 22 LR | 10 | Alloy Steel/ Satin Black | Black Laminate with Thumbhole | None | 16.13'' | 35.25'' | 5 lbs. | 13.75'' | 1:16'' | $649.00 |

* Some rifles may not be available in all states and locales due to laws limiting magazine capacity or other feature-based restrictions. Please check with your local law enforcement agency prior to purchasing this firearm to verify that it may legally be purchased and/or possessed in your particular state and locale.

# 10/22 TAKEDOWN®

## FEATURES

- Easy takedown enables quick separation of the barrel from the action for ease of transport and storage. Takedown is as simple as locking the bolt back and verifying that the rifle is unloaded, pushing a recessed lever, twisting the subassemblies and pulling them apart.

- Simple reassembly allows for a secure connection of the barrel and action and returns the firearm to zero, even when receiver-mounted optics are used, ensuring consistent accuracy, shot after shot.

- This legendary action is a tried and true Ruger design that ensures consistent, reliable performance.

- Detachable 10-round rotary magazine features a unique rotor to separate cartridges and provide reliable feeding.

- Easy-to-use, prominent magazine release provides smooth, no-fuss removal of the flush-mounted magazine.

- Positive, push-button, cross-bolt manual safety.

- Combination scope base adapter for both Weaver-style and .22 tip-off scope mounts included.

- Heat-stabilized, glass-filled, polymer trigger housing assembly is precision-made of high-tech material for improved manufacturing tolerances, impact and abrasion resistance and unmatched ability to withstand the elements.

- Precision-rifled, cold hammer-forged barrel.

- The receiver and stock combine to create classic lines for attractive styling.

- Also includes: convenient carry-case.

22 LR


Recessed Locking Lever


Detachable 10-Round Rotary Magazine


Classic Lines for Attractive Styling


Positive, Push-Button, Cross-Bolt Manual Safety


Easy-to-Use, Prominent Magazine Release



Patented Takedown Design Enables Quick and Easy Separation of the Barrel from the Action

Lock Bolt Back and Verify Rifle is Unloaded 1
Pull Locking Lever to Unlock 2
Rotate Barrel Assembly 3
Remove Barrel Assembly from Receiver 4

## 10/22 TAKEDOWN®


Model 11100 Shown

Gold Bead Front and Adjustable Rear Sights

Satin Stainless or Satin Black Finish

| Model Number | Caliber | Capacity | Barrel Material/ Finish | Stock | Sights | Barrel Feature | Thread Pattern | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11100 | 22 LR | 10 | Stainless Steel/ Satin Stainless | Black Synthetic | Gold Bead Front, Adjustable Rear | Standard | – | 18.50'' | 37'' | 4.6 lbs. | 13.87'' | 1:16'' | $439.00 |
| 11112* | 22 LR | 10 | Alloy Steel/ Satin Black | Black Synthetic | Gold Bead Front, Adjustable Rear | Threaded with Flash Suppressor | 1/2''-28 | 16.40'' | 36.75'' | 4.6 lbs. | 13.87'' | 1:16'' | $459.00 |

## 10/22 TAKEDOWN® with Fluted .920'' Diameter Barrel



Ruger® Modular Stock System with Low Comb, Standard Length of Pull Module Installed (Ships with Additional High Comb, Standard Length of Pull Module)

.920'' Diameter Barrel is Fluted for Weight Reduction

| Model Number | Caliber | Capacity | Barrel Material/ Finish | Stock | Sights | Barrel Feature | Thread Pattern | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21133* | 22 LR | 10 | Alloy Steel/ Satin Black | Black Synthetic | None | Threaded, Fluted .920'' Diameter | 1/2''-28 | 16.12'' | 34.62'' | 5.3 lbs. | 13.87'' | 1:16'' | $629.00 |

## 10/22 TAKEDOWN® LITE



Ruger® Modular Stock System with Low Comb, Standard Length of Pull Module Installed (Ships with Additional High Comb, Standard Length of Pull Module)

Alloy Steel Barrel Tensioned in a 6061-T6 Aluminum Alloy, Ventilated Sleeve

| Model Number | Caliber | Capacity | Barrel Material/ Finish | Stock | Sights | Barrel Feature | Thread Pattern | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21152* | 22 LR | 10 | Alloy Steel/ Satin Black | Black Synthetic | None | Threaded, Tensioned in Aluminum Sleeve | 1/2''-28 | 16.12'' | 34.62'' | 4.5 lbs. | 13.87'' | 1:16'' | $659.00 |

* Some rifles may not be available in all states and locales due to laws limiting magazine capacity and feature-based restrictions. Please check with your local law enforcement agency prior to purchasing this firearm to verify that it may legally be purchased and/or possessed in your particular state and locale.

91

RUGER.COM/1022TAKEDOWN    92



# SILENT-SR® ISB

Offering top-tier sound reduction, the **Silent-SR® Integrally Suppressed Barrel** features best-in-class materials and an advanced design resulting in a lightweight, compact package.

SILENT-SR® ISB





REDUCES SOUND PRESSURE LEVELS OF .22 LR TO

## AN AVERAGE OF 113.2 dB

**WITH STANDARD VELOCITY AMMUNITION.**

THE SILENT-SR® ISB IS COMPATIBLE WITH THE FOLLOWING RUGER® FIREARMS

| 22 Charger™ Takedown | 10/22 Takedown® | 10/22 Takedown® with .920'' Diameter Barrel | 10/22 Takedown® Lite |



Rifle Not Included

**Silent-SR® ISB**
(Model 19001)

# SILENT-SR® ISB

## FEATURES

- Reduces sound pressure levels of .22 LR to an average of 113.2 dB with standard velocity ammunition.

- Lightweight for balance and portability. Once installed on the firearm, the center of gravity is close to the receiver, making it easy to maneuver and shoot.

- Easy to disassemble and clean. All internal components seal together to keep the byproducts of combustion away from the tube. A single screw retains the baffles and cap within the sleeve and doubles as a removal tool. The included 5/32'' hex key tool allows the integrally suppressed barrel to be completely disassembled for cleaning.

- Sleeve surrounding the 17-4 stainless baffles is matched to the forend for a clean, but distinctive, appearance.

- Stainless steel barrel, baffles and front cap were chosen for maximum strength and serviceability. The aluminum sleeve is permanently attached to the barrel to minimize weight and maintain a minimum overall length.



22 LR

For additional information on National Firearms Act (NFA) item restrictions, visit: **RUGER.COM/NFA**


Easy Disassembly for Cleaning


Using the Provided Disassembly Tool, Remove the Barrel Cap


Slide the Entire Stack of Baffles Out of the Barrel


Snap Apart Each Part of the Baffle Stack

| Model Number | Caliber | Material/Finish | Effective Barrel Length | Legal Barrel Length | Weight | Suggested Retail |
|---|---|---|---|---|---|---|
| 19001* | 22 LR | 17-4 Stainless and Aluminum/Cerakote® | 10.62'' | 16.12'' | 2.6 lbs. | $629.00 |

* Sound suppressors are not available in all states and locales due to laws restricting their ownership and use. Prior to purchasing, please check your state and local regulations to verify that you may legally possess a suppressor.





# PC CARBINE™

Practical and versatile, the **PC Carbine**™ is built to excel in a variety of roles, from plinking or competition to home or personal defense. The PC Carbine™ is highly configurable, yet compact, making it the perfect, portable companion to match with a variety of pistols.



## PC CARBINE™

**9mm LUGER**

**40 S&W**

### TWO CALIBERS | THIRTEEN MODELS

PC Carbine™
(Model 19100)

**NEW** PC Carbine™
Chassis Model
(Model 19122)

# PC CARBINE™

## FEATURES

- Interchangeable magazine wells for use of common Ruger® and Glock® magazines. Ships with SR-Series™ and Security-9® pistol magazine well installed and an additional magazine well accepting Glock® magazines is included**. Ruger American® Pistol magazine wells are available at ShopRuger.com.

- Easy takedown enables quick separation of the barrel/forend assembly from the action for ease of transportation and storage. Takedown is as simple as locking the bolt back and verifying that the rifle is unloaded, pushing a recessed lever, twisting the subassemblies and pulling them apart.

- Dead blow action features a custom tungsten dead blow weight that shortens bolt travel and reduces felt recoil and muzzle rise. Bolt is machined from heat treated, chrome-moly steel to ensure strength, structural integrity and durability.

- Reversible magazine release and reversible charging handle to support left- or right-handed use or one-handed control manipulation while maintaining a proper firing grip***.

- Cold hammer-forged, chrome-moly steel barrel with ultra-precise rifling provides exceptional accuracy and longevity. The heavy-contour barrel provides consistent accuracy, while barrel fluting sheds unnecessary weight and allows for quick handling.

- Threaded barrel with included thread protector allows for use of standard muzzle accessories (excludes non-threaded models).

- Accurate sighting system with adjustable ghost ring rear aperture sight and non-glare, protected blade front sight (excludes Chassis models).

- Soft rubber buttpad with spacers allows the rifle to be properly sized for different shooters or varying levels of outerwear. Three, 1/2'' spacers included.

- Durable, glass-filled nylon synthetic stock features sling swivel studs for rapid sling attachment and forward mounted accessory rail to allow for a variety of under-barrel accessories such as lights or lasers. The grip features a proprietary texture for enhanced control.

- Light, crisp trigger pull with minimal overtravel and positive reset utilizing proven 10/22® trigger components.

- CNC-machined from an aerospace-grade 7075-T6 aluminum billet, the receiver includes an integrated Picatinny-style¹ rail and is Type III hard-coat anodized for maximum durability.

- Also includes: one SR-Series™ pistol magazine. Non-chassis models include hex wrenches for rear sight adjustment, buttpad spacer adjustment and charging handle removal.




Interchangeable Magazine Wells



Easy Takedown Enables Quick Separation of the Barrel/Forend Assembly from the Action



Dead Blow Action to Shorten Bolt Travel and Reduce Felt Recoil and Muzzle Rise



Reversible Magazine Release** and Reversible Charging Handle



Buttpad Spacers Allow for Adjustable Length of Pull



Integrated Picatinny-Style Rail¹ is Type III Hard-Coat Anodized for Maximum Durability



Non-Glare, Protected Blade Front Sight and Adjustable Ghost Ring Rear Aperture Sight

## CHASSIS MODEL FEATURES



Chassis System Features Flared Magwell for Improved Magazine Reloading Capabilities as Well as Integrated, Rear-Mounted QD Cups



Six-Position, Telescoping, Magpul® MOE® Buttstock



Ergonomic Pistol Grip Features an Extended Trigger Reach for More Precise Trigger Control

\* Some firearms may not be available in all states and locales due to laws limiting magazine capacity or other feature-based restrictions. Please check with your local law enforcement agency prior to purchasing this firearm to verify that it may legally be purchased and/or possessed in your particular state and locale.

\*\* Early versions of Glock®-brand magazines with a "U" shaped notch at the rear of the magazine feed lips will not function in the PC Carbine™.

\*\*\*Older Glock® magazines with only one magazine latch slot require magazine release button installed on the left side.

¹ The receiver-mounted, Picatinny-style rail is designed to accommodate most optics and optic mounts intended for use with Picatinny/ MIL-STD 1913 rails. However, due to reduced clearance between the top of the receiver and the bottom of the optics rail, optics and optic mounts that extend more than .275'' below the top of the rail may not fit the PC Carbine™. Ensure that the optic or optic mount you intend to use does not extend more than .275'' below the top of the Picatinny-style rail when installed.



Model 19100 Shown

| Model Number | Caliber | COMPARE Capacity | Receiver Material/ Finish | Stock | Sights | Barrel Feature | Thread Pattern | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19100* | 9mm Luger | 17 | Aluminum Alloy/ Type III Hard-Coat Anodized | Black Synthetic | Protected Blade Front/ Adjustable Ghost Ring Rear | Threaded, Fluted | 1/2''-28 | 16.12'' | 34.37'' | 6.8 lbs. | 12.62''- 14.12'' | 1:10'' | $649.00 |
| 19101 | 9mm Luger | 10 | Aluminum Alloy/ Type III Hard-Coat Anodized | Black Synthetic | Protected Blade Front/ Adjustable Ghost Ring Rear | Fluted | – | 16.12'' | 34.37'' | 6.8 lbs. | 12.62''- 14.12'' | 1:10'' | $649.00 |
| 19102* | 9mm Luger | 10 | Aluminum Alloy/ Type III Hard-Coat Anodized | Black Synthetic | Protected Blade Front/ Adjustable Ghost Ring Rear | Threaded, Fluted | 1/2''-28 | 16.12'' | 34.37'' | 6.8 lbs. | 12.62''- 14.12'' | 1:10'' | $649.00 |
| 19109* | 40 S&W | 15 | Aluminum Alloy/ Type III Hard-Coat Anodized | Black Synthetic | Protected Blade Front/ Adjustable Ghost Ring Rear | Threaded, Fluted | 9/16''- 24 | 16.12'' | 34.37'' | 6.6 lbs. | 12.62''- 14.12'' | 1:16'' | $649.00 |
| 19110 | 40 S&W | 10 | Aluminum Alloy/ Type III Hard-Coat Anodized | Black Synthetic | Protected Blade Front/ Adjustable Ghost Ring Rear | Fluted | – | 16.12'' | 34.37'' | 6.6 lbs. | 12.62''- 14.12'' | 1:16'' | $649.00 |
| 19111* | 40 S&W | 10 | Aluminum Alloy/ Type III Hard-Coat Anodized | Black Synthetic | Protected Blade Front/ Adjustable Ghost Ring Rear | Threaded, Fluted | 9/16''- 24 | 16.12'' | 34.37'' | 6.6 lbs. | 12.62''- 14.12'' | 1:16'' | $649.00 |

## PC CARBINE™ WITH FREE-FLOAT HANDGUARD



Model 19115 Shown

Free-Float Hard Black Anodized Aluminum Handguard Featuring Magpul® M-LOK® Accessory Attachment Slots

| Model Number | Caliber | COMPARE Capacity | Receiver Material/Finish | Stock | Sights | Barrel Feature | Thread Pattern | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19115* | 9mm Luger | 17 | Aluminum Alloy/ Type III Hard-Coat Anodized | Black Synthetic | Protected Blade Front/Adjustable Ghost Ring Rear | Threaded, Fluted | 1/2''-28 | 16.12'' | 34.37'' | 7 lbs. | 12.62''- 14.12'' | 1:10'' | $729.00 |
| 19116 | 9mm Luger | 10 | Aluminum Alloy/ Type III Hard-Coat Anodized | Black Synthetic | Protected Blade Front/Adjustable Ghost Ring Rear | Fluted | – | 16.12'' | 34.37'' | 7 lbs. | 12.62''- 14.12'' | 1:10'' | $729.00 |
| 19117* | 9mm Luger | 10 | Aluminum Alloy/ Type III Hard-Coat Anodized | Black Synthetic | Protected Blade Front/Adjustable Ghost Ring Rear | Threaded, Fluted | 1/2''-28 | 16.12'' | 34.37'' | 7 lbs. | 12.62''- 14.12'' | 1:10'' | $729.00 |
| NEW 19121* | 9mm Luger | 17 | Aluminum Alloy/ Type III Hard-Coat Anodized | Synthetic with American Flag Camo | Protected Blade Front/Adjustable Ghost Ring Rear | Threaded, Fluted | 1/2''-28 | 16.12'' | 34.37'' | 7 lbs. | 12.62''- 14.12'' | 1:10'' | $779.00 |

## PC CARBINE™ CHASSIS MODEL



NEW

Model 19122 Shown

| Model Number | Caliber | COMPARE Capacity | Receiver Material/Finish | Stock | Sights | Barrel Feature | Thread Pattern | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 19122* | 9mm Luger | 17 | Aluminum Alloy/ Type III Hard-Coat Anodized | Adjustable, Black Synthetic Chassis with Aluminum Free-Float Handguard | None | Threaded, Fluted | 1/2''-28 | 16.12'' | 32.25''- 35.50'' | 7.3 lbs. | 10.50''- 13.75'' | 1:10'' | $799.00 |
| NEW 19124* | 9mm Luger | 10 | Aluminum Alloy/ Type III Hard-Coat Anodized | Adjustable, Black Synthetic Chassis with Aluminum Free-Float Handguard | None | Threaded, Fluted | 1/2''-28 | 16.12'' | 32.25''- 35.50'' | 7.3 lbs. | 10.50''- 13.75'' | 1:10'' | $799.00 |
| NEW 19126* | 9mm Luger | 10 | Aluminum Alloy/ Type III Hard-Coat Anodized | Fixed, Black Synthetic Chassis with Aluminum Free-Float Handguard | None | Fluted | – | 16.12'' | 35.50'' | 7.3 lbs. | 13.75'' | 1:10'' | $799.00 |



# AR-556®

A semi-automatic, M4-Style, direct impingement Modern Sporting Rifle, the **AR-556**® offers consumers an affordable, American-made rifle with the rugged reliability they have come to expect from Ruger. Extensively tested during its development, the AR-556® is constructed from top-quality components, including forged 7075-T6 aluminum upper and lower receivers and a cold hammer-forged, chrome-moly steel barrel with M4 feed ramp cuts. With standardized M4/AR components utilized throughout, the AR-556® is readily customizable.



AR-556®



 5.56 NATO/ 223 REM

 300 BLK

 350 LEGEND

 450 BUSH-MASTER

**FOUR CALIBERS** | **SIXTEEN MODELS**

## AR-556® | AR-556® MPR



**NEW** AR-556® with
Lite Free-Float Handguard
(Model 8542)

**NEW** AR-556® MPR with Free-Float
Handguard in .300 BLK
(Model 8530)

 **AR-556®**

## FEATURES

- Ruger® Rapid Deploy folding rear sight provides windage adjustability and pairs with the A2-style, F-height, elevation-adjustable front sight for a solid, reliable aiming system (excludes models 8525, 8529 and AR-lower receivers).

- Made from 7075-T6 hard-coat anodized aluminum forgings, shot-peened and proof-tested 9310 steel bolt, and 8620 steel bolt carrier. The inside diameter of the carrier and gas key are chrome plated and the key is staked for longevity.

- Barrel nut and delta ring allow easy, one-person service of the heat-resistant glass-filled nylon handguard. The design accepts most standard carbine-length handguards. The barrel nut uses a standard wrench (excludes model 8529).

- Gas block is located at a carbine-length (M4) position for improved balance and handling. Multiple attachment points include a QD socket and bayonet lug for many sling and accessory mounting options. Serrations on the angled face of the gas block provide a low-glare surface (excludes model 8529).

- Single-stage trigger provides durable and reliable fire control. The enlarged trigger guard is designed to allow for gloved shooting in cold weather.

- Complete rifles are equipped with a cold hammer-forged alloy barrel with 1:8'' twist rifling that provides exceptional accuracy with bullets from 35 to 77 grains. The barrel and Ruger® flash suppressor have a matte black oxide finish to reduce glare and provide corrosion resistance (excludes model 8502).

   



A2-Style Front Sight and Ruger® Rapid Deploy Folding Rear Sight (Excludes Model 8525)



16.10'' Cold Hammer-Forged Barrel with Ruger® Flash Suppressor



Flattop Upper Receiver Features a Forward Assist, Dust Cover and Brass Deflector





AR-Lower and AR-Lower Elite Receivers Available for Purchase Separately



 **AR-556®**

## AR-556®



Model 8515 Shown

Available with Glass-Filled Nylon Handguard or Magpul® MOE® Handguard with Magpul® M-LOK® Slots

Ships with One, 30-Round Magpul® PMAG®

| Model Number | Caliber | Capacity | Stock | Barrel Length | Overall Length | Height** | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8500* | 5.56 NATO/.223 Rem | 30 | Black Synthetic, Collapsible | 16.10'' | 32.25''–35.50'' | 8'' | 6.5 lbs. | 10.25''–13.50'' | 1/2''-28 | 1:8'' | $799.00 |
| 8515* | 5.56 NATO/.223 Rem | 30 | Magpul® MOE® Synthetic, Collapsible | 16.10'' | 32.25''–35.50'' | 8'' | 6.5 lbs. | 10.25''–13.50'' | 1/2''-28 | 1:8'' | $849.00 |

## AR-556® Optics Carbine



Flattop Picatinny Upper Receiver and Same-Plane Picatinny Gas Block for Easy Attachment of Optics

| Model Number | Caliber | Capacity | Stock | Barrel Length | Overall Length | Height** | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8525* | 5.56 NATO/.223 Rem | 30 | Black Synthetic, Collapsible | 16.10'' | 32.25''–35.50'' | 7.20'' | 6.7 lbs. | 10.25''–13.50'' | 1/2''-28 | 1:8'' | $789.00 |

## AR-556® State Compliant



Model 8502 Shown

Models 8502 and 8511 Feature a Heavy-Contour Barrel

Model 8502 Features a Fixed Stock and No Bayonet Lug or Flash Suppressor

Ships with One, 10-Round Metal Magazine

| Model Number | Caliber | Capacity | Stock | Barrel Length | Overall Length | Height** | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8502* | 5.56 NATO/.223 Rem | 10 | Black Synthetic, Fixed | 16.10'' | 34.40'' | 8'' | 7.1 lbs. | 13.50'' | – | 1:8'' | $799.00 |
| 8511* | 5.56 NATO/.223 Rem | 10 | Black Synthetic, Collapsible | 16.10'' | 32.25''–35.50'' | 8'' | 6.7 lbs. | 10.25''–13.50'' | 1/2''-28 | 1:8'' | $799.00 |

## AR-556® with Lite Free-Float Handguard



NEW

B5 Systems Bravo Collapsible Buttstock

B5 Systems Type P23 Grip

Lightweight Free-Float Handguard for Reduced Weight and Improved Grip Access

| Model Number | Caliber | Capacity | Stock | Barrel Length | Overall Length | Height** | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 8542* | 5.56 NATO/.223 Rem | 30 | B5 Bravo | 16.10'' | 33.25''–36.25'' | 7.20'' | 6.7 lbs. | 11.13''–14.38'' | 1/2''-28 | 1:8'' | $899.00 |

## AR-556® with Free-Float Handguard



Model 8529 Shown

11'' Free-Floating Aluminum Handguard

Flattop Picatinny Upper Receiver for Easy Attachment of Optics

| Model Number | Caliber | Capacity | Stock | Barrel Length | Overall Length | Height** | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8529* | 5.56 NATO/.223 Rem | 30 | Black Synthetic, Collapsible | 16.10'' | 32.25''–35.50'' | 7.20'' | 6.7 lbs. | 10.25''–13.50'' | 1/2''-28 | 1:8'' | $819.00 |
| NEW 8537* | 5.56 NATO/.223 Rem | 10 | Black Synthetic, Collapsible | 16.10'' | 32.25''–35.50'' | 7.20'' | 6.7 lbs. | 10.25''–13.50'' | 1/2''-28 | 1:8'' | $819.00 |
| NEW 8530* | 300 BLK | 30 | Black Synthetic, Collapsible | 16.10'' | 33''–36.25'' | 7.20'' | 6.4 lbs. | 10.25''–13.50'' | 5/8''-24 | 1:7'' | $819.00 |

## AR-556® with Fixed Magazine



Equipped with Juggernaut Tactical's Fixed Magazine Kit

Quick-Release Takedown Pin Allows for Convenient Separation for Reloading

| Model Number | Caliber | Capacity | Stock | Barrel Length | Overall Length | Height** | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8523* | 5.56 NATO/.223 Rem | 10 | Magpul® MOE® Synthetic, Collapsible | 16.10'' | 32.25''–35.50'' | 8'' | 6.5 lbs. | 10.25''–13.50'' | 1/2''-28 | 1:8'' | $849.00 |

## AR-LOWER RECEIVERS



Model 8516 Shown



Stripped AR-Lower Receiver (Model 8506)

| Model Number | Material | Finish | Hammer/Trigger Pins | Takedown/Pivot Pins | Weight | Stock | Grip | Trigger | Overall Length | Length of Pull | Height | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8506*** | 7075 Forged Aluminum | Hard-Coat Anodized | 0.154'' | 0.250'' | 8.8 oz. | – | – | – | 7.75'' | – | 4'' | $129.00 |
| 8516*** Elite | 7075 Forged Aluminum | Hard-Coat Anodized | 0.154'' | 0.250'' | 2.2 lbs. | Magpul® MOE SL® | Magpul® MOE® | Elite 452® AR-Trigger | 15.63''–19'' | 11.10''–14.40'' | 6.75'' | $299.00 |

* Some rifles may not be available in all states and locales due to laws limiting magazine capacity and feature-based restrictions. Please check with your local law enforcement agency prior to purchasing this firearm to verify that it may legally be purchased and/or possessed in your particular state and locale. ** Without magazine. *** Some states prohibit the purchase of certain firearm receivers. Please check with your local law enforcement agency prior to purchasing this firearm receiver to verify that it may legally be purchased and/or possessed in your particular state and locale.

# AR-556® MPR

## FEATURES

- Lower receiver is fitted with Magpul® MOE® grip and MOE SL® collapsible buttstock on a Mil-Spec buffer tube.

- Handguard is free-floated for accuracy and the slim profile provides enhanced ergonomics.

- The bolt on models 8514 and 8532 is mil-spec 9310 and is machined and shot peened for strength and durability. To support the large case head of .450 Bushmaster ammunition, the .450 Bushmaster bolt is engineered with tapered lugs and machined from a high-strength superalloy.

- The Ruger® Elite 452® AR-Trigger is a two-stage trigger that offers a smooth, crisp, 4.5 pound trigger pull. It features a full-strength hammer spring for consistent primer ignition and a lightweight hammer that enables a faster lock time for improved accuracy.

- Magpul® M-LOK® accessory attachment slots along the 3:00, 6:00 and 9:00 positions with additional slots on the angled faces near the muzzle.

- Ruger® muzzle brake is a radial port design that significantly reduces felt recoil and muzzle movement. The threaded barrel allows for standard muzzle accessories to be installed.

- Models 8522 and 8532 features a cold hammer-forged 4140 chrome-moly steel barrel with ultra-precise 5R rifling and black nitrided finish provides exceptional accuracy, longevity and easy cleaning. The heavy barrel profile and 1:16'' twist rate maximizes accuracy with bullets ranging from 170 to 260 grains.

- Also includes: one magazine.



Model 8522 Shown

AR-556® MPR in .450 Bushmaster

5.56 NATO/ 223 REM     350 LEGEND     450 BUSH-MASTER

| Model Number | Caliber | Capacity | Stock | Finish | Handguard Length | Barrel Length | Overall Length | Height** | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8514* | 5.56 NATO/ 223 Rem | 30 | Magpul® MOE SL® Synthetic, Collapsible | Type III Hard Coat Anodized | 15'' | 18'' | 35''– 38.25'' | 7.30'' | 6.8 lbs. | 11.10''– 14.40'' | 1/2''-28 | 1:8'' | $899.00 |
| 8522* | 450 Bushmaster | 5 | Magpul® MOE SL® Synthetic, Collapsible | Type III Hard Coat Anodized | 15'' | 18.63'' | 35.60''– 38.90' | 7.30'' | 7.4 lbs. | 11.10''– 14.40'' | 11/16''-24 | 1:16'' | $1,099.00 |
| 8532* | 350 Legend | 5 | Magpul® MOE SL® Synthetic, Collapsible | Type III Hard Coat Anodized | 15'' | 16.38'' | 33.38''– 36.63'' | 7.30'' | 6.6 lbs. | 11.10''– 14.40'' | 1/2''-28 x 0.4'' | 1:16'' | $1,099.00 |
| 8535* | 5.56 NATO/ 223 Rem | 10 | Magpul® MOE SL® Synthetic, Collapsible | Type III Hard Coat Anodized | 15'' | 18'' | 35''– 38.25'' | 7.30'' | 6.8 lbs. | 11.10''– 14.40'' | 1/2''-28 | 1:8'' | $899.00 |
| NEW 8538* | 5.56 NATO/ 223 Rem | 30 | Magpul® MOE SL® Synthetic, Collapsible | American Flag Cerakote® | 15'' | 18'' | 35''– 38.25'' | 7.30'' | 6.8 lbs. | 11.10''– 14.40'' | 1/2''-28 | 1:8'' | $949.00 |

COMPARE



Flat Top Upper Receiver Features a Forward Assist, Dust Cover and Brass Deflector



Two-Stage, Ruger® Elite 452® AR-Trigger Offers a Smooth, Crisp, 4.5 Pound Trigger Pull

Lower Receiver Fitted with Magpul® MOE® Grip and MOE SL® Collapsible Buttstock



Magpul® M-LOK® Accessory Attachment Slots Along the 3:00, 6:00 and 9:00 Positions

* Some rifles may not be available in all states and locales due to laws limiting magazine capacity and feature-based restrictions. Please check with your local law enforcement agency prior to purchasing this firearm to verify that it may legally be purchased and/or possessed in your particular state and locale. ** Without magazine.





# MINI-14® AND MINI THIRTY®

From the farm and ranch to the deep woods and personal defense, **Mini-14® and Mini Thirty®** rifles have been the people's choice. Their shorter barrels and overall length make them favorites in any application where reliability, maneuverability and ease of handling are priorities.



MINI-14® AND MINI THIRTY®

5.56 NATO/ 223 REM · 300 BLK · 762 x39

**THREE CALIBERS | SIXTEEN MODELS**

MINI-14® RANCH · MINI-14® TACTICAL · MINI THIRTY® · MINI THIRTY® TACTICAL

*NEW* **Mini-14® Tactical with Speckled Black/Brown Hardwood Stock** (Model 5889)

**Mini Thirty®** (Model 5806)

# MINI-14® AND MINI THIRTY®

## FEATURES

- Simple, rugged, Garand-style action with breech bolt locking system, a fixed-piston gas system and self-cleaning moving gas cylinder gives unparalleled reliability under harsh operating conditions.
- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.
- Integral scope mounts, machined directly on the solid steel receiver, provide a stable mounting surface for included scope rings, eliminating a potential source of looseness and inaccuracy in the field.

- Accurate sighting system with adjustable ghost ring rear aperture sight and a non-glare, protected blade front sight.
- Receiver is drilled and tapped for mounting the included Picatinny rail.
- Also includes: two magazines; Picatinny rail; scope rings.

  



Simple, Rugged, Garand-Style Action



Adjustable Ghost Ring Rear Aperture Sight and Non-Glare, Protected Blade Front Sight



Integral Scope Mounts



Cold Hammer-Forged Barrel



# 🦅 MINI-14® AND MINI THIRTY®

## MINI-14® RANCH with Hardwood Stock



Model 5802 Shown

Blued or Matte Stainless Finish    Integral Sling Swivels

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5816* | 5.56 NATO/223 Rem | 20 | Alloy Steel/Blued | Hardwood | Blade Front, Adjustable Rear | 18.50'' | 38'' | 7 lbs. | 13.50'' | 1:9'' | $1,049.00 |
| 5801 | 5.56 NATO/223 Rem | 5 | Alloy Steel/Blued | Hardwood | Blade Front, Adjustable Rear | 18.50'' | 38'' | 7 lbs. | 13.50'' | 1:9'' | $999.00 |
| 5802 | 5.56 NATO/223 Rem | 5 | Stainless Steel/Matte Stainless | Hardwood | Blade Front, Adjustable Rear | 18.50'' | 38'' | 7 lbs. | 13.50'' | 1:9'' | $1,069.00 |

## MINI-14® RANCH with Black Synthetic Stock



Model 5817 Shown

Blued or Matte Stainless Finish    Integral Sling Swivels

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5805 | 5.56 NATO/223 Rem | 5 | Stainless Steel/Matte Stainless | Black Synthetic | Blade Front, Adjustable Rear | 18.50'' | 37.50'' | 6.7 lbs. | 13'' | 1:9'' | $1,069.00 |
| 5817* | 5.56 NATO/223 Rem | 20 | Stainless Steel/Matte Stainless | Black Synthetic | Blade Front, Adjustable Rear | 18.50'' | 37.50'' | 6.7 lbs. | 13'' | 1:9'' | $1,139.00 |
| 5855 | 5.56 NATO/223 Rem | 5 | Alloy Steel/Blued | Black Synthetic | Blade Front, Adjustable Rear | 18.50'' | 37.50'' | 6.7 lbs. | 13'' | 1:9'' | $999.00 |

## MINI-14® TACTICAL



Model 5889 Shown

Blued or Matte Stainless Finish    Factory-Installed Flash Suppressor    Integral Sling Swivels

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5847* | 5.56 NATO/223 Rem | 20 | Alloy Steel/Blued | Black Synthetic | Blade Front, Adjustable Rear | 16.12'' | 36.75'' | 1/2''-28 | 6.7 lbs. | 13'' | 1:9'' | $1,089.00 |
| 5819* | 5.56 NATO/223 Rem | 20 | Stainless Steel/Matte Stainless | Black Synthetic | Blade Front, Adjustable Rear | 16.12'' | 36.75'' | 1/2''-28 | 6.7 lbs. | 13'' | 1:9'' | $1,169.00 |
| 5864* | 300 BLK | 20 | Alloy Steel/Blued | Black Synthetic | Blade Front, Adjustable Rear | 16.12'' | 36.25'' | 5/8''-24 | 6.7 lbs. | 13'' | 1:7'' | $1,089.00 |
| NEW 5889* | 5.56 NATO/223 Rem | 20 | Alloy Steel/Blued | Speckled Black/Brown Hardwood | Blade Front, Adjustable Rear | 16.12'' | 37'' | 1/2''-28 | 7.2 lbs. | 13.62'' | 1:9'' | $1,069.00 |

## MINI-14® TACTICAL with Collapsible Folding Stock



NEW

Strikeforce ATI Six-Position Collapsible Folding Stock    Factory-Installed Flash Suppressor    Picatinny Rails

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 5888* | 5.56 NATO/223 Rem | 20 | Alloy Steel/Blued | Black Synthetic, Collapsible/Folding | Blade Front, Adjustable Rear | 16.12'' | 34.50''-38'' | 1/2''-28 | 7.5 lbs. | 11.19''-14.56'' | 1:9'' | $1,089.00 |

## MINI THIRTY®



Model 5804 Shown

Black Synthetic or Hardwood Stock    Integral Sling Swivels

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5853* | 7.62x39 | 20 | Stainless Steel/Matte Stainless | Black Synthetic | Blade Front, Adjustable Rear | 18.50'' | 37.50'' | 6.7 lbs. | 13'' | 1:10'' | $1,139.00 |
| 5806 | 7.62x39 | 5 | Stainless Steel/Matte Stainless | Black Synthetic | Blade Front, Adjustable Rear | 18.50'' | 37.50'' | 6.7 lbs. | 13'' | 1:10'' | $1,069.00 |
| 5804 | 7.62x39 | 5 | Stainless Steel/Matte Stainless | Hardwood | Blade Front, Adjustable Rear | 18.50'' | 37.50'' | 7 lbs. | 13'' | 1:10'' | $1,069.00 |

## MINI THIRTY® TACTICAL



Model 5854 Shown

Blued or Matte Stainless Finish    Factory-Installed Flash Suppressor    Integral Sling Swivels

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5854* | 7.62x39 | 20 | Alloy Steel/Blued | Black Synthetic | Blade Front, Adjustable Rear | 16.12'' | 36.75'' | 5/8''-24 | 6.7 lbs. | 13'' | 1:10'' | $1,089.00 |
| 5868* | 7.62x39 | 20 | Stainless Steel/Matte Stainless | Black Synthetic | Blade Front, Adjustable Rear | 16.12'' | 36.75'' | 5/8''-24 | 6.7 lbs. | 13'' | 1:10'' | $1,169.00 |

* Some rifles may not be available in all states and locales due to laws limiting magazine capacity and feature-based restrictions. Please check with your local law enforcement agency prior to purchasing this firearm to verify that it may legally be purchased and/or possessed in your particular state and locale.



# RUGER PRECISION® RIFLE

Purpose-built to distance itself from the typical long-range rifle, the **Ruger Precision® Rifle** is a highly configurable, in-line recoil path, bolt-action rifle. Available in a variety of calibers, the Ruger Precision® Rifle offers outstanding accuracy and long-range capability.

**RUGER PRECISION® RIFLE**



      

6mm CREEDMOOR | 6.5 CREEDMOOR | 6.5 PRC | 308 WIN | 300 WIN MAG | 300 PRC | 338 LAPUA MAG

**SEVEN CALIBERS | EIGHT MODELS**

**OUTSTANDING ACCURACY AND LONG-RANGE CAPABILITY**



Ruger Precision® Rifle
in .300 Win. Mag.
(Model 18081)

# RUGER PRECISION® RIFLE

## FEATURES

- In-line recoil path manages recoil directly from the rear of the receiver to the buttstock, not through a traditional bedding system, providing maximum accuracy potential.

- Cold hammer-forged, chrome-moly steel barrel with 5R Rifling at minimum bore and groove dimensions, minimum headspace and centralized chamber.

- Ruger Marksman Adjustable™ trigger is externally adjustable, with a trigger pull range of 2.25 to 5 pounds; wrench is stored in the bolt shroud.

- Ruger Precision® MSR stock with QD sling attachment points features a bottom Picatinny rail and soft rubber buttpad. The left-folding stock hinge is attached to an AR-style buffer tube and accepts any AR-style stock. Length of pull and comb height are adjustable.

- Barrel features a Ruger Precision® Rifle Hybrid or Magnum Muzzle Brake to effectively reduce recoil while minimizing noise and blast to the sides of the shooter.

- Aluminum free-float handguard is black hard-coat anodized aluminum and features Magpul® M-LOK® slots on all four sides for improved scope clearance for long-range scopes and easy mounting of M-LOK-compatible rails and accessories.

- Ambidextrous manual safety for left- or right-handed lever manipulation.

- 20 or 30 MOA Picatinny rail secured with #8-40 screws for increased long-range elevation capabilities, depending on caliber.

- "Upper" receiver and one-piece bolt are precision CNC-machined from pre-hardened 4140 chrome-moly steel to minimize distortion.

- Three-lug bolt with 70° throw features dual cocking cams and a smooth-running, full diameter bolt body. Bolt body is nitrided for corrosion resistance, smooth operation and durability.

- Barrel can be replaced easily by a competent gunsmith using headspace gauges.

- Magazine well front is contoured for a positive grip when bracing against shooting supports.

- Oversized bolt handle for positive bolt manipulation, with a 5/16''-24 thread pattern for easy replacement. Bolt disassembly tool is stored in the Ruger Precision® Rifle Billet Aluminum Bolt Shroud for easy striker channel cleaning.

- "Lower" magazine well halves are precision machined from aerospace-grade 7075-T6 aluminum and are Type III hard-coat anodized for maximum durability.

- Extended trigger-reach AR-style grip and 45° ambidextrous safety selector. May be configured with any AR-style grip and selector.

- Also includes: two magazines.



**Ruger Precision® Rifle in 6.5 PRC**
(Model 18042)

| Model Number | Caliber | Capacity | Barrel Length | Folded Length | Overall Length | Height | Width | Weight | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|
| 18028 | 308 Win | 10 | 20'' | 31.60'' | 39.25'' - 42.75'' | 7.30'' | 3.30'' | 9.8 lbs. | 1:10'' | $1,599.00 |
| 18029 | 6.5 Creedmoor | 10 | 24'' | 35.60'' | 43.25'' - 46.75'' | 7.30'' | 3.30'' | 10.7 lbs. | 1:8'' | $1,599.00 |
| 18032 | 6mm Creedmoor | 10 | 24'' | 35.60'' | 43.25'' - 46.75'' | 7.30'' | 3.30'' | 10.8 lbs. | 1:7.7'' | $1,599.00 |
| 18057 | 6mm Creedmoor | 10 | 26'' | 35.60'' | 45.25'' - 48.75'' | 7.30'' | 3.30'' | 11 lbs. | 1:7.7'' | $1,599.00 |
| 18042 | 6.5 PRC | 8 | 26'' | 35.60'' | 45.25'' - 48.75'' | 7.30'' | 3.30'' | 11 lbs. | 1:8'' | $1,599.00 |
| 18080 | 338 Lapua Mag | 5 | 26'' | 40.35'' | 49'' - 52.50'' | 7.50'' | 3.50'' | 15.2 lbs. | 1:9.375'' | $2,099.00 |
| 18081 | 300 Win Mag | 5 | 26'' | 40.35'' | 49'' - 52.50'' | 7.50'' | 3.50'' | 15.2 lbs. | 1:9'' | $2,099.00 |
| 18083 | 300 PRC | 5 | 26'' | 40.35'' | 49'' - 52.50'' | 7.50'' | 3.50'' | 15.2 lbs. | 1:9'' | $2,099.00 |



Equipped with a Free-Float Handguard Featuring Magpul® M-LOK® Slots



Picatinny Rail



Ambidextrous Safety



Ruger Precision® MSR Stock with QD Sling Attachment Points Features a Bottom Picatinny Rail and Soft Rubber Buttpad





# RUGER PRECISION® RIMFIRE

Bringing the big-gun experience to the rimfire world, the **Ruger Precision® Rimfire** is a scaled down version of the Ruger Precision® Rifle that maintains the same ergonomics, trigger and manual of arms as the larger centerfire rifle. This rifle is the ideal rimfire trainer and the go-to rifle for your next rimfire match.

## RUGER PRECISION® RIMFIRE



  

**THREE CALIBERS  |  SEVEN MODELS**

**QUICK-FIT PRECISION RIMFIRE ADJUSTABLE STOCK**



Ruger Precision® Rimfire
in .17 HMR
(Model 8402)





**NEW** Ruger Precision® Rimfire
Flag Series
(Model 8422)

119

# RUGER PRECISION® RIMFIRE

## FEATURES

- Molded, one-piece chassis and adjustable buttstock assembly are manufactured with glass-filled nylon for strength, stiffness and stability, making a solid foundation for accuracy each and every shot. Adjustable buttstock features a flat Picatinny bag rider, making it easy to affix a rear monopod. A molded-in window provides a tether point for your squeeze bag, and a metal QD pocket makes it easy to secure a sling.

- Quick-Fit adjustable Precision Rimfire stock allows length of pull and comb height to be quickly and easily adjusted to get proper fit over a wide range of shooter sizes, outerwear and shooting positions. Indicating marks molded into the chassis help you quickly return to a previous position.

- Big-Gun bolt throw adjustment enables shooters to change from a rimfire 1-1/2'' bolt throw to a short-action centerfire 3'' bolt throw, reducing the chance of short-stroking your bolt in competition.

- Ruger Marksman Adjustable™ trigger is externally adjustable, with a trigger pull range of 2.25 to 5 pounds; wrench is stored in a buttstock compartment.

- Ruger's own AR-pattern pistol grip and safety selector provides an extended reach for maximum control and access to the 45°, reversible safety selector. May be configured with most AR-style grips and selectors.

- Features anodized Picatinny scope base.

- Oversized bolt handle for positive bolt manipulation (same as the Ruger Precision® Rifle).

- 15'' aluminum free-float handguard is black hard-coat anodized aluminum and features Magpul® M-LOK® slots on all four sides for improved scope clearance for long-range scopes and easy mounting of M-LOK-compatible rails and accessories.

- 18'' target barrel is cold hammer-forged from 1137 alloy steel to create ultra-precise rifling for excellent accuracy. Barrel can be replaced easily by a competent gunsmith using AR-style wrenches and headspace gauges.

- 1/2''-28 threaded barrel for standard muzzle accessories, like the Silent-SR® suppressor. Comes with a factory-installed thread protector covering both the threads and crown.

  



**Ruger Precision® Rimfire in .22 LR**
(Model 8400*)

| Model Number | Caliber | Capacity | Handguard Finish | Magazine | Barrel Length | Overall Length | Height | Width | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8400* | 22 LR | 15 | Black, Hard-Coat Anodized | One BX-15® | 18'' | 35.13''-38.63'' | 6.88'' | 3.38'' | 6.8 lbs. | 12''-15.50'' | 1/2''-28 | 1:16'' | $529.00 |
| 8401 | 22 LR | 10 | Black, Hard-Coat Anodized | Two BX-1 | 18'' | 35.13''-38.63'' | 6.88'' | 3.38'' | 6.8 lbs. | 12''-15.50'' | 1/2''-28 | 1:16'' | $529.00 |
| 8402* | 17 HMR | 15 | Black, Hard-Coat Anodized | One BX-15® Magnum | 18'' | 35.13''-38.63'' | 6.88'' | 3.38'' | 6.8 lbs. | 12''-15.50'' | 1/2''-28 | 1:9'' | $529.00 |
| 8403 | 17 HMR | 9 | Black, Hard-Coat Anodized | One JMX-1 | 18'' | 35.13''-38.63'' | 6.88'' | 3.38'' | 6.8 lbs. | 12''-15.50'' | 1/2''-28 | 1:9'' | $529.00 |
| 8404* | 22 WMR | 15 | Black, Hard-Coat Anodized | One BX-15® Magnum | 18'' | 35.13''-38.63'' | 6.88'' | 3.38'' | 6.8 lbs. | 12''-15.50'' | 1/2''-28 | 1:14'' | $529.00 |
| 8405 | 22 WMR | 9 | Black, Hard-Coat Anodized | One JMX-1 | 18'' | 35.13''-38.63'' | 6.88'' | 3.38'' | 6.8 lbs. | 12''-15.50'' | 1/2''-28 | 1:14'' | $529.00 |
| NEW 8422* | 22 LR | 15 | American Flag Cerakote® | One BX-15® | 18'' | 35.13''-38.63'' | 6.88'' | 3.38'' | 6.8 lbs. | 12''-15.50'' | 1/2''-28 | 1:16'' | $579.00 |


Ruger Marksman Adjustable™ Trigger with 2.25 to 5.0 lb. Pull Weight


Quick-Fit Adjustable Precision Rimfire Stock


Adjustable Big-Gun Bolt Throw


15'' Free-Float Hard Black Anodized Aluminum Handguard


1/2''-28 Threaded Barrel for Standard Muzzle Accessories, Including the Silent-SR®

* Some rifles may not be available in all states and locales due to laws limiting magazine capacity. Please check with your local law enforcement agency prior to purchasing this firearm to verify that it may legally be purchased and/or possessed in your particular state and locale.





# RUGER AMERICAN® RIFLE

Another engineering innovation from America's leading firearms manufacturer, the **Ruger American® Rifle** combines Ruger's famous rugged reliability with the award-winning ingenuity featured in so many of Ruger's products.



## RUGER AMERICAN® RIFLE

| 204 RUGER | 223 REM | 22-250 REM | 243 WIN | 5.56 NATO .223 REM | 6mm CREEDMOOR | 6.5 CREEDMOOR | 6.5 GRENDEL | 6.5 PRC |
| 270 WIN | 7mm-08 REM | 30-06 SPRG | 300 WIN MAG | 762 x39 | 300 BLK | 350 LEGEND | 308 WIN | 450 BUSHMASTER |

| STANDARD | PREDATOR | RANCH |
| GO WILD® CAMO | HUNTER | COMPACT | VORTEX® CROSSFIRE® II RIFLESCOPE |

**NEW** Ruger American® Rifle with GO Wild® Camo in 6.5 PRC (Model 36925)

**NEW** Ruger American® Ranch Rifle in 6.5 Grendel (Model 36926)

123

124

RUGER.COM/**AMERICANRIFLE**

# RUGER AMERICAN® RIFLE

## FEATURES

- Ruger Marksman Adjustable™ trigger offers a crisp release with a pull weight that is user adjustable between 3 and 5 pounds, allowing shooters to make that perfect shot.

- Ergonomic, lightweight synthetic stock designed for quick, easy handling blends a classic look with modern forend contouring and grip serrations.

- Soft rubber buttpad is crafted for maximum recoil reduction.

- The one-piece, three-lug bolt with 70° throw provides ample scope clearance and utilizes a full diameter bolt body and dual cocking cams for smooth, easy cycling from the shoulder.

- Patented Power Bedding®, integral bedding block system positively locates the receiver and free-floats the barrel for outstanding accuracy.

- Factory-installed, one-piece Picatinny scope base.

- Offers minute-of-angle accuracy that can make every hunt a success.

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

- The visible, accessible and easy-to-actuate tang safety provides instant security.

- Also includes: one magazine; sling swivel studs.

    

          



Patented Power Bedding® Integral Bedding Blocks for Outstanding Accuracy



Ruger Marksman Adjustable™ Trigger Provides a Crisp Release with a User-Adjustable 3-5 lb. Trigger Pull



Visible, Accessible and Easy-to-Actuate Tang Safety



Cold Hammer-Forged Barrel



Ergonomic, Lightweight Stock



One-Piece, Three-Lug Bolt with 70° Throw Provides Ample Scope Clearance



# RUGER AMERICAN® RIFLE

## RUGER AMERICAN® RIFLE



Model 6901 Shown

| Model Number | Caliber | Capacity | Magazine | Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6904 | 243 Win | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | None | 22'' | 42'' | 6.2 lbs. | 13.75'' | 1:9'' | $489.00 |
| 6902 | 270 Win | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | None | 22'' | 42.50'' | 6.2 lbs. | 13.75'' | 1:10'' | $489.00 |
| 6906 | 7mm-08 Rem | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | None | 22'' | 42'' | 6.3 lbs. | 13.75'' | 1:8.5'' | $489.00 |
| 6901 | 30-06 Sprg | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | None | 22'' | 42.50'' | 6.2 lbs. | 13.75'' | 1:10'' | $489.00 |
| 6903 | 308 Win | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | None | 22'' | 42'' | 6.1 lbs. | 13.75'' | 1:10'' | $489.00 |
| 6917 LH | 308 Win | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | None | 22'' | 42'' | 6.1 lbs. | 13.75'' | 1:10'' | $489.00 |

## RUGER AMERICAN® RIFLE with Vortex® Crossfire II® Riflescope



Model 16933 Shown

### SCOPE SPECIFICATIONS

**Reticle:** Dead-Hold BDC
**Item Number:** CF2-31007
**Construction Features:** Waterproof, Fogproof, Shockproof

**Adjustment Markings:** 1/4 MOA Finger Click Adjustments
**Maintube Diameter:** 1''
**Material:** Aircraft Grade Aluminum

**Magnification:** 3-9x
**Linear Field of View** (ft @ 100yd)**:** 34.1 - 12.6
**Objective Lens Diameter:** 40mm

| Model Number | Caliber | Capacity | Magazine | Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16931 | 243 Win | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | Vortex® Crossfire II® Riflescope | 22'' | 42'' | 7.2 lbs. | 13.75'' | 1:9'' | $639.00 |
| 16932 | 270 Win | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | Vortex® Crossfire II® Riflescope | 22'' | 42.50'' | 7.1 lbs. | 13.75'' | 1:10'' | $639.00 |
| 16933 | 30-06 Sprg | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | Vortex® Crossfire II® Riflescope | 22'' | 42.50'' | 7.1 lbs. | 13.75'' | 1:10'' | $639.00 |
| 16934 | 308 Win | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | Vortex® Crossfire II® Riflescope | 22'' | 42'' | 7 lbs. | 13.75'' | 1:10'' | $639.00 |

## RUGER AMERICAN® RIFLE COMPACT



Model 6908 Shown

*Compact models have a shorter length of pull (for smaller shooters or those wearing heavier outerwear) and a shorter barrel (for a reduction in overall length of more than five inches).*

| Model Number | Caliber | Capacity | Magazine | Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6908 | 243 Win | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | None | 18'' | 36.75'' | 6 lbs. | 12.50'' | 1:9'' | $489.00 |
| 6909 | 7mm-08 Rem | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | None | 18'' | 36.75'' | 6 lbs. | 12.50'' | 1:8.5'' | $489.00 |
| 6907 | 308 Win | 4 | Flush-Fit | Alloy Steel/ Matte Black | Black Synthetic | None | 18'' | 36.75'' | 6 lbs. | 12.50'' | 1:10'' | $489.00 |

## RUGER AMERICAN® RIFLE RANCH



Model 16976 Shown

Threaded Barrel with Factory-Installed Thread Protector or Ruger® Hybrid Muzzle Brake (Model 16950)

| Model Number | Caliber | Capacity | Magazine | Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26965 | 5.56 NATO/ 223 Rem | 10 | AR-Style | Alloy Steel/ Matte Black | Flat Dark Earth Synthetic | None | 16.12'' | 36'' | 1/2''-28 | 6.1 lbs. | 13.75'' | 1:8'' | $549.00 |
| 26968 | 300 BLK | 10 | AR-Style | Alloy Steel/ Matte Black | Flat Dark Earth Synthetic | None | 16.12'' | 36'' | 5/8''-24 | 5.9 lbs. | 13.75'' | 1:7'' | $549.00 |
| 16950 | 450 Bushmaster | 3 | Single-Stack | Alloy Steel/ Matte Black | Flat Dark Earth Synthetic | None | 16.12'' | 36'' | 11/16''-24 | 5.5 lbs. | 13.75'' | 1:16'' | $549.00 |
| 16976 | 7.62x39 | 5 | Mini Thirty® | Alloy Steel/ Matte Black | Flat Dark Earth Synthetic | None | 16.12'' | 36'' | 5/8''-24 | 5.9 lbs. | 13.75'' | 1:9.5'' | $549.00 |
| 26981 | 350 Legend | 5 | AR-Style | Alloy Steel/ Matte Black | Flat Dark Earth Synthetic | None | 16.38'' | 36'' | 1/2''-28 x 0.4 | 6.1 lbs. | 13.75'' | 1:16'' | $549.00 |
| 26985 Compact | 350 Legend | 5 | AR-Style | Alloy Steel/ Matte Black | Flat Dark Earth Synthetic | None | 16.38'' | 34.75'' | 1/2''-28 x 0.4 | 6 lbs. | 12.50'' | 1:16'' | $549.00 |
| NEW 36926 | 6.5 Grendel | 10 | AR-Style | Alloy Steel/ Matte Black | Flat Dark Earth Synthetic | None | 16.10'' | 36'' | 5/8''-24 | 6.1 lbs. | 13.75'' | 1:8'' | $549.00 |

# RUGER AMERICAN® RIFLE

## RUGER AMERICAN® RIFLE PREDATOR



Model 26973 Shown

Threaded Barrel with
Factory-Installed Thread Protector

| Model Number | Caliber | Capacity | Magazine | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26971 | 204 Ruger | 10 | AI-Style | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 1/2''-28 | 6.6 lbs. | 13.75'' | 1:12'' | $549.00 |
| 6945 | 22-250 Rem | 4 | Flush-Fit | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 1/2''-28 | 6.6 lbs. | 13.75'' | 1:10'' | $529.00 |
| 26944 | 223 Rem | 10 | AR-Style | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 1/2''-28 | 6.6 lbs. | 13.75'' | 1:8'' | $549.00 |
| 6972 | 243 Win | 3 | AI-Style | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:9'' | $549.00 |
| 26973 | 6.5 Creedmoor | 3 | AI-Style | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:8'' | $549.00 |
| 6973 | 6.5 Creedmoor | 4 | Flush-Fit | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:8'' | $529.00 |
| 16977 LH | 6.5 Creedmoor | 4 | Flush-Fit | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:8'' | $569.00 |
| 26916 LH | 243 Win | 4 | Flush-Fit | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:9'' | $569.00 |
| 26917 LH | 7mm-08 Rem | 4 | Flush-Fit | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:8.5'' | $569.00 |
| 26918 LH | 308 Win | 4 | Flush-Fit | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:10'' | $569.00 |
| 26948 | 6mm Creedmoor | 3 | AI-Style | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:7.7'' | $549.00 |
| 6974 | 308 Win | 4 | Flush-Fit | Alloy Steel/Matte Black | Moss Green Synthetic | None | 18'' | 38'' | 5/8''-24 | 6.2 lbs. | 13.75'' | 1:10'' | $529.00 |
| 26922 | 6.5 Grendel | 10 | Metal AR-Style | Alloy Steel/Matte Black | Moss Green Synthetic | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:8'' | $549.00 |

## RUGER AMERICAN® RIFLE HUNTER



Model 26983 Shown

Magpul® Hunter American Stock
with Fully Adjustable Length of Pull

Ruger Precision® Rifle
Hybrid Muzzle Brake

| Model Number | Caliber | Capacity | Magazine | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Thread Pattern | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26983 | 6.5 Creedmoor | 5 | Magpul® PMAG® 5 7.62 AC | Alloy Steel/Matte Black | Gray Magpul® Hunter American | None | 20'' | 41.25''–43.25'' | 9.2 lbs. | 5/8''-24 | 13''–15'' | 1:8'' | $799.00 |
| 26993 | 308 Win | 5 | Magpul® PMAG® 5 7.62 AC | Alloy Steel/Matte Black | Gray Magpul® Hunter American | None | 20'' | 41.25''–43.25'' | 9.2 lbs. | 5/8''-24 | 13''–15'' | 1:10'' | $799.00 |

LH: Left-Handed.

129

## RUGER AMERICAN® RIFLE PREDATOR with Vortex® Crossfire II® Riflescope



Model 26952 Shown

### SCOPE SPECIFICATIONS

**Reticle:** Dead-Hold BDC

**Construction Features:** Waterproof, Fogproof, Shockproof

**Adjustment Markings:** 1/4 MOA Finger Click Adjustments

**Maintube Diameter:** 1''

**Material:** Aircraft-Grade Aluminum

**Magnification:** 4-12x

**Linear Field of View** (ft @ 100yd): 24.7 - 8.4

**Objective Lens Diameter:** 44 mm

| Model Number | Caliber | Capacity | Magazine | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26951 | 223 Rem | 10 | AR-Style | Alloy Steel/Matte Black | Moss Green Synthetic | Vortex® Crossfire II® Riflescope | 22'' | 42'' | 1/2''-28 | 7.6 lbs. | 13.75'' | 1:8'' | $699.00 |
| 26952 | 204 Ruger | 10 | AI-Style | Alloy Steel/Matte Black | Moss Green Synthetic | Vortex® Crossfire II® Riflescope | 22'' | 42'' | 1/2''-28 | 7.6 lbs. | 13.75'' | 1:12'' | $699.00 |
| 26953 | 6.5 Creedmoor | 3 | AI-Style | Alloy Steel/Matte Black | Moss Green Synthetic | Vortex® Crossfire II® Riflescope | 22'' | 42'' | 5/8''-24 | 7.6 lbs. | 13.75'' | 1:8'' | $699.00 |
| 16953 | 6.5 Creedmoor | 4 | Flush-Fit | Alloy Steel/Matte Black | Moss Green Synthetic | Vortex® Crossfire II® Riflescope | 22'' | 42'' | 5/8''-24 | 7.6 lbs. | 13.75'' | 1:8'' | $699.00 |

## RUGER AMERICAN® RIFLE with GO Wild® Camo I-M Brush™ Stock



Model 26925 Shown

GO Wild® Camo I-M Brush™ Stock

| Model Number | Caliber | Capacity | Magazine | Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26923 | 7mm-08 Rem | 3 | AI-Style | Bronze Cerakote® | GO Wild® Camo I-M Brush™ | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:8.5'' | $629.00 |
| 26924 | 243 Win | 3 | AI-Style | Bronze Cerakote® | GO Wild® Camo I-M Brush™ | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:9'' | $629.00 |
| 26925 | 6.5 Creedmoor | 3 | AI-Style | Bronze Cerakote® | GO Wild® Camo I-M Brush™ | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:8'' | $629.00 |
| 26926 | 308 Win | 3 | AI-Style | Bronze Cerakote® | GO Wild® Camo I-M Brush™ | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:10'' | $629.00 |
| 26927 | 30-06 Sprg | 4 | Flush-Fit | Bronze Cerakote® | GO Wild® Camo I-M Brush™ | None | 22'' | 42'' | 5/8''-24 | 6.6 lbs. | 13.75'' | 1:10'' | $629.00 |
| 26928 | 450 Bushmaster | 3 | Single-Stack | Bronze Cerakote® | GO Wild® Camo I-M Brush™ | None | 22'' | 42'' | 11/16''-24 | 6.6 lbs. | 13.75'' | 1:16'' | $629.00 |
| 26929 | 300 Win Mag | 3 | Single-Stack | Bronze Cerakote® | GO Wild® Camo I-M Brush™ | None | 24'' | 44'' | 5/8''-24 | 7 lbs. | 13.75'' | 1:10'' | $629.00 |
| 26986 | 350 Legend | 5 | AI-Style | Bronze Cerakote® | GO Wild® Camo I-M Brush™ | None | 22'' | 43.75'' | 1/2''-28 x0.4 | 6.8 lbs. | 13.75'' | 1:16'' | $629.00 |
| NEW 36923 Compact | 243 Win | 4 | Flush-Fit | Bronze Cerakote® | GO Wild® Camo I-M Brush™ | None | 16.10'' | 34.75'' | 5/8''-24 | 5.6 lbs. | 12.50'' | 1:9'' | $629.00 |
| NEW 36924 Compact | 6.5 Creedmoor | 4 | Flush-Fit | Bronze Cerakote® | GO Wild® Camo I-M Brush™ | None | 16.10'' | 34.75'' | 5/8''-24 | 5.6 lbs. | 12.50'' | 1:8'' | $629.00 |
| NEW 36925 | 6.5 PRC | 3 | Single-Stack | Bronze Cerakote® | GO Wild® Camo I-M Brush™ | None | 24'' | 44'' | 5/8''-24 | 7.1 lbs. | 13.75'' | 1:8'' | $629.00 |



# RUGER AMERICAN® RIMFIRE

The **Ruger American® Rimfire** bolt-action rifle builds on the enormous success of the centerfire Ruger American® Rifle. With many of the standard Ruger American® Rifle features, this line also combines several design innovations from the popular 10/22® rimfire rifle. This combination, along with the rifle's adaptability, will appeal to all bolt-action rifle enthusiasts — young or old, novice or experienced.



**RUGER AMERICAN® RIMFIRE**

**22 LR**   **22 WMR**   **17 HMR**

**THREE CALIBERS** | **TWENTY-FIVE MODELS**

**STANDARD** | **COMPACT** | **TARGET** | **LONG-RANGE TARGET** | **GO WILD® CAMO**

**NEW** Ruger American® Rimfire
Long-Range Target
(Model 8378)

Ruger American® Rimfire
Stainless in .22 LR
(Model 8351)

# RUGER AMERICAN® RIMFIRE

## FEATURES

- Models configured with a synthetic stock include two interchangeable stock modules that provide comb height options for scope or iron sight use. By simply removing the rear sling swivel stud, stock modules can be changed in seconds. Stock modules are completely interchangeable across all models and are available at ShopRuger.com.

- Models chambered in .22 LR include the patented, detachable, flush-mounted BX-1, 10-round rotary magazine and accept all 10/22® magazines, including the BX-25®, BX-25®x2 and BX-15®.

- Models chambered in .22 Magnum and .17 HMR use the detachable, flush-mounted JMX-1, 9-round rotary magazine and accept the BX-15® Magnum magazine.

- Easy-to-use, extended magazine release provides smooth, no-fuss removal of the flush-mounted magazine.

- Patented Power Bedding® integral bedding block system positively locates the receiver and free-floats the barrel for outstanding accuracy.

- Ruger Marksman Adjustable™ trigger offers a crisp release with a pull weight that is user adjustable between three and five pounds, allowing shooters to make that perfect shot.

- Features a visible, accessible and easy-to-actuate tang safety that provides instant security.

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

- A 3/8'' rimfire scope base is machined into the receiver, which is also drilled and tapped for Weaver™ #12 bases. Long-Range Target model features a factory-installed, one-piece aluminum scope rail.

- A 60° bolt provides ample scope clearance and the easy-to-use, receiver-mounted bolt release allows the bolt to be readily removed without requiring a pull of the trigger, a unique safety feature among rimfire, bolt-action rifles.

- Also includes: sling swivel studs.

  





Visible, Accessible and Easy-to-Actuate Tang Safety



Ruger Marksman Adjustable™ Trigger Provides a Crisp Release with a User-Adjustable 3-5 lb. Trigger Pull



Detachable Rotary Magazine Provides Reliable Feeding



Patented Power Bedding® Integral Bedding Block for Outstanding Accuracy



# RUGER AMERICAN® RIMFIRE

## RUGER AMERICAN® RIMFIRE



Model 8301 Shown

Available with and without Threaded Barrel

Two Interchangeable Stock Modules Included

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8311 | 17 HMR | 9 | Alloy Steel/Satin Blued | Black Synthetic | Williams™ Fiber Optic Front, Adjustable Rear | 22'' | 41'' | – | 6 lbs. | 13.75'' | 1:9'' | $359.00 |
| 8301 | 22 LR | 10 | Alloy Steel/Satin Blued | Black Synthetic | Williams™ Fiber Optic Front, Adjustable Rear | 22'' | 41'' | – | 6 lbs. | 13.75'' | 1:16'' | $359.00 |
| 8321 | 22 WMR | 9 | Alloy Steel/Satin Blued | Black Synthetic | Williams™ Fiber Optic Front, Adjustable Rear | 22'' | 41'' | – | 6 lbs. | 13.75'' | 1:14'' | $359.00 |
| 8312 | 17 HMR | 9 | Alloy Steel/Satin Blued | Black Synthetic | Williams™ Fiber Optic Front, Adjustable Rear | 18'' | 37'' | 1/2''-28 | 5.5 lbs. | 13.75'' | 1:9'' | $389.00 |
| 8305 | 22 LR | 10 | Alloy Steel/Satin Blued | Black Synthetic | Williams™ Fiber Optic Front, Adjustable Rear | 18'' | 37'' | 1/2''-28 | 5.5 lbs. | 13.75'' | 1:16'' | $389.00 |
| 8322 | 22 WMR | 9 | Alloy Steel/Satin Blued | Black Synthetic | Williams™ Fiber Optic Front, Adjustable Rear | 18'' | 37'' | 1/2''-28 | 5.5 lbs. | 13.75'' | 1:14'' | $389.00 |

## RUGER AMERICAN® RIMFIRE Compact



Model 8303 Shown

Available with or without Threaded Barrel

Two Interchangeable Stock Modules Included

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8313 | 17 HMR | 9 | Alloy Steel/Satin Blued | Black Synthetic | Williams™ Fiber Optic Front, Adjustable Rear | 18'' | 35.75'' | – | 5.3 lbs. | 12.50'' | 1:9'' | $359.00 |
| 8303 | 22 LR | 10 | Alloy Steel/Satin Blued | Black Synthetic | Williams™ Fiber Optic Front, Adjustable Rear | 18'' | 35.75'' | – | 5.3 lbs. | 12.50'' | 1:16'' | $359.00 |
| 8323 | 22 WMR | 9 | Alloy Steel/Satin Blued | Black Synthetic | Williams™ Fiber Optic Front, Adjustable Rear | 18'' | 35.75'' | – | 5.3 lbs. | 12.50'' | 1:14'' | $359.00 |
| 8306 | 22 LR | 10 | Alloy Steel/Satin Blued | Black Synthetic | Williams™ Fiber Optic Front, Adjustable Rear | 18'' | 35.75'' | 1/2''-28 | 5.3 lbs. | 12.50'' | 1:16'' | $389.00 |

## RUGER AMERICAN® RIMFIRE with GO Wild® Camo I-M Brush Stock



Model 8372 Shown

NEW

Threaded Barrel with Factory-Installed Muzzle Brake

Two Interchangeable Stock Modules Included

GO Wild® Camo I-M Brush Stock

| | Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW | 8372 | 22 LR | 10 | Alloy Steel/Bronze Cerakote® | GO Wild® Camo I-M Brush | None | 18'' | 38.37'' | 1/2''-28 | 5.9 lbs. | 13.75'' | 1:16'' | $469.00 |
| NEW | 8373 | 22 WMR | 9 | Alloy Steel/Bronze Cerakote® | GO Wild® Camo I-M Brush | None | 18'' | 38.37'' | 1/2''-28 | 5.9 lbs. | 13.75'' | 1:14'' | $469.00 |
| NEW | 8374 | 17 HMR | 9 | Alloy Steel/Bronze Cerakote® | GO Wild® Camo I-M Brush | None | 18'' | 38.37'' | 1/2''-28 | 5.9 lbs. | 13.75'' | 1:9'' | $469.00 |

## RUGER AMERICAN® RIMFIRE STAINLESS



Model 8351 Shown

Two, Interchangeable Stock Modules Included

Factory-Installed, One-Piece Aluminum Scope Rail

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8351 | 22 LR | 10 | Stainless Steel/Satin Stainless | Black Synthetic | None | 18'' | 37'' | 1/2''-28 | 5.3 lbs. | 13.75'' | 1:16'' | $429.00 |
| 8352 | 22 WMR | 9 | Stainless Steel/Satin Stainless | Black Synthetic | None | 18'' | 37'' | 1/2''-28 | 5.3 lbs. | 13.75'' | 1:14'' | $429.00 |
| 8353 | 17 HMR | 9 | Stainless Steel/Satin Stainless | Black Synthetic | None | 18'' | 37'' | 1/2''-28 | 5.3 lbs. | 13.75'' | 1:9'' | $429.00 |

## RUGER AMERICAN® RIMFIRE TARGET



Model 8360 Shown

Cold Hammer-Forged 0.860'' Bull Barrel with Factory-Installed Knurled Thread Protector

Factory-Installed, One-Piece Aluminum Scope Rail

Adjustable Length of Pull with Thumbhole Laminate Stock Models

Satin Stainless or Satin Blued Finish

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Thread Pattern | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8350 | 17 HMR | 9 | Alloy Steel/Satin Blued | Black Laminate | None | 18'' | 37'' | 1/2''-28 | 6.8 lbs. | 13.75'' | 1:9'' | $499.00 |
| 8348 | 22 LR | 10 | Alloy Steel/Satin Blued | Black Laminate | None | 18'' | 37'' | 1/2''-28 | 6.7 lbs. | 13.75'' | 1:16'' | $499.00 |
| 8349 | 22 WMR | 9 | Alloy Steel/Satin Blued | Black Laminate | None | 18'' | 37'' | 1/2''-28 | 6.7 lbs. | 13.75'' | 1:14'' | $499.00 |
| 8369 | 17 HMR | 9 | Stainless Steel/Satin Stainless | Black Laminate | None | 18'' | 37'' | 1/2''-28 | 6.7 lbs. | 13.75'' | 1:9'' | $529.00 |
| 8367 | 22 LR | 10 | Stainless Steel/Satin Stainless | Black Laminate | None | 18'' | 37'' | 1/2''-28 | 6.7 lbs. | 13.75'' | 1:16'' | $529.00 |
| 8368 | 22 WMR | 9 | Stainless Steel/Satin Stainless | Black Laminate | None | 18'' | 37'' | 1/2''-28 | 6.7 lbs. | 13.75'' | 1:14'' | $529.00 |
| 8360 | 22 LR | 10 | Alloy Steel/Satin Blued | Black Laminate with Thumbhole | None | 18'' | 37'' | 1/2''-28 | 6.7 lbs. | 13.75'' | 1:16'' | $559.00 |
| 8366 | 22 LR | 10 | Stainless Steel/Satin Stainless | Black Laminate with Thumbhole | None | 18'' | 37'' | 1/2''-28 | 6.7 lbs. | 13.75'' | 1:16'' | $579.00 |

## RUGER AMERICAN® RIMFIRE Long-Range Target



Model 8378 Shown

NEW

Threaded 0.860'' Bull Barrel with Factory-Installed Knurled Thread Protector

Factory-Installed One-Piece Aluminum Scope Rail

Two-Way Adjustable Comb

| | Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW | 8378 | 22 LR | 10 | Alloy Steel/Matte Blued | Speckled Black/Brown Laminate | None | 22'' | 40.50'' | 8 lbs. | 13.50'' | 1:16'' | $599.00 |



# RUGER® SCOUT RIFLE

The one rifle to have if you could have only one. The **Ruger® Scout Rifle** is the perfect lightweight, hard-hitting, do-it-all bolt-action rifle.



**RUGER® SCOUT RIFLE**

308 WIN   450 BUSH-MASTER   350 LEGEND

**THREE CALIBERS** | **SIX MODELS**

**BLACK LAMINATE** | **BLACK SYNTHETIC** | **AMERICAN WALNUT**

Ruger® Scout Rifle in .450 Bushmaster
(Model 6837)

**NEW** Ruger® Scout Rifle in .350 Legend
(Model 6841)

# ⚜ RUGER® SCOUT RIFLE

## FEATURES

- Forward-mounted Picatinny rail allows use of modern optics, like an intermediate eye relief scope (not included), for "both eyes open" sighting and rapid target acquisition.

- Built-in, accurate sighting system with adjustable ghost ring rear aperture sight and a non-glare, protected blade front sight.

- Detachable box magazine with push-forward magazine release just forward of the trigger guard.

- Integral scope mounts, machined directly on the solid-steel receiver, provide a stable mounting surface for included scope rings, eliminating a potential source of looseness and inaccuracy in the field.

- Soft-rubber buttpad with buttpad spacers allows the rifle to be properly sized for different shooters or varying levels of outerwear (three, 1/2'' spacers included).

- Free-floating, cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

- Rugged and reliable glass-reinforced nylon trigger guard and magazine well.

- Non-rotating, Mauser-type controlled round feed extractor is among the most positive case extraction systems ever invented, and features a fixed blade-type ejector that positively ejects the empty cases as the bolt is moved fully rearward.

- Laminate stock models feature durable, laminated wood that free floats the barrel and remains stable in weather and temperature extremes.

- Lightweight synthetic stock models feature a forward aluminum bedding block and rear aluminum pillar that positively locate the receiver.

- Model 6837 features a Ruger® Hybrid Muzzle Brake (thread protector included).

- Three-position safety is easily accessible and allows the shooter to lock the bolt or to load and unload the rifle with the safety engaged.

- Rugged, one-piece, stainless steel bolt.

- Also includes: sling swivel studs.

  

308 WIN   350 LEGEND   450 BUSHMASTER



**NEW**
**Ruger® Scout Rifle in .350 Legend**
(Model 6841)

| Model Number | Caliber | Capacity | Material/ Finish | Stock | Barrel Feature | Barrel Length | Overall Length | Weight* | Length of Pull | Twist | Thread Pattern | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6803 | 308 Win | 10 | Alloy Steel/ Matte Black | Black Laminate | Flash Suppressor | 16.10'' | 37''- 38.50'' | 7.1 lbs. | 12.75''- 14.25'' | 1:10'' | 5/8''-24 | $1,139.00 |
| 6821 LH | 308 Win | 10 | Stainless Steel/ Matte Stainless | Black Laminate | Flash Suppressor | 18.70'' | 39.50''- 41'' | 7.3 lbs. | 12.75''- 14.25'' | 1:10'' | 5/8''-24 | $1,199.00 |
| 6822 | 308 Win | 10 | Stainless Steel/ Matte Stainless | Black Laminate | Flash Suppressor | 18.70'' | 39.50''- 41'' | 7.3 lbs. | 12.75''- 14.25'' | 1:10'' | 5/8''-24 | $1,199.00 |
| 6829 | 308 Win | 10 | Stainless Steel/ Matte Stainless | Black Synthetic | Muzzle Brake | 16.10'' | 37''- 38.50'' | 6.2 lbs. | 12.75''- 14.25'' | 1:10'' | 5/8''-24 | $1,199.00 |
| 6837 | 450 Bushmaster | 4 | Alloy Steel/ Matte Black | American Walnut | Ruger® Hybrid Muzzle Brake | 16.10'' | 37''- 38.50'' | 6.6 lbs. | 12.75''- 14.25'' | 1:16'' | 11/16''-24 | $1,199.00 |
| NEW 6841 | 350 Legend | 5 | Alloy Steel/ Matte Black | Black Synthetic | Muzzle Brake | 16.50'' | 37''- 38.50'' | 6.3 lbs. | 12.75''- 14.25'' | 1:16'' | 1/2''-28 x 0.4 | $1,139.00 |


Glass-Reinforced Nylon Trigger Guard and Magazine Well


Adjustable Ghost Ring Rear Sight


Buttpad Spacers Allow for Adjustable Length of Pull


Forward-Mounted Picatinny Rail


*Without magazine.  **LH:** Left-Handed.





# HAWKEYE®

The classic **Hawkeye®** bolt-action rifles are built with versatility, style and performance in mind, meeting the challenges of hunters throughout the world.



## HAWKEYE®

| 204 RUGER | 22-250 REM | 223 REM | 243 WIN | 270 WIN | 30-06 SPRG | 308 WIN | 375 RUGER |

| 300 WIN MAG | 338 WIN MAG | 416 RUGER | 6.5 CREEDMOOR | 6.5 PRC | 7mm REM MAG | 7mm-08 REM |

| AFRICAN | HUNTER | COMPACT | LAMINATE COMPACT | LONG-RANGE HUNTER |
| LONG-RANGE TARGET | PREDATOR | FTW HUNTER | ALASKAN | GUIDE GUN |

**NEW** Hawkeye® Hunter
in 6.5 Creedmoor
(Model 57104)

Hawkeye® Alaskan
in .375 Ruger
(Model 57100)

141

# HAWKEYE® AFRICAN

## FEATURES

- The LC6™ trigger features smooth, crisp performance right out of the box for increased accuracy on the range or in the field.

- Non-rotating, Mauser-type controlled round feed extractor is among the most positive case extraction systems ever invented, and features a fixed blade-type ejector that positively ejects empty cases as the bolt is moved fully rearward.

- The Ruger® Muzzle Brake System includes a removable, radial-port muzzle brake that significantly reduces felt recoil. For times when the brake is not preferred, it may be replaced by the included dynamically-matched muzzle weight. Switching between the brake and the weight will not change the bullet's point of impact for a particular load. The included thread protector may be used if neither the brake nor the weight is desired.

- Hinged, solid-steel floorplate for easy unloading without having to chamber each cartridge. Features an engraved Ruger logo and patented latch that is flush with the trigger guard to avoid accidental dumping of cartridges.

- Three-position safety is easily accessible and allows the shooter to lock the bolt or to load and unload the rifle with the safety engaged.

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

- Shallow "express-style" windage-adjustable V-notch rear sight and large white bead front sight for instant target acquisition.

- Integral scope mounts, machined directly on the solid-steel receiver, provide a stable mounting surface for included scope rings, eliminating a potential source of looseness and inaccuracy in the field.

- Ergonomically pleasing, American walnut stock has rounded contours along the barrel, on the bottom of the stock and on top of the pistol grip and wrap-around checkering on the grip and forend.

- Rugged, one-piece, stainless steel bolt.

- Also includes: barrel band mounted swivel stud; optional forend swivel stud.

 375 RUGER   416 RUGER



**Hawkeye® African in .375 Ruger**
(Model 37186)

| Model Number | Caliber | Capacity | Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37186 | 375 Ruger | 3 | Alloy Steel/ Satin Blued | American Walnut with Ebony Forend Cap | Bead Front, Adjustable Rear | 23'' | 44.88'' | 8 lbs. | 13.50'' | 1:12'' | $1,279.00 |
| 47121 **LH** | 375 Ruger | 3 | Alloy Steel/ Satin Blued | American Walnut with Ebony Forend Cap | Bead Front, Adjustable Rear | 23'' | 44.88'' | 8 lbs. | 13.50'' | 1:12'' | $1,279.00 |
| 37185 | 416 Ruger | 3 | Alloy Steel/ Satin Blued | American Walnut with Ebony Forend Cap | Bead Front, Adjustable Rear | 23'' | 44.88'' | 7.8 lbs. | 13.50'' | 1:14'' | $1,279.00 |



American Walnut Stock with Ebony Forend Cap



Ruger® Muzzle Brake System



Hinged, Solid-Steel Floorplate for Easy Unloading



Bead Front Sight and "Express-Style" Windage-Adjustable Rear Sight

**LH:** Left-Handed.

143





# 🦅 HAWKEYE®

## FEATURES

- Non-rotating, Mauser-type controlled round feed extractor is among the most positive case extraction systems ever invented, and features a fixed blade-type ejector that positively ejects empty cases as the bolt is moved fully rearward.

- Hinged, solid-steel floorplate for easy unloading without having to chamber each cartridge. Features an engraved Ruger logo and patented latch that is flush with the trigger guard to avoid accidental dumping of cartridges.

- Three-position safety is easily accessible and allows the shooter to lock the bolt or to load and unload the rifle with the safety engaged.

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

- Integral scope mounts, machined directly on the solid-steel receiver, provide a stable mounting surface for included scope rings, eliminating a potential source of looseness and inaccuracy in the field.

- Rugged, one-piece, stainless steel bolt.

- Also includes: studs for mounting sling swivels.



204 RUGER | 22-250 REM | 223 REM | 243 WIN
6.5 CREEDMOOR | 7mm REM MAG | 7mm-08 REM | 6.5 PRC | 30-06 SPRG | 300 WIN MAG | 308 WIN | 338 WIN MAG | 375 RUGER


Integral Scope Mounts


Non-Rotating, Mauser-Type Controlled Round Feed Extractor


Three-Position Safety

## HAWKEYE® HUNTER


Model 57104 Shown

LC6™ Trigger for Increased Accuracy
Red Rubber Buttpad for Recoil Reduction
American Walnut Stock

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 57104 | 6.5 Creedmoor | 4 | Stainless Steel/Satin Stainless | American Walnut | None | 22'' | 42'' | 7.2 lbs. | 13.50'' | 1:8'' | $1,099.00 |
| NEW 57105 | 6.5 PRC | 3 | Stainless Steel/Satin Stainless | American Walnut | None | 22'' | 42'' | 7.2 lbs. | 13.50'' | 1:8'' | $1,099.00 |
| NEW 57107 | 308 Win | 4 | Stainless Steel/Satin Stainless | American Walnut | None | 20'' | 40'' | 7 lbs. | 13.50'' | 1:10'' | $1,099.00 |
| NEW 57108 | 30-06 Sprg | 4 | Stainless Steel/Satin Stainless | American Walnut | None | 22'' | 42.75'' | 7.4 lbs. | 13.50'' | 1:10'' | $1,099.00 |
| NEW 57109 | 300 Win Mag | 3 | Stainless Steel/Satin Stainless | American Walnut | None | 24'' | 44.75'' | 8.1 lbs. | 13.50'' | 1:10'' | $1,099.00 |
| NEW 57120 LH | 6.5 Creedmoor | 4 | Stainless Steel/Satin Stainless | American Walnut | None | 22'' | 42'' | 7.2 lbs. | 13.50'' | 1:8'' | $1,099.00 |
| NEW 57121 LH | 300 Win Mag | 3 | Stainless Steel/Satin Stainless | American Walnut | None | 24'' | 44.75'' | 8.1 lbs. | 13.50'' | 1:10'' | $1,099.00 |
| NEW 57124 | 7mm Rem Mag | 3 | Stainless Steel/Satin Stainless | American Walnut | None | 24'' | 44.75'' | 8.1 lbs. | 13.50'' | 1:9.5'' | $1,099.00 |
| NEW 57125 | 204 Ruger | 5 | Stainless Steel/Satin Stainless | American Walnut | None | 24'' | 44'' | 8 lbs. | 13.50'' | 1:12'' | $1,099.00 |

## HAWKEYE® COMPACT


Model 37139 Shown

LC6™ Trigger for Increased Accuracy
American Walnut Stock

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37139 | 308 Win | 4 | Alloy Steel/Satin Blued | American Walnut | None | 16.50'' | 35.50'' | 5.7 lbs. | 12.50'' | 1:10'' | $979.00 |
| 37140 | 7mm-08 Rem | 4 | Alloy Steel/Satin Blued | American Walnut | None | 16.50'' | 35.50'' | 6 lbs. | 12.50'' | 1:9.5'' | $979.00 |

## HAWKEYE® LAMINATE COMPACT


Model 17111 Shown

LC6™ Trigger for Increased Accuracy
Black Laminate Stock

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17108 | 243 Win | 4 | Stainless Steel/Hawkeye Matte Stainless | Black Laminate | None | 16.50'' | 35.50'' | 6.2 lbs. | 12.50'' | 1:9'' | $1,069.00 |
| 17111 | 7mm-08 Rem | 4 | Stainless Steel/Hawkeye Matte Stainless | Black Laminate | None | 16.50'' | 35.50'' | 6.2 lbs. | 12.50'' | 1:9.5'' | $1,069.00 |
| 17110 | 308 Win | 4 | Stainless Steel/Hawkeye Matte Stainless | Black Laminate | None | 16.50'' | 35.50'' | 6 lbs. | 12.50'' | 1:10'' | $1,069.00 |

## HAWKEYE® LONG-RANGE HUNTER


Model 47197 Shown  NEW

LC6™ Trigger for Increased Accuracy
Speckled Black/Brown Laminate Stock

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 47197 | 6.5 PRC | 3 | Stainless Steel/Hawkeye Matte Stainless | Speckled Black/Brown Laminate | None | 22'' | 42.25''–43.75'' | 7.2 lbs. | 12.75''–14.25'' | 1:8'' | $1,279.00 |
| NEW 47198 | 6.5 Creedmoor | 5 | Stainless Steel/Hawkeye Matte Stainless | Speckled Black/Brown Laminate | None | 22'' | 42.25''–43.75'' | 7.2 lbs. | 12.75''–14.25'' | 1:8'' | $1,279.00 |

## HAWKEYE® LONG-RANGE TARGET


Model 47184 Shown

Unique, Two-Stage, Adjustable Target Trigger (Not LC6™ Trigger)
Heavy-Contour, Target Barrel Featuring Ruger® Hybrid Muzzle Brake
20 MOA Picatinny Rail
Two-Way Adjustable Comb

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47183 | 300 Win Mag | 5 | Alloy Steel/Matte Black | Speckled Black/Brown Laminate | None | 26'' | 47.50''–49'' | 11 lbs. | 13''–14.50'' | 5/8''–24 | 1:9'' | $1,279.00 |
| 47184 | 6.5 Creedmoor | 10 | Alloy Steel/Matte Black | Speckled Black/Brown Laminate | None | 26'' | 47''–48.50'' | 11 lbs. | 13''–14.50'' | 5/8''–24 | 1:8'' | $1,279.00 |
| 47189 | 6.5 PRC | 3 | Alloy Steel/Matte Black | Speckled Black/Brown Laminate | None | 26'' | 47''–48.50'' | 11 lbs. | 13''–14.50'' | 5/8''–24 | 1:8'' | $1,279.00 |
| NEW 57122 | 204 Ruger | 10 | Alloy Steel/Matte Black | Speckled Black/Brown Laminate | None | 26'' | 47''–48.50'' | 11 lbs. | 13''–14.50'' | 1/2''–28 | 1:1'' | $1,279.00 |
| NEW 57123 | 308 Win | 10 | Alloy Steel/Matte Black | Speckled Black/Brown Laminate | None | 26'' | 47''–48.50'' | 11 lbs. | 13''–14.50'' | 5/8''–24 | 1:10'' | $1,279.00 |


# HAWKEYE®

## HAWKEYE® PREDATOR



Model 17121 Shown

Green Mountain Laminate Stock

Unique, Two-Stage, Adjustable Target Trigger (Not LC6™ Trigger)

Model 47139 Features an Adjustable Length of Pull

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17123 | 204 Ruger | 5 | Stainless Steel/ Hawkeye Matte Stainless | Green Mountain Laminate | None | 24'' | 44'' | 8 lbs. | 13.50'' | 1:12'' | $1,139.00 |
| 17121 | 22-250 Rem | 4 | Stainless Steel/ Hawkeye Matte Stainless | Green Mountain Laminate | None | 24'' | 44'' | 8 lbs. | 13.50'' | 1:14'' | $1,139.00 |
| 17122 | 223 Rem | 5 | Stainless Steel/ Hawkeye Matte Stainless | Green Mountain Laminate | None | 22'' | 42'' | 7.7 lbs. | 13.50'' | 1:9'' | $1,139.00 |
| 47108 | 6.5 Creedmoor | 4 | Stainless Steel/ Hawkeye Matte Stainless | Green Mountain Laminate | None | 24'' | 44'' | 8.1 lbs. | 13.50'' | 1:8'' | $1,139.00 |
| 47139 | 6.5 Creedmoor | 4 | Stainless Steel/ Hawkeye Matte Stainless | Green Mountain Laminate | None | 24'' | 43.25''- 44.75'' | 8.1 lbs. | 12.75''- 14.25'' | 1:8'' | $1,159.00 |

## HAWKEYE® FTW HUNTER



Model 47170 Shown

LC6™ Trigger for Increased Accuracy

Natural Gear™ Camo Hardwood Stock with Adjustable Length of Pull

Ruger® Muzzle Brake System for Reduced Felt Recoil

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47166 | 375 Ruger | 3 | Stainless Steel/ Hawkeye Matte Stainless | Natural Gear™ Camo Hardwood | None | 22'' | 41.25'' - 42.75'' | 7.8 lbs. | 12.75''- 14.25'' | 5/8''-18 | 1:12'' | $1,269.00 |
| 47170 | 6.5 Creedmoor | 4 | Stainless Steel/ Hawkeye Matte Stainless | Natural Gear™ Camo Hardwood | None | 24'' | 43.25''- 44.75'' | 7.6 lbs. | 12.75''- 14.25'' | 1/2''-24 | 1:8'' | $1,279.00 |

## HAWKEYE® ALASKAN



Model 57100 Shown

LC6™ Trigger for Increased Accuracy

Hogue® OverMolded® Stock

Ruger® Muzzle Brake System for Reduced Felt Recoil

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 57100 | 375 Ruger | 3 | Stainless Steel/ Hawkeye Matte Stainless | Black Hogue® OverMolded® | Bead Front/ Adjustable Rear | 20'' | 42'' | 8.1 lbs. | 13.50'' | 5/8''-18 | 1:12'' | $1,279.00 |
| 57101 | 338 Win Mag | 3 | Stainless Steel/ Hawkeye Matte Stainless | Black Hogue® OverMolded® | Bead Front/ Adjustable Rear | 20'' | 42'' | 8 lbs. | 13.50'' | 1/2''-32 | 1:10'' | $1,279.00 |
| 57102 | 300 Win Mag | 3 | Stainless Steel/ Hawkeye Matte Stainless | Black Hogue® OverMolded® | Bead Front/ Adjustable Rear | 20'' | 42'' | 8.1 lbs. | 13.50'' | 1/2''-24 | 1:10'' | $1,279.00 |



# RUGER® GUIDE GUN

## FEATURES

- Shallow "express-style" windage-adjustable V-notch rear sight and large white bead front sight for instant target acquisition.

- Rugged, Green Mountain laminate stock is dimensionally stable in environmental extremes, and features a soft rubber buttpad with buttpad spacers that allow the rifle to be properly sized for different shooters or varying levels of outerwear (three, 1/2'' spacers included). Wrap-around checkering provides a sure grip in any weather.

- The Ruger® Muzzle Brake System includes a removable, radial-port muzzle brake that significantly reduces felt recoil. For times when the brake is not preferred, it may be replaced with the included dynamically-matched muzzle weight. Switching between the brake and the weight will not change the bullet's point of impact for a particular load. The included thread protector may be used if neither the brake nor the weight is desired.

- Non-rotating, Mauser-type controlled round feed extractor is among the most positive case extraction systems ever invented, and features a fixed blade-type ejector that positively ejects the empty cases as the bolt is moved fully rearward.

- The LC6™ trigger features smooth, crisp performance right out of the box for increased accuracy on the range or in the field.

- Hinged solid-steel floorplate for easy unloading without having to chamber each cartridge. Features an engraved Ruger logo and latch that is flush with the trigger guard to avoid accidental dumping of cartridges.

- Three-position safety is easily accessible and allows the shooter to lock the bolt or to load and unload the rifle with the safety engaged.

- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

- Integral scope mounts, machined directly on the solid-steel receiver, provide a stable mounting surface for included scope rings, eliminating a potential source of looseness and inaccuracy in the field.

- Rugged, one-piece, stainless steel bolt.

- Also includes: barrel band mounted swivel stud; optional forend swivel stud.



**Ruger® Guide Gun in .375 Ruger**
(Model 47125)

338 WIN MAG     30-06 SPRG     375 RUGER     416 RUGER

| Model Number | Caliber | Capacity | Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47117 | 338 Win Mag | 3 | Stainless Steel/ Hawkeye Matte | Green Mountain Laminate | Bead Front, Adjustable Rear | 20'' | 41''- 42.50'' | 8 lbs. | 12.75''- 14.25'' | 1:10'' | $1,279.00 |
| 47118 | 30-06 Sprg | 4 | Stainless Steel/ Hawkeye Matte | Green Mountain Laminate | Bead Front, Adjustable Rear | 20'' | 41''- 42.50'' | 8.1 lbs. | 12.75''- 14.25'' | 1:10'' | $1,279.00 |
| 47124 LH | 375 Ruger | 3 | Stainless Steel/ Hawkeye Matte | Green Mountain Laminate | Bead Front, Adjustable Rear | 20'' | 41''- 42.50'' | 8.1 lbs. | 12.75''- 14.25'' | 1:12'' | $1,279.00 |
| 47125 | 375 Ruger | 3 | Stainless Steel/ Hawkeye Matte | Green Mountain Laminate | Bead Front, Adjustable Rear | 20'' | 41''- 42.50'' | 8.1 lbs. | 12.75''- 14.25'' | 1:12'' | $1,279.00 |
| 47130 | 416 Ruger | 3 | Stainless Steel/ Hawkeye Matte | Green Mountain Laminate | Bead Front, Adjustable Rear | 20'' | 41''- 42.50'' | 8.1 lbs. | 12.75''- 14.25'' | 1:14'' | $1,279.00 |

COMPARE



Ruger Logo Engraving



"Express-Style" Windage-Adjustable Rear Sight and Large White Bead Front Sight




Ruger® Muzzle Brake System

Integral Scope Mounts



Buttpad Spacers Allow for Adjustable Length of Pull

**LH:** Left-Handed



# 77-SERIES

## FEATURES

- Features a rugged, stainless steel bolt with 90° bolt throw and rapid lock time for added accuracy.

- Detachable rotary magazine features a unique rotor to separate cartridges and provide reliable feeding. Mounts flush with the stock to eliminate protrusions at the rifle's balance point.

- Threaded, cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.

- Integral scope mounts, machined directly on the solid-steel receiver, provide a stable mounting surface for included scope rings, eliminating a potential source of looseness and inaccuracy in the field.

- Three-position safety is easily accessible and allows the shooter to lock the bolt to load and unload the rifle with the safety engaged.

- Also includes: sling swivel studs.

 17 HORNET
 17 WSM
 22 HORNET
 357 MAG
 44 REM MAG


Stainless Steel Bolt with 90° Throw


Three-Position Safety


Detachable Rotary Magazine


Integral Scope Mounts

## RUGER 77/17®


Model 7222 Shown

Matte Stainless or Blued Finish

American Walnut or Green Mountain Laminate Stock

| Model Number | Caliber | Capacity | Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Thread Pattern | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 7220 | 17 Hornet | 6 | Stainless Steel/ Matte Stainless | Green Mountain Laminate | None | 18.50'' | 37.75'' | 7 lbs. | 13.50'' | 1:9'' | 1/2''-28 | $1,069.00 |
| NEW 7222 | 17 WSM | 6 | Alloy Steel/ Blued | American Walnut | None | 20'' | 39.25'' | 5.7 lbs. | 13.50'' | 1:9'' | 1/2''-28 | $999.00 |
| NEW 7219 | 17 WSM | 6 | Stainless Steel/ Matte Stainless | Green Mountain Laminate | None | 18.50'' | 37.75'' | 7 lbs. | 13.50'' | 1:9'' | 1/2''-28 | $1,069.00 |

## RUGER 77/22®


Model 7226 Shown

Matte Stainless or Blued Finish

American Walnut or Green Mountain Laminate Stock

| Model Number | Caliber | Capacity | Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Thread Pattern | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 7225 | 22 Hornet | 6 | Alloy Steel/ Blued | American Walnut | None | 20'' | 39.25'' | 6.5 lbs. | 13.50'' | 1:14'' | 1/2''-28 | $999.00 |
| NEW 7226 | 22 Hornet | 6 | Stainless Steel/ Matte Stainless | Green Mountain Laminate | None | 18.50'' | 37.75'' | 7 lbs. | 13.50'' | 1:14'' | 1/2''-28 | $1,069.00 |

## RUGER® 77/357™


Gold Bead Front and Adjustable Rear Sights

| Model Number | Caliber | Capacity | Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Thread Pattern | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 7419 | 357 Mag | 5 | Stainless Steel/ Brushed Stainless | Black Synthetic | Gold Bead Front, Adjustable Rear | 18.50'' | 38.50'' | 5.5 lbs. | 13.50'' | 1:16'' | | $999.00 |

## RUGER 77/44® with American Walnut Stock


Bead Front and Adjustable Rear Sights

| Model Number | Caliber | Capacity | Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Thread Pattern | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 7416 | 44 Rem Mag | 4 | Alloy Steel/ Blued | American Walnut | Bead Front, Adjustable Rear | 18.50'' | 38.50'' | 5.2 lbs. | 13.50'' | 1:20'' | 11/16''-24 | $999.00 |

## RUGER 77/44® with Black Synthetic Stock


Model 7417 Shown

Bead Front and Adjustable Rear Sights

Brushed Stainless or Blued Finish

| Model Number | Caliber | Capacity | Material/ Finish | Stock | Sights | Barrel Length | Overall Length | Weight | Length of Pull | Twist | Thread Pattern | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW 7417 | 44 Rem Mag | 4 | Stainless Steel/ Brushed Stainless | Black Synthetic | Bead Front, Adjustable Rear | 18.50'' | 38.50'' | 5.2 lbs. | 13.50'' | 1:20'' | 11/16''-24 | $999.00 |
| NEW 7418 | 44 Rem Mag | 4 | Alloy Steel/ Blued | Black Synthetic | Bead Front, Adjustable Rear | 18.50'' | 38.50'' | 5.2 lbs. | 13.50'' | 1:20'' | 11/16''-24 | $899.00 |



# No.1

When you only have one shot, make it count. When you think of single-shot rifles, think of the best – think **Ruger® No.1**. The No.1 rifle is made for virtually every sporting activity.





450 BUSHMASTER

# CLASSIC SINGLE-SHOT



**No.1 with Black Laminate Stock in .450 Bushmaster**
(Model 21304)

| Model Number | Caliber | Capacity | Material/Finish | Stock | Sights | Barrel Feature | Barrel Length | Overall Length | Weight | Length of Pull | Thread Pattern | Twist | Suggested Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21304 | 450 Bushmaster | 1 | Stainless Steel/Satin Stainless | Black Laminate | None | Ruger® Hybrid Muzzle Brake | 20" | 36.50" | 7.5 lbs. | 13.50" | 11/16"-24 | 1:10" | $1,899.00 |

## FEATURES

- Sliding tang safety provides instant security, visibility and accessibility.
- Strong, simple, compact falling block breech mechanism with artillery-style breechblock and under-lever is ideally suited for powerful cartridges.
- Robust, sturdy, sculptured receiver forms a rigid support for barrel, stock and sliding breech block.
- Ejector mechanism provides maximum leverage at the point where the ejector engages the cartridge case and can be adjusted to provide extraction only.

- Integral scope mounts, machined directly on the solid steel quarter rib, provide a stable mounting surface for included scope rings.
- Cold hammer-forged barrel results in ultra-precise rifling that provides exceptional accuracy and longevity.
- Also Includes: sporting style buttpad; sling swivel studs.

# RUGER® RIFLE MAGAZINES

## Page 157

| | 10/22, 10/22 TAKEDOWN | PC CARBINE | AR-556 | MINI-14 | MINI THIRTY | RUGER PRECISION RIFLE | RUGER PRECISION RIMFIRE 22 LR | RUGER PRECISION RIMFIRE 22 WMR, 17 HMR | RUGER AMERICAN RIFLE | RUGER AMERICAN RIMFIRE 22 LR | RUGER AMERICAN RIMFIRE 22 WMR, 17 HMR | SCOUT RIFLE | HAWKEYE | Item No. | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Round, 22 LR Magazine | • | | | | | | • | | | • | | | | 90344 | $21.95 |
| 5-Round, 22 LR Magazine | • | | | | | | • | | | • | | | | 90041 | $21.95 |
| 10-Round, 22 LR Magazine | • | | | | | | • | | | • | | | | 90005 | $21.95 |
| 10-Round, 22 LR Magazine (3-Pack) | • | | | | | | | | | | | | | 90451 | $47.95 |
| 10-Round, 22 LR Magazine (Clear) | • | | | | | | • | | | • | | | | 90223 | $24.95 |
| 15-Round, 22 LR Magazine | • | | | | | | • | | | • | | | | 90463 | $28.95 |
| 25-Round, 22 LR Magazine | • | | | | | | • | | | • | | | | 90361 | $33.95 |
| 25-Round, 22 LR Magazine (2-Pack) | • | | | | | | • | | | • | | | | 90548 | $51.95 |
| 25-Round, 22 LR Magazine (Clear-Sided) | • | | | | | | • | | | • | | | | 90591 | $39.95 |
| 2x25-Round, 22 LR Magazine | • | | | | | | | | | | | | | 90398 | $58.95 |
| 9-Round, 22 WMR/17 HMR Magazine | | | | | | | | | | | • | | | 90076 | $24.95 |
| 15-Round, 22 WMR/17 HMR Magazine | | | | | | | | • | | | | | | 90585 | $29.95 |
| 4-Round, Short-Action Magazine (22-250 Rem) | | | | | | | | | • | | | | | 90573 | $39.95 |
| 4-Round, Short-Action Magazine (243 Win/308 Win/7mm-08 Rem/6.5 Creedmoor) | | | | | | | | | • | | | | | 90689 | $39.95 |
| 5-Round, Short-Action Magazine (223 Rem/5.56 NATO/204 Ruger/300 BLK) | | | | | | | | | • | | | | | 90440 | $39.95 |
| 5-Round, 223 Rem Magazine | | | | • | | | | | | | | | | 90009 | $29.95 |
| 10-Round, 223 Rem Magazine | | | | • | | | | | | | | | | 90339 | $39.95 |
| 20-Round, 223 Rem Magazine | | | | • | | | | | | | | | | 90010 | $39.95 |
| 30-Round, 223 Rem Magazine | | | | • | | | | | | | | | | 90035 | $49.95 |
| 5-Round, 5.56 NATO/223 Rem Magazine | | | • | | | | | | • | | | | | 90428 | $24.95 |
| 10-Round, 5.56 NATO/223 Rem Magazine | | | • | | | | | | • | | | | | 90384 | $19.95 |
| 10-Round, 5.56 NATO/223 Rem Magazine | | | | | | | | | | | | • | | 90458 | $74.95 |
| 30-Round, 5.56 NATO/223 Rem Magazine | | | • | | | | | | | | | | | 90420 | $19.95 |
| 10-Round, AI-Style Magazine (5.56 NATO) | | | | | | • | | | | | | | | 90562 | $39.95 |
| 4-Round, Long-Action Magazine (270 Win/30-06 Sprg) | | | | | | | | | • | | | | | 90435 | $39.95 |
| 3-Round, Magnum Magazine (7mm Rem Mag/300 Win Mag) | | | | | | | | | • | | | | | 90549 | $49.95 |
| 5-Round, 300 BLK Magazine | | | • | | | | | | | | | | | 90583 | $29.95 |
| 10-Round, 300 BLK Magazine | | | • | | | | | | | | | | | 90584 | $39.95 |
| 20-Round, 300 BLK Magazine | | | • | | | | | | | | | | | 90484 | $39.95 |
| 5-Round, 300 Win Mag Magazine | | | | | | • | | | | | | | | 90682 | $84.95 |
| 5-Round, 7.62x39 Magazine | | | | | • | | | | • | | | | | 90012 | $29.95 |
| 10-Round, 7.62x39 Magazine | | | | | • | | | | • | | | | | 90485 | $39.95 |
| 20-Round, 7.62x39 Magazine | | | | | • | | | | • | | | | | 90338 | $39.95 |
| 5-Round, 308 Win/4-Round 450 Bushmaster Magazine | | | | | | • | | | | | | • | | 90352 | $69.95 |
| 5-Round, 308 Win Magazine | | | | | | | | | | | | • | • | 90354 | $39.95 |
| 10-Round, 308 Win Magazine | | | | | | | | | | | | • | • | 90353 | $74.95 |
| 20-Round, 308 Win/7.62 x 51/6.5 Creedmoor Magazine | | | | | | • | | | | | | | | 90448 | $19.95 |

## Page 158

| | 10/22, 10/22 TAKEDOWN | PC CARBINE | AR-556 | MINI-14 | MINI THIRTY | RUGER PRECISION RIFLE | RUGER PRECISION RIMFIRE 22 LR | RUGER PRECISION RIMFIRE 22 WMR, 17 HMR | RUGER AMERICAN RIFLE | RUGER AMERICAN RIMFIRE 22 LR | RUGER AMERICAN RIMFIRE 22 WMR, 17 HMR | SCOUT RIFLE | HAWKEYE | Item No. | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-Round, AI-Style Magazine (308 Win/6.5 Creedmoor/243 Win) | | | | | | | | | • | | | • | | 90560 | $39.95 |
| 5-Round, AI-Style Magazine (308 Win/6.5 Creedmoor/243 Win) | | | | | | • | | | • | | | • | | 90561 | $39.95 |
| 10-Round, AI-Style Magazine (5.56 NATO/223 Rem) | | | | | | | | | • | | | • | | 90562 | $39.95 |
| 10-Round, AI-Style Magazine (308 Win/6.5 Creedmoor/243 Win) | | | | | | • | | | • | | | • | | 90563 | $39.95 |
| 5-Round, 350 Legend Magazine | | | • | | | | | | • | | | | | 90694 | $17.95 |
| 10-Round, 350 Legend Magazine | | | • | | | | | | • | | | | | 90695 | $17.95 |
| 5-Round, 350 Legend Magazine | | | | | | | | | • | | | | | 90146 | $63.95 |
| 9-Round, 350 Legend Magazine | | | | | | | | | • | | | | | 90147 | $69.95 |
| 5-Round, 338 Lapua Magazine | | | | | | • | | | | | | | | 90683 | $84.95 |
| 10-Round, SR9® 9mm Luger Magazine | | • | | | | | | | | | | | | 90326 | $44.95 |
| 17-Round, Security-9® 9mm Luger Magazine | | • | | | | | | | | | | | | 90675 | $39.95 |
| 17-Round, SR9® 9mm Luger Magazine (2-Pack) | | • | | | | | | | | | | | | 90449 | $57.95 |
| 10-Round, SR9® 9mm Luger Magazine | | • | | | | | | | | | | | | 90325 | $44.95 |
| 10-Round, Security-9® 9mm Luger Magazine (2-Pack) | | • | | | | | | | | | | | | 90685 | $55.95 |
| 17-Round, Ruger American® Pistol 9mm Luger Magazine (Nickel-Teflon) | | • | | | | | | | | | | | | 90510 | $39.95 |
| 10-Round, Security-9® 9mm Luger Magazine | | • | | | | | | | | | | | | 90638 | $39.95 |
| 10-Round, Ruger American® Pistol 9mm Luger Magazine (Nickel-Teflon) | | • | | | | | | | | | | | | 90514 | $39.95 |
| 5.56 NATO, Ruger American® Pistol 9mm Luger Compact Magazine | | • | | | | | | | | | | | | 90617 | $39.95 |
| 10-Round, SR9c™ 9mm Luger Compact Magazine | | • | | | | | | | | | | | | 90369 | $44.95 |
| 10-Round, Security-9® Compact 9mm Luger Magazine | | • | | | | | | | | | | | | 90667 | $39.95 |
| 10-Round, Security-9® Compact 9mm Luger Magazine (2-Pack) | | • | | | | | | | | | | | | 90686 | $55.95 |
| 17-Round, Ruger American® Pistol 9mm Luger Compact Magazine | | • | | | | | | | | | | | | 90618 | $39.95 |
| 15-Round, Security-9® 9mm Luger Magazine | | • | | | | | | | | | | | | 90637 | $39.95 |
| 15-Round, Security-9® 9mm Luger Magazine | | • | | | | | | | | | | | | 90681 | $44.95 |
| 15-Round, Security-9® 9mm Luger Magazine (2-Pack) | | • | | | | | | | | | | | | 90684 | $55.95 |
| 9-Round, SR40c™ 40 S&W Compact Magazine | | • | | | | | | | | | | | | 90368 | $44.95 |
| 10-Round, SR40® 40 S&W Magazine | | • | | | | | | | | | | | | 90351 | $44.95 |
| 15-Round, SR40™/SR40c™ 40 S&W Magazine | | • | | | | | | | | | | | | 90350 | $44.95 |
| 5-Round, 6.8mm Magazine | | | | • | | | | | | | | | | 90332 | $29.95 |
| 3-Round, 450 Bushmaster Magazine | | | | | | | | | • | | | | | 90633 | $39.95 |
| 5-Round, MSR Magazine (.450 Bushmaster) | | | • | | | | | | | | | | | 90679 | $42.95 |
| 10-Round, AI-Style Magazine (300 Win Mag) | | | | | | | | | | | | • | | 90145 | $39.95 |

# RUGER® PISTOL MAGAZINES

| | SECURITY-9 | RUGER AMERICAN PISTOL DUTY | RUGER AMERICAN PISTOL COMPACT | SR1911 | SR1911 OFFICER | AR-556 PISTOL | RUGER-57 | EC9s | LC380/LCA | LCP | LCP II | SR22 | MARK IV | MARK IV 22/45 | 22 CHARGER | Item No. | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Round, 22 LR Magazine | | | | | | | | | | | | | | | • | 90344 | $21.95 |
| 5-Round, 22 LR Magazine | | | | | | | | | | | | | | | • | 90041 | $21.95 |
| 10-Round, 22 LR Magazine | | | | | | | | | | | | | | | • | 90005 | $21.95 |
| 10-Round, 22 LR Magazine (3-Pack) | | | | | | | | | | | | | | | • | 90451 | $47.95 |
| 10-Round, 22 LR Magazine (Clear) | | | | | | | | | | | | | | | • | 90223 | $24.95 |
| 10-Round, 22 LR Magazine | | | | | | | | | | | | | | • | | 90599 | $29.95 |
| 10-Round, 22 LR Magazine | | | | | | | | | | | | | • | | | 90231 | $29.95 |
| 10-Round, 22 LR Magazine (2-Pack) | | | | | | | | | | | | | • | | | 90645 | $41.95 |
| 10-Round, 22 LR Magazine (2-Pack) | | | | | | | | | | | | | | | • | 90646 | $41.95 |
| 10-Round, 22 LR Magazine with Extended Floorplate | | | | | | | | | | | | • | | | | 90382 | $34.95 |
| 10-Round, 22 LR Magazine with Extended Floorplate (2-Pack) | | | | | | | | | | | | • | | | | 90647 | $48.95 |
| 10-Round, 22 LR Magazine | | | | | | | | | | | • | | | | | 90696 | $34.95 |
| 10-Round, 22 LR Magazine (2-Pack) | | | | | | | | | | | • | | | | | 90697 | $48.95 |
| 15-Round, 22 LR Magazine | | | | | | | | | | | | | | | • | 90463 | $28.95 |
| 25-Round, 22 LR Magazine | | | | | | | | | | | | | | | • | 90361 | $33.95 |
| 25-Round, 22 LR Magazine (2-Pack) | | | | | | | | | | | | | | | • | 90548 | $51.95 |
| 25-Round, 22 LR Magazine (Clear-Sided) | | | | | | | | | | | | | | | • | 90591 | $39.95 |
| 2x25-Round, 22 LR Magazine | | | | | | | | | | | | | | | • | 90398 | $58.95 |
| 5-Round, 5.56 NATO/223 Rem Magazine | | | | | | • | | | | | | | | | | 90428 | $24.95 |
| 10-Round, 5.56 NATO/223 Rem Magazine | | | | | | • | | | | | | | | | | 90384 | $19.95 |
| 30-Round, 5.56 NATO/223 Rem Magazine | | | | | | • | | | | | | | | | | 90420 | $19.95 |
| 5-Round, 350 Legend Magazine | | | | | | • | | | | | | | | | | 90694 | $17.95 |
| 10-Round, 350 Legend Magazine | | | | | | • | | | | | | | | | | 90695 | $17.95 |
| 7-Round, 9mm Luger Magazine | | | | | • | | | | | | | | | | | 90652 | $39.95 |
| 7-Round, 9mm Luger Magazine with Extended Floorplate | | | | | | | | • | | | | | | | | 90363 | $39.95 |
| 7-Round, 9mm Luger Magazine with Extended Floorplate (2-Pack) | | | | | | | | • | | | | | | | | 90642 | $55.95 |
| 9-Round, 9mm Luger Extended Magazine | | | | | | | | • | | | | | | | | 90404 | $44.95 |
| 9-Round, 9mm Magazine | | | • | | | | | | | | | | | | | 90600 | $39.95 |
| 10-Round, 9mm Auto Magazine | • | | | | | | | | | | | | | | | 90667 | $39.95 |
| 10-Round, 9mm Luger Magazine with Extended Floorplate (Nickel-Teflon) | | | • | | | | | | | | | | | | | 90617 | $39.95 |

| | SECURITY-9 | RUGER AMERICAN PISTOL DUTY | RUGER AMERICAN PISTOL COMPACT | SR1911 | SR1911 OFFICER | AR-556 PISTOL | RUGER-57 | EC9s | LC380/LCA | LCP | LCP II | SR22 | MARK IV | MARK IV 22/45 | 22 CHARGER | Item No. | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-Round, 9mm Luger Magazine (Nickel-Teflon) | | • | | | | | | | | | | | | | | 90514 | $39.95 |
| 10-Round, 9mm Luger Magazine | • | | | | | | | | | | | | | | | 90638 | $39.95 |
| 10-Round, 9mm Luger Magazine (2-Pack) | • | | | | | | | | | | | | | | | 90685 | $55.95 |
| 17-Round, 9mm Luger Magazine | • | | | | | | | | | | | | | | | 90675 | $39.95 |
| 10-Round, Security-9® Compact 9mm Luger Magazine | • | | | | | | | | | | | | | | | 90686 | $55.95 |
| 10-Round, 9mm Luger Magazine (Competition Model Only) | | | • | | | | | | | | | | | | | 90666 | $39.95 |
| 12-Round, 9mm Luger Magazine with Extended Floorplate (Nickel-Teflon) | | | • | | | | | | | | | | | | | 90618 | $39.95 |
| 15-Round, 9mm Luger Magazine | • | | | | | | | | | | | | | | | 90637 | $39.95 |
| 15-Round, 9mm Luger Magazine (2-Pack) | • | | | | | | | | | | | | | | | 90684 | $55.95 |
| 15-Round, 9mm Luger Magazine & Adapter | • | | | | | | | | | | | | | | | 90681 | $44.95 |
| 17-Round, 9mm Luger Magazine (Nickel-Teflon) | | • | | | | | | | | | | | | | | 90510 | $39.95 |
| 10-Round, 5.7x28mm Magazine | | | | | | | • | | | | | | | | | 90701 | $49.95 |
| 10-Round, 5.7x28mm Magazine (2-Pack) | | | | | | | • | | | | | | | | | 90712 | $69.95 |
| 20-Round, 5.7x28mm Magazine | | | | | | | • | | | | | | | | | 90700 | $49.95 |
| 20-Round, 5.7x28mm Magazine (2-Pack) | | | | | | | • | | | | | | | | | 90711 | $69.95 |
| 8-Round, 10mm Auto Magazine | | | • | | | | | | | | | | | | | 90639 | $39.95 |
| 10-Round, 380 Auto Magazine with Extended Floorplate | | | | | | | | | • | • | | | | | | 90621 | $34.95 |
| 10-Round, 380 Auto Magazine with Extended Floorplate (2-Pack) | | | | | | | | | • | • | | | | | | 90644 | $48.95 |
| 6-Round, 380 Auto Magazine with Extended Floorplate | | | | | | | | | • | • | | | | | | 90333 | $34.95 |
| 6-Round, 380 Auto Magazine with Extended Floorplate (2-Pack) | | | | | | | | | • | • | | | | | | 90643 | $48.95 |
| 6-Round, 380 Auto Extended Magazine | | | | | | | | | | • | | | | | | 90405 | $39.95 |
| 7-Round, 380 Auto Extended Magazine | | | | | | | | | | | • | | | | | 90626 | $39.95 |
| 7-Round, 380 Auto Magazine with Extended Floorplate | | | | | | | | | | • | | | | | | 90416 | $39.95 |
| 7-Round, 45 Auto Magazine | | | | • | | | | | | | | | | | | 90366 | $29.95 |
| 7-Round, 45 Auto Magazine (Officer Model Only) | | | | | • | | | | | | | | | | | 90664 | $29.95 |
| 7-Round, 45 Auto Magazine with Extended Floorplate (Nickel-Teflon) | | | • | | | | | | | | | | | | | 90636 | $39.95 |
| 8-Round, 45 Auto Magazine | | | | • | | | | | | | | | | | | 90365 | $39.95 |
| 10-Round, 45 Auto Magazine (Nickel-Teflon) | | • | | | | | | | | | | | | | | 90512 | $39.95 |

# RUGER LEGAL INFORMATION

**9mm RUGER AMERICAN® PISTOL PRODUCT SAFETY BULLETIN:** **Ruger has discovered that some Ruger American® Pistols chambered in 9mm may exhibit premature wear of the locking surfaces between the slide and barrel which, if ignored, can result in a crack developing near the ejection port of the slide.** This typically does not occur at round counts below 10,000 rounds. The condition is easily identified during routine maintenance and cleaning and the crack should be visible long before the pistol becomes unsafe to shoot. Ruger is committed to safety and is asking owners of Ruger American® Pistols chambered in 9mm to inspect their pistols for excessive wear or cracks and, if necessary, sign up for this retrofit. Details about what to look for and how to sign up for the retrofit appear below and on our website at **Ruger.com/APRetrofit.**

**Ruger American® Pistols chambered in .45 Auto are NOT subject to this Safety Bulletin. Similarly, other Ruger® pistols chambered in 9mm (for example, SR9®, LC9s®, etc.) are NOT subject to this Safety Bulletin.**

**Products Subject to This Safety Bulletin:** Ruger American® Pistols chambered in 9mm with serial number prefixes "**860**" and "**862**" are subject to this Safety Bulletin. These include duty (full-sized) and compact models, in both Manual Safety and Pro (no manual safety) configurations. One easy way to tell if your pistol is subject to this Safety Bulletin is by looking at the barrel. If your 9mm Ruger American® Pistol is equipped with a silver-colored, stainless steel barrel, you should follow the inspection procedure outlined below. Retrofitted and newly manufactured Ruger American® Pistols will be equipped with a black, nitrided stainless steel barrel.

**Description of the Issue:** In some instances (typically at round counts in excess of 10,000 rounds), the locking surfaces between the slide and barrel can experience excessive wear. If ignored, this condition will worsen and can result in a crack developing near the ejection port of the slide. If cracking occurs, it will become visible long before an unsafe condition develops. However, if the crack is not addressed and the pistol remains in service, the pistol may eventually fail to function or become unsafe to shoot.

**How To Inspect Your Pistol:** If your pistol is dirty, clean it thoroughly before performing the inspection. Disassembly and cleaning instructions appear in your instruction manual, which is available online at **Ruger.com/Service/ProductHistory.** Inspect your pistol, paying particular attention to the barrel/slide lockup surfaces and the sidewalls of the slide at the corners of the ejection port. If you observe excess wear in the lockup surfaces (**A** and **B**) or a crack in the slide (**C**), you should immediately stop using your pistol and sign up for the retrofit. If you are unsure, we recommend that you sign up for the retrofit and allow us to inspect your barrel/slide assembly. If you do not observe excess wear in the lockup surface or a crack in the slide, no further action on your part is necessary at this time. Nonetheless, you should continue to monitor these areas and, if you suspect that either of these conditions is developing, sign up for the retrofit or contact Customer Service. *Ruger reminds consumers that periodic inspection of any firearm is important to ensuring its safe operation. You should clean and inspect your firearm after each range session. Proper maintenance increases the longevity of your firearm and will allow early detection of worn or broken parts.*

**How To Sign Up For The Retrofit:**

**STEP 1:** If you detect or suspect excess wear in the locking surfaces or a crack in the slide, or if you are uncertain, please visit the Ruger American® Pistol Retrofit Website at **Ruger.com/APRetrofit** and sign up to return your barrel/slide assembly to Ruger. You will be asked to provide your name, address, and telephone number, an email address, and the serial number of your pistol. You will be added to a list to have the inspection and retrofit performed on a first-come, first-served basis.

**STEP 2:** In the next few weeks, you will receive a USPS box with a prepaid shipping label and detailed packaging and shipping instructions. Follow the instructions and return only your barrel/slide assembly.

**STEP 3:** We will inspect your barrel/slide assembly and install new components as needed, **FREE OF CHARGE**. We will make every effort to return your barrel/slide assembly within one week of the day we receive it.



9mm LUGER — SILVER BARREL

"860" OR "862" SERIAL PREFIX



**A.** EXCESSIVE WEAR ON SLIDE

**B.** EXCESSIVE WEAR ON BARREL

RIGHT SIDE OF SLIDE UNDER EXTRACTOR

**C.** CRACK IN SLIDE

**MARK IV™ RECALL NOTICE:** We have determined that all Mark IV™ pistols (including 22/45™ models) manufactured prior to June 1, 2017 have the potential to discharge unintentionally if the safety is not utilized correctly. In particular, if the trigger is pulled while the safety lever is midway between the "safe" and "fire" positions (that is, the safety is not fully engaged or fully disengaged), then the pistol may not fire when the trigger is pulled. However, if the trigger is released and the safety lever is then moved from the mid position to the "fire" position, the pistol may fire at that time. Although only a small percentage of pistols appear to be affected and we are not aware of any injuries, Ruger is firmly committed to safety and would like to retrofit all potentially affected pistols with an updated safety mechanism. **Until your Mark IV™ pistol has been retrofitted or you verify that it is not subject to the recall, we strongly recommend that you not use your pistol.**

**How to determine if your pistol needs the retrofit:** All Mark IV™ pistols produced prior to June 1, 2017 are potentially affected and therefore are being recalled. This includes Mark IV™ Target, Hunter, Competition, 22/45™, 22/45™ Lite and 22/45™ Tactical models. These models bear serial numbers beginning with "401" (2017 models) or "WBR" (2016 models). Mark I, Mark II™ and Mark III™ Pistols are **NOT** affected.

Newly manufactured Mark IV™ pistols will begin with serial number "500." Thus, if you have a Mark IV™ or 22/45™ pistol with a serial number beginning with the number "5," your pistol is NOT subject to the recall.

Mark IV™ and 22/45™ pistols retrofitted with the updated safety mechanism are easily identified by the letter "S" in the white safety dot that is visible when the safety is engaged.

Visit the Mark IV™ Recall website at **Ruger.com/MarkIVRecall** to look up your serial number and verify if it is subject to the recall. Please have the unloaded pistol available when you visit the website and obtain the serial number directly from the pistol.

**Next steps (if your pistol is affected):**

**STEP 1:** Follow the instructions at the Mark IV™ Recall Website and sign up for the recall. You will be asked to provide your name, address, telephone number, an e-mail address and the serial number of your pistol.

**STEP 2:** You will be added to a list to have the retrofit installed on a first-come, first-served basis. In the next few weeks, you will receive a prepaid USPS box with a shipping label and detailed packaging and shipping instructions. Simply follow the instructions in your instruction manual to separate the barrel/receiver assembly and return the grip frame assembly to us in accordance with the shipping instructions.

**STEP 3:** We will install the updated safety mechanism, and return your grip frame assembly to you, all **FREE** of charge. Individual consumers will receive a **FREE** magazine (a $29.95 value) as a "thank you" for their patience and cooperation. (Customers in states with magazine shipping restrictions will receive a ShopRuger gift certificate in lieu of a magazine.) We will make every effort to return your pistol within one week of the day we receive it.

**We recognize that this is an inconvenience so, as a thank you, we will include an extra magazine at no charge to you when we return the pistol.***

How to Identify Your Serial Number

---

**LCP® RECALL NOTICE:** In 2008, Ruger received a small number of reports from the field indicating that LCP® pistols could discharge when dropped onto a hard surface with a round in the chamber. We are firmly committed to safety and would like to retrofit all affected LCP® pistols. The retrofit involves installation of an upgraded hammer mechanism at no charge to the customer.

*We want to remind gun users that, for maximum safety when carrying any pistol with a loaded magazine in place, the chamber should be empty, and the slide should be closed. Any gun may fire if dropped or struck.*




**How to determine if your pistol needs the retrofit:** Any LCP® pistol bearing prefix "370" (that is, serial number 370-xxxxx) may be affected. Retrofitted "370" prefix LCP® pistols with the new hammer mechanism installed have been marked with a diamond in the flat portion of the slot just behind and below the hammer, as shown to the right. If your pistol has the diamond*, it does not need the retrofit. Any LCP® marked with the serial number prefix "371" (serial number 371-xxxxx) or higher is not affected. When we return your pistol, we also will send you a FREE magazine *with the new finger grip extension* as a "thank you" for your patience and cooperation. Visit **RUGER.COM/LCPRECALL** for more information.

**SR9® RECALL NOTICE:** We have determined that some Ruger SR9® pistols manufactured between October 2007 and April 2008 can, under certain conditions, fire if dropped with their manual safeties in the "off" or "fire" position. The pistols will not fire if the manual safety is in the "on" or "safe" position.

We designed a replacement trigger group which prevents firing when dropped and retrofits all affected Ruger SR9® pistols at no charge. This retrofit only applies to SR9® pistols with serial number prefix "330" (330-xxxxx) and these new parts at NO CHARGE to our customers. When we return your pistol, we also will send you a FREE magazine as a "thank you" for your patience and cooperation.*

In order to ensure correct fitting, the new parts must be installed at our Ruger factory in Prescott, Arizona. We will remove the old parts and install the new trigger group promptly, at no charge, and will return the pistol to you. The old parts will not be returned. Visit **RUGER.COM/SR9RECALL** for more information.




For additional product, safety or service information, please visit **RUGER.COM**

## AN IMPORTANT FREE SAFETY OFFER FROM RUGER:

Do you own an "old model" (pre-1973) Ruger® Single-Six®, Blackhawk®, Super Blackhawk® or Bearcat® single-action revolver like these?

*Three frame screws identify the "old model" Single-Six®, Blackhawk®, and Super Blackhawk® made from 1953 to 1972.*

*Serial numbers below 93-00000 identify old Bearcat® and Super Bearcat® models made from 1958-1972.*

Three frame screws identify the "old model" Single-Six®, Blackhawk® and Super Blackhawk® made from 1953 to 1972. Serial numbers below 93-00000 identify old Bearcat® and Super Bearcat® models made from 1958-1972.

The Ruger® Conversion Kit is an entirely new operating system for these revolvers. **It can help prevent accidental discharges caused by a drop or blow to the hammer if the user has failed to take the basic safety precaution of keeping the hammer down on an empty chamber. That's very important!**

This mechanism can be factory-installed in "old model" revolvers without any further alteration. The frame and other major parts will not be affected by this conversion. The value of the gun will not be impaired, and we will return your original parts for collector's purposes.

To receive a free factory safety conversion, write to us at Sturm, Ruger and Company, Inc.; 411 Sunapee Street Newport, NH 03773 or call 336-949-5200. We will provide you with a shipping container and instructions. You only pay initial shipping to our factory. We will cover all other charges including return shipping costs. Please write to us without delay if you have one of these guns, and tell your friends about the availability of this kit. Remember that the safest way to carry any older single-action revolver, regardless of manufacturer, is with the hammer down on an *empty* chamber.

**PLEASE WRITE TO US AT:**

**Ruger / Conversion Department / 411 Sunapee Street / Newport, NH 03773 or call 336-949-5200**

For full details and a FREE shipping box. If your single-action revolver has the words "New Model," "Bisley" or "Vaquero" on the frame, this offer is not applicable.

**NOTICE:** Typographic, photographic and/or descriptive errors are subject to correction. We apologize for any inconvenience. Weights of all Ruger® firearms, and rifles in particular, may vary from the published weight because of variations in wood density, bore size, barrel length and style. All weights specified in this reference guide are approximate. In some instances, length, width or height dimensions may have been rounded or truncated. All ammunition that appears in this reference guide is shown actual size only when noted. Sturm, Ruger & Co., Inc. does not manufacture scopes, optics or lasers. Scopes, optics and lasers are not included with any firearm purchase unless specifically noted.

All specifications and prices are subject to change without notice. Sturm, Ruger & Co., Inc. reserves the right to change the prices, specifications or availability of its products at any time without notice.

**The following are registered trademarks of Sturm, Ruger & Co., Inc.:** 96; 10/22; 10/22 Takedown; AC-556; All-Weather; AR-556; Arms Makers For Responsible Citizens; Bearcat; Blackhawk; BX-15; BX-25; BX-Trigger; EC9s; Elite 452; Everything You Need and Nothing You Don't; GP100; Hawkeye; It's Mine and It's American; It's Mine. And It's American.; LC380; LC9; LC9s; LCP; LCR; LCRx; M77; Match Champion; Mini-14; Mini Thirty; Old Army; Power Bedding; Redhawk; Ruger; Ruger 22/45 Lite; Ruger 77/17; Ruger 77/22; Ruger 77/44; Ruger American; Ruger American Pistol; Ruger American Rifle; Ruger American Rimfire; Ruger Custom Shop; Ruger Hunting; Ruger Inside & Out; Ruger Precision; Ruger Precision Rifle; Ruger SP101; Ruger Titanium; Ruger Vaquero; Rugged, Reliable Firearms; Security-9; Silent-SR; Single-Nine; Single-Six; Single-Ten; SR1911; SR9; SR9c; SR22; SR-22; SR40; SR40c; SR-556; SR-556 Takedown; SR-762; Super Redhawk Alaskan; Wrangler.

Actual colors may vary from those displayed in this reference guide due to variations in print quality, light, wood, metal and other factors. Inspect product before purchase.

**The following are trademarks of Sturm, Ruger & Co., Inc.:** 10/22-FS; 22 Charger; 22/45; 22/45 RP; 77/357; Bisley; Gold Label; I'm a Ruger American; LC380CA; LC6; LCR-357; Mark II; Mark III; Mark IV; Model 96; P345; P345D; P345PR; P85; P90; P91; P93; P94; P95; P97; PC Carbine; Ruger 10/17; Ruger 77/50; Ruger Marksman Adjustable; R.I.O.S. (Ruger Inertia Operating System); Security-Six; Service-Six; Single-Seven; Speed-Six; SR45; SR-556c; SR-556VT; Super Bearcat; Target Grey; This is Ruger. This is America.; Train. Compete. Defend.; Tri-Flex.

*For Connecticut residents only, we will send you a ShopRuger.com gift certificate in lieu of the magazine.


# CONTACT INFORMATION





## RUGER CUSTOMER SERVICE

Service inquires for all firearms, sportswear and accessories: **336-949-5200** / **Ruger.com/CustomerService**

## INDEPENDENT DISTRIBUTORS OF RUGER BRANDED PRODUCTS

**BANGERS L.P.**
800-226-4377 | bangersusa.com

**BIG ROCK SPORTS, LLC**
800-334-2661 | bigrocksports.com

**BILL HICKS & CO., LTD.**
800-223-0702 | billhicksco.com

**CAMFOUR, INC.**
800-347-3276 | camfour.com

**CHATTANOOGA
SHOOTING SUPPLIES, INC.**
800-251-4808 | chattanoogashooting.com

**CROW SHOOTING SUPPLY**
800-264-2493 | crowshootingsupply.com

**DAVIDSON'S, INC.**
800-367-4867 | davidsonsinc.com

**GUNARAMA WHOLESALE, INC.**
800-333-3006 | gunarama.com

**HILL COUNTRY WHOLESALE, INC.**
800-777-2666 | hillcountrywholesale.com

**LIPSEY'S, LLC**
800-666-1333 | lipseys.com

**MGE WHOLESALE, INC.**
800-734-5965 | mgewholesale.com

**RSR GROUP, INC.**
800-541-4867 | rsrgroup.com

**SPORTS SOUTH, LLC**
800-388-3845
theshootingwarehouse.com

**V.F. GRACE, INC.**
907-272-6431
vfgrace.com/custport/index.htm

**W.L. BAUMLER COMPANY, INC.**
800-321-2501 | wlbco.com

**ZANDERS SPORTING GOODS**
800-851-4373 | gzanders.com





RUGER

2020 FIREARMS CATALOG

RUGER.COM

# Exhibit 7



# CIVILIAN PRODUCTS

**HECKLER & KOCH**

# VP SERIES   9 MM X 19 / .40 S&W

In 2014, the introduction of the Heckler & Koch 9 mm VP9 took the firearms industry by storm. The following year, the HK VP40 — with its powerful .40 S&W chambering joined the VP Series lineup.

In development for more than four years, the VP Series is Heckler & Koch's latest handgun and the first striker fired HK since the renowned P7 series pistols were introduced in the 1980s.

Experience gained by HK engineers with the P30 pistol had a direct influence on the design of the VP, but the VP Series breaks new ground with its integration of a unique striker firing system with an enhanced HK precision strike trigger. The net result is trigger quality unequaled in any production striker fired handgun.

Heckler & Koch pioneered the first striker fired handguns, producing both the VP70 and P7 series, designs that impacted several models by HK competitors. But a superior trigger has eluded most striker fired pistol designs.

The VP trigger surpasses those found on competitors. It has a short, light take-up with a solid, single action type break followed by a short positive reset.

The VP trigger has a consistent pre-travel pull with a positive wall/crisp break. Typically, striker fired guns have a pre-travel pull that increases in weight as you go through the trigger stroke. With the VP, you have a less than noticeable pre-travel pull until the trigger reaches the engagement point of the fire control parts prior to trigger break.

The VP uses HK's ergonomic handgun grip design that includes three changeable backstraps and six grip side panels— accommodating all hand sizes. Molded finger grooves in the front of the pistol's grip also instinctively position an operator's hand for optimal shooting. Only HK handguns have such a customized grip.

Although influenced by other HK models, the VP Series has all the hallmarks of the latest, state-of-the-art handgun. All controls are completely ambidextrous. Slide releases are present on both sides of the frame and the magazine release can be easily activated by left- or right-handed shooters.

A new feature is HK's patented charging supports — simple components that are mounted on each side of the rear of the slide and provide better gripping leverage for racking the slide rearward. The charging supports speed reloading and make operating the VP easier for shooters with reduced hand strength. VP Series pistols use the proven HK P30 steel magazine design; 15-round (9 mm) and 13-round (.40 S&W). Reduced, 10-round capacity magazines are also available.

VP Series pistols have an extended Picatinny MIL-STD-1913 rail molded into their polymer frame for mounting lights and accessories. The rail has been tested and certified to handle mounted accessories up to 5.6 ounces (160 grams).

VP pistols use a proprietary captive flat recoil spring that helps reduce the recoil forces effecting the operator and the handgun, improving shooter control during rapid firing and prolonging component life span.

HK's famous cold hammer forged barrel — made from cannon grade steel — ensures a long service life. Similar HK barrels on 9 mm P30 models have fired more than 90,000 rounds in endurance tests in 2010. The polygonal bore profile, with no traditional lands-and-grooves rifling, contributes to longer service life as well as a slight increase in muzzle velocity.

The VP's machined steel slide is protected from corrosion and wear by HK's hostile environment finish and all metal components, including springs and pins have superior metallurgy.

VP pistols are made in Heckler & Koch's Oberndorf factory in southwest Germany and are well-suited for civilian sport shooting, security, military, and law enforcement use.

Covered by Heckler & Koch's limited lifetime warranty, the VP Series is a solid design engineered with the famous long-term durability that make HK products especially cost-effective when subjected to total life cycle cost analysis. And VP Series pistols are remarkably value priced.



Low snag rear sight is drift adjustable for windage.

Low profile right side slide release lever

Enlarged, heavy-duty extractor for reliability also functions as a loaded chamber indicator

All HK pistol slides made from high strength steel with carbon-nitride "hostile environment" corrosion resistant finish.

VP pistols have non-radioactive luminescent three dot sights for fast target acquisition. Tritium sights standard on LE models or as an accessory.

Patented HK charging supports make pulling the VP slide rearward effortless.

Higher grip saddle translates into lower effective bore axis; means quicker target acquisition, less felt recoil, and faster follow up shots.

Extended Picatinny rail rated to handle lights, lasers, aimers, and other accessory loads up to 5.6 ounces with no impact on performance.

Trigger safety latch

Replaceable backstraps (choice of small, medium, or large with each VP).

Ambidextrous magazine release is easily operated using your thumb or index finger without changing grip position

**VP40** STRIKER FIRED
**.40 S&W**

Replaceable side panels (choice of small, medium, or large with each VP pistol)

Lanyard loop attachment point

HK LIFETIME WARRANTY ON ALL FIREARMS

Uses steel P30-type magazines with protective polymer floorplate. 13 rounds (.40 S&W), 15 round (9 mm), and 10 round also available for both calibers.



Rear of the striker is colored red and serves as a cocking indicator

VP40          VP9

charging supports          charging supports

Nearly identical, the VP40 has a taller (by 1 mm) and slightly heavier slide than the VP9. Patented HK Charging Supports help facilitate smoother and easier manipulation of the slide during clearing or reloading.



**DISASSEMBLY LEVER**

Simple and easy disassembly with the new HK takedown lever. For optimal safe handling, VP pistols cannot be disassembled with a magazine in the magazine well—and the trigger doesn't need to be pulled to remove the slide.



Leading competing striker fired pistol triggers (in Black & Blue)   VP Series

FORCE

DISTANCE

VP Series trigger compared to triggers on leading competing striker fired pistols. The HK VP Series trigger tested lighter than the two most major models.

2

**PISTOLS**



Front slide serrations

Disassembly lever

Slide release lever (ambidextrous)

Rear slide serrations

Cold-hammered forged barrel ensures long service life and outstanding shooting accuracy. Polygonal bore profile for increased velocity, easier cleaning, and longer barrel life.

6 groove, right hand twist
1 in 9.8 inch twist

Trigger designed for superior performance — short, light take up with single action quality and short, positive reset.

trigger pull = 5.4 pounds /24 Newtons
trigger travel = .24 inches /6 mm
return travel = .12 inches / 3 mm

Large recurved trigger guard allows shooting when wearing gloves

The rear of the striker/firing pin is colored red and is visible by the shooter when the striker is cocked.

Safety elements include firing pin block, trigger latch safety. Pistol and magazine are safety certified (including drop tested) according to ACC225 NATO and NIJ0112.03 standards.

VP9 STRIKER FIRED
9 MM

Ergonomic grip profile used on the renowned HK45 and P30 pistols



**CUTAWAY VIEW OF VP PISTOL**

The VP Series pistols use a striker fired ignition and a modified Browning operating system combined with an optimal precison strike trigger control system — it is in essence a premium HK P30 frame mated to an advanced striker fired slide design. Materials include proprietary HK steel for barrel, slide, springs, pins, and internal components. The VP Series polymer frame is completely corrosion resistant.



Combination of 3 interchangeable backstraps and 6 grip panels allow custom fit for all shooters. 27 unique, custom-fitted grip combinations are possible for VP pistols.

ACCLAIMED AND
AWARD WINNING

HANDGUN
2014
GUNS &
AMMO
OF THE YEAR

NRA
2015



NEW

**NEW VP9 & VP40 FLAT DARK EARTH (FDE) VARIANTS**
Using special colorants added to the frame during the molding process, new VP9 (9 mm) and VP40 (.40 S&W) FDE models join the VP lineup. FDE (Flat Dark Earth) is the tan/brown color scheme increasingly used by international military and security units. Currently available in law enforcement configuration ( Tritium night sights and three magazines).



5.5 Inch Bullseye Target

The VP Series pistol possesses HK's well-earned reputation for handgun accuracy (HK staff test target, 5 shots with a VP9 at 25 yards).



**AVAILABLE
VP CONFIGURATIONS**

• VP9 pistol with two 15 rd. magazines  — M700009-A5  UPC 642230250857
• VP9 pistol with two 10 rd. magazines  — 700009-A5  UPC 642230250864
• VP40 pistol with two 13 rd. magazines  — M700040-A5  UPC 642230253582
• VP40 pistol with two 10 rd. magazines  — 700040-A5  UPC 642230253605
• VP9 pistol with three 15 rd. magazines and tritium sights  — 700009LE-A5  UPC 642230250888
• VP9 pistol with three 10 rd. magazines and tritium sights  — 700009LEL-A5  UPC642230251793
• VP40 pistol with three 13 rd. magazines and tritium sights  — 700040LE-A5  UPC 642230253599
• VP40 pistol with three 10 rd. magazines and tritium sights  — 700040LEL-A5  UPC 642230253612



VP Series pistol shown with an accessory light. The VP's extended MIL-STD-1913 rail with four segments is rated to accomodate a 5.6 ounces / 160 grams load for accessory light, lasers, and aimers with no impact on performance.

The VP pistols can be easily field stripped and disassembled without the need to pull the trigger prior to removing the slide. A low maintenance design, the VP has a service life of many tens of thousands of rounds.

3

# P30  9 MM X 19 / .40 S&W

Recent HK pistol designs, the P30 and P30L (Long Slide) are modern police and security pistols that combine function and safety. Ergonomic features include a special frame with interchangeable backstraps and lateral grip panels, allowing the pistol to be individually adapted to any user. Multiple trigger firing modes include HK's enhanced double action only "Law Enforcement Modification (LEM)" as well as conventional double action/single action with a serrated decocking button located on the rear of the frame. Other ambidextrous controls include dual slide and magazine release levers. All P30 pistols feature an automatic hammer safety and firing pin safety.

A Picatinny rail molded into the front of the frame makes mounting lights, laser aimers, or other accessories easy and convenient. Extensively tested, the P30 Series have already been adopted by several police agencies in Europe and North America. During an independent torture test in 2010, one randomly selected P30 fired more than 90,000 rounds. Excellent weight and balance make all the P30 series pistols naturally pointable, easy to control, and accurate to shoot. The P30 and P30L are both available in 9 mm and .40 S&W, "S models" (P30S and P30LS) have ambidextrous safeties.

**P30:** Models in caliber 9 mm x 19 or .40 S&W with short slide/barrel and no external safety. Currently available in following variant and trigger systems: V1 "Light" LEM (Law Enforcement Modification - light trigger pull), V3 DA/SA (Double Action/Single Action)



**P30S:** Models in caliber 9 mm x 19 or .40 S&W with short slide/barrel and ambidextrous external safety levers. Available in following variant/trigger system: V3 DA/SA (Double Action/Single Action).



**P30L:** Model in caliber 9 mm x 19 or .40 S&W with lengthened slide/barrel. Available in following variants and trigger systems: V1 "Light" LEM (Law Enforcement Modification - light trigger pull), V2 LEM (Law Enforcement Modification), and V3 DA/SA (Double Action/Single Action).



**P30LS:** Models in caliber 9 mm x 19 or .40 S&W with lengthened slide/barrel and ambidextrous external safety levers. Available in following variant/trigger system: V3 DA/SA (Double Action/Single Action).



Cold-hammered barrel ensures long service life and outstanding shooting accuracy. Polygone bore profile for increased velocity, easier cleaning, and longer barrel life.

All HK pistol slides are made from high-strength steel with carbon-nitride "hostile environment" finish.

Law Enforcement Modification (LEM) enhanced double action only model has spurless hammer, its V1 "light" LEM trigger pull is approximately 5.4 pounds.

Large recurved trigger guard allows shooting when wearing gloves.



P30
V1 LEM

Ambidextrous magazine release is easily operated using your thumb or index finger without changing the grip position.

HK LIFETIME WARRANTY ON ALL FIREARMS

P30 series pistols use metal magazine for optimal reliable feeding. Capacity: 9 mm = 15 rounds, .40 S&W = 13 rounds. 10 round magazines available for both calibers.

**TESTED ENDURANCE**
One randomly picked P30 9 mm sample fired 91,322 rounds in a 2010 reliability trial conducted by the inependent firearms consultancy "pistol-training.com."

NOTE: Law enforcement & government models of all HK pistols include tritium night sights, three magazines and are available to civilian shooters.



**PISTOLS**

P30L identical to standard P30 but with 1/2 inch longer slide, barrel, and sight radius.

P30 and P30L pistols have Non-radioactive luminescent three dots sights for fast target acquisition. Accessory night sights also available.

P30 and P30L "S" models have ambidextrous safety levers and a separate decocking button. Safety lever can be used to carry the pistol "cocked and locked."

P30L    P30

Decocking lever for conventional double action/single action (DA/SA) models.

Decocking lever for double action/single action (DA/SA)

MIL-STD-1913 "Picatinny" rail for easy installation of weapon lights, lasers, and other accessories.

P30
V3 DA/SA

M    S    L

P30LS
V3 DA/SA

Conventional double action/single action (DA/SA) with a centrally located decocking button and hammer with spur.

HK ergonomic grip profile is designed to conform to hand anatomy for better control and conform.

Combination of 3 interchangeable backstraps and 6 grip panels allow custom fit for all shooters. 27 unique grip combinations are possible.

Interchangeable backstraps allow custom fit for all shooters. Medium, small, and large backstraps are standard with each pistol.

Grip panels (lateral plates) for custom fit. Complete set are standard with all P30 models.

Law Enforcement Modification (LEM) enhanced double action has hammer without spur.

L    S    M        M    S    L

| P30/P30S/P30L/P30LS/P30SK/P30SKS/P2000/P2000SK TRIGGER FIRING MODE AND SAFETY SYSTEMS CHARACTERISTICS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Variants | Trigger system[1] | Trigger pull (Pound-Force/Newtons approx.) | | | Trigger travel (mm approx.) | | Safety[4] | Hammer | |
| | | LEM | SA | DA | SA[3] | DA[3] | | with spur | without spur |
| V1 | LEM | 5.4 / 24 | – | – | – | 14 | A | no | yes |
| V2 | LEM | 7.3 / 32.5 | – | – | – | 14 | A | no | yes |
| V3 | DA/SA | – | 5.4 / 24 | 11.5 / 51 | 7 | 14 | A, D (S) | yes | no |

[1] LEM = Law Enforcement Modification ( also known as CDA = Combat Defence Action) / [2] SA = Single Action / [3] DA = Double Action (1 shot as specified, subsequent shots approximately 7 mm) / [4] A = Automatic hammer and drop safety catch / D = Decocking / (S) = Ambidextrous safety levers available. Same trigger modes available for P2000/P2000SK, but no V3 with ambidextrous safeties.

5

# P30SK (SUBCOMPACT) 9 MM X 19



LEM variants have a no-snag bobbed hammer

P30SK V1 LEM

Large recurved trigger guard for use with gloved hands

3.27 inch (83 mm) cold hammer forged barrel

P30SK models have multiple safety features, including a firing pin block, disconnector, and drop safety.

Non-radioactive luminescent three dots sights for fast target acquisition. Accessory night sights also available.

Changable grip panels

P30SK V3 DA/SA

V3 Double Action/ Single Action model has spurred hammer and decocking lever

Steel magazine with durable polymer floorplate (9 mm = 10 rounds)

6 grip panels and 3 backstraps can be easily changed for a custom fit

Abbreviated Picatinny rail for mounting lights and aimers

Ambidextrous magazine release

Law Enforcement Modification (LEM) V1 uses an enhanced double action only firing mode with a light trigger pull

Interchangeable backstraps allow custom fit for all shooters. Medium, small, and large backstraps are standard with each pistol.

HK ergonomic grip profile with finger contours for better control and conform while shooting

The subcompact model of the renowned P30 handgun, P30SK (SubKompact) series has all of the sought-after characteristics of the larger frame P30 and P30L pistols but in a more concealable design.

The completely adjustable P30 grip feature — consisting of interchangeable backstraps and lateral grip panels — is replicated in the ultra-compact grip frame of the P30SK. This allows the pistol to be easily modified to fit any individual user.

And like its larger frame counterparts, the P30SK is available in multiple trigger firing modes including HK's enhanced double action only "Law Enforcement Modification (LEM)." For the P30SK, the LEM trigger is configured with a "light strike V1" setup — requiring approximately 5.4 pounds-force to pull the trigger.

Other trigger modes include conventional double action/single action (DA/SA) with a serrated decocking button located on the rear of the frame. The DA/SA mode is available with and without dual ambidextrous manual safeties located on the left and right side of the frame. Other ambidextrous controls include dual slide and magazine release levers. Like all P30 pistols, the P30SK features an automatic hammer safety and firing pin safety.

An abbreviated Picatinny rail molded into the front of the frame enables weapon lights, laser aimers, or other accessories to be easily mounted. All P30SK models have been extensively tested during a three year development process.

Despite their small size, P30SK subcompacts have excellent weight and balance making them naturally pointable, easy to control, and accurate to shoot; currently available in 9 mm.

**PISTOLS**



Short 3.27 inch (83 mm) barrel has polygonal profile and is made with proprietary cannon grade steel using the famous HK cold hammer forging process

**P30SKS**
V3 DA/SA WITH SAFETY

P30SKS has ambidextrous safety levers located on both sides of the slide

Ambidextrous slide releases are located on both sides of the frame

Safety lever

Enlarged, extended extractor also functions as a loaded chamber indicator

Decocking lever

Trigger has "optimal parabola" curve for comfort and ease of control

P30SK models have the patented HK Lock-Out Safety Device installed in the magazine well. When engaged, the handgun is locked and cannot fire until unlocked.

All P30SK variants come with a complete set of 3 interchangeable backstraps and 6 grip panels allowing users a custom fit with 27 unique grip combinations.

**HK LIFETIME WARRANTY**
ON ALL FIREARMS

P30SK shown with accessory weapon light. The pistol's abbreviated MIL-STD-1913 rail accommodates many accessory lights, lasers, and aimers — including some designed for large frame pistols.



P30SK models
Overall length =6.42 inches (163 mm)
Height = 4.57 inches (116 mm)

P30 models
Overall length =7.12 inches (181 mm)
Height = 5.47 inches (138 mm)

P30L models
Overall length =7.71 inches (196 mm)
Height = 5.47 inches (138 mm)

**P30SK / P30 / P30L SIZE COMPARISON**

# HK45 & HK45 COMPACT .45 ACP

The HK45 Series is one of Heckler & Koch's most up-to-date pistol lines and is available as both a full-size and compact model. The HK45 and HK45 Compact were developed as product improvements of the highly-regarded and ultra-reliable HK USP45 and USP45 Compact family of pistols that were introduced in the 1990s.

Many user-inspired enhancements found on the HK45 and HK45 Compact are also present on several recent Heckler & Koch semi-automatic pistols, including the P30, P30L, P30SK, P2000, and P2000 SK. These features include changeable backstraps, improved Picatinny MIL-STD-1913 accessory rails, better ergonomics, and more ambidextrous controls.

The HK45 and HK45 Compact were originally developed as candidates for the Joint Combat Pistol (JCP) and Combat Pistol (CP) programs administered by the U.S. military in their search for a new service handgun.

Well-suited for personal defense use, the HK45 and HK45C (Compact) are available in, or can be converted to, a wide variety of variants that use different trigger firing modes, including DA/SA (double action/single action) and DAO (double action only). The DAO mode uses the unique Heckler & Koch LEM (Law Enforcement Modification) firing system for an enhanced and improved double action trigger pull.

By using the modular approach to the internal components first pioneered by HK on the USP, the control lever function of the HK45 can be switched from the left to the right side of the pistol to accommodate left-handed shooters (additional parts required). Left and right mounted control levers provide safety and/or decocking functions as required and can be fitted to the pistol simply by changing parts. For true ambidextrous use, a control lever can also be mounted on both sides of the pistol if required.

Extensively tested and operationally proven, the HK45 Series is a new paradigm for Heckler & Koch handgun design and manufacturing.



Enlarged, heavy-duty extractor for reliability

Special HK Hostile Environment finish, a polymer coated Tenifer treatment

Polygonal bore for increased velocity, easier cleaning, and longer barrel life

Contoured and radiused machined steel slide with forward slide grooves (front cocking serrations) and anti-glare longitudinal ribs (top)

HK three dot sights

MIL-SPEC 1913 Picatinny rail for installing lights and other accessories

Changeable backstrap

Ambidextrous controls include enlarged magazine release and dual slide releases.

HK45 LEM

LIFETIME WARRANTY — ON ALL FIREARMS —

10 round steel magazine with protective polymer floorplate

HK45, HK45 Tactical, HK45 Compact, and HK45 Compact Tactical models are assembled in the USA from German and American made components.

An improved USP-style control lever, a combination safety and decocking lever, is frame mounted and quickly accessible. The HK45 control lever has a positive stop and returns to the "fire" position after decocking.

Large trigger guard allows shooting when wearing gloves

HK45 V1

The full-size frame model of the HK45 features an ergonomic grip with finger contours molded into the frame.

**MODULAR BACKSTRAPS**
Each HK45 comes standard with an extra backstrap; medium and small interchangeable backstraps ensure an optimal fit for most shooter's hands and complement the ergonomic profile grip.

**O-RING FOR ACCURACY**
All HK45 series models have proprietary O-ring barrels for precise barrel-to-slide lockup and optimal accuracy. All HK45 models have barrels made using the famous HK cold-hammer forging process.

**PICATINNY RAIL FOR ACCESSORIES**
Integral MIL-STD-1913 (Picatinny) rail molded into the polymer frame dust cover for mounting lights, laser aimers, and other accessories. HK45 shown with SureFire weaponlight.

8

**PISTOLS**



Choice of conventional double action/single action (with manual safe & decocking), enhanced double action only (LEM), and decock only

**HK45 COMPACT**

Ambidextrous slide release levers present on all HK45 series models

All HK45 Series pistols come with two interchangeable backstraps (small and medium) for optimal fit

HK45 Compact models are functionally identical to the full size HK45 with a shorter barrel/slide and a shorter, "slim-line" grip.

8-round magazine with a finger grip floorplate. 10-round magazines for HK45/HK45 Tactical also fit.

Tactical models have threaded O-ring barrels made with Heckler & Koch's famous proprietary steel. Barrels have polygonal profile for long service life and are manufactured in Germany using HK's acclaimed cold hammer forging process. NOTE: Only high quality sound suppressors should be used with HK handguns, contact HK-USA customer service for more information.

All HK45 series pistols are assembled in the USA from German and American made components.

All HK pistols with threaded barrels come standard with thread protectors

**HK45 COMPACT TACTICAL**

Choice of models with control lever functions. "Decock Only" model used by a component of the U.S. special operations forces.

10-round magazine with extended floorplate and sleeve is standard on the HK45 Compact Tactical.

HK45 Tactical models come with high profile Tritium three-dot sights.

**HK45 TACTICAL MODEL MATCHED WITH A SOUND SUPPRESOR**
For suppressed use, an HK45 Tactical model easily accomodates most high qualtiy, major brand sound suppressors. The extended O-ring barrel ensures optimal lockup with the slide for precision accuracy.

**HK45 TACTICALS WITH THREADED BARRELS**
For use with high quality sound suppressors, HK45 Tactical models have all the same features found on standard model HK45 pistols plus threaded O-ring barrels and tritium night sights.

HK45 frame has changeable backstraps for a custom fit

**HK45 TACTICAL**

The HK45 Tactical polymer frame uses an ergonomic grip and is completely corrosion resistant.

**LOCK-OUT SAFETY DEVICE**
HK pistols feature the patented HK Lock-Out Safety Device. When engaged, it locks the handgun's action by blocking any movement of the hammer strut and slide. The handgun is locked and cannot fire until unlocked.

**50,000 ROUNDS TORTURE TEST**
In 2010, an indepedent training organization, **Pistol-Training.Com**, subjected a randomly selected HK45 to a 50,000 round endurance test. Cleaned at 10,000 round intervals, the sample pistol survived the endurance test and is still being used.

**DEVELOPED FOR SPECIAL OPERATIONS**
Created for the U.S. military's special operations handgun competition, the HK45 series has an unrivalled reputation for accuracy and reliability. A variant of the HK45 CT is currently the handgun used by a naval special operations component.

**HK LIFETIME WARRANTY** ON ALL FIREARMS

9

# P2000 & P2000 SK  9 MM X 19 / .40 S&W

Building on the foundation of the Heckler & Koch USP handgun line, the P2000 and P2000 SK (Subcompact) incorporate features of the successful HK USP Compact pistol with more recent innovations of HK engineers.

A refinement of a design created for several European police agencies, the P2000 and P2000 SK are available with a traditional double-action/single-action trigger mode and the LEM (Law Enforcement Modification) trigger system first introduced by HK in 2001 on the USP Compact "LEM" model.

The Law Enforcement Modification trigger system combines the advantages of a cocked striker component (constant level of trigger pull from first to last round fired) with a double-action hammer system.

Using such an enhanced trigger system consolidates ease of use and safety into a convenient, innovative trigger operation—one that reduces the chance of unintended firing.

And in case of an ammunition-related failure to fire, all that is needed is an additional second or third squeeze of the trigger without the need of first pulling the slide back to recock the pistol.

The enhanced Law Enforcement Modification trigger system combines the reliability of a double action revolver trigger with the crisp trigger of a single action pistol.

On variants using the conventional double-action/single-action (DA/SA) mode of operation, an easy to access, ambidextrous decocking button is mounted on the left, rear portion of the frame.

It allows the shooter to safely lower the hammer from the cocked single-action position to the uncocked double-action position. The DA/SA variants of the P2000 and P2000 SK are readily identifiable by the presence of the serrated decocking button and spurred hammer.

A set of simple-to-install modular grip inserts allow all P2000/P2000 SK models to be custom-fitted to any shooter's hand.

An ambidextrous magazine release and dual slide release levers make handling P2000 Series pistols natural and easy for right and left-handed shooters alike. The addition of "industry standard" mounting rails to the P2000 and P2000 SK allows the widest variety of lights, aimers, and accessories to be added by sliding them onto the open rail system. The P2000 uses widely available, reliable USP Compact metal magazines. The same magazines fit the P2000 SK for added firepower. Available in .40 S&W and 9 mm.



Polygonal bore profile for increased velocity and easier cleaning. Cold-hammered barrel ensures long service life and outstanding shooting accuracy. Caliber .40 S&W model can be converted to .357 with quick and easy barrel replacement.

Ambidextrous slide release (located on both sides of the frame).

Low profile slide and slimline, compact dimensions

Modular grip panels options include extra large, large, medium (standard), and small to fit all sizes of hands

Law Enforcement Modification (LEM) model has bobbed, spurless hammer

Industry standard mounting rails allows a wide selection of accessories to be installed (see inset photo below)

**P2000 V2 LEM**

Trigger pull on LEM models is 7.3-8.5 pounds. Trigger pull can be adjusted by an HK armorer to the 5.5 pound range (light LEM).

Ambidextrous magazine release lever

**LAW ENFORCEMENT MODIFICATION (LEM) TRIGGER SYSTEM**

Developed especially for a U.S. government agency, the Law Enforcement Modification (or LEM for short), is a unique trigger mechanism created specifically to improve the trigger performance and reduce the weight of the Double-Action Only (DAO) trigger pull in the P2000, P2000SK, P30, P30L, P30SK, USP, USP Compact, and HK45/HK45 Compact pistols. With this mechanism, HK pistols can be fired like a standard DAO semi-automatic pistol where every round is fired by simply pulling the trigger fully rearward with the hammer starting at the forward rest position. The design of the proprietary HK LEM system allows the weight of the DAO trigger pull to be reduced to a smooth and constant 7.5-8.5 pounds (standard LEM) because the two-part hammer is precocked every time the slide moves rearward. An even "lighter" LEM trigger is available on some HK pistol models.

Patented HK Lock-Out Safety device

Extended floorplate has a finger hook. The P2000 uses the same metal magazines as USP Compact.

Magazine capacity:
.40 S&W = 12 rounds
9 mm = 13 rounds
(10 round magazines also available)

**Tactical light**
Example of P2000 with mounted tactical light. Available as an accessory.

**GRIP PANELS**
Exchangeable grip panels (back straps) accommodate a wide variety of hand sizes and shooting grips.



small



medium



large



extra large

10

**PISTOLS**



DA/SA models of the P2000 and P2000 SK have spurred hammers and serated decocking buttons.

Large, robust extractor doubles as a loaded chamber indicator

Uses three dots sights first originated by Heckler & Koch on P7pistols and now the industry standard. These robust sights are drift adjustable for windage; for elevation adjustable various height sight blades can be inserted.

No snag, bobbed hammer for effective concealment

"Variant 2" LEM (Law Enforcement Modification) enhanced double action trigger pull of 7.3 pounds. Also available in conventional double action/single action trigger mode with decocking button located on the back of the slide.

P2000 SK
V2 LEM

Exchangeable backstraps; P2000 SK comes with medium and large sizes

HK paddle-style ambidextrous slide release levers

All P2000 and P2000 SK pistols have the HK patented Lock-Out Safety Device installed.

Together with the P30SK, the P2000SK are HK's smallest pistols. Available in full power .40 S&W and 9 mm x 19 chamberings, shown above with flat floorplate for optimal concealment.

P2000 SK can also use high capacity USP Compact magazines (shown with accessory "X-Grip" magazine sleeve).

P2000 has recurved trigger guard for grip support, P2000 SK has tappered trigger guard for maximum concealability.

HK
LIFETIME
WARRANTY
ON ALL FIREARMS

P2000
V3 DA/SA

Ambidextrous slide release levers

**HK PISTOLS PASS THE TOUGHEST TEST**
The P2000, P2000 SK, and the USP Compact LEM were subjected to the most punishing pistol evaluation to date by the Department of Homeland Security's Immigration and Customs Enforcement branch. The evaluation was performed with the most potent ammunition loads for three calibers (9 mm, .40 S&W and .357 SIG). After three million rounds were fired, HK finished ahead of five other competing manufacturers, earning a "Superior" technical rating. On August 20, 2004, HK was awarded the largest pistol contract in U.S. law enforcement history. Five months later, US Customs and Border Protection (CBP), the largest U.S. federal law enforcement agency, officially adopted the P2000 pistol in .40 S&W, replacing both legacy Glock 17s and Beretta 96Ds.

Choice of conventional DA/SA or LEM trigger mode on the P2000 and P2000 SK. Double action/single action variant of the P2000 and P2000 SK is readily identifiable by the presence of the serrated button and spurred hammer (left pistol, below). LEM (enhanced DAO) model appears on the right.



Three dot sights are standard on P2000 and P2000 SK models. Three dot sights were originally developed by HK in the 1970s and have proven their utility for quick target acquisition. Optional tritium sights are also available.



An abbreviated pair of industry standard mounting rails allow lights, aimers, and other accessories to be installed by sliding them onto the open rail system.

P2000 SK
V3 DA/SA

Metal magazine with extended rubber-padded floorplate. P2000 SK magazine capacities: .40 S&W and .357 (9-rounds), 9 mm (10-rounds)

11

# USP & USP COMPACT 9 MM X 19/.40 S&W/.45 ACP

The HK USP (Universal Self-loading Pistol) was the first Heckler & Koch pistol designed especially for American shooters. Features favored by the U.S. military, law enforcement agencies, and civilian users provided the design criteria for the USP. Its controls are uniquely American, influenced by such famous designs as the Model 1911 pistol.

The control lever, a combination safety and/or decocking lever, is frame mounted and quickly accessible, unlike the slide mounted safeties common on many semi-automatic pistols. Using a modified Browning-type action with a special patented recoil reduction system, the USP is built to take the punishment of the most powerful SAAMI specification loads. The recoil reduction system lessens recoil effects on pistol components and also lowers the recoil forces felt by the shooter. The USP recoil reduction system is insensitive to ammunition types and requires no special adjustment or maintenance. It functions effectively in all USP models.

By using a modular approach to the internal components, the control lever function of the USP can be switched from the left to the right side of the pistol for left-handed shooters. The USP can also be converted from one type of trigger firing mode to a variety of others. This includes combination double-action and single-action (DA/SA) modes with a manual safety and decocking function, double action only (DAO) modes, including the HK proprietary LEM (Law Enforcement Modification) enhanced trigger system, and even double action/single action modes with no manual safety, as well as single action modes. Such a modular system allows individual tailoring of safety and trigger mechanisms to suit any requirement and any shooter.

The USP is available in both full-size frame and compact models with nine trigger/ firing mode configurations and three major calibers—.45 ACP, .40 S&W, and 9 mm. The first HK pistols covered by Heckler & Koch's Lifetime Warranty, USP and USP Compacts are truly universal pistols — simple to operate, easy to maintain, extremely reliable, and accurate.

Developed in parallel with the USP in the early 1990s, the HK Mark 23 was originally designed for the U.S. military's Special Operations Command. It has the unique distinction of being the only .45 ACP pistol to enter American military service since the venerable Model 1911A1.



Major metal components on the USP and USP Compact are protected from wear and corrosion by HK's special carbonitride Hostile Environment (HE) finish

Slide machined from high-strength carbonitrided steel.

All USP and USP Compacts have polygonal barrel profiles made by cold-hammer forging— ensuring increased barrel life and optimal accuracy.

A USP model was chosen by the Bundeswehr (German Army) as their P8 service pistol. The P8 variant uses a distinct safety and decocking arrangement and is currently not available in the USA.

Innovatiove HK-propietary recoil systems developed and employed in the USP, USP Compact, and Mark 23 pistols.

**USP V1
9 MM**

Three dot sights (originated by HK on P7 pistol models)

The control lever has a positive stop and automatically returns to the "fire" position after decocking. The control lever, featured on many variants of the USP and USP Compact, allows these pistols to be safely carried "cocked and locked."

HK proprietary mounting rails allow lights and aimers to be installed on the USP and USP Compact. An industry standard or Picatinny rail adaptor can also be installed to enable a larger selection of accessories to be used.

**USP V1
.45 ACP**

Reinforced polymer frame. HK pioneered the use of composite materials in production handguns more than thirty-five years ago with the development of the VP70Z and P9S pistols.

USP45 (.45 ACP) is slightly larger and heavier than .40 S&W and 9 mm USP models.



USP9 TACTICAL

USP45 TACTICAL

USP EXPERT 9 MM

USP40 TACTICAL

### SPECIALIZED USP MODELS

Specialized models of the USP include threaded barrel tactical variants and a long slide EXPERT model ideal for competitive shooting and precision handgun applications. All specialized models include a match grade trigger, match grade sights with elevation and windage adjustment, and an O-ring barrel for optimal barrel-to-slide lockup. The USP Tactical models include threaded barrels for mounting an optional sound suppressor. Accessory magazine jet funnels are also available for 9 mm and .40 S&W (shown on the USP Expert) USP Tacticals and USP Expert models.



**PISTOLS**



Extractor provides a visual indication of whether there is a round in the chamber.

**USP COMPACT
V1 .40 S&W**

USP Compact has a recurved trigger guard, full-size USP has tapered trigger guard

Frame of high-strength glass fiber reinforced polymer. The grip size is also suitable for shooters with small or medium-sized hands.

Comparative size of USP Compact and full-size frame USP (grayed image)

Cold-hammered barrel with polygonal profile. Guarantees long service life and outstanding shooting accuracy.

HK proprietary mounting grooves allow a variety of accessories to be mounted to the pistol. Accessory adaptor also available.

**USP COMPACT
V1  9 MM**

Ambidextrous magazine release can be operated using your thumb or index finger without changing the grip position.

Choice of flat or extended floorplate magazines



A threaded HK polygonal barrel increases muzzle velocity and service life, while reducing bore fouling, and eases cleaning. An O-ring ensures optimal slide-to-barrel lockup for superior accuracy.

One-piece machined steel slide protected by HK's proprietary Hostile Environment coating that prevents surface corrosion.

The frame mounted Mark 23 decocking lever is separate from the ambidextrous safety lever and allows the hammer to be lowered quietly and safely from the single action position.

Molded into the frame are special accessory grooves for attaching a light or laser aimer.

The USP-type mechanical recoil reduction system reduces recoil forces to the shooter and pistol components by as much as 30%.

**MARK 23
.45 ACP**

During U.S. military testing, Mark 23 pistols met the most stringent operational and accuracy requirements ever demanded of a combat handgun. Endurance testing demonstrated a service life of over 30,000 rounds of +P ammunition.

## USP/USP COMPACT TRIGGER FIRING MODE AND SAFETY SYSTEMS CHARACTERISTICS (ALSO HK45 & HK45 COMPACT)

| Variants | Trigger system[1] | Trigger pull (Pound-Force/Newtons)[2] | | Trigger travel (mm approx.) | | Control Lever/Safety[4] |
|---|---|---|---|---|---|---|
| | | SA | DA | SA[3] | DA[3] | |
| V1 | DA/SA | 4.5/20 | 11.2/50 | 7 | 14 | S, D (L) |
| V2 | DA/SA | 4.5/20 | 11.2/50 | 7 | 14 | S, D (R) |
| V3 | DA/SA | 4.5/20 | 11.2/50 | 7 | 14 | D (L) |
| V4 | DA/SA | 4.5/20 | 11.2/50 | 7 | 14 | D (R) |
| V5 | DAO | – | 11.2/50 | – | 14 | S (L) |
| V6 | DAO | – | 11.2/50 | – | 14 | S (R) |
| V7 | LEM (enhanced DAO) | | 8 / 36 | – | 14 | – |
| V9 | DA/SA | 4.5/20 | 11.2/50 | 7 | 14 | S (L) |
| V10 | DA/SA | 4.5/20 | 11.2/50 | 7 | 14 | S (R) |

[1] DA = Double Action, SA = Single Action, DAO = Double Action Only / [2] Single Action / Double Action / [4] S = Safety, D = Decocking, (L) = Located on left, (R) = Located on right   NOTE: Variant 8 is a U.S. government test variant and is essentially the same as V7.

13

# SP5K   9 MM X 19



SP5K/MP5 Picatinny rail scope mount for accessory optics

**NEW**

SP5K handguard functions as a flash protector

**SP5K AVAILABLE JULY 2016**

Sling attachment point

215-000155

Fluted chamber means propellant gases "lubricate" and aid in extraction of spent cartridge cases

Finger guard keeps shooter's support hand properly positioned and secure during firing

Magazine release button

Single fire pistol grip trigger mechanism

SP5K/MP5 30-round steel magazine (10-round magazines also available).

**SP5K**
**9 MM X 19**

**HK LIFETIME WARRANTY**
ON ALL FIREARMS



**MP5K STYLING AND HK QUALITY**
The semi-automatic SP5K captures the look and feel of the famous MP5K submachine gun.



**SP5K CARRYING SLING**
The SP5K is equipped with an elastic "bungee" sling. The sling is easily installed on the receiver and makes firing the SP5K more stable and less fatiguing.



The new SP5K was developed by Heckler & Koch as a semi-automatic, civilian sporting pistol (hence the "SP" prefix) that matches the look and feel of the famous MP5K submachine gun.

The SP5K is designed and manufactured to meet the definition of a civilian pistol and marks the return of the roller delayed blowback system to an HK commercial product. This operating system is legendary in its accuracy and reliability. Originally developed on the Heckler & Koch G3 rifle, it has been used on several HK firearms.

The SP5K retains many of the critical features of the MP5, including its precision machined components and attention-to-detail quality. The SP5K is manufactured completely in Heckler & Koch's Oberndorf factory in southwest Germany.

The SP5K is a safe, robust, ergonomic large frame handgun. For more comfortable shooting, the SP5K is equipped with an elastic "bungee" sling. The sling is easily installed by snapping it onto the sling swivel hardware located on the rear of the receiver. Using the sling makes firing the SP5K more stable and reduces fatigue.

The overall length of the SP5K is approximately 14 inches — slightly longer than an MP5K — due to its unique handguard. The SP5K handguard is designed with special ergonomic and safety features to protect the shooter's hand and provide a comfortable and stable grip.

Despite its size, the SP5K is well-suited for sporting use. Using the proven roller delayed blowback system; the SP5K's inherent accuracy makes it an excellent choice for target shooting and an ideal home security arm.

And a wide variety of accessories can be added to increase its functionality. A Picatinny rail scope mount is attached to the upper receiver and allows for optional sights to be easily mounted.

Covered by Heckler & Koch's limited lifetime warranty, the HK SP5K is a faithful rendering of the iconic MP5K as a semi-automatic pistol.

**PISTOLS**



**MP5K TYPE SIGHTS**
The SP5K is equipped with the same adjustable sighting system used on the selective fire MP5K.



**INTEGRAL SCOPE MOUNT**
A Picatinny rail scope mount is included for the easy mounting of optics and accessories.



**SPARE MAGAZINE**
Compact 10-round magazine



Front diopter sight

Cocking lever

Recess notch for locking cocking lever back

Mounting platforms manufactured into the upper receiver for scopes and accessories. (SP5K shown with standard scope mount removed)

Adjustable rear sight.

Take-down pins

Anti-slip ridges on handguard

Thumb indentation on protective handguard. The SP5K handguard is engineered to keep fingers safely away from the muzzle during firing.

**SP5K**
**9 MM X 19**
SCOPE MOUNT REMOVED

Cal. 9mm x 19

MADE IN GERMANY QUALITY

**NEW**

HK 10-round magazine

Single fire trigger/pistol grip mechanism is similar to those available for the MP5

Ambidextrous selector lever with pictographical symbols for "FIRE" and "SAFE"

**WATER RESISTANT AND DURABLE CASE**
The SP5K comes ready for action in its own hard shell case – manufactured to meet or exceed law enforcement, military, and air transport standards. The SP5K Hard Case has a custom cutout to fit the pistol, sight tool, extra magazine, and accessories.



**DELAYED ROLLER BLOWBACK SYSTEM**
The SP5K uses the same recoil operated, roller delayed blowback system found on all MP5 models — famous for its reliability, accuracy, and safe functioning. Reports from MP5 users have seen some variants firing ten of thousands of rounds without any critical failures.



**UNCOMPLICATED MODULARITY**
Like the MP5K, the SP5K fieldstrips into six basic assembly groups with the removal of a locking pins — making cleaning and maintenance quick and uncomplicated.



handguard and locking pin

barrel assembly/receiver and locking pins

bolt group

magazine

backplate

pistol grip mechanism

15

# MR762A1 7.62 MM X 51 NATO

Like its 5.56 mm counterpart, the MR762A1 is a direct descendant of the HK416/417 series, only in a semi-automatic rifle configuration developed for civilian users.

Using the HK-proprietary operating system, the MR762A1 is gas operated and uses a piston and a solid operating "pusher" rod in place of the common gas tube normally employed in AR15/M16/M4-style weapons.

Pioneered by Heckler & Koch in the G36, HK416, and HK417; this method virtually eliminates malfunctions common to direct impingement gas systems since hot carbon fouling and waste gases do not enter the receiver area. The MR762A1 stays cleaner, reducing heat transfer to the bolt and bolt carrier, and drastically reducing wear and tear on other critical components. The service life of all parts is increased substantially.

The MR762A1 uses a barrel produced by Heckler & Koch's famous cold hammer forging process. This manufacturing process uses the highest quality steel, producing a barrel that ensures superior accuracy, even after firing thousands of rounds. The MR762A1 is produced at Heckler & Koch's American manufacturing facilities from both American and German-made components.

The MR762A1 uses many of the assemblies and accessories originally developed for the HK416/417 series including adjustable buttstocks, ergonomic pistol grips, mechanical sights, and handguards. All of the HK handguards are free-floating with MIL-STD-1913 "Picatinny" type rail capabilities allowing accessories, sights, lights, and aimers used on M4/M16-type weapons to be fitted to the MR series. HK rail systems can be removed without special tools by the user and ensure 100% return to zero when reinstalled.

Ambidextrous operating controls are standard on the MR762A1, including a convertible charging handle and an ambidextrous selector lever. The MR762A1 uses the same 10- and 20-round translucent polymer box magazines made for the HK417; a 5-round magazine is also under development.

MR762A1 rifles are well-suited for a variety of applications including law enforcement tactical, police patrol, and general sport shooting. For hunting use, low capacity magazines are available.



Troy Micro sights

16.5 inch German-made cold hammer forged barrel ensures long service life

HK large palm swell target grip with storage compartment for optimum shooting. Other AR accessory pistol grips can also be fitted.

Screws for securing the HK Modluar Rail System handguard

HK-proprietary gas piston operating system prevents propellant gases and carbon fouling from entering into the receiver area, increasing the reliability of the rifle. The same identical operating system is used on the selective fire HK416 and HK417.

Essentially semi-automatic versions of the HK416/417 Series, the MR762A1 and MR556A1s are excellent choices as law enforcement patrol carbines.

**MR762A1**
**7.62 MM**

All HK MR Series rifles have ambidextrous selector levers and can be placed on "SAFE" even when uncocked.

MR762A1 sales configuration

Modular Rail System (MRS) handguard is free floating and allows Picatinny rail segments to be easily installed to its proprietary keyhole design. HK417 Free Floating Rail System (FFRS) handguard is available as an accessory.

10- and 20-round high strength polymer magazines available (10-round shown)

The HK adjustable buttstock has can locked into optimal position for precision shooting and also has a storage compartment for extra batteries and other mission essential gear

HK LIFETIME WARRANTY · ON ALL FIREARMS ·

MADE IN USA

16

# MR762A1 LRP II (LONG RIFLE PACKAGE II) 7.62 MM X 51 NATO

**SEMI-AUTOMATIC RIFLES & CARBINES**



**MADE IN USA**

G28 buttstock with adjustable cheek rest, butt pad, and length of pull.

Leupold 3-9x 40 mm VX-R Patrol scope and mount/base (also available without scope and mount/base)

New 14.7 inch Modular Rail System (MRS) is lightweight and ergonomic—more comfortable for the shooter's support hand.

Accessory Picatinny rail segment installed a keyhole attachment system

Heavy duty G28 receiver extension and castle nut

MR762A1 LRP II

New coyote tan/FDE pistol grip with storage compartment

Integrated quick detachable sling attachment points

LaRue/Harris Tactical BRM-S bipod recognized as one of the industry's best. Same bipod is used on the M27 IAR that HK supplies to the U.S. Marine Corps.

MR762A1 Long Rifle Package (LRP) is a standard MR762A1 rifle with the addition of essential precision marksman accessories.

The LPR includes a 20- and 10-round magazine — the same rugged magazines used on HK's current series of military and law enforcement 7.62 mm rifles and carbines

**HK LIFETIME WARRANTY** ON ALL FIREARMS

The Long Rifle Package (LRP) comes ready-to-use in a Pelican Model 1720 case with critical accessories.

Taking an essentially standard MR762A1 (caliber 7.62 x 51 mm NATO) semi-automatic rifle, Heckler & Koch turns it into a more effective precision rifle by an astute addition of the right optics and accessories. This "MOD 2" variant adds a streamlined handguard and HK pistol grip for greater functionality.

A Leupold 3-9 x 40 mm VX-R Patrol scope and mount, HK G28 adjustable cheekpiece buttstock, and LaRue Tactical BRM-S bipod are the primary add-ons that make the MR762A1 Long Rifle Package (LRP) more than a sum of its parts.

A semi-automatic rifle originally developed from the fully automatic HK417, the MR762A1 LRP employs the same HK proprietary gas piston operating system found on current HK rifles and carbines, using a "pusher" rod in place of the gas tube normally found in AR15/M16/M4-style firearms.

This method of operation virtually eliminates malfunctions that are common to direct impingement gas systems since hot carbon fouling and waste gases do not enter the receiver area. This is the same key feature critical to the success of the current generation of HK rifles used by leading military and law enforcement customers.

The MR762A1 LRP uses a barrel produced by Heckler & Koch's famous cold hammer forging process. The highest quality steel is used in this manufacturing method, producing a long-life barrel that provides superior performance with minimal degradation of accuracy and muzzle velocity after prolonged use. The barrels are manufactured in Germany and finished in the USA.

The MR762A1 used in the "Long Rifle Package" is being produced with the same commitment to quality as German-made HK firearms. By using joint American and German manufacturing, Heckler & Koch leverages the relative strengths of two continents to make the preeminent AR-type firearms, combining the design innovations of the USA and Germany into superior products.

Additional accessories in the Long Rifle Package include an OTIS cleaning kit, HK multi-tool, and the same Blue Force Gear sling used on the HK M27 IAR supplied to the USMC.

The rifle package, complete with one 20 and one 10-round magazine is shipped ready to use with the scope attached in a compact 42-inch Model 1720 Pelican case.

The MR762A1 LRP has all the features sought by civilian precision shooters as well as law enforcement organizations seeking a more basic and lighter weight alternative to the HK G28 series of precision rifles.

17

# MR556A1   5.56 MM X 45 NATO



Like the HK416, the MR556A1 matches the performance and durability of its famous selective fire counterpart and is proven in all conditions... sand, mud, snow, and water.



5.56 mm chamber handles the widest variety of 5.56 x 45 mm and Caliber .223 Remington cartridges

Shown with the ergonomic profile MRS (Modular Rail System) handguard. MR Series rifles can use either the same Free Floating Rail System as the HK416/417 or the MRS. Both ensure the barrel does not come in contact with the handguard and accuracy is unaffected by accessories mounted on the rails. Even after the these handguard are removed and reinstalled, no re-zeroing of sights is required.

The HK-proprietary gas piston operating system prevents propellant gases and carbon fouling from entering into the receiver area, increasing the reliability of the rifle. The same identical operating system is used on the selective fire HK416 and HK417.



Cutaway view of MR556A1/HK416 operating system. Like the HK416, a piston driven operating system is the key to the reliability of the MR556A1.

For precision shooting, the six positon, adjustable MR buttstock can be tightend and locked in place using an HK supplied tool. The HK adjustable buttstock has a storage compartment for extra batteries and other mission essential gear.

Equipped with rugged, adjustable TROY micro sights.

16.5 inch cold hammer forged barrel made of unlined cannon grade steel.

"HK416 geometry" magazine well for reliable function —works with a variety of magazines including aluminum U.S. MIL-SPEC and polymer EMAGs.

HK proprietary "keyhole" attachment system for accessory Picatinny rails keeps weight down

HK large palm swell target grip with storage compartment for optimum shooting. Other accessory HK pistol grips available for custom fit. MR rifles can also accommodate standard grips made for M16/M4/AR15 type rifles.

**MR556A1 5.56 MM**

Ambidextrous safety/selector lever. Unlike other AR-style rifles, HK MRs can be placed on "SAFE" even when the rifle is uncocked.

10, 20, and 30-round steel HK magazines available. A lightweight 30-round HK polymer magazine is also available.

**MADE IN USA**

MR Series rifles are assembled in the USA of German and American made components.



The MR556A1 uses a wide assortment of accessories that fit the HK416 and other AR-type arms, including grips, buttstocks, sights, and magazines. To purchase HK accessories, visit www.hk-usa.com.

A direct descendant of the HK416, the MR556A1 is a semi-automatic rifle developed by Heckler & Koch as a premium level commercial/civilian firearm with match rifle capability. Like the selective fire HK416, the MR556A1 is a major product improvement over conventional AR-type carbines and rifles.

The MR556A1 uses the HK proprietary gas piston operating system, employing a piston and a solid operating "pusher" rod in place of the gas tube normally found in AR15/M16/M4-style firearms.

This method of operation virtually eliminates malfunctions that are common to direct impingement gas systems since hot carbon fouling and waste gases do not enter the receiver area. This is the same key feature critical to the success of the HK416 rifles used by leading military and law enforcement customers.

The MR556A1 is assembled in the USA using American and German made components and uses many of the same assemblies and accessories originally developed for the HK416.

Used with the either the HK Modular Rail System (MRS) or the Free Floating Rail System (FFRS), the barrel does not touch the handguard, ensuring the barrel/handguard relationship is truly free-floating for maximum accuracy. The MRS handguard was added in 2015 and has many of the features found on the FFRS but with a more ergonomic design.

The HK Free Floating Rail System (FFRS) handguard has four MIL-STD-1913 Picatinny rails and allows all current accessories, sights, lights, and aimers used on M4/M16-type arms to be fitted to the MR Series. Both HK rail system handguards can be installed and removed with simple tools and return to zero when reinstalled.

The MR556A1 also has a Picatinny rail machined into the top of its upper receiver for mounting optics and mechanical sights. Unlike earlier prototypes, major subassemblies, including the MR556A1 upper receiver/barrel assembly, are fully interchangeable with other high quality AR-style firearms. MR556A1 upper receiver kits can be used to retrofit competing legacy AR systems.

Like the famous HK416, the MR556A1 uses a German-made barrel produced by Heckler & Koch's famous cold hammer forging process. The highest quality steel is used in this unique manufacturing process producing a barrel that provides superior accuracy and long service life.

But unlike the HK416, the MR556A1 does not use a chrome-lined barrel. Chrome-lining can sometimes mask bore imperfections and negatively affect accuracy. For the new series of Heckler & Koch semi-automatic MR rifles, HK designers and engineers believe best accuracy comes with an unlined bore.

The unchromed barrel has an internal profile of 6 lands and grooves with

a 1 in 7 inch (178 mm) twist. It is also moderately "swagged" with a slightly smaller internal diameter at the muzzle end than the chamber end. This feature has a positive effect on bullet  accuracy and  velocity. The thick, heavy contour 16.5-inch MR556A1 barrel also contributes to its excellent accuracy.

A precise, enhanced two-stage trigger adds significantly to the accuracy of the MR556A1 and an extended latch charging handle makes operating the rifle with a telescopic sight easier. The retractable buttstock can be locked into a solid, non-moving position by tightening an Allen screw in the bottom of the stock. Special target rifle takedown pins ensure the upper and lower receivers are firmly mated for accurate performance.

Designed to function with a wide variety of high quality 5.56 x 45 mm ammunition, the MR556A1 uses a C.I.P. dimensioned chamber (a chamber with dimensions specified by the Commission Internationale Permanente). The MR556A1 also functions reliably with most quality Caliber .223 Rem. ammunition.

The MR556A1 is being produced with the same commitment to quality as German-made HK firearms. By using joint U.S./German manufacturing, Heckler & Koch leverages the relative strengths of two continents to make the preeminent AR-type firearm, combining the designs innovations of the USA and Germany into one product.



# MR556A1

**COMPETITON MODEL   5.56 MM X 45 NATO**

Using the HK MR556A1 as the platform to build a competitive rifle —and with input from many competitive shooters — the Heckler & Koch Competition Model was developed for both casual shooters and the most demanding competitor. Ideal for 3 gun matches — the Competition Model adds the most critical fundamental enhancements to the standard MR rifle.

Foremost among these additions are the new 14-inch Modular Rail System (MRS). Lightweight and easy to customize, the MRS allows sections of accessory rails to be added by the shooter where desired, but keeping weight down and presenting a more ergonomic and comfortable handguard surface when compared to rectangular full rail systems.

The extended length 14-inch MRS does not touch the barrel, preserving the "free-floating" barrel-to-handguard feature favored by competitive shooters and present in all MR rifles. An extended magazine release is also included for quick magazine changes.

An innovative compensator by Operator Suppressor Systems Inc. (OSS) replaces the standard MR flash hider. OSS is a leader in the development and manufacturing of sound and flash suppression and uses technologies originated in those fields to create a unique and highly effective compensator.

The standard MR stock is replaced by a MAGPUL CTR buttstock; easy to adjust, the CTR stock moves smoothly on the receiver extension and locks securely in position. Profile and weight make this buttstock ideal for competitive shooters.

All other standard features of the MR556A1 are retained on the MR556A1 Competition model — including a German-made long service barrel produced by Heckler & Koch's famous cold hammer forging technology and HK's famous piston operating system.

Found on HK arms like the G36 and HK416, this system uses a gas piston and pusher rod in place of the more common hollow gas tube normally employed in "direct impingement" AR-style rifles.

The HK system improves reliability and reduces operator cleaning and maintenance as literally no carbon fouling or propellant gases are directed back into the weapon beyond the gas cylinder located above the barrel.

The Competition model is being produced in the USA, using joint U.S./German manufacturing capabilities and components — combining the design innovations of the USA and Germany into a superior product.

And it's covered by the Heckler & Koch Lifetime Warranty.



HK extended latch charging handle makes operation with a scope easier

Integral quick detachable sling attachment point

Target rifle takedown pins keep the upper and lower receivers firmly mated together for maximum accuracy

Standard SW11 handguard screw for easy installation and removal

Barrel that holds its zero — moderately "swagged" cold hammer forged 16.5 inch barrel has a slightly smaller internal diameter at the muzzle end than the chamber end. This feature has a positive effect on bullet accuracy and velocity.

Rail segments attach to the HK Modular Rail System handguard's keyhole design for installation of accessories.

Lightweight, adjustable MAGPUL CTR (Compact/Type Restricted) buttstock is ideal for competition

Extended Arredondo magazine release button for fast and easy magazine changes

HK 30-round polymer magazine is light weight and durable. The MR556A1 magazine well accepts standard GI mags and most AR/M4/M16 magazines.

14 inch Modular Rail System (MRS) handguard

**MADE IN USA**

**MR556A1 COMPETITION 5.56 MM**





**HK LIFETIME WARRANTY — ON ALL FIREARMS —**

**IDEAL COMPETITION RIFLE** blends the HK MR566A1's legendary reliability and accuracy with the improved ergonomics of a rounded contour long handguard, adjustable MAGPUL buttstock, high performance OSS compensator, and enlarged magazine release.



Picatinny rail under receiver mounts all accessory optics. Scope not included, shown for illustration purposes only.

OSS Compensator

Precise standard two-stage MR556A1 trigger can be used or easily replaced by accessory trigger mechanism

MAGPUL CTR buttstock (extended, adjustable for 5 positions)

## MR556A1 Upper Receiver Kit

The MR556A1 Upper Receiver Kit includes a complete upper receiver/barrel assembly, bolt carrier assembly, buffer, and buffer spring allowing most high-quality 5.56 mm AR-style rifles to be retrofitted to HK's pusher rod system. The Upper Receiver Kit is the core of the HK 5.56 mm proprietary gas piston operating system. It employs a piston and a solid operating "pusher" rod in place of the gas tube normally found in AR15/M16/M4-style firearms.

The MR556A1 Upper Receiver Kit is designed to be fully interchangeable with all high quality AR-style firearms, simply by attaching it to an AR lower receiver using the standard takedown pins. Due to the shortened length of the HK buffer and HK (action) buffer spring, these parts do not work in fixed stock AR-type rifles. The HK piston driven operating system virtually eliminates malfunctions that are common to direct impingement gas systems since hot carbon fouling and waste gases do not enter the receiver area.

Designed to function with a wide variety of high quality 5.56 x 45 mm ammunition, the MR556A1 Upper Receiver Kit uses a C.I.P. dimensioned chamber (a chamber with dimensions specified by the Commission Internationale Permanente). The MR556A1 also functions reliably with most high quality Caliber .223 Remington ammunition.

The MR556A1 Upper Receiver Kit is manufactured in the USA using American and German made components. The Upper Receiver Kit uses a German-made barrel produced by Heckler & Koch's famous cold hammer forging technology. The highest quality steel is used in this unique manufacturing process producing a barrel that provides superior accuracy and long service life.

The unchromed 16.5-inch barrel has an internal profile of 6 lands and grooves with a 1 in 7 inch (178 mm) twist. It is also moderately "swagged" with a slightly smaller internal diameter at the muzzle end than the chamber end. This feature has a positive effect on bullet accuracy and velocity. A thick, heavy contour also contributes to its excellent accuracy.



Extended convertible HK charging handle

The MR556A1 Upper Receiver Kit is classified as a part and can be purchased without a Federal Firearms License (FFL)

Shown without sights. The Modular Rail System handguard has a "Picatinny rail" top and together with the HK upper receiver can accommodate virtually all front and rear sights.

Exact same gas block, piston, operating rod, and operating spring as used on the famous HK416

HK's proprietary action spring and tungsten-filled HK buffer should be used to ensure reliable functioning.

The HK MRS handguard can be installed and removed with simple tools and returns to zero when reinstalled.

The Upper Receiver Kit also includes the HK Modular Rail System (MRS), a keymod type handguard supplied with two movable MIL-STD-1913 "Picatinny" rail segments. This premium machined alloy handguard allows all current accessories, sights, lights, and aimers used on M4/M16-type arms to be fitted.

Thick, swagged unlined barrel for optimal semi-automatic accuracy and robust durability

Installation of MIL-SPEC hammers in non-HK lower receivers are required for reliable function.

MADE IN USA

**1**

**2**   **3**   **4**

MR556A1 Upper Receiver Kit
(fits most high quality 5.56 mm AR rifles with retractable buttstocks)

HK MR556 Upper kit includes:

1 Complete MR556 Upper Receiver/Barrel Assembly— HK 16.5 inch cold-hammer forged barrel, upper receiver with forward assist, extended convertible charging handle, HK Modular Rail System (MRS) handguard

2 Complete MR556 Bolt Group Assembly

3 HK Proprietary Buffer

4 HK Proprietary Buffer (Action) Spring

## SPECIFICATIONS

| MODEL | CALIBER | MAGAZINE CAPACITY | MODES OF FIRE | SIGHTS | GRIPS/STOCKS | WIDTH (APPROX.) | HEIGHT (APPROX.) | WEIGHT WITH EMPTY MAGAZINE | SIGHT RADIUS (APPROX.) | BARREL LENGTH | OVERALL LENGTH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| VP9 | 9 mm x 19 | 15/10 | semi | 3-dot | fully adjustable | 1.32 in / 33.5 mm | 5.41 in / 137.5 mm | 26.56 oz / 753 g | 6.38 in / 162 mm | 4.09 in / 104 mm | 7.34 in / 186.5 mm |
| VP40 | .40 S&W | 13/10 | semi | 3-dot | fully adjustable | 1.32 in / 33.5 mm | 5.45 in / 138.5 mm | 28.93 oz / 820 g | 6.38 in / 162 mm | 4.09 in / 104 mm | 7.34 in / 186.5 mm |
| P30 | .40 S&W | 13/10 | semi | 3-dot | fully adjustable | 1.37 in / 34.8 mm | 5.43 in / 138 mm | 26.08 oz / 740 g | 5.84 in / 148.5 mm | 3.85 in / 98 mm | 7.12 in / 181 mm |
| P30 | .40 S&W | 13/10 | semi | 3-dot | fully adjustable | 1.37 in / 34.8 mm | 5.43 in / 138 mm | 26.08 oz / 740 g | 5.84 in / 148.5 mm | 3.85 in / 98 mm | 7.12 in / 181 mm |
| P30S | 9 mm x 19 | 15/10 | semi | 3-dot | fully adjustable | 1.53 in / 38.8 mm | 5.43 in / 138 mm | 26.08 oz / 740 g | 5.84 in / 148.5 mm | 3.85 in / 98 mm | 7.12 in / 181 mm |
| P30S | .40 S&W | 13/10 | semi | 3-dot | fully adjustable | 1.53 in / 38.8 mm | 5.43 in / 138 mm | 26.08 oz / 740 g | 5.84 in / 148.5 mm | 3.85 in / 98 mm | 7.12 in / 181 mm |
| P30L | 9 mm x 19 | 15/10 | semi | 3-dot | fully adjustable | 1.37 in / 34.8 mm | 5.43 in / 138 mm | 27.52 oz / 780 g | 6.42 in / 163 mm | 4.45 in / 113 mm | 7.71 in / 196 mm |
| P30L | .40 S&W | 13/10 | semi | 3-dot | fully adjustable | 1.37 in / 34.8 mm | 5.43 in / 138 mm | 27.52 oz / 780 g | 6.42 in / 163 mm | 4.45 in / 113 mm | 7.71 in / 196 mm |
| P30LS | 9 mm x 19 | 15/10 | semi | 3-dot | fully adjustable | 1.37 in / 34.8 mm | 5.43 in / 138 mm | 27.52 oz / 780 g | 6.42 in / 163 mm | 4.45 in / 113 mm | 7.71 in / 196 mm |
| P30LS | .40 S&W | 13/10 | semi | 3-dot | fully adjustable | 1.37 in / 34.8 mm | 5.43 in / 138 mm | 27.52 oz / 780 g | 6.42 in / 163 mm | 4.45 in / 113 mm | 7.71 in / 196 mm |
| P30SK | 9 mm x 19 | 10 | semi | 3-dot | fully adjustable | 1.37 in / 34.8 mm | 4.57 in / 116 mm | 23.99 oz / 680 g | 5.35 in / 136 mm | 3.27 in / 83 mm | 6.42 in / 163 mm |
| P30SKS | 9 mm x 19 | 10 | semi | 3-dot | fully adjustable | 1.53 in / 38.8 mm | 4.57 in / 116 mm | 23.99 oz / 680 g | 5.35 in / 136 mm | 3.27 in / 83 mm | 6.42 in / 163 mm |
| HK45 | .45 ACP | 10 | semi | 3-dot | adj. backstrap | 1.54 in / 39 mm | 5.91 in / 150 mm | 31.20 oz / 880 g | 6.63 in / 168.5 mm | 4.46 in / 113.5 mm | 8.03 in / 204 mm |
| HK45 Tactical | .45 ACP | 10 | semi | 3-dot | adj. backstrap | 1.54 in / 39 mm | 5.91 in / 150 mm | 31.20 oz / 880 g | 6.63 in / 168.5 mm | 4.46 in / 113.5 mm | 8.03 in / 204 mm |
| HK45 Compact | .45 ACP | 8/10 | semi | 3-dot | adj. backstrap | 1.54 in / 39 mm | 5.51 in / 140 mm | 28.48 oz / 810 g | 6.00 in / 152.5 mm | 3.90 in / 99 mm | 7.24 in / 184 mm |
| HK45 Compact Tactical | .45 ACP | 8/10 | semi | 3-dot | adj. backstrap | 1.14 in / 29 mm | 5.51 in / 140 mm | 29.12 oz / 830 g | 6.00 in / 152.5 mm | 4.57 in / 116 mm | 7.91 in / 201 mm |
| P2000 | 9 mm x 19 | 13/10 | semi | 3-dot | adj. backstrap | 1.37 in / 34.8 mm | 5.07 in / 129 mm | 24.96 oz / 710 g | 5.55 in / 141 mm | 3.66 in / 93 mm | 6.85 in / 174 mm |
| P2000 | .40 S&W | 12/10 | semi | 3-dot | adj. backstrap | 1.37 in / 34.8 mm | 5.07 in / 129 mm | 24.96 oz / 710 g | 5.55 in / 141 mm | 3.66 in / 93 mm | 6.85 in / 174 mm |
| P2000SK | 9 mm x 19 | 10 | semi | 3-dot | adj. backstrap | 1.37 in / 34.8 mm | 4.55 in / 115.5 mm | 24.00 oz / 680 g | 5.18 in / 131.5 mm | 3.26 in / 83 mm | 6.40 in / 162.5 mm |
| P2000SK | .40 S&W | 9 | semi | 3-dot | adj. backstrap | 1.27 in / 34 mm | 4.55 in / 115.5 mm | 24.00 oz / 680 g | 5.18 in / 131.5 mm | 3.26 in / 83 mm | 6.40 in / 162.5 mm |
| USP9 | 9 mm x 19 | 15/10 | semi | 3-dot | fixed | 1.26 in / 32 mm | 5.31 in / 135 mm | 27.20 oz / 770 g | 6.22 in / 158 mm | 4.25 in / 108 mm | 7.68 in / 195 mm |
| USP40 | .40 S&W | 13/10 | semi | 3-dot | fixed | 1.26 in / 32 mm | 5.31 in / 135 mm | 28.96 oz / 820 g | 6.22 in / 158 mm | 4.25 in / 108 mm | 7.68 in / 195 mm |
| USP45 | .45 ACP | 12/10 | semi | 3-dot | fixed | 1.26 in / 32 mm | 5.61 in / 142.5 mm | 34.88 oz / 990 g | 6.34 in / 161 mm | 4.41 in / 112 mm | 7.91 in / 201 mm |
| USP9 Compact | 9 mm x 19 | 13/10 | semi | 3-dot | fixed | 1.38 in / 35 mm | 5.00 in / 127 mm | 25.76 oz / 730 g | 5.31 in / 135 mm | 3.58 in / 91 mm | 6.81 in / 173 mm |
| USP40 Compact | .40 S&W | 12/10 | semi | 3-dot | fixed | 1.38 in / 35 mm | 5.00 in / 127 mm | 27.52 oz / 780 g | 5.31 in / 135 mm | 3.58 in / 91 mm | 6.81 in / 173 mm |
| USP45 Compact | .45 ACP | 8 | semi | 3-dot | fixed | 1.38 in / 35 mm | 5.04 in / 128 mm | 28.16 oz / 800 g | 5.63 in / 143 mm | 3.78 in / 96 mm | 7.09 in / 180 mm |
| USP9 Tactical | 9 mm x 19 | 15/10 | semi | Target | fixed | 1.26 in / 32 mm | 5.50 in / 140 mm | 28.16 oz / 800 g | 6.57 in / 167 mm | 4.86 in / 123.5 mm | 8.40 in / 218 mm |
| USP40 Tactical | .40 S&W | 13/10 | semi | Target | fixed | 1.26 in / 32 mm | 5.55 in / 141 mm | 28.96 oz / 820 g | 6.22 in / 158 mm | 4.90 in / 124.5 mm | 8.32 in / 211 mm |
| USP45 Tactical | .45 ACP | 12/10 | semi | Target | fixed | 1.26 in / 32 mm | 5.90 in / 150 mm | 32.80 oz / 1020 g | 6.73 in / 171 mm | 5.09 in / 129 mm | 8.64 in / 218 mm |
| USP9 Expert | 9 mm x 19 | 15/18 | semi | Target | fixed | 1.73 in / 44 mm | 5.86 in / 149 mm | 33.60 oz / 966 g | 7.48 in / 190 mm | 5.19 in / 132 mm | 8.70 in / 221 mm |
| MARK 23 | .45 ACP | 12 | semi | 3-dot | fixed | 1.53 in / 39 mm | 5.90 in / 150 mm | 39.36 oz / 1120 g | 7.76 in / 195 mm | 5.87 in / 149 mm | 9.65 in / 245 mm |
| SP5K | 9 mm x 19 | 10/15/30 | semi | diopter | fixed | 2.40 in / 61 mm | 8.66 in / 220 mm | 4.74 lb / 2.15 kg | 10.2 in / 260 mm | 4.53 in / 115 mm | 13.9 in / 354 mm |
| MR762A1 Rifle | 7.62 mm x 51 | 10/20 | semi | adjustable TROY micro set | Retractable | 3.23 in /82 mm | 8.36 in /213 mm | 9.84 lb /4.48 kg | 16.14 in / 410 mm | 16.50 in / 420 mm | 35.94–39.10 in 913–993 mm |
| MR762A1 Long Rifle Package LRP II | 7.62 mm x 51 | 10/20 | semi | Optical (Leupold 3-9x40 mm) | Retractable G28 | 3.23 in /82 mm | 8.36 in /213 mm 10.75 in / 273 mm¹ | 10.58 lb /4.80 kg 13.46 lb / 6.11 kg¹ | N/A | 16.50 in / 420 mm | 35.94–39.10 in 913–993 mm |
| MR556A1 Rifle | 5.56 mm x 45 | 10/20/30 | semi | adjustable TROY micro set | Retractable | 3.07 in /78 mm | 9.45 in /240 mm | 9.10 lb / 4.13 kg | 14.60 in / 371 mm | 16.50 in / 420 mm | 33.90–37.68 in 861–957mm |
| MR556A1 Competition Model | 5.56 mm x 45 | 10/20/30 | semi | — | Retractable MAGPUL CTR | 3.07 in /78 mm | 9.45 in /240 mm | 8.78 lb / 3.98 kg | N/A | 16.50 in / 420 mm | 37.75–41.00 in 959–1041mm |

MR762A1 LRP with mounted scope

specifications updated 09/24/2015

21

**Visit www.hkwebshop.com for the complete selection of HK accessories.**



HK Part #85211 Otis Cleaning Kit (for use with most HK firearms)



HK Part #988496 HK Multi Tool (for MR Rifles, SL8, USC, other HK firearms)



HK Part #227614  MR Rifle Convex Recoil Pad (fits MR buttstocks, HK416, and HK417 buttstocks)



HK Part #216189
USP Jet Funnel Assembly Kit



HK Part #300009 HK Sight Adjustement Tool (for use with HK dipoter sights)



HK Part #227610 HK V2 Pistol Grip (fits all MR Rifles, HK416, HK417, G28, most AR/M4/M16 type arms)



HK Part #228377 P7 Cylinder Cleaning Tool
HK Part #222269 P7 Cleaning Brush



HK Part #203399 Light Bipod (fits HK91/HK93 wide forearm)



HK Part #214085 HK Rifle Carry Sling (SL8/USC/G36)
HK Part #234723 HK Rifle Carry Sling (MR Rifles)



HK Part #702539 X-Grip Magazine Sleeve (fits various HK pistol magazines)



Selection of HK apparel items including ball caps, t-shirts, outerwear and a large selection of corporate identity products (check HK webshop for latest)



HK Part # 1002006-01 9 inch 556 Modular Rail System (MRS) Black



HK Part #1002020-01 14 inch 556 Modular Rail System (MRS) Black, HK Part #1002025-01 14.7 inch 762 Modular Rail System (MRS) Black



HK Part #1002007-01 ASM Rail Segment, 5 slots (Black), HK Part #1002016 Sling Swivel Mount Segment (Black)



HK water bottles. Includes classic BPA free Nalgene, CamelBak, and others. Check HK webshop for current selection.

22



**HK Part #233210** HK Front Diopter Sight, Fits MR and HK416/Hk417 rifles



**HK Part #233197** HK Rear Diopter Sight, Fits MR556A1 and HK416 10.4/16.6, **#227635** HK Rear Diopter Sight, Fits MR762A1 and HK417



**HK Part #235690S** HK 5.56 mm 3o Round Polymer Magazine (fits HK416, MR556A1, and other AR-type firearms)



**HK Part #251770S** HK 5.56 mm 30 Round Steel Magazine (fits HK416, MR556A1, and other AR-type firearms)



**HK Part #234708S** HK 7.62 mm Polymer Magazine (fits MR762A1, G28, and HK417)



**HK Part #251450 HK Vertical Foregrip (fits on Picatinny rails)**



**HK Part #708056R** P30/HK45/VP9 Night Sights **HK Part #986844** USP Adjustable Rear Sight (use with Front Target Sight 215939)



**HK Part #234656S** USP 9 mm 18 round magazine



**HK Part #234268S** HK45 Compact 10 round magazine with extended floorplate



**HK Part #203617 Protective Cover (fits over most Picatinny Rails)**



**HK Part #702038** Thread Protector (USP45/HK45), **HK Part #702039** Thread Protector (Mark23) **HK Part #207330** Thread Protector 9 mm (USP/P30) **HK Part #702536** Thread Protector .40 (USP)



**HK Part #234391** P30 9 mm Threaded Barrel **HK Part #226349** USP45 Threaded Barrel & O-Ring **HK Part #236350** HK45C Threaded Barrel & O-Ring **HK Part #236351** HK45 Threaded Barrel & O-Ring



**HK Pelican/Storm Single Handgun Case** Check the HK webshop for a large selection of corporate identity products



**HK Knives** Swiss Army One-Handed Trekker Utility Knife. Check the HK webshop for current selection, including HK/Benchmade knives.



**HK Part #708294** HK Universal Pistol Holster, fits HK45 Series/P30 Series/P2000 Series/VP9 (multiple carry options)

23

**HK LIFETIME WARRANTY**

All HK firearms sold commercially in the USA are covered by a Limited Lifetime Warranty for the original owner — one of the most comprehensive guarantees in the industry.

Firearms purchased by the military or law enforcement are covered by a One Year Limited Warranty against material defects and workmanship. Warranty repair or replacement is conducted at the discretion of Heckler & Koch.

**FIREARMS SAFETY**

Read and follow all safety information in the operator's manuals. Store all firearms in a safe and secure location. Keep firearms away from children. Always be a safe operator.

NOTE: Not all Heckler & Koch products are available to commercial/civilian customers. Some products are limited to military and law enforcement users only.

For more information on HK military, law enforcement, and commercial products outside of the United States contact:

HECKLER & KOCH GMBH
Postfach 1329
D-78722 Oberndorf Germany
Tel +49 7423/79-0 • Fax +49 7423/79-24 97
Global Website: www.heckler-koch.com
Email: hkinfoboard@heckler-koch.de

**OUR HISTORY AND MISSION**

For over half a century, Heckler & Koch has been a leading designer and manufacturer of small arms and light weapons for law enforcement and military forces worldwide. HK is also the maker of premier brand firearms for the sporting and commercial markets. Its reputation for quality, innovation, and safety make Heckler & Koch a recognized leader in the development of technologically advanced products. And the long-term durability of all HK products make them especially cost-effective when subjected to total life cycle cost analysis.

As a major international force, Heckler & Koch has a vision that is simple yet demanding — "To be the world's premier small arms systems company."

With operations in Germany, the United Kingdom, France, and the United States, we continue to meet the ever-evolving needs and requirements of our customers. A major supplier of small arms to several NATO countries, Heckler and Koch is a worldwide leader in market positions for nearly all of its major product categories.

The foundation for everything we do is an unswerving commitment to excellence. This is accomplished through technological leadership, in depth product research and development, responsible marketing, and strategies that create and shape markets. We consider it a fundamental obligation to deliver the best possible products to our customers. The words "No Compromise" are more than a motto, they are the core of our corporate philosophy.

---

**WHERE TO BUY**

To put an HK firearm in your hands, visit an authorized Heckler & Koch dealer.

For the location nearest you, go to the DEALER LOCATOR at www.HK-USA.com or call 706-568-1906.

---



**HECKLER & KOCH**

**Visit the HK website at: www.hk-usa.com**
for the latest on Heckler & Koch firearms, accessories, and branded products.

---

An affiliate of Heckler & Koch GmbH of Oberndorf, Germany; Heckler & Koch USA currently has three principal US locations. HK Columbus (Georgia) provides the U.S. commercial (civilian) market and law enforcement community with technologically advanced firearms, customer support, and repair services. HK Columbus is also HK's principal distribution center.

HECKLER & KOCH USA
5675 Transport Boulevard
Columbus, GA 31907 USA
Tel: 706-568-1906 / Fax: 706-568-9151
Email: cs@heckler-koch-us.com
USA website: www.hk-usa.com

HK Ashburn (Virginia) serves the U.S. military and federal law enforcement community with logistical support and acts as an administrative/sales support activity. HK Ashburn is also the center for armorers and specialized training on Heckler & Koch arms conducted by HK Training & Technical Services.

HECKLER & KOCH USA
19980 Highland Vista Drive, Suite 190
Ashburn, VA 20147 USA
Tel: 703-450-1900 / Fax:703-450-8160
Email: info@heckler-koch-us.com
USA website: www.hk-usa.com

HK Newington (New Hampshire) is Heckler & Koch's center for its American manufacturing operations. Established in 2007, HK Newington includes advanced CNC machine tooling and polymer molding technology capable of making a full line of Heckler & Koch products. Production and assembly of pistols began in 2008 with commercial rifles being added in 2009.

HECKLER & KOCH USA
27 Piscataqua Drive
Newington, NH 03801 USA
Tel: 703-450-1900 / Fax: 603-431-1221
USA website: www.hk-usa.com
Global website: www.heckler-koch.com

©HKUSA05032016

# Exhibit 8

# WEAPONS SYSTEM
## Military & Law Enforcement Products













**HECKLER & KOCH**

21480 Pacific Boulevard • Sterling, Virginia 20166 U.S.A. • Tel (703) 450-1900 • Fax (703) 450-8160

# SPECIFICATIONS

| | caliber | cyclic rate of fire | magazine capacity | modes of fire | sights | stocks | width[1] (in.) | height[1] (in.) | weight (pounds) (w/o magazine) | sight radius (in.) | barrel length (in.) | overall length (in.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P7M8 | 9mmx19 | - | 8 | S | 3-DOT | - | 1.14 | 5.10 | 1.72 | 5.83 | 4.13 | 6.73 |
| P7M13 | 9mmx19 | - | 13 | S | 3-DOT | - | 1.30 | 5.30 | 1.87 | 5.83 | 4.13 | 6.90 |
| USP9 | 9mmx19 | - | 10/15 | S | 3-DOT | - | 1.26 | 5.35 | 1.65 | 6.22 | 4.25 | 7.64 |
| USP40 | .40 S&W | - | 10/13 | S | 3-DOT | - | 1.26 | 5.35 | 1.66 | 6.22 | 4.25 | 7.64 |
| USP45 | .45 ACP | - | 10/12 | S | 3-DOT | - | 1.26 | 5.55 | 1.74 | 6.34 | 4.41 | 7.87 |
| USP9 Compact | 9mmx19 | - | 10/13 | S | 3-DOT | - | 1.14 | 5.00 | 1.47 | 5.35 | 3.58 | 6.81 |
| USP40 Compact | .40 S&W | - | 10/12 | S | 3-DOT | - | 1.14 | 5.00 | 1.53 | 5.35 | 3.58 | 6.81 |
| USP357 Compact | 357 SIG | - | 10/12 | S | 3-DOT | - | 1.14 | 5.00 | 1.53 | 5.35 | 3.58 | 6.81 |
| USP45 Compact | .45 ACP | - | 8 | S | 3-DOT | - | 1.14 | 5.06 | 1.60 | 5.63 | 3.80 | 7.09 |
| Mark 23 | .45 ACP | - | 10/12 | S | 3-DOT | - | 1.53 | 5.90 | 2.42 | 7.76 | 5.87 | 9.65 |
| USP45 Tactical | .45 ACP | - | 10/12 | S | TARGET | - | 1.26 | 5.90 | 1.90 | 6.34 | 4.92 | 8.64 |
| EFL | 19mm | - | 5 | M | - | - | 1.45 | 5.75 | .49 | - | - | 3.15 |
| P2A1 | 26.5mm | - | - | M | - | - | 1.50 | 5.70 | 1.50 | - | 6.10 | 7.90 |
| MP5A2 | 9mmx19 | 800 RPM | 15/30 | S, F | D | FS | 1.96 | 8.26 | 5.59 | 13.38 | 8.85 | 26.77 |
| MP5A4 | 9mmx19 | 800 RPM | 15/30 | S, 3, F | D | FS | 1.96 | 8.26 | 5.59 | 13.38 | 8.85 | 26.77 |
| MP5A3 | 9mmx19 | 800 RPM | 15/30 | S, F | D | RS | 1.96 | 8.26 | 6.47 | 13.38 | 8.85 | 21.00/27.25 |
| MP5A5 | 9mmx19 | 800 RPM | 15/30 | S, 3, F | D | RS | 1.96 | 8.26 | 6.47 | 13.38 | 8.85 | 21.00/27.25 |
| MP5SFA2[1][3] | 9mmx19 | - | 15/30 | S | D | FS | 1.96 | 8.26 | 5.61 | 13.38 | 8.85 | 28.00 |
| MP5SFA3[1][3] | 9mmx19 | - | 15/30 | S | D | RS | 1.96 | 8.26 | 6.49 | 13.38 | 8.85 | 22.33/28.58 |
| MP5-N(FS) | 9mmx19 | 800 RPM | 15/30 | S, F | D | FS | 1.96 | 8.26 | 5.59 | 13.38 | 8.85 | 26.77 |
| MP5-N(RS) | 9mmx19 | 800 RPM | 15/30 | S, F | D | RS | 1.96 | 8.26 | 6.47 | 13.38 | 8.85 | 21.00/27.25 |
| MP5K | 9mmx19 | 900 RPM | 15/30 | S, F | D | - | 1.96 | 8.26 | 4.40 | 10.25 | 4.50 | 12.80 |
| MP5KA4 | 9mmx19 | 900 RPM | 15/30 | S, 3, F | D | - | 1.96 | 8.26 | 4.40 | 10.25 | 4.50 | 12.80 |
| MP5K-N | 9mmx19 | 900 RPM | 15/30 | S, F | D | - | 1.96 | 8.26 | 4.40 | 10.25 | 5.50 | 13.75 |
| MP5K-PDW | 9mmx19 | 900 RPM | 15/30 | S, F | D | FOLDING | 1.96 | 8.26 | 6.14 | 10.25 | 5.50 | 14.50/23.75 |
| MP5/10A2 | 10mm Auto | 800 RPM | 30 | S, F | D | FS | 1.96 | 8.26 | 5.88 | 13.38 | 8.85 | 26.77 |
| MP5/10A3 | 10mm Auto | 800 RPM | 30 | S, F | D | RS | 1.96 | 8.26 | 6.41 | 13.38 | 8.85 | 21.00/27.25 |
| MP5/40A2 | .40 S&W | 800 RPM | 30 | S, F | D | FS | 1.96 | 8.26 | 5.88 | 13.38 | 8.85 | 26.77 |
| MP5/40A3 | .40 S&W | 800 RPM | 30 | S, F | D | RS | 1.96 | 8.26 | 6.41 | 13.38 | 8.85 | 21.00/27.25 |
| MP5SD1 | 9mmx19 | 800 RPM | 15/30 | S, F | D | RC | 2.36 | 8.26 | 6.17 | 13.38 | 5.73 | 21.67 |
| MP5SD2 | 9mmx19 | 800 RPM | 15/30 | S, F | D | FS | 2.36 | 8.26 | 6.83 | 13.38 | 5.73 | 30.42 |
| MP5SD3 | 9mmx19 | 800 RPM | 15/30 | S, F | D | RS | 2.36 | 8.26 | 7.63 | 13.38 | 5.73 | 25.68/31.69 |
| MP5SD4 | 9mmx19 | 800 RPM | 15/30 | S, 3, F | D | RC | 2.36 | 8.26 | 6.17 | 13.38 | 5.73 | 21.67 |
| MP5SD5 | 9mmx19 | 800 RPM | 15/30 | S, 3, F | D | FS | 2.36 | 8.26 | 6.83 | 13.38 | 5.73 | 30.42 |
| MP5SD6 | 9mmx19 | 800 RPM | 15/30 | S, 3, F | D | RS | 2.36 | 8.26 | 7.63 | 13.38 | 5.73 | 25.68/31.69 |
| MP5SD-N | 9mmx19 | 800 RPM | 15/30 | S, F | D | RS | 2.36 | 8.26 | 7.83 | 13.38 | 5.73 | 25.68/31.69 |
| HK53A2 | 5.56mm | 700 RPM | 25/30 | S, F | D | FS | 2.05 | 8.26 | 5.96 | 15.40 | 8.31 | 29.72 |
| HK53A3 | 5.56mm | 700 RPM | 25/30 | S, F | D | RS | 2.05 | 8.26 | 6.73 | 15.40 | 8.31 | 22.17/29.72 |
| HK33KA2 | 5.56mm | 700 RPM | 25/30 | S, F | D | FS | 2.28 | 8.26 | 8.05 | 18.89 | 12.68 | 34.06 |
| HK33KA3 | 5.56mm | 700 RPM | 25/30 | S, F | D | RS | 2.28 | 8.26 | 8.82 | 18.89 | 12.68 | 26.38/34.06 |
| HK33A2 | 5.56mm | 750 RPM | 25/30 | S, F | D | FS | 2.28 | 8.26 | 8.40 | 18.89 | 15.35 | 36.20 |
| HK33A3 | 5.56mm | 750 RPM | 25/30 | S, F | D | RS | 2.28 | 8.26 | 8.80 | 18.89 | 15.35 | 29.15/36.20 |
| HK23E | 5.56mm | 800 RPM | BELT OR 25/30 | S, 3, F | D | FS | 5.24 | 8.26 | 19.18 | 26.97 | 17.72 | 40.55 |
| G36K[1][4] | 5.56mm | 750 RPM | 30/100 | S, F | O, DS | FOLDING | 2.44 | 9.72 | 6.62 | - | 12.52 | 24.21/33.78 |
| G36[1][4] | 5.56mm | 750 RPM | 30/100 | S, F | O, DS | FOLDING | 2.44 | 9.72 | 7.28 | - | 18.90 | 29.84/39.29 |
| MG36[1][4] | 5.56mm | 750 RPM | 30/100 | S, F | O, DS | FOLDING | 2.44 | 11.42 | 7.87 | - | 18.90 | 29.84/39.29 |
| G3A3 | 7.62mm | 600 RPM | 5/20 | S, F | D | FS | 2.28 | 8.26 | 9.70 | 22.52 | 17.71 | 40.38 |
| G3A4 | 7.62mm | 600 RPM | 5/20 | S, F | D | RS | 2.28 | 8.26 | 10.40 | 22.52 | 17.71 | 33.10/40.15 |
| G3KA3 | 7.62mm | 600 RPM | 5/20 | S, F | D | RS | 2.28 | 8.26 | 9.00 | 20.00 | 12.40 | 35.25 |
| G3KA4 | 7.62mm | 600 RPM | 5/20 | S, F | D | RS | 2.28 | 8.26 | 9.70 | 20.00 | 12.40 | 28.00/35.25 |
| HK21E | 7.62mm | 800 RPM | BELT OR 20/50 | S, 3, F | D | FS | 5.24 | 8.26 | 20.50 | 26.97 | 22.05 | 44.88 |
| PSG1 | 7.62mm | - | 5/20 | S | O, 6x, H | ASS | 2.32 | 10.16 | 17.86 | 10x scope | 25.59 | 47.56 |
| MSG90 | 7.62mm | - | 5/20 | S | O, 10x, H | ASS | 2.56 | 10.23 | 14.11 | 6x scope | 23.62 | 45.87 |
| HK69A1 | 40mm | - | 1 | M | LADDER | RS | 2.25 | 8.00 | 5.77 | 13.50 | 14.00 | 18.24/28.90 |
| FP6 | 12 GAUGE | - | 5 | PUMP | BLADE | FS, FOLDING | 2.25 | 8.10 | 6.60 | - | 20.00 | 31.00/41.25 |

buttstock open   [1] without magazine   [2] with flash hider   [3] specifications shown with Export sight   stock in/out

**Modes of fire:** M – manually operated, S – semiautomatic, 2 – 2 round burst, 3 – 3 round burst, F – fully automatic

**Buttstock Configurations:** RC – receiver cap, FS – fixed stock, RS – retractable stock, ASS – adjustable sniper stock

**Sights:** O – optical sight, L – Hensoldt scope, D – diopter/rotary, X – magnification, DS – dual sighting system

State and local law enforcement customers, please direct all inquiries to the HK Law Enforcement Sales Department, (703) 450-1900 extensions 272, 289, & 290.

Federal agencies and DOE/NRC contractors, please direct all inquiries to the HK Federal Law Enforcement Staff, (703) 450-1900 extension 205.

Military services, please direct all inquiries to the HK Military Sales Department, (703) 450-1900 extension 209.   Specifications and model availability subject to change without notice.

© HK Creative Services 8/95, 3/97, 12/97 (rev. 7/98)

# HK USP Compact Pistols

Contact HK for a list of holsters manufactured for HK pistols.

The HK USP Compact is a small frame pistol capable of firing the most powerful cartridges in 9mm, .40 S&W, and .45 ACP.  Based on the full-size USP models, these handy pistols combine compact size with optimum effective shooting performance.

USP Compacts are smaller and lighter than large frame USPs. The reduction in trigger reach and grip circumference increases concealability and enhances shooting ergonomics. Unlike some subcompact semiautomatic pistols that use a difficult to shoot "two-finger grip" frame, the USP Compact uses a narrow, full-hand grip frame with a choice of interchangeable extended or flush-fitting magazine floorplates. This makes the pistol easy to shoot without sacrificing concealability.

Like their large frame predecessors, USP Compacts are designed with the demanding needs of the American shooter in mind. Features favored by US civilian, law enforcement, and military users provided the design criteria for both the full size USP and the USP Compact.

All variants of the USP Compact have modified contoured slide and frame for effective concealability. Variants 1-7 also have a no snag,

Low profile 3-dot sights, adjustable for windage and elevation, are standard on the USP Compact. Optional tritium sights are also available.

Extractor doubles as loaded chamber indicator

One piece machined steel slide. Choice of stainless steel or matte black Hostile Environment finish

**USP9 COMPACT 9MM** Stainless Steel Model with 13-round metal magazine

USP Compacts have an ambidextrous magazine release lever which is shielded by the flared trigger guard from inadvertent actuation. The magazine release lever can be pressed with the thumb or index finger of the firing hand, without adjusting the firing grip.

Standard flat magazine floorplate

The extended slide release is contoured to reduce wear and tear on clothing when the pistol is carried concealed.

All variants of the USP Compact have a modified contoured slide and frame for effective concealability. Variants 1-7 also have a no snag, bobbed hammer.

The USP control lever has a positive stop and automatically returns to the "fire" position after decocking. The control lever, featured on many variants of the USP and USP Compact, allows these pistols to be safely carried "cocked and locked".

Flared recurve trigger guard

USP45 Compact model is only 5% larger than 9mm and .40 caliber Compact models.

**USP45 COMPACT** CALIBER .45 ACP with 8-round metal magazine

### Convertible Fire Modes and Controls

The USP Compact can also be converted from one type of trigger firing mode to another. This includes combination double-action and single-action modes and double action only modes. The USP Compact is currently available in four calibers and nine trigger / firing mode configurations, or virtually any firing mode imaginable.

**USP Compact FIRE MODES & CONTROL FUNCTIONS** (conversion by HK certified armorer only)

| | Bobbed Hammer | Double Action & Single Action | Double Action Only | Control Lever (Left Side) | Control Lever (Right Side) | Control Lever (Manual Safety) | Control Lever (Decocking) | Caliber Availability |
|---|---|---|---|---|---|---|---|---|
| Variant 1 | ● | ● | | ● | | ● | ● | .45, .40, 9mm, 357 SIG |
| Variant 2 | ● | ● | | ● | | ● | ● | .45, .40, 9mm, 357 SIG |
| Variant 3 | ● | ● | | ● | | | ● | .45, .40, 9mm, 357 SIG |
| Variant 4 | ● | ● | | ● | | | ● | .45, .40, 9mm, 357 SIG |
| Variant 5 | ● | ● | | | ● | ● | | .45, .40, 9mm, 357 SIG |
| Variant 6 | ● | ● | | | ● | ● | | .45, .40, 9mm, 357 SIG |
| Variant 7 | ● | | ● | | ● | | ● | .45, .40, 9mm, 357 SIG |
| Variant 8 | | | ● | | | | | .45, .40, 9mm, 357 SIG |
| Variant 9 | | | ● | | | | | .45, .40, 9mm, 357 SIG |
| Variant 10 | | | ● | | | | | .45, .40, 9mm, 357 SIG |

*Polygonal barrel made by cold-hammer forging ensures increased barrel life and accuracy on par with full size USP models.*

*Double action only Variant 7 has no control lever. Control lever function can be switched to accommodate left-handed users or removed entirely for a smooth sided DAO model.*

*UTL Mark II light output is rated at 115 Lumens, fifty times greater than a D cell flashlight.*

*Grooved target trigger*

**USP COMPACT .40 S&W**
**Variant 7 (double action only model)**
**with 12-round metal magazine**

*Grip dimensions on USP Compacts are well-suited to shooters with small hands.*

*Extended magazine floorplate*

*Highly contoured frame, slide, and operating controls reduce wear and tear on clothing and help speed holstering.*

*The frame mounted control lever, a combination safety and decocking lever, has a slimline profile for compactness but is still quickly accessible, unlike the slide mounted safeties common on many semi-automatic pistols.*



**USP357 COMPACT**
**CALIBER 357 SIG**
**with 12-round metal magazine**

*Universal mounting grooves are molded in the polymer frame of the USP Compact. These grooves allow the Mark II HK Universal Tactical Light (shown above) and a variety of other accessories to be mounted on the HK USP Compact without modification to the pistol.*

*NEW*

*The USP Compact uses metal magazines to keep grip size to a minimum. Magazines for the USP Compact also have two different interchangeable floor plates. One flat and one extended magazine floor plate with a finger extension are supplied with each USP Compact for the choice of grip options. Magazine floor plates can be easily removed without tools during disassembly.*

bobbed hammer. The extended slide release is contoured to reduce wear and tear on clothing when the pistol is carried concealed.

Using a modified linkless Browning-type action, the USP Compact is built to take the punishment of high energy +P and +P+ loads.

To reduce the length of the slide and barrel on the USP Compact, the mechanical recoil reduction system found on large frame USPs has been replaced by a specially designed flat compression spring contained in the captive recoil spring assembly by a polymer absorber bushing. Service life is still engineered to exceed 20,000 rounds.

The frame mounted control lever, a combination safety and decocking lever, has a slimline profile for compactness but is still quickly accessible, unlike the slide mounted safeties common on many semiautomatic pistols.

By using the same modular approach to the internal components found on large frame USPs, the control lever function of the USP Compact can be switched from the left to the right side of the pistol for left-handed shooters.

Simple to maintain, the USP Compact is a reliable, safe, accurate, and highly concealable pistol with the performance of a full size handgun.

# HK USP Pistols



**USP45 CALIBER .45 ACP**
**with 12-round metal magazine**

*Three-dot sights (optional tritium sights available)*

The HK USP (Universal Self-loading Pistol) is the first HK pistol designed especially for American shooters. Features favored by US law enforcement and military users provided the design criteria for the USP. Its controls are uniquely American, influenced by such famous designs as the Government Model 1911 pistol.

The control lever, a combination safety and decocking lever, is frame mounted and quickly accessible, unlike the slide mounted safeties common on many semi-automatic pistols.

Using a modified Browning-type action with a special patented recoil reduction system, the USP is built to take the punishment of powerful +P and +P+ loads. The recoil reduction system reduces recoil effects on pistol components and also lowers the recoil forces felt by the shooter. The USP recoil reduction system is insensitive to ammunition types and requires no special adjustment or maintenance. It functions effectively in all USP models.

By using a modular approach to the internal components, the control lever function of the USP can be switched from the left to the right side of the pistol for left-handed shooters. The USP can also be converted from one type of trigger firing mode to another. This includes combination double-action and single-action (DA/SA) modes and double action only (DA-Only) modes. The USP is available in both standard frame and compact models with nine trigger/firing mode configurations and three calibers—.45 ACP, .40 S&W, and 9mm. USP slides are available in both matte black and stainless steel.

*Major metal components on the USP are protected from wear and corrosion by HK's special Hostile Environment (HE) finish. Stainless steel models of the USP are also available.*

*Polygonal bore profile for increased velocity, easier cleaning, and longer barrel life*

*Patented recoil reduction system was tested and proven in the HK MK 23, MOD 0 semi-automatic pistol issued to the US Special Operations Command.*

*The ambidextrous magazine release lever is shielded by the trigger guard from inadvertent actuation. It can be easily operated using the thumb or index finger without adjusting the grip of the firing hand.*

*Universal mounting grooves for installing accessories*

**USP9 CALIBER 9MM**
**with 15-round polymer magazine**

*One-piece machined steel slide*



**USP40 CALIBER .40 S&W**
**with 13-round polymer magazine**

*Reinforced polymer frame. HK pioneered the use of composite materials in production handguns more than twenty-five years ago with the development of the VP70Z and P9S pistols.*

*Optional remote pressure switch for HK UTL.*

4

# HK P7 Pistols

P7 pistols can be drawn, cocked, and fired accurately faster than any other pistol. The unique HK cocking lever allows the P7 to be carried safely with a round in the chamber, yet it is ready to fire by the intentional tightening of the fingers around the grip. Releasing the cocking lever decocks the P7 immediately and renders it completely safe. The cocking lever also doubles as a slide release lever.

The unique P7 gas system retards the movement of the recoiling slide during firing and eliminates the need for a conventional locking mechanism.

A low profile slide contributes to the balanced center of gravity and overall compact size of the P7. Made of high grade steel, the low profile slide keeps the recoiling mass to a minimum.

Combined with the optimal grip angle of 110°, the result is an accurate, low recoil pistol; well suited for military and law enforcement users.

Single control lever function can be changed to opposite side for left hand users. The control lever allows the USP to be carried "cocked & locked" and has a positive stop, returning to the "fire" position after decocking. The slide can still be actuated when the control lever is placed in the "safe" position (where applicable).

Stepped grip combined with the tapered magazine well, makes magazine changes fast and precise. The sides of the magazine well have finger recesses that also aid in magazine removal.

With its fluted chamber, the P7 will extract and eject an empty shell even if the extractor is missing. The extractor, which doubles as a loaded chamber indicator, only aids in making extraction smooth and uniform.

Three-dot sights, optional tritium sights available

Lanyard loop

**P7M8 9MM with 8-round metal magazine**

P7 pistols have a constant uniform single-action trigger pull for all rounds fired. Unlike conventional double action pistols, there is no change in trigger pull between critical first and second shots.

Cocking lever controls make P7 pistols completely ambidextrous.

Fixed, polygonal barrel made by cold hammer forging ensures accuracy and increased barrel life.

**P7M13 9MM with 13-round metal magazine**

Firing pin assembly can be removed without tools

Slide retaining button

The HK MKII UTL (Universal Tactical Light) is a compact, high intensity light that can be installed on the accessory grooves of all USPs in seconds without tools.

Ambidextrous magazine release

Slide and frame constructed of high grade steel

Oversized trigger guard for use with gloves

Grip circumference on both the P7M8 and P7M13 is small. Easy to shoot for small handed users and very compact and concealable.

HK USPs are available in nine different firing configurations and three calibers.

| USP FIRE MODES & CONTROL FUNCTIONS (conversion by HK armorer only) | Double Action | Single Action | Control Lever On Left | Control Lever On Right | Control Lever "Safe" Positon | Control Lever Manual Safety | Control Lever "Fire" Positon | Control Lever Decocking | Caliber Available | |
|---|---|---|---|---|---|---|---|---|---|---|
| Variant 1 | ● | ● | ● | | ● | | ● | ● | .45 / .40 / 9mm |
| Variant 2 | ● | ● | ● | | ● | | ● | ● | .45 / .40 / 9mm |
| Variant 3 | ● | ● | | ● | ● | | ● | ● | .40 / .40 / 9mm |
| Variant 4 | ● | ● | | ● | ● | | ● | ● | .40 / .40 / 9mm |
| Variant 5 | ● | ● | ● | | ● | ● | | | .45 / .40 / 9mm |
| Variant 6 | ● | ● | | ● | ● | ● | | | .45 / .40 / 9mm |
| Variant 7 | ● | ● | | | | | | | .45 / .40 / 9mm |
| Variant 8 | ● | ● | | | | | | | .45 / .40 / 9mm |
| Variant 9 | ● | ● | ● | | | | | ● | .45 / .40 / 9mm |
| Variant 10 | ● | ● | | ● | | | | ● | .45 / .40 / 9mm |

# HK Mark 23 Pistol

The HK Mark 23 Caliber.45 ACP pistol gives shooters match grade accuracy equal to that of the finest custom made handguns—yet they exceed the most stringent operational requirements ever demanded of a combat handgun.

The Mark 23 provides this accuracy without the need for hand-fitted parts common in custom-built match pistols costing thousands of dollars more.

One of the most thoroughly tested handguns in history, the MK23/Mark 23 project originated in 1991 when HK began development for the U.S. Special Operations Command, the unit that directs the activities of America's most elite military units, including the Navy SEALs and the Army Special Forces.

On May 1, 1996, the first MK 23 pistols were delivered to the U.S. Special Operations Command for operational deployment, making the MK 23 the first caliber .45 ACP pistol to enter U.S. military service since the venerable Government Model 1911A1.

*The HK Mark 23 is a military and law enforcement model of the U.S. Government issue MK 23, MOD 0 Offensive Handgun and is available in limited numbers. Designated the "Mark 23", it is almost identical to the MK 23, MOD 0 pistol used by the Special Operations Command, right down to its threaded barrel. The principal differences are slide inscriptions (Mark 23 as opposed to MK 23) and a barrel manufactured to SAAMI headspace specifications.*

*One-piece machined steel slide*

*HK polygonal bore profile increases muzzle velocity and service life, while reducing bore fouling and eases cleaning.*

*Molded into the frame are special accessory grooves for attaching a light or laser aimer.*

*A threaded insert in the trigger guard is used to secure accessories to the pistol.*

**MARK 23 .45 ACP**
**with 12-round metal magazine**
**(MK23 USSOCOM Issue Pistol**
**NSN: 1005-01-426-8951)**

*Military and law enforcement 12-round steel magazine*

*The weapon is aimed using either iron sights or an optional laser aiming module. The iron sights provide a 3-dot sight picture with white or optional self-luminous tritium dots and are positioned to allow sight alignment with the optional sound & flash suppressor attached.*

*The USP-type mechanical recoil reduction system reduces recoil forces to the shooter and components of the pistol by as much as 30%.*



**MARK 23 .45 ACP**
**with suppressor, laser**
**aiming module, and**
**12-round metal magazine**

*Ambidextrous magazine release*

*The Laser Aiming Module (LAM) is a combination visible/invisible (infrared) laser aimer and illuminator (flashlight); it easily mounts in the pistol's accessory grooves. The LAM was developed by Insight Technology Inc. of Manchester, NH for the U.S. Special Operations Command. LAM not available from HK.*

# HK USP45 Tactical Pistol

An enhanced version of the USP45, the Tactical is designed for users who need the features found on the Mark 23, but in a smaller and more affordable pistol. The USP45 Tactical pistol approaches the precision found on the Mark 23 by adding an extended threaded barrel with rubber O-ring, adjustable trigger, and adjustable target-type sights to the USP45.

*The frame mounted MK 23 decocking lever is separate from the ambidextrous safety lever. It allows the hammer to be lowered quietly and safely from the single action position. When the hammer is down, the ambidextrous frame mounted safety lever is locked in the fire position so that the pistol is always ready for double action operation. When the hammer is "cocked and locked" in single action mode with the safety lever on "safe", the decocker is blocked so that the pistol is always ready for single action operation.*

*Even with the safety lever engaged, the slide can still be manipulated to load and clear the pistol.*

*High profile front sight permits normal sight alignment with sound suppressor mounted*

*Threaded barrel for use with a sound suppressor (available from HK).*

*Extractor (opposite side) doubles as a loaded chamber indicator.*

*Rear target sight features micrometer adjustment for windage and elevation. Fixed 3-dot or tritium sights available as an option.*

*The extended slide release lever and the ambidextrous magazine release are easily actuated without adjustment of the firing grip using the firing hand thumb or index finger.*

*Reinforced polymer frame*

*Universal mounting grooves for installing accessories like the HK UTL weapons light and laser aimer*

*Match grade trigger passes 1.5 meter drop test requirement.*

**NEW**

USP45 TACTICAL .45 ACP
with 12-round metal magazine

*Lanyard loop*

*An innovative design feature found on both the Mark 23 and USP45 Tactical pistol is a high temperature rubber O-ring that seals and centers the barrel in the slide until unlocking of the barrel. The O-ring has a significant effect on accuracy, lasts more 20,000 rounds, and can be replaced without tools in seconds.*

*Improved match single-action and double-action trigger pull with adjustable trigger stop to eliminate overtravel*

*12-round magazine with extended floorplate for optimal grip and weapon retention*

*Lanyard loop*

*USP45 Tactical pistols use the same patented recoil reduction system found on the full frame USP and the Mark 23. When the pistol is fired, the impulse of the rearward traveling barrel and slide are effectively buffered, eliminating the direct transmission of recoil forces to the pistol's frame and the shooter's hand.*

*To meet operational environmental requirements, the pistol was function tested at +140 and -25º F, exposed to 2 hours of submersion in sea water at 66 feet, placed in surf, salt-fog, sand-dust, mud, icing, unlubricated, and fouled environments. A special maritime surface coating protected the pistol from any corrosion, in all of these operational environments.*

*Sound and flash suppressor does not interfere with iron sights or LAM and can be adjusted to compensate for point of aim/point of impact deviations. By adding water to the unit, it provides an extraordinary 33-35 dB sound reduction and can be indexed to any MK 23 to eliminate point-of-impact changes when attached. Suppressor developed by Knight Armament Corp. of Vera Beach, FL for the U.S. Special Operations Command.*

*During testing, MK 23 pistols met the most stringent operational and accuracy requirements ever demanded of a combat handgun. Endurance testing demonstrated a service life of over 30,000 rounds of +P ammunition. To meet the reliability requirement, the pistol had to demonstrate a minimum of 2,000 mean rounds between stoppages (MRBS) with both M1911 ball and +P ammunition. All pistols exceeded the 2,000 MRBS with an average of 6,000 MRBS. In more than 450 accuracy test firings from a precision firing fixture, MK 23 pistols far exceeded the government requirement, averaging 1.44 inches, with 65 groups of less than one inch. There were four groups of .5 inches, with 5 rounds going through the same hole!*

# HK Submachine Guns

Heckler & Koch MP5 submachine guns employ the same delayed blowback operated roller-locked bolt system found in the famous HK G3 Automatic Rifle. All the elements of HK excellence; reliability, ease of handling, simple maintenance, and safety are highlighted on the MP5. Firing from the closed-bolt position during all modes of fire makes MP5 submachine guns extremely accurate and controllable.

Used by military and law enforcement units in more than fifty nations, the MP5 is firmly established as the world's preeminent submachine gun. Over 120 variants of the HK MP5 submachine gun are available to address the widest range of tactical requirements. A selection of optional trigger groups allow for single fire only, full automatic, 2-round, and 3-round burst options. The weapon's unique modular design and a variety of optional buttstocks, forearms, sight mounts, and other accessories gives the MP5 extraordinary flexibility to meet most any mission requirement.



*Sturdy folding buttstock*

*Adjustable rotary diopter sights*

*Threaded barrel with three lugs for accessory attachment*

*Ambidextrous safety/selector lever*

*MP5K vertical foregrip*

**MP5K-PDW 9MM with Navy trigger group**
*The MP5K-PDW (Personal Defense Weapon) is a compact submachine gun designed for vehicle operators, air crew members, security details, and others who require a small, but powerful weapon. While comparable in performance to full size MP5s, the size and weight of the MP5K-PDW make this weapon the ideal choice where a rifle or full-sized submachine gun is unmanageable and a handgun is a poor compromise.*

*Quick detachable scope mounting platforms*

**MP5SFA2 9MM with SF trigger group**
*The MP5SF (single fire) carbine is a semi-automatic only variant of the MP5 fitted with a trigger group that prevents full automatic firing. Comes with a detachable flash hider as a standard feature.*

*Single Fire (SF) trigger group can be replaced with other MP5 trigger groups to allow burst and full automatic firing*

**HK Trigger Groups**

| SEF Trigger Group | Numerical Trigger Group | SF (Single Fire) Trigger Group | 0-1-2 Trigger Group | 0-1-3 Trigger Group | Navy Trigger Group | 2-Round Burst Trigger Group |
|---|---|---|---|---|---|---|
| S safe<br>E single fire (semi-automatic)<br>F fully automatic | S safe<br>1 single fire (semi-automatic)<br>20/25 fully automatic | ⊠ semi-automatic<br>⊠ safe | two-round burst<br>semi-automatic<br>⊠ safe | three-round bursts<br>semi-automatic<br>⊠ safe | fully automatic<br>semi-automatic<br>⊠ safe | fully automatic<br>two-round burst<br>semi-automatic<br>⊠ safe |

*SEF and Numerical trigger groups have a single safety/selector lever on the left side, all other groups have safety/selector levers on both sides.*



**MP5KA4 9MM
with 3-round burst trigger group
(NSN: 1005-01-259-2895)**
*The MP5K is the ultimate close quarters
weapon. At 4.4 pounds and less than 13
inches long, the MP5K is easily concealed
and carried. All MP5Ks can be fitted with
an optional folding buttstock.*

*All MP5 submachine guns use a
free floating, cold-hammer forged
barrel and fire from the highly
accurate closed-bolt position.*

*Compact 15-round
9mm magazine
(interchangeable with
30-round magazines)*

**MP5A3 9MM**
shown with optional 0-1-2
trigger group and tactical
forearm light

*Retractable buttstock extended. MP5s can be
fitted with a variety of buttstock options
including receiver caps, retractable, fixed,
and folding buttstocks.*

*Tactical forearm light can be mounted
on most HK submachine guns and rifles.*

*30-round 9mm magazine*

*0-1-2 Trigger Group includes "automatic
double-tap" 2-round burst capability*

*Briefcase
safety button*

*Briefcase trigger*

**MP5K 9MM
with standard "SEF"
trigger group**

*Detachable flash hider*

*The MP5K can be fired
from inside a specially
designed briefcase.*

*Ideal as a squad car carbine to
supplement or replace the 12 gauge
shotgun, especially for small
stature officers. Less recoil, greater
range, and more ammunition
capacity than a shotgun.*

*Mounting bracket for
optional pull-thru
cleaning kit*

**3-Round Burst Trigger Group**
fully automatic
three-round burst
semi-automatic
safe

# HK Submachine Guns (continued)

Developed especially for one of America's most elite special operations units, the MP5 "Navy" model comes standard with an ambidextrous trigger group and threaded barrel. Operationally tested and proven, this configuration represents the essence of the modern submachine gun.

For specialized applications requiring fully realized sound and flash suppression, several MP5SD models are available. The removable sound suppressor is integrated into the weapon's design and conforms to the normal length and profile of a conventional, unsuppressed submachine gun.

The MP5/40 and MP5/10 are product improved variants of the 9mm MP5 chambered for the more powerful .40 S&W and 10mm Auto cartridges. Although the operation and functioning principles of the MP5/40 and MP5/10 are identical to the 9mm MP5, several user inspired improvements have been incorporated into the design, including a new bolt catch device that holds the bolt group rearward after the magazine is empty. New lightweight synthetic magazines are durable and ensure reliable feeding under the most extreme conditions. Like all MP5s, the MP5/40 and MP5/10 can be disassembled without tools for cleaning and maintenance.



MP5/40A2 .40 S&W with with 3-round burst trigger group

MP5-N 9MM with "Navy" trigger group. The Navy model was developed for the elite US Navy SEAL Teams. (NSN:1005-01-360-7146)

MP5 Navy models have threaded barrels and can be used with or without an optional wet technology stainless steel sound suppressor.

"Navy" trigger groups and all HK trigger groups with "pictogram" markings are completely ambidextrous.

Paddle and button magazine release common on most HK long guns

Optional wet technology sound suppressor fits the threaded barrels of the MP5/10 and MP5/40. By adding 5 cc of water to this stainless steel suppressor, the weapon's report is reduced an additional 3-5 dB. Wet technology sound suppressors can also be fired full of water without damage.



Ported barrel lowers velocity and sound signature of departing projectiles

Optional front and rear tritium sights available

The MP5SD uses an integral aluminum or optional wet technology stainless steel sound suppressor. It <u>does not</u> require use of subsonic ammunition for effective sound reduction like most conventional sound suppressed submachine guns.

Ammunition for the MP5/40 is completely compatible with .40 S&W pistols.

MP5SD3 9MM with integral aluminum sound suppressor and standard "SEF" trigger group (NSN: 1005-01-144-3036)

High-strength translucent polymer magazines for the MP5/40 and MP5/10 are 30% lighter and corrosion resistant.

A high degree of interchangeability of parts, accessories, and buttstocks exist between the 10mm Auto and .40 caliber MP5 models and 9mm MP5s.

The bolt catch on the MP5/10 and MP5/40 holds the bolt to the rear after the last round of the magazine is fired. Depressing the bolt catch releases the bolt to chamber the first round of a loaded magazine.

The MP5/10 will feed and function reliably with all types of 10mm Auto rounds, both high and low impulse.

MP5/10A3 10MM Auto with 2-round burst trigger group and optional stainless steel screw-on sound suppressor

Ambidextrous safety/selector levers, slings, and sling pins are standard on all MP5/10 and MP5/40 submachine guns.

Optional dual magazine clamps, like those for 9mm MP5 magazines, are available for MP5/10 and MP5/40 magazines.

2-round burst trigger group provides the operator with ambidextrous safety/selector levers for safe, semi-automatic, two-round burst, and fully automatic fire modes.

The firepower, penetration, and hard-hitting potential of a 10mm MP5 is greater than a .45 ACP Thompson submachine gun. At any range, the projectile fired from a 10mm MP5 has nearly twice the energy of a comparable 9mm, .40 S&W, or .45 ACP cartridge. In 1994, the U.S. Federal Bureau of Investigation (FBI) adopted the MP5/10 as their new submachine gun.

**Ammunition Performance Comparison Table**

| Cartridge Specifications | | Velocity (FPS) muzzle/100 meters | Muzzle Energy (Foot Pounds) muzzle/100 meters |
|---|---|---|---|
| 9mm Parabellum* | Winchester 115 gr. Silvertip | 1225/1007 | 383/259 |
| | Winchester 147 gr. Subsonic | 1010/921 | 333/277 |
| 40 S&W* | Winchester 155 gr. Silvertip | 1205/1018 | 500/357 |
| | Winchester 180 gr. JHP | 990/891 | 390/317 |
| 10mm Auto** | Winchester 175 gr. Silvertip | 1401/1099 | 768/475 |
| | Norma 170 gr. JHP | 1473/1142 | 825/496 |
| .45 ACP* | Winchester 185 gr. Silvertip | 1000/888 | 411/324 |
| | Proload 185 gr. JHP | 1000/880 | 411/318 |

\* Manufacturer's data   \*\* Actual MP5/10 data

# HK G36 Weapon System

A new development for HK, the G36 is a true modular weapon system in caliber 5.56x45mm NATO (.223 Remington). Constructed almost entirely of a tough, carbon fiber reinforced polymer material and using a simple, self-regulating gas system, the G36 provides the user with a lightweight weapon that delivers high performance with extremely low maintenance. The barrel of the G36 can be exchanged by unit armorers to create a rifle, carbine, or light support variant using the same common receiver.  Exhaustively tested and currently fielded with the German Armed Forces (including the new NATO Rapid Reaction Force), the G36 is now available to U.S. law enforcement and military customers.



*G36 barrels can be easily removed by the unit armorer with a special torque wrench.*

*Chrome-plated, cold hammer forged barrel with 1 in 7 inch twist rifling*

**G36K 5.56MM CARBINE** with 12.5 inch barrel, dual sighting system, and buttstock folded

*The G36 gas system does not direct fouling back into the weapon's interior like conventional gas operated rifles. This insures reliable operation even after firing more than 15,000 rounds without cleaning. The polymer components can easily be cleaned with water-based cleaning solutions, or even water.*

*The low mass of the bolt and ergonomic in-line relationship of the barrel and the buttstock translate to a highly-controllable weapon when fired in the fully automatic mode of fire.*

*Special 4-prong flash hider virtually eliminates muzzle flash.*

*Right side folding buttstock allows for normal operation and firing when folded*

*Integral mounting rail allows the HK UTL (Universal Tactical Light) to be installed in seconds.*

*Ambidextrous safety/selector lever allows for easy actuation without adjusting the firing grip.*

*MG36 assembled with heavy profile barrel for sustained automatic firing*

*Ambidextrous bolt catch button. The bolt catch holds the bolt to rear on the last round fired and can be disabled by the shooter without tools, allowing the bolt to close when the magazine is fired empty.*

*Ambidextrous magazine release lever*

*Integral cartridge case deflector doubles as a buttstock retainer when the stock is folded.*

*Birdcage style, combination flash hider and rifle grenade launcher (22mm outside diameter)*

*Detachable folding bipod*

HK field cleaning kit

Carry handle assembly & dual sighting system

UTL (Universal Tactical Light) with remote switch

Carry handle assembly & Export sight

100-round dual drum magazine

Manuals and technical documentation

Magazine unloader

30-round box magazine

NSA 80 II Passive Night Vision Sight Module

Multi-purpose sling

SF Trigger group

"Navy" Trigger group

Magazine loader for stripper clips

Detachable folding bipod

Multi-purpose bayonet

**G36 Accessories**
Accessories include a dual combat sight system, passive night vision module, quick-detachable tactical light and laser, folding bipod, and blank firing attachments. Other accessories are under development.



Export sight system with 1.5x optical sight can be detached by user with the carrying handle.

Emergency backup iron sights on Export sight

Rear sling attachment points for multi-purpose HK sling

Buttstock release lever

**G36E 5.56MM RIFLE with 18.9 inch barrel and 1.5X "Export" optical sight**

Ambidextrous cocking lever doubles as forward assist and can be used to silently chamber a round.

Tough 30-round translucent polymer magazines lock together without magazine clamp. They are 30% lighter than metal magazines and are corrosion proof.

Standard "Navy" trigger group with safe, semi-automatic, and fully automatic modes of fire and pictogram markings. Optional single-fire trigger group also available.

Dual combat sighting system. 3.5X optical sight topped with electronic red dot sight. Sights are independently adjustable to meet the operational requirements of user. 1.5X optical sight also available.

**OPTICAL SIGHT RETICLE PATTERN**

1  Lead mark for firing at targets moving from left to right at a speed of approximately 15 km/h at a range of 200 meters.

2  Point of aim at 200 meter range.

3  Cecular reticle interior diameter 1.75 m man size at 400 meter range.

4  Lead mark for targets moving f rom right to left at a speed of approximately. 15 km/h at 200 meter range.

5  Horizontal line to determine whether the weapon is canted.

6  Point of aim for firing at approximately 400 meter range.

7  Point of aim for firing at 600 meter range.

8  Point of aim for firing at 800 meter range.

9  Man size of 1.75 meter at ranges X.

Dual sighting system powered with ambient light through open port during daylight periods

Downward ejection of spent cartridge cases reduces visual signature

Front sling and bipod mounting pin.

Removable magazine well eases cleaning of receiver and chamber areas

100-round dual drum magazine can also be used in G36 rifle and carbine.

Storage compartment in pistol grip

Locking pin storage holes

Non-slip rubber buttplate

The location and function of the G36 operating controls mirror those of the roller-locked HK rifles and MP5 submachine guns, reducing training time and cost.

**MG36 5.56MM LIGHT SUPPORT WEAPON (LSW) with heavy 18.9 inch barrel, dual sighting system, and folding bipod**

G36s operate reliably with frangible training ammunition without special muzzle devices. Blank and safety blank firing devices that use conventional blank ammunition are available as accessories.

# HK Rifles & Carbines

Heckler & Koch rifles and carbines are recognized as the most technologically and tactically advanced weapons in the world. Reliability, modular construction, a true "system" approach, and a complete line of shoulder arms and accessories make HK the world leader in tactical armament.

*Cold-hammer forged barrel ensures unmatched accuracy and service life*

Using the robust and reliable delayed blowback roller-locked bolt operating system first developed by HK engineers for

*Accessory claw-lock scope mount and telescopic sight. HK scope mounts attach to rifles and submachine guns without tools at special points that ensure 100% return to zero. HK scope mounts do not interfere with the use of the weapon's iron sights.*

the G3 automatic rifle, Heckler & Koch has created a variety of weapons designed to meet any tactical need. The HK33, HK33K, and HK53 are refinements of the delayed blowback roller-locked bolt operating system into weapons firing the proven and popular 5.56mm x 45mm NATO (caliber .223) round.

HK33KA2 5.56MM CARBINE with 12.7 inch barrel and "0-1-25" trigger group

*The G3K is a compact carbine-sized weapon firing the full power 7.62 x 51mm cartridge.*

G3KA4 7.62MM CARBINE with 12.4 inch barrel and "0-1-20" trigger group

*Battle-proven rotary diopter sights common to most HK long guns.*

*20-round 7.62mm magazine*

Common throughout each weapon group is the ability to use many interchangeable assembly groups and components. This provides the ability to train personnel within one weapon group and have them competent with the entire weapon system.

*Standard assault rifle of the German Bundeswehr since 1959 and used by more than fifty nations.*

14



Cocking lever on HK rifles folds out of the way and allows the shooter's firing hand to remain in place on the pistol grip while the non-firing hand works the bolt.

**HK33A2 5.56MM RIFLE**
with 15.4 inch barrel and
"0-1-25" trigger group

Extremely durable and reliable 25-round 5.56mm magazine (an optional 30-round magazine is also available).

Numerical trigger group common on many HK assault rifles provides for safe, semi-automatic, and fully automatic modes of fire.

Straight line buttstock and roller-locked bolt system provide unmatched controllability in burst or sustained fire modes.

Bipod attachment point

All HK 5.56mm rifles and carbines come standard with 1 in 7 inch twist rifling.

Optional ambidextrous 3-round burst trigger group

Special 4-prong flash hider virtually eliminates muzzle flash

The HK53, only two inches longer than a 9mm MP5 SMG, offers the compact size and handiness of a submachine gun combined with the increased range and hard-hitting firepower of a high velocity rifle cartridge.

**HK53A3 5.56MM CARBINE**
with 8.31 inch barrel and
3-round burst trigger group

All HK rifles and carbines are designed around modular assembly groups (buttstock, trigger, forearm, etc.) and can be field stripped within seconds without tools, making cleaning and maintenance quick and easy.

Combination flash hider and rifle grenade launcher (22mm outside diameter)

High strength stamped steel construction

**G3A3 7.62MM RIFLE**
with 17.7 inch barrel
and "0-1-20" trigger group

The G3 rifle was the first HK firearm developed using the delayed blowback roller-locked operation common to most current Heckler and Koch submachine guns, rifles, and machine guns.

15

# HK Special Application Products

Critical tactical situations call for specialized products designed to meet unique demands. HK's extensive line of special purpose products include precision marksman rifles, light and general purpose machine guns, shotguns, grenade launchers, and signalling devices.



**FABARM FP6 PUMP-ACTION 12 GAUGE SHOTGUN**
*Manufactured by Fabbrica Bresciana Armi S.p.A. (FABARM) of Brescia, Italy; the FP6 is the preferred manually operated shotgun in Europe.*

*Tough polymer stock can be replaced with accessory pistol grip or folding stock*

*Durable corrosion resistant finish on receiver and internal parts*

*3-inch chamber*

*Free carrier for quick, smooth reloading*

*Twin steel action bars*

*Quick change barrel. Hot barrels can be changed in seconds without the need of a protective glove.*

*Semi-automatic sniper rifle-like accuracy when needed from a belt-fed machine gun due to its heavy free floating barrel*

*Adjustable folding bipod allows traverse of 60 degrees*

*Optional 6x42 Hensoldt telescopic sight with illuminated reticle and point blank range (less than 100 meters) elevation turret.*

*The PSG1, HK's preeminent precision marksman's rifle, is designed to deliver surgically accurate multiple shots to distant targets.*

*Buttstock with adjustable length, pivoting butt plate, and vertically adjustable cheekpiece.*

**PSG1 7.62MM SNIPER RIFLE**

*Fixed mount for unquestionable zero retention*

*5-round magazine (also accepts standard 20-round magazines)*

*Forward assist for silent loading*

*Crisp three pound trigger pull and adjustable trigger shoe*

*Adjustable contoured handgrip*

*Harmonic stabilizer to induce consistent barrel "whip" for increased accuracy*

**EFL 19MM (EMERGENCY FLARE LAUNCHER)**
*Capable of being cocked and operated with one hand, this magazine-fed 19mm flare launcher can fire a signal flare to a height of 200 feet.*

*A single-shot, break-open action signal pistol, the P2A1 fires a variety of signal, illumination, and parachute flares to an altitude of 1,000 feet with a burn time of six to 25 seconds.*

*Anschutz T-way for accessory attachment*

*5-shot detachable magazine*

**P2A1 26.5MM FLARE PISTOL**



**HK69A1 40MM GRENADE LAUNCHER**
Lightweight at only 5.8 pounds, the HK69A1 is designed to fire a variety of low velocity 40mm ammunition (including CS, HE, AP, nonlethal, and flares) to ranges of 400 meters with a degree of accuracy not available from competing designs.

FP6 barrels are made by deep drilling, not cold hammer forging. Cold hammer forging is an ideal way to make rifle barrels, but yields an overly rigid shotgun barrel with many internal stresses.

Rifled steel barrel for increased range, accuracy, and durability

Quick handling 20-inch barrel with heat shield is threaded for a variety of choke tubes, ensuring tactical flexibility.

Steel magazine tube has capacity for five shells

Precision flip-up dual aperture short range sight (50 and 100 meters)

Ladder sight for long range targets (100-400 meters)

Break-open action and separate manual hammer allows the HK69A1 to be loaded and unloaded without being cocked

Ambidextrous safety lever

Adjustable retractable stock can be fired as a pistol or from the shoulder

Quick detachable scope mounting platforms

Adjustable 1,200 meter sight

Receiver engineered for a minimum 60,000 round service life

Standard ambidextrous 3-round burst trigger group

Belt or optional box magazine feed mechanism

Mechanical recoil buffer system incorporated in buttstock

**HK21E 7.62MM GENERAL PURPOSE MACHINE GUN**
The 7.62mm HK21E and the 5.56mm HK23E machine guns use the same reliable operating principle as the G3 rifle. The high 800 rpm cyclic rate of fire ensures more rounds on target per target exposure.

Heavyweight polygonal barrel, free-floating and cold-hammer forged for accuracy and long life (15,000 rounds).

Quick detachable scope mounting system ensures 100% zero retention even after repeated dismounting

Adjustable precision tripod included (not shown)

Optional detachable 10X Hensoldt telescopic sight

Forward assist (not shown) for silent loading

Buttstock with adjustable length butt plate and vertically adjustable cheekpiece

Adjustable folding bipod

20-round magazine (also accepts 5-round magazines)

PSG1 trigger mechanism with crisp three pound trigger pull and adjustable trigger shoe

Extended ambidextrous safety/selector lever

**MSG90 7.62MM SNIPER RIFLE**
The MSG90 has many of the same features found on the PSG1, but weighs only 14 pounds.

# Accessories

An extensive line of accessories is available for Heckler & Koch weapons. Designed and manufactured to the same exacting standards, HK accessories add functionality and highlight the true systems approach used in developing these firearms. A variety of instructional aids including wall charts, posters, and video tapes are also available.

Contact Heckler & Koch, Inc. for more information.



## Pistol Accessories

## Rifle Accessories





## Cleaning Kits



Carbine & Submachine gun cleaning kit

Handgun cleaning kit

Rifle & Machine Gun cleaning kit

Shotgun cleaning kit

Adjustable precision tripod

Machine gun belt box

HK69A1 grenade launcher holster

Machine gun spare barrel

Machine gun spare barrel carrying case

Adjustable bipod

Emergency flare launcher magazine

Grenade launcher bore brush & cord

Adjustable machine gun bipod

Sniper rifle sling

User tool kit

Machine gun assault grip

Machine gun belt starter tab

Machine gun sling

## Accessories for Special Application Products

## Submachine Gun Accessories

Tactical light for MP5SD

MP5 multipurpose carry sling

Cleaning brush for MP5SD barrel ports

MP5K leather carrying harness

Tactical light for MP5K

A15 offset adaptor for Navy models with sound suppressors

Tactical lighted forearms

Model 628 with single switch

Model 629 with dual switch

Rear sight drums

0.1 safety lever set

MP5 receiver cap

MP5K folding buttstock

Nylon slip-on cheekpiece

Grenade launcher

Flash hider

Wide forearm

Extended safety lever

Adjustable safety & key

MP5K butt cap

Blank firing attachment

Slimline forearm

Single fire group

"SEF" group

0-1-3 group

MP5 fixed buttstock

Foregrip adaptor

MP5K vertical foregrip

Slimline forearm with 75 round

3-rd burst group

0-1-3 group

MP5 retractable buttstock

MP5SD aluminum sound suppressor

2-rd burst group

0-1-25 group

Navy group

MP5SD KAC-Navy stainless steel suppressor

protective cap

Pistol grip cleaning kit

MP5 KAC-Navy sound suppressor (9mm or 10mm/.40 S&W)

MP5 9mm 15-round magazine

MP5 9mm 30-round magazine

MP5 10mm & 40 caliber 30-round magazine

9mm magazine loader

cap holder

9mm magazine unloader

MP5 dual magazine clamp

Nylon shoulder carry rig with lanyard

19