# Exhibit 9



MILITARY  &  LAW ENFORCEMENT CATALOG



## COLT DEFENSE

**QUALITY MAKES IT A COLT**®. Selecting the weapons that will equip a country's Armed Forces is a crucial process with strong military and political implications. Therefore, the most reliable and combat-proven weapons in the world must be chosen. As the premier small-arms industry leader, Colt Defense LLC has provided U.S., NATO and other military forces with the finest battlefield weapons ever created. Colt weapons are designed and built with an emphasis on combat effectiveness, simplicity of operation, maximum interchangeability of parts, and ease of maintenance. As a result, our weapons are extremely durable, with high performing systems and unusually low life cycle maintenance costs. All of which makes Colt weapons the ideal weapons for broad deployment among any type of military unit. Since 1846, Colt has stood shoulder to shoulder with the military and continues to evolve in order to safeguard our soldiers.

## COLT CANADA

Over the 35 years since our inception as Diemaco — Canada's Centre of Excellence for Small Arms, Colt Canada weapons have been battle tested and proven through jungle mud, arctic snow and ice, desert sands and extreme battlefield conditions. The reliability of these Canadian born rifles is second to none. At Colt Canada we listen to our users that make up some of the most elite warfighting units and police services in the world. That, along with our attention to emerging technologies, ensures that our products continue to advance in operational functionality as well as popularity.

Disclaimer: Colt weapons shown in this catalog are not necessarily sold in the configuration with accessories shown. Please contact Colt Defense LLC sales for more information about available weapon configurations and accessories. Weights for all guns are without magazine.

This catalogue is provided for informational purposes only and may not be construed as a legally binding offer to sell any Colt product or service. Colt reserves the right to correct and/or amend inaccuracies or oversights.

Purchase of Colt products and services is subject to applicable federal, state and local laws and regulations. Please consult your local, state and federal officials for regulations that apply to your intended purchase. Additional information can also be found at www.efa.org and www.nssf.org

Information provided in this brochure does not include technical data that is restricted by the U.S. International Traffic in Arms Regulations.

NOTE: Technical specifications rounded to the nearest 10th.

COLT.COM    800-962-COLT    MILITARY RIFLE & CARBINE CATALOG





# M4
## FAMILY

R0920/R0921
HEAVY BARREL

LE6933

LE6921

C8A2

R0938
R0935

## M4 FAMILY

The name says it all. Proven in military combat operations all over the world, the Colt M4 Carbine is in a class by itself as a first-rate combat weapon system. Designed specifically for lightweight mobility, speed of target acquisition and effective firepower capability, the battle-proven M4 Carbine delivers with the reliability, accuracy and potent performance needed to take on the most extreme situations. The M4 can be comfortably carried, yet instantly available to provide the level of firepower, dependability and accuracy of a 5.56mm rifle. In production for the U.S. Armed Forces since 1994, it's the weapon of choice for the 21st century warfighter and law enforcement officer.

| SPECS | R0979/R0920 | R0977/R0921 |
|---|---|---|
| CALIBER | 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) |
| WEIGHT (Without Magazine) | 6.11 lbs (2.771 kg) | 6.11 lbs (2.771 kg) |
| OVERALL LENGTH | 29.8" (75.69 cm) Stock Retracted 33" (83.82 cm) Stock Extended | 29.8" (75.69 cm) Stock Retracted 33" (83.82 cm) Stock Extended |
| BARREL LENGTH | 14.5" (35.56 cm) | 14.5" (35.56 cm) |
| CYCLIC RATE OF FIRE | 700–950 rpm | 700–950 rpm |
| FIRE CONTROL | Safe–Semi–Burst | Safe–Semi–Auto |
| RIFLING | 1/7 RH | 1/7 RH |
| EFFECTIVE RANGE | 600 m | 600 m |
| | NSN 1005-01-231-0973 | NSN 1005-01-382-0953 |

PHOTO COURTESY U.S. DOD



| LE6921 | R0933/R0935 | LE6933 | C8A2 🍁 | C8CQB 🍁 | C8SFW 🍁 |
|---|---|---|---|---|---|
| 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) |
| 6.8 lbs. (3.08 kg) | 6.21 lbs. (2.81 kg) | 5.6 lbs. (2.54 kg) | 7.53 lbs. (3.41 kg) | 7.18 lbs. (3.25 kg) | 7.96 lbs. (3.61 kg) |
| 30.5" (77.5 cm) Stock Retracted<br>33.75" (85.7 cm) Stock Extended | 27.1" (68.83 cm) Stock Retracted<br>30.4" (77.22 cm) Stock Extended | 27.5" (66.9 cm) Stock Retracted<br>30.75" (78.1 cm) Stock Extended | 30.86" (78.38 cm) Stock Retracted<br>34.11" (86.64 cm) Stock Extended | 27.92" (70.92 cm) Stock Retracted<br>31.18" (79.20 cm) Stock Extended | 32.14" (81.46 cm) Stock Retracted<br>35.39" (89.89 cm) Stock Extended |
| 14.5" (36.83 cm) | 11.5" (29.21 cm) | 11.5" (29.21 cm) | 14.5" (35.56 cm) | 11.6" (29.46 cm) | 15.7" (39.88 cm) |
| N/A | 700–950 rpm | N/A | 750–950 rpm | 750–950 rpm | 750–950 rpm |
| Semi | Safe–Semi–Auto | Semi | Safe–Semi–Auto | Safe–Semi–Auto | Safe–Semi–Auto |
| 1/7 RH | 1/7 RH | 1/7 RH | 1/7 RH | 1/7 RH | 1/7 RH |
| 600 m | 400 m | 400 m | 600 m | 400 m | 600 m |
| | NSN 1005–01–581–2925 (R0933) | | | | |



# 901

## FAMILY

### 901 FAMILY

Initially developed to exceed the original SCAR requirements of a multi-caliber, single serial number modular weapon system, the Colt CM901® 7.62 x 51 NATO (.308 Winchester) has the modularity and versatility you need. Its free-floating barrel and one-piece monolithic upper receiver provide exceptional accuracy. The revolutionary lower receiver and bolt carrier design enable the upper receiver group to be easily swapped out for any Colt MilSpec upper receiver chambered in 5.56 x 45 NATO (.223 Remington), without tools, in under a minute – allowing the weapon to be reconfigured to any situation at a moment's notice. All Colt Modular CM901 rifles are shipped with the necessary conversion accessories; including the adaptor block, 5.56 buffer and spring, as well as a conversion manual. All operating controls are ambidextrous, providing you with flexibility and ease of use.



UPPER RECEIVER SOLD SEPARATELY



**COLT**
LE901®
Adapter Block
Conversion Kit
Part # SP99415

NOW SHIPPING WITH ALL CM901 VARIANTS.

| SPECS | CM901®-16A | CM901®-13A |
|---|---|---|
| CALIBER | .308 Win (7.62 x 51 NATO) | .308 Win (7.62 x 51 NATO) |
| WEIGHT (Without Magazine) | 9.4 lbs (4.26 kg) | 8.7 lbs (3.95 kg) |
| OVERALL LENGTH | 34" (85.09 cm) Stock Retracted 37" (93.35 cm) Stock Extended | 32" (85.09 cm) Stock Retracted 35" (93.35 cm) Stock Extended |
| BARREL LENGTH | 16.1" (40.9 cm) | 13" (40.9 cm) |
| CYCLIC RATE OF FIRE | 700–1,000 rpm | 700–1,000 rpm |
| FIRE CONTROL | Safe–Semi–Auto | Safe–Semi–Auto |
| RIFLING | 1/12 RH | 1/12 RH |
| EFFECTIVE RANGE | 700 m | 500 m |
| ADDITIONAL FEATURES | Heavy Barrel | Heavy Barrel |
| | Ships with Adapter Block Conversion Kit | Ships with Adapter Block Conversion Kit |

COLT.COM • 800.962.COLT • MILITARY RIFLE & CARBINE CATALOG

# MONOLITHIC
## UPPER FAMILY



## MONOLITHIC UPPER FAMILY

Today's battlefields demand the accuracy, reliability and performance of Colt's new M4 Advanced Colt Carbine Monolithic (ACC –M) receiver system. This one-piece upper receiver provides a true free-floating barrel for increased precision. All variants of the ACC –M have ambidextrous magazine releases and bolt catches, as well as repeatable zero retention for optics and other accessories. From Semi-Only, to 3-Round Burst, to Automatic modes of fire, and fixed or folding front sights, the M4 ACC –M is available in an array of configurations. These options, combined with the Colt Monolithic Receiver System, provide unmatched zero retention and repeatability not found with other systems.

| SPECS | R0922 | R0923 | R0923CQB | LE6943 |
|---|---|---|---|---|
| CALIBER | 5.56x45 NATO (.223 Rem.) | 5.56x45 NATO (.223 Rem.) | 5.56x45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) |
| WEIGHT (Without Magazine) | 7 lbs (3.175 kg) | 7 lbs (3.175 kg) | 5.72 lbs (2.6 kg) | 6.3 lbs. (2.86 kg) |
| OVERALL LENGTH | 29.8" (75.69 cm) Stock Retracted  33" (83.82 cm) Stock Extended | 29.8" (75.69 cm) Stock Retracted  33" (83.82 cm) Stock Extended | 26.2" (66.5 cm) Stock Retracted  29.4" (74.6 cm) Stock Extended | 27.5" (69.85 cm) Stock Retracted  30.75" (78.1 cm) Stock Extended |
| BARREL LENGTH | 14.5" (35.56 cm) | 14.5" (35.56 cm) | 10.3" (26.7 cm) | 11.5" (29.2 cm) |
| CYCLIC RATE OF FIRE | 700–950 rpm | 700–950 rpm | 700–950 rpm | N/A |
| FIRE CONTROL | Safe–Semi–Burst | Safe–Semi–Auto | Safe–Semi–Auto | Semi |
| RIFLING | 1/7 RH | 1/7 RH | | 1/7 RH |
| EFFECTIVE RANGE | 600 m | 600 m | 400 m | 400 m |
| OPTIONAL EQUIPMENT | Heavy Barrel | Heavy Barrel | | 30-Round PMAG® Magazine  MBUS® Rear: Gen 2 |



| LE6944 | LE6945CQB | C8IUR-10 | C8IUR-11 | C8IUR-14 | C8IUR-16 | C7IUR-20 |
|---|---|---|---|---|---|---|
| 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) |
| 6.6 lbs. (2.99 kg) | 6.25 lbs. (2.84 kg) | 6.42 lbs. (2.91 kg) | 6.99 lbs. (2.86 kg) | 7.3 lbs (3.31 kg) | 7.45 lbs. (3.38 kg) | 7.54 lbs. (3.42 kg) |
| 30.5" (77.5 cm) Stock Retracted 33.75" (85.7 cm) Stock Extended | 26" (66 cm) Stock Retracted 29.5" (74.9 cm) Stock Extended | 26.81" (68.1 cm) Stock Retracted 30.05" (76.33 cm) Stock Extended | 27.92" (70.92 cm) Stock Retracted 31.18" (79.2 cm) Stock Extended | 30.86" (78.38 cm) Stock Retracted 34.11" (86.64 cm) Stock Extended | 32.14" (81.46 cm) Stock Retracted 35.39" (89.89 cm) Stock Extended | 36.38" (92.41cm) Stock Retracted 39.63" (100.66 cm) Stock Extended |
| 14.5" (36.83 cm) | 10.3" (26.2 cm) | 10" (25.4 cm) | 11.6" (29.46 cm) | 14.5" (36.83 cm) | 15.7" (39.88 cm) | 20" (50.8 cm) |
| N/A | N/A | 750–950 rpm | 750–950 rpm | 750–950 rpm | 750–950 rpm | 700–900 rpm |
| Semi | Semi | Safe–Semi-Auto | Safe–Semi-Auto | Safe–Semi-Auto | Safe–Semi-Auto | Safe–Semi-Auto |
| 1/7 RH | 1/7 RH | 1/7 RH | 1/7 RH | 1/7 RH | 1/7 RH | 1/7 RH |
| 600 m | 400 m | 400 m | 400 m | 600 m | 600 m | 800 m |
| 30-Round PMAG® Magazine MBUS® Rear: Gen 2 | Ambidextrous 30-Round PMAG® Magazine MBUS® Rear: Gen 2 | | | | | |



# PISTON

## P0923

Capable of firing in automatic and semi-automatic mode, the much anticipated Colt P0923 is an advanced modular 5.56 mm caliber piston-operated, lightweight, one-piece upper receiver, magazine-fed carbine. Innovatively constructed, the P0923 contains a unique articulating link piston (ALP) that reduces the stresses in the piston stroke by allowing for deflection and thermal expansion. And, you'll like that it's specifically designed to be just as easy to clean, assemble and disassemble as our gas operated system.



**COLT ALTERNATIVE OPERATING SYSTEM.** At Colt, piston technology is nothing new for us. As a matter of fact, that's how the Colt Model 703 was born. In the late 1960s, Colt was the first company to put a piston system into an AR platform to meet a U.S. Army request. It's been more than 40 years now since we first produced this new wave of AR piston systems, and we continue to innovate today.

| SPECS | P0923 |
|---|---|
| CALIBER | 5.56x45 NATO (.223 Rem.) |
| WEIGHT (Without Magazine) | 7 lbs (3.175 kg) |
| OVERALL LENGTH | 29.8″ (75.69 cm) Stock Retracted<br>33″ (83.82 cm) Stock Extended |
| BARREL LENGTH | 14.5″ (35.56 cm) |
| CYCLIC RATE OF FIRE | 700–950 rpm |
| FIRE CONTROL | Safe–Semi–Auto |
| RIFLING | 1/7 RH |
| EFFECTIVE RANGE | 600 m |



# AUTOMATIC
## RIFLE FAMILY

### AUTOMATIC RIFLE FAMILY

Cool under fire. Based on the battle-proven M16/M4 series of rifles, the Colt IAR features a unique heat-sink system, which significantly reduces the risk of cook-offs during extended periods of firing. It also provides extended barrel life over existing industry lightweight automatic rifle designs. Anyone accustomed to other Colt rifles and carbines will be instantly familiar with the specs and operational aspects of the IAR. Trust that the IAR6940 is ready to encounter and surpass the duties required of an automatic rifle in today's combat zones.

Patent Pending



| SPECS | IAR6940 | LSW |
|---|---|---|
| CALIBER | 5.56x45 NATO (.223 Rem.) | 5.56 x 45 NATO (.223 Rem.) |
| WEIGHT (Without Magazine) | 9.5 lbs (4.31 kg) | 12 lbs. (5.42 kg) |
| OVERALL LENGTH | 33.5" (85.09 cm) Stock Retracted<br>36.75" (93.35 cm) Stock Extended | 38.86" (98.55 cm) |
| BARREL LENGTH | 16.1" (40.9 cm) | 20" (50.8 cm) |
| CYCLIC RATE OF FIRE | 700–1,000 rpm | 600–800 rpm |
| FIRE CONTROL | Safe-Semi-Auto | Semi |
| RIFLING | 1/7 RH | 1/7 RH |
| EFFECTIVE RANGE | 600 m | 800 m |
| ADDITIONAL FEATURES | Heavy Barrel | Carbine Buttstock |



# M16

FAMILY



## M16 FAMILY

Setting the standard by which all other weapons in this class are judged, the Colt M16A4 is the fourth generation of the M16 series weapon system. With a removable carrying handle and an integral rail mounting system for optics and other ancillary devices, it is the ultimate full-length combat rifle in 5.56 mm caliber for the 21st century military soldier.

| SPECS | R0945/R0905 | R0901 |
|---|---|---|
| CALIBER | 5.56x45 NATO (.223 Rem.) | 5.56x45 NATO (.223 Rem.) |
| WEIGHT (Without Magazine) | 7.18 lbs (3.26 kg) | 7.18 lbs (3.26 kg) |
| OVERALL LENGTH | 39.5" (100.33 cm) | 39.5" (100.33 cm) |
| BARREL LENGTH | 20" (50.8 cm) | 20" (50.8 cm) |
| CYCLIC RATE OF FIRE | 700–950 rpm | 700–950 rpm |
| FIRE CONTROL | Safe-Semi-Burst | Safe-Semi-Auto |
| RIFLING | 1/7 RH | 1/7 RH |
| EFFECTIVE RANGE | 600 m | 600 m |





## SMG: 9MM SUBMACHINE GUN

Close enemy confrontations demand lightweight, compact, highly concealable, select fire weapons like the Colt 9 mm SMG. The SMG fires from a closed bolt, and is equipped with a collapsible buttstock; all making it well suited for the military. This straight-line construction, coupled with the low recoil of 9 mm ammunition, provides highly accurate fire with less muzzle climb, especially in full automatic fire. Less recoil also facilitates ease of training and improves accuracy. Finally, operation and training for the Colt 9 mm SMG is similar to that for the Colt M16A2/A4 Rifle, Colt M4 Carbine or Colt Commando® Carbine, simplifying user training substantially.

| SPECS | R0991 | R0992 |
|---|---|---|
| CALIBER | 9x19mm/Parabellum | 9x19mm/Parabellum |
| WEIGHT (Without Magazine) | 6.7 lbs (3.04 kg) | 6.7 lbs (3.04 kg) |
| OVERALL LENGTH | 26" (66.04 cm) Stock Retracted 29.25" (74.3 cm) Stock Extended | 26" (66.04 cm) Stock Retracted 29.25" (74.3 cm) Stock Extended |
| BARREL LENGTH | 10.5" (26.67 cm) | 10.5" (26.67 cm) |
| CYCLIC RATE OF FIRE | 700–1,000 rpm | 700–1,000 rpm |
| FIRE CONTROL | Safe-Semi-Auto | Safe-Semi-Burst |
| RIFLING | 1/10 RH | 1/10 RH |
| EFFECTIVE RANGE | 100 m | 100 m |



# M203

## GRENADE LAUNCHER

### M203: 40MM GRENADE LAUNCHER

Colt's military experience is on full display with the M203 Grenade Launcher. This single-shot, breech-loaded 40 mm weapon is specifically designed to attach to the M4 Carbine and M16A2 and A4 Rifles. By creating a versatile combination weapon system, the M203 gives you the capability of firing both 5.56 mm rifle ammunition as well as the complete range of 40 mm high-explosive and special-purpose ammunitions. Though attached to the M16A2/A4, the M203 grenade launcher can be operated as a completely independent weapon using its complete self-cocking fire mechanism, barrel latch, trigger and positive safety lever included in the receiver. An essential tool for every modern army, the M203 provides Colt M4 Carbines and Colt M16A2/A4 Rifles with breaching, defilade and area engagement capabilities.



M203

EAGLE

EAGLE requires a 1913 mount with a recoil lug for underslung applications.

**AMMUNITION** FOR ALL M203 VARIANTS

M406 HIGH EXPLOSIVE (HE)
M433 HE ARMOR PIERCING
M576 BUCKSHOT
M407 & M781 PRACTICE

Most other specialized
40 mm Low Velocity Ammunition
including Less Lethal Ammunition

| SPECS | R0801 FOR USE WITH M16 | R0810 FOR USE WITH M4 | R0811 FOR USE WITH M4 | EAGLE |
|---|---|---|---|---|
| CALIBER | 40 mm | 40 mm | 40 mm | 40 mm |
| WEIGHT | 2.5 lbs (1.13 kg) | 2.5 lbs (1.13 kg) | 2.5 lbs (1.13 kg) | 4.72 lbs (2.14 kg) |
| METHOD OF OPERATION | Single Shot / Breech Load | Single Shot / Breech Load | Single Shot / Breech Load | Single Shot / Breech Load |
| BARREL LENGTH | 12" (30.48 cm) | 12" (30.48 cm) | 9" (22.86 cm) | 8.62" (21.9 cm) |
| EFFECTIVE RANGE | 400 m | 400 m | 400 m | 400 m |



## SCW: SUB COMPACT WEAPON

Maneuverability and performance in highly confined areas of operation are the key advantages of the Colt Sub Compact Weapon (SCW), the most compact of Colt's 5.56 mm family of weapons. The SCW features Colt's one-piece monolithic upper receiver and a Colt collapsible folding buttstock. Designed specifically for vehicle & aircraft crews, joint forces, special operations forces, and reconnaissance units, this ultra lightweight compact design allows for quick and easy transition from vehicles to aircraft, providing much more firepower and range than handguns.

Patent Pending

| SPECS | SCW0921 |
|---|---|
| CALIBER | 5.56x45 NATO (.223 Rem.) |
| WEIGHT (Without Magazine) | 6.5 lbs (2.95 kg) |
| OVERALL LENGTH | 28.5" (72.39 cm) Stock Retracted |
| | 30.25" (76.84 cm) Stock Extended |
| | 23.5" (59.69 cm) Stock Collapsed |
| BARREL LENGTH | 10.3" (26.26 cm) |
| CYCLIC RATE OF FIRE | 700–950 rpm |
| FIRE CONTROL | Safe–Semi–Auto |
| RIFLING | 1/7 RH |
| EFFECTIVE RANGE | 400 m |
| ADDITIONAL FEATURES | Folding. Collapsible Buttstock (Patent Pending) |
| OPTIONAL FEATURES | Also available with Piston Operating System (SCW0921–P) |

Shown with stock collapsed and folded



# M45A1

## COLT MARINE PISTOL

### M1070CQBP COLT MARINE PISTOL

More than 100 years ago, the Colt 1911 was chosen as the official sidearm for America's Armed Forces. Today, a Colt 1911 is once again proudly serving at the side of our country's military. After a rigorous selection process, the United States Marine Corps selected the Colt Rail Gun as their Close Quarters Battle Pistol. This marks the first time since the end of World War II that a Colt 1911 is being shipped to the United States Government.

PHOTO COURTESY U.S. DoD



| SPECS | **M1070CQBP** |
|---|---|
| CALIBER | .45 |
| WEIGHT | 2.5 lb. (40 oz.) |
| OVERALL LENGTH | 8.5″ (21.59 cm) |
| BARREL LENGTH | 5″ (12.7 cm) |
| MAGAZINE CAPACITY | 7 |
| CYCLIC RATE OF FIRE | Semi |
| ACTION | Single Action |
| ADDITIONAL FEATURES | Novak® 3 Dot Night Sights |
| | Enhanced Hammer |
| | Ambidextrous Safety Lock |
| | Long, Solid Aluminum Trigger |
| | Flat, Serrated Mainspring Housing with Lanyard Loop |
| | Desert Tan Cerakoted Stainless Steel Receiver and Slide |
| | 5″ National Match® Barrel |
| | MIL–STD–1913 Accessory Rail |

For International/LE customers, please reference model O1070CQBP



# 01070RG
## COLT RAIL GUN

### 01070RG COLT RAIL GUN®

Colt continues to take its battle and time proven M1911 pistol and adapt it to meet the changing requirements of its customers with its model 01070RG — The Colt Rail Gun. Where quality and workmanship are demanded, Colt once again meets and exceeds customer expectations. This handgun is outfitted with new and exciting features for the law enforcement community, the shooting enthusiast and the personal defense user. The accessory rail offers the versatility to attach tactical lights or laser sights to the receiver of the Colt Rail Gun, making it a tactical pistol easily adaptable to any military or law enforcement need. This ability to attach a tactical light also makes the Colt Rail Gun an ideal candidate for a home/personal protection need. The Colt Rail Gun features a Colt Upswept Beavertail Grip Safety with Palm Swell, Colt Tactical Ambidextrous Safety Lock, Novak® sights, and a National Match® Barrel. Colt's quality continues to be derived from its forged steel receiver, forged steel slide, forged stainless steel barrel, and forged steel slide stop.

| SPECS | 01070RG/01980RG |
|---|---|
| CALIBER | .45 |
| WEIGHT | 2.28 lb. (36.5 oz.) |
| OVERALL LENGTH | 8.5" (21.59 cm) |
| BARREL LENGTH | 5" (12.7 cm) |
| MAGAZINE CAPACITY | 8 |
| CYCLIC RATE OF FIRE | Semi |
| ACTION | Single Action |
| ADDITIONAL FEATURES | Novak® High Low Mount Carry Sights with Dots |
| | Enhanced Hammer |
| | Extended Ambidextrous Safety Lock |
| | Colt Upswept Beavertail Grip Safety |
| | 3-Hole Aluminum Trigger |
| | Lowered and Flared Ejection Port |
| | Tactical Accesory Rail |
| | National Match® Barrel |
| | Front and Rear Slide Serrations |



# 01991CCG

COLT 1991® PISTOL

## 01991CCG COLT 1991® PISTOL

The Colt 1991 Series is a direct descendant of the original Colt M1911. A long trigger, flat mainspring housing and original style recoil spring system remain from the original M1911 design. Upgrades from the original include upgraded sights and a lowered ejection port for extra reliability. It still remains "the standard" that everyone tries to imitate, but no one duplicates.

| SPECS | 01991CCG |
|---|---|
| CALIBER | .45 |
| WEIGHT | 2.2 lb. (35.5 oz.) |
| OVERALL LENGTH | 8.5" (21.59 cm) |
| BARREL LENGTH | 5" (12.7 cm) |
| MAGAZINE CAPACITY | 8 |
| CYCLIC RATE OF FIRE | Semi |
| ACTION | Single Action |
| ADDITIONAL FEATURES | Lowered & Flared Ejection Port Novak® Sights, Fiber Optic Front Enhanced Hammer Extended Single Side Safety Lock Colt Upswept Beavertail Grip Safety Solid Aluminum Trigger |



# O7000D

### COLT DEFENDER PISTOL

## 07000D COLT DEFENDER™ PISTOL

The Colt Defender offers power and performance every time. This package is an excellent choice for concealed carry. With Novak® sights and a Colt Upswept Beavertail Grip Safety, this pistol will provide an exceptional hold and quick target acquisition. The Colt Defender is an accurate and reliable workhorse able to withstand the rigors of everyday carry and numerous trips to the target range.

| SPECS | 07000D |
|---|---|
| CALIBER | .45 |
| WEIGHT | 1.5 lb. (24 oz.) |
| OVERALL LENGTH | 8.5" (21.59 cm) |
| BARREL LENGTH | 3" (7.62 cm) |
| MAGAZINE CAPACITY | 7 |
| CYCLIC RATE OF FIRE | Semi |
| ACTION | Single Action |
| ADDITIONAL FEATURES | Novak® Low Mount Carry Sights with Dots |
| | Enhanced Hammer |
| | Standard Safety Lock |
| | Colt Upswept Beavertail Grip Safety |
| | 3–Hole Aluminum Trigger |
| | Lowered and Flared Ejection Port |

COLT.COM   800.962.COLT   MILITARY RIFLE & CARBINE CATALOG



# CONVERSION KITS

Before

After



M4 with RAS Upper Assembly
and Buttstock Assembly

M4 with Handguards Upper Assembly
and Buttstock Assembly

M4 Monolithic Upper Assembly
and  Buttstock Assembly

## SIMPLE AND COST-EFFECTIVE

The Colt conversion kit is the most valuable method of replacing existing older model M16 service weapons with the most advanced carbine in the world. The conversation kit is compatible with any variant of the M16 family of weapons, and is available in a variety of barrel lengths with folding or fixed front sights and collapsible buttstock.

Out of the 165 individual parts in the M4 Carbine, 120 of the old parts are replaced brand new. This conversion kit upgrade solution provides the operator with a weapon conforming to the strictest U.S. Government Military Standards not available by other manufacturers; a Colt rifle converted to the most state-of-the-art configuration.

- Various Barrel Lengths
- Available in piston or gas impingement
- Various Buttstock Assemblies
- Various Upper Receiver Assemblies
- Various Accessory Options Available

Speak with a Colt Defense sales representative about all options available.

# SIGHTING & ACCESSORIES ARMORER COURSES



The Colt M16/M4 family of weapons provides today's soldiers on the modern battlefield with accuracy, reliability and combat-proven firepower from a 5.56 mm platform. This capability can be drastically enhanced when any of the multitude of after-market accessories are mounted on the weapon. These combat multipliers serve many purposes: sighting devices enhance the one-shot, one-hit probability; visible and IR lasers decrease engagement times and allow for use in low-light or no-light conditions; and grips enhance the user's comfort and weapon manipulation. Most accessories can be quickly mounted and removed in seconds without the use of tools, and several accessories can be maintained in the unit armory and employed as each unique mission dictates. But, Colt doesn't stop at supplying world-class weapon systems to our customers. We also offer information on a full line of accessories to meet your operational needs. One-stop shopping provides the customer with readily available products from sighting systems, to suppressors, to edged weapons.

- Sighting Systems
- Rail Systems
- Magazines & Related Equipment
- Cleaning & Associated Equipment
- Training Aids & Equipment
- Suppression & Flash Eliminators
- Storage Equipment
- Slings
- System Components
- Edged Tools & Weapons
- Miscellaneous Tools & Equipment

If you are unsure of your needs, please contact our sales team directly to help you find the correct solutions to fit your budget and operational requirements.

## RIFLE/CARBINE/SMG/1911 ARMORER COURSES

The course includes the M16 family of weapons and all its variants, including the M4, the AR15 and all its variants and the 9 mm Submachine gun. Course length is 24 class hours over three days with no shooting included.

Course Description: This course covers design, theory, compatibility, disassembly, assembly, maintenance and troubleshooting for the law enforcement, corrections, military and nuclear security armorer. All Colt Certified Training Courses are restricted to qualified active law enforcement, corrections, military and nuclear security personnel.



# FUTURE VISION

Constantly breaking barriers with our sights on the future, Colt continues to lead the way in design, performance and quality. Knowing what is at stake, we accept nothing but perfection from ourselves and zero flaws in our products. Our new product development leads with innovation with rapid prototyping, materials and manufacturing methods. Our ISO 9001:2008 certification ensures constant responsibility in our awareness to our military, law enforcement and international clients. Feared by the enemy and the competition, we mandate only the best quality products are made available to you.

COLT.COM | 800-862-COLT   MILITARY RIFLE & CARBINE CATALOG



COLT DEFENSE LLC  ||  547 NEW PARK AVE  ||  WEST HARTFORD, CT 06110  ||  COLT.COM  ||  800.962.COLT  ||  FACEBOOK.COM/COLTFIREARMS  ||  @COLTFIREARMS

**SALES INFORMATION**  ||  **US GOVERNMENT** 1.860.244.1364  **INTERNATIONAL** 1.860.244.1392  **COLT CANADA** 1.519.893.6840  **DOMESTIC LAW ENFORCEMENT** 1.860.244.1407

© COLT DEFENSE LLC 2013

# Exhibit 10



# THE WEAPON OF CHOICE FOR THE 21ˢᵀ CENTURY WARFIGHTER

ASSAULT RIFLES & CARBINES





OUR COMPANY .................................................... 1

ACC-M ......................................................... 2 - 3

APC ............................................................. 4 - 5

M4 ............................................................. 6 - 7

IAR ............................................................ 8 - 9

SCW ........................................................... 10 - 11

M4 Commando® & R0923CQB ................................... 12 - 13

SMG ........................................................... 14 - 15

M16A4 ......................................................... 16 - 17

M203 .......................................................... 18 -19

CONVERSION KITS ............................................. 20

SIGHTING & ACCESSORIES ..................................... 21

**Photos courtesy of:**

United States Marine Corps - USMC.MIL - ...............................Pages; Index, 7, 9, 15, 17, 19
United States Army - ARMY.MIL - ...............................Pages; Colt Defense, 3, 5, 7, 11, 14, 21
United States Navy - NAVY.MIL ................................................................ Pages; 13, 15
United States Air Force - AF.MIL ................................................................ Pages; 20

Disclaimer - Colt weapons shown in this catalog are not necessarily sold in the configuration with accessories shown. Please contact Colt Defense sales for more information about weapon configurations.

Note: Technical Specifications rounded off to the nearest 10th.

The American defense industry has always answered its warfighter's challenges and needs with innovative equipment design solutions. As the premier small arms industry leader, Colt Defense LLC has provided US, NATO, and other military forces with the finest battlefield weapons ever designed. The Colt M16 launched the evolution of what has become the assault weapon of choice on today's battlefields: the M4 Carbine. The term modularity has become synonymous with Colt rifles and carbines, so much so that many companies today base their system designs solely on our M16/M4 original blueprint. The next challenge for Colt Defense is to see that its weapons continue to evolve to meet the diverse and varied challenges the 21st century battlefield will present to joint and coalition forces. Only by doing so will Colt Defense continue to offer all echelons of warfighters increased capabilities and flexibility they need while providing a unique best value solution.

Colt rifles and carbines are the only 5.56mm (.223 Rem.) weapon systems in the world that have been truly battle-tested under every condition that may be encountered on the diverse battlefields of the 21st century. From the early 1960's to today, Colt M16 rifles, M4 carbines and variants have proven themselves under the most severe combat conditions – from the jungles of South America and Southeast Asia to the deserts of the Middle East and the mountains of Afghanistan. Starting with the first Colt M16 rifles fielded during the Vietnam War, Colt engineers have continuously evaluated the performance of Colt firearms in the hands of users engaged in combat operations. Based on reports from the battlefield and continuous technical interaction with military and law enforcement users in the U.S. and around the world, evolutionary improvements have steadily been incorporated, keeping Colt weapons systems the world standard.

Colt weapons are designed and built with an emphasis on simplicity of operation, maximum interchangeability of parts and ease of maintenance. As a result, Colt weapons are extremely durable, with high performing systems and unusually low life cycle maintenance costs, making them the ideal weapons for broad deployment among any type of military unit. They are singularly well suited for today's modern warfare strategy of rapid expeditionary deployment, mobility and increased firepower.

The quality and dependability of Colt 5.56mm weapons in the field have all contributed to their unparalleled record of success. To quote a senior U.S. Military officer: "I am absolutely convinced that the M4 Carbine is the finest service 5.56mm weapon in the world – bar none! It will hit what you shoot at and do it both accurately and reliably."

Today, Colt offers a complete "Family of Weapons" based around the M4 Carbine, which includes a heavy barreled rifle (HBAR®), a carbine with sliding stock (M4 & ACC-M), a personal defense weapon with folding-collapsible buttstock (SCW), a piston carbine (APC), a Commando® carbine, an infantry automatic rifle (IARTM), a 9mm submachine gun, and 40mm grenade launcher. Furthermore, Colt maintains a staff of professional engineers, armorers and operators who devote themselves to constant improvement and evolution of our Family of Weapons. Their efforts and ingenuity enable Colt to continue to set the standard of excellence in small arms throughout the world.

All Colt products are manufactured with the most modern equipment according to well-established and time-tested proprietary manufacturing techniques and processes. The technical data packages for Colt products, which consist of the designs, specifications, patents, trade secrets, manufacturing processes, know how and other intellectual property that goes into a Colt weapon, are closely guarded secrets that are not available to any other manufacturer. In addition, all Colt products are manufactured in Colt's ISO 9001/2008 Certified facility in Hartford, Connecticut, assuring that every unit delivered lives up to Colt's highest standards and historical reputation.

Selecting the weapon that will equip a country's Armed Forces is a crucial process with strong military and political implications; the best and most combat-proven weapon in the world should therefore be chosen. The example established by the U.S. Armed Forces and the armed forces of more than 90 other nations around the world confirms that Colt weapons significantly increase the field readiness as well as the operational, tactical and strategic capabilities of any country's Armed Forces.

## COLT DEFENSE LLC

1



**DEFENSE**

# ADVANCED COLT CARBINE MONOLITHIC (ACC-M)

MILSPEC - MADE IN THE USA - ISO 9001/2008



Since its adoption by the US Armed Forces in 1994, the Colt M4 Carbine has been the most combat proven and successful carbine system on the battlefield. The new **M4 Advanced Colt Carbine Monolithic (ACC-M)\*** One-Piece Upper Receiver incorporates all the options operations forces have required. Its one-piece upper receiver provides a true free-floating barrel for increased accuracy, as well as repeatable zero retention for optics and other accessories. All variants of the ACC-M have ambidextrous fire controls, selector levers, and magazine releases. The M4 ACC-M is available in an array of configurations, from 3-Round Burst to Automatic modes of fire, as well as with fixed or folding front sights. These options, combined with the Colt Monolithic Rail System, provide unmatched zero retention and repeatability not found with other separate forward (handguard) rail mounted systems. These attributes make the M4 ACC-M one of the most versatile and the truest operational weapon system for today's battlefields.

**R0922** Safe-Semi-Burst        **R0923** Safe-Semi-Auto        * Patent Pending        * U.S. Patent # 7,131,228 B2



## SPECIFICATIONS

**CALIBER -** 5.56x45 NATO (.223 Rem.)
**WEIGHT -** 7 lbs (3.175 kg)
**OVERALL LENGTH [STOCK RETRACTED] -** 29.8 in. (75.69 cm)
**OVERALL LENGTH [STOCK EXTENDED] -** 33 in. (83.82 cm)
**BARREL LENGTH -** 14.5 in. (35.56 cm)
**RATE OF FIRE -** 700-950 RPM
**RIFLING -** 1/7 RH
**EFFECTIVE RANGE -** 600 m



# COLT DEFENSE

# COLT ADVANCED PISTON CARBINE (APC)

MILSPEC - MADE IN THE USA - ISO 9001/2003



The long awaited **Colt P0923** is an advanced modular 5.56mm caliber piston-operated, lightweight, one-piece upper receiver, magazine fed carbine capable of firing in automatic and semi-automatic modes. The Colt P0923 incorporates a new ALP advanced operating system (articulating link piston) that reduces the stresses in the piston stroke by allowing for deflection and thermal expansion. Designed for consistent cyclic rates, it's just as easy to disassemble, clean and reassemble as our gas operated system.

**P0923** Safe-Semi-Auto

If their rollmark doesn't say Colt, they only wish it did.

## COLT ALTERNATIVE OPERATING SYSTEM

Piston technology is nothing new for us here at Colt. In fact, it was our company that was the first to put a piston system into an AR platform in the late 1960's to meet a US Army request. The Colt Model 703 was born. Again, Colt was the first to produce this new wave of AR piston systems over 40 years ago…

…and we're doing it even better now.



# SPECIFICATIONS

| | |
|---|---|
| CALIBER - | 5.56x45 NATO (.223 Rem.) |
| WEIGHT - | 7 lbs (3.175 kg) |
| OVERALL LENGTH [STOCK RETRACTED] - | 29.8 in. (75.69 cm) |
| OVERALL LENGTH [STOCK EXTENDED] - | 33 in. (83.82 cm) |
| BARREL LENGTH - | 14.5 in. (35.56 cm) |
| RATE OF FIRE - | 700-1000 RPM |
| RIFLING - | 1/7 RH |
| EFFECTIVE RANGE - | 600 m |





5

 **DEFENSE**

# COLT M4 CARBINE




MILSPEC - MADE IN THE USA - ISO 9001/2008

**Colt M4**. The name says it all. Throughout the world today, the Colt M4's reliability, performance, and accuracy provide joint coalition forces with the confidence required to accomplish any mission. Designed specifically for lightweight mobility, speed of target acquisition, and potent firepower capability - the M4 delivers. The M4 can be comfortably carried, yet be instantly available to provide the level of firepower, dependability and accuracy of a 5.56mm rifle. Proven in military combat operations all over the world, it is in a class by itself as a first rate combat weapon system. The Colt M4 Carbine serves as the United States Armed Forces' weapon of choice and the weapon of the 21st century warfighter. The Colt M4 is the ONLY 5.56mm carbine in the world today that is manufactured to meet or exceed the stringent performance specifications (MILSPEC) required for acceptance and use by the U.S. Armed Forces.

US Military: **R0920** Safe-Semi-Burst
           **R0921** Safe-Semi-Auto

International: **R0977 / NSN 1005-01-382-0953** Safe-Semi-Auto
           **R0979 / NSN 1005-01-231-0973** Safe-Semi Burst



## SPECIFICATIONS

| | |
|---|---|
| **CALIBER** - | 5.56x45 NATO (.223 Rem.) |
| **WEIGHT** - | 6.11lbs (2.771 kg) |
| **OVERALL LENGTH [STOCK RETRACTED]** - | 29.8 in. (75.69 cm) |
| **OVERALL LENGTH [STOCK EXTENDED]** - | 33 in. (83.82 cm) |
| **BARREL LENGTH** - | 14.5 in. (35.56 cm) |
| **RATE OF FIRE** - | 700-950 RPM |
| **RIFLING** - | 1/7 RH |
| **EFFECTIVE RANGE** - | 600 m |

7

Case 1:22-cv-00951-RGA   Document 37-2   Filed 01/31/23   Page 44 of 105 PageID #: 896



**The Colt Infantry Automatic Rifle (IAR™)\*** Model IAR6940 is a lightweight, gas operated, magazine fed, 5.56mm automatic rifle. Based on the battle proven M16/M4 series of rifles, new unique design features include a patented Monolithic Upper Receiver\* with MIL-STD-1913 rails at the 12, 3, and 9 o'clock positions, as well as a lower rail system with a MIL-STD-1913 rail at the 6 o'clock position. In addition, the Colt IAR features a unique heat sink system attached to the barrel, which significantly reduces the risk of cook-offs during extended periods of firing.  The heat sink also provides extended barrel life over existing industry lightweight automatic rifle designs. The IAR's ambidextrous safety mechanism provides for a positive touch & feel in safe or fire mode. Anyone familiar with other Colt rifles and carbines will immediately recognize the IAR.  The IAR6940 is operationally ready to meet and exceed the duties required of an Automatic Rifle on today's battlefields.

**IAR6940** Safe-Semi-Auto          \* U.S. Patent # 7,131,228 B2

MILSPEC - MADE IN THE USA - ISO 9001/2008



## SPECIFICATIONS

| | |
|---|---|
| **CALIBER** - | 5.56x45 NATO (.223 Rem.) |
| **WEIGHT** - | 9.5 lbs (4.31 kg) |
| **OVERALL LENGTH [STOCK RETRACTED]** - | 33.5 in. (85.09 cm) |
| **OVERALL LENGTH [STOCK EXTENDED]** - | 36.75 in. (93.35 cm) |
| **BARREL LENGTH** - | 16 in. (40.64 cm) |
| **RATE OF FIRE** - | 700-1000 RPM |
| **RIFLING** - | 1/7 RH |
| **EFFECTIVE RANGE** - | 600 m |

9



COLT® **DEFENSE**

# COLT SUB COMPACT WEAPON (SCW™)

MILSPEC - MADE IN THE USA - ISO 9001/2008

**The Colt Sub Compact Weapon (SCW™)** is the most compact of Colt's 5.56mm family of weapons. The SCW features Colt's patented one-piece monolithic upper receiver**and a Colt collapsible folding buttstock* for confined space combat operations and close quarters battle. Where previous small caliber personal defense weapons were inadequate in caliber or configuration for engaging varying target sets, the Colt SCW in 5.56x45mm NATO provides the stopping power soldiers need on the battlefield. Its ultra lightweight compact design allows maneuverability in highly confined areas of operation.  The SCW also allows for quick and easy transition from vehicles and aircraft, thus providing much more firepower and range to aircrews and vehicle operators than handguns. Incorporating a new bolt carrier/buffer system, the SCW has been engineered to provide the same dependable reliability as the Colt M4 in a much more compact design. Additional benefits incorporated into the SCW include a reduction in recoil and an increase in controllability. Equipped with its unique holster/sling system*, the Colt SCW allows the user to easily transition from any other weapon. Designed specifically for vehicle & aircraft crews, joint forces, special operations forces, and reconnaissance units, the Colt SCW provides for increased mobility and firepower on the modern battlefield, but with longer range capabilities than handgun caliber systems. Commonality of ammunition with other weapons in the support formation not only simplifies logistical relief, but also provides for ease of resupply by any supporting unit while conducting operations. With all of these design enhancements and augmentations, this weapon has earned its place among Colt weapons and the right to its name "Colt SCW".

**SCW0921** Safe-Semi-Auto          *Patent Pending
                              ** U.S. Patent # 7,131,228 B2

R O O M   C L E A R



## S P E C I F I C A T I O N S

| | |
|---|---|
| **CALIBER** - | 5.56x45 NATO (.223 Rem.) |
| **WEIGHT** - | 6.5 lbs (2.95 kg) |
| **OVERALL LENGTH [STOCK RETRACTED]** - | 28.5 in. (72.39 cm) |
| **OVERALL LENGTH [STOCK EXTENDED]** - | 30.25 in. (76.84 cm) |
| **OVERALL LENGTH (STOCK COLLAPSED)** - | 23.5 in. (59.69 cm) |
| **BARREL LENGTH** - | 10.3 in. (26.26 cm) |
| **RATE OF FIRE** - | 700-950 RPM |
| **RIFLING** - | 1/7 RH |
| **EFFECTIVE RANGE** - | 400 m |

COLT® DEFENSE

# M4 COMMANDO & RO923CQB



MILSPEC - MADE IN THE USA - ISO 9001/2008

Rapid response, maneuverability, and enhanced firepower play a major part in joint and coalition operations in modern warfare. **Colt's M4 Commando® and RO923CQB** epitomize modern warfare's emphasis on "Get In and Get Out". They were both designed to exploit firepower capability in confined spaces where lightweight mobility, speed and violence of action rule. The Commando can be comfortably carried with its 11.5" barrel, yet be instantly available to provide the type of firepower required to overmatch combatants. The CQB with a 10.3" barrel comes equipped with a one-piece upper receiver. Because they both provide full 5.56mm power and accuracy in a very compact sub-machine gun size weapon, the Commando and CQB are often chosen over smaller less powerful sub-machine guns. Regardless of the application, the Colt M4 Commando and RO923CQB provide the superior qualities that will enable operators to accomplish an increasingly wide range of combat missions.

**R0933** / **NSN 1005-01-581-2925** Safe-Semi-Auto          **R0935** Safe-Semi-Burst          **R0923CQB** Safe-Semi-Auto

## COMMANDO SPECIFICATIONS

|  |  |
|---|---|
| CALIBER - | 5.56x45 NATO (.223 Rem.) |
| WEIGHT - | 5.38 lbs (2.44 kg) |
| OVERALL LENGTH [STOCK RETRACTED] - | 27.1 in. (68.83 cm) |
| OVERALL LENGTH [STOCK EXTENDED] - | 30.4 in. (77.22 cm) |
| BARREL LENGTH - | 11.5 in. (29.21 cm) |
| RATE OF FIRE - | 700-950 RPM |
| RIFLING - | 1/7 RH |
| EFFECTIVE RANGE - | 400 m |

**R0933 Safe-Semi-Auto**

**R0935 Safe-Semi-Burst**

**R0923CQB Safe-Semi-Auto**

## R0923CQB SPECIFICATIONS

|  |  |
|---|---|
| CALIBER - | 5.56x45 NATO (.223 Rem.) |
| WEIGHT - | 5.72 lbs (2.6 kg) |
| OVERALL LENGTH [STOCK RETRACTED] - | 26.2 in. (66.5 cm) |
| OVERALL LENGTH [STOCK EXTENDED] - | 29.4 in. (74.6 cm) |
| BARREL LENGTH - | 10.3 in. (26.7 cm) |
| RATE OF FIRE - | 700-950 RPM |
| RIFLING - | 1/7 RH |
| EFFECTIVE RANGE - | 400 m |




13


DEFENSE

# COLT 9MM SUBMACHINE GUN (SMG)



MILSPEC · MADE IN THE USA · ISO 9001/2008

The **Colt 9mm Submachine Gun (SMG)** is exceptionally well suited for military, paramilitary, and Law Enforcement organizations requiring a lightweight, compact, highly concealable, select fire weapon system for close confrontations. The Colt SMG is constructed with a modular rail system that allows the easy mounting of ancillary devices, fires from a closed bolt, is equipped with a collapsible buttstock, and is easily field stripped without the need of any special tools. The straight-line construction, coupled with the low recoil of 9mm ammunition, provides highly accurate fire with less muzzle climb, especially in full automatic fire. Less recoil also facilitates ease of training and improves accuracy. Finally, operation and training for the Colt 9mm SMG is similar to that for the Colt M16A2/A4 Rifle, Colt M4 Carbine or Colt Commando Carbine, simplifying user training substantially.

**R0991** Safe-Semi-Auto          **R0992** Safe-Semi-Burst

14

# Close Combat Low Recoil



## SPECIFICATIONS

| | |
|---|---|
| **CALIBER -** | 9x19mm/Parabellum |
| **WEIGHT -** | 6.7 lbs (3.04 kg) |
| **OVERALL LENGTH [STOCK RETRACTED] -** | 26 in. (66.04 cm) |
| **OVERALL LENGTH [STOCK EXTENDED] -** | 29.25 in. (74.3 cm) |
| **BARREL LENGTH -** | 10.5 in. (26.67 cm) |
| **RATE OF FIRE -** | 700-950 RPM |
| **RIFLING -** | 1/10 RH |
| **EFFECTIVE RANGE -** | 100 m |





16.

# COLT DEFENSE

# COLT M16A4 RIFLE



MILSPEC · MADE IN THE USA · ISO 9001/2008

**The Colt M16A4 Rifle** is the fourth generation of the M16 series weapon system, and is the world standard by which all other weapons of this class are judged. With a removable carrying handle and an integral rail mounting system for mounting of optics and other ancillary devices, it is the ultimate full length combat rifle in 5.56mm caliber for the 21st Century.

US Military: **R0945** Safe-Semi-Burst

International: **R0901 / NSN 1005-01-383-2872** Safe-Semi-Auto
**R0905** Safe-Semi-Burst



## SPECIFICATIONS

| | |
|---|---|
| **CALIBER -** | 5.56x45 NATO (.223 Rem.) |
| **WEIGHT -** | 7.18 lbs (3.26 kg) |
| **OVERALL LENGTH -** | 39.5 in. (100.33 cm) |
| **BARREL LENGTH -** | 20 in. (50.8 cm) |
| **RATE OF FIRE -** | 700-950 RPM |
| **RIFLING -** | 1/7 RH |
| **EFFECTIVE RANGE -** | 600 m |



**DEFENSE**

# COLT M203 40MM GRENADE LAUNCHER



MILSPEC · MADE IN THE USA · ISO 9001/2003

**The Colt M203 Grenade Launcher** is a lightweight, single-shot, breech-loaded 40mm weapon specifically designed to be attached to the M4 Carbine and the M16A2 and A4 Rifles. It creates a versatile combination weapon system, capable of firing both 5.56mm rifle ammunition as well as the complete range of 40mm high explosive and special purpose ammunitions. A complete self-cocking firing mechanism, including barrel latch, trigger and positive safety lever is included in the receiver, which allows the M203 to be operated as a completely independent weapon even though attached to the Colt M4 Carbine or the Colt M16A4 Rifle. The M203 provides Colt M4 Carbines and Colt M16A2/A4 Rifles with breaching, defilade, and area engagement capabilities, making it an essential tool for every modern army.

**R0801** M16 – 12" Barrel
**R0810** M4 – 12" Barrel
**R0811** M4 – 9" Barrel

Case 1:07-cv-00901-RCL Document 87-4 Filed 04/11/12 Page 55 of 105 PageID #: 907

## SPECIFICATIONS

| | |
|---|---|
| **CALIBER** - | 40 mm |
| **WEIGHT** - | 2.5 lbs (1.13 kg) |
| **METHOD OF OPERATION** - | Single Shot / Breech Load |
| **BARREL LENGTH** - | 9 in. (22.86 cm) or 12 in. (30.48 cm) |
| **EFFECTIVE RANGE** - | 400 m |
| **AMMUNITION** - | M406 High Explosive |
| | M433 HE Armor Piercing |
| | M576 Buckshot |
| | M407 Practice |
| | M781 Practice |
| | * Most other specialized 40mm Low Velocity ammunition * |

19

 **DEFENSE**

# CONVERSION KITS



**M4 with RAS Upper Assembly & Buttstock Assembly**



**M4 with Handguards Upper Assembly & Buttstock Assembly**



## Conversion Kits

The Colt conversion kit is the most cost effective method of replacing existing older model M16 service weapons with the most advanced carbine in the world. The conversion kit is available in a variety of barrel lengths with folding or fixed front sights, and a collapsible buttstock. Simple to accomplish and compatible with any variant of the M16 family of weapons. Out of the 165 individual parts in the M4 Carbine, 120 of the old parts are replaced brand new. This conversion kit upgrade solution provides the operator with a weapon conforming to the strictest U.S. Government Military Standards not available by other manufacturers, a Colt rifle converted to the most state of the art configuration.

- **Various Barrel Lengths**
- **Various Upper Receiver Assemblies**
- **Various Buttstock Assemblies**
- **Various Accessory Options Available**

Speak with a Colt Defense sales representative about all options available.



**M4 Monolithic Upper Assembly & Buttstock Assembly**

# SIGHTING & ACCESSORIES

The Colt M16/M4 Family of Weapons provides today's soldier and/or law enforcement officer with reliable and combat proven accurate firepower in a 5.56mm platform on the modern battlefield. This capability can be drastically enhanced when any of a myriad of after-market accessories is mounted on the weapon. These combat multipliers can serve many purposes: sighting devices enhance the one-shot, one hit probability; visible and IR lasers decrease engagement times and allow for use in low-light or no-light conditions; and grips enhance the user's comfort and weapon manipulation. Most accessories can be quickly mounted and removed without the use of tools in seconds and several accessories can be maintained in the unit armory and employed as each unique mission dictates. Colt does not stop at supplying world class weapon systems to our customers. We also offer information on a full line of accessories to meet your operational requirements. One stop shopping provides the customer readily available products from sighting systems to suppressors to edged weapons.

If you are unsure of your needs, please contact our sales team directly to help you find the correct solutions to fit your budget and operational requirements.



- Sighting Systems
- Rail Systems
- Magazines & Related Equipment
- Cleaning & Associated Equipment
- Training Aids & Equipment
- Suppression & Flash Eliminators
- Storage Equipment
- Slings
- System Components
- Miscellaneous Tools & Equipment
- Edged Tools & Weapons





## COLT DEFENSE LLC

**CORPORATE OFFICE**
547 New Park Ave. West Hartford, CT, 06110, USA
Tel: (860) 232-4489    Fax: (860) 244-1442
1-800-962-COLT
COLT.COM

**US GOVERNMENT SALES INFORMATION**
1-860-244-1364

**INTERNATIONAL SALES INFORMATION**
1-860-244-1392 or 1-860-244-1384

The Weapon of Choice for the 21st Century Warfighter

© 2010 Colt Defense LLC

Information in this brochure does not contain ITAR restricted data.

Exhibit 11

# SPRINGFIELD ARMORY. USA







2013 CATALOG



# PAST, PRESENT & FUTURE

GEORGE WASHINGTON ORDERED THE CREATION OF SPRINGFIELD ARMORY® IN 1777 TO STORE REVOLUTIONARY AMMUNITION AND GUN CARRIAGES.

IN 1794 THE ARMORY BEGAN THE MANUFACTURE OF MUSKETS FOR A YOUNG COUNTRY. FOR THE NEXT 150 YEARS, SPRINGFIELD ARMORY® FUNCTIONED AS A SUPPLIER FOR EVERY MAJOR AMERICAN CONFLICT AS WELL AS A "THINK TANK" FOR NEW FIREARM CONCEPTS. IN 1968, CITING BUDGETARY CONCERNS, THE U.S. GOVERNMENT CLOSED SPRINGFIELD ARMORY®. NOW, THE WALLS OF SPRINGFIELD ARMORY® WOULD HOUSE HISTORIANS, PAYING HOMAGE TO THE PAST RATHER THAN THOSE WITH AN EYE TO THE FUTURE...UNTIL 1974, WHEN A PASSIONATE FAMILY BY THE NAME OF REESE WOULD RESCUE NOT ONLY THE NAME "SPRINGFIELD ARMORY®," BUT THE PHILOSOPHY THAT DROVE IT FOR CENTURIES.

WITH REVERENCE FOR THE LEGACY OF THE ARMORY, THE REESE FAMILY RESURRECTED THE MOST HISTORICALLY SIGNIFICANT DESIGNS PRODUCED BY THE ARMORY- M1 GARAND, 1911-A1, M14 –AND FUELED BY THE SAME OBSESSION FOR IMPROVED MANUFACTURING TECHNIQUES AND CUTTING EDGE DESIGN THAT INSPIRED THE LIKES OF JOHN C. GARAND, AND JOHN BROWNING, THEY'VE CONTINUED TO DEVELOP PRODUCTS THAT ARE LOYAL TO SPRINGFIELD ARMORY'S HERITAGE WHILE ENSURING THE ARMORY'S PLACE IN THE PROGRESSION OF AMERICAN FIREARMS.



THE SPRINGFIELD ARMORY® M1A™ IS THE WORLD STANDARD, BASED ON THE
LEGENDARY M14. ACCURATE, RELIABLE AND DURABLE. IT'S A DOMINANT FORCE
AT HOME AND ABROAD, WHETHER FIRED IN COMPETITIVE SHOOTING OR IN ACTIVE
DUTY BY ELITE MILITARY AND POLICE UNITS. FROM CLOSE QUARTERS BATTLE RIFLES
LIKE THE SOCOM II TO THE LONG RANGE TACK DRIVERS LIKE THE LONG-RANGE
MATCH, NO OTHER RIFLE BOASTS THE VERSATILITY OF THE M1A™
... ANY MISSION, ANY CONDITIONS, ANY FOE AT ANY RANGE.

35

# M1A™ SOCOM 16



**AA9626**
**BLACK COMPOSITE STOCK, CARBON BARREL**

**AA9625**
**GREEN COMPOSITE STOCK, CARBON BARREL**

**CALIBER**: 7.62 NATO (.308 WIN)
**CAPACITY**: 10 RND BOX MAG
**SIGHTS**: **FRONT**: XS POST W/TRITIUM INSERT, .125 BLADE **REAR**: ENLARGED MILITARY APERTURE .135

**BARREL**: 16.25"; TWIST 1 IN 11"; RH; 6-GROOVE
**WEIGHT**: 8.8 LBS

**TRIGGER PULL**: 5 - 6 LBS 2-STAGE MILITARY
**LENGTH**: 37.25"

36

# M1A™ SOCOM II



**AA9627**
**BLACK COMPOSITE STOCK, CARBON BARREL**

**AA9629**
**BLACK COMPOSITE STOCK, EXTENDED RAIL,
CARBON BARREL**

**CALIBER**: 7.62 NATO (.308WIN)
**CAPACITY**: 10RND BOX MAG
**SIGHTS**:  **FRONT**: XS POST W/TRITIUM INSERT, .125 BLADE **REAR**: ENLARGED MILITARY APERTURE .135

**BARREL**: 16.25"; TWIST 1 IN 11"; RH; 6-GROOVE
**WEIGHT**: 10 LBS

**TRIGGER PULL**: 5 - 6 LBS 2-STAGE MILITARY
**LENGTH**: 37.25"

37

# SCOUT SQUAD™



**AA9122**
**WALNUT STOCK, CARBON BARREL**

**AA9126**
**BLACK COMPOSITE STOCK,
CARBON BARREL**

**AA9124**
**MOSSY OAK® COMPOSITE STOCK,
CARBON BARREL**

**CALIBER**: 7.62 NATO (.308WIN)   **BARREL**: 18"; TWIST 1 IN 11"; RH; 6-GROOVE   **TRIGGER PULL**: 5 - 6 LBS 2-STAGE MILITARY
**CAPACITY**: 10RND BOX MAG   **WEIGHT**: 9.3 LBS (WALNUT) / 8.8 LBS (COMPOSITE)   **LENGTH**: 40.33"
**SIGHTS**:   **FRONT**: MILITARY SQUARE POST, NATIONAL MATCH .062 BLADE  **REAR**: MILITARY APERTURE .0690 W/MOA ADJUSTMENT FOR BOTH WINDAGE AND ELEVATION

38

# STANDARD M1A™



**MA9102**
WALNUT STOCK, CARBON BARREL

**MA9106**
BLACK COMPOSITE STOCK, CARBON BARREL

**MA9109**
GREEN COMPOSITE STOCK,
CARBON BARREL

**MA9104**
MOSSY OAK® COMPOSITE STOCK,
CARBON BARREL

**CALIBER**: 7.62 NATO (.308WIN)        **BARREL**: 22"; TWIST 1 IN 11"; RH; 6-GROOVE        **TRIGGER PULL**: 5 - 6 LBS 2-STAGE MILITARY
**CAPACITY**: 10RND BOX MAG        **WEIGHT**: 9.3 LBS (WALNUT) / 8.8 LBS (COMPOSITE)        **LENGTH**: 44.33"
**SIGHTS**:   **FRONT**: MILITARY SQUARE POST, NATIONAL MATCH .062 BLADE **REAR**: MILITARY APERTURE .0690 W/MOA ADJUSTMENT FOR BOTH WINDAGE AND ELEVATION

# LOADED M1A™



**MA9222**
**WALNUT STOCK,**
**NM CARBON BARREL**

**MA9822**
**WALNUT STOCK,**
**NM STAINLESS STEEL BARREL**

**MA9826**
**BLACK COMPOSITE STOCK,**
**NM STAINLESS STEEL BARREL**

**CALIBER**: 7.62 NATO (.308WIN)    **BARREL**: 22"; TWIST 1 IN 11"; RH; 6-GROOVE NATIONAL MATCH MED. WT. PREMIUM AIR GAUGED    **CAPACITY**: 10RND BOX MAG
**TRIGGER PULL**: NATIONAL MATCH TUNED 4.5 LBS - 5 LBS 2-STAGE    **WEIGHT**: 9.8 LBS (WALNUT) / 9.3 LBS (COMPOSITE)    **LENGTH**: 44.33"
**SIGHTS**: **FRONT**: NATIONAL MATCH .062 BLADE **REAR**: NATIONAL MATCH GRADE (NON HOODED .0520) APERTURE WITH 1/2 MOA FOR WINDAGE AND 1 MOA FOR ELEVATION

*Loaded M1A™ Continued on Next Page* 40

# LOADED M1A™



**MA9226**
**BLACK COMPOSITE STOCK,**
**NM CARBON BARREL**

**MA9229**
**GREEN COMPOSITE STOCK,**
**NM CARBON BARREL**

**CALIBER**: 7.62 NATO (.308WIN)     **BARREL**: 22"; TWIST 1 IN 11"; RH; 6-GROOVE NATIONAL MATCH MED. WT. PREMIUM AIR GAUGED     **CAPACITY**: 10RND BOX MAG
**TRIGGER PULL**: NATIONAL MATCH TUNED 4.5 LBS - 5 LBS 2-STAGE     **WEIGHT**: 9.8 LBS (WALNUT) / 9.3 LBS (COMPOSITE)     **LENGTH**: 44.33"
**SIGHTS**:  **FRONT**: NATIONAL MATCH .062 BLADE **REAR**: NATIONAL MATCH GRADE (NON HOODED .0520) APERTURE WITH 1/2 MOA FOR WINDAGE AND 1 MOA FOR ELEVATION

41

# NATIONAL MATCH M1A™



**NA9102**
**WALNUT STOCK,**
**NM CARBON BARREL**

**NA9802**
**WALNUT STOCK,**
**NM STAINLESS STEEL BARREL**

**CALIBER**: 7.62 NATO (.308WIN)     **WEIGHT**: 9.8 LBS     **CAPACITY**: 10RND BOX MAG     **LENGTH**: 44.33"
**BARREL**: 22"; TWIST 1 IN 11"; RH; 6-GROOVE NATIONAL MATCH MED. WT. PREMIUM AIR GAUGED     **TRIGGER PULL**: NATIONAL MATCH TUNED 4.5 LBS - 5 LBS 2-STAGE
**SIGHTS**:  **FRONT**: NATIONAL MATCH .062 BLADE **REAR**: MATCH GRADE HOODED APERTURE .0595 WITH 1/2 MOA FOR BOTH WINDAGE AND ELEVATION

# SUPER MATCH M1A™



**SA9805**
**MCMILLAN MARINE CORP GREEN CAMO FIBERGLASS,**
**DOUGLAS STAINLESS STEEL BARREL**

**SA9804**
**MCMILLAN BLACK FIBERGLASS STOCK,**
**DOUGLAS STAINLESS STEEL BARREL**

**SA9802**
**OVERSIZED WALNUT STOCK,**
**DOUGLAS STAINLESS STEEL BARREL**

**SA9102**
**OVERSIZED WALNUT STOCK,**
**DOUGLAS CARBON BARREL**

**CALIBER**: 7.62 NATO (.308WIN)     **WEIGHT**: 11.2 LBS (WALNUT) / 12.2 LBS (FIBERGLASS)     **CAPACITY**: 10RND BOX MAG     **LENGTH**: 44.33"
**TRIGGER PULL**: NATIONAL MATCH TUNED 4.5 LBS - 5 LBS 2-STAGE     **BARREL**: 22"; TWIST 1 IN 10"; RH; 6-GROOVE DOUGLAS PREMIUM AIR GAUGED CUSTOM HEAVY MATCH
**SIGHTS**:  **FRONT**: NATIONAL MATCH .062 BLADE **REAR**: MATCH GRADE HOODED APERTURE .0595 WITH 1/2 MOA FOR BOTH WINDAGE AND ELEVATION
43

# LONG-RANGE MATCH



**SA9121CA**
**M21™ ADJUSTABLE WALNUT STOCK,**
**DOUGLAS CARBON BARREL**
* SCOPE & MOUNT SOLD SEPARATELY
* SHOWN WITH OPTIONAL MUZZLE BRAKE, CA LEGAL MODEL

**SA9131CA**
**M21™ ADJUSTABLE WALNUT STOCK,**
**STAINLESS KRIEGER BARREL**
* SCOPE & MOUNT SOLD SEPARATELY
* SHOWN WITH OPTIONAL MUZZLE BRAKE, CA LEGAL MODEL

**CALIBER**: 7.62 NATO (.308WIN)     **WEIGHT**: 11.6 LBS     **CAPACITY**: 10RND BOX MAG     **LENGTH**: 44.33"
**BARREL**: 22"; TWIST 1 IN 10"; RH; 6-GROOVE DOUGLAS CARBON HEAVY MATCH OR 4-GROOVE KRIEGER STAINLESS STEEL HEAVY MATCH
**TRIGGER PULL**: NATIONAL MATCH TUNED 4.5 LBS - 5 LBS 2-STAGE
**SIGHTS**: **FRONT**: NATIONAL MATCH .062 BLADE **REAR**: MATCH GRADE HOODED APERTURE .0595 WITH 1/2 MOA FOR BOTH WINDAGE AND ELEVATION



# M1A™

| Model | Name | Weight W/Empty Mag (oz.) | Barrel Length (Inches) | Barrel Twist (Inches) | Standard Weight Carbon Steel | National Match Medium Weight Carbon Steel | National Match Medium Weight Stainless Steel | Douglas Super Match Carbon Steel | Douglas Super Match Stainless Steel | Kreiger Super Match Stainless Steel | Standard Adjustable Sight | Ghost Ring Aperture & XS Tritium Front Sight | National Match W/Non-Hooded Aperture | National Match W/ Hooded Aperture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AA9625 | SOCOM 16 | 8.8 | 16 | 1:11 | • | | | | | | | • | | |
| AA9626 | SOCOM 16 | 8.8 | 16 | 1:11 | • | | | | | | | • | | |
| AA9627 | SOCOM II | 10 | 16 | 1:11 | • | | | | | | | • | | |
| AA9629 | SOCOM II | 10 | 16 | 1:11 | • | | | | | | | • | | |
| AA9122 | SCOUT SQUAD™ | 9.3 | 18 | 1:11 | • | | | | | | • | | | |
| AA9124 | SCOUT SQUAD™ | 8.8 | 18 | 1:11 | • | | | | | | • | | | |
| AA9126 | SCOUT SQUAD™ | 8.8 | 18 | 1:11 | • | | | | | | • | | | |
| MA9102 | STANDARD | 9.3 | 22 | 1:11 | • | | | | | | • | | | |
| MA9104 | STANDARD | 8.8 | 22 | 1:11 | • | | | | | | • | | | |
| MA9106 | STANDARD | 8.8 | 22 | 1:11 | • | | | | | | • | | | |
| MA9109 | STANDARD | 8.8 | 22 | 1:11 | • | | | | | | • | | | |
| MA9222 | LOADED STANDARD | 9.8 | 22 | 1:11 | | • | | | | | | | • | |
| MA9226 | LOADED STANDARD | 9.3 | 22 | 1:11 | | • | | | | | | | • | |
| MA9229 | LOADED STANDARD | 9.3 | 22 | 1:11 | | • | | | | | | | • | |
| MA9822 | LOADED STANDARD | 9.8 | 22 | 1:11 | | | • | | | | | | • | |
| MA9826 | LOADED STANDARD | 9.3 | 22 | 1:11 | | | • | | | | | | • | |
| NA9102 | NATIONAL MATCH | 9.8 | 22 | 1:11 | | • | | | | | | | | • |
| NA9802 | NATIONAL MATCH | 9.8 | 22 | 1:11 | | | • | | | | | | | • |
| SA9102 | SUPER MATCH | 11.2 | 22 | 1:10 | | | | • | | | | | | • |
| SA9802 | SUPER MATCH | 11.2 | 22 | 1:10 | | | | | • | | | | | • |
| SA9804 | SUPER MATCH | 12.2 | 22 | 1:10 | | | | | • | | | | | • |
| SA9805 | SUPER MATCH | 12.2 | 22 | 1:10 | | | | | • | | | | | • |
| SA9121 | M21™ | 11.6 | 22 | 1:10 | | | | • | | | | | | • |
| SA9131 | M21™ | 11.6 | 22 | 1:10 | | | | | | • | | | | • |



# Magazines

To Order Please Visit:
www.springfieldarmory.com/store

## XD-S™ .45ACP

| | | |
|---|---|---|
| XDS5005 | 45ACP 5RND MAGAZINE | $28.95 |
| XDS50071 | 45ACP 7RND MAGAZINE | $39.95 |

## XD(M)® 9MM

| | | |
|---|---|---|
| XDM5019 | 9MM 19RND MAGAZINE | $34.00 |
| XDM5020 | 9MM 13RND COMPACT MAGAZINE | $28.95 |
| XDM50191 | 9MM 19RND MAGAZINE W/SLEEVE #1 | $44.00 |
| XDM50192 | 9MM 19RND MAGAZINE W/SLEEVE #2 | $44.00 |
| XDM50193 | 9MM 19RND MAGAZINE W/SLEEVE #3 | $44.00 |
| XDM5001C | #1 MAGAZINE X-TENSION™ (USPAT.7191556) | $10.00 |
| XDM5002C | #2 MAGAZINE X-TENSION™ (USPAT.7191556) | $10.00 |
| XDM5003C | #3 MAGAZINE X-TENSION™ (USPAT.7191556) | $10.00 |

## XD(M)® .40 S&W

| | | |
|---|---|---|
| XDM5011 | .40CAL 16RND MAGAZINE | $34.00 |
| XDM5021 | .40CAL 11RND COMPACT MAGAZINE | $28.95 |
| XDM50111 | .40CAL 16RND MAGAZINE W/SLEEVE #1 | $44.00 |
| XDM50112 | .40CAL 16RND MAGAZINE W/SLEEVE #2 | $44.00 |
| XDM50113 | .40CAL 16RND MAGAZINE W/SLEEVE #3 | $44.00 |
| XDM5001C | #1 MAGAZINE X-TENSION™ (USPAT.7191556) | $10.00 |
| XDM5002C | #2 MAGAZINE X-TENSION™ (USPAT.7191556) | $10.00 |
| XDM5003C | #3 MAGAZINE X-TENSION™ (USPAT.7191556) | $10.00 |

## XD(M)® .45ACP

| | | |
|---|---|---|
| XD4545 | 45ACP 13RND MAGAZINE | $29.95 |
| XD45451 | 45ACP 13RND MAGAZINE W/SLEEVE #1 | $39.95 |
| XD45452 | 45ACP 13RND MAGAZINE W/SLEEVE #2 | $39.95 |
| XD45453 | 45ACP 13RND MAGAZINE W/SLEEVE #3 | $39.95 |
| XD4510 | 45ACP 10RND MAGAZINE | $29.95 |
| XD45101 | 45ACP 10RND MAGAZINE W/SLEEVE #1 | $39.95 |
| XD45102 | 45ACP 10RND MAGAZINE W/SLEEVE #2 | $39.95 |
| XD45103 | 45ACP 10RND MAGAZINE W/SLEEVE #3 | $39.95 |
| XD4500 | 45ACP 9RND COMPACT MAGAZINE | $29.95 |
| XD45381 | 45ACP 13RND W/SLEEVE #1 | $10.00 |
| XD45382 | 45ACP 13RND W/SLEEVE #2 | $10.00 |
| XD45383 | 45ACP 13RND W/SLEEVE #3 | $10.00 |

*High capacity magazines available in only those states in the U.S. where they are not prohibited or restricted by law.

# Magazines

## XD® 9MM

| | | |
|---|---|---|
| XD1923 | 9MM 10RND, SUB-COMPACT | $28.95 |
| XD0923BS | 9MM 10RND, W/BLACK X-TENSION™, SUB-COMPACT. | $39.95 |
| XD0923GS | 9MM 10RND, W/OD GREEN X-TENSION™, SUB-COMPACT | $39.95 |
| XD1924 | 9MM 13RND, SUB-COMPACT | $28.95 |
| XD0931 | 9MM 16RND, W/BLACK X-TENSION™, SUB-COMPACT. | $39.95 |
| XD0933 | 9MM 16RND, W/OD GREEN X-TENSION™, SUB-COMPACT | $39.95 |
| XD0923 | 9MM 10RND, FULL SIZE SERVICE/TACTICAL | $28.95 |
| XD5016 | 9MM 16RND, FULL SIZE SERVICE/TACTICAL | $28.95 |
| XD5003 | 9MM  MAGAZINE X-TENSION™ BLACK (USPAT.7191556) | $10.00 |
| XD5004 | 9MM  MAGAZINE X-TENSION™ OD GREEN  (USPAT.7191556) | $10.00 |

## XD® .40 S&W

| | | |
|---|---|---|
| XD1940 | .40CAL 9RND, SUB-COMPACT. | $28.95 |
| XD0940BS | .40CAL 10RND, W/BLACK X-TENSION™, SUB-COMPACT | $39.95 |
| XD0940GS | .40CAL 10RND, W/OD GREEN X-TENSION™, SUB-COMPACT. | $39.95 |
| XD0932 | .40CAL 12RND, W/BLACK X-TENSION™, SUB-COMPACT | $39.95 |
| XD0934 | .40CAL 12RND, W/OD GREEN X-TENSION™, SUB-COMPACT. | $39.95 |
| XD0940 | .40CAL 10RND, FULL SIZE SERVICE/TACTICAL. | $28.95 |
| XD5011 | .40CAL 12RND, FULL SIZE SERVICE/TACTICAL. | $28.95 |
| XD5003 | .40CAL  MAGAZINE X-TENSION™ BLACK (USPAT.7191556) | $10.00 |
| XD5004 | .40CAL  MAGAZINE X-TENSION™ OD GREEN  (USPAT.7191556) | $10.00 |

## XD® .45 ACP

| | | |
|---|---|---|
| XD4501 | .45ACP 10RND, COMPACT | $29.95 |
| XD4547 | .45ACP 10RND, W/BLACK X-TENSION™, COMPACT | $39.95 |
| XD4546 | .45ACP 13RND, W/BLACK X-TENSION™, COMPACT | $39.95 |
| XD4510 | .45ACP 10RND, FULL SIZE SERVICE/TACTICAL. | $29.95 |
| XD4545 | .45ACP 13RND (XD® FULL SIZE SERVICE/TACTICAL & XD(M)®). | $29.95 |
| XD5005 | .45ACP  MAGAZINE X-TENSION™ BLACK (USPAT.7191556) | $10.00 |
| XD5006 | .45ACP  MAGAZINE X-TENSION™ OD GREEN  (USPAT.7191556) | $10.00 |
| XD5007 | .45ACP  MAGAZINE X-TENSION™ DARK EARTH (USPAT.7191556) | $10.00 |

## XD® .45 GAP

| | | |
|---|---|---|
| XD1941 | .45 GAP 9RND, FULL SIZE SERVICE/TACTICAL | $28.95 |

## XD® .357 SIG

| | | |
|---|---|---|
| XD0957 | .357 SIG 10RND, FULL SIZE SERVICE/TACTICAL | $28.95 |
| XD5012 | .357 SIG 12RND, FULL SIZE SERVICE/TACTICAL | $28.95 |

# Magazines

## 1911 9MM MAGAZINES

| | | |
|---|---|---|
| PI0920 | 9MM 8 RND, STAINLESS STEEL, COMPACT | $39.00 |
| PI6070 | 9MM 9 RND, STAINLESS STEEL, EMP® | $25.50 |
| PI0927 | 9MM 9 RND, BLUED | $39.00 |
| PI6090 | 9MM 9 RND, STAINLESS STEEL, METAL FORM | $39.00 |

## 1911 .38 SUPER MAGAZINES

| | | |
|---|---|---|
| PI6082 | .38 SUPER 9 RND, STAINLESS STEEL, METAL FORM | $34.00 |
| PI6095 | .38 SUPER 9 RND, BLUED | $25.00 |

## 1911 .40CAL MAGAZINES

| | | |
|---|---|---|
| PI6071 | .40CAL 8 RND, STAINLESS STEEL, EMP® | $25.50 |
| PI6079 | .40CAL 8 RND, STAINLESS STEEL, MATCH | $39.00 |
| PI6083 | .40CAL 8 RND, STAINLESS STEEL, METAL FORM | $39.00 |

## 1911 .45ACP MAGAZINES

| | | |
|---|---|---|
| PI4723 | .45ACP 6 RND, BLUED, COMPACT | $23.50 |
| PI4726 | .45ACP 6 RND, STAINLESS STEEL, COMPACT | $22.00 |
| PI4520 | .45ACP 7 RND, STAINLESS STEEL | $24.50 |
| PI4523 | .45ACP 7 RND, BLUED | $23.50 |
| PI6086 | .45ACP 7 RND, BLUED, WITH SLAM PAD | $33.00 |
| PI6085 | .45ACP 7 RND, STAINLESS STEEL, W/SLAM PAD, METAL FORM | $39.00 |
| PI4421 | .45ACP 10 RND, BLUED, W/PAD, SINGLE STACK | $28.50 |
| PI4521 | .45ACP 10 RND, STAINLESS STEEL, SINGLE STACK | $47.00 |
| PI5444 | .45ACP 10 RND, BLUED, HIGH CAP, DOUBLE STACK, COMPACT | $39.00 |
| PH4527 | .45ACP 14 RND, BLUED, HIGH CAP, DOUBLE STACK | $39.00 |

## M1A™ .308 MAGAZINES

| | | |
|---|---|---|
| MA5018 | .308 - 5 RND BOX | $39.00 |
| MA5019 | .308 - 5 RND SPORTER (FITS FLUSH) | $39.00 |
| MA5006 | .308 - 10 RND BOX | $39.00 |
| MA5051 | .308 - 15 RND | $49.95 |

(Valid in only those states in U.S. where it is not prohibited, taxed or restricted by law)

| | | |
|---|---|---|
| MA5021 | .308 - 20 RND (Legal Under Crime Bill) | $54.95 |

(Valid in only those states in U.S. where it is not prohibited, taxed or restricted by law)

*High capacity magazines available in only those states in the U.S. where they are not prohibited or restricted by law.*

Exhibit 12

The New York Times | https://www.nytimes.com/2018/03/04/health/parkland-shooting-victims-ar15.html

## *Wounds From Military-Style Rifles? 'A Ghastly Thing to See'*

Trauma surgeons tell what it is really like to try to repair such devastating injuries. "Bones are exploded, soft tissue is absolutely destroyed," one said.

 

**By Gina Kolata and C. J. Chivers**

March 4, 2018

 

Left, an X-ray of a leg showing a bullet wound delivered by an assault rifle used in combat. Right, an X-ray of a leg that sustained a bullet wound from a low-energy bullet, inflicted by a weapon like a handgun in Philadelphia.  via Dr. Jeremy W. Cannon

Perhaps no one knows the devastating wounds inflicted by assault-style rifles better than the trauma surgeons who struggle to repair them. The doctors say they are haunted by their experiences confronting injuries so dire they struggle to find words to describe them.

At a high school in Parkland, Fla., 17 people were recently killed with just such a weapon — a semiautomatic AR-15. It was legal there for Nikolas Cruz, 19, the suspect in the shooting, to buy a civilian version of the military's standard rifle, while he would have had to be 21 to buy a less powerful and accurate handgun.

Many factors determine the severity of a wound, including a bullet's mass, velocity and composition, and where it strikes. The AR-15, like the M4 and M16 rifles issued to American soldiers, shoots lightweight, high-speed bullets that can cause grievous bone and soft tissue wounds, in part by turning sideways, or "yawing," when they hit a person. Surgeons say the weapons produce the same sort of horrific injuries seen on battlefields.

Civilian owners of military-style weapons can also buy soft-nosed or hollow-point ammunition, often used for hunting, that lacks a full metal jacket and can expand and fragment on impact. Such bullets, which can cause wider wound channels, are proscribed in most military use.

A radiologist at the hospital that treated victims of the Parkland attack wrote in The Atlantic about a surgeon there who "opened a young victim in the operating room and found only shreds of the organ that had been hit."

What follows are the recollections of five trauma surgeons. Three of them served in the military, and they emphasized that their opinions are their own and do not represent those of the armed forces. One has treated civilian victims of such weapons in American cities. And a pediatric surgeon treated victims of a Texas church shooting last year.

### Dr. Jeremy Cannon, the University of Pennsylvania's Perelman School of Medicine.
**He served in Iraq and Afghanistan and is a lieutenant colonel in the Air Force Reserve.**



Dr. Jeremy Cannon in the trauma center at Penn Presbyterian Medical Center Advanced Care Pavilion in Philadelphia  Mark Makela for The New York Times

"The tissue destruction is almost unimaginable. Bones are exploded, soft tissue is absolutely destroyed. The injuries to the chest or abdomen — it's like a bomb went off." If a bullet hits an arm or a leg, he said, the limb often hangs at an unnatural angle. Such victims can need a dozen surgeries over months. "Some eventually decide to undergo an amputation if there is severe pain in the limb and it is dysfunctional," he said.

"Bystanders are traumatized just seeing the victims. It's awful, terrible. It's just a ghastly thing to see."

Dr. Cannon recalled the aphorism by José Narosky, the Argentine writer: "In war, there are no unwounded soldiers."

His corollary: "In mass shootings, there are no unwounded victims."

Case 1:22-cv-00951-RGA   Document 37-8   Filed 01/31/23   Page 80 of 105 PageID #: 932

## Dr. Martin Schreiber, Oregon Health & Science University.

**He was an Army reservist who served in Iraq in 2005 and in Afghanistan in 2010 and 2014.**



Dr. Martin Schreiber  Gabriella Marks for The New York Times

What makes injuries from these rifles so deadly, he said, is that the bullets travel so fast. Those from an M16 or AR-15 can depart the muzzle at a velocity of more than 3,000 feet per second, while bullets from many common handguns move at less than half or a third that speed. The result: "The energy imparted to a human body by a high velocity weapon is exponentially greater" than that from a handgun.

"You will see multiple organs shattered. The exit wounds can be a foot wide."

"I've seen people with entire quadrants of their abdomens destroyed."

Case 1:22-cv-00951-RGA    Document 37-8    Filed 01/31/23    Page 81 of 105 PageID #: 933

### Dr. Jeffrey Kerby, the University of Alabama at Birmingham.

He was formerly an Air Force surgeon.



Dr. Jeffrey Kerby  Bob Miller for The New York Times

Dr. Kerby will never forget the first victim of a high velocity bullet wound he treated when he was serving in the Southern Philippines 16 years ago. The soldier had been shot in the outer thigh. His first thought was that the wound did not look so bad. There was just a tiny hole where the bullet went in. Then he looked where the bullet had exited. The man's inner thigh, he said, "was completely blown out."

Later he came to expect the telltale pattern. "You will typically see a small penetrating wound. Then you roll the patient over and you see a huge exit wound."

The high energy bullet creates a blast wave around the bullet. And the yaw can contribute to the larger exit wound. Striking bone can also cause bone fragments that radiate outward, cutting tissue in each fragment's path.

"Then the bullet starts tumbling, causing more and more destruction." Even a bullet that misses bone can result in surprising damage; as the blast wave travels through the body, it pushes tissues and organs aside in a temporary cavity larger than the bullet itself. They bounce back once the bullet passes. Organs are damaged, blood vessels rip and many victims bleed to death before they reach a hospital. Those who survive long enough are whisked to operating rooms, but often the injuries cannot be repaired.

"If they are shot in the torso, there often is not a whole lot we can do," he said.

With a handgun, the bullets mostly damage tissues and organs in their direct path. Eventually, the bullets may be slowed and stopped by the body. Emergency surgery often can save handgun victims.

Dr. Kerby said it used to be that surgeons like him saw victims of assault rifle shootings only in the military. No more. Now, though the wounds are still rare on the streets of Birmingham, he operates on occasional victims — that is, those who survive long enough to reach the hospital.

"These weapons are meant to kill people," he said.

Case 1:22-cv-00951-RGA   Document 37-8   Filed 01/31/23   Page 82 of 105 PageID #: 934



An X-ray of a rifle bullet wound to an arm.  via Dr. Jeremy W. Cannon

### Dr. Alok Gupta, Beth Israel Deaconess Medical Center in Boston.

Dr. Gupta never served in the military, but he has treated victims of assault-style weapons in New York and Baltimore. Attacks using AR-15-style weapons are still rare, he emphasized. He sees mostly handgun wounds and some from shotguns.

"A single wound from a handgun follows a narrow path, pretty much the direct path the bullet took," Dr. Gupta said. "It is easier to figure out what is injured." Even a bullet wound to the heart can be repaired, he said, if the patient survives long enough to get to the hospital.

But like other trauma surgeons, Dr. Gupta has been struck by the devastation modern rifle bullets produce. The wide swath of damage makes it difficult to determine the extent of the injuries, and even more difficult to repair them. And if the bullet strikes the heart or other major organ, the victim usually cannot be saved.

"What we hear about in the news are the mass shootings," Dr. Gupta said.

The victims of military-style weapons that Dr. Gupta has treated in American cities are the silent victims.

### Dr. Lillian Liao, University Hospital and UT Health in San Antonio

**She operated on children shot in Sutherland Springs, Tex., at the First Baptist Church. Twenty-six churchgoers were killed and 20 others were wounded in a mass shooting carried out with an AR-15 rifle.**

Nine of the victims made it to her hospital that day. Four were children, one of whom died.

Dr. Liao was initially clinical in describing the wounds during an interview. "Muscles and skin and fat surrounding skin can be sheared off. We saw holes in intestines and bladders."

Asked about the emotional impact of the killings, she said she thought she had moved on. Then came the Parkland shootings, and the horror came flooding back.

*Lauren Katzenberg and Thomas Gibbons-Neff contributed to this article.*



A memorial at the First Baptist Church in Sutherland Springs, Tex., in December.    Ruth Fremson/The New York Times

———

Follow @NYTHealth on Twitter. | Sign up for the Science Times newsletter.

*A correction was made on March 4, 2018: An earlier version of this article misspelled the given name of the suspect in the Parkland, Fla., school shooting. He is Nikolas Cruz, not Nicolas. The article also misspelled the given name of a doctor at the University of Alabama at Birmingham. He is Jeffrey Kerby, not Jeffery.*

Gina Kolata writes about science and medicine. She has twice been a Pulitzer Prize finalist and is the author of six books, including "Mercies in Disguise: A Story of Hope, a Family's Genetic Destiny, and The Science That Saved Them." @ginakolata  •  Facebook

C.J. Chivers is a long-form writer and reporter for the Investigations Desk and The New York Times Magazine. He won the 2017 Pulitzer Prize for Feature Writing, and is also the author of "The Gun," a history of automatic weapons.

A version of this article appears in print on , Section A, Page 14 of the New York edition with the headline: A Clinical View of Assault Rifles And Their 'Ghastly' Toll

Exhibit 35

≡ ❚❚ abc NEWS    ▶ WATCH LIVE    Raleigh  Durham  Fayetteville  Surrounding Area    ☁ 53°  Morrisville, NC  EDIT    Log In  🔍

UVALDE SCHOOL SHOOTING

## Surgeon who treated kids shot in Uvalde describes assault weapons' extreme trauma to victims' bodies

Children may need different medications and levels of fluids, doctors explain.

By Mary Kekatos  abcNEWS

Friday, May 27, 2022

📘 🐦 ✉



WARNING, DISTURBING: Dr. Lillian Liao, a pediatric trauma surgeon who treated children shot at Robb Elementary, describes what happens to children's bodies when they're shot by an assault rifle.

EMBED <>    MORE VIDEOS ▶

SAN ANTONIO -- The mass shooting at an elementary school in Uvalde, Texas, Tuesday left 21 people dead -- including 19 students and two teachers -- and 17 additional people injured.

As of Thursday, at least six people remain hospitalized including three children and one adult at University Hospital in San Antonio and two adults at Brooke Army Medical Center in Fort Sam Houston.

And while all gunshot victims receive the same core care, there are differences when it comes to treating pediatric patients compared to adults.

Dr. Michael Rodriguez, a family physician and a professor at the David Geffen School of Medicine at the University of California, Los Angeles, said child patients may require different types of medication, or different doses depending on their weights and heights, as well as different levels of fluids.

"The fact of whether they are adults or children is a major issue," he told ABC News. "Partially because it requires a different level of expertise so, with children, you need to have some pediatric expertise."

**MORE: What we know about Texas elementary school shooting victims so far**



Some of the Uvalde school shooting victims include two cousins, two teachers and a 10-year-old girl who tried to call for help.

EMBED <>    MORE VIDEOS ▶

This means a child gunshot patient will need to be treated by emergency providers who specialize in pediatrics, including pediatric surgeons, pediatric anesthesiologists, pediatric nurses and so on.

All gunshot patients are checked to make sure their airways are clear, that they are breathing on their own and have good circulation, medical experts who spoke with ABC News said.

But one unique aspect of many pediatric trauma centers is the availability of a child life specialist, according to Dr. Katherine Hoops, a pediatric intensive care physician at Johns Hopkins Children's Center.

### Uvalde School Shooting


TX senator proposes laws allowing school shooting victims to sue state


Former Uvalde school PD chief says he heard shooter reload gun: CNN


Uvalde school shooting survivors tell their stories through photos


Triangle victims of gun violence react to US Senate's gun safety bill

### WATCH LIVE


● ON NOW

### Top Stories


Specialized police teams under scrutiny following Tyre Nichols' death
3 hours ago


Apex community a counter to 'dearth' of affordable housing in Triangle


10 people hurt in mass shooting in Florida: Police
1 hour ago


Tyre Nichols' death: 2 more officers relieved of duty, 2 EMTS fired
3 hours ago


President Biden to end COVID-19 emergencies on May 11
2 hours ago

American Heart Month begins with Go Red For Women movement
11 minutes ago

New horror film 'Devil's Stomping Ground' based on Chatham Co. legend

Child life specialists are health care professionals who help children and families handle the challenges of hospitalization, illness and injury, including by psychologically preparing them for certain procedures, offering therapeutic play and coordinating support services.

"They specialize in child development and helping the child to cope with that injury from their early presentation to the hospital," she told ABC News.

**LIVE UPDATES:** **Texas elementary school shooting**



EMBED <>    MORE VIDEOS ▶

<span class="pl-title">Uvalde Shooting</span> <span class="pl-count">(<span class="pl-current">1</span> of 28)</span>

Hoops, who is also core faculty at the Center for Gun Violence Solutions at the Johns Hopkins Bloomberg School of Public Health, added pediatric patients admitted with gunshot wounds are often some of the most severely ill patients.

"Many of [them] will have the highest rates of readmission to the hospital for complications for their injuries and they do unfortunately have some of the highest mortality rates of pediatric trauma patients," she said.

According to police, the gunman arrived at the school wielding a Daniel Defense AR-15-style assault rifle.

**MORE:** **Onlookers urged police to charge into Texas school after shooting began, witnesses say**



EMBED <>    MORE VIDEOS ▶

Video shows parents begging police officers to charge into the Texas elementary school where a gunman's rampage killed 19 children and two teachers.

AR-15s have been used in several mass shootings including at a movie theater in Aurora, Colorado, in 2011; a music festival in Las Vegas in 2017; and at Sandy Hook Elementary School in Newtown, Connecticut, in 2012.

Doctors explained that, traditionally, injuries from handguns leave clean entry and exit wounds or just become lodged in the skin and, because they are traveling at a low velocity, do not cause life-threatening bleeding unless a major organ or artery is hit.

But bullets from AR-15s exit the barrel at three times the speed that handgun bullets exit the barrel. This means that when AR-15 bullets hit the skin, they often leave huge entry and exit wounds that are not clean.

"When a high-velocity firearm enters a body, it basically creates a wave and a blast," Dr. Lillian Liao, a pediatric trauma surgeon at University Hospital in San Antonio -- treating four patients from the Uvalde shooting -- told "Nightline." "So it looks like a body part got blown up ... A handgun may create one small hole, whereas a high-velocity firearm will create a giant hole in the body that is with missing tissue."

She added all the patients had "large destructive wounds."

**SEE ALSO:** **US sees sharp rise in deadly mass shootings**

Triangle Walmarts among stores fined for price-scanner errors
1 hour ago



EMBED <>   MORE VIDEOS ▶

Law enforcement says the United States has seen a sharp rise in deadly mass shootings.

"By that, I mean that there were not only a small hole in the body part, but large areas of tissue missing in various body parts that sustained injuries from the firearm," Liao said.

Rodriguez said that because assault weapons are designed to shoot more rounds of bullets than handguns, pistols or revolvers, people are more likely to have life-threatening injuries.

"As a result, people don't just get one wound, they may get numerous wounds and the more bullets that hit a person, the more likely vital organs they could hit or arteries or vessels that could lose greater amounts of blood," he said.

This can be particularly devastating when it comes to a child with a gunshot wound.

"When you're talking about a small child, that firearm that's high velocity will just destroy a significant portion of tissue and is more likely to hit major organs," Liao said. "And a child or an adult can bleed to death in as little as five minutes."

While medical and surgical advances have helped lower the number of shootings that result in fatalities, the doctors said they want efforts to focus on driving down gun violence overall.

"We need to take into account that there are things that we know that work and prevent these events ... licensing minimum age requirements, large capacity magazine restrictions, safe storage and safe handling requirements," Hoops said. "We -- as clinicians, pediatricians, our surgical colleagues -- we support those initiatives that prevent patients from ever coming to our care."

### Number of mass shootings in the US since Sandy Hook

The number of people killed in mass shootings in the US since Sandy Hook, the tragic Dec. 14, 2012 shooting at a Connecticut elementary school in which 20 children and six adults were killed.



A mass shooting is described as a shooting when four or more people were injured or killed, excluding the suspect

Map: Maggie Green, WTVD • Source: Gun Violence Archive

*Since 2017, mass shootings in the United States -- described as shooting incidents in which at least four people are injured or killed -- have nearly doubled year over year. Already, there have been 212 mass shooting incidents in 2022 -- a 50% increase from 141 shootings in May 2017. The graphic above shows the number of shooting incidents per state. Mobile users: Click here to see our map of mass shootings in the US from the last five years*

### Number of people killed in mass shootings in the US since Sandy Hook

The number of people killed in mass shootings in the US since Sandy Hook, the tragic Dec. 14, 2012 shooting in a Connecticut elementary school in which 20 children and six adults were killed.



*A mass shooting is described as 4 or more people injured or killed, excluding the suspect.*
Map: Maggie Green, WTVD • Source: Gun Violence Archive

### Number of people injured in mass shootings in the US since Sandy Hook

The number of people killed in mass shootings in the US since Sandy Hook, the tragic Dec. 14, 2012 shooting at a Connecticut elementary school in which 20 children and six adults were killed.



*A mass shooting is described as 4 or more people injured or killed, excluding the suspect.*
Map: Maggie Green, WTVD • Source: Gun Violence Archive

*The number of people injured or killed does not include the suspect or perpetrator. These graphics show the number of victims across all mass shootings from the last five years.*

*ABC News' Lucien Bruggeman and Jennifer Watts contributed to this report.*

Report A Correction Or Typo

Copyright © 2023 ABC News Internet Ventures.

## Related Topics

| TEXAS | SCHOOL SHOOTING | MASS SHOOTING | SURGERY | U.S. & WORLD | GUNS |

| UVALDE SCHOOL SHOOTING |

FROM THE WEB                                                                 Sponsored Links by Taboola

**Amazon Left Scrambling As Prime Users Find Out About Secret Deals**
Online Shopping Tools

**Cardiologist: Too Much Belly Fat? This Burns Fat Over Night**
Here2Care

**Pottery Barn Clearance Sales Are Happening Now. Beds, Sofas, Patio & More**      Learn More
Top Sales | Searches

**2 Cards Charging 0% Interest Until 2024**
CompareCredit.com

**Look for any high school yearbook, it's free**
Classmates.com

**Now Legal in Maryland, Cheech & Chong Say "You Gotta Try This!"**
Tommy Chong's CBD

**Chrissy Metz, 42, Shows Off Massive Weight Loss In Fierce New Photo**
Daily Finance Stories

**A wearable ED device with no awkward interruptions**
Eddie by Giddy

**Unsold Never-Used Laptops Now On Clearance**
Tech Savings

| Home | Raleigh | U.S. & World | About ABC11 |
| --- | --- | --- | --- |
| Weather | Durham | North Carolina | Contact Us |
| Traffic | Fayetteville | I-Team | Send us your photos & videos |
| Watch | Surrounding Area | Troubleshooter | ABC11 Together |
| Photos | | Entertainment | Events Calendar |
| Apps | | | TV Listings |
| | | | Jobs |

Follow Us:

Privacy Policy   Do Not Sell or Share My Personal Information   Children's Privacy Policy   Your US State Privacy Rights   Terms of Use   Interest-Based Ads   Public Inspection File   FCC Applications

Copyright © 2023 ABC, Inc., WTVD-TV Raleigh-Durham. All Rights Reserved.

Exhibit 36

 US                                                    AudioLive TV

# 'Those are wartime injuries': Doctor describes the horrific scene at the Highland Park shooting

By Jason Hanna, CNN

Published 9:40 AM EDT, Tue July 5, 2022



Doctor who treated parade shooting victims: 'The people who were gone were blown up by that gunfire'

🖥 Video Ad Feedback

07:04 · Source: <u>CNN</u>

---

**(CNN)** — Dr. David Baum waited a minute after the <u>shooting</u> stopped at the northern Illinois Fourth of July parade he attended Monday, and then ran toward the victims. And what he saw, he said, was horrifying.

Some of those who would survive their injuries were on the ground, screaming. But some of the six people killed on the streets in the Chicago suburb of <u>Highland Park</u> appeared to have died instantly, he said.

Baum described what he said were the terrifying results of the power of Monday's gunfire in an interview Tuesday morning.


**RELATED ARTICLE**
Live updates: Suspect in custody after deadly Illinois July Fourth parade shooting

---

"The people who were (killed) were blown up by that gunfire … blown up," Baum told John Berman in Highland Park on CNN's "New Day." "The horrific scene of some of the bodies is unspeakable for the average person."

"There was (a) person who had an unspeakable head injury. Unspeakable," he said.

"I've never served, but those are wartime injuries. Those are what are seen in victims of war, not victims at a parade."

Authorities say a man opened fire from a roof as a parade passed, killing at least six people and wounding about two dozen others. Police said Monday night they had arrested a suspect, Robert E. Crimo III. A high-powered rifle was used, authorities have said.

Baum, an obstetrician in the community, attended Monday morning's parade with his wife and adult children to watch their 2-year-old grandchild walk in the event. The family ran when the shooting happened – except for Baum, who stayed to see if he could help the injured.

"I waited maybe a minute … until I knew the shots had stopped. And then you look down, and you saw just people screaming. You saw people on the ground," Baum recalled Tuesday.


**RELATED ARTICLE**
July Fourth celebrations in Highland Park, Illinois, end in terror after mass shooting leaves 6 dead and dozens injured

A few other doctors also tried to triage the injured, along with a nurse practitioner, and maybe others who helped keep pressure on wounds until paramedics could arrive, he said.

The injured who were alive, "from what I heard, fortunately left the hospital – they had graze wounds; they had lower extremity injuries," Baum said.

"But the people that died at the scene … the paramedics walked around and just covered them up quickly, and said 'black.' I guess they have a code for 'dead, cannot try and resuscitate.'"

His wife, Debra Baum, said the magnitude of the shooting was just settling on her Tuesday morning.

"It's just hitting me more, just how sad I am. And I'm also thinking we all have to change our behavior before this (gun violence) gets under control," she told CNN on Tuesday.

"I'm not going to a parade anymore. I'm not going to a sporting event. I'm afraid for my grandson to go to school. So we all have to change our behavior and not do the things we love to do because of this situation."

Search CNN...

Log In

Live TV

Audio

US

World

Politics

Business

Opinion

Health

Entertainment

Tech

Style

Travel

Sports

Videos

Audio

CNN Underscored

Coupons

Weather

More

CNN US

**FOLLOW CNN**

© 2023 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

Exhibit 37

# 'There's Nothing to Repair': Emergency Docs on Injuries From Assault Weapons

### – 'You have to see the damage ... to really respect and understand how dangerous these weapons are'

by Jennifer Henderson, Enterprise & Investigative Writer, MedPage Today May 31, 2022







Last Tuesday, Christopher Colwell, MD, chief of emergency medicine at Zuckerberg San Francisco General Hospital and Trauma Center, was looking forward to a rare dinner that his entire family of five would be able to attend.

He had left his shift at the emergency department and drove straight home, listening to music in the car rather than the news. But when he arrived, he knew something terrible had happened. His wife, as well as his daughter, who is in high school, and his two sons, who are in college, were sitting on the couch waiting for him. They had heard about the horrific mass shooting in Uvalde, Texas, in which 19 children and two teachers were killed. And they knew the emotional impact it would have on Colwell, who responded to the scene at Columbine High School 23 years ago.

In fact, since the mass shooting at Columbine, during which 12 students and a teacher were killed, Colwell has also witnessed the brutal aftermath of two other similar tragedies -- the Aurora movie theater shooting in 2012, in which 12 people were killed and dozens of others wounded, and the San Francisco UPS shooting in 2017, in which three workers were killed and several more injured.

"I've gone through different iterations of this," Colwell told *MedPage Today*. "In 1999, it felt kind of lonely. There weren't that many medical folks who had dealt with mass shootings. You just didn't see events like Columbine. At that point, it felt relatively unique. As time has gone on, reliving some of this, it's painful each time and becoming more so, knowing that it's no longer lonely."

The medical professionals who experienced the aftermath of the two most recent mass shootings -- in Uvalde, and the killing of 10 Black, mostly elderly, people in a Buffalo, New York, supermarket -- are going to have to live with that for the rest of their careers, he said.

Colwell and other physicians said that one reason the U.S. is seeing more and deadlier mass shootings is the prevalence and accessibility of AR-15-style weapons. Now, the nation is in a "far, far worse place" than in 1999, when there was still a federal ban on assault weapons, Colwell noted.

"You have to see the damage that these weapons do to really respect and understand how dangerous these weapons are," he said, adding that he's not arguing that a .22 pistol can't end a life, but there's a reason why you don't see them used in mass shootings today.

"There's no way to cause the type of havoc that these people are looking to cause without something of the power and speed of an assault weapon," he continued. "Assault weapons are specifically designed to more rapidly eject bullets, and the power that they have, and the speed that they have, there is no question ... most of the devastating injuries happen in the first minutes of the event."

Colwell went to Columbine High after the horrific events unfolded, hoping to find someone alive. However, all of the carnage had happened almost immediately.

"The primary way you can cause that kind of damage in that amount of time is with a weapon shooting that powerful of a ballistic that quickly," he pointed out. "Over and over again, what are they using? I've never seen the number of devastating wounds when you're not dealing with assault weapons -- the number of victims and the number of wounds."

Colwell's memories of the young victims at Columbine have stayed with him.

"I vividly remember seeing one of the victims at Columbine [who] had a text book that I had in high school," he recalled. "It really did put me back in our high school library."

## Special Reports Publications Corner

**Special Reports**
AI Passes U.S. Medical Licensing Exam

**Special Reports**
Medical Board Takes Action Against Misinformation Doc

**Special Reports**
Medicare Part D Plan Prices May Change Unexpectedly

"They barely had a chance to hide," he added.

There's no way a shooter could have done that with a pistol or non-semi-automatic weapon, he said. Seeing the wounds, the facial expressions of the victims, and the way they were lying at the scene, the emotional impact lasts forever, he noted.

William Begg, MD, vice president of medical affairs at Vassar Brothers Medical Center in Poughkeepsie, New York, and an emergency medicine physician at Danbury Hospital in Connecticut, has also seen the horror of mass shootings firsthand.

He attended to young patients in the aftermath of the 2012 shooting at Sandy Hook Elementary School in the Newtown, Connecticut borough, in which 20 children and six adults lost their lives. The fact that it happened again in Uvalde struck him especially hard.

"The more closely a mass casualty relates to one you've already been involved in ... the more you're affected," Begg told *MedPage Today*. "This tragedy in Uvalde disproportionately affected my institution and myself compared to all the other mass shootings over the years because we could so closely identify with the pain and sadness and anger that those healthcare workers are dealing with presently."

Though hospitals and communities across the nation experience other disasters, natural ones like hurricanes and tornadoes aren't self-induced, he said.

"This was a self-inflicted injury from our country's culture," he noted. "And it was preventable."

"It's a public health issue somewhat unique to the U.S.," he added. "If you look at all the other developed countries ... no country in the world has even close to the number of mass shootings. When you have a public health crisis, you have options to respond. And we in our country have not taken all the options to respond."

Begg said that the use of assault weapons by those who are not military or law enforcement is completely unnecessary, as is the allowance of high-capacity magazines. Not having background checks related to gun purchases is also a failure.

When you have a child that is hit with between three and 11 high-capacity bullets that explode inside their body, "it's not a survivable event," he noted. "That's why all these children died at the scene."

Regular handgun bullets come out one at a time, he pointed out. With the lower velocity, the survival rate is significantly higher, both for children and adults. And that is why there are scarce data on those who are shot with assault weapons -- because, most of the time, no one survives.

The only survivors of Sandy Hook were those who were shot in the arms or legs, he said, as opposed to those who were shot in the head, neck, abdomen, or pelvis. Sadly and similarly, those in Uvalde who were shot multiple times in the center of the body did not survive.

In previously testifying before Congress, Begg recalled using a simulation video to show the difference between damage inflicted by a regular bullet and an assault weapon bullet. The regular bullet went in and out of an artificial block representing a human body. However, the assault weapon bullet went through what would have been organs, like the liver or heart, and completely blew them apart.

Without prevention efforts, Begg predicts that the U.S. will have "more and more shooters" who "become more brazen."

There comes a point where a great infrastructure for trauma and resuscitation has already been developed, he added. "The biggest opportunity is prevention."

Mark Kline, MD, chief medical officer and physician-in-chief at Children's Hospital New Orleans, concurred.

I've worked in children's hospitals and pediatric trauma centers long enough to have seen a lot of the physical damage -- there's too much of it, and there has been a long time," Kline told *MedPage Today*. "It really has reached epidemic proportions, I think. It's not just mass shootings ... it's accidental shootings in the home, it's kids caught in crossfire. There's just too darn many guns, and it just seems to me that the least we can do, as we debate the role of mental health issues and gang violence and video games ... is try to restrict access to the high-power guns that hold big magazines that can shoot however many rounds per minute, and inflict the kind of damage that we saw in Uvalde."

"They're weapons of war," he added of assault weapons. "They really have no purpose in civil society."

The explosive power and velocity from the projectiles "disintegrate organs," and "there's nothing to repair," he added.

The people of Uvalde will never be the same, from the families who lost children, to the children who witnessed the horrific event, and to the entire community and to the first responders, Kline said.

For Colwell, he feels that speaking out is the only way to bring about change.

"We have to, as a medical community, make our political leaders as uncomfortable or more uncomfortable facing us than gun lobbyists," he said. "That, in my mind, has to change."

"We can continue to talk about how we can prepare for these things," he added. "But there's no way you're going to prepare for something that has my family waiting in the living room 23 years later. Until our voices are heard ... these events are not only going to keep happening, but keep happening more frequently."

    

Comment

---

**Special Reports Publications Corner**

Special Reports READING ROOM
AI Passes U.S. Medical Licensing Exam

Special Reports READING ROOM
Medical Board Takes Action Against Misinformation Doc

Special Reports READING ROOM
Medicare Part D Plan Prices May Change Unexpectedly

Special Reports READING ROOM
Anti-Vaxxers Blast Doc Over Fake Tweet That Made Rogan; Doc's COVID Vax Lie

Special Reports READING ROOM
Doc Delivered Deadly Epidural; Hotze's Conspiracy Theory; Docs Slam Wegovy Story

Special Reports READING ROOM
It's Complicated: Hollywood Elites Didn't Use Up Everyone's Diabetes Meds

Exhibit 38

*The New York Times*  |  https://nyti.ms/3XH4GMZ

# What We Know About the Gun Used in the Monterey Park Shooting

By Jeremy White and K.K. Rebecca Lai   Jan. 26, 2023

The semi-automatic Cobray pistol recovered in the Monterey Park, Calif., shooting, was modified with what appears to be a homemade suppressor. The gun is a subcompact variation of a MAC-10 pistol.

**Gun recovered in Monterey Park shooting**



Diagram by The New York Times; photo by Los Angeles County Sheriff's Department

A suppressor, by design, muffles the sound of a gunshot by redirecting and slowing expelled gases from the barrel after the gun has fired. Plans exist online for how to make suppressors out of readily available parts like car oil filters.

Case 1:22-cv-00951-RGA   Document 37-2   Filed 01/31/23   Page 100 of 105 PageID #: 952

Scott Richardson, a licensed firearm dealer in Oregon who manufactures and repairs suppressors, said the suppressor attached to the gunman's pistol looked homemade. "The original MAC-10 and Cobray suppressors looked nothing like that," he said.

The Cobray model firearm was manufactured in the 1970s and 1980s. It has several features that make it an illegal assault weapon in California, including the combination of a threaded barrel and the ability to accept a detachable magazine.

"They are not very accurate, and a bit heavy," said Edward Gardner, the executive director of the Liberal Gun Club.

### A variation of a MAC-10 pistol

Before the suppressor was added, the gunman's weapon was similar to the pistol shown here.



The Cobray M-11/9 has a threaded barrel for attaching accessories such as barrel extenders, suppressors and forward hand grips.

Upper receiver

Lower receiver

Grip

With the ability to hold 30 rounds or more, the pistol's original large-capacity magazine extends well below the pistol's grip.

Diagram by The New York Times; photo via gunbroker.com

Sheriff Robert Luna of Los Angeles County said that the gunman purchased the pistol in 1999 in Monterey Park but that the gun was not registered in the state of California. Investigators who searched the suspect's home found hundreds of rounds of ammunition and items that suggested he was manufacturing homemade firearm suppressors, Mr. Luna said. Forty-two shell casings and a large-capacity magazine were recovered at the scene.

ADVERTISEMENT

Improbably, the homemade suppressor may have played a role in preventing further violence. After opening fire at the Star Ballroom Dance Studio in Monterey Park on Saturday night, the gunman traveled to another dance studio in nearby Alhambra. There, Brandon Tsay, whose family operates the second ballroom, was able to wrestle the weapon away from the gunman.

Surveillance footage of the encounter shows the gun in context, and how large the suppressor was compared with the body of the gun and the gunman.







Case 1:22-cv-00951-RGA    Document 37-2    Filed 01/31/23    Page 104 of 105 PageID #: 956



Video footage, via Lai Lai Ballroom and Studio

"One aspect of using such a long suppressor is that it seems to me like the other guy was able to use the suppressor against the attacker," said Mr. Richardson, who reviewed the surveillance footage. "More length equals more leverage when grabbing the gun. He is able to push the barrel up and away from himself."

Law enforcement officials recovered two other firearms in connection with the attack, one rifle from the suspect's residence and one pistol from his vehicle. Both were registered to the suspect. Police said the suspect died from a self-inflicted gunshot wound using the pistol.



The semi-automatic Norinco pistol recovered from the suspect's van.



The Savage Arms .308 caliber bolt-action rifle recovered from the suspect's residence.

Los Angeles County Sheriff's Department

Mr. Luna said that the suspect had been arrested in 1990 for unlawful possession of a firearm, but it was unclear what weapons were involved in that case.