# Exhibit A

# James E. Yurgealitis

---

SUMMARY:

Self employed as a Legal and Public Policy Consultant providing Technical Firearms and Forensic Consulting, Testing and Policy Research / Training Services to Corporations, Legal Counsel and the Public Sector

EDUCATION:

B.A., Political Science and Psychology, St. John Fisher University, Rochester, New York – May 1985

PROFESSIONAL EXPERIENCE:

December 2012 to Present: Independent Legal and Policy Consultant / Subject Matter Expert

Currently provide independent consulting services to Corporations, Legal Counsel and Governmental entities in regard to Public Policy and Technical matters relating to Firearms, Firearms Policy, Forensics and Law Enforcement. Current and former clients include the Office of the District Attorney for Cook County Illinois, The City of Sunnyvale, California, The City of Highland Park, Illinois, The Office of the Attorney General for the Commonwealth of Massachusetts and the Center for American Progress, Washington D.C. I have provided sound policy and technical assistance for my clients to include expert testimony which successfully endured the opposition's legal appeals to the U.S. Circuit Court of Appeals and the U.S. Supreme Court.

December 2003 to December 2012: Senior Special Agent / Program Manager for Forensic Services ATF National Laboratory Center (NLC), Beltsville, Maryland. U. S Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Directed the administration and management of ATF's Forensic Training Programs to include the National Firearms Examiner Academy (NFEA) a 12-month training program for State and Local Forensic Firearm Examiner Trainees. Also managed two additional forensic training programs. Administered a $1M + budget in accordance with strict ATF and National Institute of Justice (NIJ) guidelines and reporting requirements. Responsible for oversight of all Forensic Firearms related research at the NLC. Supervised a full and part time cadre of fifty-two (52) instructors and administrative personnel. Maintained liaison with commercial firearms and ammunition manufacturers and subject matter experts and ensure that lesson plans and curriculum reflected the latest technical developments in firearms manufacture, forensics and their application to federal and state law. Applied for, received and managed in excess of $2M in external grants to facilitate uninterrupted delivery of training during internal budget shortfalls. Detailed to the Department of Homeland Security Command Center in 2005 with overall responsibility to coordinate and direct Federal, State and Local Law Enforcement assets during and following Hurricanes "Irene" and "Katrina" and again in 2010 for "Andrew" and "Danielle".

June 1997 - December 2003: Special Agent / Violent Crime Coordinator, ATF Baltimore Field Division, Baltimore, Maryland

Responsible for management of ATF's "Project Disarm", a joint law enforcement initiative between ATF, The United States Attorney's office for the District of Maryland (USAO), the Baltimore City Police Department, the Baltimore City States Attorney's Office and the Maryland State Police. Duties included reviewing over 400 state and local firearms related arrests annually for subsequent referral to the USAO and Federal Prosecution. Managed a caseload of 75 – 100 criminal cases annually. Responsible for selection, referral, follow - up investigation and subsequent indictment and prosecution of armed career criminals. Testified in front of Federal Grand Juries in excess of 75 times annually. Was recognized, and testified, as an expert witness in the Identification, Operability and origin of Firearms and Ammunition in three Federal Judicial Districts. Toured over 25 firearms and ammunition manufacturing facilities in Europe and the United States. Temporarily assigned in 2001 for three months to the 9-11 Task Force investigation in conjunction with FBI Assets. Temporarily assigned to the D.C. Sniper Task Force Intelligence Group in 2002 for two months.

June 1990 – June 1997:
Special Agent, ATF Baltimore Field Division, Baltimore, Maryland

Served in various capacities as a street-level Special Agent. Acted as Group Supervisor and Assistant Special Agent in Charge on numerous occasions. Served on the Washington – Baltimore High Intensity Drug Trafficking Area (HIDTA) task force from 1995 – 1999. Investigated armed narcotics trafficking organizations, seized assets, authored and executed Federal and state search and arrest warrants, conducted surveillance, interviews / interrogations, testified in Federal and state courts as a fact witness, purchased firearms, explosives and narcotics while in an undercover capacity, investigated fatal bombings and arsons, firearms trafficking, alcohol and tobacco trafficking, homicide, fraud and gun store burglaries. Also while detailed for 8 months as the Public Information Officer authored press releases, provided interviews to local and national print and television media outlets and made presentations to local and national public and special interest groups and associations.

April 1989 – June 1990 and July 1986 – March 1987: Special Agent, United States Department of State, Diplomatic Security Service (DSS), Washington Field Office, Rossyln, VA

Conducted investigations of violations of Federal Law under the department's purview to include Passport and Visa Fraud, Illegal trafficking of restricted firearms and war materials to prohibited countries, human trafficking, seized assets, authored and executed State, local and Federal Arrest and Search Warrants, testified in Federal Court as a fact witness, detailed on an as needed basis to the Dignitary Protection Division as Agent in Charge of multiple protective details for visiting and resident foreign dignitaries, temporarily assigned to support Physical and Personal Protective Security in various U.S. Embassies overseas on an as needed basis, detailed to the Secretary of State Protective Division on an as needed basis to supervise agents assigned to augment the permanent protective detail.

March 1987-February 1989: Special Agent, DSS, Secretary of State Protective Division, Washington, DC

Served in various capacities as Acting Agent in Charge, Acting Shift Leader, Lead Advance Agent and Shift Agent. Responsibilities included close personal protection of the Secretary of State both domestically and overseas, extensive foreign travel to facilitate and prepare security arrangements for overseas visits to include Presidential Summit meetings, liaison with foreign host government officials to plan and solicit assistance with security arrangements, supervision of agents temporarily assigned to augment the detail, liaison with U.S Government Intelligence Agencies and other Federal, State and Local Law Enforcement Agencies to identify and protect against potential threats to the Secretary of State.

CLEARANCES: Top Secret March 1986 valid through February 2015. Numerous prior SCI Clearances.

TEACHING EXPERIENCE:

- Instructed at the Federal Law Enforcement Training Center (FLETC), for ATF and other Federal Law Enforcement Agencies
- Instructed at the International Law Enforcement Academy (ILEA) in Budapest, Hungary
- Instructed for numerous State, local and / or regional law enforcement agencies both in the United States, Canada and Central America

LINKEDIN PROFILE AND ENDORSEMENTS:

https://www.linkedin.com/in/james-jim-yurgealitis-68618464?trk=nav_responsive_tab_profile_pic

REFERENCES:

Available upon request

# Exhibit B

**Professional Qualifications of James E. Yurgealitis**
**Independent Legal, Public Policy and Forensic Consultant**

I, James E. Yurgealitis, being duly sworn, depose and state:

1.) That I was previously employed as a Senior Special Agent / Program Manager with the Bureau of Alcohol, Tobacco Firearms & Explosives, (ATF) United States Department of Justice, and had been so employed since 1990. Prior to 1990 I was employed as a Special Agent with the Bureau of Diplomatic Security, (DSS) United States Department of State and had been so employed since 1986.

2.) I have a Bachelor of Arts Degree in Political Science and Psychology from St. John Fisher College, Rochester, New York.

3.) I am a graduate of the Federal Law Enforcement Training Center, Glynco, Georgia, the Criminal Investigator Training Program, Bureau of Diplomatic Security New Agent Training, and the Bureau of ATF New Agent Training Program.

4.) I have completed the Firearms Interstate Nexus Training Program conducted by the Firearms Technology Branch, ATF Headquarters, Washington, D.C.

5.) I have completed both Advanced Interstate and European Nexus Training conducted by ATF in conjunction with several domestic and European firearm manufacturers.

6.) I have testified in excess of 200 times before Federal Grand Juries regarding the classification, operability, and commerce of firearms and / or ammunition.

7.) I have previously qualified as an expert witness regarding the origin, operability / classification and interstate movement of firearms and ammunition in U.S. District Court for the District of Maryland, U.S. District Court for the District of Delaware and the Circuit Court For Baltimore City, Maryland.

8.) I have conducted regular training for local, state and federal law enforcement agencies both domestically and overseas regarding firearms classification, operability and firearms statutes.

9.) I maintain a personal library of books, printed material and documents that relate to the field of firearms, ammunition, and firearms classification, attend local and national trade shows and professional association meetings, and regularly review periodicals relating to firearms and ammunition.

10.) I attend trade shows, maintain contact with, and regularly consult with other persons, to include published authors and recognized experts in the origin, identification and classification of firearms and ammunition.

11.) I have, during my tenure with ATF, personally examined in excess of five thousand

firearms to determine their origin and classification and operability, and to facilitate the tracing of those firearms.

I have toured production facilities for numerous firearms and ammunition manufacturers. The tours were conducted by corporate historians, corporate officers, or production engineering personnel.

Domestic Firearm Manufacturers:
Bushmaster Firearms, Ilion, NY, USA
Colt, New Haven CT, USA (4x)
H&R 1871 Inc., Chicopee, MA, USA (2x)
Marlin, North Haven CT, USA (4x)
O.F. Mossberg & Sons, North Haven, CT, USA (4x)
Remington Firearms, Ilion, NY, USA
Savage Arms Inc., Westfield, MA, USA (4x)
Sig-Sauer / SIGARMS Inc., Exeter, NH, USA (3x)
Smith and Wesson, Springfield, MA, USA (4x)
Sturm Ruger, Newport, NH, USA (4x)
Yankee Hill Machining, Florence, MA, USA

Foreign Firearm Manufacturers:
Carl Walther GmbH, Ulm, Germany
Ceska Zbrojovka (CZ), Uhersky Brod, Czech Republic
Fegarmy (FEG), Budapest, Hungary
F.N Herstal S.A., Herstal, Belgium
Glock GmbH, Deutsch-Wagram, Austria
Heckler & Koch GmbH, Oberndorf au Neckar, Germany
J.P. Sauer & Sohn GmbH, Eckernforde, Germany

Domestic Ammunition Manufacturers:
Fiocchi Ammunition, Ozark, MO, USA
PMC, Boulder City, NV, USA
Remington, Lonoke, AR, USA (4x)
Sierra, Sedalia, MO, USA
Starline Brass, Sedalia, MO, USA

European Proof Houses
Beschussamt Ulm, (Ulm Proofhouse) Ulm, Germany
Beschusstelle Eckernforde, (Eckernforde Proofhouse) Eckernforde, Germany
Czech Republic Proofhouse, Uhersky Brod, Czech Republic
Liege Proofhouse, Liege, Belgium

Qualifications Of James E. Yurgealitis contd.

I have been allowed regular access to the following reference collections:
Bureau of Alcohol, Tobacco Firearms and Explosives Reference Collection, Martinsburg, West Virginia, USA consisting of 5,000+ firearms

Liege Proofhouse, Liege, Belgium consisting of 1,000+ ammunition cartridges

Springfield Armory National Historic Site Firearms Collection, Springfield, MA, USA consisting of 10,000+ Firearms

Smithsonian Institution (Museum of American History) Firearms Reference Collection Washington, DC, USA, consisting of 4000+ firearms

Wertechnische Studiensammlung des BWB, (Federal Defense Procurement Bureau Museum) Koblenz, Germany consisting of 10,000+ Firearms

I have toured the following museums:
Heeresgeschichtliches Museum, (Museum of Military History), Vienna, Austria
Hungarian Military Museum, Budapest, Hungary
Springfield Armory National Historic Site, Springfield, MA, USA
United States Air Force Museum, Dayton, OH, USA
United States Army Ordnance Museum, Aberdeen Proving Ground, Aberdeen, MD, USA
United States Military Academy Museum, West Point, NY, USA
United States Naval Academy Museum, Annapolis, MD, USA
Wertechnische Studiensammlung des BWB, (Federal Defense Procurement Bureau Museum) Koblenz, Germany

Membership in Professional Organizations:

Member, International Ammunition Association (IAA)
Technical Advisor (pending approval), Association of Firearm and Toolmark Examiners (AFTE)
Member, Federal Law Enforcement Officers Association (FLEOA)

# Exhibit C

Ultimate 20th Century Reference Edition

# MILITARY SMALL ARMS OF THE 20th CENTURY

7th Edition

## Expanded, Updated Illustrated Encyclopedia of the World's Small Caliber Firearms



- Pistols
- Submachine Guns
- Bolt-Action Rifles
- Automatic Rifles
- Machine Guns
- Anti-Tank & Anti-Materiel Rifles
- Ammunition





COMPLETE COVERAGE OF THE 20TH CENTURY

Ian V. Hogg & John S. Weeks

# MILITARY SMALL ARMS
## OF THE 20th CENTURY

### 7th Edition

Ian V. Hogg & John S. Weeks

## About Our Covers.....

*Front Cover* - The Thompson submachine gun, in several models, served the U.S. military and the military arms of other nations. Below, the German MP40 submachine gun and Colt's new M4 carbine.

*Back Cover* - Legendary U.S. arms of the WWII era. Top, the Browning Automatic Rifle (BAR); M1 Garand rifle; Thompson submachine gun and the M3 submachine gun, also known as the "Grease Gun".

These illustrations were made possible through the generous assistance of Charles Justmann, Bob Pucci, Ray Farrell and Colt's Manufacturing Company, Inc. -- and we thank them.

© 2000 by Ian V. Hogg

All rights reserved.
No part of this publication may be reproduced
or transmitted in any form or by any means, electronic or mechanical,
including photocopy, recording or any information storage and retrieval system,
without permission in writing from the author, except by a reviewer
who may quote brief passages in a critical article or review to be printed
in a magazine or newspaper or electronically transmitted on radio or television.

Published by

krause publications

700 E. State Street • Iola, WI 54990-0001
Telephone: 715/445-2214
Web: www.krause.com

To place an order or receive our free catalog, call 800-258-0929.
For editorial comment and further information,
use our regular business telephone at (715) 445-2214.

Library of Congress Catalog Number: 73-83466
ISBN: 0-87341-824-7

Printed in the United States of America



Steyr 7.65mm M1909, based on Pieper's patents.

## • Steyr Model 1908

*Osterreichische Waffenfabrik-Gesellschaft, Steyr*

**7.65mm automatic pistol (32 ACP)**

This peculiar weapon was designed by the Pieper company of Liege, who also manufactured a small number under their own name, but the principal manufacture was done at Steyr and the gun was issued in some numbers to the Austrian police. Some later saw emergency service in World War I.

It appears to be a highly ingenious design until careful thought robs the unusual features of some of their attraction. In the first place, the gun has a thumb-catch on the left side which, when pressed, allows the barrel to hinge forward so that a cartridge can be loaded directly into the chamber. This movement also disconnects the above-barrel recoil spring from the breechblock so that the block can be drawn back and pushed forward to cock the internal hammer—but this should only be done when the magazine is either empty or withdrawn, otherwise the action feeds the top round out of the magazine and on to the ground. There is no extractor fitted as the design relies on residual gas pressure to blow out the spent case as it drives the breechblock back, until the ejector deflects the case through the side port. This means that ammunition malfunctions—especially misfires or stuck cases—cannot be cleared by operating the slide since this will only try to load a fresh round and compound the mischief. Pieper had a habit of coming up with odd designs, but it is a little surprising to find that Steyr should bother producing one of them.

**Length:** 6.38in (162mm). **Weight unloaded:** 1lb 6oz (620g). **Barrel:** 3.63in (92mm), 6 grooves, right-hand twist. **Magazine:** 7-round detachable box. **Muzzle velocity:** c.900 ft/sec (274 m/sec).

## • Steyr M12 ('Steyr-Hahn,)

*Osterreichische Waffenfabrik-Gesellschaft, Steyr*

**9x23mm Steyr M12; 9mm Parabellum**

This became the Austro-Hungarian side-arm for elements other than cavalry in 1912. Like the Roth-Steyr, it used a rotating barrel to lock the breech, but the system was much simpler, using a conventional type of slide. Barrel and slide recoiled together for a short distance, during which lugs on the barrel engaged in cam grooves on the frame to turn the barrel through 20 degrees. This disengaged an upper lug from a groove in the slide, so that the barrel halted and the slide was free to recoil. The motion was reversed on the return of the slide. As with other Steyr designs the magazine is an integral box, loaded by means of a charger, and the cartridge is a unique and powerful 9mm cartridge. The 'Steyr-Hahn' (Steyr with hammer—since it used an external hammer instead of the striker of the earlier design) was made in considerable numbers between 1911 and 1918, and was adopted in Romania and Chile as well as being sold commercially. It remained the standard Austrian pistol after 1918, and when the Austrian Army was absorbed into the Wehrmacht in 1938 some 200,000 or so were re-barreled to 9mm Parabellum so as to standardize with the German Army ammunition system. These are marked 'P-08' on the left side of the slide. Although the grip is somewhat square to the frame, the Model 1912 is an excellent pistol, strong and reliable, and it is possible that had it been made originally in a more common caliber it would have achieved greater success.

**Length:** 8.50in (216mm). **Weight unloaded:** 2lb 3oz (990g). **Barrel:** 5.10in (128mm), 4 grooves, right-hand twist. **Magazine:** 8-round fixed. **Muzzle velocity:** c.1100 ft/sec (335 m/sec).

## • Steyr GB

*Steyr-Daimler-Puch AG, Steyr Austria*

**9mm Parabellum**

The Steyr GB was a delayed blowback pistol, the delay being obtained by tapping a small amount of gas from the chamber and leading it to the interior of the slide, where it entered an annular expansion chamber formed by the slide surrounding the barrel. Here the pressure built up resisted the opening action of the slide for a long enough period to allow the bullet to clear the barrel and the breech pressure to drop to a safe level. The system is akin to that pioneered by Barnitske of Gustloff-werke in the VG1-5 Volksturmgewehr and in the Volkspistole. The trigger mechanism was double action, using an external hammer, and the barrel was rifled in the polygonal form, which is also that used by Heckler & Koch in their P9 pistol.

Developed in the mid-1970s and originally known as the Pi 18, this pistol was first developed with the option of automatic fire; used with a stock and a 36-round extended magazine it could function as a form of submachine-gun. This option, however, was soon dropped. It was then made under license in the USA by Rogac Inc., and sold as the LES P-18. Unfortunately the quality control was poor, the pistol acquired a reputation for malfunction, and the license was rescinded. Steyr then made some modifi-



9mm Steyr-Hahn M1912 with its 9x23mm cartridge.




**9mm Steyr GB used an unusual gas delay system to hold the breech closed.**

cations and relaunched it as the GB, hoping to capture the pistol contract for the Austrian Army. In spite of its now being an excellent, accurate and reliable weapon, it was turned down in favor of the Glock 17. Steyr continued to promote the pistol for some time, but it was not adopted in any numbers by any military force and production ended in 1989.

**Length:** 8.5in (216mm). **Weight unloaded:** 1lb 14oz (840g). **Barrel.** 5.35in (136mm), 4 grooves, right-hand twist, polygonal. **Magazine:** 18-round detachable box. **Muzzle velocity:** c.1275 ft/sec (388 m/sec).

### • Steyr SPP

*Steyr-Mannlicher AG, Steyr*
**9mm Parabellum**

The SPP (Special Purpose Pistol) is a semi-automatic version of the TMP (Tactical Machine Pistol) submachine gun. It uses the same synthetic frame and receiver and operates in the same delayed blowback mode by means of a rotating barrel. The principal difference is that the pistol has no forward handgrip and a slightly greater length of exposed barrel and jacket in front of the receiver.

**Length:** 12.68in (322mm). **Weight unloaded:** 2lb 14oz (1300g). **Barrel:** 5.12in (130mm); 6 grooves, right-hand twist. **Magazine:** 15- or 30-round detachable box. **Muzzle velocity:** c.1246 ft/sec (380 m/sec).



**The Steyr Special Purpose Pistol.**



**The Glock Model 17L, showing the safety spur on the trigger.**

### • Glock Model 17 Pistol

*Glock GmbH, Deutsch Wagram,*
**9mm Parabellum**

This pistol was adopted by the Austrian Army in 1983, 25,000 being ordered. It is a recoil-operated semi-automatic, using a cam-controlled dropping barrel to lock slide and barrel together. Firing is by means of a striker controlled by the trigger; the first 5mm of trigger travel cocks the striker and releases the firing pin lock, and the next 2.5mm of travel releases the striker. The pressure required to actuate the trigger can be adjusted. There is no manual safety catch since the integral firing pin lock will prevent the pistol firing unless the trigger is properly operated. The Glock 17 is of simple design, there being only 32 components including the magazine.

The **Model 17L** is similar to the basic Model 17 but has a longer barrel, for target shooting. The **Model 17C** is also similar to the Model 17 but has an integrated muzzle compensator which is claimed to reduce muzzle climb by up to 30 percent.

**Length:** 7.40in (188mm). **Weight unloaded:** 1lb 7oz (625g). **Barrel:** 4.49in (114mm); 6 grooves, polygonal, right-hand twist. **Magazine:** 17-round detachable box. **Muzzle velocity:** c.1263 ft/sec (385 m/sec).

### • Glock 18 and 18C

*Glock GmbH, Deutsche Wagram*
**9mm Parabellum**

The Glock Model 18 was basically the same as the Model 17 but with a selective fire capability, allowing automatic fire or single shots, and an enlarged magazine. For obvious reasons the principal mechanical components of the Models 17 and 18 are not interchangeable, and its sale is restricted to official bodies.

The Model 18 was replaced in production by the Model 18C; this is exactly the same but for the provision of a muzzle compensator. Four slots in the muzzle and a slot in the slide allow an upward escape of gas and thus helps to keep the weapon stable, particularly when firing in the automatic mode.

**Length:** 7.32in (186mm). **Weight unloaded:** 1lb 5oz (586g). **Barrel:** 4.49in (114mm); 6 grooves, polygonal, right-hand twist. **Magazine:** 17- or 19-round detachable box. **Muzzle velocity:** c.1115 ft/sec (340 m/sec).

frame, to produce a medium-sized pistol. None of these designs prospered, and few of the compact and medium weapons were ever made.

**Length:** 6.8in (173mm). **Weight unloaded:** 1lb 9oz (710g). **Barrel:** 3.78in (96mm), 4 grooves, right-hand twist. **Magazine:** 7-round detachable box. **Muzzle velocity:** c.1000 ft/sec (328 m/sec).



The Browning Mark 3 is the High Power with ambidextrous safety and built on new computer-controlled machinery.

## • Browning Mk 2

*Fabrique Nationale, Herstal-lez-Liege*
**9mm Parabellum**

This was a slightly improved version of the original GP35 pistol, introduced in the early 1980s. It adopted an ambidextrous safety catch, a new design of grip, wider sights and an anti-glare finish. It was purchased by a number of military forces, but in relatively small numbers and in the face of very strong competition from more modern designs. There were also complaints of failures from some quarters, which led FN to withdraw it in 1987 and set about retooling their production line and developing the Mark 3 (below). The dimensions and data are exactly the same as those for the GP35.

## • Browning Mk 3 and 3S

*FN Herstal SA (Mk 3)*
*Browning SA (Mk 3S)*
**9mm Parabellum**

These pistols were introduced in January 1989 and were essentially the Browning Mk 2 but manufactured to a higher standard, using new computer-controlled machinery, and with new dimensions of the frame and slide and a redimensioned ejection port. The rear sight was now mounted in a dovetailed slot which was to the same dimensions as that of the Target GP35, so that owners wishing to improve the sights could easily have the target sights fitted. There were also recesses for the addition of Tritium night sighting spots alongside the rear sight and in the front sight blade. The safety catch was ambidextrous and the grips were newly designed to a better anatomical shape. The Mark 3 was the standard single-action weapon; the Mark 3S was a special version produced for police use and incorporated an automatic firing pin safety system in which the firing pin is positively locked against any movement except during the final pressure of the trigger. A mechanism linked to the sear bar then releases the firing pin in time for it to be struck by the falling hammer. The Mark 3S was produced under the Browning name, since in late 1988 the company was reorganized into two sections: FN Herstal SA dealt with military business, while Browning SA attended to police and commercial sales. Within six months of its announcement, 25,000 of the Mark 3S had been sold to European police forces.



The Browning Mark 2 reverted to single action and was simply an up-to-date M1935.

## • FN BDA 9

*FN Herstal SA*
**9mm Parabellum**

The BDA 9 is a further development of the High-Power and functions in the same way, differing in having a double-action trigger and a hammer decocking lever in place of the safety catch. The decocking lever is duplicated on both sides of the frame and can thus be used with either hand. The magazine release is normally fitted for right-hand use but can easily be removed and reversed to suit left-handed use. The pistol is loaded in the usual manner by pulling back and releasing the slide. It can then be fired or, by pressing the de-cocking lever, the hammer can be lowered. Operation of the lever inserts a safety device between the hammer and the firing pin, and a braking lever slows down the hammer's fall. There is also an automatic firing pin safety system which keeps the firing pin securely locked except during the final movement of the trigger when firing. Once the hammer has been lowered the pistol can be carried with a round in the chamber in perfect safety and can be instantly fired by simply pulling the trigger through.

**Length:** 7.87in (200mm). **Weight empty:** 1lb 15oz (905g). **Barrel:** 4.65in (118mm), 6 grooves, right-hand twist. **Magazine:** 14-shot detachable box. **Muzzle velocity:** 1,148 ft/sec (350 m/sec).

6 grooves, right-hand twist. **Magazine:** 14-shot detachable box. **Muzzle velocity:** 1,148 ft/sec (350 m/sec).



**The BDA9 is the High Power updated to double action.**

## • FN BDAO

*FN Herstal SA*

**9mm Parabellum**

The BDAO is the same as the BDA9 except that it is self-cocking only (or double-action only, as you prefer) and for that reason there is no cocking spur on the hammer. As the slide goes forward after cocking, and after each shot, so the hammer follows it but is arrested before it can strike the firing pin. An automatic firing pin safety system ensures that the pistol cannot fire unless the trigger is pulled completely through to the full-cock position, so that accidental discharges are practically impossible.

**Length:** 7.87In (200mm). **Weight empty:** 1lb 14oz (870g). **Barrel:** 4.65in (118mm),

## • FN Five-seveN

*FN Herstal SA, Liege.*

**5.7x28mm**

This is a self-cocking semi-automatic firing the same cartridge as the P-90 personal defense weapon (described in the Submachine Gun section). The trigger action is rather unusual in that pressure on the trigger first loads the firing pin spring and then releases the firing pin. Unless the trigger is pressed, the firing pin is never under any sort of pressure, and thus there is no safety catch of the normal type.



**The Five-seveN field-stripped; don't be fooled by the lug, this is a delayed blowback pistol.**

Surprisingly, for a weapon of such power, the Five-seveN operates on the delayed blowback principle. The slide carries two notches on its under-surface. Set into the frame is a cross-shaft carrying two connected lugs. The barrel is a loose fit in the slide, and when the barrel and slide are assembled to the frame, a slotted lug beneath the chamber is so placed that the slot lines up with the cross-shaft. On firing, the pressure in the chamber forces the bullet up the barrel, and the friction and torque of the bullet's movement tends to thrust the barrel forward. At the same time the gas pressure forces the cartridge case back and puts pressure on the slide to move to the rear. Barrel and slide move rearward together about 3mm, at which point the slide



**The FN Five-seveN fires a new high-velocity cartridge to give long range and superior penetration.**



**The FN Five-seveN with silencer fitted.**

Case 1:22-cv-00951-RGA Document 42-1 Filed 01/31/23 Page 17 of 190 PageID #: 1442






**The Heckler & Koch P9 had more success on the commercial market than on the military.**

round can be firing by pulling through on the trigger.

The barrel introduced the Heckler & Koch 'polygonal bore' in which the four grooves are merged into the bore diameter so that the resultant cross-section of the bore resembles a flattened circle; this, it was claimed, reduced bullet deformation and improved velocity by offering less resistance to the passage of the bullet.

While the P9 and P9S were basically conceived as military pistols, and were taken into use by the German Border Police and other police forces, it was also offered as a potential competition pistol. Alternative barrel lengths of 5 and 5.5-inch were available, together with muzzle balance weights, adjustable sights, a trigger stop and fine adjustment of the trigger travel.

**Length:** 7.56in (192mm). **Weight unloaded:** 2lb 0oz (950g). **Barrel:** 4.0in (102mm), 4 grooves, right-hand, polygonal. **Magazine:** 9-round detachable box (7.65mm = 8 rounds). **Muzzle velocity:** c. 1150 ft/sec (350 m/sec) (7.65: 1200/370).

### • Heckler & Koch VP-70

*Heckler & Koch GmbH, Oberndorf-am-Neckar*
**9mm Parabellum**

This is a blowback pistol with some unusual features. The magazine, in the butt, carries the remarkable number of 18 rounds, and the pistol can only be fired in the self-cocking mode, by means of a striker. Pulling the trigger first cocks and then releases the striker, and the trigger movement gives a distinct 'first pressure' as the cocking action takes place, where upon further pressure fires the cartridge. This system removes most of the objection to double-action-only systems since it allows a steady aim to be taken and the minimum disturbance of aim at the point of striker release. Since this self-cocking system allows the pistol to be carried loaded quite safely, a safety catch is not normally fitted, but one could be provided (a push-button behind the trigger) if the purchaser so desired.

A holster-stock unit could be fitted; once this was done, a connection with the lockwork allowed the firing of single shots or three-round bursts for each operation of the trigger. This burst facility, another innovative idea, removed the principal objections to the conversion of a pistol into a submachine gun; in such cases only the first few rounds normally have any effect on the target, after which the gun climbs uncontrollably. The Heckler & Koch burst facility ensured that the first few rounds of the burst were the only ones, so that accuracy in automatic fire was guaranteed.

The VP-70 is also of interest in that it used the most modern approach to manufacturing; the receiver is of plastic, with a molded-in barrel support, a construction which is easy to make, resistant to damage, and demanding the minimum maintenance in the field.

The pistol enjoyed commercial sales to African and Asian countries and was adopted by a few military forces, but it was never as successful as the company had hoped and production ceased in the mid-1980s.

**Length:** 8.03in (204mm). **Weight unloaded:** 1lb 13oz (920g). **Barrel:** 4.57in (116mm). **Magazine:** 18-round detachable box. **Muzzle velocity:** c.1180 ft/sec (360 m/sec).

### • Heckler & Koch P7

*Heckler & Koch GmbH, Oberndorf-am-Neckar*
**9mm Parabellum**

The P7 family was developed to satisfy a demand from the Federal German Police for a pistol which would be entirely safe to carry loaded but which could be brought into action with the minimum delay. This requirement has been satisfied by the adoption of a cocking lever which forms the front edge of the grip. Assuming the pistol to be empty, with the slide held open after the last shot, on inserting the magazine and squeezing the grip, the slide is released to run forward and chamber a round. Squeezing the grip will now cock the firing pin and pulling the trigger will release the firing pin and fire a shot.



**The interior mechanism of the Heckler & Koch P9.**



The PA-63 was more or less the Walam for military consumption. There are a few minor changes but the parentage remains obvious.

an ornate star and wreath badge on the grips. Later production was disposed of through a number of West German dealers and may be found with their trade names stamped on the frame.

**Length:** 6.89in (175mm). **Weight unloaded:** 1lb 8.5oz (700g). **Barrel:** 3.90in (100mm), 6 grooves, right-hand twist. **Magazine:** 8-round detachable box. **Muzzle velocity:** c.965 ft/sec (295 m/sec).

### • Pistol PA-63

*State Arsenals*
**9x18mm Makarov**

This is another copy of the Walther PP, developed for the Hungarian Army in the late 1950s. The dimensions differ slightly, and the weapon is lighter than the Walther due to extensive use of light alloy in the construction. It is also manufactured in 7.65mm caliber, probably for police use.

**Length:** 6.89in (175mm). **Weight unloaded:** 1lb 5oz (595g). **Barrel:** 3.94in (100mm), 6 grooves, right-hand twist. **Magazine:** 7-round detachable box. **Muzzle velocity:** c.965 ft/sec (295 m/sec).

### • Pistol Model 48

*State Arsenals*
**7.62x25mm Soviet M30**

This is simply the standard Soviet TT33 Tokarev pistol made under license in Hungary. The Hungarian version can be distinguished by the crest on the grip (a star, wheatsheaf and hammer surrounded by a wreath) and by the vertical finger-grip cuts on the slide which are narrower and more uniform than those on Soviet weapons. Dimensions, etc., are exactly as for the Tokarev.

## ISRAEL

### • Uzi Pistol

*Israel Military Industries, Ramat Hasharon*
**9x19mm Parabellum**

The Uzi pistol is simply a shortened, lightened and simplified version of the Uzi submachine gun. It has the same general outline, with the magazine housing in the pistol grip at the center of balance and with the cocking handle on top of the receiver, but it has no automatic fire capability and is so designed that attempting to convert it to automatic fire would be virtually impossible. It may look cumbersome, but the weight sits well in the hand and makes the weapon very stable when fired. It is, of course, a blowback weapon, firing from a closed breech, and was originally proposed commercially as a weapon for home defense use, but it has obvious military and security applications and has been seen in the hands of such forces and also fitted with silencers and laser sights.

**Length:** 9.45in (240mm). **Weight unloaded:** 3lb 12oz (1700g). **Barrel:** 4.53in (115mm), 4 grooves, right-hand twist. **Magazine:** 20-, 25- or 30-round detachable box. **Muzzle velocity:** c.1132 ft/sec (345 m/sec).

### • Jericho 941

*Israel Military Industries, Ramat Hasharon*
**9x19mm Parabellum and others**

The Jericho is a conventional locked-breech pistol using a dropping barrel which locks into the ejection opening in the slide. Hammer-fired and double action, the slide runs on internal frame rails, improving the accuracy. The pistol is normally in 9mm caliber but by replacing the barrel, return spring and magazine it can be made to fire 40 Smith & Wesson or 41 Action Express cartridges. It is also available with various options such as single-action only or double-action only, ambidextrous safety catch, and a butt-mounted safety lock. A compact model is also made. It has been adopted by various Israeli police and security agencies.

**Length:** 8.14in (207mm). **Weight unloaded:** 2lb 6oz (1090g). **Barrel:** 4.72in (120mm), 6 grooves, polygonal, right-hand twist. **Magazine:** 16-round detachable box. **Muzzle velocity:** c.1132 ft/sec (360 m/sec).



The Uzi pistol is simply the Uzi submachine gun reduced in size and restricted to single shot firing.



The Jericho, a simple and elegant design currently in use by the Israeli Defense Force.



Beretta jumped ahead of the competition in the late 1970s when they introduced the double-action Model 92 with a high-capacity magazine.

**Length:** 8.54in (217mm). **Weight unloaded:** 2lb 2oz (950g). **Barrel:** 4.92in (125mm), 6 grooves, right-hand twist. **Magazine:** 15-round detachable box. **Muzzle velocity:** c.1280 ft/sec (390 m/sec).

### • Beretta Model 92SB

*Pietro Beretta SpA, Gardone Val Trompia*
**9mm Parabellum**

In 1980 the US Army began trials to find a pistol to replace the Colt M1911A1, and Beretta modified their Model 92 to suit the US specification, resulting in the Model 92SB. It differed from the 92 in having a safety catch on both sides of the slide, a magazine catch behind the triggerguard, where it can be moved to either side as desired, and a new system of safeties including an automatic firing pin lock. The hammer was given a half-cock notch, and the butt is grooved at the rear to improve grip. The dimensions, etc., are exactly as for the Model 92, except that the weight is now 2lb 3oz (980g).

### • Beretta Model 92F

*Pietro Beretta SpA, Gardone Val Trompia*
**9mm Parabellum**

The Model 92SB walked away with the US trials, but the Army required some minor changes before accepting it as the Pistol M9. The triggerguard was reshaped to suit the two-handed grip, the magazine had its base extended to improve the grip and the butt front edge was curved at the toe, new grip plates and lanyard ring were fitted. The barrel is chromed internally and the external finish is 'Bruniton', a Teflon-type material. After adoption by the US Army the Model 92F was taken into use by many military and police forces throughout the world. The dimensions, etc., are as for the Model 92SB.

### • Beretta Model 93R

*Pietro Beretta SpA, Gardone Val Trompia*
**9mm Parabellum**

This is really the 951R brought up-to-date, a selective-fire pistol with a three-round burst facility and several other refinements aimed at turning it into a passable machine pistol. The basic weapon is almost identical to the Model 92. There is a front grip which can be folded down to be grasped by the firer's free hand, giving better support than the fashionable two-handed grip usually used. For more deliberate work a folding stock can be attached to the butt. A fire selector lever on the left side of the frame allows selection of single shots or three-round bursts, and this facility is best used with the stock in place. Another accessory is an extended 20-shot magazine, useful when the burst-fire facility is used. A muzzle brake adds to



This Beretta 92F was eventually selected to replace the Colt M1911A1 as the US service sidearm.



The Beretta lent itself to a wide range of variations; this is the 92SB, specifically designed to meet the US specification for a new service pistol.



The Steyr MPi 81 had a conventional cocking handle.

vehicles fitted with firing ports for the occupants. The receiver is fitted with the optical sight of the AUG rifle, and the barrel is extended and fitted with a special collar which locks into the standard pattern of firing port. The sight is positioned, by a special bracket, so that it can be used with the vision blocks fitted above the firing ports.

### • Steyr AUG 9mm Para

*Steyr-Mannlicher AG, Steyr, Austria*
**9mm Parabellum**

This is a submachine gun version of the standard AUG assault rifle. It uses the existing butt and receiver units of the rifle, with carrying handle and optical sight, but is fitted with a 9mm caliber barrel, a special blowback bolt group, a magazine adapter and a magazine. The adapter fits into the normal 5.56mm magazine housing in the stock, and the 9mm magazine then fits into the adapter.

**Length:** 26.18in (665mm). **Weight unloaded:** 7lb 11oz (3.5kg). **Barrel:** 16.54in (420mm), 6 grooves, right-hand twist. **Magazine:** 25- or 32-round box magazine. **Rate of fire:** 670-770 rds/min. **Muzzle velocity:** c.1312 ft/sec (400 m/sec).

### • Steyr Tactical Machine Pistol (TMP)

*Steyr-Mannlicher AG, Steyr*
**9mm Parabellum**

This weapon, introduced in 1989, consists of a synthetic butt and frame, synthetic receiver top, and a steel barrel and breechblock combination. It is hammer-fired, the firing mechanism being modified from that of the AUG rifle. The weapon works on the delayed blowback principle, the delay being performed by a rotating barrel which owes a good deal to the Steyr 1912 pistol. The barrel lies inside a casing which fits into the top cover and acts as a guide for the bolt. On firing, bolt and barrel recoil 10-12mm or so and then a lug on the barrel, having moved down a slot, hits a cam surface and rotates the barrel about 45° clockwise. This unlocks the bolt, the barrel stops and the bolt goes rearwards. A spring drives the bolt back to collect a fresh round and chamber it and then drives the bolt into the barrel and the barrel forward again, rotating it so as to lock the bolt before it goes into battery. Semiauto or auto fire can be selected by a cross-bolt safety/selector or by trigger pressure, as in the MPi 69. There are 41 parts, and only one screw, the lateral adjustment for the rear sight. There is no stock, but a grip in front of the trigger-guard can be folded down to give a two-handed hold.

**Length:** 11.10in (282mm). **Weight unloaded:** 2lb 14oz (1.30kg). **Barrel:** 5.12in (130mm), 6 grooves, right-hand twist. **Magazine:** 15- or 30-round box magazine. **Rate of fire:** 900 rds/min. **Muzzle velocity:** c.1247 ft/sec (380 m/sec).

## BELGIUM

### • Mitraillette RAN

*Société Anonyme Belge Répousemetal, Brussels*
**9mm Parabellum**

The RAN was never taken into military service in any country, although it was offered to any interested buyer in the early and middle 1950s. It had, however, several unusual features and illustrates a line of thought which although not suc-



The Steyr Tactical Machine Pistol.

The Hungarian KGP-9 is a much more basic weapon than Kiraly's designs.



### • KGP-9

*Fegyver és Gázkészülékgyär, Budapest*
**9mm Parabellum**

This was first revealed in the latter 1980s and is the standard submachine gun of the Hungarian military and police forces. It is a conventional blowback weapon, principally assembled from pressed steel components stiffened with castings. It fires from an open bolt, but the bolt carries a floating firing pin and the firing is done by a hammer mechanism. An unusual feature is that the standard barrel can be removed and replaced by a longer one, presumably to convert the weapon into a form of carbine with a longer range.

**Length,** butt extended: 24.21in (615mm). **Length,** butt folded: 13.97in (355mm). **Weight unloaded:** 6lb 1oz (2.75kg). **Barrel:** 7.48in (190mm), 6 grooves, right-hand twist (250mm optional). **Magazine:** 25-round detachable box. **Cyclic rate:** 900 rds/min. **Muzzle velocity:** c.1280 ft/sec (390 m/sec).

## ISRAEL

### • Submachine Gun 9mm Uzi

*Israel Military Industries, Ramat Ha Sharon, and Fabrique Nationale d'Armes de Guerre, Herstal-lez-Liége, Belgium*
**9mm Parabellum**

First designed in the early 1950s and based on the Czech 23 series, the Uzi is one of the best and most satisfactory submachine guns in service today. As soon as Israel became independent in 1948 urgent steps were taken to develop a national arms industry and the Uzi was one of the first products. It has been extensively used in the border clashes between Israel and her neighbors, as well as in the various desert wars. It is an extremely compact weapon, achieving its short length by having the bolt recessed to take the face of the breech and so having the main mass of the bolt forward of the breech; the idea was not entirely novel when the Uzi was designed, but it was among the first guns to use the principle so successfully. The magazine housing forms the pistol grip and the whole gun balances so well that single-handed firing is perfectly possible. There is a fire selector switch and safety catch above the pistol grip, and a grip safety let into its rear edge. Early models had a wooden butt, but all of current production are fitted with a neat and strong folding butt which enables the gun to be carried by vehicle crews. West Germany adopted the Uzi (as did the Netherlands) and it was made in Belgium under license by Fabrique Nationale d'Armes de Guerre of Herstal, who supplied them to many South American armies. The weapon is also in wide use by police and security forces throughout the world.



The original Uzi, with wooden butt.

Case 1:22-cv-00951-RGA Document 42-1 Filed 01/31/23 Page 22 of 190 PageID #: 1447




The Uzi with folding butt.

**Length,** butt extended: 25.00in (635mm); butt folded: 17.00in (432mm). **Weight unloaded:** 7lb 10oz (3.46kg). **Barrel:** 10.25in (260mm), 4 grooves, right-hand twist. **Magazine:** 25-, 32- or 40-round detachable box. **Cyclic rate:** 600 rds/min. **Muzzle velocity:** c.1250 ft/sec (381 m/sec).

### • Submachine Gun 9mm Mini-Uzi

*Israel Military Industries, Ramat Ha Sharon*
**9mm Parabellum**

This was developed in response to a request for a smaller weapon. In all respects it is identical with the Uzi except that it is smaller and, due to this, has different ballistic characteristics. The muzzle has compensating ports cut into its upper surface in order to assist control of the weapon. A special 20-round magazine is provided, but it will also accept the normal 25- and 32-round Uzi magazines.

**Length,** butt extended: 23.6in (600mm); butt folded: 14.2in (360mm). **Weight unloaded:** 5lb 15oz (2.70kg). **Barrel:** 7.75in (197mm), 4 grooves, right-hand twist. **Magazine:** 20-, 25- or 32-round detachable box. **Cyclic rate:** 950 rds/min. **Muzzle velocity:** c.1150 ft/sec (350 m/sec).

### • Micro-Uzi

*Israel Military Industries, Ramat Ha Sharon*
**9mm Parabellum**

This is an even smaller version of the Uzi, the design reduced to its absolute minimum. It is marginally larger than a heavy pistol, and in an attempt to keep the rate of fire down to a practical figure, the bolt has been given a tungsten insert in order to increase the mass. The folding stock is a much simpler pattern than that of the larger weapons, and folds sideways so that the shoulder piece can act as a front grip when firing from the hip. This model is also available in 45 ACP caliber, with a special 16-shot magazine.

**Length,** butt extended: 18.11in (460mm); butt folded: 9.84in (250mm). **Weight unloaded:** 4lb 5oz (1.95kg). **Barrel:** 4.61in (117mm), 4 grooves, right-hand twist. **Magazine:** 20-round detachable box. **Cyclic rate:** 1250 rds/min. **Muzzle velocity:** c.1150 ft/sec (350 m/sec).

## ITALY

### • Villar Perosa M915

*Officine Villar Perosa, Villar Perosa; FIAT SpA, Turin; Canadian General Electric Company Limited, Toronto*
**9mm Glisenti**

This venerable gun is frequently quoted as being the first submachine gun ever made; technically this has some substance, since while not appearing in the form in which subsequent guns were made, it nevertheless incorporated most, if not all, of the features apparent in more modern weapons. Tactically, however, it was designed and origi-



The Mini-Uzi, field-stripped.



The PPSh-41, with drum or box magazine, became the trademark of the Red Army soldier during WWII.



The simple mechanism of the PPSh-41.

stock, the form of the safety catch and in the barrel jacket (which, in the first model, had a vertical joint in front of the magazine housing). In all, about one million of the PPS were made, and they continued in service for a few years after the war.

Unusually for a Soviet gun, the PPS used a box magazine holding 35 rounds and it was never adapted to take the more popular drum, Despite its extreme simplicity bordering on crudity, the PPS was highly effective. It has now disappeared, having been rarely offered to other Communist countries, though it was widely used by the Chinese forces in Korea in 1951-52. The Finnish m/44 and m/44-46 series, and the Spanish/German DUX guns, were derived from the PPS design. It is generally believed that the virtual suppression of the PPS in post-war years was due to a political decision by Stalin; the siege of Leningrad became something of a national legend of heroism and the leaders of that siege appeared to be gaining too much political influence in post-war years; they were all replaced, and the gun that reminded everyone of the siege was removed from public view.

**(PPS42)**

**Length,** butt extended: 35.31in (897mm); butt folded: 24.88in (632mm). **Weigh unloaded:** 6lb 7oz (2.93kg). **Barrel:** 10.75in (273mm), 4 grooves, right-hand twist. **Magazine:** 35-round detachable box. **Cyclic rate:** 700 rds/min. **Muzzle velocity:** c.1600 ft/sec (488 m/sec).

**(PPS43)**

**Length:** butt extended 31.81in (808mm); butt folded: 23.85in (606mm). **Weight unloaded:** 7lb 5oz (3.33kg). **Barrel:** 10.00in (254mm), 4 grooves, right-hand twist. **Magazine:** 35-round detachable box. **Cyclic rate:** 700 rds/min. **Muzzle velocity:** c.1600 ft/sec (488 m/sec).

## • AKS-74U

*State Arsenals*

**5.45x39.5mm Soviet M1974**

This weapon was first reported from Afghanistan late in 1983 and is a shortened version of the AKS 5.45mm assault rifle. The barrel and gas tube are much shorter and in order to reduce the violence of the gas action there is a cylindrical expansion chamber attached to the muzzle and fitted with a bell-shaped flash hider. The receiver top is slightly different from that of the normal AK series in that it is hinged at the front end and lifts forward on opening. There is a steel butt-stock which folds sideways and



The PPS-42, born in the siege of Leningrad.

Case 1:22-cv-00951-RGA Document 42-1 Filed 01/31/23 Page 24 of 190 PageID #: 1449




**The mechanism of the PPS-42.**

forwards to lie alongside the receiver. Some of the plastic magazines have stiffening ribs along the front rebate, suggesting that the original AKS design was insufficiently strong.

**Length,** butt extended: 28.74in (730mm); butt folded: 19.29in (490mm). **Weight unloaded:** 5lbs 14oz (2.70kg). **Barrel:** 8.15in (207mm). **Magazine:** 30-round detachable box. **Cyclic rate:** 700 rds/min. **Muzzle velocity:** 2410 ft/sec (735 m/sec)

## SOUTH AFRICA

### • Sanna 77

*Dan Pienaar Enterprise (Pty) Ltd, Johannesburg.*

**9mm Parabellum**

This was actually the Czech vz/25 (qv) sold in South Africa as the 'Sanna'. It is not entirely clear whether this weapon was bought in from Czechoslovakia, assembled in South Africa from Czech-supplied parts, or completely made in South Africa. It had the automatic fire capability removed, so that it could only fire single shots, and in the late 1970s was offered for sale to farmers, police and similar security organizations. For data, see Czech section under Samopal CZ 48 but note that only the 40-round box magazine was offered.

### • BXP

*Mechem, Silverton*

**9mm Parabellum**

Developed in the early 1980s, this is a simple but effective weapon, built from stainless steel stampings and precision castings. It is very compact and with the butt folded can be fired one-handed like a pistol. The bolt is of the telescoped type, surrounding the rear end of the barrel when closed, and when forward it effectively seals all the apertures in the body, so preventing ingress of dirt and dust. The perforated barrel nut carries a screw-thread which will accept a compensator or a silencer which works well with standard or subsonic ammunition. There is a change-lever/safety catch on both sides of the receiver, and there is an extra notch on the bolt which will engage the sear should the weapon be dropped, so preventing accidental firing. The metal stock folds beneath the body with the shoulder pad acting as a forward hand grip and heat deflector. The exterior surfaces are coated with a rust-resistant finish which also acts as a life-long dry lubricant. The rate of fire is high, but the weapon is well-balanced and can be controlled quite easily.

**Length,** butt extended: 23.90in (607mm); butt folded: 15.24in (387mm). **Weight unloaded:** 5lb 11oz (2.60kg). **Barrel:** 8.19in (208mm), 6 grooves, right-hand twist. **Magazine:** 32-round detachable box. **Cyclic rate:** c.800 rds/min. **Muzzle velocity:** 1250 ft/sec (380 m/sec) (9mm Parabellum).



**The 5.45mm AKSU-74; one of the first photographs to reach the West, this was taken by Afghan guerrillas who had taken the weapon from a Soviet soldier.**

5.56x45mm cartridge for their new rifle, the M16. This eventually led to general down-sizing of cartridges, with the Soviets adopting a 5.45mm round. The arguments advanced were much the same as those advanced by the Germans for the 7mm Short round and by the British for their 7mm Medium round—lighter ammunition, less recoil, shorter combat ranges and so forth. But to a good number of soldiers, this was a step too far, it being generally considered that the 5.56mm bullet simply does not deliver the same effect on the target as did the 7.62mm bullet. But ballistics have very little to do with it. The simple fact is that today's soldier had rather more than a rifle and a spade to think about. He (or she) has to be trained in anti-tank rocket launchers, anti-aircraft missiles, rifle grenades, hand grenade, light and medium machine guns, mortars, driving tracked vehicles ..... not to mention attending racial discrimination lectures, AIDS symposiums, drugs discussions... there simply isn't time to waste on an old-fashioned thing like a rifle. Make it light to carry, make it simple to use, make it painless to shoot, give it an expensive optical sight so that he can't miss; but don't waste time on rifle ranges. Besides, the neighbors are complaining about the noise.

The final rifle achievement of the century was the successful production of a rifle to fire a caseless cartridge. A design of caseless cartridge was discovered in Germany after the war, but no information about a suitable weapon was ever discovered. But in about 1970 the German army, taking the long view, decided that they would require a rifle with an exceedingly high first round hit probability, and issued a broad specification. It was soon obvious that the only way to obtain the desired performance was to loose off a burst of three rounds at such a high rate of fire—around 2000 rds/minute—that one of the three was bound to hit the aiming point. But such a rate with conventional ammunition and rifle design was impossible. Heckler & Koch therefore developed a rifle firing a caseless cartridge; by removing two functions from the operating cycle—extracting and ejecting the empty case—it was possible to speed things up and achieve the desired three-round burst rate. The rifle was perfected after almost 20 years of work, but at the last moment the reunification of Germany took financial priority and the contract was canceled.

In the mid-1980s the US Army mounted an expensive project known as the Advanced Combat Rifle. This left the design of the rifle entirely open, stipulating only that it should not exceed a certain weight, but must improve upon the hit probability of the existing M16A1 rifle by a specified amount. Several gunmakers were circularized, a number made proposals, and four actually produced weapons for a most extensive (and expensive) series of trials. After the expenditure of something in the order of $350 million, the conclusion was that none of the competing designs offered sufficient improvement of performance over the M16A1 as to warrant their manufacture.

And there we rest at the century's end; on a plateau of excellence in rifle design which it is going to be very expensive to advance from and the returns, in improved performance, will not be worth the price paid. It is no longer a question of "Where do we go from here?" but of "Where can we go from here?"

## ARGENTINA

### • FARA 83

*Fabrica Militar de Armas Portatiles Domingo Matheu, Rosario*
**5.56x45mm**

This was a fairly simple and uncomplicated gas-operated rifle using a gas cylinder above the barrel to contain a piston attached to a bolt carrier holding a two-lug rotating bolt. The cocking handle was forward and to the right, apparently influenced by the Heckler & Koch pattern, and the plastic butt was hinged to fold around to the right side of the receiver. On removing a lock pin at the bottom rear of the receiver, the pistol grip and butt could be hinged down, allowing the bolt and piston to be withdrawn from the rear of the receiver.

The rifle went into production late in 1983 but after about 1200 had been issued to the Argentine Army a financial crisis caused the issue to be stopped, and apart from a small batch made as demonstrators for sales purposes, no more have been made since about 1986.

**Length,** stock extended: 39.37in (1000mm); stock folded: 29.33in (745mm). **Weight unloaded:** 8lb 11oz (3.95kg). **Barrel:** 17.79in (452mm); 6 grooves, right-hand twist. **Magazine:** 30-round detachable box. **Cyclic rate:** c.750rpm. **Muzzle velocity:** 3166 ft/sec (965 m/sec).

## AUSTRIA

### • Steyr AUG (1978)

*Steyr-Mannlicher AG, Steyr*
**5.5x45mm**

The Steyr 'Armee Universal Gewehr' is so called since it can function as a submachine gun, a carbine, an assault rifle, or a heavy-barreled automatic rifle (HBAR) for use in the squad automatic role. The difference between these models is simply the length of the barrel and the addition of a bipod for the HBAR version. Further details of the HBAR model can be found in the Machine Gun section. All models are normally equipped with an optical sight in the carrying handle; but by substitution of the receiver casting this can be changed to a mounting rail capable of accepting any telescope or night vision sight. The AUG is in use in the Australian, Austrian, Irish, New Zealand, Tunisian and Omani Armies and innumerable security agencies.

The AUG is a 'bullpup' of somewhat futuristic appearance and its construction is unusual. A basic structure of high-quality plastic supports the receiver, which is an aluminum casting with steel inserts for the barrel lugs and bolt guides. The sight bracket-cum-carrying handle is an integral part of this casting. The steel barrel, with chromed chamber, locks into the receiver by means of an interrupted thread, and the barrel carries a short sleeve containing the gas port, and cylinder and the front hand grip. A flash suppresser is fitted to the muzzle, and this is internally threaded to take a blank-firing attachment. The hand grip folds, and is also used to rotate and remove the barrel when necessary. The magazine is transparent, allowing the firer an instant check of its contents, and slots into the butt behind the hand grip. There is a cross-bolt safety catch above the grip, which can be set to 'fire' by a quick movement of the thumb. No selector lever is fitted; selection of single shots or automatic is done by varying the pressure on the trigger: the first pressure on the trigger allows single shots, but pulling past this position allows automatic fire. The rifle can be adjusted for right-or left-handed firers by exchanging the bolt and blanking off one of the two ejection ports.



**Instead of the LAPA, the Brazilian army preferred these locally-manufactured versions of the FN FAL: the Imbel LAR.**

round. If more precision was required the selector could be set to 'SA' (single action'), when the trigger mechanism operated in the conventional manner. Double or single action could be selected for either single shots or automatic fire. Prototype models used the M16 magazine, but it was intended that production models would use a plastic magazine.

**Length:** 29.65in (738mm). **Weight unloaded:** 7lb 10oz (3.48kg). **Barrel:** 19.25in (489mm), 6 grooves, right-hand twist. **Magazine:** 20-, 30- or 40-round detachable box. **Cyclic rate:** 650-700rpm. **Muzzle velocity:** 3280 ft/sec (1000 m/sec).

## • Imbel LAR

*Industria de Material Belico do Brasil, Vila Estrela*

**7.62x51mm NATO**

The Light Automatic Rifle is simply the well-known FN-FAL manufactured in Brazil under license. It is produced in two forms, a standard model with a fixed butt and a Paratroop model with short barrel and a side-folding butt. Except for some very small dimensional changes it is exactly the same as the original Belgian weapon.

**Length:** 43.30in (1100mm); Para: 38.97in (990mm). **Weight unloaded:** 9lb 15oz (4.50kg); Para: 9lb 10oz (4.37kg). **Barrel:** 20.98in (533mm); Para: 17.20in (437mm); 4 grooves, right-hand twist. **Magazine:** 20-round detachable box. **Cyclic rate:** 650-750rpm. **Muzzle velocity:** 2805 ft/sec (855 m/sec).

## • Imbel MD2 (1985)

*Industria de Material Belico do Brasil, Vila Estrela*

**5.56x45mm**

The MD2 is a 5.56mm version of the LAR (above), suitably scaled down. Development began in about 1982, with the intention of capitalizing on the experience gained in manufacturing the LAR and, wherever possible, using existing components of that weapon. The first prototype, the MD1, appeared in 1983 and after extensive troop trials, modifications were made which produced the MD2, which went into service with the Brazilian army and police forces in the late 1980s.

Although using a certain amount of common parts and having a similar general outline, there is little other relationship between the LAR and the MD2. The MD2 is gas operated, using the now-familiar bolt carrier and rotating bolt; you could almost say it is an M16 in FAL clothing. It uses a 20-round magazine but the interface will accept the standard 30-round M16 magazine if required. A light bipod is available and may be attached to the forend, and the standard construction used a folding tubular butt. The result is rather heavier than the average 5.56mm rifle but it produces a very accurate and steady weapon which is perhaps easier to control in automatic fire.

There are a number of variations on the basic model. The MD2 is the standard, with long barrel and folding butt and providing selective fire. The MD3 is the same weapon but with a fixed plastic butt. The MD2A1 and MD3A1 are the same as the MD2 and MD3 but are engineered so as to provide only single-shot fire, and they are principally intended for police use.



**The Imbel MD2 is simply a scaled-down FN FAL firing the 5.56mm cartridge.**



**Also by Walther, and a year later, the Gewehr 43 reverted to the traditional wooden furniture and rifle shape.**



**The Father of all today's assault rifles: the MP44 or Sturmgewehr 44, which revolutionized military rifle design.**

...red fairly generally on all fronts—always in small numbers and always as a specialist's weapon. A definite improvement on the Gew 41(W), the Gew 43 was much easier to make; most were found with laminated wooden furniture, but towards the end of the war plastic was also used. Owing to the economic situation, there was ultimately a further simplification of manufacture which gives some of the remaining models a very rough external appearance.

The Gew 43 remained in production until the end of the war and, after 1945, was adopted in small numbers by the Czech Army as a sniper's rifle. The Karabiner 43 differed from the Gewehr 43 only in the substitution of a large trigger-guard, although it was also some 2 inches (...mm) shorter.

**(Gew 43)**

**Length:** 44.00in (1117mm). **Weight unloaded:** 9lb 9oz (4.33kg). **Barrel:** ...00in (558mm), 4 grooves, right-hand twist. **Magazine:** 10-round detachable box. **Muzzle velocity:** c.2450 ft/sec (...8 m/sec).

## • Maschinenpistole 43, Maschinenpistole 43/1, Maschinenpistole 44, Sturmgewehr 44 (MP43, MP43/1, MP44, StG44)

*C.G. Haenel Waffen- und Fahrradfabrik AG, Suhl; Erfurter Maschinenfabrik B Geipel GmbH, Erfurt; Mauser-Werke AG, Oberndorf-am-Neckar, and an unidentified company.*

**7.92x33mm Kurz**

The MP43 was the developed version of the MKb42(H) with certain modifications made in the light of combat experience on the Russian Front; the first deliveries of the weapon were made in July 1943 and production continued until the first months of 1945. In late 1943, a variation of the basic MP43 was manufactured, under the designation MP43/1 in which the clamp-on grenade launcher was replaced by one of screw-on pattern: a short threaded section appeared at the muzzle of the MP43/1 to allow the grenade launcher to be attached. A mounting bracket for optical sights was also fitted, something which never appeared on the original MP43.

In April 1944, the nomenclature was advanced—for some undetermined reason—to MP44, which was otherwise identical with the MP43 although some weapons were fitted with the sight bracket. Towards the end of 1944, a further term was given to the weapon; this, StG44 (for *Stürmgewehr* -'assault rifle' - 44), is said to have been bestowed upon the rifles by a well-satisfied Adolf Hitler. At any rate, it more adequately describes the rifles' role. The weapon was originally designated as a machine pistol—or submachine gun—in order to circumvent Hitler's directive that development of rifles was to cease and production of machine pistols stepped up; by calling the weapon an MP the production figures thus appeared in the 'MP' columns of the monthly production reports, boosting the figures, and disappeared from the rifle columns. Honor was satisfied, and the true situation was only revealed after the MP44 had proved its worth on the Eastern front. Nothing succeeds like success.

Versions of the StG44 were developed with curved barrels; they are described in the next entry.

**Length:** 37.00in (940mm). **Weight unloaded:** 11lb 4oz (5.10kg). **Barrel:** 16.50in (418mm), 4 grooves, right-hand twist. **Magazine:** 30-round detachable box. **Cyclic rate:** 500rpm. **Muzzle velocity:** c.2125 ft/sec (647 m/sec).

## • Maschinenpistole mit Vorsatz J, P or V; (Maschinenpistole 44 mit Krummlauf)

*C.G. Haenel Waffen- und Fahrradfabrik, Suhl; Rheinmetall-Borsig AG, Düsseldorf*

**7.92x33mm Kurz**

The curved-barrel *Maschinenpistolen* were a remarkable wartime development and illustrate the gusto with which the German High Command entered into futile projects, which promised relatively little and diverted valuable production time from more conventional weapons.

The base for the Krummlauf device was an MP44 to which was fitted a curved-barrel unit with suitable mirror sights attached to the muzzle. The prime object was to have a weapon which the occupants of armored personnel carriers could poke through firing ports and deal with hostile infantry who were close to the vehicle and attempting to stick mines or grenades to it.

The idea originated in a system for testing aircraft machine guns, which have to be capable of functioning irrespective of the attitude of the aircraft. To test a gun at a high angle of elevation demands a very long impact area, not always conveniently found. Therefore a curved barrel attachment was devised, to be clamped to the

# Exhibit D

# THE COMPLETE AR-15/M16 SOURCEBOOK

## What Every Shooter Needs to Know

**REVISED AND UPDATED EDITION**







Duncan Long

# Introduction

I can still remember the first time I held an AR-15. Remember it like it was yesterday. This was unlike any other rifle I'd ever held: there was no wood and blued metal as with the traditional guns I'd owned; this shooting machine resembled something from a sci-fi movie with its plastic and matte black metal and a pistol grip that might be found on a ray gun. Even the balance was different—in the center of the weapon instead of along the barrel somewhere. And the plastic handguard had ventilation holes in it. It wasn't just that the firearm's looks were weird. The AR-15 was foreign to my grasp, a new type of gun that seemed confusing to hands used to cradling a wooden stock.

Equally odd were the contrasting stories I'd read and heard about the AR-15. An army recruiting manual off a dusty high school library bookshelf told in glowing terms how a bullet fired from the M16, the military counterpart to the gun I now held, could pierce a car's engine block, travel through the passenger compartment, and exit through the back bumper with power to spare. Right . . . At the other end of the scale were the "war stories" of GIs coming back from Vietnam about dead U.S. soldiers with M16s lying jammed beside them, as well as tales recounting the failure of this rifle's bullets to stop an enemy even though he was "pumped full of lead." Some of the stories, I would later learn, were true and could be attributed to the incompetence of military planners. However, I would also learn that the yarns about the bullets lacking potency were totally false and could be attributed to panic and poor marksmanship.

So there I was, holding this controversial rifle in my hands and wondering what it was really capable of. I shouldered the AR-15 and was pleasantly surprised at the clear picture presented by its peep sight and natural aim. (The safety under my thumb seemed to be at just the right place and worked with a positive feel.) I dry-fired the gun; the trigger pull was crisp and short. Nice. Shooting proved a revelation as well. The rifle seemed to put bullets right on target, about as far as I could see on the hilly Kansas field where I did this first test. And the 30-round magazines I'd bought along chugged ammunition like there was no tomorrow. Very quickly I fired several hundred rounds, and the barrel became scorching hot, oil smoking from it. Yet the handguard kept my fingers cool, and the point of impact didn't seem to wander despite the enormous heat buildup. Nor did the gun jam or malfunction, which would have happened with a hunting rifle had I put that much ammunition through it so fast.

I knew then that I was holding a very different firearm. And after that first session, I came home knowing that I had found *the* rifle that was everything I had ever hoped for. That feeling hasn't changed since then, even though I've traded, built, and tested more variants and models of this gun than anyone has the right to enjoy while I wrote one book or article or another about it. This amazing firearm will one day be bested, but it has set a standard that has so far proved impossible to beat and will remain the gun against which new weapons are measured for some time.

# Chapter 1

# Beginnings

Because of its checkered past, as well as a design very different from what Americans had carried in the past, the AR-15 sparked more controversy than any other rifle in recent history. It has inspired both hatred and love among those who have carried it on the battlefield, into the field to plink, or in the back of a patrol car.

In part, these emotional reactions stem from the rifle's design. Where walnut and polished blue steel normally are found, the AR-15 boasts waterproof plastics and an aluminum receiver. And even though the gun is becoming old (as military firearms designs go these days), its styling and good human engineering continue to give it a space-age appearance that traditionalists view with horror, even though the gun is now pushing the half-century mark.

The AR-15 was among the first firearms of the 20th century designed to take advantage of modern industrial methods. This allowed for streamlined production without a lot of special milling while also giving the shooter a lightweight, durable weapon that didn't look like it had been cobbled together by a plumber and sheet-metal worker. The use of plastics and aluminum in major assemblies along with castings and steel stampings allowed many machining operations to be done away with, which also made the gun less expensive to manufacture, an important factor in the marketplace.

At the same time, nothing was sacrificed in quality. Employing modern industrial machinery to fabricate rifle parts also allowed tight enough tolerances to permit ready substitution of parts when repair or replacement is necessary, a real plus for military users and a boon to gunsmiths. Likewise, the tight tolerances made off-the-shelf AR-15s as accurate as any highly modified target version of previous military rifles.

The AR-15 was conceived as a light and handy gun chambered for a cartridge that would produce a light recoil while shooting a bullet that took advantage of the high-velocity wounding potential of a small projectile. The overall result was a very potent battlefield weapon.

Despite the initial adverse reactions, it wasn't long before the excellence of the AR-15's design became apparent to everyone. In fact, its design features have been copied by manufacturers of many other military rifles, and more than a few knockoffs can be found in such diverse places as the People's Republic of China and the U.S. civilian market.

Like the rifle itself, the .223 Remington cartridge (also known as the 5.56x45mm and the 5.56mm NATO) that was developed for it has greatly influenced military thinking and has proven to be the most effective rifle cartridge ever created for combat. While the future will undoubtedly see the fielding of a more lethal round, the .223 Remington is going to be a hard act to follow. Little wonder, then, that many countries have adopted the round for their battle rifles and that the former Soviet Union switched to a very similar round for its AK-74 assault rifles. Little by little, the cartridge (or one virtually identical to it) has been adopted by all the major military powers of the world.

### ARMALITE'S BETTER IDEA

The lineage of the AR-15 can be traced to the 1950s. Interested in creating a small business, engineer and attorney George Sullivan, then the chief patent counsel for Lockheed Aircraft Corporation, initiated plans for creating rifles that departed radically from previous civilian firearms as well as those used by the U.S. military. Some brainstorming with firearms inventor and international arms broker Jacques Michault produced sketches and plans for rifles that would use aluminum receivers, fiberglass stocks, and straight-line, high sight layouts with a rear sight that doubled as a carrying handle—all of which later found their way to the AR-15.

Feeling that such firearms had a great potential in the civilian marketplace as well as with the U.S. military, Sullivan soon invested in a machine shop in Hollywood with the intention of fabricating experimental rifles



German rifles like this Sturmgewehr MP44, built cheaply by using modern industrial techniques, paved the way for later "assault rifles" that would be developed through the last half of the 20th century.

around the proposed designs. A short time later at a luncheon conference, Sullivan found himself sitting next to Richard S. Boutelle, president of Fairchild Engine and Airplane Corporation, and took the opportunity to tell the executive about the new rifle ideas and designs. Boutelle quickly became interested in the project, and on October 1, 1954, the Armalite Division of Fairchild Engine and Airplane Corporation opened its doors in California.

The first rifle created by the fledgling company was the AR-1 (Armalite Rifle number 1), based on a design of Sullivan and his brother-in-law, Charles Dorchester (who later became the plant manager for the new company). The two had actually started working on the rifle in 1947, so it was quickly completed once the new company started operation. The result was Armalite's Parasniper Rifle, a scoped, bolt-action sporting rifle that could double as a military sniper rifle. The rifle was chambered in .308 Winchester round (7.62mm NATO) and incorporated three features that would be seen in later rifles of the series: a fiberglass stock (filled with foam), an aluminum receiver, and an aluminum barrel with a steel lining.

Armalite's charter required that it develop prototypes and, when the designs were perfected, license the manufacturing rights to other companies. It was hoped this would quickly generate money for the fledgling company while minimizing capital outlays. Consequently, since there were no buyers for the design, the AR-1 never got beyond the prototype stage. The rifle did show the potential for creating a firearm with modern materials and techniques, however, and opened the door for the designs that would soon pour from the company.

**Eugene Stoner**

A former marine and army ordnance technician,




Stoner patent drawing for the rifle design he brought with him to the Armalite company.

Eugene Stoner is the man whose name most often comes to mind as the designer of the AR-15. And rightly so, since it is obvious the lion's share of features found on the guns leading up to the AR-15 were his ideas. Stoner was not with Armalite from the start but joined the fledgling operation as Armalite's chief engineer, winning this position with a semiautomatic rifle design he had brought with him to the business. Stoner continued working on this rifle, which would eventually become the company's AR-3.

So although the AR-3 never went into large-scale production either, it embodied many of the features that later found on the AR-15, including an aluminum body and a fiberglass stock. And it too demonstrated the practicality of Armalite's goals and blazed the path for subsequent rifles.



The AR-3 prototype rifle. (Photo by Randy Green.)



The AR-3 trigger group and bolt assembly. (Photo by Randy Green.)



AR-3 barrel and gas tube. (Photo by Randy Green.)



The AR-3 barrel, bolt assembly, and carrier above recoil spring. (Photo by Randy Green.)



"AR-3" stamp inside receiver. (Photo by Randy Green.)



View of AR-3 receiver. (Photo by Randy Green.)

Two other talented workers were soon teamed up with Eugene Stoner: L. James Sullivan (no relation to George Sullivan), who worked as a designer/draftsman, and Robert Fremont, who supervised prototype manufacture and led studies that determined whether the tolerances needed for rifles would be practical from a mass-production standpoint. These three men worked on a number of the Armalite weapons and became the driving forces behind the company's design work (as well as such work worldwide in the decades to come).

Both Stoner and Sullivan would later go on to

While working on this book, I was contacted by Randy Greenfield, who happened to have bought the AR-3 prototype. The pictures shown here are possibly the only ones ever to appear in print. The gun was well machined and looks like a production firearm. And while the layout and many of the components are not consistent with the design that would eventually be adopted for the AR-10 and AR-15, they point to the route the designers were taking that would eventually lead to these guns. As such, this makes this a very interesting bit of history. As Greenfield wrote,

I used a magnet to test the rifle and the following parts are non-magnetic and presumably were machined aluminum blocks:

Receiver
Trigger housing
Magazine housing
Front sight

The magazine itself has a stamped aluminum housing and machined aluminum follower block. The assembly is similar to the M14 with the barrel fitting into the stock and the trigger group locking it from the bottom. The trigger group is held to the stock with two screws, a machine screw forward of the magazine and a wood screw behind the trigger. I weighed the complete rifle on a reasonably accurate scale and it is in the 6-7 pound range.

create a variety of new firearms and related products. Sullivan is credited with extensive work on such firearms and products as the AT-22, Ultimax 100 LMG, Hughes Chain Gun, Ruger Models 77 & Mini-14, and C-Mag, as well as many other designs that haven't met with as much success and recognition as these have enjoyed.

### By the Numbers

It should be noted that several Armalite firearms were being developed during the same period rather than just one after another as might be suggested by the numbers the company gave the various models. Apparently, such designations were assigned to rifles as new models were put into development, and so it's probable that several firearms were in various stages of development at any one time. The numbers only indicate to some extent the order in which the firearms were offered to licensing companies, but not when they actually went into production.

Many of the guns never even got into production—and some hardly got off the drawing boards. The AR-2, AR-4, AR-6, and AR-8 never went into production or were even offered for licensing as far as anyone knows. Exactly what these "missing" models might have been is unknown, and they may or may not have been similar to the company's other firearms (for example, the AR-13, according to company officials, was a "hyper-velocity aircraft gun"). And some of the models, such as the AR-16, were limited to prototypes because no manufacturers expressed interest in purchasing the rights to them.

### THE AR-5

Armalite's first brush with commercial success came in 1957 with the AR-5 rifle, which was designed for the U.S. Air Force's requirements for an aircrew survival weapon. Work on the AR-5 was apparently initiated by the friendship between Boutelle and Gen. Curtis LeMay, who headed the U.S. Strategic Air Command.

The AR-5 was a bolt-operated rifle chambered for the .22 Hornet. The rifle used a detachable magazine, designed for the Harrington & Richardson (H&R) M4 survival rifle being built for the air force, and a barrel that was held to the front of the receiver by a threaded ring; the rifle was 30 1/2 inches long when assembled and 14 inches when broken down, making it short enough to meet the air force's length requirements.

The rifle's receiver/action, barrel, and magazine could all be stowed in the A-5's hollow fiberglass stock when the firearm was broken down for storage. The materials used to make the rifle were so light that the rifle could float on water because of the buoyancy of the hollow stock (undoubtedly a strong selling point for a survival rifle, which might conceivably see use in a life raft or near the water). In addition to holding the rifle components, the hollow stock had a small storage compartment for a kit of matches, needles, fishhooks, and so forth, making it a survival package in itself.

Twelve AR-5s were fabricated for air force testing and, with some minor modifications, accepted for use on military planes. The AR-5 was designated the MA1 by the air force, but Armalite never saw any great monetary results from the rifle because the air force's large inventory of M4 and M6 Survival Guns precluded the purchase of significant numbers of the AR-5 (MA1).

Nevertheless, the experience of dealing with the military and the enthusiasm shown for the gun by those testing it suggested to those running Armalite that there might be a market for military firearms. Thus the company adjusted its initial marketing thrust, which



AR-5 survival rifle.

focused on civilian buyers while considering later advancement into military sales, and embarked on a two-pronged development course that would produce guns aimed at civilian as well as military buyers.

### THE AR-7

To take advantage of the work it had done on the AR-5 as well as create a viable moneymaker, Armalite created the AR-7 with an eye toward the commercial market in the United States. The rifle had the basic layout of the AR-5 but was chambered for the more popular .22 LR and changed to a semiauto blowback action (which was inexpensive to manufacture). The detachable aluminum barrel (with steel lining) was lengthened to 16 inches to conform to the U.S. Bureau of Alcohol, Tobacco, and Firearms (BATF) regulations for civilian rifles. The ability of the rifle to be broken down and stored in the hollow stock was retained, as was its ability to float on water.



AR-7 Explorer Pistol.

Although Armalite actually produced a few of these firearms and sold them to the public, rather than tie up its production equipment with the rifle it sold the rights to the AR-7 to Charter Arms Corporation in mid-1973. Charter Arms produced the firearm for a number of years as the AR-7 Explorer and later sold a pistol version called the Explorer Pistol. (This pistol version may have been created earlier by Armalite, although Charter Arms has generally received credit for this design; a photo of Sullivan surrounded by Armalite's firearms shows him holding a Golden Gun shotgun in one had while holding what appears to be a pistol version of the AR-7 in the other.)

In 1990, Survival Arms, Inc. took over production of the AR-7, working under a license agreement with Charter Arms. In the late 1990s, AR-7 Industries, LLC also commenced production of the AR-7. In 1998, the design came full circle and was introduced into the product line of the newly reorganized Armalite company. (For a more detailed look at the AR-7 and its many variations, spin-offs, and accessories, see *AR-7: Super Systems*, available from Paladin Press).

### THE AR-17 GOLDEN GUN

Armalite's AR-9 was a semiautomatic shotgun with an aluminum barrel and body incorporating a number of design features that later found their way into the AR-10 and AR-15 rifles (including a rotating bolt design). Rather than market the 5 1/2-pound shotgun, Armalite decided in 1955 to shelve the design and instead exploit many of its features for a commercial shotgun that was



AR-7 Industry rifles



AR-17 Golden Gun.



Three AR-10 prototypes created by Stoner.

eventually marketed as the AR-17 Golden Gun. This two-cartridge semiauto shotgun met with limited success and was in many ways ahead of its time, with a polycarbonate stock and an anodized aluminum barrel and receiver (both of which normally had a gold-colored finish).

## THE AR-10

Development of the AR-10 can be traced back to 1953 to a design Stoner created before joining Armalite. Stoner's rifle was originally chambered for the .30-'06 cartridge (feeding off a Browning Automatic Rifle magazine) and was later modified for the new 7.62mm NATO cartridge, which appeared to be on its way to becoming the standard round for much of the free world.

As with most modern firearm designs, Stoner's work built upon earlier systems. Much of the bolt and receiver-mounted recoil tube of the AR-10 (and later the AR-15) can be traced to the original design of the Johnson light machine gun, which had been created at the end of World War II by American inventor Melvin M. Johnson Jr. While this automatic rifle saw only limited use during

World War II, it did prove to be a successful and forward-looking design, and it is obvious from a casual inspection of the AR-10 that Johnson's gun had a strong influence on Armalite's designers.

In fact, it's possible that Johnson himself had a hand in some of the developmental work with the AR-10 because he was on Armalite's payroll as "military rifle consultant and publicist"—perhaps one of the odder job descriptions of the century. At any rate, one of the most important features of the light machine gun to find its way into the AR-10 was the cam-controlled rotary bolt, which locked into the barrel, rather than the receiver, of the new gun. This made it possible to use a lightweight aluminum receiver with the firearm since the barrel supported all the gas pressure produced when the weapon was fired.

Another feature that enabled the AR-10's light weight was a simplification of its gas system. In lieu of a complex rod and spring assembly, a blast of gas was diverted through a gas port in the barrel and routed down a tube to unlock the firearm's chamber shortly after a round was fired. This, too, was borrowed from a previous firearm design, the Swedish Ljungman Gevar 42, which, in turn, was later employed with the 1944 and 1949 MAS rifles.

Even today, Armalite is a bit touchy about the suggestion that it built upon past designs, arguing that the AR-10 gas system is not the same as that of the Ljungman. In a sense this is true, since the gas system of the AR-10 and subsequent Armalite designs based on it employ a camming bolt and carrier, which are unlocked by gas pressure pushing against the bolt carrier key. However, it should be noted that the Ljungman system, like the later AR-10, has a tube that ports gas from the barrel to a cavity in the bolt carrier, thereby causing the gun to cycle. This in no way takes away from the genius of Stoner in building on the past to assemble a system that was greater than the sum of the parts borrowed from past firearms.

### Trials and Tribulations

A version of the AR-10, the AR-10A, was submitted to the U.S. Springfield Armory in 1956 for testing as a possible replacement for the M1 Garand rifle. The AR-10 was able—unlike the M14—to shoot in the automatic mode while remaining easy to control due to its straight-back design and a special titanium muzzle brake. The rifle met with success, and soon the army expressed an interest in more rifle trials with the new weapon.

Unfortunately, Armalite switched from the first prototype guns with their had steel barrels to a new design that used a steel liner surrounded by an aluminum jacket (similar to that developed for the earlier Armalite survival guns); during military tests early in 1957, the barrel burst just ahead of the soldier firing the weapon. Even though no one was injured, the potential for harm to testers was obvious, and the rifle was immediately pulled from the trials.

Stoner—with the assistance of armorers at the U.S. Springfield Armory—quickly fabricated an all-steel, conventional-style barrel for the rifle so the testing could be resumed. Ironically, it was later discovered that milling longitudinal cuts into the steel barrels allowed the rifles to remain as light as those with aluminum-and-steel barrels.

One of the main features of the rifle, an efficient muzzle brake that had originally been made of "duralumin," was replaced by an equally efficient but more durable—and also more expensive—one made of a titanium alloy. This added considerably to the expense of the firearm. And the "Buck Rogers" look of the rifle undoubtedly met with some negative reaction from conservative forces in the military. Add the minor malfunctions, part breakage, and the barrel failure, and the U.S. Army's enthusiasm for the new Armalite rifle quickly dropped off. A short time later, the army chose the M14 rifle over the Belgian Fabrique Nationale (FN) FAL and the AR-10.

### The Dutch AR-10

Even though the AR-10 was still being redesigned by Stoner and L. James Sullivan, Fairchild had actively promoted the rifle worldwide. In 1957 Armalite licensed the government-owned arsenal of Artillerie-Inrichtingen of Hembrug, Holland, to manufacture the new rifle with an eye toward sales to the Dutch military as well as to other buyers around the world.

For a time the Dutch military seemed poised to purchase large quantities of the AR-10; Artillerie-Inrichtingen quickly invested $2.5 million to tool up for producing the new rifle, undoubtedly with a hope of some large initial sales at home. During this period the AR-10A design was modified, with the gas tube being moved from the side of the barrel to run instead from the front sight/gas port assembly and down along the top of the barrel to a "gas key" coupled to the bolt carrier.

Since the Dutch military wanted the capability to launch rifle grenades from any rifle it adopted, the efficient muzzle brake of the original AR-10 was sacrificed for a more conventional flash hider that could accommodate a rifle grenade. This was an unfortunate trade-off because it sacrificed much of the lightweight rifle's ability to handle full-auto fire without loss of control by the shooter.

Because Fairchild executives expected large sales of the AR-10, the Artillerie-Inrichtingen arsenal was licensed to build, but not sell, the new rifles. Worldwide sales rights were broken down and sold by Armalite to Interarms (which was to handle sales to Norway, Sweden, and









"Family" of AR-10s created by Artillerie-Inrichtingen.



The Cuban-Sudanese version of the AR-10.

Finland, as well as all South American sales and African sales south of the Sahara) and Cooper-Macdonald, Inc. (which was to handle Southeast Asian sales).

The first AR-10s Artillerie-Inrichtingen produced were plagued with problems, including poor accuracy due to improper heat treatment of the cold-forged barrels. By the time these problems were solved, countries shopping for a 7.62-caliber battle rifle had adopted the FN FAL or weapons offered by other manufacturers. The nail in the coffin for the AR-10 came when the large Dutch contract that had been expected fell through.

In the end, Artillerie-Inrichtingen manufactured fewer than 6,000 AR-10s. Cuba, Mexico, and Panama purchased only a handful of the guns for testing; Venezuela chose to buy only 6; Finland asked for 10, and Guatemala purchased from 200 to 500. The "large numbers" went to Sudan, which acquired from 1,500 to 1,800; Portugal, which procured from 800 to 1,000; and Nicaragua, which bought 7,500.

In short, the AR-10 was a commercial failure.

Artillerie-Inrichtingen finally halted production of the rifle in 1959, and Colt's Patent Firearms was licensed to manufacture the improved version of the AR-10A. By this time the weapon had seen major improvements in the form of a stronger extractor, a more reliable magazine system, and a cocking handle that had been moved from inside the carrying handle to the rear of the receiver. It had become an excellent weapon with no interested buyers, since both the Fabrique Nationale and Heckler & Koch now were offering similar rifles in the same chambering that had had the advantage of extensive military testing by some of the major armies of the world. In short, no one wanted to take a chance on the AR-10 when there were other "safe" choices that had been adopted by Germany, Britain, and other large military powers.

### AR-10 Innovations at Armalite

While developing designs for the Artillerie-Inrichtingen, Armalite devised several innovative versions of the AR-10, including a short-barreled carbine, several light machine gun (LMG) variations, and a sniper model. Included were belt-fed guns as well as a clever high-capacity magazine that utilized a spring-lifter that enabled a standard AR-10 to feed hundreds of cartridges without the need to reload or modify the gun for belted operation. Later, Colt's went on to modify the gas tube and spring-load it for use with quick-change barrels and developed a belt-fed model of the rifle. But, as with later firearms families, none of the variations attracted much interest among military buyers.

Today most authorities see the AR-10 as an excellent weapon that missed its place in history because of poor timing and marketing. And despite rumors of manufacturers tooling up to construct a version of the AR-10 for the public, such civilian models have all been AR-15 variants chambered for the .308 round. A true AR-10 built to the specs of the original design has never materialized. The problem with creating a new AR-10 is one of economics; it will always be cheaper to produce an AR-15 chambered for the .308 than to completely retool for a true AR-10 rifle that is not much different and has little to offer other than historic interest to the buyer.

While exact figures aren't known, it appears that the numbers of AR-10 rifles sold by Armalite and its contracts during this original organization of the company (not to be confused with the current operation covered later in this book) were quite small. Among these were a few apparently chambered for the Soviet/Russian 7.62x39mm cartridge, which were tested by Finland as a possible alternative to its AK-47-style Valmet rifles.

Most of these AR-10s were simply for testing and evaluation. Additionally, Nicaragua ordered 7,500 AR-10s but canceled the order when one of the test weapons allegedly blew up. The total numbers produced are as follows:

| Country | Quantity |
|---|---|
| Cuba | 1 |
| Finland | 6–10 |
| Guatemala | 200–500 |



The "family" of AR-10s created by Armalite.

| | |
|---|---|
| Mexico | 1 |
| Panama | 1 |
| Portugal | 800–1,000 |
| Sudan | 1,500–1,000 |
| Venezuela | 1 |

### LESS WELL-KNOWN ARMALITE RIFLES

Armalite also created the AR-11, which boasted a conventional stock and resembled the AR-3 (and was chambered for the .222 Remington cartridge that eventually would be modified to become the round used in the AR-15). The company's AR-12 was a steel-stampings version of the AR-10, the basic design of which was modified to make it easy to mass-produce in Third World countries; the AR-12 was chambered for the 7.62mm NATO and might have been made at about half the cost of the AR-10 but never went beyond the prototype stage. The AR-14 was the sporting version of the AR-10 with a conventional Monte Carlo stock (without a pistol grip) and iron sights. It was chambered for .308 Winchester/7.62mm NATO, .243, and .358.

The AR-16 rifle appeared during 1959 and was notable because it exploited the inexpensive manufacturing techniques pioneered by the AR-12. Chambered for the 7.62 NATO/.308 Winchester, the AR-16 wasn't commercially successful; only three of the guns were ever made. But the rifle did break ground for the development of the AR-18, which would eventually become a competitor with the AR-15 for use among the militaries of the free world.

### THE AR-15

Whereas Armalite's timing had been all wrong and economic failures seemed to be the norm for previous offerings from the company, the AR-15 enjoyed just the opposite. The rifle captured the imagination of buyers and had several lucky breaks that made the sales of the gun skyrocket.

One could conclude that this was to be expected, however, considering all the work Armalite had put into the design of the guns that led up to the AR-15. Add to that the fact that company officials, salesmen, and other personnel had by now created a lot of good contacts within the industrial-military complex as well as becoming more savvy marketers of firearms in general. Having gained valuable experience with




Diagram showing the operation of the AR-15. Hot gas is bled from the barrel and piped down the tube to shove the bolt carrier rearward, camming the bolt and extracting the empty brass as it travels backward. The bolt and carrier are then shoved forward by the buffer spring to strip another round from the magazine and chamber it as the bolt locks back into the barrel.



The XAR1501 prototype that would eventually lead to the AR-15 design.



Early AR-15, identifiable by its lack of flash hider.



Armalite's AR-15.

previous rifles, the company now had an excellent weapon as well as the ability to laud its capabilities to potential buyers.

Developed from 1956 to 1959, the AR-15 made use of a number of principles and features of the AR-10 and in many ways was simply a scaled-down AR-10. Like the AR-10, it used the same type recoil/buffer system in the stock, a gas tube to unlock the chamber and operate the bolt of the rifle, and lightweight aluminum receiver halves with the bolt locking into a barrel extension.

Placing the recoil spring in the stock of the rifle and dispensing with the heavy gas rod found in most similar guns shifted the balance of the rifle toward the stock. While traditional shooters may dislike this arrangement, many shooters find the rifle even easier to carry than might be the case with another firearm of its weight because of this shift in balance toward the rear of the gun. And many also find it easier to hold on target because of this.

The basic design of the AR-15 is generally credited to Stoner because he headed the AR-10 project, but the actual work on the AR-10 was started before he joined the company, and some features date back to the rough sketches created by Jacques Michault and George Sullivan. However, because Stoner perfected and debugged the AR-10 and later picked out and refined the cartridge that would be used in the AR-15, he is generally credited with the AR-15, even though his contributions were only a part of the developments that eventually led to the rifle.

Much of the actual scaling down of the AR-10 to create the AR-15, as well as the perfection of the new rifle, was done by Robert Fremont and L. James Sullivan, while Stoner apparently worked to perfect the AR-10 for Dutch manufacture. "Scaling down" a firearm is no minor task, since it involves changing the parts of the rifle to accommodate a smaller cartridge while retaining the length and size of the grip, stock, and barrel to fit the human body. Adding to the complexity of the process was the fact that the pressure of the gases that would be contained in the smaller chamber were actually higher than with the large 7.62mm cartridge, so some parts of the firearm actually had to be scaled up somewhat.

Because the new smaller cartridge of the AR-15 had a flatter ballistic arc than the AR-10's round had enjoyed, Fremont and Sullivan adopted a simplified two-position "L" rear peep sight to replace the complicated screw mechanism of the AR-10. The new system moved the elevation adjustments to a spring-loaded detent on the screw-in front sight.

Perhaps to stay within the later military weight requirements, the first AR-15 prototypes had fluted barrels under the handguard and dispensed with the foam reinforcement inside the stock and handguard in favor of simply using fiberglass shells with an

aluminum heat shield under the handguard. The greatest change in the new design was in the trigger group, where the disconnector was replaced by a completely new design and modified trigger and hammer layout (the auto sear design and selector remained pretty much the same).

### A MORE POTENT ROUND

The cartridge created for the AR-15 was the result of many years of testing by the U.S. military and varmint hunters alike. The military work dates back to the 1920s when army ordnance personnel created a lightweight .22-caliber bullet for the M1 rifle cartridge with an eye toward a long-range machine gun round. This work was revised in the 1950s when the army started sifting through information garnered from ALCLAD.

The ALCLAD study had started out to learn the requirements for better body armor (some of which had proven highly effective when tested in the field during the Korean War). But the study got into areas of interest to small-arms experts when it examined such things as the range at which casualties occurred, the effects of bullets or shell fragments on the human body, the frequency and distribution of wounds, and so forth. To obtain these data, The army's Continental Army Command Operations Research Office (ORO) conducted a large statistical study involving the 3 million casualty reports from the first two world wars and the Korean conflict.

The results of this study flew in the face of most military thinking. It found the following:

- In combat, nearly random shots produced more casualties than did aimed fire.
- Rifle fire was seldom used effectively at distances greater than 300 yards.
- The majority of rifle casualties were produced at ranges of 100 yards or *closer*.
- Even expert marksmen could seldom hit targets beyond 300 yards because of terrain features or the marksmen's need for cover.

This study was buttressed by research done by the military writer and historian, Gen. S.L.A. Marshall, who discovered that nearly four-fifths of all foot soldiers in World War II never fired a round in any given battle—with one exception. The soldier charged with carrying the Browning Automatic Rifle (BAR) almost always fired his weapon, apparently because he could dominate his enemy through automatic fire. And to some extent his firing also encouraged the soldiers next to him to engage the enemy as well. This finding also laid the groundwork for development of the AR-15 as the U.S. military searched for a lighter alternative to the BAR—a rifle capable of controlled automatic fire that would enable troops to fight aggressively in battle.

### SALVO

The above facts led to the Operations Research Office SALVO project in the early 1950s. In turn, the project made a number of findings that would affect later small-arms design and basically send military small-arms development in the United States in two very different directions. The two major points made by SALVO were these:

- A lightweight projectile was adequate for a soldier's needs at normal combat ranges.
- Long bursts of fire tended only to waste ammunition, while three- to five-round bursts were the most effective automatic fire in small arms.

The principal thrust of the SALVO project was to outline the requirement for a small-caliber rifle that was capable of automatic fire. To achieve these ends, designers took two routes. One was toward the use of smaller bullets in more compact cartridges, the route that would finally prove to be most effective. The other was the basis of the Special Purpose Individual Weapon (SPIW) project, carried out during the early 1950s with the aim of creating a weapon with a superfast projectile that would satisfy the requirements for an effective weapon put forth by the ALCLAD and SALVO research. SPIW was principally directed at producing a weapon that could create a multiple projectile pattern of shots through the use of flechettes packaged in one round, similar to a shotgun shell. (Later the thrust of the program shifted to single flechettes packaged in separate cartridges and fired serially or several at a time in multibarreled guns.)

After some experimentation, flechette configuration was more or less settled: a small rocket-shaped steel dart weighing only around 10 grains (0.65 gram). This permitted packing a number of the darts into one payload package without producing excessive recoil, while putting a number downrange on the target to increase the chances of hitting it, even if the shooter's aim was somewhat off the mark. Generally this basic configuration is credited to Irwin Barr, who commenced work toward perfecting the flechette as a modern weapons projectile in 1950. His Cockeysville, Maryland, company, Aircraft Armaments Incorporated (AAI), handled much of the work and eventually landed a number of government contracts to develop the flechettes and weapons to fire the projectiles.

Barr conducted his early project without funding, contacting the Department of Defense (DOD) to let it know what he was doing in the early days of his project. His work was received with great interest, and in 1952 AAI was offered a contract to produce some demonstration shotgun shells loaded with Barr's flechettes.

Work progressed, and in May 1956 AAI received another contract to study the effectiveness of flechettes. Nine months later, AAI concluded that the 10-grain flechette was the optimally sized flechette and that a speed of 4,000 fps would make it as effective as the much larger but slower 150-grain bullet in a .30-'06 cartridge fired from the M1 rifle.

By now it seemed like flechettes were the fast track to the future, so the U.S. Army awarded a contract to AAI to carry the concept forward with a test gun that would be employed in a variety of tests. Toward this end, AAI employed 10 Winchester Model 70 bolt-action rifles, which were rechambered to accommodate flechette ammunition. Tests with these guns further suggested that the flechette load held promise, so in October 1962 the army asked for rifles that could both fire at specific targets like a rifle and hit a large area with a barrage of projectiles.

This time AAI had some competition, with bids being submitted not only by AAI but by nine other firms as well. Of these, AAI, Harrington & Richardson, and Winchester received development contracts early in 1963, with work to also be done at the U.S. Army's Springfield Armory. These three companies and Springfield Armory each presented 10 test rifles in March 1964 for evaluation. Army test personnel decided that the Springfield Armory and AAI prototypes had the most going for them and provided more funds to develop each system, hoping one or the other would prove viable.

The Springfield Armory design was quite futuristic for its day and in many ways blazed the trail for the modular systems that more or less became the norm in the last decades of the 20th century. The gun could be converted into several configurations, including a bullpup rifle or standard rifle. The AAI design was more conventional in its layout, departing from the basic rifle concept only in its use of a flechette payload.

Springfield Armory and AAI each submitted 10 rifles in August 1966 to the U.S. Infantry Board at Ft. Benning, Georgia, for testing. Things didn't go well in the tests, with both systems proving faulty; however, it was felt that AAI rifle showed promise, so the company received more funding to continue development of its system through a 35-month research-and-development program.

Although by this time the AR-15 had made its way to the scene and voices were calling for its adoption (more on this story in a bit), some felt the flechette gun was the best bet. One of these was General Electric's Armaments Division, which submitted a proposal to refine and perfect Springfield Armory's modular design. The company was issued a contract for this in January 1969, and AAI again had competition.

To carry out its work, General Electric leased the Springfield Armory complex from the government (the armory having recently been closed) and hired Richard Colby, who had been working at the armory on SPIW. Ultimately, the work would reach a dead-end: no practical system was ever developed from the project before funding ran out.

Meanwhile, AAI had four different projectile packages in the works by mid-1969. But the work toward perfecting its rifle had reached an impasse: the gun was far from reliable. Hoping to get the bugs out of the rifle system so that work with the flechette testing could go forward, the U.S. Army transferred the work to its Small Arms Systems Agency at the Rock Island Arsenal in Illinois.

The latest version of the AAI design at this point was the XM70, which went through many modifications and design changes to make it reliable, as well as testing its ammunition as the work progressed. This continued through the early 1970s, with the rifle ultimately becoming viable.

But there was a growing realization that the flechette concept itself was far from promising. In fact, the projectiles weren't nearly as effective as had been hoped. The fin stabilization proved to be very inaccurate over long ranges, and the area coverage afforded by groups of the projectiles was haphazard at best, with a large percentage often hitting the ground well before the target range, thereby being totally wasted. Additionally, there were some doubts about how effectively it would actually wound a soldier, the fear being (apparently based on animal tests) that the wound would be small and penetrating but perhaps not debilitating in many instances.

In addition the AR-15 was by then becoming established in the U.S. military—the army having decided to adopt the rifle as its M16— so the decision was made to pull the plug on all funding for SPIW.

This wasn't the last of the flechette, however; AAI would be submitting a gun chambered for a flechette round in the mid-1990s for consideration by the U.S. military. But today the program is generally seen as a technological failure. Ultimately, military planners decided to stick with conventional but scaled-down rifle ammunition rather than adopt the shotgun-shell-style or single-flechette cartridges created by SPIW.

### Conventional Bullets

Running counter to SPIW were several programs that would actually lead to viable weapons systems. Some of

the tests involved were conducted using necked-down M1 carbine cartridges firing .22-caliber bullets. These proved that such weapons were practical and effective (and the rifle was liked by the troops due to its low recoil and light weight). The end result was the suggestion that an ideal combat weapon would fire a conventional, but smaller than currently employed, .22-caliber bullet weighing 55 grains and traveling at 3,300 fps.

Armalite learned about the army tests and proposed switching to the smaller caliber during the AR-10 testing. Much of the AR-10's failure had been due to the new system's not having been tested long enough to uncover all the bugs. Thus, Armalite set out to make a new rifle that would conform to the military's needs by building on the AR-10 system, which had by then seen a lot of refinements and was close to being perfected.

The new AR-15 was originally chambered for the .222 Remington used in the AR-11, since it came closest to the type of cartridge the army would be asking for. This round was then topped with a 55-grain boattail bullet developed for Armalite by the Sierra Bullet Company. Because the original cartridge case was not large enough to create the velocity desired, it was lengthened slightly, and the new round was named the .222 Special.

The first ammunition manufactured for use in testing was made by Remington and bore the head stamp of .222 Special. Later, when Remington began marketing the .222 Magnum, which was very similar, Armalite renamed the .222 Special the .223 Remington to avoid confusion (the .223 round would fit and fire in rifles chambered for the .222 Magnum — with potentially disastrous results). Ironically, the bullet for the .223 Remington is .224 inch in diameter, making the ".223" label misleading to many novices.

The gas system of the AR-15 was tied into the basic design of the rifle and the military's velocity requirements. Through experimentation, Armalite engineers discovered that for the gas system to work properly, a fast-burning powder had to be used; a slow-burning powder would not be completely burned by the time it entered the gas system to propel the bolt open and to operate the reloading mechanism. In fact, repeated firings with a slower powder created major fouling in the bolt of the rifle until jamming finally developed. Because of this, one of original design specifications for the new rifle was for fast improved military rifle (IMR) powders rather than the slower ball powders traditionally used by the U.S. military.

As will be noted later, the specifications for this cartridge would later create problems for the AR-15, due to bureaucratic blundering and lack of proper training of troops in Vietnam.

## THE CONARC TRIALS

As Armalite had expected, the U.S. Continental Army Command (CONARC) announced that it was searching for a lightweight, small-caliber weapon to replace some or all of its rifles and submachine guns. Interested manufacturers and individuals submitted their proposals, and in 1957 the Infantry Board in Ft. Benning officially asked Winchester-Western (a division of the Olin Mathieson Corporation) and Armalite to develop candidate rifles and ammunition to be tested as possible replacements for the M14 and 7.62mm NATO round. These had been developed by the military itself and were failing to perform as well as had been hoped. A third rifle was to be created "in house" by the U.S. Springfield Armory to compete against the two commercial designs and serve as a standard against which the other two rifles would be compared.

The requirements set forth by the Infantry Board for a small-caliber high-velocity rifle were as follows: (1) the rifle would weigh less than 6 pounds when fully loaded; (2) the rifle would need to be capable of automatic fire; (3) the round the rifle fired would be capable of penetrating body armor, a steel helmet, or a 10-gauge steel test plate out to 500 yards; (4) the round would be equal in lethality to the M1 Carbine within 500 yards; (5) the weapon would have a detachable 20-shot magazine; and (6) accuracy and trajectory would be equal or better than the M1 rifle out to 500 yards.

The range requirements in two of these specifications were 200 yards greater than the ranges ALCLAD had shown were needed. Those privy to the requirements have admitted that the range was raised from 300 to 500 yards simply to make the specifications look better to superior officers. Later, when the military decided to use meters rather than yards to conform to other NATO countries, the specifications were changed to 500 meters, making the final cartridge have to perform at twice the range ALCLAD had found was actually needed. Some of this added range might have been justified if the army ever mounted a scope offering magnification of distant objects on its rifles so that the longer range potential might be utilized by troops. But as long as rifles are going to be issued with iron sights, range requirements greater than 300 yards are unsupported by any known studies (and there is no sign that other research or testing to prove otherwise has ever taken place).

On March 31, 1958, Armalite delivered 10 AR-15s, 100 magazines, and 100,000 rounds of ammunition to the Infantry Board for the trials. Because no manuals had been created for the new rifles, Eugene Stoner accompanied the guns and served as a "living manual,"







Lightweight rifle candidates: the gun submitted by Winchester-Western (top), the gun created by Springfield Armory (center), and Armalite's AR-15.



The M1 carbine in many ways served as the yardstick against which the AR-15 was measured. Like the AR-15, the M1 carbine was light and handy, firing a cartridge that produced little recoil and was easy to manage during automatic fire.

showing army personnel how to operate the firearm and helping with minor repairs necessitated by the wear incurred during the tests.

The tests at Aberdeen Proving Ground in Maryland and Ft. Greely, Alaska, suggested a number of modifications and improvements to the AR-15, most of which were subsequently made. The barrel was strengthened (to allow for firing with small amounts of water in the bore of the rifle) and a flash hider was added to it; the cocking handle was moved from the inside of the

carrying handle to the rear of the receiver (probably due to problems with the lever becoming overheated with extended firing and to allow those wearing arctic mittens to operate the mechanism); the single-piece handguard was replaced with a clamshell design held in place with a knurled (later ribbed) spring-loaded ring; a rubber butt was added to the plastic stock (probably to help prevent the stock from breaking); the rear sight's size was increased; the selector was modified so that the safe setting was forward rather than the original setting pointing upward (since dragging the rifle could set it to the fire position); and the trigger pull was reduced to 7 pounds and its return spring strengthened.

Additionally, to improve the mechanism's tolerance for dirt, the clearance between the magazine and receiver was increased, the clearance around the buffer increased, and the bolt carrier's lands reduced. Since the dust cover had a tendency to come loose, a cam was added to it. To increase reliability of the rifle, the feed ramp angle was also altered and the capacity of the magazine reduced from 25 to 20 rounds. All these changes made the rifle about a pound heavier than the original specifications of the Infantry Board but resulted in a better rifle as far as the military testers and Armalite were concerned.

Winchester's rifle, designed by Ralph Clarkson, proved to be very similar to the M1 carbine and sported a traditional walnut stock coupled with the look of a miniaturized M14 rifle. By fluting the rifle's barrel, Winchester was able to keep the weight of the gun to only 5 pounds with an empty magazine. However, the Winchester rifle had a major problem: in order to beat Armalite in delivering rifles for testing with the army, the company had started chambering its rifles for the .222 Remington before the range requirements for the new rifle were upped from 300 to 500 yards. Winchester made some frantic efforts to modify the gun and cartridges, but the end result was less than ideal reliability of both rifle and ammunition, so the AR-15 came out looking better after the trials than might otherwise have been the case.

## BIGGER IS NOT BETTER

During 1959, the army conducted tests involving the AR-15 and Winchester's .224 Lightweight Military Rifle but reached no decision on adopting the Armalite cartridge or either of the rifles for actual military use. However, during the tests one thing became very apparent: the lighter weight of the AR-15 coupled with its more controllable recoil made it popular with troops testing it as well as highly effective in putting aimed fire on target. During the trials the soldiers noted how the smaller rifles (the Winchester and especially the AR-15) handled. Nearly all preferred the smaller caliber weapons to the heavier M14 rifles.

During this same period, the Combat Development Experimentation Center (CDEC) discovered that a 7- or even 5-man squad armed with AR-15s could do as well or better in hit-and-kill potential in combat-style tests than the traditional 11-man squad armed with M14 rifles—something that undoubtedly didn't sit well with military planners because the U.S. Army had just elected to arm its soldiers with the M14.

During the tests, it also became very clear that the heavy recoil of the M14 rifle was almost impossible for an average soldier to control under actual combat conditions (as opposed to target-style shooting). And the AR-15 proved to have an overall malfunction rate of only 6.1 per 1,000 rounds fired. This was amazingly good for a nonproduction gun and outperformed the M14, which was averaging a failure rate of 16 per 1,000 during these same tests.

The army CDEC's report concluded that the army should develop a lightweight, reliable rifle "like the AR-15" to replace the M14 and also suggested that the increased firepower afforded by such a weapon would allow a reduction in squad size—all of which undoubtedly displeased more than a few generals in the Pentagon. No contracts were offered to either company for new rifles; the military "stuck to its guns," keeping the M14.



The M14 rifle proved heavy and awkward at best and was almost unmanageable when fired in the automatic mode.

### Changing the Results

What happened next during U.S. military tests involving the AR-15 is clouded in controversy. Supporters of Armalite would later claim that efforts had been made to sabotage the AR-15. Certainly this appears to be the case, though as with most historic occurrences that are less than open to public scrutiny, it may be that a series of blunders and mishaps created the problems. Whatever the cause, the outcome was that the AR-15 came out of the tests looking bad.

The problems started when three of the AR-15s the U.S. military was employing in testing were sent to Ft. Greely to check their functioning under arctic conditions. (Today the need for a standard weapon that functions in all climates may be questioned; however, in the middle of the Cold War the need for this capability was not far-fetched. Although the United States had never really seen battlefield conditions as extreme as those at Ft. Greely, with Soviet territory just a few miles from Alaskan shores, there was serious concern about the potential need for such a rifle. In addition, considering the stalemate of the Korean War and the growing tensions in Vietnam, having to repel an invasion of Alaska by Chinese or Soviet troops was seen as a possibility if not a probability.

It wasn't until Armalite officials received a call for replacement parts from Ft. Greely that they even knew some of their firearms had been sent to the base. Unsure of what was going on, the company sent Stoner with the parts, both to replace the parts himself and to determine what exactly was behind the somewhat unusual breakage problems, since the parts called for were normally not subject to failure.

What the inventor found was later described as appalling: some of the guns had been improperly disassembled. Worse, parts had been lost and replaced—with handmade parts of dubious quality.

After repairing the rifles, Stoner test-fired them and found that the AR-15s functioned well in the arctic conditions at the base. Thinking the problems were cured and knowing that the firearms were functioning properly, Armalite officials undoubtedly heaved a corporate sigh of relief and figured the testing would again give their rifle high marks.

Only months later did the shock come. The rifle appeared to be the proverbial "jammatic," with numerous failures, according to the data that emerged from Ft. Greely. As company officials looked into the matter, they discovered what must have been infuriating: the problems created by the substitute parts were included in the test results and conclusions, with no mention of the alterations or near flawless performance after Stoner had placed the proper parts in the guns.



The M16A2 functions reliably in temperature extremes. Here a U.S. Marine uses his ski poles to steady his M16A2 rifle in preparation for a live-fire exercise. (Courtesy of U.S. Department of Defense.)

### DIVESTING THE AR-15

Although it is hard to know what insiders at Armalite and Winchester thought of the testing done by the U.S. military, many historians feel that the army had intended to use the tests as a vehicle to show off its own designs while giving the illusion of the tests' being open and fair. As more than one critic of the trials has suggested, the U.S. military had a long history of creating its own firearms designs. The thought of a civilian operation's developing a weapon that would be adopted as the standard-issue rifle was not one that many military leaders cared to entertain. The key criteria for the tests, as this argument goes, were that rifles from outside sources

be rejected by the military while in-house designs received every benefit of the doubt. Given the Ft. Greely tests, as well as subsequent rigged tests that would come, this argument seems plausible. If so, then the tests were all just window dressing designed to justify the army's selection of the M14 rifle as its new firearm.

After army brass announced the decision to adopt the M14 rifle, officials at both Armalite and Winchester realized they had invested a lot of time and money in the military trials of their rifle with little to show for it. Soon Winchester discontinued work on the weapon and the model was shelved, never to go into production.

Likewise, Armalite (whose parent company, Fairchild, was having financial difficulties keeping the firearms branch going) found itself struggling because of the lack of any military contracts and the black eye given by the Ft. Greely tests. What had looked like a promising start on a major sale to the U.S. military had fallen flat. Thinking it was simply throwing away good money after bad if it continued to market the design, Armalite sought to divest itself of the AR-15. What had appeared to be a goose that would lay golden eggs was, as far as company officials at Armalite could tell, dead. The firearm that had looked so promising was placed on the auction block.

By now, having failed to generate any significant revenue despite creating so many excellent rifle designs, Armalite saw key personnel leaving the company, headed for greener pastures. Fremont left for a more secure job with Colt's in 1959 and was followed by Stoner two years later. Sullivan left in 1960. Thus the firearms team that had created so many innovative designs disintegrated.

# Chapter 2

# Colt Firearms

Too many times, excellent firearms designs have gone into the dustbin of history simply because there was no market for the gun. This might easily have been the case with the AR-15 had Colt's Firearms Corporation not also been having economic problems at the same time that Armalite was. Instead, what appeared to be the death knell for the AR-15 became the chain of events that would make this firearm one of the success stores of the 20th century and put it into the hands of troops around the world (as well as those of numerous civilian and police users).

Colt's Firearms Corporation was created in the mid-1800s by Samuel Colt, who secured a patent for the first successful revolver mechanism in 1836. Although his business was not as successful as sometimes pictured (in part due to the intense competition for business from Smith & Wesson and other gunmakers), Colt guns have always captured the imagination. They even inspired the post-Civil War slogan, "Abe Lincoln may have freed all men, but Sam Colt made them equal." Colt guns did just that, doing away with the brawn that was often called for when a single-shot weapon failed to do its work, instead giving a shooter several follow-up shots to deal with a single enemy, or even a band of outlaws or renegades.

Colt died at the early age of 47, but his business continued, flourishing in large part through military sales of firearms created by and licensed from John Moses Browning. Business was especially good during World War I, World War II, and the Korean War, thanks to the military contracts needed to win these conflicts.

Following the Korean conflict, the company began doing some serious belt tightening. Although civilian sales were a major part of Colt's operation, its bread and butter often came through major sales to the U.S. government. The firm had seen money roll in from military contracts almost from the day Samuel Colt had started his firearms operation. At one time or another, Colt had made Gatling guns, single- and double-action revolvers, various automatic pistols (including the 1911 adopted by the U.S. military), the BAR, and several styles of Browning machine guns.

This came to an abrupt halt when the U.S. Army decided to adopt the M14 rifle and Colt failed to obtain the contract to make the new guns. Meanwhile, orders for the weapons it had been making were cut back with an eye toward phasing in guns like the BAR. Colt undoubtedly realized it was hurting and things were only going to get worse if it didn't add a new product that could add military sales to its lineup.

In September 1955, Colt's management had formed a conglomerate with Leopold D. Silberstein's Penn-Texas Corporation, becoming a wholly owned subsidiary of the holding company based in New York. This arrangement continued until 1959, when a group of investors gained control of the company, dismissed Silberstein, and renamed his company Fairbanks Whitney.

When it learned that the license to build the AR-15 was up for grabs in 1959, Colt's management jumped at the chance to obtain the rights and, in the process, secured the rights for manufacturing the AR-10 as well.

### SELLING THE PRODUCT

After Colt signed the contract with Armalite, its aggressive sales techniques enabled it to sell a number of the rifles to several small Southeast Asian countries. (The rifle was much easier for Asian soldiers to control since it was lighter and offered less recoil—both important considerations for the smaller physique of the average oriental trooper.)

Eugene Stoner, who was soon working for Colt in marketing, accompanied gun exporter Bobby Macdonald through Southeast Asia, demonstrating the AR-15 and AR-10 to potential governmental buyers in Burma, India, Indonesia, Malaya, Australia, and the Philippines. While none of those who saw the AR-10 were much interested, the AR-15 was loved by nearly every government representative who fired it. When word of the AR-10's

failure to attract a potential buyer reached Colt, the company suspended all plans to produce the larger-caliber rifle, even though more than $100,000 had been spent in tooling for it.

(NOTE: The AR-10 nearly got another lease on life as the U.S. Army's sniper rifle when it was one of six rifles tested at the Aberdeen Proving Ground in 1977. The Rock Island Arsenal modified the rifle, removing the front sight assembly and the rear sight/handle and incorporating a scope base and ART scope. But the tests were inconclusive and only pointed to the need for a better ranging system and more accurate ammunition. Again, the AR-10 failed to be adopted for military use.)

In December 1959, Colt produced its first run of 300 AR-15 rifles, which was broken into small lots and sent for testing to many of the countries Stoner and Macdonald had visited. Some of the governments expressed interest, but sales were blocked to most of them because the mutual-aid funds the U.S. government was offering required that firearms be standard issue with the U.S. military. The AR-15 wasn't issued to U.S. troops, so the U.S. government wouldn't provide funds for its purchase. With funds running low and a lack of actual buyers, Colt was getting close to serious problems and Armalite was not receiving the royalties it had been hoping for from AR-15 sales.

Then both companies had a stroke of luck.

## RIVALRY TO THE RESCUE

Boutelle, president of Fairchild, had maintained his friendship with General LeMay during the years since the development of the AR-5 survival rifle. During a skeet shoot on his farm, Boutelle demonstrated an AR-15 to the general, firing at a ripe watermelon, which exploded spectacularly when struck by the burst of high-velocity bullets. LeMay was very impressed with what he saw, thus setting in motion a chain of events that would eventually bail both Armalite and Colt out of their financial woes.

Problems had been brewing between the air force and the army since the former had rejected the latter's M14 as too heavy and awkward. The army then turned around and refused to supply parts for the M1 Garand the air force had retained, claiming the spare parts for the World War II-vintage rifle had been scrapped when the M14 was adopted. Consequently, air bases with nuclear weapons were being guarded by security forces armed with the outdated M1 carbine, a weapon never noted for the effectiveness of its cartridge or reliability with automatic fire. Thus the air force was forced to either make due with the M1 carbine or adopt a rifle it viewed as being no great improvement on World War II-vintage rifles.

And then LeMay saw the demonstration of a rifle that fit the bill for the air force's needs, firing a potent little bullet while still being almost as lightweight as the M1 carbine and pounds lighter than either the M1 Garand or the M14.

At LeMay's prompting, the U.S. Air Force started its own tests of the AR-15 at Lackland Air Force Base in Texas. The tests suggested the new rifle was everything the service had hoped for. In 1960, the air force asked for an analysis of the weapon by the Army Ordnance Corps in order for the AR-15 to be granted candidate rifle status for more air force tests.

The army's test and evaluation was conducted at Aberdeen Proving Ground, and the AR-15 proved nothing short of phenomenal. The rifles fired by army personnel proved capable of 10-round groups of 1.5 inches at 100 yards using iron sights and 10-shot groups of 1.1 inches with scopes—as good as many target rifles.

It didn't end there, however. The rifle not only was accurate, it was tough and reliable. During endurance tests of 18,000 rounds fired, only 10 parts broke and the average malfunction rate was only 2.5 rounds per 1,000—an excellent figure for a gun that had hardly gone into production. Of course, the "not-invented-here" syndrome appears to have been alive and well during the tests; the army final report begrudgingly concluded that the AR-15 was "reasonably satisfactory"—an understatement if ever there was one.

The air force followed up with more tests of the AR-15 at Lackland, this time comparing it with the M14 (perhaps to show the army how well a reasonably satisfactory gun would do in contrast to the army-designed M14). When the smoke cleared, 43 percent of the shooters firing the AR-15 could qualify as expert marksmen, whereas only 22 percent of those shooting the M14 could reach this level of skill.

The air force had found its rifle.

But there were hurdles to be jumped before the acquisition process could be started to get the rifles. Most important was the need for appropriations from Congress, which routed funds to what it felt were more urgent needs (at least in terms of constituents). Only after fighting for 2 years to get approval for the purchase was the air force finally able to procure 8,500 AR-15s in 1962.

## GOOD NEWS, BAD NEWS

Ironically, the air force order for the firearms would pave the road for future sales of the guns to both the air force and foreign countries but would fail to bring financial success for Colt and Armalite employees involved in laying the groundwork for the deal. During the 2-year wait for the deal to be finalized, both Colt and Fairchild were taken over by larger corporations. During the







Although the AK47 family of weapons are tough and reliable, the cartridge they were chambered for was definitely second best when compared with the .223 Remington.

reorganization of the two companies, Boutelle got fired, and both companies' personnel who had been involved in marketing sample guns to foreign companies, which would soon be buying quantities of the rifles, were also laid off.

Yet a few AR-15s continued to be sold to various military users around the world; and those guns were gaining users who had nothing but good words for what was becoming known as "the little black rifle." Limited testing in Asia, especially in the South Vietnamese combat arena, showed just how lethal the lightweight rifle and the .223 bullet it fired were (and proved the ALCLAD requirements for an ideal combat rifle had been on the mark). Wanting to put the best weapon possible in the hands of its troops, Army of the Republic of South Vietnam (ARVN) placed an order for 1,000 AR-15s in December 1961, and, since the rifle had been approved for use by the air force (even though it hadn't been funded), the way was cleared for sales to Vietnam.

Meanwhile, U.S. army troops were slugging it out with communist guerrillas in Vietnam. And just as the its tests had suggested in 1959, the army was finding that the M14 was too heavy for easy handling and that automatic fire was so haphazard that most guns were being modified to fire only in the semiauto mode. Compounding the problem was an occasional blowup of an M14 receiver that had apparently been improperly





The AK47 was heavier and less user friendly than the M16; it also had inferior sights, but most important, its ammunition was inferior ballistically to that of the AR-15.

heat-treated. Although the latter event was rare, soon Colt representatives were pointing out such problems to potential buyers and paving the way for the future sales of the AR-15 and rejection of the M14.

## PLAYING THE GOLDEN ARPA

Perhaps recognizing the problems the M14 would present in jungle warfare, the U.S. Army purchased 8,500 AR-15 rifles to test in 1961. In 1962 Colt persuaded the DOD's Advanced Research Project Agency (ARPA) to test an additional 1,000 in its Project AGILE, which was aimed toward finding a better weapon for use in Vietnam.

The ARPA tests again silenced many critics of the AR-15. Among the findings were the following:

- A squad armed with AR-15s had five times the level of overall kill potential than a squad armed with M14s.
- AR-15s could be produced at a lower cost and with a higher degree of quality control than the M14.
- The AR-15 was more reliable, durable, rugged, and easier to care for than the M14 under the adverse conditions often found in combat.
- Soldiers learned to shoot better and more quickly with the AR-15 (than with the M14).
- Three times as many rounds could be carried by a soldier with an AR-15 (in contrast to the M14) when the weight of both the weapon and the ammunition was taken into account.

Equally arresting findings came from the AGILE tests involving Vietnamese troops and U.S. advisors who used the rifles in actual combat. Here again, the AR-15 proved extremely durable and reliable. Not only that, the round used by the rifle showed itself to be highly potent against enemy targets.

Up until the time the AR-15 was fielded in Vietnam, the wounds created by small-arms fire tended to be through-and-through wounds resulting from the bullet's momentum and stability. This was true of the AK47 and SKS used by the Vietcong and North Vietnamese as well as the M14 and M1 carbine. Such penetrating wounds were the most common unless bullets were deflected somewhere in their paths by obstacles or through a collision with hard tissue in the target.

This situation changed with the AR-15, whose bullet was light, fast moving, and unstable—a combination that proved deadly in the battlefield.

One of the U.S. advisors who had seen the AR-15 used in combat wrote,

> At a distance of approximately 15 meters, one Ranger fired an AR-15 full automatic, hitting one VC with 3 rounds with the first burst. One round in the head took it completely off. Another in the right arm took it completely off, too. One round hit him in the right side, causing a hole about 5 inches in diameter.

Another soldier in the field gave an equally graphic account of the effectiveness of the new rifle:

> On 9 June a Ranger Platoon from the 40th Infantry Regiment was given the mission of ambushing an estimated VC Company. . . . Back wound, which caused the thoracic cavity to explode. . . . Stomach wound, which caused the abdominal cavity to explode. . . . Heel wound; the projectile entered the bottom of the right foot, causing the leg to split from the foot to the hip. . . . These deaths were inflicted by the AR-15 and all were instantaneous except [for a] buttock wound. He lived for approximately five minutes.

As another reported, "Range was 50 meters. One man was hit in the head; it looked like it exploded. A second man was hit in the chest, his back was one big hole."

But it didn't end there. Troops in Vietnam also discovered that rifle grenades fired from the AR-15 enabled them to lay down what was similar to their own mortar fire. Furthermore, troops cared for the weapon and treated it more carefully than the M1 carbine because they had greater respect for it.

In short, the little black rifle fielded in Vietnam was everything its designers had promised—and more. The troops not only liked the rifle, they also were chalking up serious body counts with it. The weapon enabled those using it to "own the battlefield," not only becoming deadly opponents to Vietcong troops, but also becoming more aggressive as they learned the capabilities of the rifle they carried.

## CHANGES AT COLT

Colt continued to do well turning out AR-15 rifles for the U.S. military as well as reviving a number of older guns, such as its black-power revolvers and Sharps rifle, as Western movies and TV fueled the civilian market for guns of the Old West. However, changes came again in 1964 when the company reorganized under the name Colt Industries and the firearms section became a subsidiary called Colt's Inc., Firearms Division.

Colt aggressively sought to broaden its market by continuing to sell revolvers of all and the .45 semiauto 1911 pistol to the public through the 1960s and 1970s and into the 1980s. In addition, it created its Colt Custom Gun Shop, which made special target handguns as well as offering engraving on all of its firearms. Nevertheless, the company's bread and butter continued to be sales of its AR-15 rifle to military, police, and civilian buyers around the world.



The M16 rifle version of the AR-15 proved popular among U.S. troops—when it functioned properly—not always a given due to ammunition that wasn't formulated for it and lack of cleaning kits. (Courtesy of U.S. Army.)

## MEANWHILE, BACK AT ARMALITE

With its engineers gone and large sales of the AR-10 and other rifles failing to materialize (except for the AR-15, the rights to which Armalite had sold to Colt's Firearms without realizing as much profit as could have been, given later sales), Armalite and its parent company, Fairchild, were in financial trouble in 1961. This led Sullivan and the other original owners of Armalite to buy the company back from Fairchild along with the rights and title to all

firearms designs except the AR-10 and AR-15, which had been licensed to Colt. The goal of this reorganized company was still to create firearms, but with an eye toward actually making some serious money in the process; finding financial backing was not impossible due to the track record of Armalite. Funding was supplied by Capital Southwest Corporation of Dallas (with Charles Dorchester and Richard Klotzly later acquiring the majority common stock position in Armalite by buying out Capital Southwest Corporation late in 1971).

This new business entity became "Armalite, Inc." and except for the change of ownership was run by the same key personnel. Armalite worked from 1962 through 1971 without meeting with any great financial success.

Since Armalite had failed to experience any great wealth flowing in from its deal with Colt, the company needed a new rifle that might gain acceptance by those not interested in the AR-15 and thereby bring in much-needed capital. Since Colt now owned the rights to the gas system used on both the AR-10 and AR-15, this new rifle also could not employ this or other features found on the AR-15.

This task wasn't as daunting as it might otherwise have been because a rifle design meeting this criterion was actually on the shelf at Armalite. All that was needed was some modifications to the design. Thus, from 1962 to 1964, engineers at Armalite worked on modifying the AR-16 rifle to the .223 Remington cartridge in much the same way that the AR-10 had been modified to create the AR-15. This new rifle was designated the AR-18, and Armalite pinned nearly all of its hopes for financial success on the new gun. (Although the AR-18 was marketed after Stoner had left the Armalite Company, according to Burton T. Miller, who was the vice president of Armalite during this time, Stoner was nevertheless responsible for much of the development of the AR-18 before its introduction, having taken part in the development of the AR-16.)

Due to its being chambered for the more compact .223 cartridge, the AR-18 was slightly shorter than the AR-16. But it continued the overall construction design of mostly sheet-metal stampings that were easy and cheap to produce. Internally, the gun employed a gas piston similar to that of the Soviet Tokarev to move the bolt and its carrier rearward, in the process keeping the trigger group clean of powder residue, a fact that gave the AR-18 the potential to be slightly more reliable than the AR-15, and most certainly making cleaning and maintenance of the rifle easier. Unlike the AR-15, which had a large recoil spring in the stock, the AR-18 used twin recoil springs and guides located within the rear of the receiver; this made possible a folding stock (and later bullpup designs when this system was adopted by other rifles).

Soon this new rifle was in competition against its AR-15 sister in military trials around the world. Although it is arguable whether the AR-18 was a better rifle than the AR-15, one thing is almost certain: the AR-18 never really got a fair trial against its competitor during U.S. military trials. This was because of a disastrous business arrangement Armalite made in selling the manufacturing rights of the new rifle to the Howa Machinery Company of Nagoya, Japan.

Sadly for both companies, this coincided with the Japanese government's efforts to force an end to the war in Vietnam. To bring pressure on those involved with the conflict, the Japanese government refused to grant an export license to Howa for the shipment of AR-18s to any country even remotely involved in the fighting. What appeared to be a lucrative market was suddenly out of reach to those wanting to sell and demonstrate the AR-18.

This problem was compounded when the U.S. Army started searching for a gun that would be even more reliable than the AR-15. One potential choice was the AR-18. The Japanese government's refusal to allow the guns out of the country left Armalite no choice but to supply the army with hand-built AR-18s from the Armalite factory, which were undoubtedly less reliable than those produced at the Howa plant. Thus both firms both missed yet another chance. The U.S. Army became committed to purchasing the more expensive—but readily available—AR-15 manufactured by Colt. (And by the time the Vietnam War was over, the U.S. military was fully committed to the AR-15, which pretty well had all the bugs worked out of its design and was as reliable as anyone could ever have hoped for, far outperforming most similar rifles that were available.)

### Testing the AR-18

Exactly why the few AR-18s produced by hand at Armalite for limited testing by the U.S. military failed to live up to expectations is a matter of some debate. Armalite had earlier arranged for exhaustive tests by the independent H.P. White Laboratory in Belair, Maryland, which verified Armalite's claims that the AR-18 was both tough and reliable. Yet this wasn't the result seen in the military tests subsequently conducted by the U.S. Army. What was going on?

Some Armalite officials later claimed these tests were less than fair, again suggesting that the army was protecting its new rifle just as it had earlier done with the M14. According to Burton T. Miller, some tests the army conducted with the 10 available AR-18s employed the wrong type of ammunition and a defective magazine. If so, this undoubtedly resulted in failures of the rifle because ammunition was fed poorly into the chamber.

To make matters intolerable, the Japanese

# Exhibit E


COLT DEFENDER
SERIES 90
GUNS
INTRODUCTION
JIM SUPICA

Published by TAJ Books 2005
Reprinted 2006

27, Ferndown Gardens,
Cobham,
Surrey,
UK,
KT11 2BH

www.tajbooks.com

Copyright ©2005 Taj Books Ltd

Copyright under International, Pan American, and Universal Copyright Conventions. All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage-and-retrieval system, without written permission from the copyright holder. Brief passages (not to exceed 1,000 words) may be qouted for reviews.

All notations of errors or omissions (author inquiries, permissions) concerning the content of this book should be addressed to TAJ Books 27, Ferndown Gardens, Cobham, Surrey, UK, KT11 2BH, info@tajbooks.com.

ISBN 1-84406-056-X Paperback
ISBN 1-84406-064-0 Hardback

Printed in China.
2 3 4 5 09 08 07 06

the Arisaka, and so forth. The Springfield '03 was still widely issued to American forces, but in the decade preceding the outbreak of hostilities, the U.S. army had been first testing competing designs of semi-auto rifles, and then proceeding with manufacture and issue of the pattern deemed best.

The U.S. M-1 Garand in .30-06 caliber was without question the finest full power rifle fielded in WWII. Instead of a fixed or detachable box magazine, it was loaded with 8 rounds held in a metal clip. When the last round was fired, the clip was automatically ejected with the action remaining open for quick insertion of another loaded clip. It was rugged, reliable, and powerful.

Germany also was developing a mid-range shoulder weapon, but with a different intent. They sought a detachable magazine rifle that would fire a reduced power cartridge and would be controllable and effective in full-auto firing mode, with more range & power than a sub-machine gun. The resulting MP-43 filled the bill, but was developed late in the war. The concept was one which would survive the conflict – the Germans called the weapon a "Sturmgewehr", loosely translated as "assault rifle".

Most military establishments hesitated to "downsize" the power and range of their primary rifles in the early Cold War years. The semi-auto detachable magazine concept was an



*The Luger represented a design advance in auto-pistols, and served as a military sidearm for Germany and other countries in the first half of the 20th Century. Shown here are scarce long-barreled variations. Photo by Jim Supica, ArmchairGunShow.com.*

It was also heavy. The army sought a weapon that was more accurate and powerful, and had a longer range than a pistol, but which was lighter and handier than the full size rifle, intended primarily as a secondary weapon for tankers, artillery crews, and personnel who were not in a primary combat role. This role was ably filled by the M-1 Carbine, a semi-auto accepting a 15 round detachable box magazine. It fired a new straight-wall cartridge, midway in power between the pistol and the full sized rifle.

**Right:** *Firearms history is replete with odd & unusual designs. From top: Unwin knife pistol, ca. 1860's; cane pistol w/ bayonet, ca. mid-19th Century; tiny 2.7mm Kolibri auto-pistol, shown with silver dollar for scale, early 20th Century; U.S. military WWII "Liberator" single shot sheet metal .45 acp pistol, designed to be dropped to partisan forces behind enemy lines and intended as a "use a gun to get a gun" one-use weapon to kill an enemy soldier to acquire his more-effective weapon. Photo by Jim Supica, ArmchairGunShow.com.*



*Examples of rare 20th Century military rifles include the Pedersen semi-auto (top), an early competitor of the Garand; and a Chinese Mukden bolt action Mauser pattern rifle. Photo by Jim Supica, ArmchairGunShow.com.*

obvious success, and there was something to be said for full-auto capability. A series of full power "battle rifles" were introduced to meet this need – the FN-FAL and the Heckler & Koch G3 being two patterns that were widely adopted. The U.S. developed a Garand look-alike with detachable magazine and full-auto capability, the M-14.

However, the assault rifle concept wouldn't go away. The Soviet Union accepted the lower power round idea in it's fixed magazine semi-auto chambered for an intermediate power 7.62 x 39 mm round in 1945, the SKS, which saw wide distribution and production in Soviet client states, and enjoys popularity in the post-cold war US as an inexpensive semi-auto military surplus rifle.

They followed two years later with what would become probably the most widely produced military long arm design in history, and the quintessential assault rifle – the Kalashnikov designed AK-47, in the same caliber.

The AK-47 is a select fire (semi-auto or full-auto) carbine size weapon with a detachable 20 or 30 round box magazine. It has a well-deserved reputation for relatively cheap production, and for reliability even in the most adverse environments, or when used by under-trained indigenous forces who may neglect maintenance. It makes extensive use of sheet metal stampings in its construction, with a simple wooden buttstock with pistol grip.

The U.S. version of the assault-weapon configuration was introduced in 1963, originally known as the AR-15 and XM-16 designed by Eugene Stoner. It was ultimately adopted as the M-16 manufactured by Colt. It is chambered for the 5.56 Nato round, a military twin of the .223 Remington cartridge, and takes a detachable box magazine of 20 or 30 rounds. The rear sight is mounted on a distinctive integral carrying handle, and the stock and handguard are made of black synthetic material.

Initial reviews of the M-16 were mixed. A combination of an improper type of powder used in cartridge manufacture and a mistaken belief that maintenance could be neglected resulted in some early failures in the field. Some in the military establishment resisted a .22 caliber round for combat, dismissing it as a "poodle shooter".

This concern may be understood by reviewing a statistic commonly used to summarize a cartridge's power level – the

# Exhibit F

# The Gun Digest® Book of ASSAULT WEAPONS

**Jack Lewis**
U.S. Marine Lt. Col. USMCR (Ret.)
**Robert K. Campbell**
**David Steele**



**7th Edition**

**Test Fire Reports:**

- Full-Auto Rifles
- Submachine Guns
- Riot Shotguns
- Sniper Rifles
- Special Ops Guns

CHAPTER 6

# THE AK VERSUS THE AR

## A Hard Look at What May Be the Modern World's Two Most Often Used Tools of Warfare!

**WHEN IT COMES** to a comparison of the world's premier battle rifles, it is interesting to consider where and perhaps why they originated. A great influence where the Russians were concerned lay in the fact that their World War II semi-automatic rifle program had been less than successful. Only when the SKS, firing an intermediate-power cartridge, was adopted was the program considered any sort of a plus.

The United States, on the other hand, had the viable M-1 Garand. The success of this particular model – by design and in battle – colored our national thinking for decades.

However, both major powers recognized the obvious fact that static defense and warfare favoring static defenses was a thing of the past. Rapid deployment forces and superior firepower were then thought to be the watchwords of the future. Lighter weapons – most with the capability of full-automatic fire – would become the order of the day. Each nation apparently adopted this doctrine...but in different vehicles. The U.S. continued development of the M-1 Garand until it emerged as the M-14, a full-size, full-power rifle equipped with a detachable box magazine. The Russians adopted a rifle that was based largely on the German MP 44. The Russians liked the AK's firepower above all. The AK-47, the most popular of the various models, features a 30-round magazine and could be fired in the full-auto mode. The piece was – and is – designed to allow great reliability, which means that the parts are fitted loosely!

In the U.S., the M-14 was regarded as a good rifle, but experiments showed the rifle was not controllable in the full-auto mode. The heavy-barreled M-15, fitted with a bipod, then was suggested as a successor, but was not considered an efficient battle tool for full-automatic fire. Thus, controversy erupted between those who advocated rapid but accurate semi-auto fire and the emerging doctrine of firepower over accuracy. The situation remained static until events in Vietnam caused the U.S. military powers to consider an alternative weapons system.




The Saiga rifle is a beefed-up AK firing a 308 cartridge. The safety is up and on, locking the bolt. In the down position, the rifle is ready to fire. Campbell contends this is certainly not the handiest of modern battle rifle safeties.

In the Russian armed forces, the AK-47 did not replace Soviet machine guns at first, but it was noted that the AK utilized technology developed in the design and ultimate production of the successful PPSh-type 7.62mm Tokarev weapons. In this operation, metal stampings took the place of carefully machined parts. This approach made for an inexpensive weapon that could be mass-produced readily and quickly.

The bores of the early AKs were hard-chromed largely because of the previous Russian experience with poor quality ammunition and corrosive effects caused by inferior gun powder.

"While the AK may not invite close tolerances, it is not sloppy," according to Robert K. Campbell, who has made a study of the weapon. "Parts do not wear quickly to produce eccentric surfaces."

Campbell adds that "a parallel may be found between Armalite and Glock. The original Armalite corporation was unknown for weaponry, but wished to introduce aluminum into battle rifle production. At roughly the same time, Glock was entering its first venture in the firearms field by using a polymer frame. Both efforts, of course, have been successful. Even then, the AR-15 rifles and ultimate clones were produced on the newest machinery which was used to full advantage. However, the AR cartridge was designed to be more lethal than that fired from the AK."

Another then unique feature of the AR was the gas system. This rifle does not utilize a separate gas piston as does virtually every other gas-operated rifle in existence. Instead, the late Gene Stoner – a long-time friend of Jack Lewis prior to the inventor's passing – designed the rifle to deflect gas into a chamber in the bolt assembly.

"In one regard, the bolt is the action piston," Campbell soon learned. "This system has the advantages of low recoil impulse and high accuracy. A trade-off is that the system must be kept clean for proper function. Today, the M-16 variants all feature chrome-lined barrel and chamber surfaces. Problems in function with early rifles were answered with this chroming process."

In comparing the two types of rifles, one must realize that the AR-15 design arrived on the scene somewhat later concept-wise than the AK and is a somewhat fresher creation. The philosophies of the countries building these rifles also are evident in the production facilities needed to produce either rifle. State-run mega-factories appear best at producing the AK, while a good AR can be built by relatively small companies equipped with good CNC machinery. The technical differences of the two certainly exist on paper, but the real deal is how each rifle of its type handles and shoots. Thus, a comparison of the two rifles was undertaken by Bob Campbell to determine just how they stacked up against each other.

"In fairness, one must recognize the fact that there are many variants of either type rifle. I could have matched a precision-grade AR against perhaps a Krebs custom AK, or I could have chosen an Armalite version with optical sights and lorded it over the AK. I could have built up one or the other, but I opted for good but not extraordinary gear," Campbell explains. "The AR was ably represented by a Bushmaster carbine. The AK was a Century Arms variant with a folding stock."

It perhaps should be noted that the AR actually was the personal rifle of Campbell's son and had been fitted with a Vitor stock.

In comparing weights of the two combat-ready contenders, average weight of the loaded AR types was established as being about 7.5 pounds. The AK, carrying a loaded magazine as well, came in at 9.5 pounds. The Bushmaster used in the test had a 16-inch barrel, while the tube of the AK was 17 inches.

"The first question about the two weapons involved their handling qualities. To me, the AR



The AR-15 system, as exemplified by this Bushmaster carbine, is touted as being among the most ergonomic rifles ever fielded. It is considered to be user-friendly.



Campbell feels that cheek weld with the AR rifle is excellent. The sights come to the eye as the rifle is shouldered, the fore-end offering a comfortable grip.



The sight radius of the AK is shorter than that of the AR and the rear sight is much farther from the eye than with the AR sights. Proper hold can be uncomfortable.



The safety on the AK-47 tested illustrated the belief that the device is less than user friendly. Moving it in either direction is somewhat demanding.

felt better, offering the shooter confidence during quick movements, although the support hand felt cramped, when gripping the rifle's fore-end.

"I got the feeling," said Campbell, "that the AK was designed to be used by smaller people, but the Russians are by and large comparable in size to Americans. The forend of the AR has much more area for comfortable hand placement."

Campbell also felt that cheek weld with all of the AK variants he has tried over the years becomes more difficult than with the AR. "Some fellows with long arms must bend their wrist uncomfortably to hold the AK," the investigator reports. "This results in a slightly cramped grip. The three-position stocks available for the AR make firing with body armor relatively comfortable and allows the rifle to be carried comfortably. Truth is, the AK is less ergonomic than the AR."

In making the piece ready to fire, the cocking handle of the AR is easily actuated with either hand. Campbell says the AK is not difficult to make ready, but is less handy than the AR in this respect.



Bob Campbell insists the AR safety is among the most positive ever designed. Easy to manipulate, it offers rapid handling with a high degree of safety.

"With the AK, the bolt is cocked easily with the right hand in most cases, but the left hand is clumsy in coming over the top of the receiver to cock the rifle. The AR system is friendlier," Campbell contends.

He also feels that the AR safety is leagues ahead of anything else in current use. The safety lies under the thumb in a positive position for operation. Thus, the thumb can make the rifle safe in one quick, sweeping motion.

"The AK safety is a long lever mounted on the right side of the receiver. This lever resembles the safety of the Remington Model 8 and is no handier," according to Campbell. "The lever blocks the bolt when in the upper position and it requires the firing hand to be removed from the firing grip to manipulate the safety. The weak hand may travel over the top of the receiver to handle the safety, but this is a poor tactic.

"The safety of the AR-15 is much superior to that of the AK-47 in every way," is the evaluation on that score.

"Trigger compression for both types of rifles is probably close to equal," Campbell opines. "Both use military-style triggers that are neither light nor crisp. The Bushmaster trigger is the equal of any commercial offering, but the Century AK, while abrupt, was usable. Either trigger guard is suitable for gloved-hand use, although the AK is more generous."

Campbell found the sights of the AR much better for accurate fire at short, medium and long range, but especially at longer ranges. "The open sights of the AK simply do not allow the positive, quick sighting of the AR-type rifle. The aperture sight of the AR-15 quickly centers the eye."

Campbell feels a concern that must be addressed by law enforcement officers and citizen shooters is the fact that the AR tends to shoot low at close range. This is common to all military rifles, but the need to place the sights of the AR far above the bore adds to the problem.

"In a hostage situation, at up to 10 yards, a center hold on the forehead of a hostage taker could result in a shot to the hostage. As an example, if the hostage taker is holding your wife from behind in a take-over robbery and you take a dead-on center of the forehead hold and proceed to do business, the bullet will strike about in her clavicle. This is not something the designers were concerned with in coming up with a battle tool, but anyone using an AR for personal defense must understand this issue. The AK is slightly less offensive in this regard."

As for changing magazines, Campbell feels the AK is dated. "Robust and reliable, true, but the magazine is more difficult to change quickly than with the AR"

The AK magazine catch is located forward of the trigger guard and is actuated while the magazine is swung out and now. A new magazine is grasped, and then literally rocked into the receiver.

"The AR system is much smoother. A push of the magazine release allows the spent magazine to fall free. Since the magazine well extends below the bolt, it acts as a funnel to allow the magazine to be seated quickly. The ability of a soldier to keep up a barrage of fire is much greater with the AR."

Campbell also found that in firing, the AK recoil is greater than that of the AR. He says that neither rifle is uncomfortable or difficult to handle, but the AK-47 offers greater recoil. He found the sound of the fired cartridge is louder than that of the AR-15.

"As for reliability, the AK-47 has the mechanical and practical advantage," the investigator found. The gas cylinder of the AK-47 sits above the barrel and is cleaned and serviced easily. The gas tube is fairly large, affording much leverage in operation. The AR-15 has what is termed a gas impingement system. Gas alone works the bolt and there is no gas cylinder.

"There is an economy of manufacture realized by eliminating the gas cylinder and piston," Campbell says, "and the system also allows better stability and accuracy. At the same time, though, unburned powder may blow into the chamber causing carbon to form upon the gas port channel. The system demands clean-burning ammo or a malfunction may occur in less than 1,000 fired rounds."

The AR is assembled with closer tolerances than the AK and this is reflected in the AR-15's greater accuracy. This rifle was designed to allow quick, easy maintenance and troops in combat situations sometimes strip and clean the rifle several times a day.

"However, judicious use of hard chrome and ammunition development have done much to make the AR-15 series a much more reliable rifle than was the case with the original issue. In a worst case scenario, the AK is the more reliable beast, but the AR is certainly a reliable system."

During his evaluations, Campbell fired the AK in several positions, including offhand, in the under-the-arm unaimed position, kneeling and prone. He found it less well balanced than the AR, but feels a seasoned shooter could perform acceptably in most combat situations. "An exception was firing from the prone position, since the length of the extended magazine makes firing difficult."



For rapid reloading with a fresh magazine, one simply has to push the magazine release button and the empty falls out, saving seconds in the process.



Here the Bushmaster has been outfitted with the ATN illuminated reticle scope. This scope can be set for 100, 200 and 300-yard targets by click adjustments.



After the magazine release has been pushed to its forward position, the magazine of the AK must be rocked out, requiring what may be precious extra seconds.



The fresh magazine must be seated with a repeat of the rocking motion, then one must be certain that it is locked securely into the rifle's magazine shallow well.

Campbell contends that the AK is the less accurate rifle, but adds that this accuracy deficit involves more than one facet. He says the rifle did not group well off the bench as did the AR and in rapid-fire, maximum-speed drills, the AK did not equal the AR.

"I think that while we realize the AR is the more accurate system overall, we must also give the devil his due. The AK is not a bad system and can be used credibly. A difficulty in achieving the best results with the AK is the issue sights. The AK uses open sights that are a bit tighter than the buckhorn sights found on lever-action rifles, but they are not precise by any measure. The rear sight ranges from a U to a V, depending upon the date of issue and the manufacturer, while the front sight is a simple post."

The rear sight of the AR-15 features two aperture settings, the larger aperture being for close-range combat shooting, while the other opening is meant for long-range precision fire.

"In firing the rifles, I found that if I shot 10 to 20 rounds rapid-fire at ranges from 10 to 100 yards, the groups from the AR would be half the size of those from the AK. I also found that I tended to concentrate on the AR sights more closely. One tends to use the AK as designed: as a bullet hose! It will lay down a lot of firepower pretty quickly," Campbell found.

As for absolute accuracy, Campbell could not resist the comparison. "I used surplus-grade 'burner' ammo for most of the firing tests with good results. Wolf Ammunition's 62-grainer was used in the Bushmaster, while the 122-grain HP load from the same importer was fired in the AK.

"There were no malfunctions of any type in either rifle. I then used upscale loadings designed to give the top accuracy in each rifle. The results were unremarkable. The AK did not benefit from top-quality ammo nearly as much as did the AR. For the Russian rifle, I used 7.62x39mm top-quality loads from Cor-Bon and they



To reload the AR, one simply thrusts a magazine into the magazine well and it locks in. This allows for extremely rapid replenishment of 5.56mm ammunition.



Campbell says he is happy to have both of the rifles in the family. If he could afford only the AK, he would make do, but would hope to buy the AR soon!

## Accuracy Results

Five-shot 100-yard groups measured from outside to outside of the most distantly spaced bullet holes.

| Bushmaster 5.56mm (16-in. bbl.) | |
|---|---|
| **Load** | **Group size (inches)** |
| 62-grain Wolf Ammunition | 2.0 |
| 55-grain Winchester USA ball | 1.8 |
| 64-grain Winchester JSP | 1.5 |
| 55-grain Cor-Bon JSP | 1.4 |
| 60-grain Black Hills | 1.5 |
| 77-grain Black Hills | 1.3 |

| Century Arms AK-47 7.62x39mm (17-in. bbl) | |
|---|---|
| **Load** | **Group size (inches)** |
| 124-grain Norinco ball | 4.5 |
| 122-grain Wolf Ammunition | 3.65 |
| 123-grain Federal American Eagle | 3.75 |
| 124-grain Winchester USA | 3.6 |
| 125-grain Cor-Bon JHP | 2.9 |
| 150-grain Cor-Bon JSP Hunter | 3.25 |



This Bushmaster carbine has been fitted with KNS precision sights. Note that the cocking handle is handy for use by either hand. In pure function, Bob Campbell considers the AR variants as the premier among current battle rifles.

seemed to improve the ballistic effect, making it a respectable ranch or personal defense weapon. However, in the matter of accuracy, it will require another system to show the 7.62x39 rifle in a different light.

Campbell feels that the Russian battle tool is colored by World War II experience. House-to-house fighting in Stalingrad and other cities showed that firepower often decided the battle's outcome. In such environs, accuracy beyond 300 yards meant little.

The AK does not require a great deal of training. Soviet human resources certainly should never be underestimated, but diverse groups from all over the world have been able to learn to fire and maintain the AK-47 quickly.

The United States Army fought the same war against the same enemy in Europe, but came to different conclusions. Americans of that era were generally fine shots, since our freedoms allowed us to use firearms and become proficient with them.

The M-16/AR-15 is not the highly accurate long-range rifle that was the M-14, but it is more accurate than the AK and most of its clones. Campbell considers the M-16 a model of human engineering, noting that the Soviets favored a mechanized unit, whereas Americans still counted on infantry foot soldiers, so light weight and self-sufficiency were important. The AR-15 was developed to meet that need.

Which rifle does Bob Campbell prefer?

"I like the AK," he says. "It is a reliable rifle, an ideal centerfire plinker and an important part of history. But the AR would be my first choice in battle."



Gabriel Suarez, at his Arizona shooting school, shows that in the hands of a trained operator and from a solid firing position, the AK-47 is effective.

# Exhibit G

UNCLASSIFIED

| AD NUMBER |
| --- |
| AD343778 |
| **CLASSIFICATION CHANGES** |
| TO: unclassified |
| FROM: confidential |
| **LIMITATION CHANGES** |
| TO: Approved for public release, distribution unlimited |
| FROM: Distribution authorized to U.S. Gov't. agencies and their contractors; Administrative/Operational Use; 31 JUL 1962. Other requests shall be referred to Defense Advanced Research Projects Agency, Arlington, VA. |
| **AUTHORITY** |
| 31 Jul 1974, DoDD 5200.10; DARPA per DTIC Form 55 |

THIS PAGE IS UNCLASSIFIED

CONFIDENTIAL

AD 343778

DEFENSE DOCUMENTATION CENTER

FOR

SCIENTIFIC AND TECHNICAL INFORMATION

CAMERON STATION, ALEXANDRIA, VIRGINIA

CONFIDENTIAL

NOTICE: When government or other drawings, specifications or other data are used for any purpose other than in connection with a definitely related government procurement operation, the U. S. Government thereby incurs no responsibility, nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use or sell any patented invention that may in any way be related thereto.

NOTICE:

THIS DOCUMENT CONTAINS INFORMATION AFFECTING THE NATIONAL DEFENSE OF THE UNITED STATES WITHIN THE MEANING OF THE ESPIONAGE LAWS, TITLE 18, U.S.C., SECTIONS 793 and 794. THE TRANSMISSION OR THE REVELATION OF ITS CONTENTS IN ANY MANNER TO AN UNAUTHORIZED PERSON IS PROHIBITED BY LAW.

AS AD No. 343778

CONFIDENTIAL

ADVANCED RESEARCH PROJECTS AGENCY
Washington 25, D. C.

20 August 1962

To: Addressees
From: OSD/ARPA

Subject: Field Test Report, AR-15 Armalite Rifle
Enclosure: Final Report, OSD/ARPA Research and Development Field Unit - Vietnam

TISIA D

1. The AR-15 Armalite rifle has been subjected to a comprehensive field evaluation under combat conditions in Vietnam. The results of this evaluation, contained in the attached report, are forwarded for your information.

2. Because of the controversy which has surrounded this weapon, particular care was exercised to insure that the tests were objective, thorough and adequately documented, and to insure that valid data and conclusions were derived therefrom.

3. The suitability of the AR-15 as the basic shoulder weapon for the Vietnamese has been established. For the type of conflict now occurring in Vietnam, the weapon was also found by its users and by MAAG advisors to be superior in virtually all respects to the - a. M-1 rifle, b. M-1 and M-2 Carbines, c. Thompson Sub-machine gun and d. Browning Automatic rifle.

4. Test data derived from recent Service evaluations of the AR-15 in the U.S. support the technical conclusions of the report. The Central Intelligency Agency has conducted similar tests; it is understood that the results of that evaluation are essentially identical to those contained in the report.

5. Photographs 7 and 8, Appendix D, pictures of Viet Cong KIA showing the wound effect of the AR-15 bullet, were deleted from the attached report by this office.

6. The conclusions and recommendations of this report have been made available to COMUSMACV and CINCPAC by the originator and to DOD and CIA by OSD/ARPA.

R. C. Phelps
R. C. Phelps
Asst Director, for AGILE

343778

Downgraded at 3 year intervals; Declassified after 12 years. DOD Dir 5200.10

CONFIDENTIAL

CONFIDENTIAL

RESEARCH & DEVELOPMENT FIELD UNIT
Advanced Research Projects Agency
Office of the Secretary of Defense
APO 143, San Francisco, California

MACRD 31 July 1962

SUBJECT: Report of Task No. 13A, Test of Armalite Rifle, AR-15 (U)

THRU. Commander (3)
U. S. Military Assistance Command, Vietnam
APO 143, San Francisco, California

TO: Commander in Chief, U. S. Pacific (3)
c/o Fleet Post Office
San Francisco, California

Advanced Research Projects Agency (3)
Office of the Secretary of Defense
The Pentagon
Washington 25, D. C.

1. (C) Forward herewith is the final report of the test of the Armalite Rifle (AR-15). It should be noted that the report proper in its present form reflects the views of the U. S. element of CDTC only. It is being handled in this fashion to avoid the inference that the Vietnamese, in seeking a newer weapon, might have influenced the recommendations in the report.

2. (C) However, combat evaluations in Vietnam are necessarily joint ventures and the results must be made known to appropriate GVN authorities. This report will now be coordinated with the Vietnamese element in CDTC and will be officially closed out as a combined report. It is thought that this is unlikely to

ARPA Cont. No. 1543

CONFIDENTIAL

CONFIDENTIAL

result in any substantive change in the report as now written.

1 Incl.
AR-15 Report w/5 Annexes

WILLIAM P BROOKS, JR.
Colonel, Arty
Chief

Copies furnished:
CHMAAG, VIETNAM (4)

DOWNGRADED AT 3 YEAR INTERVA[L]
DECLASSIFIED AFTER 12 YEARS
DOD DIR 5200.10

CONFIDENTIAL

CONFIDENTIAL

RESEARCH & DEVELOPMENT FIELD UNIT
Advanced Research Projects Agency
Office of the Secretary of Defense
APO 143, San Francisco, California

# REPORT OF TASK NO. 13A

# TEST OF

# ARMALITE RIFLE, AR-15 (U)

CONFIDENTIAL

REPORT OF TASK NO. 13A
TEST OF
ARMALITE RIFLE, AR-15 (U)

1. (U) REFERENCES.

a. (U) OSD Message, DEF 907037, DTG 122354Z December 1961.

b. (U) MACRD Message 367, DTG 050203Z June 1962.

c. (U) US Army Infantry Board Report of Project 2787, 27 May 1958, Subject: Evaluation of Small Caliber, High Velocity Rifle - Armalite (AR-15).

d. (U) Final Report, Lightweight High Velocity Rifle Experiment, US Army Combat Development Experimentation Center, Fort Ord, California, dtd 30 May 1959.

e. (U) Evaluation Report of the Colt Armalite AR-15 Automatic Rifle, US Air Force Marksmanship School, Lackland AFB, Texas, dtd 22 September 1960.

f. (U) Report No. DPS-96, A Test of Rifle, Caliber .223, AR-15, Aberdeen Proving Ground, Maryland, dtd 9 January 1961.

g. (U) Fourth Report on the Test of the US Carbine, Cal. .30, M1, ORD Program #4972, Aberdeen Proving Ground, Maryland, dtd 13 Aug 1942.

h. (U) First Report on Test of Production Models of the Carbine, Cal .30, M2, ORD Program #4972, Aberdeen Proving Ground, dtd 1 Aug 1945.

i. (U) US Army Infantry Board Supplemental Report of Project No 2787, "Evaluation of Small Caliber, High Velocity Rifles - Armalite (AR-15)", dtd 13 August 1958.

2. (C) PURPOSE.

The purpose of this test was to determine if the AR-15 Rifle is compatible with the small stature, body configuration and light weight of the Vietnamese Soldier and to evaluate the weapon under actual combat

conditions in South Vietnam. At the request of MAAG, Vietnam, the scope of the test was expanded to include a comparison between the AR-15 and the M2 Carbine to determine which is a more suitable replacement for other shoulder weapons in selected units of the Republic of Vietnam Armed Forces (RVNAF).

3. (U) DESCRIPTION OF MATERIEL:

The AR-15 Rifle is a lightweight, gas-operated rifle equipped with a 20-round, detachable magazine. It is chambered for Cartridge, Caliber .223. When fired in the rifle, this round gives the 55 grain bullet a muzzle velocity of 3200 feet per second. It has a plastic stock with a rubber butt, assembled in line with the bore. This, in conjunction with its high line of sight and separate hand grip, is designed to minimize rotation about the shoulder during firing. The two piece upper hand guard is made of metal and plastic and is designed for easy disassembly and rapid dissipation of heat. A lever above the grip on the left side of the receiver provides a selector for the trigger safety, semi-automatic and automatic fire. A bolt catch holds the bolt to the rear after the last round has been fired. A cover is provided for the ejection port in the receiver. A three-pronged muzzle attachment, threaded to the barrel, serves as a flash suppressor, grenade launcher, and a front support for a bayonet. The lower part of the front sight is machined to form a bayonet lug. Standard accessories include: Bayonet w/scabbard; bipod w/case; grenade-launching sight; and a cleaning rod. Photographs of the weapon appear in Annex "D".

4. (C) BACKGROUND.

a. (U) The problem of selecting the most suitable basic weapon for the Vietnamese soldier is complicated by his small stature and light weight. The average soldier stands five feet tall and weighs ninety pounds. Principle US weapons presently issued to Vietnamese troops include the M1918A2; the Thompson Sub-Machine Gun, Caliber .45; and the US Carbine, Caliber .30, M1.

b. (U) Because of its availability and the results of extensive studies and previous testing by military agencies, the Colt Armalite AR-15 Rifle was selected in July 1961 as the most suitable weapon for initial tests. This weapon was developed by the Armalite Division of Fairchild Aircraft Corporation to meet the military characteristics for a lightweight rifle utilizing the high velocity small caliber principle. It was first tested by the US Army Infantry Board in 1958 (Ref 1.c.). Since then, the weapon

and its ammunition have undergone extensive engineering and service tests by: Aberdeen Proving Ground; the Combat Development Experimentation Center, Fort Ord, California; and the US Air Force at Lackland Air Force Base, Texas, (Refs 1.d., 1.e., 1.f.). The rifle, with several modifications resulting from these tests, is presently being manufactured by Colt's Patent Firearms Manufacturing Company, Hartford, Connecticut. (Prior to completion of this report, the U. S. Air Force adopted the AR-15 as its basic shoulder weapon, replacing the M2 Carbine, the Browning Automatic Rifle and the M3 Sub-Machine Gun).

c. (C) Based upon favorable observations of the AR-15 by both US Advisors and RVNAF Commanders following limited firing demonstrations conducted in Vietnam during August 1961, weapons were requested in numbers sufficient to conduct a full scale combat evaluation of the AR-15 by selected units of the RVNAF. In December 1961, the Secretary of Defense approved the procurement of 1000 AR-15 Rifles, necessary ammunition, spare parts and accessories for evaluation.

d. (C) OSD/ARPA negotiated a contract with the firm of Cooper-MacDonald, Inc., Baltimore, Maryland, for procurement and air shipment of all materiel. The first shipment was received on 27 January 1962 and subsequent increments arrived approximately every three weeks until the contract was fulfilled on 15 May 1962. Operational evaluation and testing began on 1 February and terminated on 15 July 1962.

5. (C) SUMMARY OF TESTS:

a. (C) General.

(1) (C) To accomplish the stated purpose of this test, it was divided into two parts. One part was a combat evaluation of the AR-15 in which the weapons were issued to specially selected ARVN Units for use in their operations against the Viet Cong. Along with the rifles and ammunition, Vietnamese Unit Commanders and US Military Advisors were given weapon preference and operational questionaires and requested to complete and return them after training and combat use of the AR-15. Samples of these questionnaires appear as Appendices 1, 2, and 3 of Annex "A".

(2) (C) The other part of the test consisted of a comparison between the AR-15 Rifle and the M2 Carbine. Areas in which the two weapons were compared included: physical characteristics; ease of disassembly and assembly; marksmanship ability at known distances, semi-automatic and automatic fire; markmanship ability at unknown distances, semi-

automatic and automatic fire; ruggedness and durability; adequacy of safety features; effects of open storage in a tropical environment; ability to penetrate dense brush and heavy foliage; and, the individual Vietnamese soldier's preference between the two weapons.

b. (C) Results, Combat Evaluation.

(1) (C) For detailed report see Annex "A".

(2) (C) Summary. The Vietnamese Unit Commanders and US Advisors who participated in the evaluation consider the AR-15 Rifle to be a more desirable weapon for use in Vietnam than the M1 Rifle, BAR, Thompson Sub-Machine Gun, and M1 Carbine for the following reasons:

(a) (C) It is easier to train the Vietnamese troops to use the AR-15 than the M1 Rifle, BAR, M1 Carbine, or the Sub-Machine Gun.

(b) (C) The AR-15's physical characteristics are well suited to the small stature of the Vietnamese soldier (see photographs 1 and 2, Annex "D").

(c) (C) It is easier to maintain the AR-15 both in the field and in garrison than the M1 Rifle, BAR, Sub-Machine Gun, or the M1 Carbine.

(d) (C) The ruggedness and durability of the AR-15 are comparable to that of the M1 Rifle and superior to that of the BAR, Sub-Machine Gun, and M1 Carbine.

(e) (C) The AR-15 imposes less logistical burden than any of the four principal weapons presently being used by Vietnamese Forces.

(f) (C) The AR-15 is tactically more versatile than any present weapon being used by Vietnamese Forces.

(g) (C) In semi-automatic fire, the accuracy of the AR-15 is considered comparable to that of the M1 Rifle, and superior to that of the M1 Carbine.

(h) (C) In automatic fire, the accuracy of the AR-15 is considered comparable to the Browning Automatic Rifle and superior to the Sub-Machine Gun.

c. (C) Results, Comparison Test of the AR-15 Rifle and the M2 Carbine.

(1) (C) For detailed report see Annex "B".

(2) (C) Summary:

(a) (C) Test #1, Comparison of physical characteristics

(i) (C) The AR-15 is comparable to the M2 Carbine in size and weight.

(ii) (C) The addition of an integral grenade launcher, telescope mount, and an accessory bipod the AR-15 Rifle capabilities that the M2 Carbine does not possess at present and attainment of which would require modification of the weapon (see photograph 3, Annex "D").

(iii) (C) Both the AR-15 and the M2 Carbine are compatible with the light weight and diminutive stature of the Vietnamese soldier (see photographs 4 and 5, Annex "D").

(b) (C) Test #2, Comparative ease of disassembly and assembly.

(i) (C) The AR-15 is simpler than the M2 Carbine and requires less time to disassemble and re-assemble for normal field cleaning (see photograph 6, Annex "D").

(ii) (C) The average Vietnamese soldier can be trained in the disassembly and assembly of the AR-15 in less time than for the M2 Carbine.

(c) (C) Test #3, Marksmanship ability, known distance.

(i) (C) The ARVN soldier's ability to deliver accurate semi-automatic fire at known distances up to 200 meters with the AR-15 and the M2 Carbine is comparable. (It is noted that a higher percentage of test participants fired qualifying scores with both the AR-15 and the M2 Carbine than with the M1 Rifle.)

(ii) (C) The ARVN soldier can deliver far more accurate automatic fire at known distances up to 200 meters with the AR-15 than he can with the M2 Carbine.

(d) (C) Test #4, Marksmanship ability, unknown distance.

(i) (C) The ARVN soldier's ability to deliver accurate semi-automatic fire on targets of unknown range using the AR-15 and the M2 Carbine is comparable.

(ii) (C) The ARVN soldier can deliver more accurate automatic fire on targets of unknown range with the AR-15 than he can with the M2 Carbine.

(e) (C) Test #5, Comparative ruggedness and durability

(i) (C) The AR-15 is more durable than the M2 Carbine under conditions that require prolonged firing.

(ii) (C) The AR-15 will stand up to rough handling normally encountered in combat situations better than the M2 Carbine.

(f) (C) Test #6, Comparison of the adequacy of safety features.

(i) (C) The safety features on the AR-15 and the M2 Carbine are comparable with regard to their adequacy and the ARVN soldier's ability to understand how they function.

(ii) (C) The location of a single selector switch, which combines the functions of safety and type of fire selector, on the left side of the AR-15's receiver where it is easily accessible to the thumb, enables the ARVN soldier to get the first round off faster with the AR-15 than he can with the M2 Carbine. He must manipulate the safety selector on the M2 Carbine with his trigger finger, then return it to the trigger to fire. With the AR-15, he can keep his finger on the trigger while manipulating the safety selector with his thumb.

(g) (C) Test #7, Effects of open storage in a tropical environment.

(i) (C) The functioning capability of the AR-15 is less affected by prolonged exposure to tropical weather than that of the M2 Carbine.

(h) (C) Test #8, Brush penetration

(i) (C) The trajectory of the AR-15 bullet is not significantly affected when fired through dense underbrush at ranges up to 50 meters.

(ii) (C) The AR-15 round will penetrate jungle undergrowth equally as well as the M2 Carbine round at ranges up to 50 meters.

(i) (C) Test #9, Troop opinion poll

(i) (C) The great majority of the ARVN soldiers who participated in the comparison test prefer the AR-15 to the M2 Carbine.

6. (C) DISCUSSION:

a. (C) The extremely mobile type of offensive warfare being stressed by US Advisors in Vietnam and the small stature and light weight of the Vietnamese soldier place a high premium on small, lightweight weapons. In addition, the violent short clashes at close ranges which are characteristic of guerrilla warfare in Vietnam make it highly desirable to have a dependable weapon capable of producing a high rate of accurate and lethal full automatic fire.

b. (C) From the viewpoint of standardization and simplicity of training and the resultant long range reduction of the logistics burden, characteristics of existing weapons were studied to determine if a single weapon could be found that would meet the requirements for a basic shoulder weapon for Vietnamese troops. It is believed that such a weapon should encompass the following desirable characteristics of individual weapons:

(1) The effective range of the M1 Rifle.

(2) The light weight and small size of the M1 Carbine.

(3) The full automatic capability of the BAR.

(4) The simplicity of the SMG.

Other highly desirable, if not mandatory, features would include a bayonet, grenade launching and sniper capability.

c. (C) The AR-15 appeared to more nearly satisfy the above prescirbed characteristics than any other US weapon. The import of the AR-15 weapon/ammunition weight for units that conduct extended operations without normal resupply capabilities can be seen in comparing the 24 lb. weight of an M1 with a battle load of 220 rounds of ammunition with the 12 lb. weight of the AR-15 with 220 rounds. This weight difference equals approximately 430 rounds of AR-15 ammunition.

d. (C) The Comparison Test (Annex "B") shows the AR-15 to be distinctly superior to the M2 Carbine. Although the M2 Carbine is sufficiently light for use by the Vietnamese soldier, it does not possess the essential characteristics of a basic weapon for offensive warfare. It lacks the effective range of the M1 Rifle and has a high malfunction rate (Ref 1. e. and 1. h. ). However, it is apparently available and was considered by MAAG as the prime competitor against the AR-15.

e. (C) The Combat Evaluation (Annex "A") shows that all US Advisors and Vietnamese Commanders who participated in the evaluation prefer the AR-15 to any other weapon with which the RVNAF are now armed. The lethality of the AR-15 and its reliability record were particularly impressive. All confirmed casualties inflicted by the AR-15, including extremity hits, were fatal (see photographs 7 and 8, Annex "D"). The high degree of reliability and trouble-free performance of the weapon reflected in previous test reports (Ref 1. c., 1. d., and 1. f. ) was also noteworthy during the testing and evalutaion here. No parts breakage was encountered while firing approximately 80,000 rounds during the Comparison Test. Only two parts have been issued to date to replace breakage for the entire 1,000 weapons. Stoppages on the AR-15 are easily cleared by the individual soldier through the application of "immediate action".

f. (C) A thorough review of the numerous stateside AR-15 test reports referenced in paragraph 1 reveals nothing which would make the foregoing views unsound. The reported poor performance of the AR-15 under cold weather conditions is of no concern in Vietnam. The widely held view that the AR-15 operates poorly under rainy conditions was disproved in the weapon's second test by Aberdeen Proving Ground (Ref 1. f. ). Those results were confirmed here during field operations. No deficiencies in the weapon requiring correction prior to adoption were found during the test in Vietnam, although two minor changes are recommended for product improvement. These recommendations appear in Annex "C".

g. (C) The combat evaluation part of this test is somewhat subjective since it is based on the individual judgments of many users. It is

believed, however, that the professional judgments of the senior US Advisors and Vietnamese Commanders of the units testing the weapon, all of whom are mature, experienced soldiers, does provide for a sound combat appraisal.

h. (C) From an operational viewpoint, it is believed that the tests conducted in Vietnam show the superiority of the AR-15 over the M2 Carbine and over other weapons now issued to RVNAF. It is believed that the decision as to what units might be issued the AR-15 or which weapons the AR-15 might replace is dependent on cost and logistical factors which are beyond the purview of this unit.

7. (C) CONCLUSIONS: It is concluded that:

a. (C) The AR-15 is more compatible with the light weight and small stature of the Vietnamese soldier than the M1 Rifle, the Browning Automatic Rifle, and the Thompson Sub-Machine Gun.

b. (C) The AR-15 is superior to the M2 Carbine.

c. (C) The M2 Carbine lacks the necessary dependability and versatility for consideration as the basic shoulder weapon for Vietnamese troops.

d. (C) The AR-15 is capable of replacing any or all of the shoulder weapons currently being used by the Armed Forces of the Republic of South Vietnam.

e. (C) The AR-15 is considered by both Vietnamese Commanders and U.S. Military Advisors who participated in the tests as the best "all around" shoulder weapon in Vietnam.

8. (C) RECOMMENDATIONS: It is recommended that:

a. (C) The AR-15 be considered for adoption as the basic weapon for all RVNAF with a view toward improving effectiveness and simplifying training and weapons/logistics systems.

b. (C) Priority for adoption of the AR-15 be given to those units which frequently operate in jungle environment for extended periods, because

of the significant operational and logistical advantages accruing to their having the lightest and most effective weapon/ammunition combination available.

c. (D) The M1 and/or M2 Carbine continue to be issued only to those individuals who, because of their duty or position, can function effectively with a weapon best suited for a defensive role.

ANNEXES:

A. Combat Evaluation w/3 Appendices
B. Comparison Test
C. Suggested Corrective Actions
D. Photographs 1 through 8

ANNEX "A"

DETAILS OF THE
COMBAT EVALUATION OF THE AR-15

I. (C) GENERAL.

Selected Vietnamese Units which had previously been engaged in considerable combat were issued AR-15 Rifles and ammunition for use against the Viet Cong. In addition, each Unit Commander and US Military Advisor with these units was given questionnaires in which he was requested to evaluate the AR-15 in comparison with the other weapons presently used by the RVNAF. (See Appendices 1, 2, and 3 for samples of questionnaires.)

II. (C) DISTRIBUTION OF WEAPONS AND AMMUNITION.

| Unit | AR-15 Rifles | Ammunition |
|---|---|---|
| 7th Infantry Division | 100 | 50,000 rds |
| Rangers | 100 | 50,000 rds |
| Airborne Brigade | 390 | 195,000 rds |
| VN Marines | 100 | 50,000 rds |
| VN Special Forces | 100 | 50,000 rds |
| Special Battalions | 125 | 120,000 rds |
| 5th Infantry Division | 40 | 25,000 rds |
| Father Hoa | 10 | 10,000 rds |
| Total | 965 | 550,000 rds |

III. (C) DETAILS OF TEST.

A. (C) Purpose: To evaluate the performance of the AR-15 Rifle under actual combat conditions and to compare this performance to that of the weapons presently being used by the RVNAF.

B. (C) Method: Each Unit Commander and US Military Advisor of those units receiving AR-15 Rifles evaluated its performance in combat and compared it to the performance of those weapons presently being used by the RVNAF. Areas in which the AR-15 was evaluated and compared included: training; physical characteristics; ease of maintenance; ruggedness and durability; logistical considerations; accuracy; and tactical versatility. In the questionnaires given them, Commanders and Advisors were instructed to award 5 points to the most desirable weapon, 4 points to the second, 3 points to the third, 2 points to the fourth, and 1 point to the least desirable weapon in each category delineated above.

C. (C) Results: The results from the questionnaires are set forth in the table below and reflect the evaluation of the AR-15 by Commanders and Advisors of most of the different types of tactical units in Vietnam (as listed in paragraph II above). The figures indicate the total number of points awarded to each weapon by Vietnamese Unit Commanders and U.S. Military Advisors in their joint responses to the questionnaires.

| 1. Training. | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine | Max. Poss. |
|---|---|---|---|---|---|---|
| a. Simplest to train the troops to use | 59 | 44 | 15 | 37 | 55 | 70 |
| b. Simplest to train in functioning | 61 | 50 | 15 | 37 | 47 | 70 |
| c. Simplest to train in disassembly and assembly | 63 | 48 | 14 | 37 | 48 | 70 |
| Total | 183 | 142 | 44 | 111 | 150 | 210 |

| 2. Physical Characteristics | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine | Max. Poss. |
|---|---|---|---|---|---|---|
| a. Easiest for soldier to aim and fire | 60 | 29 | 17 | 42 | 62 | 70 |
| b. Easiest to carry over open terrain | 59 | 29 | 14 | 43 | 64 | 70 |
| c. Easiest to carry through jungle terrain | 59 | 29 | 14 | 45 | 63 | 70 |
| d. Easiest to hold on a target while firing several rounds | 69 | 40 | 24 | 24 | 53 | 70 |
| Total | 247 | 127 | 69 | 154 | 242 | 280 |

| 3. Maintenance | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine | Max. Poss. |
|---|---|---|---|---|---|---|
| a. Simplest to disassemble and assemble | 65 | 43 | 14 | 39 | 49 | 70 |
| b. Easiest to maintain in the field | 63 | 51 | 16 | 34 | 46 | 70 |
| Total | 128 | 94 | 30 | 73 | 95 | 140 |

| 4. Ruggedness & Durability | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine | Max. Poss. |
|---|---|---|---|---|---|---|
| a. Most rugged weapon | 52 | 59 | 33 | 35 | 31 | 70 |
| b. Had fewest stoppages or malfunctions during firing | 59 | 59 | 20 | 32 | 39 | 70 |
| c. Most reliable under all conditions | 57 | 60 | 28 | 30 | 35 | 70 |
| Total | 168 | 178 | 81 | 97 | 105 | 210 |

| 5. Logistics | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine | Max. Poss. |
|---|---|---|---|---|---|---|
| a. Imposes least logistical burden | 66 | 47 | 17 | 30 | 50 | 70 |
| Total | 66 | 47 | 17 | 30 | 50 | 70 |

| 6. Tactical | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine | Max. Poss. |
|---|---|---|---|---|---|---|
| a. Easiest to employ | 64 | 40 | 18 | 39 | 49 | 70 |
| b. Preferred in ambush/ counter-ambush situations | 69 | 28 | 36 | 48 | 29 | 70 |
| c. Preferred against massed troops | 65 | 32 | 61 | 33 | 19 | 70 |
| d. Tactically most versatile | 69 | 43 | 38 | 29 | 31 | 70 |
| Total | 267 | 143 | 153 | 149 | 128 | 280 |



ANNEX "A"

7. General

| | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine | Max. Poss. |
|---|---|---|---|---|---|---|
| a. Preferred by troops | 67 | 28 | 18 | 46 | 51 | 70 |
| b. Preferred by commanders and advisors | 64 | 33 | 21 | 39 | 43 | 70 |
| c. Most suited to VN soldier under present tactical conditions | 67 | 30 | 21 | 42 | 50 | 70 |
| d. Most effective at most common range for engaging VC (0-200 meters) | 63 | 46 | 49 | 22 | 30 | 70 |
| Total | 261 | 137 | 109 | 149 | 174 | 280 |

Recapitulation: In all aspects covered, the total ratings for all weapons were as follows:

| AR-15 | M1Rifle | BAR | SMG | M1Carbine | Maximum Possible |
|---|---|---|---|---|---|
| 1320 | 868 | 503 | 763 | 894 | 1470 |

8. Accuracy. Advisors and Unit Commanders were requested to evaluate the accuracy of the AR-15 and compare it with other present weapons in both automatic fire and semi-automatic fire. Their evaluation is reflected in the following table:

| | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine | Max. Poss. |
|---|---|---|---|---|---|---|
| a. Semi-automatic fire | 61 | 62 | | | 45 | 70 |
| b. Automatic fire | 65 | | 57 | 42 | | 70 |

9. (C) Remarks. Unit Commanders' and Advisors' remarks concerning the value of the AR-15 to Vietnamese Units and its worth as a combat weapon in the war in South Vietnam as opposed to existing weapons were also requested. Generally, the comments were extremely favorable to the AR-15. All of the comments received are presented below in their entirety and in the form in which they were received.

(1) (C) "On 160900 June 62, one platoon from the 340 Ranger Company was on an operation vic. YT260750 and contacted 3 armed VC in heavily forested jungle. Two VC had carbines, grenades, mines, and one had a

SMG. At a distance of approximately 15 meters, one Ranger fired an AR-15 full automatic hitting one VC with 3 rounds with the first burst. One round in the head-took it completely off. Another in the right arm, took it completely off, too. One round hit him in the right side, causing a hole about five inches in diameter. It cannot be determined which round killed the VC but it can be assumed that any one of the three would have caused death. The other 2 VC ran, leaving the dead VC with 1 carbine, 1 grenade and 2 mines." (Rangers)

(2.) (C) "On 9 June a Ranger Platoon from the 40th Inf Regt was given the mission of ambushing an estimated VC Company. The details are as follows:

a. Number of VC killed: 5
b. Number of AR-15's employed: 5
c. Range of engagement: 30-100 meters
d. Type wounds:
  1. Back wound, which caused the thoracic cavity to explode.
  2. Stomach wound, which caused the abdominal cavity to explode.
  3. Buttock wound, which destroyed all tissue of both buttocks.
  4. Chest wound from right to left, destroyed the thoracic cavity.
  5. Heel wound, the projectile entered the bottom of the right foot causing the leg to split from the foot to the hip.

These deaths were inflicted by the AR-15 and all were instantaneous except the buttock wound. He lived approximately five minutes.

The following is a list of minor deficiencies noted during this period:

a. The stock and heat deflector will reflect light. This light is visible for approximately 150 feet at night.

b. A brass brush is needed to remove carbon from the bolt carrier." (Rangers)

(3.) (C) "72 AR-15 Rifles were carried into this action (airborne assault). The drop zone was barely acceptable and many troops landed in high trees. Several LMG's and BAR's were not operational after the drop. Only one AR-15 was reported slightly damaged (damaged pistol grip) and all were operational. Throughout the entire operation, which lasted 6 days and covered over 40 kilometers of difficult terrain including dense jungle and frequent water crossings, the weapons (AR-15) held up exceptionally well." (Airborne Brigade)

(4.) (C) "The AR-15 proved to be an effective weapon on this operation for the following reasons:

a. The weapon held up very well on the paradrop which took place on a small drop zone surrounded by dense forests. Landings of the troopers were much rougher than normal. Many troops landed in high trees. This subjected the individual weapons to a much more severe test than usual. Some of the LMG's and BAR's were not operational after the jump. All AR-15's were functional.

b. Field maintenance on this weapon (AR-15) proved to be much simpler than on the other weapons.

c. While no decisive engagement was made so that the striking power of this weapon (AR-15) could be observed, the troops had great confidence in it and it is my belief that it would have greatly increased our overall firepower had it been tested." (Airborne Brigade)

(5.) (C) "During the period from 16 April to 11 May 1962, the 8th Battalion, Airborne Brigade, participated in two (2) operations of five (5) and four (4) days duration.

The AR-15 was carried during both operations. I was not in a position to observe the engagement of Viet Cong with the AR-15 during either operation although it was fired on different occasions.

The following remarks therefore, are confined to other observations and personal opinions on the AR-15:

a. Maintenance requirements for the AR-15 were negligible. I inspected numerous weapons throughout the entire period stated above and always found the weapons in excellent firing condition.

b. A great simplification in the small arms weapons could be effected by the adoption of the AR-15 to replace the BAR, M1, and Carbine. The effectiveness of the weapon (AR-15), however, I cannot attest to at this time.

c. The troopers have a great amount of respect for the AR-15. If the weapon were adopted as TO&E for Airborne Units, there would be a tremendous psychological uplift in the individual soldier's belief in his ability to shoot and kill." (Airborne Brigade)

(6.) (C) "One company (96 off & EM) completely equipped with the AR-15. Six operations took place prior to any real use of the weapon.

Five VC were hit, all five with body wounds, and all five killed. Four were probably killing wounds with any weapon listed, but the fifth was essentially a flesh wound. The AR-15 made it a fatal wound.

The troops have a great deal of respect for the weapon and prefer it to all others. They take excellent care of it.

One left upper handguard was cracked and broke during routing a stubborn captive from a wooded area. The soldier concerned placed the handguard against a VC head with considerable force." (7th Infantry Division)

(7.) (C) "On 23-24 May 1962, one company completely equipped with AR-15's (87) plus Bn Hq elements was involved in one light and one heavy action. No wounded were captured and all casualties were inflicted with the AR-15. 27 Viet Cong were killed (24 counted by the advisor) and 25 captured. Grenades were used for the first time and were very effectively employed at ranges of 100-500 meters. They served as the real artillery support as we could not get the artillery to fire any closer than 400 meters. About 36 grenades were utilized in the havy action, all propelled from the AR-15. The troops are very enthusiastic about the weapon and treat it with greater care than usual." (7th Infantry Division)

(8.) (C) "To date, this weapon has been used only for training. The simplicity of construction has reduced training time necessary for maintenance by approximately fifty per-cent. It is believed that this is an ideal weapon for this type weather and terrain." (Special Battalions)

(9.) (C) "On 13 April, 62, a Special Forces team made a raid on a small village. In the raid, seven VC were killed. Two were killed by AR-15 fire. Range was 50 meters. One man was hit in the head; it looked like it exploded. A second man was hit in the chest; his back was one big hole." (VN Special Forces)

(10.) (C) "This weapon is ideal for this country primarily for these reasons:

a. Durability & ease of maintenance.
b. Good Accuracy.
c. Rapid rate of fire.
d. Light weight (size & shape make it easy for Vietnamese to handle).
e. Excellent killing or stopping power." (Airborne Brigade)

D. (C) Analysis: Based on the numerical ratings and the comments of US Advisors and VN Unit Commanders, the AR-15 is the most desirable weapon for use in Vietnam for the following reasons:

1. Ease of training.

2. Suitable physical characteristics.

3. It is easy to maintain.

4. It is more rugged and durable than present weapons.

5. It imposes the least logistical burden.

6. It is the best weapon for all-around tactical employment.

7. Its semi-automatic firing accuracy is comparable to that of the M1 Rifle, while its automatic firing accuracy is considered superior to that of the Browning Automatic Rifle.

8. Vietnamese troops, Commanders and US Advisors prefer it to any other weapon presently being used in Vietnam.

APPENDICES:
1. Weapons Questionnaire
2. For the RVNAF Unit Commander
3. Questionnaire for the Senior MAAG Advisor

## WEAPONS QUESTIONNAIRE

Based upon your experience and observation as the Commander or Advisor of a unit of the RVNAF, rate the weapons on the right side of this questionnaire in order of preference with respect to the characteristics and questions listed. Your answers should reflect your opinion as to the value of the weapons to the Vietnamese, not the US Forces.

Rating Key: 5 - first choice; 4 - second choice; 3 - third choice; 2 - fourth choice; 1 - last choice.

| A. TRAINING | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine |
|---|---|---|---|---|---|
| 1. Which weapon is easier to train the troops to use? | ____ | ____ | ____ | ____ | ____ |
| 2. Which weapon is easier to train the troops in functioning? | ____ | ____ | ____ | ____ | ____ |
| 3. Which weapon is easier to train the troops to disassemble and assemble? | ____ | ____ | ____ | ____ | ____ |

| B. PHYSICAL CHARACTERISTICS | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine |
|---|---|---|---|---|---|
| 1. Which weapon, because of its size and shape, is easiest for the soldier to aim and fire? | ____ | ____ | ____ | ____ | ____ |
| 2. Which weapon, because of size, shape and weight, is easier for the soldier to carry over open terrain? | ____ | ____ | ____ | ____ | ____ |
| 3. Which weapon, because of size, shape and weight, is easier for the soldier to carry in the jungle? | ____ | ____ | ____ | ____ | ____ |
| 4. Which weapon is easiest to hold on a target while firing several rounds? | ____ | ____ | ____ | ____ | ____ |

THIS QUESTIONNAIRE IS CLASSIFIED KIN, CONFIDENTIAL, WHEN FILLED IN

APPENDIX 1, ANNEX "A"

CONFIDENTIAL

| C. MAINTENANCE | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine |
|---|---|---|---|---|---|
| 1. Which weapon is simplest to disassemble and assemble? | ____ | ____ | ____ | ____ | ____ |
| 2. Which weapon is easiest for the troops to maintain in the field? | ____ | ____ | ____ | ____ | ____ |

| D. RUGGEDNESS & DURABILITY | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine |
|---|---|---|---|---|---|
| 1. Which weapon is most rugged? | ____ | ____ | ____ | ____ | ____ |
| 2. Which weapon had the fewest stoppages and malfunctions? | ____ | ____ | ____ | ____ | ____ |
| 3. Which weapon is the most reliable under all conditions? | ____ | ____ | ____ | ____ | ____ |

| E. LOGISTICS | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine |
|---|---|---|---|---|---|
| 1. Which weapon imposes the smallest logistical burden? (Consider weight, spare parts, ease of repair, etc.) | ____ | ____ | ____ | ____ | ____ |

| F. TACTICAL | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine |
|---|---|---|---|---|---|
| 1. Which weapon is easiest to employ? | ____ | ____ | ____ | ____ | ____ |
| Why? | | | | | |
| 2. Which weapon would you prefer in ambush/counter-ambush situations? | ____ | ____ | ____ | ____ | ____ |
| Why? | | | | | |
| 3. Which weapon would you prefer against mass attacks? | ____ | ____ | ____ | ____ | ____ |
| Why? | | | | | |

THIS QUESTIONNAIRE IS CLASSIFIED KIN, CONFIDENTIAL WHEN FILLED IN

APPENDIX 1, ANNEX "A"

CONFIDENTIAL

| | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine |
|---|---|---|---|---|---|
| 4. Which weapon do you consider most versatile? (Consider all capabilities) | ___ | ___ | ___ | ___ | ___ |

| G. ACCURACY (Rate 5, 4 & 3) | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine |
|---|---|---|---|---|---|
| 1. Which weapon appears most accurate when fired semi-automatically? | ___ | ___ | ___ | ___ | ___ |
| 2. Which weapon appears most accurate when fired automatically? | ___ | ___ | ___ | ___ | ___ |

| H. GENERAL | AR-15 | M1 Rifle | BAR | SMG | M1 Carbine |
|---|---|---|---|---|---|
| 1. Which weapons do the troops prefer? | ___ | ___ | ___ | ___ | ___ |
| Why? | | | | | |
| 2. Which weapon would you prefer for your personal use? | ___ | ___ | ___ | ___ | ___ |
| Why? | | | | | |
| 3. Which weapon do you think is most suited to the Vietnamese soldier under present tactical conditions? | ___ | ___ | ___ | ___ | ___ |
| Why? | | | | | |
| 4. At what range do you think most Viet Cong are engaged? | ___ | ___ | ___ | ___ | ___ |
| 5. Which weapon do you think is most effective at that range? | ___ | ___ | ___ | ___ | ___ |
| 6. If the TO&E of your unit only allowed a single weapon, which one would you choose? | ___ | ___ | ___ | ___ | ___ |
| Why? | | | | | |

THIS QUESTIONNAIRE IS CLASSIFIED KIN, CONFIDENTIAL WHEN FILLED IN

CONFIDENTIAL

I. **REMARKS:** In the space below, please make any pertinent remarks you may have concerning the AR-15 Rifle, its effectiveness in South Vietnam, its assets or its shortcomings (Continue on back of page if necessary).

Unit____________________

Date____________________

Signature____________________

THIS QUESTIONNAIRE IS CLASSIFIED KIN, CONFIDENTIAL WHEN FILLED IN

APPENDIX 1, ANNEX "A"

CONFIDENTIAL

CONFIDENTIAL

## FOR THE RVNAF UNIT COMMANDER

**QUESTION NO. 1:**

How many weapons of each of the following types were carried into the combat engagement, how many rounds of ammunition per weapon were carried, and how many rounds fired?

| | No. Weapons | Ammo rds/weap. | Ammo rds. fired |
|---|---|---|---|
| BAR | ______ | ______ | ______ |
| M1 | ______ | ______ | ______ |
| SMG | ______ | ______ | ______ |
| Carbine | ______ | ______ | ______ |
| AR-15 | ______ | ______ | ______ |

**QUESTION NO. 2:**

How many VC were killed? ______
wounded? ______

How many of the VC were KIA by the AR-15? ______

How many of the VC were wounded by the AR-15? ______

**QUESTION NO. 3:**

What percentage of the friendly fire was full automatic? ______

What percentage of the AR-15 fire was full automatic? ______

What percentage of the AR-15's had the safety device installed that allowed either full or semi-automatic fire? ______

**QUESTION NO. 4:**

What was the maximum range at which shots were fired at the VC? ______

What was the average range? ______

THIS QUESTIONNAIRE IS CLASSIFIED KIN CONDIFENTIAL WHEN FILLED IN

APPENDIX 2, ANNEX "A"

CONFIDENTIAL

**QUESTION NO. 5:**

Were aimed shots fired through light brush? ___________

If so, about what percent of the total fire from all weapons (BAR, SMG, M1, Cargine, AR-15) were aimed shots through light brush?

Less than 5% ___________ Less than 20% ___________

Less than 50% ___________ More than 50% ___________

In your opinion were shots from the AR-15 missed because of brush deflection? ___________

If your answer to this question is yes, is it your opinion that the full automatic feature of the AR-15 and the extra rounds that can be carried for a given weight allowance do or do not compensate for this bruch deflection? Yes___________ No___________ No Opinion___________

**QUESTION NO. 6:**

Were any rifle barrels bent in air drops or other rough handling and hard usage? ___________

Were any barrels damaged by being fired with water in the bore?____

Were there any malfunctions of any type? ___________

If yes, please elaborate in the remarks section of this questionnaire.

**QUESTION NO. 7:**

As a unit commander of the RVNAF, how would you rate the AR-15 Rifle in the guerrilla warfare action you expect to fight as compared with the other types of weapons listed?

In each space use: A - For the AR-15 is better than
B - For there is no difference
C - For the AR-15 is worse than
D - For no opinion

| | M1 | BAR | SMG | Carbine |
|---|---|---|---|---|
| Speed of employment | ___ | ___ | ___ | ___ |
| Accuracy | ___ | ___ | ___ | ___ |

CONFIDENTIAL

| | M1 | BAR | SMG | Carbine |
|---|---|---|---|---|
| Striking power | | | | |
| Fire power | | | | |
| Reliability | | | | |
| Field maintenance | | | | |
| Weight | | | | |
| Size | | | | |
| Overall | | | | |
| Overall for ambushes only | | | | |

QUESTION NO. 8:

If the VC tactics grow into large scale attacks and the "human sea" type tactic is used, how would you rate the AR-15 overall against these other weapons? (Same scale as above: A, B, C, D)

| M1 | BAR | SMG | Carbine |
|---|---|---|---|
| | | | |

QUESTION NO. 9:

Would the soldier who carried the AR-15 into this engagement choose it again over the weapon he formerly carried?

| | % would choose AR-15 | % would choose other |
|---|---|---|
| Formerly carried the BAR | | |
| Formerly carried the M1 | | |
| Formerly carried the SMG | | |
| Formerly carried the Carbine | | |

QUESTION NO. 10:

As an RVNAF unit commander, if you had your choice of weapons consisting of all four of the following: BAR, M1, SMG, Carbine or the AR-15, which would be your choice?

OPTION A: BAR, M1, SMG, Carbine ________.

OPTION B: AR-15 __________.



THIS QUESTIONNAIRE IS CLASSIFIED KIN CONFIDENTIAL WHEN FILLED IN

APPENDIX 2, ANNEX "A"

CONFIDENTIAL

If your answer is option A, would you choose to completely replace any of the four weapons with the AR-15?

Would completely replace: BAR________.

M1________.

SMG________.

Carbine________.

**QUESTION NO. 11:**

Please elaborate in the space below or using extra sheets on any point not adequately covered above.

CONFIDENTIAL

## QUESTIONNAIRE FOR THE SENIOR MAAG ADVISOR

1. In the engagement with the VC covered by this questionnaire, how many of each of the following weapons were carried by your unit?

BAR_____ SMG_____ M1_____ Carbine_____ AR-15_____

2. If the AR-15 had not been used, how many of each would have been carried?

BAR_____ SMG_____ M1_____ Carbine_____

3. As a MAAG Advisor to the RVNAF you obtain insight into the combat situation in SVN not available to the CDTC or to other US Government officials. These questionnaires can only gain a little part of the whole individual weapons problem. Some of the questions asked of the RVNAF unit commander are, therefore, repeated here because they are considered of prime importance.

QUESTION: How do you as a MAAG Advisor rate the AR-15 Rifle in the SVN guerrilla war as compared to the following weapons?

| | BAR | M1 | SMG | Carbine |
|---|---|---|---|---|
| A. The AR-15 is better. | _____ | _____ | _____ | _____ |
| B. No difference. | _____ | _____ | _____ | _____ |
| C. The AR-15 is worse. | _____ | _____ | _____ | _____ |
| D. No opinion. | _____ | _____ | _____ | _____ |
| How would you rate the AR-15 against these weapons for ambushes only? | _____ | _____ | _____ | _____ |
| How would you rate the AR-15 in a "human sea" attack against these weapons? | _____ | _____ | _____ | _____ |

As a MAAG Advisor to RVNAF, if you were to recommend the TO&E of the above weapons or the AR-15 only which would you recommend?_________.

THIS QUESTIONNAIRE IS CLASSIFIED KIN CONFIDENTIAL WHEN FILLED IN

APPENDIX 3, ANNEX "A"

CONFIDENTIAL

4. If you would not recommend completely replacing all four of the above weapons with the AR-15, would you recommend completely replacing any one of the four?

Would recommend completely replacing BAR__________.
Would recommend completely replacing M1__________.
Would recommend completely replacing SMG__________.
Would not completely replace any of these weapons__________.

5. Remarks: In the space below or on additional sheets please elaborate on any points not adequately covered above.

____________________
(Signature)

ANNEX "B"

# DETAILS OF COMPARISON TEST BETWEEN THE AR-15 AND M2 CARBINE

## I. (C) GENERAL.

Personnel from a Vietnamese company that had just completed advanced individual training were used as test subjects for most of this comparison. The unit of 180 men was divided into two groups of 90 men each. Group A received one M2 Carbine per man, while Group B received an AR-15 for each man. Each group was then given a course of instruction on their respective weapon. The instruction for each was identical in time and scope of material covered. Following this, both groups underwent an identical test program which consisted of: assembly and disassembly; known distance firing, both semi-automatic and automatic fire; unknown distance firing, semi-automatic and automatic fire; bayonet course; and, infiltration course. This phase lasted for one week (44 hours). At the end of the first week, the two groups traded weapons and the course of instruction and the tests were repeated.

## II.(C) SUMMARY OF TESTS.

To arrive at a valid conclusion concerning the relative suitability of the AR-15 as opposed to the M2 Carbine for possible use by selected units of the Armed Forces of the Republic of Vietnam, a total of nine tests were conducted. They were:

1. Comparison of Physical Characteristics.
2. Comparative Ease of Disassembly and Assembly.
3. Marksmanship Ability - Known Distance (semi-automatic and automatic fire).
4. Marksmanship Ability - Unknown Distance (semi-automatic and automatic fire).
5. Comparative Ruggedness and Durability.
6. Adequacy of Safety Features.
7. Effects of Open Storage in a Tropical Environment.
8. Comparative Ability to Penetrate Dense Foliage.
9. Troop Preference Poll.

III. (C) **DETAILS OF TESTS.**

**Test No. 1. Comparison of Physical Characteristics.**

**Purpose:** To compare the physical characteristics of the AR-15 Rifle and the M2 Carbine.

**Method:** Both weapons were weighted and measured and the resulting data recorded.

**Results:**

a. Weights (lbs.):

| | AR-15 | M2 Carbine |
|---|---|---|
| Weapon (less sling, magazine and accessories) | 6.24 | 5.98 |
| Magazine (empty) | 0.18* | 0.25* |
| Magazine (loaded - 20 rds) | 0.68 | - |
| Magazine (loaded - 30 rds) | - | 1.02 |
| Bayonet | 0.62 | 0.72 |
| Bipod | 0.50 | (No Bipod) |
| Sling | 0.19 | 0.07 |
| Totals: w/20 rd mag loaded | 8.23 | |
| w/30 rd mag loaded | | 7.79 |

*Figure not included in totals.

Relative Battle Load (lbs.) - including accessories of sling, bayonet, bipod.

| | AR-15 | M2 Carbine |
|---|---|---|
| Weapon w/12 magazines (240 rds) | 15.71 | |
| Weapon w/8 magazines (240 rds) | | 14.93 |

b. Dimensions (inches):

| | AR-15 | M2 Carbine |
|---|---|---|
| Length of barrel | 20.00 | 18.00 |
| Overall length | 37.50 | 35.58 |
| Overall length w/bayonet | 42.98 | 42.26 |

CONFIDENTIAL

Analysis: The Ar-15 and the M2 Carbine are comparable in size and weight and both are compatible with the light weight and small stature of the VN soldier. An integral grenade launcher and telescope mount and an accessory bipod are included in the weapon weight of the AR-15. These are not standard items for the M2 Carbine.

Test No. 2. Comparative Ease of Disassembly and Assembly.

Purpose: To compare the ease of disassembly and assembly of the AR-15 Rifle and the M2 Carbine and the difficulities of training encountered therein.

Method:

a. Each group of test subjects received a two hour period of instruction in the disassembly and assembly of their respective weapons. After completing this instruction, test personnel selected random samples of 10 men and had them disassemble and reassemble their weapons. This procedure was repeated with each group until 100 men had been tested with each weapon. Times were recorded by Non-Commissioned Officers and the weapons were inspected for proper assembly by Test Committee Cadre.

b. For the purpose of this test, both weapons were disassembled only as far as was necessary for field cleaning, i.e., "field stripped".

Results:

| | | AR-15 | M2 Carbine |
|---|---|---|---|
| a. | Average time required for disassembly & assembly. | 1 min. 17 sec. | 3 min. 17 sec. |
| b. | Could not reassemble (percent) | 0% | 19% |
| c. | Reassembled improperly (percent) | 4% | 10% |
| d. | Number of parts handled by soldier in field stripping | 7 | 11 |

Analysis:

a. The AR-15 is simpler and requires less time to disassemble and assemble for normal field cleaning.

ANNEX "B"

CONFIDENTIAL

b. The average Vietnamese soldier can be trained in the disassembly and assembly for field cleaning of the AR-15 in a shorter time than for the M2 Carbine. This is further emphasized by the fact that all test subjects had previously received 12 hours of instruction on the M1 Carbine while undergoing basic combat training.

Test No. 3. Marksmanship Ability, Known Distance.

Purpose: To compare the ability of ARVN soldiers to deliver accurate semi-automatic and automatic fire on targets at known ranges using the AR-15 and the M2 Carbine.

Method:

a. Each group of test subjects received 10 hours of preliminary marksmanship training on their respective weapon. Upon completion of formal instruction, zeroing of weapons and practice firing at 26, 100 and 200 meters, each group fired a qualification course for test purposes. Each test participant completed this qualification course with both the AR-15 and M2 Carbine.

b. In semi-automatic fire, the course fired for the test was the standard ARVN M1 rifle qualification course. The scores obtained by the test subject with both weapons in this firing were compared with each other and with previous scores fired by the test subjects in qualifying with the M1 Rifle while undergoing Basic and Advanced Individual Training.

c. In automatic fire, the test subjects engaged the standard ARVN silhouette target at ranges of 75, 100 and 200 meters. Each individual fired a total of 40 rounds from each range. Scores were computed on the basis of 5 points per target hit and an average of 50% hits was used as the basis for qualification.

d. Throughtout all firing, stoppages or malfunctions due to mechanical failures were noted and recorded.

e. Throughout all firing, observations concerning the adequacy of safety features and the ARVN soldier's ability to understand them were recorded.

Results:

| | AR-15 | M2 Carbine | M1 Rifle |
|---|---|---|---|
| Semi-automatic: | | | |
| Percent qualified | 26% | 27% | 15% |
| Automatic: | | | |
| Percent qualified | 71% | 7% | |

Analysis:

a. The ability of the ARVN soldier to deliver accurate semi-automatic fire on targets of known range with the AR-15 and the M2 Carbine is comparable. Test participants, as a group, fired a higher percentage of qualifying scores with both the AR-15 and M2 Carbine than they had previously fired with the M1 Rifle.

b. The ARVN soldier's ability to deliver accurate automatic fire on targets of known range is far greater with the AR-15 rifle than with the M2 Carbine.

Test No. 4. Marksmanship Ability, Unknown Distance.

Purpose: To compare the ARVN soldier's ability to deliver accurate semi-automatic and automatic fire on targets of unknown range using the AR-15 Rifle and the M2 Carbine.

Method:

a. The standard ARVN Transition firing course was used for this test.

b. Semi-automatic fire. Each man received 40 rounds to engage 20 targets at varying ranges from 50 to 250 meters. For a first round hit, he was awarded 10 points. For a second round hit, he was awarded 5 points. Qualification score for the course was 100 points.

c. Automatic Fire. Each man received 80 rounds to engage 20 targets in short bursts. Targets were located at varying ranges from 50 to 250 meters. Scores were computed on the basis of 5 points per target hit. Qualification score for the course was 100 points.

d. Throughout all firing, stoppages or malfunctions due to mechanical failures were noted and recorded.

e. Throughout all firing, observations concerning the adequacy of safety features and the ARVN soldier's ability to understand them were recorded.

Results:

| | AR-15 | M2 Carbine |
|---|---|---|
| Semi-automatic run: | | |
| Percent qualified | 23% | 22% |
| Automatic run: | | |
| Percent qualified | 23% | 15% |

Analysis:

a. The ARVN soldier's ability to deliver accurate semi-automatic fire on targets of unknown range using the AR-15 and the M2 Carbine is comparable.

b. The ARVN soldier's ability to deliver accurate automatic fire on targets of unknown range is greater with the AR-15 than with the M2 Carbine.

Test No. 5. Comparative Ruggedness and Durability.

Purpose: To compare the ruggedness and durability of the AR-15 Rifle and the M2 Carbine.

Method:

a. Concurrent with all other testing, observations concerning the ruggedness and durability of each weapon were recorded. During all firing excercises, any stoppage or malfunction of either weapon caused by mechanical failure was noted and recorded.

b. Fifty AR-15 Rifles and fifty M2 Carbines were each run through the standard ARVN Bayonet Assault Course twice. At the completion of the course, the weapons were inspected and "dry fired". Any deficiencies noted were recorded.

c. Fifty AR-15 Rifles and fifty M2 Carbines were each run through the standard ARVN Infiltration Course twice. At the completion of the course, the weapons were inspected and "dry fired". Any deficiencies noted were recorded.

Results:

a. After the first week of firing, seven M2 Carbines were eliminated from the test. Six of these would not fire automatically because of defective disconnector springs; the other would not fire at all because of a broken disconnector pin. In contrast, all AR-15's functioned properly throughout the entire test period.

b. After negotiating the Bayonet Assault Course the second time, two M2 Carbines were eliminated from the test because of broken stocks. No AR-15 Rifles were damaged.

c. Both the M2 Carbine and the AR-15 were carried through the Infiltration Course twice without adverse effect.

Analysis:

a. The AR-15 is considered to be more rugged and durable than the M2 Carbine under conditions which require prolonged firing.

b. The AR-15 will stand up to rough handling normally encountered in combat situations better than the M2 Carbine.

Test No. 6. Comparison of the Adequacy of Safety Features.

Purpose: To compare the adequacy of the safety features of the AR-15 Rifle and the M2 Carbine with respect to their function and location and the ARVN soldier's ability to understand them.

Method:

a. Concurrent with all firing and tests in which ARVN soldiers handled the AR-15 and M2 Carbine, test committee cadre made observations concerning the adequacy of the safety features with respect to their function and location and the soldier's ability to understand them.

Results:

a. No misfires occurred throughout the firing that were attributable to improper functioning of the safety mechanism on either the AR-15 or the M2 Carbine.

b. The ARVN soldiers had no difficulty in understanding the function and operation of the safety mechanisms on either weapon.

**Analysis:**

a. The safety features on the AR-15 and the M2 Carbine are considered comparable with regard to function and the ARVN soldier's ability to understand them.

b. The location of a single selector switch which combines the functions of safety selector and rate of fire selector, on the left side of the receiver where it is easily accessible to the thumb, enables the ARVN soldier to get the first round off faster with the AR-15 than he can with the M2 Carbine. With the M2 Carbine, he must manipulate the safety selector with his trigger finger, then return it to the trigger to fire. With the AR-15 he can keep his finger on the trigger while manipulating the safety selector with his thumb.

**Test No. 7. Effects of Open Storage in a Tropical Environment.**

**Purpose:** To determine the effects of open storage in a tropical climate on the AR-15 Rifle and the M2 Carbine and compare the results of such storage on each weapon.

**Method:**

a. Two AR-15 Rifles and two M2 Carbines were stored in the open for a period of two weeks without any care or maintenance. At the end of the storage, the weapons were examined and pertinent observations recorded.

**Results:**

a. M2 Carbines:

1. Because of rust and sand which had collected in the receivers, operating handles on both weapons could not be operated manually and force was required to open the bolts.

2. The operating slide stops would not function properly because sand and grit had fouled the operating slide stop springs.

3. Both magazines were rusty and had collected enough sand to prevent them from operating properly without first being thoroughly cleaned.

4. The chambers and bores of both weapons were rusty.

5. The rear sights on both weapons could not be adjusted for windage due to the collection of rust and grit on the windage screws.

6. Approximately twenty minutes were required to clean each weapon before test personnel considered it safe to fire.

b. AR-15 Rifles:

1. The charging handles on both weapons were difficult to operate because sand had collected within the receiver.

2. The bolt and bolt carriers of both weapons were rusty.

3. The chambers and bores of both weapons were rusty.

4. Approximately five minutes were required to clean each weapon before test personnel considered them safe to fire.

Analysis: The AR-15 Rifle, because it has fewer moving parts, will function more readily than the M2 Carbine after extended periods of storage in the open under tropical conditions.

Test No. 8. Brush Penetration.

Purpose: To determine whether dense brush and undergrowth affects the trajectory of the AR-15 bullet and to compare its ability to penetrate heavy foliage with that of the M2 Carbine.

Method:

a. Silhouette targets were positioned behind dense underbrush which generally consisted of bamboo saplings, bush, grass and vines. From a distance of 15 meters, both the AR-15 Rifle and the M2 Carbine were fired at the targets.

b. The distance was then increased to 50 meters and the targets were fired upon again. (Beyond 50 meters it was impossible to distinguish a target, so this was considered an acceptable maximum distance for the test).

c. Procedures a and b above were repeated several times with foliage of varying density.

**Results:**

| Type of Underbrush | Range | No. of rounds fired | No. of hits AR-15 | No. of hits M2 |
|---|---|---|---|---|
| Light underbrush | 15 meters | 6 | 6 | 6 |
| Moderate underbrush & bamboo thicket | 15 meters | 6 | 6 | 6 |
| Heavy underbrush & bamboo thicket inter-woven with vines | 15 meters | 6 | 6 | 6 |
| Light underbrush | 50 meters | 6 | 6 | 6 |
| Moderate underbrush & bamboo thicket | 50 meters | 6 | 6 | 5 |
| Heavy underbrush & bamboo thicket inter-woven with vines | 50 meters | 6 | 6 | 5 |

**Analysis:**

a. The trajectory of the AR-15 bullet is not significantly affected when fired through dense underbrush at ranges up to 50 meters.

b. The AR-15 round will penetrate jungle undergrowth equally as well as the M2 Carbine round at ranges up to 50 meters.

**Test No. 9. Troop Preference Poll.**

**Purpose:** To obtain subjective data concerning the ARVN soldier's individual preference between the AR-15 Rifle and the M2 Carbine.

**Method:** Upon completion of all tests by participating personnel, each individual present for duty (158) was questioned with regard to preference between the two weapons.

**Results:**

| | | |
|---|---|---|
| a. Thought the AR-15 had the best "feel" | 129 | |
| Thought the M2 Carbine had the best "feel" | | 29 |

| | | | |
|---|---|---|---|
| b. | Thought the AR-15 had the best sight | 66 | |
| | Thought the M2 Carbine had the best sight | | 92 |
| c. | Thought the AR-15 would stand up best under combat conditions | 107 | |
| | Thought the M2 Carbine would stand up best under combat conditions | | 51 |
| d. | Preferred the AR-15 grip | 129 | |
| | Preferred M2 Carbine grip | | 29 |
| e. | Thought AR-15 easier to load | 120 | |
| | Thought M2 Carbine easier to load | | 38 |
| f. | Thought AR-15 easier to get ready to use | 81 | |
| | Thought M2 Carbine easier to get ready to use | | 77 |
| g. | Thought AR-15 easier to disassemble | 140 | |
| | Thought M2 Carbine easier to disassemble | | 18 |
| h. | Liked the AR-15 better from recoil standpoint | 106 | |
| | Liked M2 Carbine better from recoil standpoint | | 52 |
| i. | Thought AR-15 easier to get back on target after firing a round | 117 | |
| | Thought M2 Carbine easier to get back on target after firing a round | | 41 |
| j. | Thought AR-15 more dependable | 107 | |
| | Thought M2 Carbine more dependable | | 51 |
| k. | Thought AR-15 best all around weapon for Infantry use | 100 | |
| | Thought M2 Carbine best all around weapon for Infantry use | | 58 |
| l. | Thought AR-15 climbed least when fired automatically | 117 | |
| | Thought M2 Carbine climbed least when fired automatically | | 41 |

| | | | |
|---|---|---|---|
| m. | Thought AR-15 more accurate when fired full automatic | 136 | |
| | Thought M2 Carbine more accurate when fired full automatic | | 22 |
| n. | Would prefer AR-15 in combat | 130 | |
| | Would prefer M2 Carbine in combat | | 28 |

Analysis:

a. The majority of test subjects preferred the AR-15 Rifle to the M2 Carbine in all aspects covered by the poll, except for the sights. Further questioning of the subjects by test committee personnel disclosed that this preference was due to greater familiarity with carbine-type sights, not because of an inability to understand the AR-15 sights. This is not considered a shortcoming of the weapon but a matter of training and familiarization.

CONFIDENTIAL

ANNEX "C"

SUGGESTED CORRECTIVE ACTIONS

| DEFICIENCY/ SHORTCOMING | SUGGESTED CORRECTIVE ACTION | REMARKS |
|---|---|---|

SECTION I

This section contains deficiencies requiring elimination in order to make the item acceptable for use on a minimum basis.

| | | |
|---|---|---|
| None | None | None |

SECTION II

This section lists those deficiencies and shortcomings in the item which were discovered during test and satisfactorily corrected prior to completion of the test. They no longer represent a defect in the item tested. The correction must be applied to the production model of this item.

| | | |
|---|---|---|
| None | None | None |

SECTION III

This section contains shortcomings which are desired to be corrected as practicable, either concurrent with elimination of deficiencies in Section I, or in production engineering or by product improvement.

| | | |
|---|---|---|
| 1. The upper hand guard is hard to grip when hands are sweaty. | Roughen surface. | Ltr. from OSD/ARPA on 11 Jul 62 states that manufacturer is now moulding "checkering" on upper hand guards. |
| 2. The weapon cleaning rod is of minimum length and hard to grip. | Add one (1) additional section and provide "T" shaped handle. | |

# ANNEX "D"

## PHOTOGRAPHS

This Annex contains miscellaneous photographs which visually depict pertinent aspects of the evaluation of the AR-15 conducted in South Vietnam.

**PHOTOGRAPHS:**

1. VN Soldier with AR-15 and M1 Rifle
2. VN Soldier with AR-15 and BAR
3. M2 Carbine and AR-15 Rifle with Accessories
4. VN Soldier with AR-15 and M2 Carbine
5. M2 Carbine and AR-15 Rifle
6. M2 Carbine and AR-15 Rifle "Field Stripped"
7. VC Casualty by AR-15 - 150 Meters
8. VC Casualty By AR-15 - 15 Meters



VN Soldier with AR-15.



VN Soldier with M1 rifle.







[illegible]arbine, [illegible]al. .30, [illegible], w/standard accessories



[illegible]olt, Armalite [illegible]ifle, A[illegible], [illegible] w[illegible]standard accessories.



Assault Position with AR-15.



Assault Position with Carbine.



TOP: M2 CARBINE w/ BAYONET, 30 RD MAGAZINE

BOTTOM: AR-15 w/ 20 RD MAGAZINE



AR-15 Rifle, "Field Stripped."



M2 Carbine, "Field Stripped."

PHOTOGRAPH 6, ANNEX "D"

# Exhibit H

*The UDT SEAL MUSEUM presents*

KEVIN DOCKERY

# Special Warfare Special Weapons

THE ARMS AND EQUIPMENT OF THE UDT AND SEALS

*from 1943 to the Present*

THE EMPEROR'S PRESS

# Special Warfare: Special Weapons

## The Arms & Equipment of the UDT and SEALS from 1943 to the present

Produced with the co-operation of the UDT-SEALS Museum

By Kevin Dockery

**EMPEROR'S PRESS**
**Chicago, Illinois**



*The fortifications put in place on top of a SEAL billet in Vietnam during the Tet Offensive of 1968. At the lower right of the photo can be seen an M1 steel helmet laying on top of an M69 armor vest. Next to the vest is a set of web gear including at least one canteen. On top of the sandbags can be seen the buttplate of a loaded M60 machine gun. Next to the M60, leaning against the crate of ammunition, is a Stoner 63A light machine gun with a 150 round belt drum in place for use. Leaning against the wall just to the left of the sandbags is an M14 rifle with a 20 round magazine locked into place. The bandoleers appear to be additional 7.62mm ammunition in stripper clips for the M14 and additional M14 magazine are laying on top of the wall. Belts of 7.62mm ammunition for the M60 and 5.56mm belts for the Stoner are both draped over the wall. At the base of the M14 are the black fiberboard tubes holding high explosive ammunition for the M29 81mm mortar, the top portion of which can be seen just to the right of the center foreground of the picture.*
*PHOTO CREDIT: UDT-SEAL MUSEUM*

**Special Warfare: Special Weapons**

© Emperor's Press

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form, or by any means, electronic, mechanical, photocopying, recording, or otherwise without the prior written permission of Emperor's Press and the author.

#36910795 GKC 7/11/97 ✓

Printed and Bound in the United States of America

ISBN 1-883476-00-3

The Emperor's Press
5744 West Irving Park Road
Chicago, Illinois 60634 U.S.A.
(773) 777-7307

VG
87
.D632
1996
Prm
12597
LIBRARY U.S. NAVAL ACADEMY



# Table of Contents

Credits and Acknowledgements
Page 4

Chapter One: Knives
Page 6

Chapter Two: Pistols
Page 22

Chapter Three: Submachineguns
Page 56

Chapter Four: Shotguns
Page 98

Chapter Five: Rifles
Page 120

Chapter Six: Grenades
Page 168

Index
Page 190

## This book and others to follow in this field are dedicated to the memory of Dr. Edward C. Ezell, Ph.D. who encouraged me to continue my writing, guided me, and told me I had paid my dues.


Help from a great many individuals and organizations went into the creation of this book and the items described between these pages. Because of the nature of their work, many of these individuals did not want to see their name in print. For others, the passage of time has rendered them anonymous.

The Author's personal and heartfelt thanks are extended to both the above and the following individuals, organizations, and institutions;

AAI Corporation, Hunt Valley, Maryland
Elaine Abbrecht
ARES, Inc, Port Clinton, Ohio
Beretta U.S.A. Corp
LTCM Roy Boehm, USN (Ret.)
Michael Boynton
Richard Brozak
Colt Firearms Division, Hartford, Connecticut
Federal Bureau of Alcohol, Tobacco, and Firearms
- Ed Owens, Jr.
Great Lakes Arsenal, Ray, Michigan
- Vincent Tessier
Heckler & Koch, Inc. Sterling, Virginia
- Mr. Jim Schatz
Ian Hogg
Harry Humphries
Kerry N. Kinder & Family
Knight Armament Company
- Mr. C. Reed Knight, Jr.
- Mr. Eugene Stoner
CMDR Richard Marcinko, USN (Ret.)
CPT Ryan McCombie, USN (Ret.)
Greg McPartlin
LCDR Stanley "Pete" Meston, USN (Ret.)
Militec Corporation, Arlington Virginia
- Mr. Russel A. Logan
Mission Knives, Inc.
- Mr. Richard A. Schultz
Frank Moncrief
Naval Historical Center
- Dr. Dean C. Allard
- Dr. William F. Dudley
- Mr. Henry A. Vadnais, Jr.
- Dr. Norman Cary
- Mrs. Kathy Lloyd
- Mr. Mark Wertheimer
- Mr. Frank V. Thompson
Naval Sea Systems Command
- Mr. Richard E. Brown
- Mr. Homer Detrich
Naval Surface Warfare Center, Crane, Indiana
- Mr. Larry Nash
- Mr. Mike Anderson
- Mr. Jim Scott
Sage International, Ltd.
- John M. Klein
Jim Shults
CMDR Larry Simmons, USN (Ret.)
Smith & Wesson, Springfield, Massachussets
- Ken Jorgensen
Smithsonian Institution, Museum of American History
- Dr. Edward C. Ezell
Dante S. Stephensen
CWO4 Thomas Swearengen, USMC (Ret.)
LTCM Frank F. Thornton, USN (Ret.)
UDT-SEAL Museum, Fort Pierce, Florida
- Jim Watson QMCS, USN (Ret.)
- H.T. Aldhizer, III
- Don Balzarini
United States Special Operations Command, PAO
US Army Ordnance Museum, Aberdeen Proving Grounds
CPT Richard Woolard, USN (Ret.)
Darryl Young


**And to the men of the Teams,**
**past,**
**present,**
**and future.**



*A member of UDT-21 proudly displays a t-shirt with his unit's emblem after coming ashore in Denmark during NATO exercise Northern Wedding 82. He is armed with a Vietnam era XM177E2 fitted with a China Lake blank adapter. At his left shoulder is a Mark 1 Ka-bar with a cast aluminum pommel dating from World War II. The story of the UDT's came to an end within a year of this pictures being taken. In 1983, all UDT's were decommissioned and became SEAL Teams or SDV Teams.*
*Photo credit: US Navy*

# Rifles

**TECHNICAL DATA**—M1 Carbine
NSN 1005-00-670-7672
—M2 Carbine
NSN 1005-00-575-0057
**CARTRIDGE**—30 Carbine (7.62x33mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Semiautomatic
M2 Selective fire - semiautomatic/full automatic
**RATE OF FIRE**—40 rpm
M2 Practical SS 40 rpm, A 75 rpm, Cyclic 750 to 775 rpm
**MUZZLE VELOCITY**—1970 fps (600 m/s)
**MUZZLE ENERGY**—956 ft/lbs (1296 J)
**SIGHTS**—Open, Ramp-type aperture/blade, Adjustable, graduation marks at 100, 200, 250, and 300 yards
**FEED**—15 or 30 round removable box magazine
**WEIGHTS**
**WEAPON (EMPTY)**—5.31 lbs (2.41 kg)
**WEAPON (LOADED)**—5.92 lbs (2.69 kg) w/15 rd mag
**MAGAZINE (EMPTY)**—15 round 0.19 lb (0.09 kg)
30 round 0.22 lbs (0.10 kg)
**MAGAZINE (LOADED)**—15 round 0.61 lbs (0.28 kg)
30 round 1.06 lbs (0.48 kg)
**SERVICE CARTRIDGE**—M1 Ball 196 gr (12.7 g)
**PROJECTILE**—111 gr (7.2 g)
**LENGTHS**
**WEAPON OVERALL**—35.58 in. (90.4 cm)
**BARREL**—18 in (45.7 cm)
**SIGHT RADIUS**—21.5 in. (54.6 cm) w/rear sight set at 100 yds

*A group of UDT swimmers from Underwater Demolition Team 16 prepare to board their boat prior to going in to an island in the Pacific during World War II. The men are wearing standard jungle fatigues and inflatable canvas/rubber life belts along with M1 steel helmets. The man at the center of the picture has an unloaded M1 carbine slung across his back and is wearing an M1910 pistol belt with one-quart canteen and first aid pouch. In addition he has a pair of binoculars slung at his left side in their leather case. The binoculars indicate that the man is probably an officer and the uniforms and equipment suggest that the UDT men are going in to the island after the actual invasion has taken place. At the bottom left of the photograph can be seen the muzzle and front sight of an M1 carbine.*
*PHOTO CREDIT: UDT-SEAL MUSEUM*



*By the middle of World War II (1943) the average Navy sailor was receiving a limited amount of training in small arms while he attended boot camp as a recruit. Small arms were not a priority in the Navy as the force fought from aboard ship with the U.S. Marines being the primary amphibious ground combat unit. In 1943, when the NCDUs began training at Fort Pierce, Florida, the primary shoulder-fired weapon in the Navy was the bolt-action M1903 Springfield rifle. The semiautomatic M1 Garand was not considered a Navy weapon at that time and all production of the M1 was going to the Army and Marines.*

*For the men of the NCDUs and UDTs, it was not considered a mission priority to have the men offensively armed. Little emphasis was given to small arms training in the NCDU curriculum at Fort Pierce. The men who made up the UDT operating platoons were considered to be skilled demolitionists and not people to augment ground troops. Instruction in armed and unarmed combat was given to the UDTs in order that these highly trained men would be able to effectively defend themselves if necessary.*

### M1 (M2) CARBINE

The men who made up the Headquarters Platoon of a UDT were given training in small arms to a much greater extent than the men of the operating platoons. Headquarters personnel were expected to supply boat crews, coxswains, radiomen, and other support to the swimmers who would be doing the actual reconnaissance and demolition swims.

It was towards this end that the men of the Headquarters Platoon received hands-on experience with small arms, primarily the pistol and M1 carbine, as well as gunnery instruction for the .30 and .50 caliber machine guns. If, after the normal eight-week training period, there was a delay in sending the NCDU graduates to Maui for their UDT instruction the men would receive the same classes in small arms as the headquarters personnel.

But for all of their training, the men of the NCDUs and UDTs were still in the military. Common military jobs had to be performed such as guard duty. Because of the highly secret nature of their mission, the men of the NCDUs and UDTs were not able to tell anyone what they did to cause all the explosions heard coming from North Hutchison Island near Fort Pierce. The locals could of course hear the blasting, but the island was off limits to almost everyone but the NCDU students.

But the ammunition and explosive magazines on North Hutchison Island had to be guarded, and it was the men of the NCDU school who pulled that duty. The same situation was repeated at the UDT training compound on Maui in the Pacific. When necessary, the NCDU and UDT men were normally armed with the M1 Carbine.

The M1 Carbine was designed early in World War II after a directive for its development was put out by the Army Ordnance Board in June 1940. The intent was to develop a shoulder-fired weapon weighing about five pounds and having an effective range of 300 yards. The weapon was intended as a replacement for the service pistol and submachine gun for officers and noncommissioned officers as well as being a supplementary weapon for mortarmen, machine gunners, radiomen, and other similar duty positions.

The US service rifle cartridge (30-06) was far too powerful for as light a weapon as the carbine was supposed to be, and the service pistol cartridge (45 ACP) was unable to reach the range requirement. A special .30



*The M2 carbine loaded with a 15 round magazine. The top knob of the small selector lever can be seen at the top of the receiver, above the magazine and just forward of the curved grip of the operating rod.*
*PHOTO CREDIT: SMITHSONIAN INSTITUTION*

**TECHNICAL DATA**—M1918A2 Browning Automatic Rifle
NSN 1005-00-674-1309
**CARTRIDGE**—30-06 (7.62x63mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Full automatic, fast and slow rates
**RATE OF FIRE**—Practical [slow] 40 to 60 rpm, [fast] 120 to 150 rpm, Cyclic [slow] 350 to 450 rpm, [fast] 550 to 650 rpm
**MUZZLE VELOCITY**—2800 fps (853 m/s)
**MUZZLE ENERGY**—2646 ft/lbs (3588 J)
**SIGHTS**—Open, Leaf-type aperture w/round-notch battle sight/blade, Adjustable, battle sight set at 300 yards, leaf graduated 100 to 1500 yards in 100 yard increments,
**FEED**—20 round removable box magazine

**WEIGHTS**
**WEAPON (EMPTY)**—18.96 lbs (8.60 kg) w/bipod
**WEAPON (LOADED)**—20.59 lbs (9.34 kg)w/bipod
Bipod 2.44 lbs (1.11 kg)
**MAGAZINE (EMPTY)**—0.44 lb (0.20 kg)
**MAGAZINE (LOADED)**—1.63 lb (0.74 kg)
**SERVICE CARTRIDGE**—M2 Ball 416 gr (27 g)
**PROJECTILE**—152 gr (9.8 g)
**LENGTHS**
**WEAPON OVERALL**—47.8 in. (121.4 cm)
**BARREL**—24.07 in (61.1 cm)
**SIGHT RADIUS**—31.13 in. (79.1 cm)

**"The Browning Automatic Rifle Model 1918A2, or simply BAR, is a very heavy and powerful rifle."**

*Men on board a Navy ship stand mine watch. The sailor holding the weapon is armed with an M1918A2 Browning Automatic Rifle (BAR) with the bipod removed. The weapon will be used to shoot and detonate mines as they are detected before they can threaten the ship.*
*PHOTO CREDIT: US NAVY*





*A complete M1818A1 Browning Automatic Rifle (BAR). This example is complete with the rear monopod, an item almost always removed by the user in the field.*
*PHOTO CREDIT: US ARMY*

caliber low-powered round was designed specifically for what was then called the "light rifle" trials in 1941. Several arms manufactures submitted prototype weapons chambered for the new round. By the fall of 1941, only sixteen months after the directive had first been issued, a winner of the light rifle trials had been decided on. The Winchester Light Rifle was adopted as the M1 Carbine in October 1941.

As adopted, the M1 Carbine was a small semiautomatic rifle feeding from a fifteen-round magazine. It was this model carbine that was issued to the men of the UDTs as their duties required. Late in 1944, a selective-fire version of the carbine was developed. Issued as the M2 Carbine, the new weapon had a thirty-round magazine available for it that could also be used in the earlier M1 Carbine. As the M2 Carbine became available, it was issued to the UDTs.

### M1918A2 BAR

The only other shoulder weapon trained with and used in any numbers by the UDTs in World War II was at the opposite end of the small arms scale from the M1 Carbine. The Browning Automatic Rifle Model 1918A2, or simply BAR, is a very heavy and powerful rifle. Normally fired from the prone position with the weapon supported by a bipod, the BAR is capable of good accuracy at a long range. The twenty-round magazine of the BAR limits its capacity for sustained fire somewhat as does its lack of a way to change a hot barrel. But the weapon was a great deal more portable that the contemporary belt-fed automatic weapons of the time.

Instead of being selective-fire, that is firing either semiautomatic or full automatic, the M1918A2 BAR instead had two different rates of fire that could be selected by the operator. The fast rate of fire, around 600 rounds per minute cyclic, could put out a rapid volume of fire in order to engage or suppress an enemy position. The slow rate of fire, about 350 rounds per minute cyclic, allowed for single shots to be easily fired by a trained gunner and has more controllable muzzle climb when fired from the standing position.

In the Navy, the BAR would be used for shore or landing party operations. On board ship, the BAR would occasionally be found in use to augment a ship's volume of antiaircraft fire. More important to the men of the UDT, the BAR could be used to give a reasonable amount of firepower to small craft such as a rubber boat. The BAR could be fired from such a boat by a single operator while the light machine gun of the time, the Browning M1919A4 would be very clumsy to use and take up a great deal more room.

Used by the UDT in only limited numbers, the BAR saw little if any combat duty with the Teams during



*A technician checks an M1918 Browning Automatic Rifle (BAR) while on board ship in the Pacific during World War II. These early-model BAR's could still be found in Navy arms rooms throughout the war where they were used for ship defense and to arm landing parties. The last weapon on the left is an M1918 BAR with its forearm removed and a pintle adaptor installed. The pintle adaptor would allow the weapon to be placed in any standard machine gun mount on board ship.*
*PHOTO CREDIT: UDT-SEAL MUSEUM*

**TECHNICAL DATA**—AR-15 (Colt Model 601), M-16 (Colt Model 602)
NSN 1005-00-983-6877, (M-16) 1005-00-856-6885
**CARTRIDGE**—.223 Remington (5.56x45mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - semiautomatic/full automatic
**RATE OF FIRE**—Practical SS 45 to 65 rpm, A 150 to 200 rpm, Cyclic 700 to 950 rpm
**MUZZLE VELOCITY**—3250 fps (991 m/s)
**MUZZLE ENERGY**—1313 ft/lbs (1780 J)
**SIGHTS**—Open, Flip-type aperture/post, Adjustable, battle aperture 0 to 300 meters, long range aperture 300 to 500 meters
**FEED**—20 or 30 round removable box magazines
**WEIGHTS**
**WEAPON (EMPTY)**—6.35 lbs (2.88 kg) w/o sling
**WEAPON (LOADED)**—7.46 lbs (3.38 kg) w/20 rd mag & sling
Sling 0.40 lbs (0.18 kg)
**MAGAZINE (EMPTY)**—20 round aluminium 0.19 lb (0.08 kg)
30 round aluminium 0.24 lbs (0.11 kg)
**MAGAZINE (LOADED)**—20 round 0.71 lb (0.32 kg)
30 round 1.02 lbs (0.46 kg)
**SERVICE CARTRIDGE**—M193 Ball 182 gr (11.8 g)·
**PROJECTILE**—56 gr (3.6 g)
**LENGTHS**
**WEAPON OVERALL**—38.6 in. (98 cm)
**BARREL**—20 in (50.8 cm)
**SIGHT RADIUS**—19.72 in. (50.1 cm)
These weapons are among the first of their kind to be used by the Navy. A noticeable characteristic of the early AR-15/M-16 weapons is the shiny appearance of the chromed bolt carrier, visible through the open ejection port, and the green-colored plastic furniture (stocks). Later versions of the weapon had black plastic furniture and the bolt carrier was parkerized a dull grey.

*A group of SEAL Team Two operators in the early 1960's. They are wearing uniforms that were part of a large open-purchase of commercially-produced equipment that was made to get the newly commissioned SEAL Teams operational as quickly as possible. The groups weapons are early-model Colt AR-15 rifles. The early style, fully chromed bolt carrier is readily visible through the open ejection port of the weapon held by the SEAL at the left of the picture. The smooth right side of the upper receivers show that these weapons do not have the forward bolt assist required by the Army in the later M16A1 rifle. Additionally, these weapons have the first model, stepped-down, double diameter open-prong flash hiders that were part of the early production units in the series. The SEAL at the lower right in the photo is holding the very rare AR-15 carbine with its flash suppressor mounted just ahead of the front sight.*
*PHOTO CREDIT: RYAN McCOMBIE COLLECTION*



World War II. Photographs of NCDUs at Fort Pierce exist showing at least one man of the six man NCDU armed with a BAR. Training was given on the M1918A2 BAR at Fort Pierce and it is likely that additional training with the weapon was conducted at Maui late in the war. The commander of the UDT school at Maui towards the end of World War II, Commander John T. Koehler, could see the mission of the UDTs expanding inland if the war continued. To account for such a situation, and to expand the capabilities of the UDTs, Commander Koehler added further small arms training and other skills to the UDT training curriculum.

During the Korean War, the land combat application of the UDTs became much more than just a possibility. Guerrilla infiltration and exfiltration, clandestine resupply ops, and behind-the-lines demolition raids all were conducted by the men of the UDT. The M1 and M2 Carbines and BARs again saw duty with the UDTs, only their use was much more serious than simple guard duty. The submachine gun was considered the favorite shoulder weapon, but the carbine, BAR, and even the M1 Garand were seen in UDT hands. Though the UDTs had few small arms of their own, the facilities of a base armory or ship's stores were available to the Teams when necessary.

A watershed event in the weapons of the UDT took place shortly after the commissioning of the SEALs in January 1962. SEAL Team Two on the east coast at Little Creek, Virginia, was faced with the very real possibility of seeing combat operations in Cuba within a short time after its commissioning. Not being satisfied with what was available through Navy supply channels or in the base armory, Lieutenant Roy Boehm, the first officer-in-charge of SEAL Team Two as well as the Team's founder, sought out the best firearms on the market he could then find. Desiring high-firepower, light weight, dependability, and increased lethality over the M1 Carbine, LT. Boehm was highly interested in a very new firearm just available commercially, the AR-15 rifle.

### AR-15 Model 601

Early in 1962, LT Boehm and some of his new SEALs traveled to Baltimore, Maryland to visit the Cooper-MacDonald offices. The Cooper-MacDonald firm had been representing the AR-15 rifle to the military for several years. The original manufacturers and developers of the AR-15, the Fairchild Stratos Corporation, had sold the license to produce the ArmaLite AR-15 to the Colt Firearms Corporation in 1959. Though the AR-15 had received praise from many of the people who had fired it, the US Military and especially the Army Ordnance Corps were adamantly not interested.

The Army, then responsible for small arms acquisition for the Air Force and Marines as well, had just adopted the M14 as the new service rifle in May, 1957. Difficulties in production and other delays had kept the M14 from being produced in the quantities needed by the military. It was only in 1961 that productions volume had finally started reaching the numbers needed for full issue. In this atmosphere, the Army Ordnance Corps was very much against any new weapon being even remotely



*On the range at Little Creek in the early 1960's, these SEALs from SEAL Team Two are firing their 01 model AR-15 rifles. The unloaded weapon visible has the first model, stepped-down, double diameter, open-prong flash suppressor. The fairly light color of the handguards of this AR-15 comes from the very early weapons having light green rather than black stocks. The SEAL holding the weapon is wearing faded Marine camouflage fatigues.*
*PHOTO CREDIT: RYAN McCOMBIE COLLECTION*

considered for adoption. This was particularly true for a weapon that would also add a new caliber of ammunition into the supply system.

The Army had just managed to start coming on line with a new family of weapons, the M14 and the M60 machine gun, that were both chambered for the same 7.62mm NATO round. One of the selling points of the new weapons was that they would eliminate at least one caliber, the .30 Carbine, as well as several weapons, the submachine gun, M1 Carbine, M1 rifle, and BAR. The AR-15 was chambered for the unique .222 Special developed especially for it. In 1959, the new round was renamed the .223 Remington.

The lightweight .223 bullet did not seem at all a proper projectile for a military weapon according to several prominent people in the Army small arms field. These same people set out to disprove any possible advantages the .223 round might have in the military. The most obvious advantage of the new round was its light weight, at the time two loaded 20- round AR-15 magazines weighed less than a single 20 round- M14 magazine.



*A rare cutaway AR-15 rifle from the Colt Gun Room. This photo shows all of the major internal workings of the AR-15/M16 weapon system. The hammer is forward in the uncocked (fired) position.*
*PHOTO CREDIT: KEVIN DOCKERY/ KNIGHT ARMAMENT COMPANY*

*A closeup of a cutaway AR-15 rifle from the Colt Gun Room. The gas tube can be seen inside the bolt carrier key in the slot just below the top of the upper receiver. Gasses from the barrel would be guided through the gas tube, down the bolt carrier key, and into the bolt carrier, behind the bolt itself. The pressure of the gases would drive the bolt carrier to the rear with the bolt itself acting as a piston. The cam pin that locks the bolt to the bolt carrier would be guided through a cam track that would force it to rotate and unlock/lock the bolt depending on the direction of travel. Three thin metal discs on the bolt are the bolt rings and they insure a gas-tight seal between the bolt and bolt carrier.*
*PHOTO CREDIT: KEVIN DOCKERY/KNIGHT ARMAMENT COMPANY*



One problem with the small bore of the AR-15 rifle was strongly pointed out by the Army board examining the weapon. During trials of the AR-15 at the Aberdeen Proving Grounds in 1958, the barrel of one test weapon split while firing during a rain test. Modifications to the barrel were completed by Gene Stoner, the AR-15's designer. But rumors persisted about the danger of the .223 bore retaining water droplets due in part to capillary action.

If the SEALs were to use the new rifle and there was a problem with water retention in the bore, it would be proved useless given the environment of their missions. Not particularly trusting anyone else's tests, Lieutenant Roy Boehm conducted his own examination of the AR-15.

"... Wanting to test the AR-15 himself before making his purchase, Roy took some Team Two men up to Baltimore with him to check out the weapons the dealer had available. Roy and the guys shot the AR and fully tested it. They even tossed the weapon into the surf zone, covering it with sand, silt, and salt water, and it continued operating. With proper care, the AR-15 was able to pass any abuse Roy gave it. Team Two now could issue one of the newest weapons available on the market."

Lt. Boehm found no problem with water retention in the bore of the AR-15. He was in a unique situation where he had to outfit his men and did not have the time to wait for channels. The funds necessary for the equipping of SEAL Team Two were already at Roy Boehm's disposal in the form of open purchases he could make in any market he saw fit. The men of the SEAL Team quickly agreed with "The Boss's" decision.

"The best package of firepower and weight we had were the new AR-15 rifles. This was several years before the Army was to adopt the AR-15 as the M-16, even in limited numbers. But Roy had used his open purchase system and gotten us 66 brand new AR-15's fresh from the Colt factory.

Roy had ordered 136 of the new AR-15 rifles, the selective fire models [Colt Model 601] with green stocks. Half of the weapons were sent to Team One along with instructions, magazines, and spare parts."

Shortly after the new weapon's arrival, the situation in Cuba began heating up. It looked as if the AR-15 would get combat tested on the beaches of that Caribbean island.

"As the men came in, we issued what we had. Watches, pistols, and other gear was given out. Then when Cuba calmed down, the additional men went back to their parent units, and a lot of our gear went with them. One of the items we had before any one else in the Navy were the AR-15 rifles ...Half of the weapons went to the West coast and SEAL Team ONE with the remainder staying with us. Those were the first rifles of their kind in the Navy and were later adopted by the military as the M-16. We had them first because we needed them."

The new weapons were well and enthusiastically received by the SEALs. For the first time, a light weight, highly-lethal, selective fire weapon was available. Though the M2 Carbine had been both light weight and capable of automatic fire, the round it fired was considered underpowered and had proved itself to have less than ideal stopping power. In defense of the Carbine, it must be remembered that the weapon was designed to be a replacement for the pistol as a secondary arm generally for support troops.

Though the M-14 was the intended standard issue shoulder weapon of the early 1960's, it was considered too large and ungainly for use by the SEALs who might easily have to transport the weapon underwater. Another factor in favor of the AR-15 was its intentional design for controlled automatic fire. The M-14 could have a selector switch easily installed, but the weapon is built along traditional lines. The recoil of automatic fire in the M-14 violently pushes the muzzle up and to the right, especially when fired from the shoulder.



*A pair of UDT operators set up flags to line up swimmers during a beach survey in Vietnam. The UDT man closest to the camera has a Colt Model 01 AR-15 slung diagonally across his back. His partner closer to the water is apparently unarmed except for the Mark 2 Ka-Bar at his right hip.*
*PHOTO CREDIT: UDT-SEAL MUSEUM*



*A selection of SEAL shoulder weapons in Vietnam circa late 1967-68. The bottom weapon is a Stoner 63A light machine gun fitted with a left-hand feed mechanism and a 150 round aluminum belt drum. Over the muzzle of the Stoner is a black plastic cap developed at China Lake to help keep the barrels of M16 and Stoner weapons clean and clear of mud. The caps can be easily fired through with no damage to the weapon. Second from the bottom is a Colt Model 07 submachine gun loaded with a 20 round magazine and having the sliding buttstock in the forward (collapsed) position. This specimen has been fitted with a 2nd model flash/noise suppressor on its muzzle. Second from the top is a Colt M16-series rifle with a 2nd type open-prong, conical flash suppressor on the muzzle. The weapon at the top is a M16-series weapon also with a 2nd model flash suppressor and a 40mm XM148 grenade launcher mounted underneath the barrel. The curved cocking lever for the XM148 can be seen just ahead of the magazine in the rifle. This rifle is loaded with two butt-taped 20 round magazines. The bottom magazine is loaded with tracer ammunition (not identifiable in this black-and-white illustration). On the right side of the photo is an unusual set of leather and canvas field gear with three M26 fragmentation grenades attached to it.*

*PHOTO CREDIT: US NAVY*



*This SEAL is wearing the so-called black pajama tops that were very popular with some members of the Teams in Vietnam. He is armed with an M16A1 rifle loaded with a 20 round magazine. His web gear is mostly M1956 pattern Load Carrying Equipment with several universal small arms ammunition cases on his belt. A number of M26 fragmentation grenades are secured to the mounting straps on the outside of the ammunition cases. At his left shoulder, this SEAL has secured a Mark 2 Ka-Bar with a painted-over Mark 13 day/night flare taped to the scabbard. Slipped though a loop at his right shoulder is an M18 colored smoke grenade.*

*PHOTO CREDIT: FRANK THORNTON COLLECTION*

The AR-15 has the stock in line with the barrel of the weapon. This causes the AR-15 to have less tendency to climb up and right when fired on automatic, though the weapon still takes a good deal of training to properly control. The training is considered very worthwhile as full automatic fire is very much an advantage for sudden close-in fire fights or the overwhelming fire needed for an ambush. The SEALs liked the fact that the AR-15 could be fired on full automatic with just the flip of a selector switch. Sometimes, the SEALs liked full automatic fire a little too much. The first range practice with the new AR-15s for SEAL Team Two took place at a Marine range since they had the proper firing facilities and the fledgling SEAL Teams did not.

> "As we were getting down into the firing position the [Marine] Lieutenant sounded off. "There will be no automatic fire on this range," he said, "Everything will be semiautomatic fire only." That was a bit of a mistake on his part.
>
> "Lock and load one magazine. Ready on the left? Ready on the right? Ready on the firing line! Shooters, you may commence fire!" We all just raised our heads a little bit and looked up and down at each other. At the command "Commence fire" all of us switched over to automatic and let that magazine rip. The Lieutenant immediately confiscated all of the weapons and threw us off the base."



*These two SEALs crouch down and watch a helicopter come into their area during a training operation. The SEAL to the left is holding an M16A1 rifle with a plastic mud cap over the flash suppressor. The rifle is loaded with a pair of butt-taped 20 round magazines. He is wearing the early model Type 1 Rifleman's buoyant ammunition carrying vest.*
*PHOTO CREDIT: UDT-SEAL MUSEUM*

One problem that the SEALs did not have was with the lethality of the AR-15. Being the early 601 models, the AR-15s purchased directly by the Teams had barrels rifled with six grooves having a right-hand twist rate of one turn in fourteen inches. This rifling twist rate was the firearms industry standard when Gene Stoner had first designed the AR-15. Since the 55-grain .223 bullet was the same weight as commercial .22 bullets fired in high-velocity center fire rifles, the commercial twist rate was thought to be correct to stabilize the .223 bullet for accuracy.

The problem was that the commercial 55-grain bullets then in use were shorter and blunter than the full jacketed projectile designed for the .223 Remington military round. Standard M193 ball ammunition, when fired from the early AR-15, launched a projectile that was just barely stable in flight. When the bullet struck a target, or entered flesh, it began tumbling wildly, expending its energy rapidly. This rapid energy release resulted in the near-explosive wounds coming out of Vietnam in mid-1962.



*A cutaway view of the front sight assembly of the M16A1 rifle. The open port that directs the propellant gases from the barrel into the gas tube can be seen just above the sling swivel and in front of the handguard mount. At the upper right portion of the sight assembly can be seen the threaded front sight post and the spring-loaded detent that helps hold it in place. The aluminum reflector that helps keep the handguards cool can be seen riveted to the inside of the left-side handguard.*
*PHOTO CREDIT: KEVIN DOCKERY/KNIGHT ARMAMENT COMPANY*

Almost 1,000 AR-15 rifles, all early model 601s, and over half a million rounds of ammunition had been purchased by the Defense Department in late December 1961. These weapons and ammunition were part of Project AGILE being conducted by the Advanced Research Projects Agency (ARPA). The project intended, in part, to examine new weapons for use by "the small-stature... Vietnamese soldier and to evaluate the weapon under actual combat conditions."

Project AGILE resulted in the first operational tests of the AR-15 in combat being conducted by selected units of



*The author firing an M16A1 rifle with a Mark 2 Blast Suppressor mounted on the muzzle. The weapon is firing a short burst on full automatic, two ejected cartridge cases visible as the elongated blurs above the firer's left hand and the weapon's front sight. It is interesting to note the lack of muzzle climb on the weapon, even when fired on full automatic. This lack of rise is a by-product of having the extra weight of the suppressor on the muzzle.*
*PHOTO CREDIT: KEVIN DOCKERY*

**TECHNICAL DATA**—M16E1 (M16A1) (Colt Model 603)
NSN 1005-00-939-0584 (M16A1) 1005-00-073-9421
**CARTRIDGE**—.223 Remington (5.56x45mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - semiautomatic/full automatic
**RATE OF FIRE**—Practical SS 45 to 65 rpm, A 150 to 200 rpm, Cyclic 700 to 800 rpm
**MUZZLE VELOCITY**—3250 fps (991 m/s)
**MUZZLE ENERGY**—1313 ft/lbs (1780 J)
**SIGHTS**—Open, Flip-type aperture/post, Adjustable, battle aperture 0 to 300 meters, long range aperture 300 to 500 meters
**FEED**—20 or 30 round removable box magazines
**WEIGHTS**
**WEAPON (EMPTY)**—6.5 lbs (2.95 kg)
**WEAPON (LOADED)**—7.61 lbs (3.45 kg) w/sling & 20 rd mag
Sling 0.40 lbs (0.18 kg)
**MAGAZINE (EMPTY)**—20 round aluminium 0.19 lb (0.08 kg)
30 round aluminium 0.24 lbs (0.11 kg)
**MAGAZINE (LOADED)**—20 round 0.71 lb (0.32 kg)
30 round 1.02 lbs (0.46 kg)
**SERVICE CARTRIDGE**—M193 Ball 182 gr (11.8 g)
**PROJECTILE**—56 gr (3.6 g)

**LENGTHS**
**WEAPON OVERALL**—39 in. (99.1 cm)
**BARREL**—20 in (50.8 cm) w/o flash suppressor
21 in (53.3 cm) w/flash suppressor
**SIGHT RADIUS**—19.75 in. (50.2 cm)
Modifications from the original AR-15 (M-16 rifle for the A1 version included:
Chrome plating the chamber and later the entire bore
Addition of a forward bolt-assist for forcing the bolt closed
A heavier recoil buffer to slow the cyclic firing rate, this buffer was quickly retrofitted to all M16 rifles
A buttstock compartment for holding a set of cleaning gear
A closed "bird-cage" flash suppressor
A wider charging handle
Index lines (windage) on the rear sight
A 30 round magazine was introduced to replace the 20 shot version used in the field. This size magazine had been available since the earliest Colt manufactured weapons but had been available on a very limited basis. Prior to this (about 1968) only the Air Force had been issuing 30 round magazines as a normal item. These larger magazines were a valued "scrounge" item among the SEALs. 20 round magazines remained the norm throughout the Vietnam war.

the South Vietnamese Army supported by American advisors. The tests ran from 1 February to 15 July, 1962. Besides being well-liked by the Vietnamese troops for its size and light recoil, the AR-15 had shown itself to be a very lethal combat weapon. Reports told of almost incredible wounds being caused by single .223 bullets. Amputations of limbs, massive body wounds, and decapitations had all been caused by the very high-velocity AR-15 projectiles.

But there was a drawback that came with the near-instability of the AR-15 bullets being fired in 1-in-14 twist barrels. When the ambient temperature dropped below freezing, the air density changed. In cold air, the AR-15 bullets became unstabilized and accuracy dropped off badly. In independent, unbiased tests run by the National Rifle Association, it was found to be impossible to keep ten rounds on a 3 foot by 4 foot target at 300 meters range with the air temperature below 32 degrees Fahrenheit.

Since SEAL Teams Two did few operations in a cold environment during its first years, the drawback of the AR-15s rifling was not noticed as a problem. By July, 1963, orders had gone out from the Department of Defense that no further AR-15s would be accepted with the old rifling twist rate. The new twist rate, which stabilized bullets in below-freezing temperatures, was 1 turn in 12 inches. All subsequent AR-15s, M-16s, and M16A1s were all made with the 1-in-12 rifling twist rate, including those used by the SEALs.

A SEAL Team Two MTT (Mobile Training Team) 10-62 went to Vietnam to continue training the Beit Hai commandos of the South Vietnamese Navy. The training program had been begun by an MTT primarily from SEAL Team One earlier in the year. Along with "3 to 4 tons" of other equipment, the Team Two MTT took along with them a number of the Team's AR-15s. At the time the AR-15 and its use by the SEAL Teams was still classified. Again, the men of the South Vietnamese military greatly liked the AR-15. In fact the MTT soon ran out of the .223 ammunition they had brought along with them. At the time, the .223 military ball was loaded by Remington Arms and came packaged in a white 20-round cardboard box. As the ammunition was gone, the MTT turned to training the Vietnamese with available weapons including the M1 Garand, M2 Carbine, and BAR. It would be some years later that .223 ammunition would be available in huge numbers in Southeast Asia.

In June, 1963, President John F. Kennedy came to Norfolk and visited SEAL Team Two. While on his tour, President Kennedy saw a number of SEALs who were demonstrating the equipment they used. One man, GMG2 A.D. Clark was holding one of the Team's AR-15 rifles. When President Kennedy approached Clark he asked, "What have you got there, son?"

"This sir," answered Clark, "is the AR-15 rifle, made by ArmaLite."

At that point, one of the officers escorting President Kennedy, an Army Colonel, interrupted, commenting about how the AR-15 was only a limited duty, special-purpose weapon as compared to the issue M-14.

The President cut off the Colonel with a curt, "I am speaking to this gentleman here," and he resumed his conversation with Clark.

That action probably did as much to endear the President with the men of the SEALs as did his signing their commissioning orders only sixteen months before. But A.D. Clark continued with his praise of the AR-15 stating that it was exactly the weapon the SEALs wanted and no other. In a way it is very proper that A.D. Clark is the SEAL who spoke to the President in regard to the AR-15 rifle. Clark had been one of the SEALs who had accompanied Lt. Roy Boehm the year before when he had gone to Cooper-Macdonald in Baltimore to first test the AR-15.

### M16 Model 602

By 1965, even the UDTs had at least some AR-15s in their inventory for issue to operating platoons. By this time, the AR-15 had been purchased in some numbers by



*Two SEALs during a training exercise. The front SEAL is carrying an M16A1 rifle loaded with a 30-round magazine and with the flash suppressor replaced with a China Lake blank adaptor. He is wearing a later-model SRU-21/P survival vest over his camouflage fatigues. The rear SEAL is armed with one of the XM177 series weapons also loaded with a 30 round magazine. He is carrying an AN/PRC-77 radio on his back with the coiled feed wire of the handset down over his right shoulder. To minimize his silhouette, the radioman has the short antenna to his radio folded down over his left shoulder and secured to his web gear.*
*PHOTO CREDIT: US NAVY*

**TECHNICAL DATA**—CAR-15 Carbine (Colt Model 05)
**CARTRIDGE**—.223 Remington (5.56x45mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - semiautomatic/full automatic
**RATE OF FIRE**—Practical SS 45 to 65 rpm, A 150 to 200 rpm, Cyclic 700 to 950 rpm
**MUZZLE VELOCITY**—3050 fps (930 m/s)
**MUZZLE ENERGY**—1157 ft/lbs (1569 J)
**SIGHTS**—Open, Flip-type aperture/post, Adjustable, battle aperture 0 to 300 meters, long range aperture 300 to 500 meters
**FEED**—20 or 30 round removable box magazines
**WEIGHTS**
**WEAPON (EMPTY)**—6.0 lbs (2.72 kg)
**WEAPON (LOADED)**—6.71 lbs (3.04 kg) w/20 rd mag w/o sling
Sling 0.40 lbs (0.18 kg)
**MAGAZINE (EMPTY)**—20 round aluminium 0.19 lb (0.08 kg)
30 round aluminium 0.24 lbs (0.11 kg)
**MAGAZINE (LOADED)**—20 round 0.71 lb (0.32 kg)
30 round 1.02 lbs (0.46 kg)
**SERVICE CARTRIDGE**—M193 Ball 182 gr (11.8 g)
**PROJECTILE**—56 gr (3.6 g)
**LENGTHS**
**WEAPON OVERALL**—33.6 in. (85.3 cm)
**BARREL**—15 in (38.1 cm)
**SIGHT RADIUS**—19.72 in. (50.1 cm)

**"The CAR-15, for Colt Automatic Rifle, carbine was the same as the AR-15 rifle except that the barrel had been cut off to just in front of the front sight and the flash suppressor reinstalled."**



*These SEALs are demonstrating techniques used when landing on a beach with a Combat Rubber Raiding Craft (CRRC). All three of the SEALs are wearing the same type of camouflage uniforms and floppy bush hats. The two visible weapons are M16A1 rifles with the crouching SEAL having loaded his weapon with two butt-taped 30 round magazines. The standing SEAL, with his weapon in his left hand, has his M16A1 loaded with a single 30 round magazine. The bottom of the magazine has been wrapped with tape for additional strength and a small tape tab extends from the bottom of the magazine to assist in drawing it from an ammunition pouch. All of the load bearing gear worn by these SEALs is of the nylon ALICE (All-purpose Lightweight Individual Carrying Equipment) type adopted by the Army in 1974.*
*PHOTO CREDIT: UDT-SEAL MUSEUM*



*A right-side view of the Colt Model 05 carbine. The weapon is an 01 model AR-15 with its barrel cut back to the front sight assembly. This specimen has the 2nd type conical, open-prong flash suppressor.*
*PHOTO CREDIT: KEVIN DOCKERY*

the Air Force as the M16 rifle. The Navy had purchased an additional 240 M16 rifles, announcing the contract in October, 1964. In the week of 18-22 January 1965, Colt received a priority 04 MIPR from the Navy for an additional 50 M16 rifles. At the time, rifles were shipped with seven 20-round magazines, spare parts and additional materials were shipped separately. The Army was also purchasing thousands of XM16E1s at this time, primarily for use with US Army maneuver battalions in Vietnam.

The AR-15 had been advertised by Colt as an almost self-cleaning weapon needing only "an occasional simple cleaning... [to] keep the weapon functioning indefinitely. Working parts can be cleaned by wiping with a cloth." But in the SEAL Teams and UDTs, maintenance procedures take on an importance close to that of a religion. This attitude stems from the Teams working underwater with Underwater Breathing Apparatus (UBAs). If a diver does not take meticulous care of his UBA, it will fail on him at some point, either killing him outright or causing him to drown. With something like that for a background, it is easy to see how the SEALs and UDTs keep their mania for maintenance.

In the first edition of the UDT Handbook (1965) are listed the cleaning instructions for the AR-15 (M-16) that state; "...all excess carbon [be] simply wiped off the working parts." But with the Team's tradition for complete maintenance, weapons, including the AR-15 were cleaned thoroughly and completely. Because of this situation, the SEALs did not suffer the large numbers of malfunctions experienced by Army personnel when the rifle was fielded in Vietnam.

### CAR-15 Carbine Model 605

Several variations of the AR-15 were also obtained by the SEALs in early 1962 in addition to a number of accessories. Very early in 1962, SEAL Team Two had at least one of the rare AR-15 carbines, the Model 605. The CAR-15, for Colt Automatic Rifle, carbine was the same as the AR-15 rifle except that the barrel had been cut off to just in front of the front sight and the flash suppressor reinstalled. It is possible that only one of the CAR-15 carbines was ever procured as the weapon was not very successful and very few were manufactured by Colt. The AR-15 carbine was offered by Colt for situations "where stowage is a problem," which would of course hold appeal to the size-conscious SEALs. Though it shows up in a number of photographs of field exercises conducted by Team Two in 1962 and in a 1964 weapons display, the AR-15 carbine was little used and probably never fielded in Vietnam.

Several accessories for the AR-15 were experimented with by the SEALs prior to the Vietnam War. At least one removable telescopic sight was tried out by SEAL Team Two. The telescopic sight was a Delft Optics 3x25 power telescope (weight 0.875 lbs. [0.397 kg]) adapted from the earlier AR-10 rifle. Though it could be easily mounted and dismounted from the carrying handle of the AR-15, the early scope sight simply would not remained zeroed to the weapon. When mounted on the rifle, hand pressure was enough to push the sight out of alignment with the rifle. Other accessories obtained included AR-15 bayonets, clip-on bipods, and a small number of early model 30-round magazines.

### XM16E1 (M16A1) Model 603

In 1965, the Army had begun receiving quantities of the XM16E1 rifle and several elite Special Forces and Airborne units were equipped with the new weapon. For Army use a number of modifications had been done to the original Model 601 AR-15. Most of these modifications had also been included in the Air Force issue M16. For the Army XM16E1, the major visible change was the addition of the forward bolt assist, a bolt closure mechanism on the upper receiver of the rifle that allowed the bolt to be pushed forward. To accommodate the new changes, Colt manufactured the M16 and the XM16E1 as their Models 602 and 603 respectively.

In the Spring of 1965, the SEALs were given the opportunity to employ their AR-15s in combat. By April, the rebels in the Dominican Republic had escalated the situation to a crisis point. U.S. Forces were finally called



*A group of SEALs establish perimeter security while demonstrating a desert mission. The men are all armed with M14 rifles, preferred for the desert due to their longer effective range than the standard M16 series weapons. The SEAL to the left rear in the photo is removing a Compact Laser Designator (CLD) from the pack of the SEAL keeling in front of him. The CLD will be used to illuminate or "paint" a target with laser light for an incoming air strike. These men are all wearing the most recent pattern desert camouflage uniforms.*
*PHOTO CREDIT: KEVIN DOCKERY*



**TECHNICAL DATA—M14**
NSN 6D1005-00-770-3559
**CARTRIDGE**—7.62mm Nato (7.61x51mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - semiautomatic/full automatic
**RATE OF FIRE**—Practical SS 20 to 40 rpm, A 40 to 60 rpm, Cyclic 700 to 750 rpm
**MUZZLE VELOCITY**—2800 fps (853 m/s)
**MUZZLE ENERGY**—2593 ft/lbs (3516 J)
**SIGHTS**—Open, Aperture/blade,
Adjustable 100 to 1200 meters in 100 meter graduations
**FEED**—20 round removable box magazine
**WEIGHTS**
**WEAPON (EMPTY)**—8.6 lbs (3.90 kg)
**WEAPON (LOADED)**—11.21 lbs (5.08 kg) w/sling, cleaning kit (in buttstock), & 20 rd mag
Sling 0.31 lbs (0.14 kg)
Cleaning kit/combination tool .67 lbs (0.30 kg)
**MAGAZINE (EMPTY)**—0.51 lb (0.23 kg)
**MAGAZINE (LOADED)**—1.63 lb (0.74 kg)
**SERVICE CARTRIDGE**—M80 Ball 393 gr (25.5 g)
**PROJECTILE**—149 gr (9.7 g)
**LENGTHS**
**WEAPON OVERALL**—44.33 in. (112.6 cm)
**BARREL**—22 in (55.9 cm)
**SIGHT RADIUS**—26.69 in. (67.8 cm)

**TECHNICAL DATA**—M14 w/folding stock
**MAGAZINE (EMPTY)**—0.51 lb (0.23 kg)
**MAGAZINE (LOADED)**—1.63 lb (0.74 kg)
**SERVICE CARTRIDGE**—M80 Ball 393 gr (25.5 g)
**PROJECTILE**—149 gr (9.7 g)

*Wearing first-pattern desert camouflage uniforms, these SEALs are patrolling near Kuwait City during Desert Storm. The SEAL in the passenger seat is holding on to his M14 rifle, used in place of the M16 due to its greater range. The action of the M14 has been wrapped in a rag to keep the constant desert dust and sand from the action of the weapon. The large pouch hanging at the SEAL's hip is the M17A1 protective mask carrier with spatters of light paint on the cover in order to help camouflage it.*
*PHOTO CREDIT: US NAVY*



*A SEAL equipped for a rescue in a desert environment. He is carrying an M14 rifle, used for its greater effective range in the open spaces of the desert. The dark goggles he is wearing will protect his eyes from the glare of the sun as well as the sudden flash of a flash-bang (stun) grenade. Taped to the top of his PRO-TEC helmet is a strobe light that can be used to identify the wearer to friendly overhead aircraft. For pickup, the modified parachute harness this SEAL is wearing over his desert-camouflage uniform is an integral part of the Special Purpose Insertion and Extraction (SPIE) rig. For a SPIE extraction, a line lowered down from a helicopter would be attached to the carabiner seen just forward of this SEAL's right shoulder. Just above the trigger finger can be seen the cylindrical selector lock that prevents this particular M14 from firing on full automatic.*
*PHOTO CREDIT: KEVIN DOCKERY*

in to protect US interests and help control the fighting in the streets. Two platoons of SEALs from Team Two arrived in the Dominican Republic complete with their equipment, including the AR-15 rifle. At the same time, components of the US Army's 82nd Airborne Division were also conducting operations on the island. The airborne troops were armed with their new XM16E1s.

One drawback of the AR-15 stood out very quickly for the SEALs after their arrival. As the existence of the SEALs was still considered classified at the time and their presence in the Dominican Republic something the military command wanted to keep secret, the SEALs moved about in civilian clothes for at least part of their duties.

But the SEALs were carrying their AR-15 rifles, a very distinctive appearing weapon to say the least. In this instance, the SEAL's penchant for camouflage didn't quite work out.

Combat employment of the AR-15 against the rebels in the Dominican Republic proved out the AR-15 to a number of SEALs' satisfaction. Incidents of combat for the SEALs was limited during the crisis, but few complaints were voiced against the new rifle.

In addition to the AR-15, the SEALs had at least one additional type of rifle with them during their deployment. Having been issued one of the new AN/PVS-2 starlight scopes for night work, the SEALs mounted the device on an M14 rifle. The power and range of the 7.62mm bullet fired by the M14 proved itself very effective, especially against snipers. Though heavy in comparison to the AR-15, the M14 had a good deal of appeal due to the added range it gave the SEALs. In one instance, the M14 - AN/PVS-2 combination was able to provide security against sniper activity along a beach area at night, something no other weapon system available at the time could have done as well.

### M14

The M14 was the last "full-sized" rifle to reach standard-issue status with the US military. An improved version of the M1 Garand, the M14 is chambered for the 7.62mm NATO round. The 7.62mm NATO ammunition, also identified as the 7.62x51mm or .308 Winchester (civilian), came out of the old school of thought as to what constituted an ideal battle rifle. Old-school opinion held that a military rifle must be effective at what we now consider a very long range. One thousand yards would only be considered a medium long range to earlier military planners, even though a soldier who could effectively use his rifle at that range was very rare.

Modifications to the gas system, a provision for full-



*This SEAL takes a break during a demonstration at the UDT-SEAL Museum in Fort Pierce, Florida. He is wearing the first pattern desert camouflage Battle Dress Uniform (BDUs) as well as a set of nylon web gear (ALICE). He has two LC-2 canteen carriers on his belt on either side of his combat field pack. His weapon is an M14 rifle with the bolt locked in the open position.*
*PHOTO CREDIT: KEVIN DOCKERY*



*This SEAL operates as part of a patrol during a demonstration. He is wearing the most recent pattern of desert camouflage BDUs. His nylon web gear is the 1974 pattern All Purpose Lightweight Individual Carrying Equipment (ALICE) with several small arms ammunition cases at the side and front of his belt and an LC-2 canteen cover with its 1-quart plastic canteen at the rear of his left hip. The weapon this SEAL is armed with is the standard M14 rifle, preferred for the desert environment due to its greater range over that of the M16 series. The curved attachment on the muzzle of this M14 is a late production M12 blank firing attachment that allows the weapon to operate with blank ammunition. A low-slung holster on his left hip and the way he is carrying his M14 indicate that this SEAL is left-handed.*
*PHOTO CREDIT: KEVIN DOCKERY*



*A group of SEALs awaiting their turn in a demonstration of SEAL abilities. They are all wearing the latest pattern of desert camouflage Battle Dress Uniforms (BDUs) as well as a mix of different types of load bearing equipment. The SEALs at the center and left of the photograph are both armed with M14 rifles fitted with late-pattern M12 blank firing attachments. The SEAL at the left is wearing a set of chest pouches for 20 round M14 magazines in addition to his regular web gear. The SEAL at the far right is armed with an M60E3 light machine gun, a belt of ammunition for which can be seen just above his left forearm.*
PHOTO CREDIT: KEVIN DOCKERY



*At a demonstration of SEAL abilities, this operator is walking across a beach equipped for winter warfare. He is wearing a white camouflage shell over his uniform, complete with hood, gloves, and cover for his pack. Strapped to the sides of his pack are aluminum-framed snowshoes. He is also wearing dark goggles to protect his eyes from the cold and glare off the snow and ice. His weapon is a folding-stock M14A1, unique to the SEALs. The stock on this particular weapon has been partially camouflaged with white tape.*
PHOTO CREDIT: KEVIN DOCKERY



*A left-side view of the Colt Model 07 CAR-15 submachine gun. The weapon is loaded with a 20 round magazine and the sliding buttstock is in its fully-forward position. The selector lever, directly above the pistol grip, is set to the semiautomatic fire position. This specimen has the longer, second type noise/flash suppressor.*
*PHOTO CREDIT: KEVIN DOCKERY*

**TECHNICAL DATA**—CAR-15 Submachinegun (Colt Model 07)
**CARTRIDGE**—.223 Remington (5.56x45mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - semiautomatic/full automatic
**RATE OF FIRE**—Practical SS 45 to 65 rpm, A 150 to 200 rpm, Cyclic 700 to 950 rpm
**MUZZLE VELOCITY**—2750 fps (838 m/s)
**MUZZLE ENERGY**—940 ft/lbs (1275 J)
**SIGHTS**—Open, Flip-type aperture/post, Adjustable, battle aperture 0 to 300 meters, long range aperture 300 to 500 meters
**FEED**—20 or 30 round removable box magazines
**WEIGHTS**
**WEAPON (EMPTY)**—5.3 lbs (2.40 kg)
**WEAPON (LOADED)**—6.01 lbs (2.73 kg) w/20 rd mag, w/o sling
Sling 0.40 lbs (0.18 kg)
**MAGAZINE (EMPTY)**—20 round aluminium 0.19 lb (0.08 kg)
30 round aluminium 0.24 lbs (0.11 kg)
**MAGAZINE (LOADED)**—20 round 0.71 lb (0.32 kg)
30 round 1.02 lbs (0.46 kg)
**SERVICE CARTRIDGE**—M193 Ball 182 gr (11.8 g)
**PROJECTILE**—56 gr (3.6 g)
**LENGTHS**
**WEAPON OVERALL**—26/28.7 in. (66/72.9 cm)
**BARREL**—10 in (25.4 cm)



*Two examples of the second model noise/flash suppressor. The upper specimen is on a Colt Model 07 submachine gun (CAR-15). The longer body of the second model suppressor and the six elongated ports at the muzzle separate the design from the shorter first model suppressor. The lower specimen is mounted on an XM177E2 with an XM148 40mm grenade launcher mounted underneath the barrel. What appears to be a second part of the suppressor, behind the reduced-diameter section, is actually a shaped metal washer. The large washer acted as a gas check and would allow rifle grenades to be launched from the suppressor if desired. Except for slight manufacturing changes that came over time, the two noise/flash suppressors are the same.*
*PHOTO CREDIT: KEVIN DOCKERY*

automatic fire, a 20 round box magazine, and other mechanical improvements made the M14 a better overall battle rifle than the earlier M1 Garand. The long range capability and overall dependability of the M14 kept it held in reserve in the military supply system long after it had been supplanted by the M16A1 as the standard-issue US shoulder arm. Hand fitted and tuned to match specifications, the M14 became a highly accurate base for a later family of sniper rifles for the Teams and the Army.

### CAR 15 Model 607

An additional AR-15 based weapon was used by the SEALs prior to their major deployment to Vietnam. The CAR-15 submachine gun was a shortened version of the AR-15, offered by Colt as their Model 607 early in 1965. Originally part of the CAR-15 weapons family, which included the Model 605 Carbine, the CAR-15 submachine gun was a very shortened version of the AR-15 rifle. Since the action of the AR-15 requires that the bolt carrier be able to recoil into the stock when the weapon is fired, a folding stock won't work. For the Model 607, a sliding buttstock of generally standard shape was devised.

The sliding buttstock has a switch on the buttplate to lock or unlock the stock system. Using the switch, the buttstock can be slid in or out and locked firmly into either the extended or collapsed position. With the stock in the collapsed position, the CAR-15 can be easily employed for instinctive shooting while held in the underarm position. Since the weapon was so handy when collapsed, many SEALs never bothered extending the stock.

> "... For myself, I preferred the CAR-15, the short submachine gun version of the M16. Using the CAR, I would rarely extend the stock as most of our fighting was done close-in with instinctive firing from the hip being the norm."

The barrel of the Model 607 was cut down to only ten inches and the standard flash hider installed. The front sight was also moved back and the gas system modified as needed. The handguards of the Model 607 were of the same triangular style as those on the AR-15, only roughly half as long. Well liked by the SEALs for its short size and fast handling characteristics, the Model 607 CAR-15 was available in very limited numbers. Those weapons that were available were used in Vietnam until they were effectively worn out.

To increase the number of possible military sales of the CAR-15 to the military, especially the Army, Colt made a number of changes to the weapon while it still retained the designation CAR-15 submachine gun. The addition of the XM16E1 model forward bolt assist to the CAR-15 added about 0.2 pounds (0.09 kg) to the overall weight of the weapon. Though the forward bolt assist was not particularly desired by the SEALs, the CAR-15 certainly was. This resulted in a number of slightly different CAR-15 submachine guns being used in the Teams through the Vietnam War.

By late 1966, the Army and the Air Force had shown enough interest in the CAR-15 to have ordered several thousand from Colt. The first weapons examined for the Army were standard model 607s with the forward bolt assist added. During Army testing one serious drawback did stand out immediately when the CAR-15 was fired. The short barrel and standard flash hider gave the weapon a tremendous muzzle blast and loud report accompanied by a large fireball. At night, the muzzle blast from the Model 607 was dazzlingly bright.

To reduce the muzzle blast and report of the CAR-15 submachine gun, Colt developed a combination flash/noise suppressor in September 1966. The first model flash/noise suppressor added only 1.3 inches (3.3 cm) to the overall length of the CAR-15 and about 0.1 pounds (0.045 kg) to its weight. The internal configuration of the combination suppressor eliminated a good deal of the muzzle flash and, when new, reduced the report of firing the CAR-15 to near that of the standard M16 rifle.

Though a number of the first-model flash/noise suppressors were made in the Fall of 1966, the design was not considered completely satisfactory. In order to cut down on the sound and flash of firing, the first model noise/flash suppressor had a tight muzzle hole, only slightly larger than the .223 projectile. Though the design of the suppressor did reduce the muzzle blast of the CAR-15 it also increased the amount of fouling deposited in the barrel of the weapon. The tight exit hole also caused tracer bullets to yaw badly when fired, destroying their accuracy. To limit the barrel fouling and allow tracer bullets to be accurately fired, a new flash/noise suppressor was developed.

The second model flash/noise suppressor had an overall length of 4.25 inches (10.8 cm) and a weight of




*A left-side view of the Colt Model O7 submachine gun (CAR-15). The selector switch can be plainly seen, set at semiautomatic fire, directly above the pistol grip where it can be manipulated by the operator's thumb. The small rectangular part above and in front of the trigger guard is the retaining portion of the magazine catch. Above the rear of the magazine catch is the bolt stop. Pressing in on the serrated portion of the bolt stop releases the bolt allowing it to move forward.*

PHOTO CREDIT: KEVIN DOCKERY/KNIGHT ARMAMENT COMPANY



*The Colt Model 07 CAR-15 submachine gun. This specimen has the sliding stock fully extended and locked into place. The additional guide rod needed by this design of sliding stock can be seen as the small tube beneath the action spring guide at the rear of the receiver. The noise/flash suppressor on the muzzle of this weapon is the more common second type. This weapon also has an early-type of upper receiver with no allowance for a forward assist mechanism and a lower receiver with no raised guard ridge around the magazine release. The smooth bolt carrier, with no serrations for the forward bolt assist, is visible through the open ejection port.*
PHOTO CREDIT: KEVIN DOCKERY

*The right side of a Colt Model 07 CAR-15 submachine gun with the spring-operated M3 "clothespin" bipod clamped into place under the front sight. The buttstock is slid back to its open position and the smaller guide rail necessary for this model stock can be seen just below the larger action spring guide. The bolt carrier, visible through the ejection port, is a later model intended for the M16A1 with a bolt closure device. The notches seen on the rear section of the bolt carrier are where the plunger of the closure device would contact the carrier. This specimen has the second-model conical, open-prong flash hider which was mounted on some of the first examples of this model.*
PHOTO CREDIT: KEVIN DOCKERY



**TECHNICAL DATA**—XM177E1 (Colt Model 609)
NSN 1005-00-930-5595
—XM177E2 (Colt Model 629)
NSN 1005-00-021-2429
**CARTRIDGE**—.223 Remington (5.56x45mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - semiautomatic/full automatic
**RATE OF FIRE**—Practical SS 45 to 65 rpm, A 150 to 200 rpm, Cyclic 700 to 800 rpm
**MUZZLE VELOCITY**—2750 fps (838 m/s)
**MUZZLE ENERGY**—940 ft/lbs (1275 J)
**SIGHTS**—Open, Flip-type aperture/post, Adjustable, battle aperture 0 to 300 meters, long range aperture 300 to 500 meters
**FEED**—20 or 30 round removable box magazines
**WEIGHTS**
**WEAPON (EMPTY)**—XM177E1 5.2 lbs (2.36 kg)
XM177E2 5.35 lbs (2.43 kg)
**WEAPON (LOADED)**—
XM177E1 6.62 lbs (3.0 kg) w/sling & 30 rd mag
XM177E2 6.77 lbs (3.07 kg) w/sling & 30 rd mag
Sling 0.40 lbs (0.18 kg)
**MAGAZINE (EMPTY)**—20 round aluminium 0.19 lb (0.08 kg)
30 round aluminium 0.24 lbs (0.11 kg)
**MAGAZINE (LOADED)**—20 round 0.71 lb (0.32 kg)
30 round 1.02 lbs (0.46 kg)
**SERVICE CARTRIDGE**—M193 Ball 182 gr (11.8 g)
**PROJECTILE**—56 gr (3.6 g)
**LENGTHS**
**WEAPON OVERALL**—XM177E1 28.3/31 in. (71.9/78.7 cm)
XM177E2 29.8/32.5 in (75.7/82.6 cm)
**BARREL**—XM177E1 - 10 in (25.4 cm)
XM177E2 11.5 in (29.2 cm)
The combination flash/noise suppressor adds about 3.5 inches to the overall barrel length
**SIGHT RADIUS**—14.72 in. (37.4 cm)

0.14 lbs. (0.6 kg). Threading the suppressor onto the 0.635 inch long threaded portion of the barrel muzzle, including a 0.1 inch thick lock washer, increased the overall length of the weapon by 3.72 inches (9.4 cm). The second model flash/noise suppressor was identified by Colt as part #62370. The inside of the second model noise/flash suppressor had a small expansion chamber surrounding a ported barrel extension much the same as the first model device, but the new suppressor had a longer body that incorporated a six-slotted end piece with a large internal diameter, like a standard flash suppressor.

The second model flash/noise suppressor was fitted onto all subsequent models of the CAR-15 and retrofitted onto older weapons as parts became available. Though at least somewhat effective at cutting down the sound and flash of firing the short-barreled AR-15 variations, the suppressor was still easily clogged with fouling and would quickly lose its effectiveness in a combat environment.

### XM177, E1, E2 Models 610, 609, 629

The original sliding buttstock assembly of the Colt model 607 was considered too complex and costly for fielding with the Army. A new type of sliding buttstock was designed and put into production. The new stock was a more skeletal, tubular design while still retaining a full-sized buttplate. To extend or collapse the stock a lever underneath the sliding section was squeezed with the operators fingers, unlocking the rear portion of the assembly. A spring would engage to lock the stock in the extended or collapsed position when the operating lever was released. Lastly, the triangular handguards, which were found to be fragile, were replaced with short, cylindrical handguards with raised reinforcing ribs.

The new weapon, named the "Commando" by Colt, began to be delivered to the military on 7 November 1966 with an initial shipment of 1190 weapons out of a 2815 weapon contract. By January 1967, the Commando had been tentatively type-classified as the XM177 submachine gun (Air Force version) without a forward bolt assist and

*This SEAL is holding an XM177E2 with an XM148 40mm grenade launcher mounted underneath the barrel. The XM177E2 is loaded with an early Colt extended magazine for the M16 weapon series. This magazine is three 20 round magazines welded together to feed straight through. This magazine did not work well in the field and only 35 were reported to have been made at the special request of SEAL Team Two. Hanging from around this man's neck is a hand-held AN/PRT-4 transmitter. The companion AN/PRR-9 receiver can be seen as the box with the spiral part at his left shoulder. The small radios were not well received by the Teams as they soon proved to have a very short range, as little as 40 meters, out in the field.*
*PHOTO CREDIT: FRANK MONCRIEF COLLECTION*





*Two SEALs coming out of the water after a training swim. Both men are armed with XM177E2 submachine guns. The weapon on the left has an early (2nd) model open-prong flash suppressor. The weapon on the right has the standard M16A1 (3rd model) "Birdcage" flash suppressor. Both weapons have their extra-long slings attached to the front sight, allowing them to be carried in a sights-up, muzzle-forward position ready for immediate use. The swimmer on the left has an older pair of UDT "Duck feet" swim fins hanging from his left arm. The swimmer on the right has a newer pair of "rocket" fins developed for the sport-diving industry. Both men are using Mk VI semi-closed circuit breathing rigs.*
*PHOTO CREDIT: UDT-SEAL MUSEUM*



*Going out on an operation in Vietnam, this SEAL is armed with an XM177E2. The additional 1.5 inches of barrel on the XM177E2 as compared to the XM177E1 is easily visible in this photo. This weapon has the second model noise/flash suppressor on the muzzle with the additional formed sheet metal washer between the suppressor and the barrel of the weapon. At his left shoulder, this SEAL is carrying a Navy Pilot's Survival knife with the grip covered in tape for additional waterproofing.*
*PHOTO CREDIT: RYAN McCOMBIE COLLECTION*

the XM177E1 (Army version) with a forward bolt assist. The XM177E1 was sent to Vietnam beginning with the first shipments in November 1966 with the Army's distribution of 2800 weapons being completed by March 1967.

SEALs had been using the model 607 CAR-15 submachine gun from the time of their first combat deployments in Vietnam, circa 1966-1967. As the XM177E1 became available, it was picked up for use with the Teams. Development of the XM177 system continued with the Army, the intention being the future replacement of all M3 and M3A1 submachine guns in service as well as the M1911A1 .45 pistol and M16A1 rifle on a selective basis.

After extensive field testing, the XM177E1 was found to not be completely satisfactory. Problems in accuracy were noted and a number of improvements made. In mid-April 1967, the new Colt model 629 Commando was type-classified as the XM177E2. A contract for 510 XM177E2s was signed with Colt with the weapons to go to the Studies and Observation Group, Vietnam (MAC-V SOG). Delivery of the new weapons was to begin in late September, 1967.

Two noticeable aspects of the XM177E2 stand out in photographs of the weapon. The barrel was extended an additional 1.5 inches (3.8 cm) giving the XM177E2 a barrel length of 11.5 inches (29.2 cm). The additional barrel length was found to help cut down on the muzzle blast and increase the stability, and accuracy, of projectiles. Additionally, the longer barrel allows the XM148 40mm grenade launcher to be more easily attached to the XM177E2. Many elite units, including the SEALs, greatly liked the additional firepower of the XM148 launcher, but adding the weapon to the earlier CAR-15 and XM177E1 was difficult and required modifications to both weapons.

In addition to the longer barrel, the XM177E2 appears to have a third model flash and noise suppressor, one with a noticeable raised boss at the barrel end of the device. The boss is actually a stamped metal washer with an elongated cross section. The washer acts as a forward stop for the XM148 40mm grenade launcher and also allowed rifle grenades to be launched from the XM177E2, something that was rarely, if ever, done.

Since the XM177E1/E2 weapons incorporated all of the up-to-the-minute changes and improvements developed for the XM16E1/M16A1, the Commando was noticeably more reliable than many of the M16-type weapons already in Vietnam. By July 1967, thirty XM177E1 barrels with chrome plated chambers arrived in Vietnam. Later production XM177E2s were all produced with chrome plated chambers to help limit corrosion.

Accuracy of fire with the XM177E2 continued to be a problem throughout the life of the weapon, especially when firing tracer ammunition. In November 1968, Colt estimated that a complete ballistic and kinematic study of the XM177E2 would cost $400,000 and take six months to complete. Recommendations in December 1968 were for the XM177E2 to be reoriented to a $635,000, 29-month long R&D program. Due to the winding down of the US forces in Vietnam after 1970, no action was taken on the XM177E2 program and the weapon went out of production in 1970. Though thousands of the XM177E1/E2 weapons had been built, only a few hundred remained in use by the elite forces who strongly desired them. Cannibalization of damaged XM177s to keep the remaining weapons operational became quite common during the 1970's in the SEAL and UDT Teams.

The strong desire to keep the XM-177E1/E2 weapons operational with the SEALs is clearly shown in the mention of the production model weapons first arrival in the Teams. The excerpt is from SEAL Team Two's Command and Control History for 1969, page 14;

> "3. (U) The XM177E1 submachine gun, better known as the CAR 15, appeared at the SEAL Team late in the year [1969]. This weapon is a welcome addition to the Team's family of weapons, because it fills a size gap that had been left open by all our other weapons. Its main characteristic is its relatively short length which makes it perfect for those people in a patrol such as the patrol leader, radio man, and assistant patrol leader, who find the shorter weapon ideal for close-quarter searching and surveillance of prisoners."

On 23 February, 1967 the XM16E1 was adopted by the US Army as the M16A1 rifle. The weapon had received a number of improvements during its testing by the Army, some of which were necessitated by the Army changing the type of powder allowed in loading .223 ammunition. Among other changes the inside of the bolt carrier was chrome plated and the exterior parkerized with a dull finish. The chrome plating minimized corrosion while giving the carrier a non-reflective finish. Earlier bolt carriers had been entirely chromed and could be seen shining through an open ejection port.

A third model flash suppressor was added to the M16A1, this one having a closed muzzle giving it a "bird cage" appearance. The earlier open prong flash suppressors were reported by the Army to hang up on vines, tall grass, and brush, something not noticed by the SEALs. Other changes in the M16A1 included chrome plating the chamber, and later the entire bore, of the weapon. The SEALs simply liked the M16 family completely and used them interchangeably. In a single SEAL platoon in Vietnam could sometimes be seen AR-15s, M16A1s, CAR-15s (model 607s), XM177E1s, and XM177E2s. On the muzzles of the weapons could be found first, second and third model flash hiders, on both long and short barreled weapons, as well as first and second model flash/noise suppressors on the "shorty" weapons.

The SEALs' opinion of the M16E1 shows clearly in the following quote taken from the official Command and Control History for SEAL Team Two, 1967;

> "The M16E1 has proven a welcome addition to the SEAL arsenal. The weapon performs very well as long as it is kept reasonably clean.



*This is the Mark 2 blast suppressor (1st model) mounted on a standard M16A1 rifle. The Mark 2 screws onto the muzzle of the weapon in place of the standard flash suppressor. The conical rear mount of the Mark 2 indexes on the bayonet lug. The suppressor body is turned to line up the screw holes, and the rear mounting screws inserted to lock the device into place. The flash suppressor is the 2nd type, conical, open-prong model. This blast suppressor was based on the earlier design of the Human Engineering Labs (HEL) M4 sound suppressor. Filed for a patent on 12 July, 1968 as a gun blast diffuser, the 1st model Mark 2 did not require the modifications to the weapon that the HEL M4 suppressor did in order to operate. A weapon fitted with the Mark 2 blast suppressor, developed for the Mark 4 rifle, worked equally well with our without the suppressor in place.*
*PHOTO CREDIT: KEVIN DOCKERY*

**"The HEL M4 suppressor was mounted as a permanent part of a modified M16A1 and was not intended to be removed.... With the suppressor removed, the modified M16A1 wouldn't operate except as a manually loaded repeater."**

*A sectioned view of the 1st model Mark 2 blast suppressor. This very simple design has two expansion chambers and a single baffle. The angular piece to the left of center is the threaded cruciform mounting plate that screws onto the barrel of the using weapon. Though outwardly resembling the HEL M4 suppressor, the Mark 2 blast suppressor is greatly more simplified, having only five major parts as compared to the over 16 parts in the HEL M4. The internal design of the Mark 2 blast suppressor allowed water in the system to easily drain out, something that could not be quickly done with the HEL M4.*
*PHOTO CREDIT: KEVIN DOCKERY*



The chrome [plated] chambers and barrels should substantially lengthen the life of the barrel. It is believed that the bolt assist should be eliminated from the weapon."

For the SEALs' operations in Vietnam surprise was as much of a weapon as any ordnance that could be carried. Specialized weapons could sometimes give an additional edge to an operating group of SEALs deep in the bush. Normally, weapon specialization extended into giving the SEALs as much concentrated firepower, in terms of volume of fire, that they could effectively carry. But other types of weapons could increase the "surprise" factor in the SEALs' favor. And foremost among these weapons are suppressed guns where the sound of firing is eliminated as much as possible.

A suppressor, commonly called a silencer, cuts down on the noise of a weapon's firing, suppressing the sound of the shot. Usually, a suppressor does not effect the velocity of a fired projectile which, if it is moving faster than the speed of sound, causes a sonic "crack" as it passes through the air.

During the first years of the SEALs major deployments to Vietnam, few if any suppressed weapons were available to the Teams. Those that were usually consisted of old World War II weapons that were in very short supply. Back in the States, the US Army's Human Engineering Laboratory (HEL) at Aberdeen Proving Grounds was one of several places developing suppressors for the military, The HEL M4 suppressor became available to the SEALs in the summer of 1967. The HEL M4 suppressor was mounted as a permanent part of a modified M16A1 and was not intended to be removed. For proper operation with the HEL M4 suppressor attached, the bolt carrier of the designated M16A1 had an extra gas bleed-off hole drilled into it, centered and behind the two holes already in place. The extra hole allowed the weapon to function properly, firing in both semi and full automatic modes, but only with the suppressor attached. With the suppressor removed, the modified M16A1 wouldn't operate except as a manually loaded repeater.

A gas deflector shield was attached to the charging handle of the modified M16A1 to protect the firer's face and eyes from any excess propellant gases. The HEL M4 suppressor made the modified M16A1 very difficult to locate by sound when fired. At a distance of 50 meters or so, depending on the surrounding area, the sound of the shot could not be heard.

To increase the efficiency of the suppressor, the SEALs obtained a quantity of special downloaded .223 ammunition. The special ammunition would fire a subsonic projectile that did not break the speed of sound, about 1100 feet per second (335 m/s) at sea level, and yet still operate the action of the modified M16A1. Though very quiet and effective, the subsonic ammunition still would not operate the action as dependably as desired. Neither was the terminal effectiveness of the special ammunition as good as the standard round.

The suppressor-equipped M16A1 was used by the SEALs throughout their operations in Vietnam and was considered a valuable asset. As noted in the SEAL Team Two Command and Control history for 1968, page 8;

"A silencer has been produced which when used with special ammunition, has an indistinguishable noise level. The SEAL Team now has silencers for pistols and rifles."

The weapon was especially valuable on those missions that needed the longer range and accuracy of a suppressed rifle over that of a suppressed pistol or submachine gun. Off-duty SEALs sometimes found additional uses for the suppressed M16A1s they had.

"We shipped out and went on to Song Ong Doc, where we were living on a barge. At night, you'd see groups of rats swimming out from shore in a column maybe twenty feet long, trying to reach the barge and climb up to get into the potatoes that were stacked amidships. When we didn't have operations, the guys would get M-16s with silencers (suppressors) on them and sit out on deck shooting the rats. As long as they used the silencers (suppressors) the officers didn't know what they were doing."

The SEALs were constantly looking for ways to augment the firepower of their small units. This was one of the reasons that the Teams first looked at the AR-15 weapon. One item that was attractive in the AR-15 was that it came outfitted with a twenty-round magazine. Though a thirty-round magazine had been available from Colt since at least 1964, technical difficulties with the large magazines design kept it from being commonly available.

The original Colt thirty-round magazine was a "fully curved" design, that is the magazine had a slight curve, to facilitate feeding rounds, through its entire length. Though the original magazine fed ammunition smoothly, the magazine well of the AR-15 was a straight rectangular hole. Allowances for a curved magazine had not been designed into the weapon. Simply put, not all of the AR-15/M16/XM16E1 weapons made would accept the original thirty-round magazine. If an individual weapon's tolerances were on the large side, it could accept the curved magazine, if not, it could only feed from the standard twenty-round magazine.

The few thirty-round magazines the SEALs had were carefully hoarded and used for combat duty. Though the Teams had at least a small number of the original thirty-round magazines in 1964-65, there were never enough for general issue. The Air Force also had a limited number of the early thirty-round magazines and occasionally individual mags would be "borrowed" by enterprising SEALs.

In January 1966, a requirement was put out for a thirty-round magazine to be delivered from Colt for the M16/XM16E1 program. The late 1966 contract for the XM177E1 Commando specified that the weapon come issued with seven thirty-round magazines. But the thirty-round magazine project was overshadowed at Colt by



**"Later production XM177E2s were all produced with chrome plated chambers to help limit corrosion."**

*A Colt Model 609 XM177E1 "Commando" submachine gun. This specimen has the longer second model noise and flash suppressor mounted on its muzzle. The production model sliding buttstock is in its forward position in this photo. The weapon is loaded with a 20 round magazine and is supported with an M3 bipod clamped in place under the front sight.*
PHOTO CREDIT: KEVIN DOCKERY



*A top view of the Mod 3A 50 round M16 magazine. The cartridge follower has been removed in this photo to show the two constant-force extension springs. The constant-force springs resemble a roll of steel tape. The spring steel coils maintain a smooth pressure on the cartridge follower as the rounds are fed into the weapon with the same pressure driving the first cartridge as the last. Most coil spring designs build up pressure as the spring is compressed making the last rounds to be loaded into a long magazine difficult to insert. The constant-force spring design eliminates the spring-loading problem.*
PHOTO CREDIT: KEVIN DOCKERY



*Produced by the Naval Weapons Center at China Lake, these are commercially available polypropylene plugs used to block the muzzle of an M16, AR-15, or Stoner. The soft plastic plugs slip tightly into the bore of the flash suppressor where they seal the end of the barrel from mud or rain. The plugs could be simply removed by hand or even shot-off with no danger to the weapon or firer. One drawback of the internal-style rain/mud plug was that it would not work on the noise/flash suppressor found on the CAR-15 and XM177 series weapons.*
PHOTO CREDIT: US NAVY

other problems and pushed back in priority. XM177E1s were issued with standard twenty-round magazines.

During the initial field testing of the XM177E1 by the US Army in Vietnam, only four early model thirty-round magazines were sent over for testing. This was along with the 2800 XM177E1s being issued. The four magazines ended up with the 5th Special Forces Group. Though the number of magazines available for testing was laughably small, ninety percent of the people asked in the survey that was part of the XM177E1 testing, stated they preferred the thirty-round magazine if available.

By June 1968, Colt had signed a contact with the Army to supply 1,000 new-model thirty-round magazines with delivery expected in 26 weeks. By 1969, the new model thirty-round magazines started to become available in Vietnam with the SEALs being among the first units to receive them. The new magazine has a straight top and bottom portion connected by a curved section and fit all of the AR-15/M16/16A1 weapons produced at the time of its adoption in 1969. The thirty-round magazine was enthusiastically received by the SEALs who accepted all that they could get their hands on.

SEAL Team Two Command and Control History, 1969, page 14:

"8. (U) Another favorite piece of operational gear which is now present on the SEAL TWO inventory is the 30-round magazine for the M16 and CAR 15 weapons. This gives an extra 10 rounds per magazine which is a welcome development to a unit such as the SEAL Team which constantly tries to make up for its lack of numbers with superior firepower."

In 1968, the Naval Research and Development Unit - Vietnam (NRDU/V) sent a representative to Vietnam in order to assess the needs of the Navy units there. During his four-month tour, the NRDU/V representative spent a large portion of his time with the SEALs operating in the Mekong Delta. One of the strong impressions the man came away with was of the SEALs' requirement for sustained firepower with their M16 rifles. This was needed especially to maintain the high volume of fire during the first crucial moments of enemy contact.

There was at least a year's wait before the thirty-round magazine would be available from Colt and the Naval Weapons Laboratory, Dahlgren, decided to address the problem. The first model of a new fifty-round magazine was delivered from Colt in April/May 1969. The Colt magazines were made up from three twenty-round magazines welded together end-to-end. Inside of the magazines were a new follower mechanism designed by the engineers at Dahlgren. Thirty-five of the Colt magazines were made and forwarded to the Navy for testing.

The major engineering problem with such a long magazine is the spring pressure needed to lift the heavy column of cartridges into the rifle. Too heavy a spring and the last rounds loaded will be difficult to insert into the magazine, too light a spring and all of the ammunition will not feed into the weapon. A normal coil spring, such



*Four of the magazines used by SEALs in Vietnam in the M16-series of weapons. The magazine to the far right is a standard, aluminum 20 round box magazine used in the M16 from its very early days. An earlier steel 20 round magazine was available for the AR-15 but was dropped in favor of the improved aluminum model. Second in from the right is the production-model aluminum 30 round magazine that started becoming available to the SEALs in some numbers in 1969. The production 30 round magazine has two straight sections connected by a curved portion of the body. An earlier 30 round magazine was available in small numbers but had a fully-curved body that did not fit all M16-series weapons due to tolerance differences between magazine wells. The magazine to the far left is the Childers/Monolo Mod 1 50 round magazine produced by the Naval Weapons Laboratory, Dahlgren in 1969. In the Mod 1 design, a curved extension was attached to a standard 20 round magazine body. In addition, a special constant-force extension spring and Teflon follower were part of the design. The Mod 1 design was not successful and only 10 specimens were produced with several being tested in Vietnam. The center magazine is the Mod 3A design, considered the most successful of the series. Ten of the Mod 3A magazines were made and tested by the SEALs in Vietnam and found a valuable addition to the initial volume of fire that could be put out on contact with the enemy. Though the 50 round magazine project was considered a success, the design was shelved in 1970 and no further work was done.*
*PHOTO CREDIT: KEVIN DOCKERY*

as is used in the twenty-round magazine, "loads up", that is increases its spring tension as the magazine is filled. For the proposed fifty-round magazines, the pressure needed to load the final rounds against a coil spring would likely need a loading tool for assistance. In addition, the spring pressure could keep the first rounds in a full magazine from being stripped into the barrels by the weapon's bolt.

To answer this problem, the NRDU/V came up with a new method of pushing the rounds through the long magazine. The follower for the fifty-round magazines, the platform that actually pushes the ammunition itself,




*A cutaway drawing of the action of an M16-series weapon. This drawing illustrates the movement of the hammer on firing and the action of the gases as they start to operate the system.*
*PHOTO CREDIT: US ARMY*




*The rarely seen patch of the NWC Special Projects Division at China Lake, California. This facility produced many specialized pieces of equipment on a quick-reaction basis for use by the SEALs during the Vietnam War and into the 1970's under the sponsorship of the Vietnam Laboratory Assistance Program (VLAP). The figure wearing the cloak and holding a dagger symbolizes the clandestine nature of much of the SEALs' work. The cactus represent the desert where China Lake is located and the background explosion the end effect of much of the material produced for the SEALs.*
*PHOTO CREDIT: US NAVY*

was made of a low-friction plastic. In the base of the follower were placed two constant-force springs, much like the coiled springs in a clock movement. The ends of the springs were attached to the mouth of the magazine rather than pressing against the magazine's bottom. The constant-force springs would unwind as the magazine was loaded, keeping the same pressure on the last rounds loaded as on the first.

The Colt manufactured (first generation) magazines were made at the special request of SEAL Team Two as an interim measure prior to a magazine becoming available from Dahlgren. Results from using the first generation magazines in the field were poor as the magazines were particularly susceptible to mud and damage from the environment. All the first generation magazines were replaced as new designs became available.

The Naval Weapons Laboratory, Dahlgren (NWL) made a Mod 1 magazine consisting of a twenty-round magazine body attached to a curved magazine extension. The Mod 1 magazine used the constant-force springs and follower and operated much better than the Colt magazine. A further nine Mod 1 magazines were made for testing but remained in the United States.

To eliminate some of the problems noted in testing, a Mod 2 magazine was designed. In the Mod 2 magazine, the follower remained much the same as in the Mod 1 but the body of the magazine was made up of two machined halves rather than an extension being attached to an existing magazine. In the Mod 2 design, the curve of the magazine remained the same but the angle where the curved portion met the straight section was increased. The straight section of the magazine had to be retained for easy insertion into the M16 magazine well

The Naval Ordnance Station in Forest Park, Illinois fabricated forty-two Mod 2 magazines according to the NWL design. Testing established the viability of the magazine and the unusual follower design. Ten magazines were found to not operate properly and were removed from the test. Five of the Mod 2 fifty-round magazines were sent to other units in Vietnam and the majority of those remaining, twenty-seven units, were distributed to the members of SEAL Team Two operating in the Mekong Delta.

One difficulty with fifty-round box magazines was noted in particular by 8th Platoon in My Tho. The comment made was that the fifty-round magazine was too bulky and too long. When the platoon was operating from a defensive position, the men would have to expose 50% more of their bodies when firing with the fifty-round magazines from the prone position. It was also pointed out that the magazines operated best when only loaded with forty-five rounds rather than fifty.

All told, the fifty-round magazines were considered an effective and valuable piece of equipment by most of its users. A Mod 3 magazine incorporating several improvements over the Mod 2 design was developed. One improvement on the Mod 3 was the addition of a bolt stop to the follower. Now the weapon's bolt would lock open on an empty magazine when the last shot was fired. Ten of the Mod 3 magazines were made and seven were sent to SEAL Team Two elements in Vietnam.

By February 1971, a final report on the fifty-round magazine project was written as NWL Technical Report TR-2536 by Carroll D. Childers and Joseph C. Monolo. The report listed the recommendation put forward by the SEALs that the fifty-round magazine (Mod 3) be adopted for use and issued one per man as a weapon-ready magazine for deployed platoons. It was suggested that such magazines be serial numbers for positive control and not be considered a consumable item. Cutbacks in the post-Vietnam military kept any funding from being made available for the fifty-round magazine program and the project was shelved.

Other methods were used by the SEALs to extend the firepower of their firearms. The most common technique was to tape together two or more magazine together, upside down to one another. This method allows for a fast reload as the magazine assembly only has to be pulled from the weapon, flipped over, and reinserted. One strong drawback of this technique is that the bottom magazine has its first cartridges exposed to the environment. It is very easy for dirt or mud to enter the exposed magazine and cause a jam when it is used. This problem keeps the technique from being as widely used as it might be.

The problem of dirt and especially mud entering their magazine was one the SEALs discovered very soon after beginning operations in Vietnam. To answer this problem, the Special Operations Branch of the Navy Weapons Center at China Lake, California came up with plastic M16 magazine caps. The caps were simple, black plastic devices, one to fit on the bottom and the other over the top of any size M16 magazine. The caps effectively sealed the magazine against dirt and mud. The top magazine cap had a tab sticking out from one end. The tab could be pulled, with an operator's teeth if necessary, tearing off the cap and clearing the magazine for insertion into a weapon.

In addition to the magazine caps to keep out the mud, China Lake came up with two items to help keep the rain and mud of Vietnam out of the bore of an M16. One device was a simple white plastic plug that could be inserted into the flash suppressor of an M16. The plug was made of a soft plastic and was hollow. The tight fit of the plug into any of the three flash suppressors then in use would effectively seal the bore against rain or mud. But the plugs would not make the weapon waterproof from a full immersion, such as from an underway insertion.

The plugs were just large enough to be pulled from the muzzle with the fingers, or the tip of a knife. The fit was such that the weapon could even be fired with the plug still in place, blowing out the plug with no damage to the weapon.

The other device China Lake found to help keep rain and mud out of the bore of a .223 caliber weapon was a plastic cap. The cap, resembling a plastic film container, could be pressed over any standard-sized flash suppressor on any .223 caliber weapon in the SEALs

**TECHNICAL DATA** —T 223 Rifle (Heckler & Koch HK33)
**CARTRIDGE**—.223 Remington (5.56x45mm)
**OPERATION**—Roller locked delayed blowback
**TYPE OF FIRE**—Selective - semiautomatic/full automatic
**RATE OF FIRE**—Practical SS 40 rpm, A 160 rpm, Cyclic 650 to 750 rpm
**MUZZLE VELOCITY**—3150 fps (960 m/s)
**MUZZLE ENERGY**—1234 ft/lbs (1673 J)
**SIGHTS**—Open, Drum-type multiple aperture w/V-notch battle sight/blade, Adjustable, Battle sight 100 meters, apertures at 200, 300, and 400 meters
**FEED**—20 or 40 round removable box magazines

**WEIGHTS**
**WEAPON (EMPTY)**—7.65 lbs (3.47 kg)
**MAGAZINE (EMPTY**—20 round 0.25 lb (0.11 kg) 40 round 0.35 lbs (0.16 kg)
**MAGAZINE (LOADED)**—20 round 0.77 lb (0.35 kg) 40 round 1.39 lbs (0.63 kg)
**SERVICE CARTRIDGE**—M193 Ball 182 gr (11.8 g)
**PROJECTILE**—56 gr (3.6 g)
**LENGTHS**
**WEAPON OVERALL**—36.9 in. (93.7 cm)
**BARREL**—15.7 in (39.9 cm)
**SIGHT RADIUS**—18.9 in. (48 cm)



*Transporting a captured VC, the SEAL in the center of this picture is armed with a Harrington & Richardson 5.56mm T223 rifle. This weapon is the US imported version of the Heckler & Koch HK33. This particular weapon is loaded with a 40 round magazine and has a China Lake plastic muzzle plug over the flash hider. Slung muzzle forward under the right arm of the center SEAL is an M72 Light Antitank Weapon (LAW). At the left of the photo is a SEAL carrying a radio and armed with an early model 07 CAR-15, the stock of which can be just seen behind his left hand, The CAR-15 is loaded with a early-style curved 30-round magazine. Underneath the radioman's left arm is a late-model Chicom Type 56 (AKM-47). The Type 56 is probably the weapon taken from the black pajama-clad prisoner who is wearing a three-pocket chest-type magazine carrier.* PHOTO CREDIT: US NAVY

inventory. The cap fit snugly, even on Stoner machine-guns and XM177E1/E2s, sealing out mud, dust, and water. Originally, the caps were made of red plastic but this was soon changed to a black material. As with the muzzle plugs, the weapon could be fired with the cap in place with complete safety to the operator and the weapon. The muzzle cap idea worked so well and had such a universal application that they were adopted by the US Army as the Cap, protective, dust and moisture seal: muzzle, still available today as a standard-issue item.

Other materials produced by China Lake for the SEALs and their M16s predated equivalent Army items. By October 1968, a limited number of M16A1s had been modified by China Lake to have a jungle sling and integral cleaning kit. The jungle sling was simply a side mounted sling that allowed the operator to carry his weapon hanging at his side, muzzle forward, ready for use. To accept the sling, the normal rear sling swivel of the M16A1 was moved from the toe of the buttstock to the rear upper left side. The front sling swivel was moved from below the front sight to a sliding position along a one-piece cleaning rod fitted to the upper left side of the weapons's hand guard, from the front sight to the receiver.

In addition to the sling modifications, a complete cleaning kit was made part of the weapon. A lid was added to the bottom of the hollow pistol grip allowing cleaning materials to be securely stored. In addition, a second storage place was made in the buttstock, covered by a trap door in the buttplate of the weapon. Within a few years, a larger buttstock storage area with a latched cover and a redesigned cleaning kit with a sectioned rod was made part of every M16A1 accepted for US service.

Another accessory was made for the Team's M16s weapons family by China Lake. This item was particularly mundane in nature as it was simply a blank firing attachment. Using standard M200 blanks, the China Lake attachment allowed semi and full automatic functioning on the M16 and all of its variants. The unit screwed onto the weapon's barrel in place of the normal flash suppressor. The attachment would work as well on the XM177E1/E2 as it did on the M16A1. Even ball ammunition could be accidentally fired through the China Lake device without any danger to the firer or the weapon, though the attachment would be destroyed.

The China Lake blank firing attachment was much smaller and lighter than the Army's M15E1 blank firing adaptor. In addition, the China Lake device did not catch on brush and was dark in color as compared to the boxy, bright red M15E1 adaptor.

The Teams were sold on the .223 caliber class of weapons very soon after seeing the round's terminal effects in combat. Along with the M16 family of weapons, the SEALs had a commitment in the .223 round as it was used in their Stoner machine guns. But this commitment did not prevent the SEALs from constantly looking for additional weapons to augment their firepower. But one major requirement was that any new weapons use ammunition available in the US inventory.

T-223 (HK33)

Other countries in the NATO alliance could see a strong future for the .223 round after its official adoption by the US military. Several small arms companies developed a number of weapons chambered for the high-velocity round, known as the 5.56x45mm round in NATO terminology. Heckler and Koch of West Germany designed a version of their G3 rifle to use the 5.56mm cartridge. The new weapon, known as the HK33, was imported into the United States by Harrington and Richardson of Worcester, Massachusetts.

Marked as the H&R T 223 rifle, the weapon was submitted to the US Army's Small-Arms Weapon Systems (SAWS) study for evaluation. The SAWS study ran from December 1964 to the submission of the final report in December 1966. During the study, a number of weapons were examined including the T 223, M14, M16E1, AK47, and Stoner weapons system.

One result of the SAWS study was a number of weapons being brought to the attention of the SEALs. Even though the empty H&R T 223 was 0.9 pounds (0.41 kg) heavier than an empty M16E1, the weapon had a forty-round magazine available for it and that made it attractive to the SEALs.

> "Choice of weapons were left as much as possible up to the tastes of the individual SEAL ...For myself, I had taken a liking to the Harrington and Richardson T223 rifle... One thing that immediately made the T223 appeal to me was the fact that it came with forty-round magazines."

One SEAL from SEAL Team Two carried the H&R T 223 during his first combat tour in Vietnam, April to October 1968:

> "My H&R came with four forty-round magazines which I carried in the leg pockets on my cammies for awhile. The magazines tended to rattle around and make too much noise on patrol but were too long to fit in an American ammunition pouch. I solved my problem by getting one of the chicom AK47 chest-type magazine pouches and carrying my ammo in that..."

One interesting point of the H&R T 223 (HK33) is that it very much resembles a slightly smaller, 3.25 inch (8.3 cm) shorter, version of the 7.62mm NATO G3 rifle. In one much published picture of a number of SEALs in Vietnam, one SEAL is holding a T 223 but the weapon can only be seen from its top side. Since the HK33 and G3 are almost identical when viewed from the top, the weapon was identified as a G3 rifle which the SEALs did not use during the Vietnam war. In an earlier-generation copy of the same picture, the long, curved forty-round magazine can be seen sticking out from the bottom of the weapon.

During the SEALs time in Vietnam, a number of different rifles and carbines were used on an intermittent basis. For the most part, the men of the Teams stuck with the M16 family of weapons as their primary weapon. Unlike the other services, an individual SEAL would be



*A group of SEALs preparing to go out on an operation in Vietnam. A number of weapons and equipment are visible in this photograph which has long been misidentified as evidence that the SEALs used the German G3 rifle in Vietnam. The SEAL at the top right corner of the photo is armed with an H&R T223 (HK33) rifle. From this top view, it is almost impossible to see the difference between a G3 rifle and this HK33. In an earlier-generation copy of this photograph examined by the author, the 40 round magazine unique to the HK33 can be made out loaded into this weapon. At the top center of this photo can be seen part of the front handguard and barrel of a Colt Model 07 submachine gun (CAR-15). The SEAL at the right-side center is armed with some form of 40mm grenade launcher as he is wearing an early-model nylon mesh grenade carrier vest.*
*PHOTO CREDIT: US NAVY*

**"Even though the empty H&R T 223 was 0.9 pounds (0.41 kg) heavier than an empty M16E1, the weapon had a forty-round magazine available for it and that made it attractive to the SEALs."**



*The unusual rifle with which this SEAL is armed is the Harrington and Richardson (H&R) 5.56mm T223. H&R was the US importer for the German Heckler and Koch HK33 rifle which H&R designated the T223. The specimen held by the SEAL in this photo is loaded with a 40 round magazine. The large capacity magazines that were available for the T223 are what made the weapon of interest to the Teams.*
*PHOTO CREDIT: US NAVY*

| | |
|---|---|
| **TECHNICAL DATA**—SKS (Chinese Type 56 Carbine) | **WEIGHTS** |
| **CARTRIDGE**—7.62 Intermediate (7.62x39mm) | **WEAPON (EMPTY)**—8.5 lbs (3.86 kg) |
| **OPERATION**—Gas | **WEAPON (LOADED)**—8.86 lbs (4.02 kg) |
| **TYPE OF FIRE**—Semiautomatic | **MAGAZINE (LOADED)**—10 rds 0.36 lb (0.16 kg) 10 rds w/stripper clip 0.39 lbs (0.18 kg) |
| **RATE OF FIRE**—30 to 35 rpm | **SERVICE CARTRIDGE**—M43 Ball 253 gr (16.4 g) |
| **MUZZLE VELOCITY**—2410 fps (735 m/s) | **PROJECTILE**—122 gr (7.9 g) |
| **MUZZLE ENERGY**—1573 ft/lbs (2133 J) | **LENGTHS** |
| **SIGHTS**—Open, Tangent round-notch/post, Adjustable 0 to 800 meters in 100 meter graduations | **WEAPON OVERALL**—40.2 in. (102.1 cm) |
| **FEED**—10 round integral magazine | **BARREL**—20.5 in (52.1 cm) |

assigned his weapon while still in the States, carry it with him during his deployment, and return with the same weapon after his tour was over. Other services simply issued a man a weapon when he arrived incountry and he turned it back in for reissue when he left Vietnam. The SEAL system allowed a man to care for his own weapon in such a way as to instill maximum confidence and skill with it. It was when a platoon formed-up for deployment and began pre-deployment training that a man was assigned his weapon and began working with it:

> "At [Camp] Pickett the platoon worked on ambushes, popup target courses, weapons familiarization, and zeroing in your own weapon. Each man would take his own M16 and zero the sights on the 1,000 inch range.
>
> Carefully sandbagging his weapon, the firer would adjust his sights until he held a good three-shot group exactly 1 inch below his point of aim at 1,000 inches. For an M16, that would put the bullet's point of impact on the point of aim at 250 yards. After a man had zeroed his weapon's sights, that weapon would be assigned to him by serial number for his tour incountry..."

## SKS

There were times when the SEALs carried foreign weapons in order to help confuse any enemy observers. In one instance in 1968, two SEALs on patrol deep in enemy territory were reported as a pair of Russian advisors due in part to the materials they carried. Some SEALs developed a taste for the AK47 and its variants and carried that weapon as a matter of preference. Sometimes, it was the mission parameters that determined the choice of weapons. This proved particularly true during the waning years of the SEALs combat deployments to Vietnam. The following was stated by a SEAL officer who was part of the last SEAL Team Two deployment to Vietnam:

> "The kind of operations we went on, it would be rare for someone to detect us, let alone fire directly at us. As rare as it would be for us to be shot at, it would be even more rare for us to return fire. With no support, we just didn't let ourselves be seen. With the few men we had, we just didn't have the firepower to take on an enemy unit. This situation greatly affected our choice of weapons. The AK47 and SKS had the same sound signature, muzzle flash and tracer color as the enemy's own weapons. An M-16, M-60, and especially a Stoner, would stand out to the VC and NVA, telling them where and possibly who we were..."



*A Soviet-bloc produced AKMS-47 rifle with its folding stock extended. The long selector lever, above the trigger, is set to the mid-position for full-automatic fire. This specimen has the standard laminated wood forend and a plastic pistol grip.*
*PHOTO CREDIT: KEVIN DOCKERY*

**TECHNICAL DATA**—AKM-47 (AKMS-47)
**CARTRIDGE**—7.62 Intermediate (7.62x39mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - Full automatic/semiautomatic
**RATE OF FIRE**—Practical SS 40 rpm, A 90 to 100 rpm, Cyclic 600 to 800 rpm
**MUZZLE VELOCITY**—2329 fps (710 m/s)
**MUZZLE ENERGY**—1469 ft/lbs (1992 J)
**SIGHTS**—Open, Tangent round-notch/post, Adjustable 0 to 1000 meters in 100 meter graduations
**FEED**—30 round removable box magazine
**WEIGHTS**
**WEAPON (EMPTY)**—AKM-47 6.46 lbs (2.93 kg)
AKMS-47 6.90 lbs (3.13 kg)
**WEAPON (LOADED)**—AKM-47 8.27 lbs (3.75 kg) late steel mag
AKMS-47 8.71 lbs (3.95 kg) w/late steel mag
**MAGAZINE (EMPTY)**—Early steel magazine 0.95 lbs (0.43 kg)
Late steel magazine 0.73 lbs (0.33 kg)
Aluminium magazine 0.37 lbs (0.17 kg)
**MAGAZINE (LOADED)**—Early steel magazine 2.03 lbs (0.92 kg)
Late steel magazine 1.81 lbs (0.82 kg)
Aluminium magazine 1.45 lbs (0.66 kg)
**SERVICE CARTRIDGE**—M43 Ball 253 gr (16.4 g)
**PROJECTILE**—122 gr (7.9 g)
**LENGTHS**
**WEAPON OVERALL**—AKM-47 34.5 in. (87.6 cm)
AKMS-47 25.20/35.04 in (64/89 cm)
**BARREL**—16.3 in (41.4 cm)
**SIGHT RADIUS**—14.8 in. (37.6 cm)



*A right-side view of a late-model Chinese Type 56 rifle with a folding, spike bayonet. This is the Chicom version of the Soviet AK-47 and was the most common weapon of its type encountered by the SEALs in Vietnam.*
*PHOTO CREDIT: KEVIN DOCKERY*

**TECHNICAL DATA**—AK-47 (AKS-47)
**CARTRIDGE**—7.62 Intermediate (7.62x39mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - Full automatic/semiautomatic
**RATE OF FIRE**—Practical SS 40 rpm, A 90 to 100 rpm, Cyclic 600 to 800 rpm
**MUZZLE VELOCITY**—2329 fps (710 m/s)
**MUZZLE ENERGY**—1469 ft/lbs (1992 J)
**SIGHTS**—Open, Tangent round-notch/post, Adjustable 0 to 800 meters in 100 meter graduations
**FEED**—30 round removable box magazine
**WEIGHTS**
**WEAPON (EMPTY)**—AK-47 8.53 lbs (3.87 kg)
AKS-47 7.65 lbs (3.47 kg)
**WEAPON (LOADED)**—AK-47 10.56 lbs (4.79 kg) early steel mag
AKS-74 9.68 lbs (4.39 kg) w/early steel mag
**MAGAZINE (EMPTY)**—Early steel magazine 0.95 lbs (0.43 kg)
Late steel magazine 0.73 lbs (0.33 kg)
Aluminium magazine 0.37 lbs (0.17 kg)
**MAGAZINE (LOADED)**—Early steel magazine 2.03 lbs (0.92 kg)
Late steel magazine 1.81 lbs (0.82 kg)
Aluminium magazine 1.45 lbs (0.66 kg)
**SERVICE CARTRIDGE**—M43 Ball 253 gr (16.4 g)
**PROJECTILE**—122 gr (7.9 g)
**LENGTHS**
**WEAPON OVERALL**—AK-47 34.25 in. (87 cm)
AKS-47 27.52/34.21 in (69.9/86.9 cm)
**BARREL**—16.30 in (41.4 cm)
**SIGHT RADIUS**—14.8 in. (37.6 cm)



*A left-side view of a Soviet AKMS-47 with its stock folded. The pattern seen just above the buttplate on the wooden foregrip is distinctive of the laminated wood used in many Soviet Block-produced AK-47 series weapons. PHOTO CREDIT: KEVIN DOCKERY*

The AK47 and its variations was the primary shoulder weapon of communist forces throughout the world from 1948 until the 1980's. The SKS which preceded the AK47, is a light semiautomatic carbine that was the first production weapon chambered for the 7.62x39mm round or 7.62mm Intermediate as it was called by Vietnam-era SEALs.

The SKS, for Samozaridnya Karabina Simonova, is a relatively simple carbine with a ten-round internal magazine. The magazine can be filled with loose rounds or quickly loaded from a ten-round stripper clip. The physical characteristics of the SKS made it a very good weapon for the small-stature Asian soldier. Manufactured in several variations in at least five countries, the most common model of the SKS captured in Vietnam was the Peoples Republic of China (PRC) Type 56 Carbine with an integral, folding, spike bayonet.

The 7.62x39mm round was proved out in the SKS carbine and has become arguably the most common military cartridge in the world. When fired in the SKS or AK-47, the 7.62x39mm round has a very unique sound signature, distinctly different from US weapons. In addition, the tracer loading of the 7.62x39mm round emits a green trace when fired as compared to the US, and NATO's, red trace.

### AK-47, AKS-47

By far the most popular weapon chambered for the 7.62x39mm round is the AK47. The original AK47, for Avtomat Kalashnikov, is a very robust, compact, and powerful weapon well suited for the Southeast Asian environment as well as the guerrilla tactics of the Viet Cong. The AK47 will continue to function with little or no maintenance given to it over extended periods. Though not particularly accurate, especially after years in the jungle, the AK47 is capable of putting out a high volume of effective fire when used on full automatic.

### AKM-47, AKMS-47

The receiver of the AK47 was manufactured as a complex machining from a solid block of metal. The later, and more common, AKM47 has its receiver made up of sheet metal stampings. Several improvements are incorporated into the AKM47 and it is somewhat lighter, but every bit as rugged, as the original AK47. The AKM47, for Avtomat Kalashnikova Modernizirovanniyi, is also found in a folding-stock version, the AKMS47. The earlier AK47 also had a folding stock version, the AKS47. In both versions, the folding stock swings underneath the weapon and can be locked in the open or closed position. With the stock folded, the AK makes a compact, if heavy, package of firepower.

Literally millions of AK47s have been produced in over ten countries. As found in the SKS, the most common AK47 variant found in Vietnam was the wooden stocked PRC Type 56 assault rifle, found both with and without a folding spike bayonet.

Initially, the AK47 was available in only small numbers to the Viet Cong fighting in South Vietnam. This resulted in the AK47 being something of a prestige weapon among the VC prior to 1968 and the Tet offensive. The SEALs were very quick to notice the importance of finding AK47 armed VC:

> "The AK-47 was in very short supply among the VC in 1967. Only the highest ranking VCI [Viet Cong Infrastructure], number one ichi ban, and their number one bodyguards were seen with the weapon..."

Very soon after deployments began in Vietnam, AK47s were kept in stock in the armories of both SEAL Teams. The weapons acted as both training aids and as a possible source of sterile (non-US) weapons if needed. AK47s and SKSs came from captures in Vietnam and elsewhere. Ammunition was also made available from supply caches



*This is the Navy's Mark 4 version of the M16A1 rifle. The dark appearance of the metal parts is due to the special anticorrosion coating that is part of the Mk 4 conversion. A side-mounting sling swivel can be seen projecting just under the front sight assembly.*
*PHOTO CREDIT: KEVIN DOCKERY*

**"One of the last specialized weapons received by the UDTs and SEALs while they were still involved in Vietnam was a modified M16A1."**

**TECHNICAL DATA**—Mark 4 Mod 0 w/Mk 2 Mod 0 Blast suppressor
NSN 1005-00-102-8649
**CARTRIDGE**—.223 Remington (5.56x45mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - semiautomatic/full automatic
**RATE OF FIRE**—Practical SS 45 to 65 rpm, A 150 to 200 rpm, Cyclic 700 to 800 rpm
**MUZZLE VELOCITY**—3250 fps (991 m/s)
**MUZZLE ENERGY**—1313 ft/lbs (1780 J)
**SIGHTS**—Open, Flip-type aperture/post, Adjustable, battle aperture 0 to 300 meters, long range aperture 300 to 500 meters
**FEED**—20 or 30 round removable box magazines
**WEIGHTS**
**WEAPON (EMPTY)**—6.37 lbs (2.89 kg) w/o suppressor or flashhider
8.62 lbs (3.91 kg) w/suppressor
Mk 4 Mod 0 Blast suppressor 2.25 lbs (1.02 kg)
**WEAPON (LOADED)**—7.39 lbs (3.35 kg) w/30 rd mag, w/o suppressor or flashhider
9.64 lbs (4.37 kg) w/suppressor & 30 rd mag
**MAGAZINE (EMPTY)**—20 round aluminium 0.19 lb (0.08 kg)
30 round aluminium 0.24 lbs (0.11 kg)
**MAGAZINE (LOADED)**—20 round 0.71 lb (0.32 kg)
30 round 1.02 lbs (0.46 kg)
**SERVICE CARTRIDGE**—M193 Ball 182 gr (11.8 g)
**PROJECTILE**—56 gr (3.6 g)
**LENGTHS**
**WEAPON OVERALL**—39 in (99.1 cm) w/o suppressor
45.38 in (115.3 cm) w/suppressor
**BARREL**—20 in
**SUPPRESSOR LENGTH**—8 in (20.3 cm)
**SUPPRESSOR DIAMETER**—1.75 (4.4 cm)
**SIGHT RADIUS**—19.75 in. (50.2 cm)
Suppressor reduction on the normal sound signature of the weapon, was -32 db. The suppressor is designed to be fully self-draining within eight seconds of removal from immersion.
The Mk 4 Mod 0 rifle is a modified M16A1. The changes are to allow the weapon to be carried at a depth of 200 feet without damage. Provisions are made for the rapid drainage of water from the system and additional protection from the corrosive effects of sea water. Modifications include:
Anticorrosion treatment by applying Kalgard coating to many of the functioning components
Drilling a 1/4 inch hole in the lower receiver extension tube and stock
Installing an O-ring on the end of the buffer assembly
Attachment of the Mk 2 Mod 0 Blast suppressor which is considered an integral part of the Mk 4 rifle.
Basic issue with the weapon includes a sling, complete cleaning kit, and six - 30 round magazines.



*This combat swimmer has just left the water with his Mark 4 variation of the M16A1 rifle. Besides the normal protection from the water that is part of the Mark 4 conversion, this weapon also has a plastic muzzle cap over the flash hider to help keep water out of the barrel. The muzzle cap is plastic and can be easily fired through without any damage to the weapon.*
*PHOTO CREDIT: US NAVY*

captured in the field by SEALs. As the war progressed, the US military had sterile (unmarked) 7.62x39mm rounds manufactured at US ammunition facilities. Though the cartridges themselves were unmarked, that was not the case with the cardboard boxes the rounds came packaged in. In plain black letters is printed *20 CARTRIDGES - AK 47 RIFLE AMMO - 7.62 X 39 MM - LOT xxx-xxx-xx*

But for the Teams, the most common source of supply for 7.62x39mm ammunition was from the original people who made it, captured in Vietnam as shown in the following portion of a BARNDANCE card (Barndance cards were short reports filled out on each SEAL field operation conducted by a SEAL platoon while deployed to Vietnam):

> BARNDANCE # 6-19 SEAL TEAM TWO; DET ALPHA; 6 PLT
> DATE(S): 10 Jan 68
> Located four enemy ammunition caches in vicinity of XT 270330. REMARKS (SIGNIFICANT EVENTS, OPEVAL RESULTS, ETC.): Captured the following: 67 - 75mm rockets, 29 - 57mm recoilless rockets, 197 - B40 rockets, 30 - 81mm mortars, 28,120 rounds of AK 47, 24 hand grenades, 1615 1⁄2 lb blocks of C-3, 6 ponchos, 1 gas mask. All ammunition except 7400 AK47 turned over to Army. 7400 rounds of AK47 retained for SEAL Team 2.

The AK47 and its variations have remained part of the SEALs training. Both the SKS and AK47 were listed as weapons a SEAL should be familiar with in the 1974 edition of the SEAL Training Handbook. It is interesting to note that one of the first weapons the SEALs faced in Vietnam, the AK47, was also one of the last weapons they carried on combat missions in Southeast Asia.

## Mark 4 Mod 0 (M16)

One of the last specialized weapons received by the UDTs and SEALs while they were still involved in Vietnam was a modified M16A1. The modifications done to the M16A1 were to waterproof the weapon and generally make it easier to transport underwater and prepare for immediate use by combat swimmers. Officially identified as the Rifle, 5.56mm Mark 4 Mod 0 at the time of its adoption in April 1970, modifications to the M16A1 included: an anticorrosion treatment consisting of coating many of the working parts of the weapon with Kal Gard gun coating; drilling a 1⁄2 inch hole in the lower receiver extension tube and stock; installing an O-ring on the end of the buffer assembly; and, attachment of the Mk 2 Mod 0 Blast suppressor



**"The KAC suppressor is a stainless steel, baffle type design with a central perforated baffle tube surrounded by an annular expansion space. The suppressor, now identified as the Mk 2 Blast Suppressor, is able to be fully immersed in water and completely self-draining within 8 seconds."**

*A right-side view of a complete Navy Mark 4 version of the M16A1 rifle with a Mark 2 blast suppressor in place on the muzzle. The Mark 4 package is issued complete with the Mark 2 blast suppressor and five magazines.*
*PHOTO CREDIT: KEVIN DOCKERY*

*The Knight Armaments-produced Mark 2 blast suppressor. The top specimen is a standard-production model with the stainless steel body covered with a dark anticorrosion coating. The lower cutaway specimen shows the complex baffle arrangement inside the blast suppressor that slows down the escaping gas of a fired round. The multiple large holes in the reduced-diameter section of the Mark 2 allow a fired cartridge casing to be used to hold the Mark 2 while the collet is tightened or loosened. The collet used to secure the Mark 2 to the barrel of an M16 is adjusted by turning the serrated ring at the breech end of the suppressor.*
*PHOTO CREDIT: KEVIN DOCKERY/KNIGHT ARMAMENT COMPANY*





*Two SEALs during a beach insertion demonstration. Both men are holding Colt Model 653 carbines. The weapons are loaded with 30 round magazines and each is fitted with a China Lake blank adaptor on the muzzle. The flat, six-sided cross-section of the blank adaptor can be seen on the weapon at the right. One SEAL is wearing a floppy "boonie" hat while the other is wearing an olive-drab triangular bandage - commonly called a patrol rag - as a bandanna.*
*PHOTO CREDIT: UDT-SEAL MUSEUM*

which is considered an integral part of the Mk 4 rifle.

The changes to the basic M16A1 are to allow the weapon to be carried at a depth of 200 feet without damage. Provisions are made for the rapid drainage of water from the system and additional protection from the corrosive effects of sea water. The basic issue of materials with the weapon includes a sling, complete cleaning kit, and six 30 round magazines.

The original suppressor issued with the Mk 4 was the first model Mk 2 Mod 0 blast suppressor based on the earlier HEL M4. By the late 1970's, the first model blast suppressor was no longer considered adequate for the Mk 4 rifle. Advances in suppressor technology had rendered the earlier design obsolete as a number of new suppressors were on the market with greater sound suppression and durability. After testing a number of available designs, the Navy chose the Knight's Armament Company's (KAC) model

The KAC suppressor is a stainless steel, baffle type design with a central perforated baffle tube surrounded by an annular expansion space. The suppressor, now identified as the Mk 2 Blast Suppressor, is able to be fully immersed in water and completely self-draining within 8 seconds. The advantages of this aspect of the design for the SEALs and UDTs are obvious. The KAC suppressor

*Two combat swimmers come ashore in a more obvious manner than is usually done by the SEALs. The swimmers are both armed with Mark 4 versions of the M16A1 rifle. On their chests are Draeger LAR-V rebreathers and they still hold the breathing tubes in their mouths. The green-painted oxygen cylinder underneath the housing of the Draeger is visible on the front SEAL. PHOTO CREDIT: US NAVY*





*A right-side view of the Colt Model 653 carbine. The buttstock is in the maximum extended position and the weapon is loaded with a production 30 round magazine. The forward bolt assist can be seen on the upper receiver just above the pistol grip. The spring-loaded ejection port is closed in this picture. The weapon is supported by an M3 bipod clamped below the front sight and the muzzle is mounted with the third model "birdcage" flash suppressor.*
*PHOTO CREDIT: KEVIN DOCKERY*

**"Since the carbine did not require the longer flash/sound suppressor but had the shorter standard flash hider, the overall length of the model 653 carbine was only slightly longer than the XM177E2. A favorite weapon of the SEALs is produced when the short, handy carbine is mated with the M203 40mm grenade launcher. The powerful combination of automatic rifle and high explosive grenade launcher became a common sight in SEAL hands."**

**TECHNICAL DATA**—Colt Model 653 Carbine
NSN 6D1005-01-029-3866
**CARTRIDGE**—.223 Remington (5.56x45mm)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - semiautomatic/full automatic
**RATE OF FIRE**—Practical SS 45 to 65 rpm, A 150 to 200 rpm, Cyclic 700 to 800 rpm
**MUZZLE VELOCITY**—3020 fps (920 m/s)
**MUZZLE ENERGY**—1134 ft/lbs (1538 J)
**SIGHTS**—Open, Flip-type aperture/post, Adjustable, battle aperture 0 to 300 meters, long range aperture 300 to 500 meters
**FEED**—20 or 30 round removable box magazines
**WEIGHTS**
**WEAPON (EMPTY)**—5.6 lbs (2.54 kg)
**WEAPON (LOADED)**—7.02 lbs (3.18 kg) w/sling & 30 rd mag
Sling 0.4 lbs (0.18 kg)
**MAGAZINE (EMPTY)**—20 round aluminium 0.19 lb (0.08 kg)
30 round aluminium 0.24 lbs (0.11 kg)
**MAGAZINE (LOADED)**—20 round 0.71 lb (0.32 kg)
30 round 1.02 lbs (0.46 kg)
**SERVICE CARTRIDGE**—M193 Ball 182 gr (11.8 g)
**PROJECTILE**—56 gr (3.6 g)
**LENGTHS**
**WEAPON OVERALL**—29.8/33 in. (75.7/83.8 cm)
**BARREL**—14.5 in (36.8 cm)
**SIGHT RADIUS**—14.72 in. (37.4 cm)



*This SEAL takes aim with his Colt Model 653 Carbine while undergoing desert training. His radio is an AN/PRC-77 with the handpiece pulled under his left arm while he is seated. His loadbearing equipment is the nylon All Purpose Lightweight Individual Carrying Equipment (ALICE) gear adopted by the Army in 1974. He is also wearing 1st pattern desert camouflage BDUs (Battle Dress Uniform) made familiar to the public in the pictures from Desert Storm.*
*PHOTO CREDIT: SPECIAL OPERATIONS COMMAND PAO*

acts as a muzzle blast device and has a very strong barrel attachment system that is still easily removable. In addition to its being made of noncorroding materials and self-draining design, the KAC Mk 4 suppressor is able to withstand full automatic fire from the M16 at the maximum rate possible without being damaged from the heat or blast.

By the end of their involvement in the Vietnam War, the SEALs and UDTs were already experiencing cutbacks in their numbers and financing. New weapons were relatively few in number and parts difficulties were making repair of some of the Vietnam era weapons difficult.

With the ending of the CAR-15 project by Colt in 1970, spare parts unique to the XM177/E1/E2 family were available in very limited numbers. The short barrels that helped make the CAR-15 weapons so popular were particularly rare. Most units, including the Teams, husbanded their remaining CAR-15s carefully and repaired some weapons by cannibalizing other more worn pieces for parts.

The short barrel of the CAR-15 weapons was never noted for its accuracy and when the barrels became worn, accuracy dropped quickly to unacceptable levels. When finally no more worthwhile 11.5 inch CAR-15 barrels were available, Colt offered their 14.5 inch carbine barrel. The M16A1 carbine was a new weapon from Colt that shared many features with the CAR-15 weapons. Some XM177E1 and E2 receivers were rebarreled for use with the carbine barrel and became hybrid weapons, appearing to be carbines but marked as XM177E1/E2s.

With the declaration by the ATF (Alcohol, Tobacco, and Firearms) department of the Treasury that the CAR-15 flash/sound suppressor qualified as a silencer under the law, and the State Department's outlawing export silencer sales under the Carter administration, Colt changed the design specifications of the CAR-15 to meet market requirements. Since the flash/sound suppressor of the XM177 weapons was a major sticking point, Colt simply extended the barrel of the new carbine weapon to the point where flash and sound could be held to reasonable levels. In addition, the slightly longer barrel of the carbine made it more accurate than the earlier CAR-15 weapons as the bullets had more time to stabilize for flight.

### Colt Carbine Model 653

The Colt Model 653 M16A1 carbine was eventually adopted by the SEALs and UDTs in some small numbers.



*At a demonstration, the SEAL in the center is wearing a full set of winter equipment including a white camouflage cover for his uniform and pack as well as aluminum-frame snowshoes. His weapon is a folding-stock M14A1 only found used by the SEALs. The stock on this specimen is folded forward and the magazine removed; that is in the SEAL's left hand. The buttplate of the folding stock is covered by a pad and is still in the extended (vertical) position. The SEAL to the right in this photo is equipped for Close Quarters Battle. A 3-cell pouch for 30 round MP5 magazine can be seen at his waist. Below the magazine pouch is a special 3-cell pouch for holding Flash-Crash (stun) grenades.*
*PHOTO CREDIT: KEVIN DOCKERY*

*Members of SEAL Team Two take part in a military biathlon competition while undergoing cold weather training in Norway. The men are target shooting with their folding-stock M14 rifles after having completed a portion of the cross-country skiing part of the competition. Additional weapons have been thrust into the snow butt-first to indicate additional firing positions on the line. Note the folding stocks on the weapons being fired.*
*PHOTO CREDIT: RYAN McCOMBIE COLLECTION*



The model 653 shared the same sliding buttstock and short cylindrical handguards as the XM177E2. The most visible difference between the two weapons is the longer barrel of the carbine protruding well beyond the front sight.

The longer carbine barrel is fitted with the Type 3 flash suppressor as found on the standard M16A1s of the era. Since the carbine did not require the longer flash/sound suppressor but had the shorter standard flash hider, the overall length of the model 653 carbine was only slightly longer than the XM177E2. A favorite weapon of the SEALs is produced when the short, handy carbine is mated with the M203 40mm grenade launcher. The powerful combination of automatic rifle and high explosive grenade launcher became a common sight in SEAL hands.

More compact and powerful weapons have long been a priority with the Teams and especially the SEALs. Room is limited at best on many transports and it is at an absolute premium aboard submarines and Swimmer/SEAL delivery vehicles.

### M14 WITH FOLDING STOCK

Facing much the same problem of space limitations in their armored vehicles, the Army examined fitting the, then standard, M14 rifle with a folding stock during the early 1960's. Four different models of folding stock were developed by the engineers at Springfield Armory. With the winding down of M14 production, the project was abandoned by the Army.

Few of the Army folding M14 stocks were ever made and even fewer still were available for later use by the Teams. A near-duplicate of the M14/M1 Garand was produced by Italy as their BM 59 series of weapons. The Parachutists and Alpine versions of the BM 59 are fitted with folding stocks that proved to be easily adapted to fit the M14 rifle.

The modified M14 stocks with the BM 59 folding buttstock design were obtained by the Teams by the late 1970's. With the stock folded, the M14 is a more compact package, not a great deal larger than an M16A1. The added power and range of the 7.62mm NATO round and the M14 rifle, combined with the compact folding stock gives the Teams the option of fielding the weapon as the tactical situation dictates.

Through the latter half of the 1970's trials were being conducted by the NATO countries to locate a candidate cartridge and possible weapon for NATO standardization. Though the trials did not locate a weapon design that was acceptable to all NATO members, they did focus on a superior cartridge.

What developed out of the NATO trials was not a new cartridge but a better loading for an existing round. The loading chosen was the Belgium SS109 heavy bulleted 5.56mm round. This loading was duplicated in the US counterpart, the XM855 round. The new loading called for a steel-cored, partial armor piercing 61.7 grain (4 g) bullet to be fired from a barrel with a 1 in 7 inch (1 in 30.5 cm) twist. The new projectile held excellent accuracy and terminal effects out to ranges near that of the 7.62mm NATO round.

### M16A2

By late 1979, the US Marine Corps was already discussing the possibility of a new issue rifle. The improved range of the XM855 round caught the Marine's attention as a possible answer to their desire for more of a "rifleman's" weapon to arm the Corps. Requirements later formalized for the Marines desired new weapon, a modified M16A1, were as follows: an adjustable sight good to 800 meters; a projectile with good accuracy to 800 meters and able to penetrate all known helmets and military body armor at that range; stronger plastic and metal parts on the weapon to stand up better to the heavier demands placed on it by Marine training doctrine; and, elimination of the full automatic position and its replacement with a controlled 3-round burst setting.

Additional tests conducted by the Navy added more parameters and suggestions to the physical changes in a possible new Marine rifle. Test weapons were ordered from Colt and examined to see if a modified M16A1 would fit the Marines desires. This led to the development of the third-generation M16, the M16A2.

The Joint Services Small Arms Program (JSSAP) approved a joint-services approach to a new and improved M16A1 by ordering 50 Product Improvement Program (PIP) M16A1s from Colt to be delivered in November 1981. Designated the M16A1E1, the new rifles were extensively tested by the Marines during the last weeks of 1981. The results of the testing gave very favorable reports on the accuracy, range, effectiveness, and handling qualities of the M16A1E1. By September 1982, the M16A1E1 was type-classified as the M16A2.

The Marines ordered 76,000 M16A2's as quickly as they were able. The Army did not have as strong a desire for the new rifle to be immediately available, stocks of M16A1s being considered sufficient to cover several years needs. By 1986, the Army contracted for the purchase of 100,176 M16A2 weapons from Colt.

The M16A2 as issued to the US military is identified by Colt as their model 705. The major differences between the M16A1 and the A2 model include:

Modification of the flash hider to a fourth type without bottom slots. The lack of bottom slots on the M16A2 flash hider prevents dust and dirt from flying up when the weapon is fired in the prone position. The flash hider also acts as a muzzle compensator, helping to hold the muzzle down when firing bursts.

A barrel with a heavier contour from the front sight forward. In addition, the new barrel is rifled with a one in 7 inch twist for use with the M855 round.

Different front and rear sights with the rear sight adjustable to 800 meters range with an easily moved elevation drum.

New cylindrical, ribbed handguards. Stronger and more efficient at cooling than the earlier triangular M16A1 handguards, the new handguards are also ambidextrous. Either one will fit on the right or left side of the barrel.

An angled slip ring making it easier to remove the handguards for routine maintenance.

A strengthening of the upper receiver.

**TECHNICAL DATA**—Colt Model 723
NSN OA1005-LL-L99-5287
**CARTRIDGE**—.223 Remington NATO (5.56x45mm NATO)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - semiautomatic/full automatic
**RATE OF FIRE**—Practical SS 45 to 65 rpm, A 150 to 200 rpm, Cyclic 700 to 950 rpm
**MUZZLE VELOCITY**—2900 fps (884 m/s)
**MUZZLE ENERGY**—1158 ft/lbs (1570 J)
**SIGHTS**—Open, Flip-type aperture/post, Adjustable, battle aperture 0 to 300 meters, long range aperture 300 to 500 meters
**FEED**—20 or 30 round removable box magazines

**WEIGHTS**
**WEAPON (EMPTY)**—5.9 lbs (2.68 kg)
**WEAPON (LOADED)**—7.35 lbs (3.33 kg) w/sling & 30 rd mag
Sling 0.4 lbs (0.18 kg)
**MAGAZINE (EMPTY)**—20 round aluminium 0.19 lb (0.08 kg)
30 round aluminium 0.24 lbs (0.11 kg)
**MAGAZINE (LOADED)**—20 round 0.73 lb (0.33 kg)
30 round 1.05 lbs (0.48 kg)
**SERVICE CARTRIDGE**—M855 Ball 190 gr (12.3 g)
**PROJECTILE**—62 gr (4 g)
**LENGTHS**
**WEAPON OVERALL**—29.8/33 in. (75.7/83.8 cm)
**BARREL**—14.5 in (36.8 cm)
**SIGHT RADIUS**—14.72 in. (37.4 cm)



*A Colt Model 723 Carbine with its sliding stock in the fully-extended position. The weapon is loaded with a C-MAG 100 round double-drum magazine. The C-MAG magazine holds 50 rounds on either side of the magazine well of the weapon and feeds rounds alternately from each drum as the weapon is fired. The low-silhouette of the C-MAG design is illustrated in this photograph. The notch around the barrel of the Model 723 carbine is for the mounting of an M203 40mm grenade launcher without further modification to the carbine or launcher.*
*PHOTO CREDIT: KEVIN DOCKERY*



*A rear-view of the Beta Company 100 round C-Mag without the central magazine or rear cover. The two drums hold over forty round of ammunition in a double column around their circumference when fully loaded. The two pusher bars, braced at the center of the magazine for this photograph, drive the ammunition around the edges of the drum and up through the central magazine assisted by the sprockets at the center of each drum. As the magazine is emptied, the drums feed rounds alternately into the central magazine, maintaining a balance in the system.*
*PHOTO CREDIT: KEVIN DOCKERY*

**"A short carbine version of the M16A2 has been available to the Teams and is much preferred over the M16A2 rifle."**



*A left-side view of the SOCOM M4A1 carbine with the 800 meter rear sight raised and the forend mounting surfaces covered by grip plates. The different length grip plates below the weapon can be used to cover the forend mounting surfaces when only a portion of the mount is used by a sight or other accessory. On the muzzle of the weapon is the Knight Armament QD muzzle compensator.*
*PHOTO CREDIT: KNIGHT ARMAMENT COMPANY*

A longer buttstock.
A pistol grip that is slightly larger and has a single finger rest.
All plastic parts are now made of a supertough nylon plastic, ten to 12 times stronger than the original M16A1 parts.
A bulge in the upper receiver acts as a brass deflector allowing easier left-handed firing of the weapon.
Replacement of the full auto position with a controlled 3-round burst.

The replacement of the full automatic fire capability in the M16A2 is one of the most discussed arguments against the new weapon. Though having other good characteristics, the lack of full automatic fire limits the appeal of the M16A2 to the Teams. In addition, flaws were quickly noticed by operators who used the 3-round burst position on the M16A2.

If a 3-round burst is attempted to be fired from the M16A2, and the weapon stops or runs out of ammunition, the mechanism does not reset when the trigger is released. If the weapon runs out of ammunition on the second round of a 3-round burst, when the operator reloads and again pulls the trigger, only a single shot will be fired. If the operator releases the trigger when only a single shot of a 3-round burst has been fired, when he pulls the trigger again, 2 rounds will be fired. This fault is part of the design of the M16A2 controlled burst mechanism and cannot be changed.

### Colt Model 723

As the new standard issue shoulder arm in the US military, the M16A2 is issued to the SEALs as well as all the other branches of the service. A short carbine version of the M16A2 has been available to the Teams and is much preferred over the M16A2 rifle. The M16A2 carbine is identified by Colt as their model 723 weapon. Virtually identical to the earlier model 653 M16A1 carbine, the model 723 weapon has the larger pistol grip of the M16A2, the fourth model flash hider, and the 1 in 7 inch rifling twist. The full automatic capability, sights, and other characteristics of the model 653 carbine, including the thinner contour barrel, remain the same on the new model 723 carbine.

### M4 Carbine (Colt Model 720, model 727)

Another version of the M16A2 system is seeing duty with the SEAL teams and is being much more enthusiastically received than the M16A2 rifle. The M4 carbine is a another shortened version of the M16A2 but retains many of the new features found on the full-sized rifle.

The sights on the M4 are the same long range adjustable model as found on the M16A2. The M4 also has the heavier barrel, fourth model flash hider, and brass deflector as on the M16A2. The heavy barrel of the M4 carbine has a slight step in the barrel diameter roughly midway between the muzzle and the front sight. The step is so that the M203 40mm grenade launcher can be mounted on the M4 with no modifications needed on either weapon.

The M4/M203 combination is a very popular one with the Teams. Given the proper circumstances, entire platoons have been armed with the M4/M203 such as during operation JUST CAUSE in Panama. Two different models of the M4 are issued in the military. The Colt model 720 is an M4 carbine with the 3-round controlled burst setting and no other capability for full automatic fire. The Colt model 727 M4 carbine has the capability of full automatic fire and is the preferred model for use by the SEALs.



*The complete Knight Armaments Company (KAC) Modular Weapon System recently adopted by the Special Operations Command (SOCOM) for issue to their forces including the Navy SEALs as the M4A1 carbine. The basic weapon is the Colt Model R0927 carbine version of the M16A2 rifle with the KAC Rail Interface System (RIS) in place of the standard front handguard. The RIS has four MIL-STD-1913 mounting rails that will accept a wide range of accessories for both aiming or controlling the weapon. Accessories in this photo include (above the weapon from left to right) the KAC low-profile folding 300 meter rear sight, the ITT "pocketscope" night vision device on a KAC mount, and the Aimpoint 5000 also on a KAC mount. Below the weapon from left to right are; the five different lengths of handguard sections that can fit on the RIS forend different lengths filling in for the space remaining from various devices, the KAC basic vertical foregrip, the KAC monopod vertical foregrip assembly with the monopod extended. Directly below the barrel is the Leupold visible laser aiming device with its companion panel switch module. Below the Leupold assembly is the tactical Streamlight poly flashlight package held to the mounting plate with KAC rings. In addition to these devices, a folding bipod assembly is also available to go on the RIS-equipped M4A1 carbine*
*PHOTO CREDIT: KNIGHT ARMAMENT COMPANY*

**TECHNICAL DATA**—M4 Carbine (Colt Model 720)
**CARTRIDGE**—.223 Remington NATO (5.56x45mm NATO)
**OPERATION**—Gas
**TYPE OF FIRE**—Selective - semiautomatic/full automatic
**RATE OF FIRE**—Practical SS 45 to 65 rpm, A 150 to 200 rpm, Cyclic 700 to 800 rpm
**MUZZLE VELOCITY**—2900 fps (884 m/s)
**MUZZLE ENERGY**—1158 ft/lbs (1570 J)
**SIGHTS**—Open, Flip-type aperture/post, Adjustable, battle aperture 0 to 200 meters, adjustable long range small aperture 300 to 800 meters in 100 meter graduations
**FEED**—20 or 30 round removable box magazines

**WEIGHTS**
**WEAPON (EMPTY)**—5.65 lbs (2.56 kg)
**WEAPON (LOADED)**—7.1 lbs (3.22 kg) w/sling & 30 rd mag
Sling 0.4 lbs (0.18 kg)
**MAGAZINE (EMPTY)**—20 round aluminium 0.19 lb (0.08 kg)
30 round aluminium 0.24 lbs (0.11 kg)
**MAGAZINE (LOADED)**—20 round 0.73 lb (0.33 kg)
30 round 1.05 lbs (0.48 kg)
**SERVICE CARTRIDGE**—M855 Ball 190 gr (12.3 g)
**PROJECTILE**—62 gr (4 g)
**LENGTHS**
**WEAPON OVERALL**—29.8/33 in. (75.7/83.8 cm)
**BARREL**—14.5 in (36.8 cm)
**SIGHT RADIUS**—14.72 in. (37.4 cm)



*The M4A1 carbine with the Knight RIS system. Mounted on the top rail of the RIS forend is an infrared aiming light. On either side of the forend are "11 rib" full length handguard sections. On the bottom of the RIS, held in a firing position by the operator, is the KAC "Masterkey" shotgun, a modified 12 gage Remington 870 pump shotgun used primarily for opening doors by blasting off the hinges/lock.*
*PHOTO CREDIT: KNIGHT ARMAMENT COMPANY*

As of February, 1994, Special Operations Command (SOCOM) awarded a contract to Colt for production of 5,000 to 6,000 M4A1 carbines. The new M4A1, Colt model 927, is intended specifically for Special Operations forces including the SEALs. Firing settings for the M4A1 will be full and semi automatic, with the sights, barrel, and other aspects retained from the standard M4 carbine. The major change will be in the rear sight system.

The M4A1 will be equipped with the "Picatinny Rail" mounting located under the removable carrying handle. The carrying handle will retain the standard M16A2 rear sight but can be removed to allow different sighting devices to be mounted. Mounting on the Picatinny Rail makes for a much lower weapon outline as well as giving a more solid and accurate mounting interface than the handle of the weapon. Other modifications on some M4A1s will allow a laser sight or 12 gauge shotgun to be mounted underneath the barrel for close-quarters combat. Production of the M4A1 was planned to begin in May 1994.

To increase their available volume of fire, the SEALs and Special Forces have obtained a number of special C-MAG 100 round drum magazine for the M16 family of weapons. The C-MAG drum is a large capacity, highly dependable feed device that will fit any magazine well that accepts an M16 magazine.

The C-MAG weighs 2.21 pounds (1.00 kg) empty and will accept and feed a full 100 rounds of ammunition. The use of dual drums feeding from either side of the magazine extension allows the C-MAG to have a very low profile when mounted on the M16 weapon. The drums are spring driven and feed their rounds along a spiral track on the outside diameter of the drum. The rounds feed up into the magazine extension alternating one from each drum.

As the ammunition empties onto the magazine extension, flexible feed chains move from the drums up into the magazine extension. The feed chains insure positive tension is kept on the ammunition until the last round is fed into the weapon. When the last round is fired, the C-MAG activates the bolt lock just as a standard magazine would. The design of the C-MAG is such that the weapon actually has a lower profile with the 100 round drum loaded than it does with a standard 30-round box magazine.

# Exhibit I


GUNSHOT WOUNDS
Practical Aspects of Firearms, Ballistics, and Forensic Techniques
SECOND EDITION
Vincent J.M. Di Maio

**Library of Congress Cataloging-in-Publication Data**

Catalog record is available from the Library of Congress

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage or retrieval system, without prior permission in writing from the publisher.

The consent of CRC Press LLC does not extend to copying for general distribution, for promotion, for creating new works, or for resale. Specific permission must be obtained in writing from CRC Press LLC for such copying.

Direct all inquiries to CRC Press LLC, 2000 N.W. Corporate Blvd., Boca Raton, Florida 33431.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation, without intent to infringe.

**Visit the CRC Press Web site at www.crcpress.com**

© 1999 by CRC Press LLC

No claim to original U.S. Government works
International Standard Book Number 0-8493-8163-0
Printed in the United States of America 7 8 9 0
Printed on acid-free paper

To



**Figure 3.1** Temporary cavity produced in gelatin block by 110-gr. semi-jacketed hollow-point .38 Special bullet.

adjacent to the bullet path (shearing, compression, and stretching) that determines the final extent of a wound.

The location, size, and the shape of the temporary cavity in a body depend on the amount of kinetic energy lost by the bullet in its path through the tissue, how rapidly the energy is lost, and the elasticity and cohesiveness of the tissue. The maximum volume and diameter of this cavity are many times the volume and diameter of the bullet. Maximum expansion of the cavity does not occur until some time after the bullet has passed through the target. The temporary cavity phenomenon is significant because it has the potential of being one of the most important factors in determining the extent of wounding in an individual. For this potential to be realized, however, not only must a large temporary cavity be created but it must develop in strategically important tissue, e.g., a cavity in the liver is more significant than one located in the thigh.

In the case of handgun bullets, the bullet produces a direct path of destruction with very little lateral extension within the surrounding tissues, i.e., only a small temporary cavity is produced. As a general rule, the temporary cavity plays little or no role in the extent of wounding. To cause significant injuries to a structure, a handgun bullet must strike that structure directly. The amount of kinetic energy lost in the tissue by the bullet is insufficient to cause the remote injuries produced by a high-velocity rifle bullet.

The picture is radically different in the case of a high-velocity rifle bullet. As the bullet enters the body, there is a "tail splash," or backward hurling of injured tissue. This material may be ejected from the entrance. The bullet passes through the target, creating a large temporary cavity whose maximum diameter is up to 11 to 12.5 times the diameter of the projectile.[3] The maximum diameter of the cavity occurs at the point at which the maximum rate



of loss of kinetic energy occurs. Thi
at maximum yaw, i.e., turned sidew
when it fragments. If fragmentatio
enough, the yawing continues until
base-forward position. The bullet wi
or no yaw as this position puts the

The temporary cavity will undu
rest as a permanent track. Positive
wound track, with resultant sucking
track from both entrance and exit. I
the expanding walls of the tempor
damage. There is compression, stretc
Injuries to blood vessels, nerves, or
distance from the path, can occur a
case of fractures, this is relatively ra
usually occur when the bullet perfo
above and below the bullet path.

The size of both the temporary a
not only by the amount of kinetic en
the density and elastic cohesiveness
have similar densities (1.01 to 1.02 a
same amount of kinetic energy per ce
Muscle, however, has an elastic, co
cohesive structure. Thus, both the t
produced in the liver are larger than
for the bullet path, the tissue displac
its original position. Only a small ri
permanent track. In liver struck by hi
lation of the temporary cavity loos
supporting tissue and produces a pe
of the temporary cavity. Lung, with a
to 0.5) and high degree of elasticity
temporary cavity formation, and ha
formed with very little tissue destruc

It is not the high velocity of the
the aforementioned picture, but rath
sessed by the bullet by virtue of the h
the tissue. With most modern rifles, th
is acquired by virtue of high velocity.
be acquired by increasing the mass of t
To illustrate this point, consider the
*cartridges. The 5.56 × 45-mm cartrid*



ı gelatin block by 110-gr. semi-jacketed

npression, and stretching) that deter-

of the temporary cavity in a body
lost by the bullet in its path through
t, and the elasticity and cohesiveness
nd diameter of this cavity are many
bullet. Maximum expansion of the
ter the bullet has passed through the
non is significant because it has the
tant factors in determining the extent
potential to be realized, however, not
reated but it must develop in strate-
the liver is more significant than one

ne bullet produces a direct path of
sion within the surrounding tissues,
duced. As a general rule, the tempo-
ent of wounding. To cause significant
t must strike that structure directly.
e tissue by the bullet is insufficient to
ı high-velocity rifle bullet.
he case of a high-velocity rifle bullet.
"tail splash," or backward hurling of
ected from the entrance. The bullet
e temporary cavity whose maximum
liameter of the projectile.[3] The max-
he point at which the maximum rate



of loss of kinetic energy occurs. This occurs at the point where the bullet is at maximum yaw, i.e., turned sideways (at a 90° angle to the path) and/or when it fragments. If fragmentation does not occur and the path is long enough, the yawing continues until the bullet rotates 180° and ends up in a base-forward position. The bullet will continue traveling base first with little or no yaw as this position puts the center of mass forward.

The temporary cavity will undulate for 5 to 10 msec before coming to rest as a permanent track. Positive and negative pressures alternate in the wound track, with resultant sucking of foreign material and bacteria into the track from both entrance and exit. In high-velocity centerfire rifle wounds,, the expanding walls of the temporary cavity are capable of doing severe damage. There is compression, stretching and shearing of the displaced tissue. Injuries to blood vessels, nerves, or organs not struck by the bullet, and a distance from the path, can occur as can fractures of bones, though, in the case of fractures, this is relatively rare.[3] In the author's experience, fractures usually occur when the bullet perforates an intercostal space fracturing ribs above and below the bullet path.

The size of both the temporary and the permanent cavities is determined not only by the amount of kinetic energy deposited in the tissue but also by the density and elastic cohesiveness of the tissue. Because liver and muscle have similar densities (1.01 to 1.02 and 1.02 to 1.04), both tissues absorb the same amount of kinetic energy per centimeter of tissue traversed by a bullet.[4] Muscle, however, has an elastic, cohesive structure; the liver, a weak, less cohesive structure. Thus, both the temporary and the permanent cavities produced in the liver are larger than those in the muscle. In muscle, except for the bullet path, the tissue displaced by the temporary cavity returns to its original position. Only a small rim of cellular destruction surrounds the permanent track. In liver struck by high-velocity bullets, however, the undulation of the temporary cavity loosens the hepatocytes from the cellular supporting tissue and produces a permanent cavity approximately the size of the temporary cavity. Lung, with a very low density (specific gravity of 0.4 to 0.5) and high degree of elasticity, is relatively resistant to the effects of temporary cavity formation, and has only a very small temporary cavity formed with very little tissue destruction.[4]

It is not the high velocity of the rifle bullet per se that is responsible for the aforementioned picture, but rather the amount of kinetic energy possessed by the bullet by virtue of the high velocity and which is deposited in the tissue. With most modern rifles, the kinetic energy possessed by the bullet is acquired by virtue of high velocity. A high level of kinetic energy can also be acquired by increasing the mass of the bullet, though this is not as efficient. To illustrate this point, consider the .223 (5.56 × 45-mm) and the .45–70 cartridges. The 5.56 × 45-mm cartridge, fired in the M-16 rifle series, is the

most famous of the new high-velocity military cartridges. It fires a 55-gr. bullet at 3250 ft/sec with a muzzle kinetic energy of 1320 ft-lbs (1790 J). The .45–70 U.S. government black powder cartridge, adopted by the U.S. Army in 1873, fired an all-lead bullet of 405 gr. at a velocity of 1285 ft/s and with a muzzle kinetic energy of 1490 ft-lbs (2020 J), 170 ft-lbs (230.5 J) more than that of the .223 bullet. These bullets, a light-weight, high-velocity one and a heavy, slow-moving one, possess relatively equivalent amounts of kinetic energy and, thus, are capable of producing identical-sized temporary cavities. What will determine their effectiveness is where in the body they will produce their respective cavities.

Energy loss along a wound track is not uniform. Variations may be due either to behavior of the bullet or changes in the density of the tissue as the bullet goes from one organ to another. An increase in kinetic energy loss is reflected by an increase in the diameter of the temporary cavity. A full metal-jacketed rifle bullet will produce a cylindrical cavity until it begins to yaw. At this time, the bullet's cross-sectional area will become larger, and the drag force will be increased. The result is an increase in kinetic energy loss and thus an increase in the diameter of the temporary cavity (Figure 3.2A). In addition to the increase in size of the temporary cavity, there will also be an increase in the amount of tissue crushed as the bullet is presenting a larger impacting surface area. For the 7.62-mm NATO M 80 bullet, gelatin studies reveal that yawing begins after 15 cm of penetration, with maximum tissue disruption at approximately 28 cm where the yaw is 90 degrees.[3]

Projectile fragmentation can amplify the effects of the temporary cavity increasing the severity of a wound (Figure 3.3). This is the reason for the effectiveness of the 5.56 × 45-mm cartridge and the M-16 rifle. For the M-193 55-gr. bullet, on the average, the yaw becomes significant at 12 cm with marked tissue disruption occurring most commonly at 15 to 25 cm due principally to bullet fragmentation.[3,5]

In contrast to full metal-jacketed military bullets, with hunting ammunition, the bullet begins to expand (mushroom) shortly after entering the body, with a resultant rapid loss of kinetic energy. Thus, a large temporary cavity is formed almost immediately on entering the body (Figure 3.2B). This is augmented by shredding of the lead core.

A lead shotgun pellet produces a cone-shaped temporary cavity with the base of the cone at the entrance (Figure 3.2C). The diameter of the cavity gradually lessens as the velocity of the pellet decreases. The loss of velocity is much more rapid for shotgun pellets because of their unfavorable ballistic properties (large cross-sectional area in relation to mass).

It has been found that above a certain critical velocity 800 to 900 m/sec (2625 to 2953 ft/sec), the character of a wound changes radically with tissue destruction becoming much more severe.[2] Trans- or supersonic flow within






**Figure 3.2** Appearance of temporary
metal-jacketed rifle bullet, (B) hunting

the tissue causing strong shockwaves
this effect. In experiments by Rybeck
0.86 g were fired at the hind legs of
510 m/sec, the volume of macroscop
larger than the diameter of the bullet.
devitalized muscle was seen to be 20 to
cavity.

It is the author's belief that rath
above which the severity of wounds in
critical level (amount) of kinetic ener
becomes radically more severe. This le
When a bullet or missile exceeds this
temporary cavity that the organ or tis
exceeds the elastic limit of the organ.
organ "bursts." For full metal-jackete
this critical level of kinetic energy lo

# Exhibit J


MODERN US MILITARY SMALL ARMS SERIES – VOLUME THREE
THE BLACK RIFLE
M16 RETROSPECTIVE
R. BLAKE STEVENS · EDWARD C. EZELL
Collector Grade Publications
INCORPORATED

# THE COLLECTOR GRADE LIBRARY, 1979 - 2004

- *American Beauty: The Prewar Colt National Match Government Model Pistol* (1999) by Timothy J. Mullin
- *Backbone of the Wehrmacht—The German K98k Rifle, 1934 - 1945* (1991; 1993; 2001) by Richard D. Law
- *The Belgian Rattlesnake—The Lewis Automatic Machine Gun* (1998) by William M. Easterly
- *The Black Rifle—M16 Retrospective* (1987; 1992; 1994; 2004) by R. Blake Stevens and Edward C. Ezell
- *Black Rifle II—The M16 Into the 21st Century* (2004) by Christopher R. Bartocci
- *The Bren Gun Saga* (1986; Revised and Expanded Edition, 1999) by Thomas B. Dugelby
- *The Browning High Power Automatic Pistol* (1984; 1990) by R. Blake Stevens
- *Crown Jewels: The Mauser in Sweden - A Century of Accuracy and Precision* (2003) by Dana Jones
- *Death From Above—The German FG42 Paratroop Rifle* (1990) by Thomas B. Dugelby and R. Blake Stevens
- *The Devil's Paintbrush—Sir Hiram Maxim's Gun* (1989; 1993; Expanded Edition 2002) by Dolf L. Goldsmith
- *EM-2 Concept & Design—A Rifle Ahead of its Time* (1980) by Thomas B. Dugelby
- *The FAL Rifle* (1993 Classic Edition of the three-volume *FAL Series*) comprising:
    - *North American FALs* (1979; 1989) by R. Blake Stevens
    - *UK and Commonwealth FALs* (1980; 1989) by R. Blake Stevens
    - *The Metric FAL* (1981; 1989) by R. Blake Stevens and Jean E. Van Rutten
    - *The FAL Series Index* (1989) by Eino Sierpe and R. Blake Stevens
- *The Gas Trap Garand* (1999) by Billy Pyle
- *The Grand Old Lady of No Man's Land—The Vickers Machinegun* (1994) by Dolf L. Goldsmith
- *The Great Remington 8 and Model 81 Autoloading Rifles* (2003) by John Henwood
- *The Guns of Dagenham—Lanchester, Patchett, Sterling* (1995) by Peter Laidler and David Howroyd
- *Hitler's Garands—German Self-Loading Rifles of World War II* (2001) by W. Darrin Weaver
- *Honour Bound—The Chauchat Machine Rifle* (1995) by Gerard Demaison and Yves Buffetaut
- *Inglis Diamond: The Canadian High Power Pistol* (2001) by Clive M. Law
- *Kalashnikov: The Arms and the Man* (2001) a Revised and Expanded Edition of *The AK47 Story* by Edward C. Ezell
- *The Last Enfield—SA80: the Reluctant Rifle* (2003) by Steve Raw
- *Mauser: Original Oberndorf Sporting Rifles* (1997) by Jon Speed, Walter Schmid and Reiner Herrmann
- *Mauser Smallbores: Sporting, Target & Training Rifles* (1998) by Jon Speed
- *MG34 - MG42—German Universal Machineguns* (2002) by Folke Myrvang
- *Modern Military Bullpup Rifles—The EM-2 Concept Comes of Age* (1984) by Thomas B. Dugelby
- *The '03 Era—When Smokeless Revolutionized U S Riflery* (1994) by Clark S. Campbell
- *Proud Promise—French Autoloading Rifles, 1898 - 1979* (1995) by Jean Huon
- *Rock in a Hard Place—The Browning Automatic Rifle* (2000) by James L. Ballou
- *Sniper Variations of the German K98k Rifle* (1996) by Richard D. Law
- *The SPIW—The Deadliest Weapon that Never Was* (1984) by R. Blake Stevens and Edward C. Ezell
- *The Sten Machine Carbine* (2000) by Peter Laidler
- *Thompson: the American Legend—The First Submachine Gun* (1996) by Tracie L. Hill
- *US Rifle M14—From John Garand to the M21* (1983; 1988; 1991) by R. Blake Stevens
- *WAR BABY! The US Caliber .30 Carbine* (1992; 1998; 2001) by Larry L. Ruth
- *WAR BABY Comes Home—The US Carbine Volume II* (1993; 2001) by Larry L. Ruth

**© 2004 COLLECTOR GRADE PUBLICATIONS INCORPORATED**

**PO Box 1046 Cobourg, Ontario K9A 4W5 Canada**

**ISBN 0-88935-115-5**

All rights reserved. No part of this publication may be reproduced in any manner whatsoever without prior written permission except in the case of brief quotations embodied in a review. For information address the Publisher.

**Printed and Bound in Canada**




*115. Closeup of receiver markings of Colt AR-15 serial no. 000614, used in the Aberdeen "Test of Rifle, Caliber .223, AR-15" September, 1960.*
*Photo credit: Eric Long, Smithsonian Institution*

## Abstract

*Three rifles were subjected to the light automatic rifle test and two rifles were subjected to additional accuracy tests. A total of 24,443 rounds were fired. The AR-15 rifle, which has a weight of 6.92 pounds when fully loaded and an overall length of 38.8 inches, fires Cartridge, caliber .223. The average velocity of the 55-grain bullet at 78 feet was 3,104 fps. In the 100-yard bench-rest accuracy test the average mean radius for 10-round targets was 1.5 inches. The average number of rounds fired semi-automatically in one minute in the rate-of-aimed-fire test was 84.2 and the average number of hits obtained on the "E" target at a range of 100 yards was 77.8. During automatic firing in this test, the average number of rounds fired was 128.7, and the average number of hits was 41.3. The average malfunction rate with the rifle held normally was 0.25 per hundred rounds. Only ten parts were broken in firing 18,000 rounds in the endurance test. One of these parts, an extractor spring, was broken during disassembly of the extractor. The AR-15 rifle gave near-normal performance in the unlubricated, dust, extreme-cold and rain tests, and it completed the mud test. [A modified rain test was also conducted, wherein the bolt was retracted slightly with the muzzle held down to facilitate drainage, before firing]. A cook-off occurred after firing 140 rounds in 54 seconds, but no cook-off occurred in firing 120 rounds in 39 seconds. When fired with a telescopic sight from a bench rest at 100 yards two rifles gave an average mean radius of 1.1 inches for four 10-shot groups from each rifle with each of two lots of ammunition.*

Even in the absence of conclusions and recommendations it appears from the above that the performance of the 1960 Colt AR-15s, especially in the scoped-accuracy and adverse condition tests, was little short of phenomenal. Indeed, a perusal of other standard light rifle tests, such as are to be found in previous Collector Grade books, will show the above results superior to most if not all the developmental weapons of the period, including the M1 and T44E4 "control" rifles. However, even though Dr. Carten's report to the Chief of R&D grudgingly summed up the AR-15 as only "reasonably satisfactory", the AR-15 was approved for Air Force trial as requested.

# COLT ARMALITE AR-15 for today and tomorrow

## Controlled FIREPOWER...



### ACCURATE, POWERFUL AT LONG RANGE

Unsurpassed as a Sniper Rifle both accurate and lethal, at 500 yards the AR-15 makes a complete penetration of 10 gauge steel, or both sides of a steel combat helmet. On impact the tumbling action of the .223 caliber ammunition increases effectiveness.







### GRENADE LAUNCHER

Converts instantly without the use of supplementary attachments or adjustments with complete interchangeability of grenade launching or combat ammunition.



MANUFACTURED UNDER LICENSE FROM
FAIRCHILD ENGINE AND AIRPLANE CORPORATION
AND FAIRCHILD ARMS INTERNATIONAL LIMITED
**BY COLT'S PATENT FIRE ARMS MANUFACTURING COMPANY, INC.,**
HARTFORD 15, CONNECTICUT, U.S.A. PATENTS PENDING.
**CABLE "COLT" HARTFORD, U S A**

*117. From the first Colt AR-15 brochure, produced in a desperate attempt to interest somebody - anybody - in the merits of the AR-15's "unmatched superiority".*