IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC., et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> DELAWARE DEPARTMENT OF : <br> SAFETY AND HOMELAND SECURITY, : <br> et al., : <br> : <br> Defendants. : | Civil Action No. 22-951-RGA <br> Consolidated |

**ORDER**

Plaintiffs state that an evidentiary hearing is not required (D.I. 44 at 25) and that Defendants' declaration evidence is irrelevant (*id.* at 1). Plaintiffs do not challenge any of it with any testimonial evidence of their own. Thus, I do not see any need for, and I do not expect, any live testimony at the preliminary injunction hearing scheduled for February 24th at 9:00 a.m.

I note Defendants' request for "half a day" of argument. (D.I. 46 at 2). The time set for argument is **one hour per side**.

IT IS SO ORDERED this 15 day of February 2023.

United States District Judge