

1313 North Market Street, Suite 1001 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

David E. Ross

Direct Dial 302.576.1602
dross@ramllp.com

March 1, 2023

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

> Re: ***Del. State Sportsmen's Ass'n, Inc., et al. v. Del. Dep't of Safety and Homeland Sec., et al.; Gabriel Gray, et al. v. Kathy Jennings, et al.*, C.A. No. 22-cv-951-RGA (Consolidated)**

Dear Judge Andrews:

    I write in response to the Court's Oral Order of March 1, 2023 (D.I. 49) regarding the letter from the Bureau of Alcohol, Tobacco, and Firearms displayed on slide 23 of Defendants' presentation at the preliminary injunction hearing.

    The letter was posted by the National Firearms Act Trade & Collectors Association and can be found at http://www.nfatca.org/pubs/MG_Count_FOIA_2016.pdf. Because this information was not included in the briefing, Defendants advised Plaintiffs in advance of the hearing that it might rely upon the information. A copy of the email so advising Plaintiffs is attached as Exhibit A hereto.

    Counsel apologizes for not including a citation to the letter in the presentation.

The Honorable Richard G. Andrews
March 1, 2023
Page 2

                                              Respectfully submitted,

                                              */s/ David E. Ross*

                                              David E. Ross (#5228)

cc:    All Counsel of Record (via CM/ECF)