# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, <br><br> Defendants. | C.A. No. 1:22-cv-00951-RGA <br> (Consolidated) |
| GABRIEL GRAY; WILLIAM TAYLOR; DJJAMS LLC; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY JENNINGS, Attorney General of Delaware, <br><br> Defendant. | |

| | ) | |
|---|---|---|
| CHRISTOPHER GRAHAM, OWEN STEVENS; FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | C.A. No. 23-00033-RGA |
| v. | ) ) | |
| KATHY JENNINGS, Attorney General of the State of Delaware, | ) ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES

WHEREAS, on January 12, 2023, Plaintiffs filed a Complaint (D.I. 1) initiating the above-captioned action styled *Christopher Graham, et al. v. Kathy Jennings, Attorney General of the State of Delaware*, C.A. No. 23-00033-RGA (the "Graham Action");

WHEREAS, Plaintiffs in the Graham Action bring claims challenging 11 *Del. C.* §§ 1441, 1468-1469A ("SS 1 for SB 6");

WHEREAS, the Court is currently considering challenges to SS1 for SB 6 brought by plaintiffs in the consolidated action captioned *Delaware State Sportsmen's Association, Inc. et al. v. Delaware Department of Safety and Homeland Security et al.*, C.A. No. 22-00951-RGA (the "DSSA Action"); and

WHEREAS, the parties to the DSSA Action agree that the Graham Action presents common questions of law and fact such that consolidation of the Actions would promote judicial economy by preventing inconsistent rulings and duplication of efforts;

**IT IS HEREBY STIPULATED AND AGREED,** by the parties to the DSSA and Graham Actions, subject to the approval of the Court, that:

1. The Graham Action is hereby CONSOLIDATED with the DSSA Action for all purposes, including trial.

2. All documents filed in the consolidated action hereafter shall be filed and docketed solely in the case bearing the civil action number listed below, and all filings shall bear the consolidated caption appearing below:

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA,<br><br>     Plaintiffs,<br><br> v.<br><br>DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police,<br><br>     Defendants. | C.A. No. 1:22-cv-00951-RGA<br>(Consolidated) |

|  |  |
|---|---|
| GABRIEL GRAY; WILLIAM TAYLOR; DJJAMS LLC; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION,<br><br>                      Plaintiffs,<br><br>  v.<br><br>KATHY JENNINGS, Attorney General of Delaware,<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CHRISTOPHER GRAHAM, OWEN STEVENS; FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,<br><br>                      Plaintiffs,<br>  v.<br><br>KATHY JENNINGS, Attorney General of the State of Delaware,<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| GELLERT SCALI BUSENKELL<br>  & BROWN, LLC<br><br>*/s/ Bradley P. Lehman*<br>Bradley Paul Lehman (#5921)<br>1201 N. Orange Street Suite 300<br>Wilmington, Delaware 19801<br>(302) 416-3344<br>blehman@gsbblaw.com | LEWIS BRISBOIS BISGAARD<br>  & SMITH LLP<br><br>*/s/ Francis G.X. Pileggi*<br>Francis G.X. Pileggi (#2624)<br>Sean M. Brennecke (#4686)<br>500 Delaware Ave., Suite 700<br>Wilmington, Delaware 19801<br>(302) 985-6000<br>Francis.Pileggi@LewisBrisbois.com<br>Sean.Brennecke@LewisBrisbois.com |
|---|---|

*Attorneys for Plaintiffs*

| ROSS ARONSTAM & MORITZ LLP | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| */s/ David E. Ross* | */s/ Caneel Radinson-Blasucci* |
| David E. Ross (#5228) | Kenneth L. Wan (#5667) |
| Bradley R. Aronstam (#5129) | Caneel Radinson-Blasucci (#6574) |
| Garrett B. Moritz (#5646) | Deputy Attorneys General |
| 1313 North Market Street, Suite 1001 | Carvel State Office Building |
| Wilmington, Delaware 19801 | 820 N. French Street, 6th Floor |
| (302) 576-1600 | Wilmington, Delaware 19801 |
| dross@ramllp.com | (302) 577-8400 |
| baronstam@ramllp.com | kenneth.wan@delaware.gov |
| gmoritz@ramllp.com | caneel.radinson-blasucci@delaware.gov |

*Attorneys for Defendants*

Dated:  March 3, 2023

**IT IS SO ORDERED** this  6th  day of March 2023.

/s/ Richard G. Andrews
_____
THE HONORABLE RICHARD G. ANDREWS
U.S. DISTRICT JUDGE