# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA,<br><br>Plaintiffs,<br><br>v.<br><br>DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police,<br><br>Defendants. | C.A. No. 1:22-cv-00951-RGA<br>(Consolidated) |
| GABRIEL GRAY; WILLIAM TAYLOR; DJJAMS LLC; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY JENNINGS, Attorney General of Delaware,<br><br>Defendant. | |

|   |   |
|---|---|
| CHRISTOPHER GRAHAM, OWEN STEVENS; FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,<br><br>           Plaintiffs,<br>     v.<br><br>KATHY JENNINGS, Attorney General of the State of Delaware,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINDER TO PRELIMINARY INJUNCTION MOTION

Plaintiffs Christopher Graham, Owen Stevens, Firearms Policy Coalition, Inc., and Second Amendment Foundation, through their undersigned counsel, hereby join in the Motion for Preliminary Injunction filed on November 22, 2022, by the plaintiffs in the *Gray* action (22-01500-RGA, D.I. 4) and adopt the arguments made in the briefing submitted in support thereof (22-1500-RGA, D.I. 5 and 22-00951-RGA, D.I. 44) as well as those made by plaintiffs' counsel during the oral argument held before this Honorable Court on February 24, 2023.

Dated: March 15, 2023                    **GELLERT SCALI BUSENKELL & BROWN LLC**

                                                          */s/ Bradley P. Lehman*
                                                          Bradley P. Lehman (No. 5921)
                                                          1201 N. Orange Street, Suite 300
                                                          Wilmington, DE 19801
                                                          P: (302) 425-5800
                                                          E: blehman@gsbblaw.com

                                                          *Attorney for the Gray and Graham Plaintiffs*