**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DELAWARE STATE SPORTSMEN'S
ASSOCIATION, INC; BRIDGEVILLE RIFLE
& PISTOL CLUB, LTD.; DELAWARE RIFLE
AND PISTOL CLUB; DELAWARE
ASSOCIATION OF FEDERAL FIREARMS
LICENSEES; MADONNA M. NEDZA;
CECIL CURTIS CLEMENTS; JAMES E.
HOSFELT, JR; BRUCE C. SMITH; VICKIE
LYNN PRICKETT; and FRANK M. NEDZA,

    Plaintiffs,

  v.

DELAWARE DEPARTMENT OF SAFETY
AND HOMELAND SECURITY;
NATHANIAL MCQUEEN JR. in his official
capacity as Cabinet Secretary, Delaware
Department of Safety and Homeland Security;
and COL. MELISSA ZEBLEY in her official
capacity as superintendent of the Delaware
State Police,

    Defendants.

GABRIEL GRAY; WILLIAM TAYLOR;
DJJAMS LLC; FIREARMS POLICY
COALITION, INC. and SECOND
AMENDMENT FOUNDATION,

    Plaintiffs,

  v.

KATHY JENNINGS, Attorney General of
Delaware,

    Defendant.

C.A. No. 1:22-cv-00951-RGA
(Consolidated)

CHRISTOPHER GRAHAM, OWEN STEVENS; FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,

)
)
)
)
)
)
Plaintiffs,                                           )

v.                                                         )

)

KATHY JENNINGS, Attorney General of the State of Delaware,

)
)
)
Defendant.                             )
)
)

## NOTICE OF APPEAL TO A COURT OF APPEALS FROM AN APPEALABLE ORDER OF A DISTRICT COURT

Plaintiffs Gabriel Gray, William Taylor, DJJAMS LLC, Firearms Policy Coalition, Inc., and Second Amendment Foundation (collectively, the "Gray Plaintiffs," plaintiffs in the pre-consolidation action bearing C.A. No. 22-01500-RGA), hereby appeal to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court for the District of Delaware denying their Motion for a Preliminary Injunction entered on March 27, 2023 [D.I. 59].

Respectfully submitted,

Dated: April 5, 2023          **GELLERT SCALI BUSENKELL & BROWN LLC**

/s/ Bradley P. Lehman
Bradley P. Lehman (No. 5921)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
P: (302) 425-5800
E: blehman@gsbblaw.com

*Attorney for the Gray Plaintiffs*