# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, <br><br> Defendants. <br><br> GABRIEL GRAY; WILLIAM TAYLOR; DJJAMS LLC; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY JENNINGS, Attorney General of Delaware, <br><br> Defendant. | C.A. No. 1:22-cv-00951-RGA <br> (Consolidated) |

|   |   |
|---|---|
| CHRISTOPHER GRAHAM, OWEN STEVENS; FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,<br><br>            Plaintiffs,<br>   v.<br><br>KATHY JENNINGS, Attorney General of the State of Delaware,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL TO A COURT OF APPEALS FROM AN APPEALABLE ORDER OF A DISTRICT COURT

Plaintiffs Christopher Graham, Owen Stevens, Firearms Policy Coalition, Inc., and Second Amendment Foundation (collectively, the "Graham Plaintiffs," plaintiffs in the pre-consolidation action bearing C.A. No. 23-00033-RGA), hereby appeal to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court for the District of Delaware denying the Motion for a Preliminary Injunction, in which the Graham Plaintiffs joined, entered on March 27, 2023 [D.I. 59].

                                                        Respectfully submitted,

Dated: April 5, 2023             **GELLERT SCALI BUSENKELL & BROWN LLC**

                                                        */s/ Bradley P. Lehman*
                                                        Bradley P. Lehman (No. 5921)
                                                        1201 N. Orange Street, Suite 300
                                                       Wilmington, DE 19801
                                                       P: (302) 425-5800
                                                       E: blehman@gsbblaw.com

                                                       *Attorney for the Graham Plaintiffs*