IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA,<br><br>   Plaintiffs.<br><br> v.<br><br>DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police,<br><br>   Defendants. | Civil Action No.:<br>1:22-cv-00951-RGA (consolidated)<br><br>**NOTICE OF APPEAL** |

**NOTICE OF APPEAL TO A COURT OF APPEALS
FROM AN APPEALABLE ORDER OF A DISTRICT COURT**

 Pursuant to 28 U.S.C. § 1292(a)(1), Plaintiffs, Delaware State Sportsmen's Association, Bridgeville Rifle and Pistol Club, Ltd., Delaware Rifle and Pistol Club, Delaware Association of Federal Firearms Licensees, Madonna M. Nedza; Cecil Curtis Clements; James E. Hosfelt, Jr.; Bruce C. Smith; Vickie Lynn Prickett; and Frank M. Nedza, appeal the Order denying Plaintiffs'

93063421.1

Motion for Preliminary Injunction entered on March 27, 2023 (D.I. 59).

                                                                                      Respectfully submitted,

                                                                                      LEWIS BRISBOIS
                                                                                         BISGAARD & SMITH LLP

                                                                                _/s/ Francis G.X. Pileggi_
                                                                Francis G.X. Pileggi, Esquire (#2624)
                                                                Sean M. Brennecke, Esquire (#4686)
                                                                500 Delaware Ave., Suite 700
                                                                Wilmington, DE 19801
                                                                302-985-6000

OF COUNSEL:                                          Francis.Pileggi@LewisBrisbois.com
Alexander MacMullan, Esquire                  Sean.Brennecke@LewisBrisbois.com
LEWIS BRISBOIS
    BISGAARD & SMITH LLP
552 E. Swedesford Road, Suite 270
Wayne, Pennsylvania 19087
Alexander.MacMullan@LewisBrisbois.com

Dated: April 6, 2023.