## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA, | ) ) ) ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) ) | C.A. No. 1:22-cv-00951-RGA (Consolidated) |
| DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, | ) ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) ) |  |
| GABRIEL GRAY; WILLIAM TAYLOR; DJJAMS LLC; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION, | ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) ) |  |
| KATHY JENNINGS, Attorney General of Delaware, | ) ) ) ) |  |
| Defendant. | ) ) ) |  |

|  | ) |
| --- | --- |
| CHRISTOPHER GRAHAM, OWEN STEVENS; FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION, | ) ) ) ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| KATHY JENNINGS, Attorney General of the State of Delaware, | ) ) |
|  | ) |
| Defendant | ) |
|  | ) |

## JOINT STIPULATION AND [PROPOSED] ORDER
## STAYING ACTION PENDING APPEAL

WHEREAS on July 20, 2022, the plaintiffs in *Delaware State Sportsmen's Association, Inc. et al v. Delaware Department of Safety and Homeland Security et al.*, C.A. No. 1:22-cv-00951-RGA filed a complaint.

WHEREAS on November 16, 2022, the plaintiffs in *Gabriel Gray et al. v. Kathy Jennings*, C.A. No. 1:22-cv-01500-RGA filed a complaint.

WHEREAS on November 15 and November 22, 2022, plaintiffs in both actions filed motions seeking preliminary injunctive relief (D.I. 10, C.A. No. 1:22-cv-00951-RGA, and D.I. 4, C.A. No. 1:22-cv-01500-RGA).

WHEREAS on December 20, 2022, the Court consolidated C.A. No. 1:22-cv-01500-RGA with C.A. No. 1:22-cv-00951-RGA.  D.I. 24.

WHEREAS on January 12, 2023, the plaintiffs in *Christopher Graham et al. v. Kathy Jennings*, C.A. No. 1:23-cv-00033-RGA filed a complaint.

WHEREAS on March 6, 2023, the Court consolidated C.A. No. 1:23-cv-00033-RGA with the actions consolidated on December 20, 2022 (collectively, the "Consolidated Actions"). D.I. 52.

WHEREAS on March 27, 2023, the Court denied plaintiffs' motion for preliminary injunction (the "March 27 Order").  D.I. 59.

WHEREAS on April 5 and April 6, 2023, plaintiffs filed notices of appeal to the United States Court of Appeals for the Third Circuit, appealing the March 27 Order (the "Appeal"). D.I. 60-62.

WHEREAS the parties have conferred and agree that the interests of efficiency would be best served by staying this action pending resolution of the Appeal.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their undersigned counsel, and subject to the approval of the Court that:

(i)     All proceedings in the Consolidated Actions are hereby STAYED pending the final resolution of the Appeal through a final unappealed and unappealable decision and conclusion of any certiorari proceedings or expiration of the time for seeking certiorari;

(ii)    The 5-day bench trial scheduled to begin on November 13, 2023 in the Consolidated Actions is hereby removed from the Court's calendar; and

(iii)   Within fourteen (14) days of issuance of the mandate from the United States Court of Appeals for the Third Circuit, the parties shall provide a joint status report to this Court advising the Court of the outcome of the Appeal and the parties' positions with respect to further proceedings.

GELLERT SCALI BUSENKELL
  & BROWN, LLC

*/s/ Bradley Paul Lehman*
Bradley Paul Lehman (#5921)
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
(302) 425-5800
blehman@gsbblaw.com

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Francis G.X. Pileggi*
Francis G.X. Pileggi (#2624)
Sean M. Brennecke (#4686)
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
(302) 985-6000
Francis.Pileggi@LewisBrisbois.com
Sean.Brennecke@LewisBrisbois.com

*Attorneys for Plaintiffs*

ROSS ARONSTAM & MORITZ LLP

*/s/ David E. Ross*
David E. Ross (#5228)
Bradley R. Aronstam (#5129)
Garrett B. Moritz (#5646)
S. Reiko Rogozen (#6695)
Roger S. Stronach (#6208)
Holly Newell (#6687)
Elizabeth M. Taylor (#6468)
Thomas C. Mandracchia (#6858)
1313 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 576-1600
dross@ramllp.com
baronstam@ramllp.com
gmoritz@ramllp.com
rrogozen@ramllp.com
rstronach@ramllp.com
hnewell@ramllp.com
etaylor@ramllp.com
tmandracchia@ramllp.com

STATE OF DELAWARE DEPARTMENT
OF JUSTICE

*/s/ Caneel Radinson-Blasucci*
Kenneth L. Wan (#5667)
Caneel Radinson-Blasucci (#6574)
Deputy Attorneys General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
kenneth.wan@delaware.gov
caneel.radinson-blasucci@delaware.gov

*Attorneys for Defendants*

Dated:  April 11, 2023

**IT IS SO ORDERED** this ___12___ day of ___April_____, 2023.

/s/ Richard G. Andrews
JUDGE RICHARD G. ANDREWS