**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA, | |
| Plaintiffs, | |
| v. | C.A. No. 1:22-cv-00951-RGA (Consolidated) |
| DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, | |
| Defendants. | |
| GABRIEL GRAY; WILLIAM TAYLOR; DJJAMS LLC; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION, | |
| Plaintiffs, | |
| v. | |
| KATHY JENNINGS, Attorney General of Delaware, | |
| Defendant. | |

1

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Kenneth L. Wan hereby withdraws his appearance as attorney for Defendants Delaware Department of Safety and Homeland Security, Nathaniel McQueen, Jr, Col. Melissa Zebley and Kathy Jennings and that Deputy Attorney General Nicholas D. Picollelli, Jr. enters his appearance on behalf of Defendants Delaware Department of Safety and Homeland Security, Nathaniel McQueen, Jr, Col. Melissa Zebley and Kathy Jennings.

.

| | |
|---|---|
| **STATE OF DELAWARE**<br>**DELAWARE OF JUSTICE** | **STATE OF DELAWARE**<br>**DELAWARE OF JUSTICE** |
| */s/ Kenneth L. Wan*<br>Kenneth L. Wan (I.D. #5667)<br>Deputy Attorney General<br>Carvel State Building<br>820 French Street, 6th Floor<br>Wilmington, DE 19801<br>Kenneth.Wan@delaware.gov<br>(302) 577-8400 | */s/ Nicholas D. Picollelli, Jr.*<br>Nicholas D. Picollelli, Jr. (#6928)<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, Delaware 19801<br>Nicholas.Picollelli@delaware.gov<br>(302) 577-8400 |

Date: August 21, 2024