**GELLERT SEITZ BUSENKELL & BROWN, LLC**

January 21, 2025

**VIA CM/ECF**
The Honorable Richard G. Andrews
U.S. District Court of the District of Delaware
844 N. King Street, Rm. 4209, Unit 18
Wilmington, Delaware 19801

    RE:   *Delaware State Sportsmen's Association, Inc., et al. v. Delaware Department of Safety and Homeland Security, et al.*
           Dist. Ct. Case No. 1-22-cv-00951
           Dist. Ct. Case No. 1-22-cv-01500
           Dist. Ct. Case No. 1-23-cv-00033

Dear Judge Andrews:

This is the joint status report in these consolidated matters requested by Your Honor via oral order entered on October 25, 2024. The petition for writ of certiorari in S. Ct. Case No. 24-309 was denied by the U.S. Supreme Court on January 13, 2025.

There are presently two cases before the Supreme Court still awaiting the grant or denial of petitions for writs of certiorari (*Snope v. Brown*, No. 24-203; *Ocean State Tactical, LLC v. Rhode Island*, No. 24-131) which the plaintiffs here believe are likely to bear upon the issues in these proceedings should the Supreme Court agree to hear them. The *Snope* case, in which the trial court granted defendants' motion to dismiss for failure to state a claim, involves a challenge to Maryland's ban on "assault weapons." The *Ocean State Tactical* case, in which the

January 21, 2025

The Hon. Richard G. Andrews

trial court denied a preliminary injunction, involves a challenge to Rhode Island's ban on "large capacity magazines."

In light of the foregoing, the plaintiffs in these consolidated cases suggest that it makes sense to see whether the Supreme Court agrees to hear the *Snope* and/or *Ocean State Tactical* cases this term. Plaintiffs therefore respectfully request that the parties be permitted to provide a further status report on February 14, 2025, which allows for an additional Supreme Court conference day in the interim and beyond which any grant of certiorari almost certainly would be for next term. The defendants do not oppose plaintiffs' request.

We are available at the Court's convenience should Your Honor have any questions or concerns.

Respectfully submitted,

/s/ Bradley P. Lehman
Bradley P. Lehman (No. 5921)

cc:  Francis G.X. Pileggi, Esq. (via CM/ECF)
     Aimee M. Czachorowski, Esq. (via CM/ECF)
     Sean M. Brennecke, Esq. (via CM/ECF)
     David E. Ross, Esq. (via CM/ECF)
     Garrett B. Moritz, Esq. (via CM/ECF)
     Zachary S. Stirparo, Esq. (via CM/ECF)
     Nicholas D. Picollelli, Jr., Esq. (via CM/ECF)