**GELLERT SEITZ BUSENKELL & BROWN, LLC**

February 14, 2025

<u>VIA CM/ECF</u>
The Honorable Richard G. Andrews
U.S. District Court of the District of Delaware
844 N. King Street, Rm. 6325, Unit 9
Wilmington, Delaware 19801

    RE:   *Delaware State Sportsmen's Association, Inc., et al. v. Delaware Department of Safety and Homeland Security, et al.*
           Dist. Ct. Case No. 1-22-cv-00951
           Dist. Ct. Case No. 1-22-cv-01500
           Dist. Ct. Case No. 1-23-cv-00033

Dear Judge Andrews:

This is the joint status report in these consolidated matters requested by Your Honor via oral order entered on January 21, 2025.

As the parties indicated in their January 21 status update letter, there are presently two cases before the Supreme Court awaiting the grant or denial of petitions for writs of certiorari (*Snope v. Brown*, No. 24-203; *Ocean State Tactical, LLC v. Rhode Island*, No. 24-131) which the plaintiffs here believe are likely to bear upon the issues in these proceedings should the Supreme Court agree to hear them. However, the Supreme Court has not taken action with respect to granting or denying certiorari in those cases since the parties' January 21 letter. Notably, consolidated cases are currently pending in the Third Circuit challenging "assault weapon" and "large capacity magazine" bans in New Jersey (consolidated as *Association of New*

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302.425.5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

February 14, 2025
The Hon. Richard G. Andrews

*Jersey Rifle and Pistol Clubs, et al. v. Attorney General of New Jersey, et al.*, Nos. 24-2415, 24-2450, and 24-2506; the "ANJRPC Case"), and briefing on appeal will be complete before the end of this month. Plaintiffs believe that it makes sense to hold further proceedings in this case in abeyance pending the ruling of the Third Circuit in the ANJRPC Case. Defendants do not oppose Plaintiffs' suggestion.

We are available at the Court's convenience should Your Honor have any questions or concerns.

Respectfully submitted,

*/s/ Bradley P. Lehman*
Bradley P. Lehman (No. 5921)

cc:  Francis G.X. Pileggi, Esq. (via CM/ECF)
    Aimee M. Czachorowski, Esq. (via CM/ECF)
    Sean M. Brennecke, Esq. (via CM/ECF)
    David E. Ross, Esq. (via CM/ECF)
    Garrett B. Moritz, Esq. (via CM/ECF)
    Zachary S. Stirparo, Esq. (via CM/ECF)
    Nicholas D. Picollelli, Jr., Esq. (via CM/ECF)