# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY, ET AL., <br><br> Defendants. | C.A. No.: 1:22-cv-00951 RGA |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE of the following change of firm affiliation for Bradley P. Lehman, Esquire, counsel for Plaintiffs Gabriel Gray, William Taylor, DJJams, LLC, Firearms Policy Coalition, Inc., Second Amendment Foundation, Owen Stevens, Christopher Graham:

> Bradley P. Lehman
> Whiteford, Taylor & Preston LLC
> 600 North King Street, Suite 300
> Wilmington, Delaware 19801
> 302-295-5674
> blehman@whitefordlaw.com

                         **WHITEFORD, TAYLOR & PRESTON LLC**

                         */s/ Bradley P. Lehman*
                         Bradley P. Lehman (#5921)
                         600 North King Street, Suite 300
                         Wilmington, DE 19801
                         Telephone: (302) 295-5674
                         Facsimile: (302) 295-5678
                         Email: blehman@whitefordlaw.com

                         *Attorneys for Plaintiff*

Dated:  May 19, 2025

## **CERTIFICATE OF SERVICE**

I, Bradley P. Lehman, hereby certify that on this 19th day of May 2025, that the attached *Notice of Change of Firm Affiliation* was served upon all counsel of record via E-Filing CM/ECF.

                                                */s/ Bradley P. Lehman*
                                                Bradley P. Lehman (#5921)