

500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.985.6002

October 3, 2025

*Via CM/ECF Only*

The Honorable Richard G. Andrews
United States District Court
   for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re:   *Del. State Sportsmen's Ass'n, Inc., et al. v. Del. Dep't of Safety and Homeland Sec., et al.; Gabriel Gray, et al. v. Kathy Jennings*
C.A. No. 22-cv-951-RGA (Consolidated)

Dear Judge Andrews:

In response to Your Honor's October 1, 2025 Order (D.I. 78): consolidated cases are currently pending in the Third Circuit challenging "assault weapon" and "large capacity magazine" bans in New Jersey (consolidated as *Association of New Jersey Rifle and Pistol Clubs, et al. v. Attorney General of New Jersey, et al.*, Nos. 24-2415, 24-2450, and 24-2506; the "*ANJRPC* Case"). An *en banc* rehearing and oral argument is scheduled for October 15, 2025.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
164382618.1

Plaintiffs therefore believe that it makes sense to hold further proceedings in this case in abeyance pending the ruling of the Third Circuit in the *ANJRPC* Case. Defendants do not oppose Plaintiffs' suggestion.

Respectfully,

*/s/ Francis G.X. Pileggi*

Francis G.X. Pileggi
Del. Bar No. 2624

FGXP:mar

cc:   Clerk of Court
      Bradley P. Lehman, Esquire
      Nicholas Picollelli, Jr., Esquire
      David E. Ross, Esquire
      Garrett B. Moritz, Esquire
      Alexander MacMullan, Esquire