# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; BRIDGEVILLE RIFLE & PISTOL CLUB, LTD.; DELAWARE RIFLE AND PISTOL CLUB; DELAWARE ASSOCIATION OF FEDERAL FIREARMS LICENSEES; MADONNA M. NEDZA; CECIL CURTIS CLEMENTS; JAMES E. HOSFELT, JR; BRUCE C. SMITH; VICKIE LYNN PRICKETT; and FRANK M. NEDZA, <br><br> Plaintiffs, <br><br> v. <br><br> DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN JR. in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY in her official capacity as superintendent of the Delaware State Police, <br><br> Defendants. | C.A. No. 1:22-cv-00951-RGA (Consolidated) |
| GABRIEL GRAY; WILLIAM TAYLOR; DJJAMS LLC; FIREARMS POLICY COALITION, INC. and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY JENNINGS, Attorney General of Delaware, <br><br> Defendant. | |

1

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Nicholas D. Picollelli, Jr. hereby withdraws his appearance as attorney for Defendants Delaware Department of Safety and Homeland Security, Nathaniel McQueen, Jr, Col. Melissa Zebley and Kathy Jennings and that Deputy Attorney General Jennifer Kate Aaronson enters her appearance on behalf of Defendants Delaware Department of Safety and Homeland Security, Nathaniel McQueen, Jr, Col. Melissa Zebley and Kathy Jennings.

| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DELAWARE OF JUSTICE |
|---|---|
| */s/ Nicholas D. Picollelli, Jr.*<br>Nicholas D. Picollelli, Jr.  (#6317)<br>Deputy Attorney General<br>Defensive Civil Litigation Unit<br>Carvel State Building<br>820 N. French Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>Nicholas.Picollelli @delaware.gov<br>*Attorney for Defendants* | */s/ Jennifer Kate Aaronson*<br>Jennifer Kate Aaronson (#3478)<br>Deputy Attorney General<br>Carvel State Building<br>820 French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 683-8803<br>Jennifer.Aaronson@delaware.gov<br>*Attorney for Defendants* |

Date: November 6, 2025

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 6, 2025, he caused a true and correct copy of the attached *Substitution of Counsel* to be electronically filed with the Clerk of Court using CM/ECF and delivered to the attorneys of record.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Jennifer Kate Aaronson*
Jennifer Kate Aaronson (#3478)