**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY, et al.<br><br>Defendants. | ) | Civil Action No. 1:22-cv-00951 (RGA) |

**NOTICE OF APPEARANCE**

**PLEASE ENTER** the appearance of Ian R. Liston on behalf of the Delaware Department of Justice as an attorney for Defendants Delaware Department of Safety and Homeland Security; Nathanial McQueen Jr, in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and Col. Melissa Zebley in her official capacity as superintendent of the Delaware State Police, in the above captioned case.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Ian R. Liston*

Ian R. Liston (DE Bar No. 5507)
Director of Impact Litigation
820 North French Street
Wilmington, DE 19801

Tel.: (302) 683-8800
Ian.liston@delaware.gov

Date: November 2, 2026

*Counsel for Defendants*