Francis G.X. Pileggi
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Francis.Pileggi@lewisbrisbois.com
Direct: 302.655.3667

November 9, 2026

*Via CM/ECF Only*

The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re: *Del. State Sportsmen's Ass'n, Inc., et al. v. Del. Dep't of Safety and Homeland Sec., et al.; Gabriel Gray, et al. v. Kathy Jennings*
C.A. No. 1:22-cv-00951-RGA (Consolidated)

Dear Judge Andrews:

The parties respectfully submit this status report in response to Your Honor's November 2, 2026 Order (D.I. 82). Plaintiffs request that the stay remain in place until the U.S. Supreme Court decides cases now pending before it that involve similar issues.

The U.S. Court of Appeals for the Third Circuit recently rendered a decision on consolidated cases challenging "assault weapon" and "large capacity magazine" bans in New Jersey, and on October 1, 2026, a petition for a writ of certiorari was filed in the U.S. Supreme Court. *Ass'n of N.J. Rifle & Pistol Clubs, Inc. v. Att'y Gen. N.J.*, 183 F.4th 211 (3d Cir. 2026), *cert. pending*, No. 26-452 (the *ANJRPC* Case).

Further, a Seventh Circuit case dealing with a ban on AR-15s and similar semi-automatic rifles was appealed to the U.S. Supreme Court, certiorari was granted, and oral arguments are scheduled for December 2, 2026. *Viramontes v. Cook County*, 2025

WL 1553896 (7th Cir. June 2, 2025), *cert. granted*, No. 25-238, 146 S. Ct. 2813 (June 30, 2026) (the *Viramontes* Case).

Plaintiffs therefore respectfully propose that, to conserve judicial resources, further proceedings in this case should be held in abeyance pending the decision of the United States Supreme Court in the *Viramontes* Case. Defendants do not oppose Plaintiffs' suggestion.

Respectfully,

F.G.X. Pileggi

Francis G.X. Pileggi
Del. Bar No. 2624

FGXP

cc: Clerk of Court
Bradley P. Lehman, Esquire
Jennifer-Kate M. Aaronson, Esquire
Caneel Radinson-Blasucci, Esquire
David E. Ross, Esquire
Garrett B. Moritz, Esquire
Ian Robert Liston, Esquire